United States Federal District Court
Wilmington, State of Delaware

Herman Kelly, pro, se

plaintiff

vs.

MBNA America bank,
National Arbitration Forum, Wolpoff&Abramson.
defendant

------------------------/

civil division
( affidavit)
dated;

file/case number;

06-228

"menrandum of laws/notice and Request US marshall served summoncomplaint
Herman Kelly's request or motion to proceed in forma pauperis".
-------------------------------------------------------------



1.   Herman Kelly, pro, se request this honorable court's permission to file his civil complaint,answer,motions,for jurytrial motion to vacate,motion discovery ,motion for sanctions against plaintiff/MBNA and their attorney without any prepayment to the clerk. Herman Kelly do not have any extra money or incomes to hire a C P A lawyer,and to pay any court filing fees or cost.

2.   This motion and request is in support of all apply laws, USA united states constitution access to courts, equal protection of law.Herman Kelly has other bills, debts that he owe,cost of living, and his futureneeds ,and do not have money at this present time to pay for any courts costs on plaintiff illegal, false complaint which this court do not have full jurisdictions over plaintiff who is in D elaware state,where action took place. Mr. kelly have spent lots of money on this case for mailing stamps,typings , photo copies,research ect already and can't keep spending more money on this subject matter.

Respectfully submitted

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214

313-894-8855

Proof of service certificate
-------------------------------------

Herman kelly states that he sent a copy of this motion to plaintiff attorneywolpoff & abramson 39500 high pointe blvd, suite 250 Novi, Michigan 48375-2404 by first usa mail on this date.

**Motion is in pursuant to Federal rules of civil proc, US const. due process of law, an applicant need not to prove that he is absolutely destitute before being allowed to proceed in forma pauperis. see.... zaun vs. dobbin 1980, ca7, Ill, 628, f 2d. 990....Potnick vs. Eastern state hospital 1983, ca 2, NY, 701, f 2d. 243... handley vs.Union Carbide Corp. 1985, SD, W, V a, 622. F, supp, 1065.**

Plaintiff do not have any extra money to pay court's costs. and Mr. Kelly is suffering damages from thebank's illegal conducts and would like to seek a judgment award money of any fair statutory amount. The delay in refunds is causing plaintiff Mr. Kelly hardship and harm from the bank. There is no remedy at law of thismatter and problems. This was a joint loan credit card account and the bank had no rights to compound interest on the loan and to change the interest rate to a higher rate. The account are paid in full and are not delinquent. The bank is reporting false incorrect information facts to different agencys to hurt mr. kelly's credit future profession.

The cardholder asserts the defense against the issuer by withholding payment on the credit card account up to the amount of credit outstanding for the property or services that gave rise to the dispute, plus any finance or other charge imposed on that amount. The issuer may not report the disputed amounts as delinquent. see.... 15 USCS & 1666 i (a), 12 CFR & 2 26.12 (c). credit card... 20 am, jur, 2d. & 62, credit card, accounts.

From an early day the courts in this country have opposed the allowance of compound interest. see... 4 5 am, jur. 2d. & 57. interest, usury...

Therefore based on the information, evidences, facts and laws of USC, Mr. Herman Kelly is discharged of all bills, debts to said respondant bank. Mr. Kelly is still trying to settle, compromise resolved this matter and prays to GOD and this honorable courts agency to consider review this notice and request in pursuant to all apply legal laws. This matter if denied shall be submitted to the United State Supreme court for review of these proceedings.

Further Mr. kelly seek any relief deem just and fair justice.

State Of Michigan
Notary Public Certificate
Sworned and subcripted in person before me on this 15 _____ day of APRIL _____ 2006

_____
Notary Public, County, SEAL;
**PENNEY E. BUXTON**
**Notary Public, Wayne County, Michigan**
**My Commission Expires April 6, 2011**
**ACTING IN OAKLAND COUNTY**

Respectfully Submitted

Herman Kelly,
p. o. box 14 157
Detroit, Michigan 48214 usa

313-894 -885
_____
Herman Kelly, pro, se.

proof of service certificate
--------------------------------

Herman Kelly, pro, se certified that a true correct copy of this motion to set-aside judgment, dismiss complaint, motionfor jury trial mailed to wolpoff & abramson, olivier, 39500 high pointe blvd, suite 250 Novi, Mich48375- 2404, MBNA 655 paper mill rd. Wilmington, de.19884-1411, N.A.F. p.o. box 50191 Minn, M N 55405, Wolpoff 702 king farm blvd, Rockville, MD 2 0850-57 75.