United States        Federal      District     Court
                  D E L A W A R E

Herman Kelly, pro,se                    Case;106cv228 (JJF)
plaintiff
                                        Civil Division;
vs.                                     notice/affidavit

MBNA  America  Bank
National Arbitration Forum
WoLpoff & ABramson, L.L.P.
defendants
---------------------------------/



   ( " Pre -Summon Action Notice Of Complaint " )
             to defendants 4-26-2006

1.   Herman K e l l y, pro,ss hereby certified submit and file
his civil action complaint in this honorable court for review,
and seek a judgment award against all defendants aboved.

2.   This is a claim of discrimination, illegal high compound
interest prime rate, Harassment, Breach of comtract agreement,
Double Jeopardy, Interference, Fraud, Sanctions/Injunction,
False prosecution, False Advertising, Deceit Accounting practice,
Conspiracy, Embezzlement, misrepresentation, Negligence,
Settlement Compromise, Tampering with plaintiff as witness,
Extortion.

3.   Plaintiff is seeking and request a jurisdictional award
amount of 5 million dollars from all defendants. Plaintiff is
claiming special, general, punitive damages for defendants
illegal misconduct toward plaintiff doing these settlement's
proceedings. Herman Kelly is only trying to seek justice& peace .

4.    Plaintiff is in fear for his life and suffering pain,
hardship from defendants, and their unprofession conducts as a bank.
Defendants refused to tell, informed the court and US government
the correct up to date amount of money that         plaintiff
paid them and their mergering other banks.
All defendants have denied plaintiff his US constitutional
rights to access to court, due process of laws, equal
protection of laws, rights to jury trial, rights to enjoyment of
life , rights to appointment of counsel, rights to discovery.

5. This court has full jurisdiction over this matter of
complaint, settlement and over all defendants who are located in
this state and do business in this state , cause of action
took place in this state.
6.   Defendants's address and telephone numbers are,
NAF ,National Arbitration Forum,Wolpoff & Abramson, l.l.p.
MBNA , .... Wolpoff & abramson, two Irvington centre, 7 02 king
farm blvd, Rockville, M D. 2 0 8 5 0-5775. National Arbitration
Forum p.o. box 50191 Minn , M N 55405 - 1091,MBNA America bank
655 paper mill road, Wilmington, D E. 19884-1411...

P.1

" Notice and          of billing statments error/mistakes..
excess  overcharged usurious  interest rate fees by BMNA,Breach of
contract,  agreement letter of  credit by MBNA,Discriminations
conducts  by MBNA, and Monoply  interference by MBNA  "
-------------------------------------------------------------------

7.      Herman Kelly  submit  this notice to court and to MBNA
america bank, that MBNA has  made  a   mistake  error in
computation of  any money  blance due amount.Where Mr.  Kelly
has  paid all  interest up to  date from  past 5 years back  with
bank  to this   present date.This  is   in respect  to COTC's letter.

8.      The total balance of loan credit  card amount  was  to added
one  time together with  the  full one time  total interest rate
in effect on the   date of  issued card  & first agreement contract.
example;
--------    $1000.00  loan credit  times( X )27.98 % equal(APR)
=   $279.80 dollars interest  set fit fees, $ 1000.00  plus (+)
$ 279.80  equal  $1279.80  full total balance including interest
for  45,73 months  at  $27,98 dollars  per month miniuim payments
is  paid off period  about 3   years  and 9 months....

9.      . MBNA has  error in  compounding my balance with  a  daily
overcharged illegal  interest rate which  was to be  set  fit
one time  fee.Not to  be  carried over month  by  month,year by  year,
or day  by day. My minimum installment  monthly payments was  to
about $ 18.00  dollars to  $27.98 dollars  or $50.00 dollar, MAX.
per month as requested by Mr. Kelly  in  respect to  agreements
for  the life  over   21 years  or as  sooner by Mr.  Kelly
for a  total single balance  account  of  transaction balance
$9,500.00 credit  card loan  amount limit  plus 27.98  max. interest
rate  of  balance  added to  a  one time  set fit  fee  amount
$2658.10 ( 27.98  % of $9,500.00 ) total  $12,158.00  est.in  full.
    Mr. has paid about $9600.00  in  intertest,and  loan credit
amount  for   about  8 years since 1996  at  about between
$100.00,$50.00 per month.

P.2

Compound interest menorandum of laws
----------------------------------------

45 am jur.2d. & 57 interest... from an early day the courts in this country have opposed the allowance of compound interest and the generally recognized rule is that interest should not bear interest.

a creditor may contract for and receive a finance charge not exceeding that permitted in the code. The finance charge may not exceed the single annual percentage rate designed as 18 % per year on the unpaid balances of the amount fina nced.see... uccc&2.201.1.. uccc & 2.201.2b. 17 am jur, 2d.& 295 consumer protection.

the common law has long favored simple interest and disfavored compound interest. nation vs. W D E ,elec.co. 454 mich,489.563,n.w. 2d. 233 ,1977.

in the absence of a contractual provision or a statute,compound interest is not allowed on a debt. lincoln lumber co, vs. fowler ,248, Neb,221, 533, n.w. 2d .898,1995.. campbell vs. lake terrace,inc. 111 nev.1329,905,p. 2d.163,1995

Bogosian vs. Woloohojian,158,f, 3d,1, 1st, cir.1998. greenmoss builders ,inc. vs. dun & bradstreet inc, 149,Vt.365 543 A. 2d. 1320,1988.



The general Americam rule is that when interest is allowable interest is to be computed on a simple rather than a compound basis in the absence of express authorization to do so. Stovall vs. Illinois central gulf R. Co. 722 f. 2d. 190 5th cir. 1984 .

compound interest means interest on interest in that accrued interest is added periodically to the principal and interest is then computed upon the new principal thus formed .

as a consequence compound interest may in effect be recovered on a judgment whereby the aggregate amount of principal and interest is to a new principal amount.The consequence which follow the exaction of unlawful interest ny national banks are those provided in federal law namely forfeiture of the entire interest which has been agreed to be paid or if the interest has been paid liability for double the amount of the interest. see. 45 am jur.2d.&11 interest & usury

A national bank charges interest at a higher rate than allowed by the law of the state when it compounds interest a t a higher rate than permitted by its home state law, even though the compound interest rate is less than permitted by state law to be charged directly without compounding/ see. . 45 am, jurm, 2d. & 12 interest

Mr. Kelly is suffering damages from the bank's illegal conducts and would like to seek a judgment award money of any fair statutory amount. The delay in refunds is causing plaintiff Mr. Kelly hardship and harm from the bank. There is no remedy at law of this matter and problems. This was a joint loan credit card account and the bank had no rights to compound interest on the loan and to change the interest rate to a higher rate. The account are paid in full and are not delinquent. The bank is reporting false incorrect information facts to different agencys to hurt mr. kelly 's credit future profession.

The cardholder asserts the defense against the issuer by withholding payment on the credit card account up to the amount of credit outstanding for the property or services that gave rise to the dispute, plus any finance or other charge imposed on that amount. The issuer may not report the disputed amounts as delinquent. see.... 15 USCS & 1666 i (a), 12 CFR & 2 26.12 (c). credit card... 20 am, jur, 2d. & 62, credit card, accounts.

From an early day the courts in this country have opposed the allowance of compound interest. see... 4 5 am, jur. 2d. & 57. interest, usury...

Therefore based on the information, evidences, facts and laws of USC , Mr. Herman Kelly is discharged of all bills, debts to said respondant bank. Mr. Kelly is still trying to settle, compromise resolved this matter and prays to GOD and this honorable courts agency to consider review this notice and request in pursuant to all apply legal laws. This matter if denied shall be submitted to the United State Supreme court for review of these proceedings .

Further Mr. kelly seek any relief deem just and fair justice.

State Of Michigan
Notary Public Certificate
Sworned and subcripted in person
before me on this 15 ------- day
of APRIL -------- 2006

_Penney Buxton_
Notary Public, County, SEAL;
PENNEY E. BUXTON
Notary Public, Wayne County, Michigan
My Commission Expires April 6, 2011
ACTING IN OAKLAND COUNTY

Respec tfully Submitted

Herman Kelly,
p. o. box 14 157
Detroit, Michigan 48214  usa
313-894 -885

_Herman Kelly_
Herman Kelly, pro, se.

proof of service certificate
----------------------------

Herman Kelly , pro, se certified that a true correct copy of this motion to set-aside judgment, dismiss complaint , motion for jury tria l mailed to wolpoff & abramson, olivier , 39500 high pointe blvd, suite 250 Novi, Mich 48375- 2404 mbna america bank 655 paper mill road , wilmington, Delaware 19884-1411

P.4



Herman Kelly
P.O. Box 14157
Detroit, Michigan 48214

Clerk of Court
Office Civil Div.
United States District
Court
844 N. King St. Lockbox 18
Wilmington, Delaware
19801-3570

06-228 (JJF)

Compound interest menorandum of laws
----------------------------------------

45 am jur.2d. & 57 interest... from an early day the courts in this country have opposed the allowance of compound interest and the generally recognized rule is that interest should not bear interest.

a creditor may contract for and receive a finance charge not exceeding that permitted in the code. The finance charge may not exceed the single annual percentage rate designed as 18 % per year on the unpaid balances of the amount fina nced.see... uccc&2.201.1.. uccc & 2.201.2b.  17 am jur, 2d.&  295 consumer protection.

the common law has long favored simple interest and disfavored compound interest. nation vs. W D E ,elec.co. 454 mich,489.563,n.w. 2d. 233 ,1977.

in the absence of a contractual provision or a statute,compound interest is not allowed on a debt. lincoln lumber co, vs. fowler ,248, Neb,221, 533, n.w. 2d .898,1995.. campbell vs. lake terrace,inc. 111 nev.1329,905,p. 2d.163,1995

Bogosian vs. Woloohojian,158,f, 3d,1, 1st, cir.1998. greenmoss builders ,inc. vs. dun & bradstreet inc, 149,Vt.365 543 A. 2d. 1320,1988.

The general Americam rule is that when interest is allowable interest is to be computed on a simple rather than a compound basis in the absence of express authorization to do so. Stovall vs. Illinois central gulf R. Co. 722 f. 2d. 190 5th cir. 1984 .

compound interest means interest on interest in that accrued interest is added periodically to the principal and interest is then computed upon the new principal thus formed .

as a consequence compound interest may in effect be recovered on a judgment whereby the aggregate amount of principal and interest is to a new principal amount.The consequence which follow the exaction of unlawful interest ny national banks are those provided in federal law namely forfeiture of the entire interest which has been agreed to be paid or if the interest has been paid liability for double the amount of the interest. see. 45 am jur.2d.&11 interest & usury

A national bank charges interest at a higher rate than allowed by the law of the state when it compounds interest a t a higher rate than permitted by its home state            law, even though the compound interest rate is less than permitted by state law to be charged directly without compounding/ see. . 45 am, jurx, 2d. & 12 interest



BD Scanned

**ORIGINAL**

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Herman Kelly, pro, se
p.o. box 14157   Detroit, Michigan
48214-    313- 894-8855

ATTORNEYS FOR: plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| Herman Kelly, pro, se | CASE NUMBER |
|---|---|
| Plaintiff(s), | 106 cv 228 ( JJF ) |
| v. | |
| MBNA america bank, national arbitration forum, wolpoff & abramson. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES |
| Defendant(s) | (Local Rule 7.1-1) |

FILED
MAY 0 4 2006
DISTRICT OF DELAWARE

BD scanned

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ___Herman Kelly___
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

PARTY                                    CONNECTION
(List the names of all such parties and identify their connection and interest.)

all defendants owe plaintiff money for overpayments, refund on loan
that are paid in full, defendants charged illegal compound interest.
Mbna bank 655 paper mill road, wilmington, De. 19884-1411...
national arbitration forum p.o. box 50191 Minn, MN 55405-1091.
wolpoff & abramson two irvington, centre. 702 king farm blvd,
Rockville, MD. 20850-5775

Herman Kelly trying to settle case, seek overpayment refund from
bank defendants,, plus damages amount award, of any fair amount
of money from all defendant's presidents, as stated in complaint.

April 26, 2006                           _/s/ Herman Kelly_
Date                                     Sign

                                         Herman Kelly

                                         Attorney of record for or party appearing in pro per

CV-30 (12/03)                            NOTICE OF INTERESTED PARTIES

case#106cv228
(JJF)

UNITED STATES DISTRICT COURT, DISTRICT OF Delaware
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☒) | DEFENDANTS |
|---|---|
| Herman Kelly, pro, se | MBNA America bank, National Arbitration Forum, Wolpoff & Abramson, llp. |
| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): Delaware |
| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Herman Kelly, pro, se p.o. box 14157 Detroit, Mi. 48214 313-894-8855 | Attorneys (If Known) Wolpoff & Abramson, MBNA 655 paper mill road, wilmington, Delaware 19884-1411 |

II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☒1 | Incorporated or Principal Place of Business in this State | ☐4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☒5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

FILED MAY 0 4 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BP scanned

IV. ORIGIN (Place an X in one box only.)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

V. REQUESTED IN COMPLAINT: JURY DEMAND: ☐ Yes ☐ No (Check 'Yes' only if demanded in complaint.) any fair amount
CLASS ACTION under F.R.C.P. 23: ☐ Yes ☐ No   ☒ MONEY DEMANDED IN COMPLAINT: $ 100,000..

VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
seek refund, of overpayments on loan, defendants's high illegal compound interests...

VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☒ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☒ 150 Recovery of Overpayment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 862 Black-Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☒ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 240 Torts to Land | | ☒ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

VIII(a). IDENTICAL CASES: Has this action been previously filed and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s):

FOR OFFICE USE ONLY:    Case Number: _____

UNITED STATES DISTRICT COURT,      DISTRICT OF Delaware
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☒ No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
☐ B. Involve the same or substantially the same parties or property;
☐ C. Involve the same patent, trademark or copyright;
☐ D. Call for determination of the same or substantially identical questions of law, or
☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

IX. VENUE: List the DE County, or State if other than DE, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

Detroit, Michigan

List the DE County, or State if other than DE in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Delaware        ,        Wilmington

List the DE County, or State if other than DE, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

Delaware        Wilmington

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date _____

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |