ORIGINAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF D E L A W A R E

| | |
|---|---|
| Herman Kelly, pro, se<br><br>          v.<br>               Plaintiff(s)<br><br>MBNA america bank,Wolpoff,Abramson,<br>National Arbitration Forum. 655<br>paper mill rd.wilmington,delaware<br>19884-1411<br>               Defendant(s) | **CASE NUMBER:**<br>106 cv 228  (JJF)<br><br>**PROOF OF SERVICE<br>SUMMONS AND COMPLAINT** |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

    a. ☒ summons      ☒ complaint    ☐ alias summons        ☐ first amended complaint
    
    FILED
    
    ☐ second amended complaint
    ☐ third amended complaint
    
    ☐ other *(specify)*:     MAY 1 7 2006      PO scanned

2. **Person served:**

    a. ☒ Defendant *(name)*: MBNA bank, Nat.arbitration forum, Wolpoff&Abramson
    
    b. ☐ Other *(specify name and title or relationship to the party/business named)*:
    
    655 paper mill rd.wilmington,DE.19884-1411
    
    c. ☒ Address where papers were served: pobox 50191 Minn, MN.55405-0191
    
    702 kingfarm blvd Rockville,M D. 20850-5775

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

    a. ☒ Federal Rules of Civil Procedure
    
    b. ☐ D E. Code of Civil Procedure

4. I served the person named in Item 2:

    a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
    
      1. ☐ **Papers were served on** *(date)*:_____ at *(time)*:_____
    
    b. ☐ By **Substituted service**. By leaving copies:
    
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
    
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
    
      3. ☐ **Papers were served on** *(date)*:_____ at *(time)*:_____
    
      4. ☒ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
    
      5. ☒ **papers were mailed on** (date): 04-26-06 at;4;04pm.. see  Ex. A(attached) usa post office
    
      6. ☒ **due diligence**. 1 made at least three (3) attempts to personally serve the defendant.     meter receipt.

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                                                          PAGE 1



Herman Kelly, Pro se-
P.O. Box 14157
Detroit, Michigan 48214

United States Federal Court
Clerk of Court Office
Civil Div - USDistrict Court
844 N. King Street,
Lockbox 18
Wilmington, Delaware 19801-3570

U.S.M.S.
X-RAY



# UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
JEFFERSON STATION
DETROIT, MI  48214-9998
04/26/06 04:04PM

```
Store  USPS          Trans   80
Wkstn  sys5003       Cashier KV5XHO
Cashier's Name       Arlene
Stock Unit Id        SSAAPD
PQ Phone Number      313-331-3440
USPS #               2524950214

  1. First Class                    0.39
     Destination:     20850
     Weight:          1.00 oz.
     Postage Type:    PVI
     Total Cost:      0.39
     Base Rate:       0.39
  2. 39c Nd Lib/Flg PS              7.80
     20 @   0.39
  3. First Class                    0.39
     Destination:     19884
     Weight:          1.00 oz.
     Postage Type:    PVI
     Total Cost:      0.39
     Base Rate:       0.39
  4. First Class                    0.39
     Destination:     48375
     Weight:          1.00 oz.
     Postage Type:    PVI
     Total Cost:      0.39
     Base Rate:       0.39
  5. First Class                    0.39
     Destination:     55405
     Weight:          1.00 oz.
     Postage Type:    PVI
     Total Cost:      0.39
     Base Rate:       0.39

Subtotal                           9.36
Total                              9.36


Cash                              20.00
Change Due
  Cash                            10.64
```

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 24

Thank You
Please come again!

Ex. A
Page 1. A

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside $DE$ *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service:  *(date)*: _____ at *(time)*: _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
united states postal service,
jefferson station,Detroit,Michigan
48214-9998.   313-331-3440
　　　USPS#2524950214

a. Fee for service: $ 9.36

b. ☐ Not a registered $DE$ process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☐ Registered $DE$ process server

8. ☐ I am a $DE$ sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: *May 8, 2006*

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                    PAGE 2

Compound interest  menorandum  of   laws
------------------------------------------

45 am jur.2d. & 57 interest... from an early day the courts in this
country have opposed the allowance of compound interest and the
generally recognized rule is that  interest should not bear interest.

a creditor may contract for and receive a finance charge not exceeding
that permitted in the code. The finance charge may not exceed the
single annual percentage rate designed as 18 % per year on the
unpaid balances of the amount fina  nced.see... uccc&2.201.1..
uccc & 2.201.2b.  17 am jur, 2d.&  295 consumer protection.

the common law has long favored simple interest and disfavored
compound interest. nation vs. W D E ,elec.co. 454 mich,489.563,n.w.
2d. 233  ,1977.

in the absence of a contractual provision or a statute,compound
interest  is not allowed on a  debt. lincoln lumber co, vs.
fowler ,248, Neb,221, 533, n.w. 2d .898,1995.. campbell vs. lake
terrace,inc. 111 nev.1329,905,p. 2d.163,1995

Bogosian  vs. Woloohojian,158,f, 3d,1, 1st, cir.1998.
greenmoss builders ,inc. vs. dun &    bradstreet inc, 149,Vt.365
543 A. 2d. 1320,1988.

The general Americam rule is that when interest is allowable interest
is to  be computed  on a simple rather than a   compound basis in
the absence of express authorization  to do  _so.  Stovall  vs.
Illinois central gulf R. Co. 722  f. 2d. 190 5th cir. 1984  .

compound interest means interest on interest in that accrued interest
is added  periodically to the principal and interest is then computed
upon the new principal thus formed .

as a consequence compound interest  may in effect be recovered on a
judgment whereby the aggregate amount of principal and interest is to
a new principal amount.The consequence which follow the exaction of
unlawful interest ny national banks are those provided in federal
law namely forfeiture of the entire interest which has: been agreed
to be paid or if the interest has been paid liability for double the
amount of the interest. see.  45 am jur.2d.&11 interest & usury

A  national bank charges interest at a higher rate than allowed by the
law of the state when it  compounds interest a t a higher rate than
permitted by its home state          law, even  though the compound
interest rate is less than permitted by state law to be charged
directly without compounding/ see.  45 am, jurx, 2d. &  12 interest

PAge 3

payments and interest of loanscredit menorandum of laws
----------------------------------------------------------------

consumer credit protection act. , states; .. State legislation
regulating consumer credit is intended to protect the consumer
by informing him or her, and should be construed to effectuate
that purpose. A state statute. providing that the . .
interest yield on loans repayable in unequal installments cannot
be in excess of the interest yield on loans repayable in equal
installments has been held not to require that the finance
charge for a loan repayable in unequal monthly installments
not exceed the finance charge for a loan payable in equal
monthly installments. see..17 am , jur. 2d 282 consumer protection.

Except as otherwise provided in this section,the amount of the
finance charge in connection with any consumer credit transaction
shall be determined as the SUM of All charges. see..
consumer credit 15 & 1605 (a ).(1)

A creditor may contract for and receive a finance charge
not exceeding that permitted in the code.The finance charge
may not exceed the single annual percentage rate, designated
as 18 % per year on the unpaid balances of the amount financed.
see... 17 am , jur, 2d. & 295 , consumer protection..
UCCC & 2,201 (1). UCCC & 2.201( 2) (b).Uniform Consumer
Credit Code.

With respect to a consumer loan,including a loan pursuant
to open-end credit, a lender who is not a supervised lender
may contract for and receive a finance charge not exceeding
18 % per year. see.. 17 am, jur, 2d. & 297 consumer protection.

The UCCC however expressly authorizes the basic 1 ½ percent
monthly charge by setting a rate ceiling on nonsupervised loans
at 18 % simple annual interest. see.. 20 am, jur, 2d. & 13
credit cards.

Compund interest or services charges levied on credit
card accounts have been held usurious under 12 uscs & 85.
National bank act. where state law did not permit the particular
interest or service charges involved. see. 20 am, jur,2d.
& 11. credit cards..

Small loan acts states;.. Even though the act may not make express
provision in this regard,it is generally held that if interest
at a rate in excess of that authorized by the act is charged the
loan contract and all papers connected with it are void and
neither the lender nor any assignee of of his interest under
the contract is entitled to collect or receive any principal
interest or other charges whatso ever purported to be imposed
by the loan contract.see.. 53 a, am, jur, 2d. & 46,monrylenders.

It is unfair practice for a creditor to levy or collect any
delinquency charge on a payment,which payment is otherwise a full
payment for the applicable period and is pa id on its due date
or within a grace period. see,, 54A am, jur. 2d.& 1219 monopolies.
Unfair credit practices...Federal trade commission.16 CFR &441.4

Page4

collection & credit agencies   unfair &deceptice practices
menorandum      of    laws     as    to    damages.
**** *****************************************************************

A variety of criminal laws apply to collection agencies.The use
of the mails by  collection agencies to  send threatening matter
or matter in furtherance of a   scheme or artifice to defraud is
a violation of federal law.   15A am, jur 2d.& 18  collection  credit.

an    injunction will  lie against a  collection agency    which
takes assignments in violation of  a statutory prohibition .
against such  assignments as  well as against a corporate collection
agency engaged in  the unauthorized practice of law. 15a am jur 2d& 17.

the  fair debt collection practices act  permits consumers who have
been  subjected to abusive,deceptive , and  unfair debt collection
practices by third party debt collectors to sue  for damages and
 other   relief. see.. Alexander  vs. Omega   Management, Inc.
67   F. supp. 2d.  1052  (D. Minn. 1999).. Am, jur.2d.& &194.
consumer and borrower protecion act... 15A,am, jur, 2d. & 10 collection.
and  credit  agency.

Liability is assessed for emotional distress to the other person
or its physical  consequences caused by   the attempts  to collect
a  debt as when the conduct of the collector is extreme and
outrageous,wanton and shamefully and grossly  wrong unreasonable
and intentional or intentional and  malicious. see.. Forsyth
memorial hosp, Inc.  vs.  Contreras,  107 N .C.app.611,421,S.E.2 d.
167 (1992).  15A, am, jur. 2d. &14 collection and credit  agencies.
Shubert  vs. Reeves, 643, so. 2d.990 (ala.Civ.app.1994).
87  A L R,3d.786 &  4(b).

Some  courts enable a debtor to recover  under the tort of intentional
infliction of emotional distress when a creditor's collection efforts.
directed solely at  the debtor consist  of telephone  calls,letters
or personal visits or a  combination of these methods.see...
Silver   vs.  Mendel  894,F.   2d.598(3d, cir.1990).

A  debtor is entitled to mental anguish damages from a creditor that
engages in improper debt collect ion  techniques when the creditor
conduct creates  a substantial disruption in the  debtor 's daily
routine. In  addition to liability based on intentional infliction
of   mental anguish,liability for harassment of a  debtor may be  based
on  the theory that such conduct constitutes  an  invasion of the
rights of privacy. see... 15A a m, jur.  2d. &  12  collection credit.

15 & 1635 (a), (b).  return of money or  property following
rescission.

------------------------------------------------------------------------------

termination or withdrawal of a credit card may under certain circumstances  violate the equal credit opportunity act 15 uscs & 1691 et, seq.  which prohibits discrimination against any applicant with respect to any aspect of a credit  transaction,on the basis of the applicant's  membership in a  class  of persons protected by E COA, se e....  20 am, jur, 2d &   43 . credit cards, 20 am,jur, 2d. & 44.

there is case authority indicating that treble or punitive damages may  be  recovered in an action for wrongful billing. cancellation, dishonor or disclosure. Also an award of  damages for mental and emotional  distress   has been upheld against  a bank credit card issuer  which  displayed,. see.. 20 am,jur. 2d. & 45 credit cards...

Since  the national bank act limits the interest rate charged by national banks to that of the home state in which the bank is established. see... 12 uscs &  85, 45  am, jur. 2d. & 11,interest and usury...

The  consequences which follow the exaction of unlawful interest by national banks are those  provided in federal law, namely forteiture of the entire interest     which has been agreed to be paid,or i f the int erest has been paid  liability for double the amount  of the interest paid.. see... 45 am jur, 2d. 2d. & 11, interest and usury.

The  national bank act  authorizes national banks to charge or receive interest on loans  and discounts at the rate allowed by the laws of the state, territory or district in  which the bank is located or at  a rate based  on the rate in effect at  the federal reserve bank in the federal reserve  district , where   the national bank is located. see.... 45  am, jur, 2d . &   11  interest and usury, 12 uscs  &21 et.seq.

An  accepted  credit card  means any credit card which the cardholder has requested and received or has  signed or has used  or authorized another to use for the purpose of obtaining money,property, labor or  services on credit. see... 20 am, jur, 2d. & 37 credit cards, 15  uscs   & 1602(L).

Thus where  a credit card agreement is unclear regarding the parties intent  with respect to  the liability of cardholders as distinguished from  card users, the contract must be construed strictly against the party  who drafted  the instrument in light of  the circumstances surrounding the making of the agreements. see.. 20 am, jur, 2d. &   3 9 credit cards,

42 USCS & 1983, 1982, 1981, 1985.. states... every person who under color of any statute , ordinance regulation custom or usage of any state or territory or the  district of columbia subject or causes to be subjected any citizen of the US or other  person within the jurisdiction thereof to the deprivation of any rights , privileges or immunities secured by the constitution and laws shall be liable to the  party     injured in an action at law suit in equity or other proper proceedings for redress. see.. Fiumara vs. American Surety Co, of New York, 346, Pa, 584, 31, A, 2d. 283, 287.

Mr.Kelly is suffering damages from ᵗhebank's illegal conducts and would like to seek a judgment award money of any fair statutory amount.The delay iñ refunds is causing plaintiff ⸝ꞥr. Kelly hardship and harm from the bank.There is no remedy at law of thismatter and problems.This was a joint loan credit card account and the bank had no rights to compound interest on the loan and to change the interest rate to a higher rate .The account arᵦ paid in full and are not delinquent. The bank is reporting false incorrect information facts to different agencys to hurt mr. kelly 's credit future profession.

The cardholder asserts the defense against the issuer by withholding payment on the credit card account up to the amount of credit outstanding for the property or services that gave rise to the dispute,plus any finance or other charge imposed on that amount . The issuer may not report the disputed amounts as delinquent. see.... 15 USCS & 1666 i (a), 12 CFR & 2 26.12 (c). credit card... 20 am,jur, 2d. & 62, credit card,accounts.

From an early day the courts in this country have opposed the allowance of compound interest. see... 4 5 am, jur. 2d. & 57. interest, usury...

Therefore based on the information,evidences,facts and laws of USC , Mr. Herman Kelly is discharged of all bills,debts to said respondant bank. Mr. Kelly is still trying to settle,compromise resolved this matter and prays to GOD and this honorable courts agency to consider review this notice and request in pursuant to all apply legal laws.This matter if denied shall be submitted to the United State Supreme court for review of these proceedings .

Further Mr. kelly seek any relief deem just and fair justice.
State Of Michigan
Notary Public Certificate
Sworned and subcripted in person
before me on this _____ --- day
of _____-2006

Notary Public, County, SEAL;
PENNEY E. BUXTON
Notary Public, Wayne County, Michigan
My Commission Expires April 6, 2011

ACTING IN OAKLAND COUNTY

Respec tfull℣ Submitted

Herman Kelly,
p. o. box 14 157
Detroit, Michigan 48214 usa

313-894 -885

Herman Kelly, pro, se.

proof of service certificate
_____

Herman Kelly ,pro, se certified that a true correct copy of this motion to set-aside judgment,dismiss complaint ,motionfor jury tria l mailed to wolpoff & abramson, olivier , 39500 high pointe blvd, suite 250 Novi, Mich48375- 2404 and 655 paper mill rd . Wilmington, D E. 19884-1411

Page 7