IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HERMAN KELLY,                    )
                                 )
        Plaintiff,               )
                                 )
    v.                           )  Civil Action No.  06-228-JJF
                                 )
MBNA AMERICA BANK, NATIONAL      )
ARBITRATION FORUM, and WOLPOFF   )
& ABRAMSON,                      )
                                 )
        Defendants.              )

### ORDER

At Wilmington this 19 day of May, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED on the bases that: 1) the application does not contain sufficient information for the Court to made a determination of Plaintiff's indigent status, and 2) on April 7, 2006, Plaintiff was advised by the Office of the Clerk of the Court, that his application was deficient yet he failed to provide the required information as requested. (D.I. 1, 4.)

2. Plaintiff shall pay the $250 filing fee within thirty days from the date of this order or the case shall be dismissed.

                                    /s/ Joseph J. Farnan
                                    UNITED STATES DISTRICT JUDGE