IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Herman Kelly, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06-cv-228 (JJF) |
| v. ) | |
| ) | |
| MBNA American Bank, National ) | |
| Arbitration Forum, ) | |
| Wolpoff & Abramson, L.L.P., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT NATIONAL ARBITRATION FORUM'S MOTION TO DISMISS COMPLAINT

Defendant National Arbitration Forum ("NAF") hereby moves (the "Motion") this Court for the entry of an Order dismissing the complaint as it relates to NAF. In support of the Motion, NAF incorporates herein by reference the Opening Brief In Support of Defendant's Motion to Dismiss Complaint.

May 22, 2006

THE BAYARD FIRM

Richard D. Kirk (Bar ID #922)
Ashley B. Stitzer (Bar ID # 3891)
Kelly M. Dawson (Bar ID # 4786)
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com
kdawson@bayardfirm.com

Attorneys for National Arbitration Forum

626009v1

-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Herman Kelly, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06-cv-228 (JJF) |
| v. ) | |
| ) | |
| MBNA American Bank, National ) | |
| Arbitration Forum, ) | |
| Wolpoff & Abramson, L.L.P., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendant National Arbitration Forum's Motion to Dismiss Complaint and the parties' arguments and submissions thereto, IT IS HEREBY ORDERED, this _____ day of _____, 2006, that Defendant's motion is **GRANTED**.

_____
UNITED STATES DISTRICT COURT JUDGE

626052v1


# CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 22nd day of May, 2006, I caused a copy of the foregoing **Defendant National Arbitration Forum's Motion to Dismiss** to be served upon the following individual via United States First Class Mail:

Herman Kelly
Post Office Box 14157
Detroit, Michigan 48214

_____
Ashley B. Stitzer (No. 3891)

626082v1