ORIGINAL

In The United States District Court
For The District Of Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA American Bank, National
Arbitration Forum,
Wolpoff & Abramson, llp
    defendants
_____/

Case No. 1 06 cv- 228(jjf)



FILED
JUN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Request For Information, Documentation discovery "
( 12 USCS & 3404  c. 3412 b, .3411 )
_____

1. On Aug 23, 2004 MBNA America bank c/o Mary Adams called on telephone about his credit card accounts and loans, on Aug 12, 2004 Mr. Rob Patel also called about this problems, and possible settlement compromise of Mr. Kelly's case.

2. Mr. Kelly request MBNA /bank card services to send him the names of each person that closed each single different credit card account. Mr. Kelly did not approve MBNA to closed his credit card stated in complaint, without his permission and without proper cause, without prior notice to him.

3. Doing our telephone conversation Mary Adams informed mr. kelly that MBNA bank purchase, bought or did buy each of his orginial credit card account from the bank that first issued him his card and sign the ir contract agreement. Mr. Kelly request the names of each person MBNA buyer that purchased his credit card account paid in full to the orginial bank.    Kelly paid $27,366.45 to MBNA bank in 2004.

4. Mr. Kelly request copy of all MBNA banks's rules, procedures, regulations,    contracts agreements in closing all Mr. Kelly 's credit card account without his permission and took his agreed contracted, agreemented credit limit.

5. MBNA buying mr. kelly 's 6 different credit card account has cause him damages, harm, error in bank tranactions and cause this action. MBNA 's conduct has denied plaintiff his us constitution rights for credit. MBNA america bank has violated laws of congress USA laws of USA on discrimination, interference, fair trade , monopoly. MBNA buying mr. kelly' other banks credit card was his way of paying his bills, debts for any of his reasons, with his prior informed use of credit... 15 USCS & 1601 (a).

6. MBNA bank has breach their contract agreement with mr. kelly, and this requested informations, records is needed for these settlement/compromise proceedings to correct any errors.



P. 1

7.   Herman Kelly had been paying a minimum monthly installment balloon payment, set, fit, flat each month about $25.00 to $250.00 dollars to MBNA, IBS and its other banks's name herein stated here from about 1996 to this present date 2004 which is 96 months 8 years with MBNA and herman kelly, (consumer).

" Request for correct name/address of payee credit card issued bank", and request for re-assignment of credit card account to the original payee bank, to re-open accou nt."
-----------------------------------------------------------------

1.   Please send and inform Herman Kelly (investor/customer) the proper and correct name/payee & address of the bank that Mr. Kelly should pay his monthly payment to for the aboved credit card account number.

2.   The original bank that granted approved issued Mr. Kelly credit card did not close my account I'am trying to make sure that the original bank get their money, in the future so that there will be no problems and the bank will not say they did not get paid in full .

(original bank was...."

Amerus    bank         Second National Warren    bank
First    Union    Bank           Comerica    Bank
             Loan #.   credit card#.
                  ( 4264 2906 5000 1423,4800135274000023,..
                   5329058111006921,,4313040212014211...
                   4313 0277 07030919,,42642984210565  19 )



3.   Mr. Kelly request that his account be re-open with full limits ect. This is in respect to my settlement compromise offer and in re-spect to all agreement with the original bank and Mr. Kelly . I have called the MBNA America bank and  wrote them on this matter I have also sent information to the first issued card bank. I called Mary Adams at her telephone number and sent her all informations and forms.

   MBNA bank   have abused their discre-tion and authority in closing mr. kelly credit   cards when he did not do any thing wrong. MBNA has possible violated laws of usa constitutions 15 USCS & 1601 (a).protection of consumer . 15 USCS 1691 (a ) (1). Equal credit Opportunity Act . 17 am jur. 2d. & 167 consumer protection. Truth in Lending Act. 15 USCA & 1601.

   Mr. kelly request copy of all records and contract agreement between MBNA 's buyers and mr. kelly 's first card issued orginial bank in mbna purchase of his accounts. All information, and documents are in their possessions and at their locations.

P.2

This request and notice is in pursuant to all apply laws, and the us constitutions   12 USCS & 3404 (c).3412 (b).3411.

" Notice and request for full accounting audit of all money payments received by MBNA/IBS and paid to MBNA/IBS from year 1995 to August 2004 from Herman Kelly(customer). "also requests each monthly statments for each account. "

---

1. Herman Kelly has paid money in full payments up to date on all loans credit balances only, including all set fit flat interest fees, to MBNA America bank ,Indiviual bankcard services and MBNA 's other mergering banks that first issued the different banks credit cardloan. As paid to; Amerus bank # 4428 6921 3000 7 784.
Second NationalWarren bank# 4317 9572 0200  0346
First Union bank#  4090 2710 1384 3461,..43405902001 80439.
Comerica bank #4387 2921 5062  4219.

and all the new aboved credit cards/loan accounts numbers. Mr. Kelly do not owe MBNA NO money, based on all statutory laws and based on the first contract, agreement agreed to by both parties .

2. Herman Kelly request MBNA to send him & comptroller of currency, copies also send to Trans Union copies of all his monthly bank statement showing all bank transactions about 96 statement for each account and a list of all money paid to MBNA from 1995, 1996 to Sept 2004 from. Mr. kelly on all aboved accounts.Item each payments received with date posted paid.Send copies of all contracts, agreements between MBNA/ IBS and Herman Kelly with date of each contract agreement at time of first card loan issued date.

3. This request is in respect to Kelly 's supporting menorandum of laws of the USA constitutions, fair credit reporting act, Small loan act, unfair billing act, Fair Debt collection Practices act. 15 US CA & 1692 , et, seq.  15 USCA & 1681s-2(a)(1)(A).
A furnisher of information to a consumer reporting agency is required to provide accurate information.

4. This information is needed to show claims of error problems,mistake, inaccurate informations, facts ,accounting also disputed that all loans and interest was paid in full together. MBNA has been charging illegal interest and refused to add all money payments as one prinicple. TOTAL..

5. Mr. Kelly seek relief and prays to god and this agency,court, to consider,review this request ,facts,supporting laws,that MBNA will stop trying to get more money from him . Herman Kelly seek a full refund from MBNA on all overpaid payments of installments for over 8 years 96  months. All credit reports will show no bad credit on all accounts with MBNA and that his account has been paid in full with MBNA.

6. The incorrect credit report is causing Herman Kelly damages and harm to his credit history,reputations,enjoyment to life,his professional skills, from MBNA 's mistake,counting,accounting misinforming the agency is slander,libel discrimination,conducts by MBNA america bank, also MBNA charging illegal high interest against the laws of USA , and their breach of contract conducts should be review by the courts, ect...

7. Plaintiff request copies of all contracts, agreements between MBNA bank and N.A.F. and all contracts agreements between MBNA and Wolpoff & Abramson (collection agent) that are in respect to plaintiff Herman Kelly (customer consumer).

8. Plaintiff request copies of all information, written statements notes, letters from MBNA america as to how much money was paid from MBNA to National arbitration forum (NAF) and paid to Wolpoff & abramson to represent MBNA in respect to plaintiff.

9. Plaintiff request copies of all his 6 different credit card loan application that was first submitted to all mergering banks of mbna in respect to plaintiff.

10. Plaintiff request and motion this court to issue a order compelling all defendants to send plaintiff and this court copies of all herein stated information documentations, evidences. One of defendants's services to the general public is to keep full complete records, files, data of all their customers, ect..

11. Plaintiff object oppose deny all defendants & N A F's motion to dismiss complaint and opening brief dated may 22, 2006. Plaintiff move court to strike quash all defendants motion to dismiss complaint in this case.

12. Herman Kelly pro, se's complaint stated a legal claim against NAF where plaintiff is not a member of N A F. National arbitration forum had & has no jurisdiction over plaintiff who live in Detroit, Michigan. Plaintiff was not proper served and was not served with any arbitration's notice. Plaintiff had no knowledge of who national arbitration forum was or is until this year 2006. Plaintiff request defendants to send all names of NAF board of directors, C EO, president' names.

13. NAF is not arbital immunity because their illegal conducts is in violation of the us constitution laws rights of plaintiff. All national banks's problems are with the USA controller of currency as plaintiff was informed by united states government not with any NAF. statutory procedures on due process of laws. This case complaint was on accounting audit discovery where NAF'has important things documents needed for this case, plaintiff's claims and refused to settle, compromise this matter, refuse to tell this court how much money plaintiff paid MBNA and their other banks in total amount.

14. Any and all defendant's arbitration's awards or judgment is void, cancelled, illegal when a arbitration lack jurisdiction over plaintiff Mr. Kelly and is prejudice, bias, discriminated award. Plaintiff filed his complaint, summon with his legal request to court that the united states government serve pleadings on all defendants.

P. 4

15. Plaintiff has demanded a jury trial by rights and access to court where the US controller of currency informed directed plaintiff to seek legal help from US government or possible this honorable court or the United States Supreme court/US department of Treasury for review and relief.

16. All defendants knew one another prior to filing this motion and before plaintiff filed his request for overpayment refund money from defendants MBN A bank.

Plaintiff prays to god and this court to consider these facts as true and correct, also that National Arbitration forum has a duty to obey laws of this state country and send this important documentations in their control with the other defendants. any denial of this request would be abused of authority discretion by N.A.F.

respectfully submitted

Herman Kelly
p.o. box 14157
Detroit, Michigan 48214

313-894-8855

*[signature]*
Herman Kelly, pro, se plaintiff

Proof of service certificate
-----------------------------

Herman Kelly, pro, se    certifiy that a true copy of this request notice for re-rehearing, motion to set aside default ,motion for jury trial, motion for appointment of attorney was mailed to plaintiff's lawyers wolpoff & Abramson 39500 high pointe blvd , suite 250, Novi, Mich 48375-2404 on this date. The Bayard Firm attorney Ashley B. Stitzer 222 Delaware Ave. 9th floor, Wilmington, DE. 19801

*[signature]*
Herman Kelly ,June 1, 2006

P.5



Herman Kelly, Sr
P.O. Box 14157
Detroit, Michigan 48214

United States Federal
District Court
Civil Div. Clerk of Court Office
844 N. King Street
Lockbox 18
Wilmington, DE. 19801-3570