United States Federal District Court
District of Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA america bank,
National Arbitration Forum,
Wolpoff & Abramson
    defendants
-----------------------------/

civil action NO. 06-228-jjf
(menorandum of laws )
28 USC & 1915

FILED
JUN - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Plaintiff 's request and motion to vacate this court's
order dated May 19, 2006 "    FRCP rule 60    ro scanned
---------------------------------------------------------



1.  Herman Kelly, pro, se plaintiff did not get in the mail a letter or order from this clerk of court office dated April 7, 2006 requesting more information from plaintiff. Please send plaintiff another copy of April 7, 2006 letter. The USPS loss the April 7, 2006 letter and plaintiff is trying to find it with usps. see   ex. Ⓐ   (attached )

2.  This court has over looked the laws and facts that plaintiff is poor at this time/date and do not have extra money to pay any pre-paid filing fees to file submit his complaint in this court or appeal court. Plaintiff is self employed independent contracter as a writer author musician, making money his income based on commission wages, piece work. Here is a copy of his tax w-2 for 2005 and here is a copy of his check payroll stub receipt. see   ex. Ⓑ

3.  Plaintiff own a 1987 old car worth value of about $ 300.00 to $ 500.00 dollar s. Plaintiff Herman Kelly has bills, debts of $ 75.00 for A T &T telephone calls, $300.00 per month rent where plaintiff live with his family, $200.00 per month food, ect.. $100.00 per month gas transportation costs, $50.00 per month for wa shing, drying, cleaning his clothes, $25.00 per month DTE energy light bills(share bill) owe about $ 5000.00 to retail stores. see    ex. Ⓒ

4.  Plaintiff has paid defendants MBNA america bank's companies all his life saving money over $ 15,000 dollars and this case claims in complaint is seeking a refund from all defendants and reinbursement of expenses for overpayments to defendants on plaintiff 's paid in full loan credit card which are both the same. see   menorandum of la ws supporting plaintiff motion request to file his complaint without paying filing fees. All defendants has been served with the summon and complaint on May 15, 2006 by certified USPS fir st class mail at defendants address c/o Rebecca J. Coleman. usps#70023150000126944754.

KELLY vs. MBNA # 06-228-JJF

Forma Pauperis menorandum Of Laws
-------------------------------------------------------

Plaintiff husband and wife meet requirement of 28 USCS & 1915(a) where (1) they are both unemployed (2) their checking and savings accounts total approximately $100 (3) husband states that his monthly gross income from social security disability and disability insurance policy is approximately $1400 per month, but that his monthly expenses exceed that amount and (4) although plaintiffs own home with approximately $30,000 of its value in equity, their income does not allow for interest or principal payments on any loan against such equity. see.... Handley vs. Union Carbide Corp. (1985, SD W, Va, 622 F. supp 1065...

An applicant need not to prove that he is absolutely destitute before being allowed to proceed in forma pauperis. see.... Zaun vs. Dobbin 1980, Ca. 7, Ill. 628, f 2d, 990.

this amendment contemplates equal justice for poor and rich alike. see. Dobbs, vs. Wallace, 1974, 201, s.e. 2d. 914, 157, W, Va, 405.

USCA, Equal Protection Amend, 14 & 1... this clause requires that all men be affored equal protection of laws and any statute or procedure which has effect of discriminating against defendants solely because they are indigent is constitutionally impermissible. see.. Hazelwood vs. State 1974, 524, P. 2d. 704, 215, Kan, 442.

This clause requires that state appellate system be free of unreasoned distinctions and that indigents have an adequate opportunity to present their claims fairly within adversarial system. see... Ross vs. Moffitt. N.C. 1974, 94, S. Ct. 2437, 417, US, 600, 41, L. Ed. 2d. 341.

Right of access to court is substantive rather than procedural and its exercise can be shaped and guided by the state but cannot be obstructed regardless of procedural means applied. see. Morello, vs. James, C.A. N.Y. 1987, 810, f. 2d. 344. ... Crowder vs. Sinyard, C.A. 5, Tex, 1989, 884, f. 2d. 804.

Pro, se litigant should be afforded every reasonable opportunity to demonstrate that he has a valid claim. see... Bobal vs. Rensselaer Polytechnic, Institute, 916, f. 2d. 759.

Equal protection of law requires like treatment of all those similarly situated. see.. People vs. Fuller, Colo, 1990, 791, p. 2d. 702.

Plaintiff's Forma Pauperis menorandum of laws, supplements.
------------------------------------------------------------

affidavit to proceed in forma pauperis is sufficient if its states that one cannot because of poverty afford to pay for costs of litigation and still provide for oneself and any dependents. see... johnson vs. city of port arthur, E.D. Tex. 1995, 892, f. supp 835.

One need not be completely destitute in order to proceed in forma pauperis but rather affidavit demonstrating that petitioner cannot because of his poverty provide himself and any dependants with necessities of life is sufficient. see.... Rewolinski vs. Morgan E.D. Wis. 1995, 896, F. supp. 643.

One need not be absolutely destitute to enjoy benefit of proceeding in forma pauperis affidavit to proceed in forma pauperis is sufficient if it states that one cannot because of poverty afford to pay for costs of litigation and still provide for him or herself and any dependents. see.... Jones vs. State, E.D. Tex, 1995, 893, f, supp. 643.



applicant made sufficient showing of poverty to proceed in forma pauperis, applicant testified that she had been unemployed since termination received $163 per month in Aid to families with dependent children AFDC benefits and a $385 housing subsidy had no cash, had no checking account had no saving account and resoded with her 14 year old daughter. see.. tatum vs. community bank, e.d. tex, 1994, 866, f. supp. 988.

plaintiff made sufficient showing of poverty to be allowed to proceed in forma pauperis in stated he had been unemployed since termination he and his wife received food stamps state program paid his utility bills the $3,000 that he received from employer's retirement plan had been dissipated for living expenses he no longer received workers compensation his only asset was van, he was behind on rent payments and he had no savings. see... johnson vs. city of port arthur, e.d. tex, 1995. 892, f. supp. 835.
Calhoun vs. Health & human services & social sec admin, e.d. wis, 1994, 844, f. supp. 1338.

Applicants financially eligible to proceed in forma pauperis include, a plaintiff whose home and car of nominal value are not readily convertible to cash and whoe monthly income will not allow for an expenditure of the costs of an action. see.... Thomas vs. Califano 1978, MD, pa, 79, FRD, 14.

Plaintiff who has monthly income of $181 in welfare benefits, $41 in food stamps, checking account balance of less than $60 and automobile on which he owes $3,600 as well as other debts totaling $10,000 meets pauper status required for grant of leave to proceed in forma pauperis. see... Potnick vs. Eastern State Hospital (1983) Ca 2, NY ) 701, F, 2d, 243...

## Account Information

Herman Kelly
PO Box 14157
Detroit, MI 48214

| Account Number | 2429 532 0001 9 |

### Contact Information

| | |
|---|---|
| Gas Leak or Gas Emergency | 1.800.947.5000 |
| Electric Outage or Emergency | 1.800.477.4747 |
| Customer Service | 1.800.477.4747 |
| Hearing-Impaired TDD line | 1.800.888.6886 (Mon-Fri 8am-5pm) |
| Web Site | my.dteenergy.com |

## Summary of Charges

| | |
|---|---|
| Account Balance as of Apr 3, 2006 | 95.29 |
| Payment Received Apr 10, 2006 Thank You! | - 35.99 |
| Payment Received Apr 12, 2006 Thank You! | - 25.29 |
| Payment Received Apr 25, 2006 Thank You! | - 25.00 |
| **Balance Prior to Current Charges** | **9.01** |
| **Current Charges** | |
| Detroit Edison Residential Electric Service | 58.13 |
| MichCon Gas Residential Non-Heating | 46.41 |
| Other Charges and Credits | 0.02 |
| **Total Current Charges** | **104.56** |
| **Account Balance as of May 3, 2006** | **$113.57** |

If paid after May 30, 2006, a 2% late payment charge will be added to your next bill.

## Important Information

Pay your energy bill online with a Visa card or bank account using our free and secure eBill service. Visit my.dteenergy.com/eBill.


DTE Energy

02-04052006-k7,671          Page 1 of 3


**at&t**

HERMAN KELLY
PO BOX 14157
DETROIT, MI 48214-0157

Page 1 of 3
Account Number 313 894-8855 785 1
Billing Date Mar 1, 2006

Web Site www.sbc.com

# Monthly Statement
Feb 2 - Mar 1, 2006

### Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 53.98 |
| Payment | 33.98CR |
| Adjustments | 5.17 |
| Past Due - Please Pay Immediately | 25.17 |
| Current Charges | 55.37 |
| **Total Amount Due** | **$80.54** |
| Current Charges Due in Full By | Mar 27, 2006 |

### Billing Summary

**Questions? Call:**

| | |
|---|---|
| **Plans and Services** | 35.51 |
| 1-800-244-4444 | |
| Repair Service: | |
| 1-800-515-7272 | |
| Automated Billing/Payment Arrangements: | |
| 1-800-207-2228 | |
| **SBC Long Distance** | 19.86 |
| 1-800-244-4444 | |
| **Total of Current Charges** | **55.37** |

### Detail of Payments and Adjustments

| Item No. | Date | Description | Adjustments | Payments |
|---|---|---|---|---|
| 1 | 2-15 | Payment | | 15.00 |
| 2 | 2-16 | Payment | | 10.00 |
| 3 | 2-23 | Payment | | 8.98 |
| 4 | 3-06 | Late Payment Charges | 5.17 | |
| Totals | | | 5.17 | 33.98 |

### Plans and Services

**Monthly Service - Mar 1 thru Mar 31**

| | |
|---|---|
| Call Plan Unlimited | 15.64 |
| Call Waiting | 6.00 |
| Federal Access Charge | 5.35 |
| State Access Charge | 2.78 |
| **Total Monthly Service** | **29.77** |

**Local Calls**
**Call Plan Unlimited**
    40 Call(s) were placed this month

**Surcharges and Other Fees**

| | |
|---|---|
| 9-1-1 Emergency System | |
| Billed for Detroit | .40 |
| Emergency 9-1-1 Operational Assessment | |
| Billed for Detroit | .80 |
| Federal Universal Service Fee | .54 |
| Detroit Utility Users Tax | 1.24 |
| **Total Surcharges and Other Fees** | **2.98** |

**Taxes**

| | |
|---|---|
| Federal at 3% | .92 |
| State at 6% | 1.84 |
| **Total Taxes** | **2.76** |
| **Total Plans and Services** | **35.51** |


$47.21

### News You Can Use - Summary

- PREVENT DISCONNECT
- BEST TIMES TO CALL
- PAY BILLS ONLINE
- CARRIER INFO
- SPECIAL NEEDS

See "News You Can Use" for additional information.

Local Services provided by SBC Illinois, SBC Indiana, SBC Michigan,
SBC Ohio or SBC Wisconsin based upon the service address location.

Return bottom portion with your check in the enclosed envelope.    U.S. Pat. D410,950 and D414,510



**AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS**
**ONE LINCOLN PLAZA**
**NEW YORK, NEW YORK 10023**

ASCAP

MAY 18, 2006

10268

MR HERMAN KELLY
P O BOX 14157
DETROIT MI  48214

**INTERNATIONAL DISTRIBUTION**     WRITERS                    BALANCE DUE A/C ADVANCE

| DISTRIBUTION | | DEDUCTIONS | | |
|---|---|---|---|---|
| | | DUES | | DATE  05/18/2006 |
| | | ADVANCES | | |
| | | RELIEF | | |
| | | W/H TAX | | CONTROL No.  0011051 |
| | | CREDIT UNION | | |
| | | ASCAP FOUNDATION | | |
| | | LEGISLATIVE FUND | | |
| | | OTHER | | |
| TOTAL | $39.05 | TOTAL | $0.00 | AMOUNT OF CHECK  $39.05 |

FOPCKI

1623030             USA    KELLY HERMAN

MAY 2006 INTERNATIONAL DISTRIBUTION

| COUNTRY | SOCIETY | ALLOCATION OF ROYALTIES BY PERFORMANCE CATEGORY | | | | |
|---|---|---|---|---|---|---|
| | | GENERAL | RADIO | TV | TV FILM/SERIES | CINEMA FILM |
| ARGENTINA | SADAIC | Next Distribution Projected For August 2006 | | | | |
| AUSTRALIA | APRA | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 |
| AUSTRIA | AKM | Next Distribution Projected For February 2007 | | | | |
| BELGIUM | SABAM | JAN '04 – DEC '04 | | | | |
| BOLIVIA | SOBODAYCOM | Next Distribution Projected For November 2006 | | | | |
| BRAZIL | UBC | Next Distribution Projected For August 2006 | | | | |
| BRITAIN | PRS | JAN '05 – JUN '05 | JUL '05 – SEPT '05 | JUL '05 – SEPT '05 | JUL '05 – SEPT '05 | JAN '05 – JUN '05 |
| CANADA | SOCAN | APR '05 – JUN '05 | APR '05 – JUN '05 | APR '05 – JUN '05 | APR '05 – JUN '05 | APR '05 – JUN '05 |
| CHILE | SCD | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 |
| COLOMBIA | SAYCO | JAN '05 – SEPT '05 | | | | |
| COSTA RICA | ACAM | JAN '03 – DEC '03 | | | | |
| CZECH REP | OSA | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 |
| DENMARK | KODA | | | JAN '01 – DEC '04 | JAN '01 – DEC '04 | |
| ESTONIA | EAU | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 |
| FINLAND | TEOSTO | JAN '05 – JUN '05 | | | | |
| FRANCE | SACEM | JAN '05 – SEPT '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JUL '05 – SEPT '05 |
| GERMANY | GEMA | Next Distribution Projected For November 2006 | | | | |
| GREECE | AEPI | Next Distribution Projected For November 2006 | | | | |
| HONG KONG | CASH | Next Distribution Projected For November 2006 | | | | |
| HUNGARY | ARTISJUS | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 |
| IRELAND | IMRO | JAN '05 – JUN '05 | | | | |
| ISRAEL | ACUM | Next Distribution Projected For August 2006 | | | | |
| ITALY | SIAE | Next Distribution Projected For August 2006 | | | | |
| JAPAN | JASRAC | JAN '05 – MAR '05 | JAN '05 – MAR '05 | JAN '05 – MAR '05 | JAN '05 – MAR '05 | JAN '05 – MAR '05 |
| KOREA | KOMCA | Next Distribution Projected For November 2006 | | | | |
| LATVIA | AKKA/LAA | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 |
| LITHUANIA | LATGA-A | Next Distribution Projected For August 2006 | | | | |
| MAURITIUS | MASA | JAN '95 – JUN '04 | JAN '95 – JUN '04 | JAN '95 – JUN '04 | JAN '95 – JUN '04 | |
| MEXICO | SACM | APR '05 – JUN '05 | APR '05 – JUN '05 | APR '05 – JUN '05 | APR '05 – JUN '05 | APR '05 – JUN '05 |
| NETHERLANDS | BUMA | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 |
| NORWAY | TONO | JAN '04 – DEC '04 | | | | JAN '04 – DEC '04 |
| PANAMA | SPAC | Next Distribution Projected For November 2006 | | | | |
| PERU | APDAYC | Next Distribution Projected For November 2006 | | | | |
| PHILIPPINES | FILSCAP | | | JAN '03 – DEC '03 | JAN '03 – DEC '03 | |
| POLAND | ZAIKS | | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 | |
| PORTUGAL | SPA | JAN '03 – DEC '05 | JAN '03 – JUN '05 | | JAN '03 – JUN '05 | |
| ROMANIA | UCMR-ADA | Next Distribution Projected For November 2006 | | | | |
| RUSSIA | RAO | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 | JAN '04 – DEC '04 |
| SINGAPORE | COMPASS | JUL '04 DEC '04 | JUL '04 DEC '04 | JUL '04 DEC '04 | JUL '04 DEC '04 | JUL '04 DEC '04 |
| SLOVAKIA | SOZA | Next Distribution Projected For November 2006 | | | | |
| SOUTH AFRICA | SAMRO | Next Distribution Projected For November 2006 | | | | |
| SPAIN | SGAE | JAN '05 – JUN '05 | | | | |
| SWEDEN | STIM | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 |
| SWITZERLAND | SUISA | | JAN '05 – JUN '05 | JAN '05 – JUN '05 | JAN '05 – JUN '05 | |
| TAIWAN | MUST | Next Distribution Projected For November 2006 | | | | |
| THAILAND | MCT | Next Distribution Projected For August 2006 | | | | |
| TRIN & TOBAG | COTT | Next Distribution Projected For November 2006 | | | | |
| TURKEY | MESAM | JAN '01 – DEC '03 | JAN '98 – DEC '99 | JAN '01 – DEC '03 | JAN '01 – DEC '03 | JAN '01 – DEC '03 |
| URUGUAY | AGADU | Next Distribution Projected For November 2006 | | | | |
| VENEZUELA | SACVEN | JUL '03 – DEC '03 | JUL '03 – DEC '03 | JUL '03 – DEC '03 | JUL '03 – DEC '03 | JUL '03 – DEC '03 |

Please note that if you have an inquiry about your royalties within this distribution, it must be raised within a period of three years from the date the distribution was made, irrespective of the date of the performance concerned.

MR HERMAN KELLY
P O BOX 14157
DETROIT MI   48214

12151

16733

| | | |
|---|---|---|
| ☐ VOID | ☐ CORRECTED | |

| PAYER'S name, street address, city, state, and ZIP code, and telephone no. <br> AMERICAN SOCIETY OF COMPOSERS, <br> AUTHORS & PUBLISHERS <br> ONE LINCOLN PLAZA <br> NEW YORK, NY 10023 <br> 1-800-95ASCAP | 1 Rents <br> $ | **2005** <br> Statement for Recipients of | **MISCELLANEOUS INCOME** |
|---|---|---|---|
| | 2 Royalties <br> $        308.13 | | |
| | 3 Other Income <br> $ | | |
| PAYER'S Federal Identification number <br> 13-0434220 | RECIPIENT'S Identification number <br> 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 | 4 Federal income tax withheld <br> $ | 5 Fishing boat proceeds <br> $ |
| RECIPIENT'S name and address <br> KELLY HERMAN <br> P O BOX 14157 <br> DETROIT MI   48214 | | 6 Medical and health care payments <br> $ | 7 Nonemployee compensation <br> $ |
| | | 8 Substitute payments in lieu of dividends or interest <br> $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| | | 10 Crop insurance proceeds <br> $ | 11 State income withheld <br> $ |
| | | 12 State/Payer's state number | |
| Member number <br> 1623030 | 2nd. TIN Not. <br> ☐ | Member name <br> KELLY HERMAN | |

Form **1099-MISC**                                                                Department of the Treasury - Internal Revenue Service

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE.
IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED
ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED.

## This is your 1099 Form for 2005

Mr. Kelly is suffering damages from the bank's illegal conducts and would like to seek a judgment award money of any fair statutory amount. The delay in refunds is causing plaintiff Mr. Kelly hardship and harm from the bank. There is no remedy at law of this matter and problems. This was a joint loan credit card account and the bank had no rights to compound interest on the loan and to change the interest rate to a higher rate. The account are paid in full and are not delinquent. The bank is reporting false incorrect information facts to different agencys to hurt mr. kelly's credit future profession.

The cardholder asserts the defense against the issuer by withholding payment on the credit card account up to the amount of credit outstanding for the property or services that gave rise to the dispute, plus any finance or other charge imposed on that amount. The issuer may not report the disputed amounts as delinquent. see.... 15 USCS & 1666 i (a), 12 CFR & 2 26.12 (c). credit card... 20 am, jur, 2d. & 62, credit card, accounts.

From an early day the courts in this country have opposed the allowance of compound interest. see... 4 5 am, jur. 2d. & 57. interest, usury...

Therefore based on the information, evidences, facts and laws of USC, Mr. Herman Kelly is discharged of all bills, debts to said respondant bank. Mr. Kelly is still trying to settle, compromise resolved this matter and prays to GOD and this honorable courts agency to consider review this notice and request in pursuant to all apply legal laws. This matter if denied shall be submitted to the United State Supreme court for review of these proceedings.

Further Mr. kelly seek any relief deem just and fair justice.

State Of Michigan
Notary Public Certificate
Sworned and subcripted in person
before me on this 27th day
of May 2006

_____
Notary Public, County,
witness
Genesis Acts

Respec tfully Submitted

Herman Kelly,
p. o. box 14 157
Detroit, Michigan 48214 usa

313-894-885

_____
Herman Kelly, pro, se.

proof of service certificate
------------------------------------

Herman Kelly, pro, se certified that a true correct copy of this motion to set-aside judgment, complaint, motion for jury trial mailed to wolpoff & abramson, olivier, 39500 high pointe blvd, suite 250 Novi, Mich 48375-2404, MBNA bank 655 paper mill rd. Wilmington, De 19884-1411