ORIGINAL

In The United States Federal District Court
For The District of Wilington, Delaware

Herman Kelly, pro, se

    plaintiff

vs.

MBNA America bank, National
Arbitration Forum, Wolpoff &
Abramson,.

    defendants
-------------------------/

Case No. 1-06-cv-228(jjf)

notice/memorandum of law

FILED
JUN 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

" Plaintiff 's request and motion to strike, quash defendants 's motion to dismiss complaint dated may 22, 2006 "
----------------------------------------------------------------

1.   This honorable federal district court has full jurisdiction over all claims of illegal compound high interest rate against all defendants even national arbitration forum's misconducts toward plaintiff in violation of the statutory apr interest rate laws. This is also a breach of contract agreement claims, plaintiff had a set flat fixed interest rate added one time only to plaintiff's understanding of the six loan deals with all defendants 8 years ago.

2.   The complaint stated claims against all three defendants as to National arbitration forum and its staff president, board of directors, for discrimination, bias, prejudice, partiality and all defendants' s conspiracy. Where MBNA bank did buy the other six different mergering banks stated in complaint. MBNA hired wolpoff & Abramson and National Arbitration forum who are attorneys, lawyers, accountist, collection agent persons, furnishers of information to the general public , ect.. MBNA  is a national and international bank who services with all defendants is to keep records, data, files, for business and personal loan covering 50 years terms to life .

3.   All three defendants are demanding , forcing more money from plaintiff which is extortion. National arbitration forum , sent lots of mail, bills, letter seeking money from plaintiff against his will for no reason. Plaintiff deny oweing money to all defendants. Plaintiff did not know N.A .F. and is not a member of N.A .F . national arbitration forum , plaintiff do not have a agreement, contract with N. A.F. or MBNA for resolution of problem, where plaintiff was seeking a refund from all defendants for his overpayments on loans.

National arbitration forum did not have and do not have any full jurisdiction over plaintiff Herman Kelly. N.A .F  is not immunity.

    judicial impartiality is the hallmark of the American system of justice. see
              I n re Spirtos, 298, B.R.425, bankr, C.D.Cal. 2003.

P. 1

disqualification of a particular judge for bias or prejudice, although not technically required by the circumstances is sometimes proper in order to dispel any thought or suspicion that the litigants may not be receiving impartial justice. see...Brengelmann vs. land resources of new england and canada , inc. 393 ,A . 2d.174,M e,1978.

apart from disqualification arising from the basic right to a fair trial bias or prejudice may be ground for disqualification of a judge by reason of specific. constitutional or statutory provisions. Such provis ions apply both to criminal and civil cases. see... Town of east haven vs. eastern airlines, Inc. 293, f. supp.184, D. Conn , 1968. blackman vs. MacCoy , 169,cal,app .2d.873,338 p. 2d.234,dist1959.

The office of district attorney is not an immunity or liberty or property or estate within bill o f rights , art. 12. providing that no subject shall be deprived of his property , immunities or privileges or of his life, liberty, or estate but by the judgment of his peers or the law of the land but is purely a public trust to be administered solely for the interest of all the people. see ... a ttorney general vs . pelletier, 134 N .E. 407. 414,240,mass . 264.

The term immunity as used in judiciary act feb 5,1867, 14 stat. 385, authorizing the Supreme Court of the United States to re-examine the decision of the highest court of the state in certain cases where any title, right, privilege or immunity is claimed under any statute of the united states is synonymous with the word exemption.as used in the judiciary act of 1789, 1 stat.73, see ... Long vs. Converse, 91 US . 105, 113 ,23,L, ed. 233.



The rights to freedom of speech,freedom of the press, freedom of assembly and freedom of religious worship are not privileges or immunities of national citizen ship. see.. USCA const.amend 14, douglas vs . city of jeannette, Pa,C, C,A pa ,130, f,2d. 652,655.

An attorney 's rights to practice law in the state courts is not an immunity of a united states citizen within the 14 ame ndment. see... ruckenbrod vs. mullins,133,p, 2d. 325.331,102 ,utah,548,144,a,1,r,839.

courts have weighed the sufficiency of evidence that an arbitrator was guilty of partiality.see .. massonic temple assn'n of st. louis vs. farrar ,422,s.w.2d.95,mo,ct.app.1967.

The court is under an obligation to ascertain from such record as in available whether the arbitrator's conduct was so biased or prejudiced as to destroy fundamental fairness.see.. roche vs. local 32b-32j service employees intern union,755, f. supp,622,s.d.n.y. 1991. inre arbitration between US turnkey exploration,inc, & PSI,inc, 577,so,2d,1131,la,ct,app.1st.cir.1991.

Candor;... the fundamental principle is that lawyers may not knowingly misrepresent either a material fact or law to opposing parties or other persons, DR 7 102 A 5, This principle applies whether the lawyer is involved in litigation or negotiation, Dr 7 102 A 4, rule 4.1. a, rule 8.4 c.

laws and procedures which discriminate against indigent defendants are inconsistent with the premise of equal treatment under the law... brown vs. State, 1975, 322, NE, 2d, 708, 262, ind, 629...

this amendment contemplates equal justice for poor and rich alike. see dobbs vs. Wallace, 1974, 201, S.E. 2d, 914, 157, W.Va. 405.

an attorney may not with impunity either conspire with a client to defraud. or injure a third person or engage in intentional tortious conduct toward a third person. see... Roberts vs, Ball, Hunt, Hart, Brown, & Baerwitz, 2d, dist, 57 Cal, app, 3d, 104, 128, Cal, rptr, 901... 7 am, jur 2d, & 233, attorney at law.

attorney was disbarred for collecting $19,600 in fees for representing estate where allowable fees were only $3,800. see... Lake county bar, Asso, vs. Ostrander, 1975, 41, Ohio, St, 2d, 93, 70, Ohio ops, 2d, 173, 322, NE 2d, 653, 81 ALR 3d, 1136...

attorney was properly disbarred for pattern of serious and extensive misconduct over four year period where he inter alia charged fee of $2,000. on gross estate of $ 8,092,45 which was violation of disciplinary rule dealing with charging clearly excessive fees. see..office of disciplinary counsel vs. Knepp 1982, 497, pa, 396, 441, A 2d, 1197.

attorney was disbarred for among other things chargeing excessive fee in personal injury case for which he did little or no preparation after discharge by client attorney at first refused to surrender file to new attorney unless paid one third of settlement offer plus costs and then surrendered file only after fee dispute was compromised. see.. Re Disbarment of Gillard 1978, Minnm 271 NW 2d, 785. see.... Re morris , 1977, 72, NJm 135, 367, A 2d, 1172.... Coloumbus Bar Asso, vs. Benis 1983, 5, Ohio, St, 3d, 199. 5 Ohio, Br, 415, 499, NE 2d, 1305.....attorney Grievance Comm. vs. Kemp, 1985, 303 md, 664, 496, A, 2d, 672.

P,3

collection & credit agencies   unfair &deceptice practices
menorandum    of  laws     as    to    damages.
**** *********************************************************

A variety of criminal laws apply to collection agencies. The use
of the mails by collection agencies to send threatening matter
or matter in furtherance of a scheme or artifice to defraud is
a violation of federal law.  15A am, jur 2d.& 18 collection credit.

an   injunction will  lie against a  collection agency    which
takes assignments in violation of  a statutory prohibition .
against such  assignments as  well as against a corporate collection
agency engaged in  the unauthorized practice of law. 15a am jur 2d& 17.

the  fair debt collection practices act  permits consumers who have
been  subjected to abusive,deceptive , and  unfair debt collection
practices by third party debt collectors to sue for damages and
 other   relief. see.. Alexander  vs. Omega   Management, Inc.
67   F. supp. 2d.  1052  (D. Minn. 1999).. Am, jur.2d.& &194.
consumer and borrower protecion act... 15A,am, jur, 2d. & 10 collection.
and   credit   agency.



Liability is assessed for emotional distress to the other person
or its physical  consequences caused by  the attempts  to collect
a  debt as when the conduct of the collector is extreme and
outrageous,wanton and shamefully and grossly  wrong unreasonable
and intentional or intentional and  malicious. see.. Forsyth
memorial hosp, Inc.  vs.  Contreras,   107 N .C.app.611,421,S.E.2 d.
167 (1992).  15A, am, jur. 2d. &14 collection and credit  agencies.
Shubert  vs. Reeves, 643, so. 2d.990 (ala.Civ.app.1994).
87  A L R,3d.786 &  4(b).

Some  courts enable a debtor to recover  under the tort of intentional
infliction of emotional distress when a creditor's collection efforts
directed solely at  the debtor consist  of telephone  calls,letters
or personal visits or a  combination of these methods.see...
Silver   vs.  Mendel  894,F.   2d.598(3d, cir.1990).

A  debtor is entitled to mental anguish damages from a creditor that
engages in improper debt collect ion  techniques when the creditor
conduct creates  a substantial disruption in the  debtor 's daily
routine. In  addition to liability based on intentional infliction
of   mental anguish,liability for harassment of a  debtor may be  based
on  the theory that such conduct constitutes  an  invasion of the
rights of privacy. see... 15A a m, jur.  2d. &  12  collection credit.

15 & 1635 (a), (b).  return of money or  property following
rescission.

4.    All three defendants has contracts,agreements together as members of NA F. Plaintiff do not have a signed agreement contract with none of the three defendants.Prior to filing the complaint with this court plaintiff and MBNA bank was suppose to be going over a possible settlement accounting audit of all plaintiff's monthly installment payments on loans (6) of them each different credit account's number same bank MBNAand compromise one proceeding with the USA comptroller of currency.

5.    All defendants are us citizens, NAF is a private corpration organization, company persons. All defendants are NOT immunity from plaintiff's claims and damages stated in complaint. Herman Kelly is not a member of national arbitration forum, plaintiff have not contract or agreement to let NAF hear review his claims,complaint, NA F have no jurisdiction over plaintiff.

6.    All defendants and NAF lied to court slander and libel verbal and written words false information about plaintiff things that are not true or correct about loan credit balances. Plaintiff do not owe no defendants any money.



7.    After plaintiff filed his legal remedy at law to the united states comptroller of currency for review of MBNA bank's error in plaintiff's monthly bank receipt statement.Plaintiff paid all six of his loan and credit card account in full as stated in complaint. National arbitration forum did not inform court on the correct amount of money MBNA got from plaintiff and send plaintiff and this court a copy of parties contracts agreement signed by both plaintiff and banks that first issued the loan credit card to plaintiff 8 years ago,stated in complaint.

8.    Then all defendants started a misconduct of fraud,harrassments, by wrongful billing, retaliations against plaintiff for filing his claims to the us governments for help.Plaintiff is a witness and all two  defendants filed 6 single separate independent actions to the national arbitration forum and to the detroit circuit court without plaintiff being served with noticeof action, All three defendants sent letters,awards,judgments that plaintiff had no knowledge of, to plaintiff by mail every day almost seeking more money from plaintiff.

9.    Plaintiff request and give notice to this court that all six awards from national arbitration forum and detroit circuit court are void ,cancellated, illegal, lack full jurisdictions, bias, that court will not honor awards letters from defendants NAF .
         Arbitration is a matter of contract. see.. air line pilots assn.  vs. miller, 523.us,866118, S. ct.1761,140,1, ed, 2d. 1070, 1998, Onvoy, inc.  vs.shal, inc,669,n.w.2d.344, minn,2003.

No one is under a duty to arbitrate unless with clear language that person has agreed to do so. Arbitration is consensual and a matter of contract and therefore a party cannot be required to submit to arbitration any dispute that he or she has not agreed to submit. see... school committee of town of north kingstown vs. crouch, 808,a, 2d.1074,171,ed.law, rep.258,R.I. 2002.. cheek vs. united healthcare of mid-atlantic, inc,378,md.139,835,a, 2d. 656,( 2003) .. Ladd vs. scudder kemper investments, inc, 433 mass,240,741,n.e. 2d. 47 ,(2001).

before party may be compelled to arbitration under the federal arbitration act, district court must engage in limited inquiry to determine whether valid agreement to arbitration exist between parties and whether specific dispute falls within scope of that agreement. see... houlihan vs. offerman & Co. inc, c.a. 8,(s.d.)1994, 31,f. 3d. 692 .

28 & 652 judiciary procedure (a). states; any district court that elects to require the use of alternative dispute resolution in certain cases may do so ONLY with respect to mediation ,early neutral evaluation and if the parties consent arbitration.



An award may be impeached or set aside if the arbitrations had no jurisdiction to make the award or if there is a defect in the proceedings which goes to the jurisdiction of the arbitrator. see... salt lake pressmen and insurance exchange vs. Newspaper agency,corp.485,f. supp.511, ( d,utah, 1980 ) detroit auto inter-insurance exchange vs. Gavin , 416,mich,407,331,n.w.2d.418.(1982)... hackett vs. milbank ,tweed,hadley,& mccoy,86,n.y.2d.146,630,n.y.s .2d. 274,654,n.e.2d.95,(1995).

Thus generally the courts will permit an award to be impeached only where it is clearly illegal,or where there has been fraud, misconduct, corruption,palpable or gross mistake or error or some other irregularity on the part of the arbitrators which caused the rendition of an unjust, inequitable or unconscionable award. see... matter of heilman (casella), 188,a.d.2d,294, 590,n. y.s. 2d.495,(1st, dept 1992)... Geico general ins.co. vs. sherman, 307,a.d. 2d.967,763, n.y.s. 2d. 649,( 2d, dept 2003).

if an arbitration award has been obtained or influenced by fraud,imposition, misconduct, or other undue means employed or exerted by a party to the arbitration or his or her agent the award is thereby vitiated and rendered subject to impeachment. see...acessible development corp, vs. Ocean house center, inc, 4, a .d. 3d,217,772,n.y.s.2d,263,(app.div,1st,dept,2004)

Void    Judgments    menorandum    of    laws
-----------------------------------------------

even with  full jurisdiction over the parties , no court can
render a valid  judgment unless it   also has jurisdiction over
the subject matter of the litigation or cause of action. see..
editorial  photocolor  archives, inc.  vs.  Granger Collection
463, N.E. 2d. 365, 61, N.Y. 2d. 517, 474, N.Y. S. 2d. 964.

   A judgment is  wholly void in case where the subject matter
is withheld from  the jurisdiction of the  particular court.
      or  is placed within the  exclusive  jurisdiction depends
on a  statute which  was  repealed before suit .see...
49 C,J.S. & 18  judgment.... Board of com, 'rs, of crawford
county,  vs.  Radley, 8, P. 2d. 386, 134, Kan. 704.

   A  judgment must be  definitive. By this is meant that the
decision itself must purport to decide  finally the rights of the
parties on the issue submitted, by specifically  denying or
granting  the remedy sought by the action. The  converse of
this  proposition  is also true and every definitive determination
of the rights of the parties in a proceeding before a competent
tribunal is a judgment. A judgment  which is indefinite is  void.
see..... kosloff vs. kosloff, 154, p.2d. 431, 67, c.a. 2d. 374.
brown  vs. color  coating  inc, app. s.d. 867,s.w. 2d. 242.

   a judgment in personam is void  unless  the court has jurisdiction
of the  persons involved. The  court  must have  jurisdiction
of both  parties, that is of plaintiff or the person in whose
favor  it is  rendered and   also of defendant or the person
against  whom it is  rendered. see.... In re clark 's will, 3.
N.Y.S.  2d.  364, 166, misc. 909....



  judgments entered in a proceeding failing to comply  with
procedural  due  process  are void, as is  one
    entered by a court acting in a manner inconsistent with due
    process. see..... eastern Sav. bank,  vs. city of Salem
    597, N.E. 2d. 55, 33. mass. app. ct. 140.

   where a court is without jurisdiction it is  generally
   irregular to make any order in the     cause  except to
   dismiss  the suit. see... new orleans  mail co, vs.
   flanders,    La , 79. us.130. 12. wall, 130,20, l.ed. 249.

   insofar as there had not been a final judgment on merits of
   cause of action for consequential  damages, doctrine of
   res  judicata did not   apply. see... Jimenez vs. Shippy
   rea lty  corp. 622, N.Y.S. 2d. 983, 213, a.d. 2d.  377, ( 1995).
    judgment is void and therefore subject to relief under fed.r.civ.
   proc. 60 b. 4. only if court lacked jurisdiction or if court
   's action  amounts to plain usurpation of    power constituting
   violation of due process. see... hoult  vs. Hoult, 1995, ca. 1. mass.
   57  f. 3d. 1. 41. fed, rules, evidence, serv. 783.
   United States  vs. indoor cultivation equip. from, high tech,
   indoor, garden supply, 1995, ca. 7, Ill. 55, f. 3d. 1311,
   31. FR, serv. 3d. 832.

        a judgment must be supported by pleading, that allege applicable
legal theories and by competent evidence. A judgment not so supported
is erroneous. see... 46 am, jur. 2d. & 2. judgments...

Compound interest menorandum of laws
----------------------------------------

45 am jur.2d. & 57 interest... from an early day the courts in this country have opposed the allowance of compound interest and the generally recognized rule is that interest should not bear interest.

a creditor may contract for and receive a finance charge not exceeding that permitted in the code. The finance charge may not exceed the single annual percentage rate designed as 18 % per year on the unpaid balances of the amount fina nced.see... uccc&2.201.1.. uccc & 2.201.2b. 17 am jur, 2d.& 295 consumer protection.

the common law has long favored simple interest and disfavored compound interest. nation vs. W D E ,elec.co. 454 mich,489.563,n.w. 2d. 233 ,1977.

in the absence of a contractual provision or a statute,compound interest is not allowed on a debt. lincoln lumber co, vs. fowler ,248, Neb,221, 533, n.w. 2d .898,1995.. campbell vs. lake terrace,inc. 111 nev.1329,905,p. 2d.163,1995

Bogosian vs. Woloohojian,158,f, 3d,1, 1st, cir.1998. greenmoss builders ,inc. vs. dun & bradstreet inc, 149,Vt.365 543 A. 2d. 1320,1988.



The general Americam rule is that when interest is allowable interest is to be computed on a simple rather than a compound basis in the absence of express authorization to do so. Stovall vs. Illinois central gulf R. Co. 722 f. 2d. 190 5th cir. 1984 .

compound interest means interest on interest in that accrued interest is added periodically to the principal and interest is then computed upon the new principal thus formed .

as a consequence compound interest may in effect be recovered on a judgment whereby the aggregate amount of principal and interest is to a new principal amount.The consequence which follow the exaction of unlawful interest ny national banks are those provided in federal law namely forfeiture of the entire interest which has been agreed to be paid or if the interest has been paid liability for double the amount of the interest. see. 45 am jur.2d.&11 interest & usury

A national bank charges interest at a higher rate than allowed by the law of the state when it compounds interest a t a higher rate than permitted by its home state law, even though the compound interest rate is less than permitted by state law to be charged directly without compounding/ see. . 45 am, jurx, 2d. & 12 interest

It is unfair practice for a creditor to levy or collect any delinguency charge on a payment,which payment is otherwise a full payment for the applicabhe period and is pa id on its due date or within a grace period. see,, 54A am, jur. 2d.& 1219 monopolies. Unfair credit practices...Federal trade commission.16 CFR &441.4

P.8

payments and interest of loanscredit menorandum of laws
------------------------------------------------------

consumer credit protection act. , states; .. State legislation regulating consumer credit is intended to protect the consumer by informing him or her, and should be construed to effectuate that purpose. A state statute. providing that the interest yield on loans repayable in unequal installments cannot be in excess of the interest yield on loans repayable in equal installments has been held not to require that the finance charge for a loan repayable in unequal monthly installments not exceed the finance charge for a loan payable in equal monthly installments. see..17 am , jur. 2d 282 consumer protection.

Except as otherwise provided in this section,the amount of the finance charge in connection with any consumer credit transaction shall be determined as the SUM of All charges. see.. consumer credit 15 & 1605 (a ).(1)

A creditor may contract for and receive a finance charge not exceeding that permitted in the code.The finance charge may not exceed the single annual percentage rate, designated as 18 % per year on the unpaid balances of the amount financed. see... 17 am , jur, 2d. & 295 , consumer protection.. UCCC & 2,201 (1). UCCC & 2.201( 2) (b).Uniform Consumer Credit Code.



With respect to a consumer loan,including a loan pursuant to open-end credit, a lender who is not a supervised lender may contract for and receive a finance charge not exceeding 18 % per year. see.. 17 am, jur, 2d. & 297 consumer protecton.

The UCCC however expressly authorizes the basic $1\frac{1}{2}$ percent monthly charge by setting a rate ceiling on nonsupervised loans at 18 % simple annual interest. see.. 20 am, jur, 2d. & 13 credit cards.

Compund interest or services charges levied on credit card accounts have been held usurious under 12 uscs & 85. National bank act. where state law did not permit the particular interest or service charges involved. see. 20 am,jur,2d. & 11. credit cards..

Small loan acts states;.. Even though the act may not make express provision in this regard,it is generally held that if interest at a rate in excess of that authorized by the act is charged the loan contract and all papers connected with it are void and neither the lender nor any assignee of of his interest under the contract is entitled to collect or receive any principal interest or other charges whatso ever purported to be imposed by the loan contract.see.. 53 a, am, jur, 2d. & 46,monrylenders.

It is unfair practice for a creditor to levy or collect any delinquency charge on a payment,which payment is otherwise a full payment for the applicable period and is paid on its due date or within a grace period. see,, 54A am, jur. 2d.& 1219 monopolies. Unfair credit practices...Federal trade commission.16 CFR &441.4

credit cards menorandum   of laws,                                      damages
------------------------------------------------------------------

      termination or withdrawal of a credit card may under certain circumstances  violate the equal credit opportunity act 15 uscs & 1691 et, seq.  which prohibits discrimination against any applicant with respect to any aspect of a credit  transaction,on the basis of the applicant's  membership in a  class  of persons protected by E COA, se e.... 20 am, jur, 2d &  43 . credit cards, 20 am,jur, 2d. & 44.

      there is case authority indicating that treble or punitive damages may  be  recovered in an action for wrongful billing. cancellation, dishonor or disclosure. Also an award of  damages for mental and emotional distress  has been upheld against  a bank credit card issuer  which  displayed,. see.. 20 am,jur. 2d. & 45 credit cards...

      Since  the national bank act limits the interest rate charged by national banks to that of the home state in which the bank is established. see... 12 uscs &  85, 45  am, jur. 2d. & 11,interest and usury...

      The  consequences which follow the exaction of unlawful interest by national banks are those  provided in federal law, namely forteiture of the entire interest       which has been agreed to be paid,or i f the int erest has been paid  liability for double the amount  of the interest paid.. see... 45 am jur, 2d. 2d. &  11, interest and usury.

      The  national bank act  authorizes national banks to charge or receive interest on loans   and discounts at the rate allowed by the laws of the state, territory or district in  which the bank is located or at  a rate based  on the rate in effect at  the federal reserve bank in the federal reserve  district , where  the national bank is located. see.... 45  am, jur, 2d . &   11  interest and usury, 12 uscs  &21 et.seq.

      An  accepted  credit card  means any credit card which the cardholder has requested and received or has  signed or has used  or authorized another to use for the purpose of obtaining money,property, labor or  services on credit. see... 20 am, jur, 2d. & 37 credit cards, 15  uscs   & 1602(L).

      Thus where  a credit card agreement is unclear regarding the parties intent  with respect to  the liability of cardholders as distinguished from  card users, the contract must be construed strictly against the party  who drafted  the instrument in light of  the circumstances surrounding the making of the agreements. see.. 20 am, jur, 2d. &   3 9 credit cards,

> 42 USCS & 1983, 1982, 1981, 1985.. states... every person who under color of any statute , ordinance regulation custom or usage of any state or territory or the  district of columbia subject or causes to be subjected any citizen of the US or other  person within the jurisdiction thereof to the deprivation of any rights , privileges or immunities secured by the constitution and laws shall be liable to the  party           injured in an action at law suit in equity or other proper proceedings for redress. see.. Fiumara vs. American Surety Co, of New York, 346, Pa, 584, 31, A, 2d. 283, 287.

P.10

Herman Kelly, pro, se plaintiff prays to god and this court grant this motion to strike, that all defendants has abused their authorties court will deny motion to dismiss complaint.

This motion and request is in support of all attached plaintiff's menorandum of laws on his complaint and claims. Plaintiff seek any fair and just relif or amount stated in complaint, Plaintiff has demanded a jury trial , court has full jurisdiction over all defendants who was served with summon and complaint by certified usa mail USPS.

This motion is in pursuant to all apply laws and rule of federal procedurces, laws of the united states constitutions. Plaintiff shall appeal to the united states supreme court for review of this subject matter and proceedings. The complaint has merit and claims with cause of actions also plaintiff claim for damages. Plaintiff was under the knowledge that the first year/month legal statutory interest rate that was said, written in plaintiff's first year monthly installment receipt statement was set fited binding, one time added as loan amount plus interest rate amount money% equal total balance owe for each six different account num bers. All defendants had no rights to change plaintiff's interest rate every 3 to 6 month and every year for about 8 years .

respectfully submitted

Herman Kelly, pro, se
p.o. b ox 14157
Detroit, Michi gan 48214
313-894-8855

_____
Herman Kelly, plaintiff

Proof of Service Certificate
-------------------------------------

Herman Kelly, pro, se plaintiff hereby certified that a true and correct copy of this motion was mailed to all defendants at The Bayard firm ashley B. Stitzer attorney 222 delaware ave. 9th floor, Wilmington, D E . 19801.

_____
Herman Kelly
dated; June 9, 2006

P e l l



Heaman Kelly, Pro.se
P.O. Box 14157
Detroit, Michigan 48214

United States Federal
District Court of Delaware
Clerk of Court's Office
844 N. King Street
Lockbox 18
Wilmington, DE. 19801-3570