In The United States Federal District Court

For the district of Wilmington, Delaware

Case No.1-06-cv-228(jjf).

Herman Kelly, pro, se

plaintiff

vs.

MBNA America bank, National Arbitration Forum, Wolpoff & Abramson, llp

defendants



FILED

JUN 15 2006

U.S. DISTRICT COURT DISTRICT OF DELAWARE

" Plaintiff 's E X H I B I T S/evidences in support of Complaint.. and Plaintiff's objection/opposition to defendants 's motion to dismiss " .

1. Plaintiff Herman Kelly, pro,se submit some of his supporting document evidences as proof to grant relief sought in complaint. Where this court will review all attached exhibits to show cause & claims for full refund of money paid to MBNA bank & all defendants on 6 loans credit cards account stated in complaint.

2. Ex. A.. is plaintiff 's banks receipts statements showing the set fited binding statutory interest rate in the first or second year after loan amount credit limit was issued with card to plaintiff from banks of MBNA mergered with on accounts. Plaintiff paid monthly installment minimum payments to MBNA banks for about 8 years .

3. Ex. B.. Plaintiff was going thur settlement compromise proceedings with MBNA from directions of the united states comptroller of currency's reviews of Herman Kelly's refund claims, filed against bank.

4. EX, C.. Plaintiff 's witness United states comptroller of currency office, United States Federal Reserve System, The US Federal Trade Commission office plus others to be submitted later to court. Plaintiff has requested discovery from all defendants. USCC informed plaintiff that they had full jurisdictions over national banks also stated by the federal trade commission.

5. Ex. D.. Sometime about April 8, 2005 doing parties settlement proceedings MBNA and all defendants started harassing plaintiff with different telephone calls, to him demanding more money, sending letters, awards notes to plaintiff demanding more money from plaintiff after plaintiff paid all his loan credit cards in full.

The uniform consumer credit code or UCCC for short adopts the direct obligation theory and categorizes the bank credit card transaction as a comsumer loan rather than a credit sale. see... UCCC & 1-301 (25)(a),( ii). .. 20 am, jur, 2d. & 13 .credit cards.



VISA

| Account Number | Credit Limit | Available Credit | Days in Billing Cycle | Billing Cycle Closing Date | Payment Due Date | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 4387 2921 5062 4219 | 2500 | 1448 | 29 | 10/24/96 | 11/18/96 | 0.0 |

| Trans. Date | Post. Date | Reference Number | Charges, Payments and Credits Since Last Statement | Amoun |
|---|---|---|---|---|
| 0927 | 0927 | 2447268M2LN55RLRR | CLOTHING WAREHOUSE DEARBORN MI | 120.: |
| 1009 | 1009 | 7440846MB02TD0PGG | PAYMENT - THANK YOU | 9. |
| 1011 | 1011 | 7440846MD02TD0PGE | PAYMENT - THANK YOU | 18.. |
| 1024 | 1024 | | CREDIT INSURANCE AT .6300 PER 100.00 | 6.. |
| | | *FINANCE CHARGE* PURCHASES $14.25 | CASH ADVANCE $0.14 | 14.. |

| Previous Balance | Payments | Credits | Purchases and Cash Advances | Debit Adjustments | FINANCE CHARGE | New Balance |
|---|---|---|---|---|---|---|
| 938.56 | 28.16 | 0.00 | 126.84 | 0.00 | 14.39 | 1051.63 |

FOR YOUR INFORMATION

| | Under Rate Change Point: Cash Advances | Under Rate Change Point: Purchases | $ Point Rates Change | Over Rate Change Point: Cash Advances | Over Rate Change Point: Purchases | Average Daily Balance of Purchases | Average Daily Balance of Cash Advances |
|---|---|---|---|---|---|---|---|
| ANNUAL PERCENTAGE RATES | 16.75 | 16.75 | N/A | 0.00 | 0.00 | 1020.95 | 10.3 |
| Monthly Periodic Rates | 1.396 | 1.396 | N/A | 0.000 | 0.000 | | |





| | | | | | | |
|---|---|---|---|---|---|---|
| 4317 9572 0200 0346 | 5000 | 4877 | 30 | 08/14/96 | 09/08/96 | 15.00 |

| | | | | |
|---|---|---|---|---|
| 0731 | 0801 | 7431795K60114JLGB | CONVENIENCE CHECK CLEVELAND OH | 10.99 |
| 0801 | 0801 | | CASH ADVANCE FEE | 2.00 |
| 0801 | 0802 | 7431795K701190E82 | CONVENIENCE CHECK CLEVELAND OH | 25.00 |
| 0802 | 0802 | | CASH ADVANCE FEE | 2.00 |
| 0801 | 0802 | 7431795K7011907BD | CONVENIENCE CHECK CLEVELAND OH | 10.25 |
| 0802 | 0802 | | CASH ADVANCE FEE | 2.00 |
| 0802 | 0804 | 7431795K901364K37 | CONVENIENCE CHECK CLEVELAND OH | 15.00 |
| 0804 | 0804 | | CASH ADVANCE FEE | 2.00 |
| 0802 | 0804 | 7431795K901364T1G | CONVENIENCE CHECK CLEVELAND OH | 26.00 |
| 0804 | 0804 | | CASH ADVANCE FEE | 2.00 |
| 0802 | 0804 | 7431795K901364WX7 | CONVENIENCE CHECK CLEVELAND OH | 10.00 |
| 0804 | 0804 | | CASH ADVANCE FEE | 2.00 |
| 0812 | 0813 | 7431795KJ013781H8 | CONVENIENCE CHECK CLEVELAND OH | 11.00 |
| 0813 | 0813 | | CASH ADVANCE FEE | 2.00 |
| | | *FINANCE CHARGE* PURCHASES $0.00 CASH ADVANCE $0.54 | | 0.54 |

| PREVIOUS BALANCE | PAYMENTS | CREDITS | NEW CHARGES | DEBIT ADJUSTMENTS | FINANCE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 108.24 | 0.00 | 14.54 | 122.78 |

AN AMOUNT FOLLOWED BY A MINUS SIGN (-) IS A CREDIT OR A CREDIT BALANCE UNLESS OTHERWISE INDICATED.

SEND INQUIRIES TO: SECOND NATIONAL WARREN PO BOX 810012 TOLEDO, OHIO 43681

| | ITEMIZED FINANCE CHARGES | | TOTAL FINANCE CHARGE | COMPUTED ON AVERAGE DAILY BALANCE OF | MONTHLY PERIODIC RATE | ANNUAL PERCENTAGE RATE | COMBINED ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| | RESULTING FROM PERIODIC RATE | TRANSACTION FEES | | | | | |
| PURCHASES | $ 0.00 | | | $ 0.00 | 1.375% | 16.50% | |
| CASH ADVANCES | $ 0.54 | $ 14.00 | $ 14.54 | $ 39.83 | 1.375% | 16.50% | 161.20 % |




S4B

***NOTICE:*** See Reverse Side for Important Information.

## ACCOUNT ACTIVITY

| | |
|---|---|
| Statement Closing Date | 12/23/97 |
| Previous Balance | $1,224.96 |
| Payments | $39.96 |
| Credits | $0.00 |
| Purchases and Advances | $0.00 |
| Other Charges | $0.00 |
| FINANCE CHARGES | $15.75 |
| New Balance | 1167.46 ~~$1,200.75~~ |

| | |
|---|---|
| Account Number | 5468 3725 0008 9377 |
| Total Credit Limit | $2,500.00 |
| Available Credit Limit | $1,299.00 |
| Days In Billing Cycle | 30 |
| Billing Cycle Closing Date | 12/23/97 |
| Past Due Amount | $0.00 |
| Minimum Payment Due | $37.00 |
| Payment Due Date | 01/17/98 |

**For 24-hour customer service: 1-800-250-6626**
Or write: CREDIT CARD DIVISION P.O. BOX 22049 TULSA, OK 74121-2049

## HAVE YOU HEARD?

DON'T FORGET TO REPLENISH YOUR SUPPLY
OF AAA CREDIT CARD CONVENIENCE CHECKS FOR THE NEW YEAR!
THEY'RE THE PERFECT WAY TO CONSOLIDATE ALL YOUR HOLIDAY BILLS.
CALL 1-800-250-6626 TO ORDER MORE CONVENIENCE CHECKS TODAY!

## TRANSACTIONS

| Date of Transaction | Date of Posting | Reference Number | Description | Amount |
|---|---|---|---|---|
| 11/26 | 11/26 | 8546835AA010Z73KN | PAYMENT - THANK YOU | - 9.10 |
| 12/08 | 12/08 | 8546835AN010T8Q72 | PAYMENT - THANK YOU | - 15.86 |
| 12/23 | 12/23 | 8546835B5010Z19HD | PAYMENT - THANK YOU | - 15.00 |
| 12/23 | 12/23 | *FINANCE CHARGE* | PURCHASES $6.44 CASH ADVANCE $9.31 | 15.75 |

An amount preceded by a minus sign (-) is a credit or a credit balance.

## FINANCE CHARGE

| | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE | Monthly Periodic Rate | Balance Subject To Finance Charge | FINANCE CHARGE |
|---|---|---|---|---|---|
| PURCHASES | 16.90% | 16.90% | 1.408% | 457.56 | 6.44 |
| CASH ADVANCES | 14.90% | 14.90% | 1.242% | 749.93 | 9.31 |

The periodic rate disclosed on the face of this statement may vary.
See your account agreement for more precise details.
Please be sure to see the billing rights summary and important disclosure information on the reverse side.

Send Payment To:
PO BOX 98730
LOUISVILLE, KY 40298-8730





| POSTING DATE | TRANSACTION DATE | REFERENCE NUMBER | CARD TYPE | CATEGORY | TRANSACTIONS NOVEMBER 1996 STATEMENT | CHARGES | CREDITS |
|---|---|---|---|---|---|---|---|
| 10/16 | | 5515 | VS | | PAYMENT - THANK YOU | | 15.00 |
| 11/07 | | 4964 | VS | | PAYMENT - THANK YOU | | 10.00 |
| 11/14 | | 1489 | VS | | PAYMENT - THANK YOU | | 9.52 |
| 11/14 | | 1490 | VS | | PAYMENT - THANK YOU | | 214.20 |
| | | | | | TOTAL | $.00 | $248.72 |

IMPORTANT NEWS PLEASE PROVIDE YOUR NAME AND ACCOUNT NUMBER ON ALL CORRESPONDENCE WHEN CONTACTING US REGARDING YOUR ACCOUNT.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) FINANCE CHARGES | New Balance Total |
|---|---|---|---|---|---|
| $964.52 | $248.72 | $0.00 | $0.00 | $13.33 | $729.13 |

**MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $15.00 |
| Minimum Payment Due | $15.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| CASH ADVANCES | | | |
| A. BALANCE TRANSFERS, CHECKS | .016164% DLY* | 05.90% | $0.00 |
| B. ATM, BANK | .046986% DLY* | 17.15% | $0.00 |
| C. PURCHASES | .046986% DLY* | 17.15% | $945.88 |

FOR THIS BILLING PERIOD: ANNUAL PERCENTAGE RATE (Finance charges including cash advance fees.) 17.15%

**AT YOUR SERVICE EVERY HOUR, EVERY DAY**

- For balance, payment, and available credit information, or to request a PIN code, access checks, or duplicate statements please call MBNA's Direct Connect℠ 1-800-628-2556.
- To speak to one of our Customer Satisfaction representatives, call 1-800-421-2110.
- For TDD (Telephone Device for the Deaf) assistance, call 1-800-346-31[illegible]
- Billing rights are preserved only by written inquiry. Mail billing inquiries using a copy of the form on the back and all other account inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

* Periodic Rate May Vary 918 003 10L

4800 1352 7400 0023 PAGE 1 OF 1

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930 February 19, 2004

Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Re: 4264 2906 5000 1423
4800 1352 7400 0023
5329 0581 1100 6921
4313 0402 1201 4211
4313 0277 0703 0919
4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience. Please contact me directly at (800) 441-7048, extension 78069. I am available Monday through Friday from 8 a.m. until 5 p.m. (EST). Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

Mary Ellen Adams

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

H.K. Paid $27,366.45 to MBNA
Accounts Paid IN Full
H. Kelly

(Ex. B)



Comptroller of the Currency
Administrator of National Banks

December 23, 2004

Herman Kelly
P.O. Box 14157
Detroit MI 48214

Re: Case# 480980
MBNA AMERICA BANK, NATIONAL ASSOCIATION

Dear Mr. Kelly:

The Office of the Comptroller of the Currency (OCC) is responding to your letter regarding the above-mentioned bank. In your correspondence you complain of the bank acquiring your accounts and the balances due on your accounts.

We have contacted the bank again on your behalf. The bank advised that out of the six accounts you have with them only account ending 1423 was opened by MBNA on November 15, 1994. The other five were converted to MBNA from other banks. The bank has researched all the accounts in question and has no record of any settlement agreement to pay the outstanding balances. Therefore, the bank has referred your accounts to outside counsel, Wolpoff and Abramson. Since the bank no longer is servicing your accounts you may contact Wolpoff and Abramson directly at 1-800-365-6584 to further discuss this matter.

Should you continue to dispute the balance on your accounts, please provide the specific information regarding each account and any documentation to substantiate your claim for further review by the bank.

Regulation Z (12 C.F.R 226), The Truth in Lending Act, establishes your rights and obligations in the event of a billing error on your credit card account. In order to protect your rights under Section 226.13 you must dispute any incorrect entries on your statement within 60 days of the date the bank sent the first statement where they appear, or, in the case of a missing credit, where they should appear. If you are disputing a statement that you did not receive, then your dispute is for the full balance owing on that statement. Your dispute must be in writing and must be sent to the address following the caption, Send Billing Inquiries To: found on your monthly statement.

**Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, Texas 77010-9050**
**Phone: (800) 613-6743, FAX: (713) 336-4301**

(EX. C)




BOARD OF GOVERNORS
OF THE
FEDERAL RESERVE SYSTEM
WASHINGTON, D. C. 20551

DIVISION OF CONSUMER
AND COMMUNITY AFFAIRS

September 13, 2004

Mr. Herman Kelly
P.O. Box 14157
Detroit, MI 48214

Dear Mr. Kelly:

As you know, your letter regarding SKY Bank was referred to this office for attention. This bank is a state-chartered member of the Federal Reserve System and is supervised by the Federal Reserve Bank of Cleveland. I have sent your correspondence to the Federal Reserve Bank for investigation and have asked staff to correspond directly with you and to keep me informed of the findings.

I cannot tell at this point how long it will take to look into this matter. However, I can assure you that the Federal Reserve Bank will keep you informed of its progress.

I hope this matter can be resolved to your satisfaction.

Sincerely,

Yvonne D. Cooper

Yvonne D. Cooper
Manager
Consumer Complaints

cc with incoming:

Mr. Paul E. Kaboth
Assistant Vice President
Supervision and Regulation Department
Federal Reserve Bank of Cleveland
Cleveland, OH 44101
Phone: (216) 579-2478

FEDERAL RESERVE BANK
OF CLEVELAND
P.O. Box 6387
CLEVELAND, OHIO 44101-1387
(216) 579-2000

September 15, 2004

Mr. Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Dear Mr. Kelly:

Thank you for your recent letter regarding your complaint against Sky Bank (formerly known as Second National Bank of Warren). Sky Bank is a state-chartered institution under the supervision of this Reserve Bank. This letter acknowledges receipt of your complaint by the Consumer Affairs section in the Supervision and Regulation Department of the Federal Reserve Bank of Cleveland.

We will investigate your complaint thoroughly and ask the bank involved for information and records in response to your complaint. If additional information is needed, we will contact you by telephone or in writing. We will analyze the bank's response to your complaint to ensure that your concerns have been addressed and to determine if any Federal Reserve regulations have been violated. We will send you a letter to you stating our findings. This process can take up to 60 days from the date that we receive your complaint.

If the investigation reveals that a Federal Reserve regulation has been violated, we will inform you of the violation and the corrective action the bank has been directed to take. Although we investigate all complaints involving the State member banks headquartered in the Fourth District, we do not have the authority to resolve all types of issues. For example, we are unable to resolve contractual disputes and undocumented factual disputes between a customer and a bank. In such cases, we will inform you to consult with legal counsel to resolve your complaint.

If you have any questions, you may contact the consumer resident examiner at 1-800-537-5990.

Sincerely,

Paul E. Kaboth
Assistant Vice President

PEK:mf



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Consumer Response Center

November 19, 2004

Herman Kelly
PO Box 14157
Detroit, MI 48214

Re: FTC Ref. No. 5266034

Dear Mr. Herman Kelly:

The Federal Trade Commission does not have jurisdiction over banks or credit cards that are issued by banks. You should decide what kind of bank you were dealing with and file your complaint with the appropriate bank regulatory agency:

1. If the bank has the word National or the letters N.A. in its title, the complaint should be sent to Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3710, Houston TX 77010, 1 (800) 613-6743.

2. A complaint about a state-chartered bank that is a member of the Federal Reserve System should be sent to the Board of Governors of the Federal Reserve System, Director, Division of Consumer and Community Affairs, Washington, D.C. 20551, (202) 452-3693.

3. Complaints regarding state-chartered, federally insured banks that are not members of the Federal Reserve System should be sent to the Office of Bank Customer Affairs, Federal Deposit Insurance Corporation, Washington, D.C. 20429, 1 (800) 934-3342.

4. Complaints about federal-chartered savings banks should be sent to the Office of Thrift Supervision, Division of Consumer Affairs, Washington, DC 20552, 1 (800) 842-6929.


FDIC
Federal Deposit Insurance Corporation
Division of Supervision and Consumer Protection
2345 Grand Boulevard, Suite 100
Kansas City, MO 64108

Consumer Response Center
1-800-378-9581

September 12, 2005
Ref. No.: SCC2005F-003245-0

Mr. Herman Kelly
P.O. Box 14157
Detroit, Michigan 48214

Re: Citibank (South Dakota), N.A.
Sioux Falls, South Dakota

Dear Mr. Kelly:

On September 8, 2005, this office received your correspondence regarding the referenced entity. The FDIC supervises insured, state-chartered banks that are not members of the Federal Reserve System. The referenced bank is a national bank supervised by the Office of the Comptroller of the Currency (OCC). For your convenience, we are forwarding your correspondence to the OCC at the address noted below. Any future concerns should be directed to that agency.

The mission of the FDIC is to ensure the stability of, and public confidence in, the nation's banking system. The Division of Supervision and Consumer Protection (DSC) is responsible for enforcing federal consumer protection laws and regulations at various state-chartered banks. The Consumer Response Center is a part of DSC.

We trust this is responsive to your concerns.

Sincerely,

Janet R. Kincaid

Janet R. Kincaid
Senior Consumer Affairs Officer

cc/enc: Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, Texas 77010
Phone: 1-800-613-6743
E-mail: Customer.Assistance@occ.treas.gov
Internet: www.occ.treas.gov

TWO IRVINGTON CENTRE
702 KING FARM BLVD., ROCKVILLE, MD 20850

REGIONAL OFFICES
10605 JUDICIAL DR., BLDG. A-5, FAIRFAX, VA 22030
1108 E. MAIN ST., STE. 1003, RICHMOND, VA 23216
5122 GREENWICH RD., VIRGINIA BEACH, VA 23462
919 N. MARKET ST., STE. 1300, WILMINGTON, DE 19899
1954 GREENSPRING DR., STE. 400, TIMONIUM, MD 21093
1 VALLEY BANK BLDG. BOX 1226, CLARKSBURG, WV 26302
2625 TOWNSGATE RD #330, WESTLAKE VILLAGE, CA 91361
267 E. MARKET ST., YORK, PA 17403
24360 NOVI RD., BLDG. 1, NOVI, MI 48375
300 CANAL VIEW BLVD., ROCHESTER, NY 14623
758 NORTH CARROLL AVE., SOUTHLAKE, TX 76092

NATIONAL COLLECTION ATTORNEY NETWORK AFFILIATED FIRM LOCATIONS [NOT REGIONAL OFFICES OF WOLPOFF & ABRAMSON, L.L.P.]*
BIRMINGHAM, ALABAMA
ANCHORAGE, ALASKA
PHOENIX, ARIZONA
CABOT, ARKANSAS

WOLPOFF & ABRAMSON, L.L.P.
*Attorneys in the Practice of Debt Collection*
(A National Collection Attorney Network Firm)
24360 NOVI ROAD
BUILDING 1
NOVI, MI 48375-2404
248-596-1871
OUTSIDE DETROIT METROPOLITAN AREA
(TOLL FREE)
1-800-365-6584
FACSIMILE (248) 855-0363

PLEASE DIRECT ALL INQUIRIES TO NOVI OFFICE

AFFILIATED FIRM LOCATIONS [NOT REGIONAL OFFICES OF WOLPOFF & ABRAMSON, L.L.P.]*
ENGLEWOOD, COLORADO
FT. LAUDERDALE, FLORIDA
NORCROSS, GEORGIA
HONOLULU, HAWAII
BOISE, IDAHO
MERRILLVILLE, INDIANA
CHICAGO, ILLINOIS
KANSAS CITY, KANSAS
LEXINGTON, KENTUCKY
METAIRIE, LOUISIANA
NEEDHAM, MASSACHUSETTS
MINNEAPOLIS, MINNESOTA
ST. LOUIS, MISSOURI
GREAT FALLS, MONTANA
OMAHA, NEBRASKA
LAS VEGAS, NEVADA
MANCHESTER, NEW HAMPSHIRE
CEDAR KNOLLS, NEW JERSEY
RALEIGH, NORTH CAROLIN
FARGO, NORTH DAKOTA
CLEVELAND, OHIO
OKLAHOMA CITY, OKLAHOM
EUGENE, OREGON
PROVIDENCE, RHODE ISLA
COLUMBIA, SOUTH CAROLI
KNOXVILLE, TENNESSEE
SANDY, UTAH
MILWAUKEE, WISCONSIN
RAWLINS, WYOMING

* The National Collection Attorney Network is an affiliation of separate law fir
W&A Hours of Operation: 8 a.m. - 11 p.m. E.S.T. M-F

APRIL 08, 2005

133356583
HERMAN KELLY

PO BOX 14157
DETROIT MI 48214

Lynn M. Olivier, Esq.
ADMITTED: (MI)

W&A File No. 133356583

Re: MBNA AMERICA BANK, N.A./VISA
Balance: $ 3037.41

Our client has authorized this office to make an offer to settle your past-due account.

We have been permitted to accept $$2429.60 , which represents 80% of the outstanding balance as settlement in full of your obligation.

We will note our file that if a lump sum payment in the above-referenced amount is made by 05/12/05 we will cease all further collection efforts and mark this matter as settled in full. Please make your check or money order payable to our client but send it to our office along with the payment coupon below. Please be sure to include the W&A file number listed above on your payment.

If you cannot make the entire payment by the above date, please call our office and we will be happy to make reasonable payment arrangements with you on the full balance.

Very truly yours,

WOLPOFF & ABRAMSON, L.L.P.

Lynn M Olivier

THE ABOVE ATTORNEY PERSONALLY REVIEWED THIS MATTER AND PERSONALLY ORDERED THIS LETTER WITH HIS/HER ELECTRONIC SIGNATU

Please detach and return bottom portion with payment.

**PAYMENT COUPON**

Return Payment to:
Wolpoff & Abramson, L.L.P.
Two Irvington Centre
702 King Farm Blvd.
Rockville, MD 20850-5775

Amount Enclosed: $ ______________

☐ I have made an electronic payment through the Internet at www.wolpofflaw.com or the W&A Automated Payment Attendant at 1-800-395-4900. (If paying by Western Union Quick Collect, for your convenience please see payment instructions on reverse side.)

**W&A File No.:** 133356583

PLEASE USE THE ABOVE FILE NUMBER ON ALL CORRESPONDENCE AND PAYMENTS FOR IDENTIFICATION PURPOSES.

*****This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.*****

BASE6 (03/24/05)
NATLSL/*PSRT3

(Ex-D)




March 09, 2006

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-2157

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Paralegal Department
Attorneys in the Practice of Debt Collection
702 King Farm Blvd.
Two Irvington Centre
Rockville, MD 20850-5775

**RE: MBNA America Bank, N.A. v Herman Kelly**
**File Number: FA0507000516373**
**Claimant Account Number: 4313027999786335**

Dear Parties:

The National Arbitration Forum has received a Response from the Respondent for the above referenced case.

Please review the enclosed Scheduling Notice for the above referenced case which sets forth deadlines and time periods with which the Parties must comply. For further guidance, please refer to the Forum's Code of Procedure and Fee Schedule found on the Forum's website at arbitration-forum.com or contact the Forum for a free copy of the Code and Fee Schedule.

Sincerely,

Christina M Rodriguez
Case Coordinator

National Arbitration Forum

MBNA America Bank
Wolpoff & Abramson....

Herman Kelly,pro,se
(none member of N.A.F )

----------------------------/

" Forum file numbers,cases "
******************************

1. fa 050 7000 516 37 3
2. fa 050 9000 556840
3. fa 050 4000 46 4237
4. fa 050 2000 43 2125
5. fa 050 3000 439604
6. fa 050 4000 46 3537

Herman Kelly(counterclaimtant )'s
correct address
********************************

Herman Kelly
p.o. box 14157
Detroit, Michigan 48214
313- 894 - 8855

since year 1985

Conclusion

6. N.A .F. has and had no full jurisdiction over plaintiff who did not consent agree to N.A .F. 's reviews,awards,letters, proceedings,trials . Plaintiff had no signed contract agreement with any of the defendants or MBNA banks to proceed with NAF. Plaintiff is not a member of national arbitration forum and do not live or work near NAF. Plaintiff had no knowledge of NAF arbitration remedy proceedings over plaintiff or bank's interest rates statutory procedures laws supporting complaint in this count.

7. Plaintiff request copies of all contracts, agreements ,records, files, plaintiff motion for discovery from all defendants. For all the foregoing reason of libel stated in complaint which is on fraud accounting, discrimination, extortion, wrongful billing, N.A.F. is not immunity. All defendants are attorneys, lawyers, accountists ,collections companies,persons,private organizations,corporation, citizens.

plaintiff. " ( 8 years, 96 months, since 1996 to 2004, est. ) "

accT# 4313040212014211 paid to MBNA amerus bank $ 2491.90
4264298421056519 paid to MBNA $13,144.00..$ 10,424.38,in 2003yr.
4264290650001423 paid to MBNA $10,080.00
5329058111006921 paid to MBNA $4320.00
4313027707030919 paid toMBNA $ 8,160.00
4800135274000023 paid to MBNA $7392.00

Plaintiff respectfully request and prays to god and this honorable court to grant complaint, deny motion to dismiss complaint by defendants in whole as it relates to N.A .F . national arbitration forum, who has also mad e appearance in court. All defendants has been doing business together for over 5 to 10 years in this state of delaware. MBNA bank hired the other two defendants in this case.

Dated; June 12, 2006

Herman Kelly , pro, se
p.o. box 14157
Detroit, Michigan 48214
313 -894-8855

Proof and Certificate Of Service

Plaintiff Herman Kelly, pro, se hereby certfied that a true and correct copy of this pleading was mailed to all defendants attorneys by first class usa mail pre-paid The Bayard firm, 222 delaware ave, 9th floor, Ashley Stitzer wilington,de 19801. mbna bank, wilington, de.



Herman Kelly, Pro, Se
P.O. Box 14157
Detroit, Michigan 48214
U.S.M.S.
X-RAY
Clerk of Court Office
U.S. Federal Court House
Civil Division
844 N. King Street
Lock Box 018
Wilmington, Delaware
19801-3570