In The  United States District Court
For The District of Delaware

Herman Kelly, pro, se
          plaintiff
                                      Case No. 1-06cv-228(jjf)
vs.
                                      ( notice/menorandum of laws)
MBNA america bank,
National Arbitration Forum,
Wolpoff & Abramson, llp.
          defendants
_____/

FILED
JUN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Plaintiff 's motion for jury trial demand... and Herman Kelly's request for court's appointment of Attorney, Counsel lawyer to represent plaintiff." 28 USCS & 1915       BD Scanned

1. Herman Kelly, pro, se has submitted and filed in this court his on time, answer, countercomplaint, motion to strike, motion to vacate set aside, and his supporting menorandum of laws and rehearing authorities. Mr. Kelly do not have any extra money income to hire a attorney to represent his counterclaims, and appeals.

2.    Mr. kelly request and motion, move this honorable court to grant  this plaintiff complaint. futher to appoint an legal attorney to help Herma n kelly with his case.

3.    All defendants have full knowledge of this merit claims , where this court do    have full jurisdiction over  N.A.F.  who is located in Delaware  state  where cause of action took place. Mr. kelly was not served proper       with any defendants's notice, and complaint, Summon. Herman Kelly do not have any relationship, connection, with this court  without some  equal protection, rights to jury, eccess to court, due process of law. Mr. kelly do not owe this mbnabank  any money. all defendants's credit cards, loan was paid in full over 8 years  monthly installment min , payments period terms.       MBNA bank  has error and trying to take    steal  more money from plaintiff by high compound illegal interest rate which is a breach of contract by plaintiff.

4.       Plaintiff and MBNA  did not have any contract agreement
    for a trial proceeding to the National Arbitration forum, where
    N. A.F had no jurisdictions over plaintiff. NAF misconducts
    is also a criminal     liable claim by plaintiff , where
    NAF  is not immunity, where their actions were outside
    scope of their      powers as quasi-arbitrator. Plaintiff did not
    validly appoint arbitrator(NAF) to review his claims. National
    arbitration forum's awards(6) was failure to exercise honest
    judgment and was a gross mistake as  would imply bad faith. NAF
    get money for their services with MBNA  and all defendants have
    a causal nexus , mbna give loans credit cards to national
    arbitration forum who is also a collection company.

P. 1

## No immunity menorandum of laws

The authority of arbitration is terminated when they report an inability to agree. see 4 am, jur, 2d. & 170 alternative dispute resolution... west towns bus co, vs. Amalgamated asso. of street, electric ry. & motor coach employees(1st,dist) 26, Ill app, 2d. 398, 168, ne, 2d, 473, 41,cch, 1c,50021.

nongovernmental assignees of loans from federal agencies that are independent contractor, are not entitled to the government's immunity. see... 17 am , jur, 2d. &166 consumer protection.. In re gillespie , 110 b.r. 742, 113, alr, fed,705, bankr,e.d . pa,1990, in re pinder, 83,b.r. 905, bankr, e.d. pa, 1988.

althought arbitrators immunity prohibits civil suits against arbitrators , it does NOT insulate arbitrators from criminal liability for fraud, or corruption. see... L & H airco , inc, vs. rapistan corp. (minn) 446,nw 2d, 372.... 4 am , jur , 2d. & 172, alternative dispute resolution.

however such an organization is NOT IMMUNITY where breach of contract and negligence claims are alleged based on the arbitrator's failure to render a timely awards , where the plaintiff do not seek t o circumvent the arbitrator's immunity to attack an award, but rather seek to hold the organization liable for the arbitrator's inaction and the organization's alleged improper administration see...Baar vs. tigerman 2nd,dist, 140,cal,app. 3d.979,211, cal, rptr,426, 41,alr, 4 th,1004.... 4 am jur, 2d, & 172, alternative dispute resolution .

if the arbitration are guilty of such fraud, negligence, or misconduct as to invalidate their award, their right to compensation may be forfeited. see... 4 , am, jur, 2d, 174, alternative dispute resolution.. bever vs. brown, 56,Iowa, 565, 9, nw, 911. ... State vs. hoffman , 73, hawaii,41,828, p, 2d, 805.

P. 2

,counterclaims menorandum of laws.
------------------------------------------------

Ordinarily a counterclaim may or should be filed contemporaneously with the answer , but a court may have the disc retion to allow a plea or counterclaim to be filed at a later stage of the proceedings. see.  read drug & chemical co of baltimore city vs. colwill const. const. co. 250 md. 406, 243 a. 2d.548,1968.

A demand for a affirmative relief is an essential part of any well pled counterclaim. A counterclaim therfore must contain a short and plain statement of the claim and a demand for a judgment for the relief sought. The defendant generally may plead a counterclaim without confessing or admitting the plaintiff's demand. see ....Norman A . Koglin assoc. vs. Valenz Oro,inc. 176 ILL. 2d. 385,Ill.dec .550,680 ,N E. 2d.283, 1997. Brindle vs. Anglin,202, n.e.2d.279, ind. ct. app.div. 1, 1964.

A pleading may state as permissive counterclaim any claim against an opposing party not arising out of the transaction or occurrence that is the subject of the opposing party's claim.see...
Fed, R . civ. P. rule 13 (b).

rules of civil procedure ,rule 55.(c). for good cause shown the court may set aside an entry of default and if a judgment by default has been entered may likewise set it aside in accordance with rule 60 ( B )... rule 55(d). .

rules of civil procedure , rule 4, c4-40. the defendant's remedy is to move to vacate the default under rule 55c, or rule 60 b. of federal rules of civil procedures. Generally speaking rule 55 c governs if no judgment has yet been entered, rule 60b 1,principally its excusable neglect category if it has. Under the latter the motion to vacate should be made within a year after the judgment is taken.

if the default was based on the defendant not being notified of of the action a failure of summon services, or if for any other reason the defendant claims a want of personal jurisdiction and the default has gone to judgment the motion to vacate should be based on clause 4,of rule 60 b,that the judgment is void.

rule of civil procedure,rule 60. A, 60b, states; This rule does not limit the power of a court to entertain an independent action to relieve a party from a judgment ,order,or proceeding or to grant relief to a defendant not actually persona;;y notified as provided in title 28, USC. & 1655 or to set aside a judgment for fraud upon the court. And the procedure for obtaining any relief from a judgment shall be by motion as prescribed inthese rules or by an independent action.

a default judgment entered when there has been no proper service of a complaint is a fortiori,void,and should be set aside. see.. gold kist,inc. vs. laurinburg oil co, inc, c.a.3,pa.1985,756,f. 2d. 14.... Rose vs. Elliott , d.c. tenn 1976 : 7 0,F R D.422

5. This motion, request and opposition to MBNA bank answer dated Feb 23, 2006 by Kathy Christian attorney is in pursuant to all apply local rules, federal rules of civil procedures, and mr. kelly's menorandum of laws.

FRCP 55. states; in view of confusion surrounding docket entries, motion to set aside default would be granted to defendant and would not be treated as untimely though it came 11 months after general appearance in the case. see. Phillips vs. Flynn, d.c. pa, 1974, 61 FRD, 574. Allen russell pub. inc. vs. Levy, ND. Ill. 1985. 109, frd, 315.

defaults are not favored by the law any doubt should be resolved in favor of setting aside default so that determination may be made on merits of case. see. securities and exchange commission vs. Vogel dcny, 1970, 49, frd. 297. Accu-weather, inc. vs. Reuters ltd. MD. pa. 1991, 779, f. supp. 801.

FRCP 11. states; sanctions in several cases moreover they entered it not against         (kelly) for failing to respond to summon service but against         ( MBNA) for dishonesty or overly clever tactics connected with summons services in the first place. see.. Ordower vs. feldman, 826, f. 2d. 1569, Ca 7, 1987  , Ecalibur oil inc. vs. gable 105, frd, 543, at 544 nd, Ill. 1985. 28 USCA & 1927... metro corps. inc. vs. eastern massachusetts jr. drum & bugle corps assn' ca.1 mass, 1990, 912, f. 2d. 1.

a default judgment entered when there has been no proper services of a complaint is a fortiori, void, and should be set aside. see... gold kist, inc. vs. Laurinburg oil co, inc. c a 3. pa. 1985, 756, f. 2d. 14. .. bruce vs. paxton, d .c ark. 1962, 31. frd, 197 ..

where there is doubt as to whether an answer includes a counterclaim the substance and form of the entire answer will be considered as far as it throws any light on the question. see... state exrel. ziffrin vs. superiorcourt of marion county 242 ind. 246, 177 n. e. 2d. 898, 1961.

6. Therefor based on the facts, laws Mr. kelly prays to god and this court to grant this motion, request and award amount or any amount deem just.

Dated; June 19, 2006

respectfully submitted

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214
313-894-8855

proof of services, Herman Kelly certified that a true copy of this motion request was mailed to all parties attorney at 39500 high pointe blvd, suite 250, Novi, Mich 48375 on this date march 6, 2006 by first pre paid usa mail to MBNA'S attorneys c/o Kathy christian, Bayard firm, Ashley B. Stitzer, 222 delaware ave, 9th floor, Wilmington, D E. 19801



Herman Kelly, Pro Se
P.O. Box 14157
Detroit, Michigan 48214

United States
Federal District Court
Clerk of Court Office
Civil Div.
844 N. King Street,
Lockbox 18
[illegible] Wilmington, Delaware - 3570

U.S.M.S
X-RAY