IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERMAN KELLY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MBNA AMERICAN BANK, NATIONAL )<br>ARBITRATION FORUM, and )<br>WOLPOFF AND ABRAMSON, )<br>)<br>    Defendants. ) | Civil Action No. 06-228-JJF |

### ORDER

WHEREAS, Plaintiff Herman Kelly filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, but the application contained insufficient information for the Court to determine his indigent status;

WHEREAS, Plaintiff was advised by the Clerk of the Court that his application was deficient;

WHEREAS, on May 19, 2006, this Court denied the application to proceed in forma pauperis because Plaintiff did not provide the required information and Plaintiff was ordered to pay the $250.00 filing fee (D.I. 7);

WHEREAS, on June 1 and June 8, 2006, Plaintiff filed motions to vacate the May 19, 2006, Order and also submitted a complete application to proceed without prepayment of fees (D.I. 10, 12, 13);

THEREFORE, at Wilmington this 26 day of June, 2006, IT IS HEREBY ORDERED that:

1. The May 19, 2006, Order (D.I. 7) is **VACATED**.

2. The Court has considered the amended application to proceed without prepayment of fees under 28 U.S.C. § 1915 (D.I. 12), and the application is **GRANTED**.

                                                          */s/ Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE