ORIGINAL

In The United States Federal District Court
For The district of Wilmington, Delaware

Herman Kelly, pro, se
plaintiff

case no; 1 -06-cv-228(jjf)

vs.

MBNA America bank, National Arbitration Forum,

---------------------------/




" Plaintiff's exhibits, evidences with menorandum of laws authority in support of complaint "

---

1. Here is some more supplement evidences documentations written plaintiff's witnesses 's testimony. account summary of all installment monthly minmum allocated setted,fixed payments to mbna america bank and their mergered/partner bank that first issued the loan credit card & checks to plaintiff for the one account number # 4313-0277-0703 -0919
This credit loan account was paid in full ... EX. 1



2. All defendants have been legally served with summom,complaint, notice of action claims on ;May 15,2006 c/o Rebecca J. Coleman by certified usa mail, prepaid track mail#70023150000126944754
National arbitration forum ( NAF ) filed their answer to complaint on; May 22, 2006c/o Stitzer MBNA and Wolpoff & Abramson made their mail appearance in these federal court civil proceedings on; May 19, 2006 c/o paul T. Olivier
MBNA sent plaintiff their answer,respond and some notes from what defendants call a partial agreement contract between parties. Paul T. Olivier attorney for defendants did not send all 8 years 96 copies of receipt bank stateme nts. MBNA only sent 3 years of monthly statements 36 copies.Defendants should have all 8 years worth of statements for all six different loan credit card accounts stated in complaint. MBNA got a full complete copy of plaintiff 's complaint. EX. A

3. Page 9 of agreement stated that plaintiff could use any federal district court located in delaware for litigation proceedings to review any complaint by plaintiff against MBNA banks. Plaintiff hereby reject any arbitration NAF proceedings. also rejected,refused NAF 's proceedings two years ago when plaintiff filed his administration complaint with the united stated federal government comptroller of currency to seek plaintiff refunds on all 6 credit accounts for overpayments of interests rates to mbna banks.





*Paul Muller III*
*Senior Executive Vice President*

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157

**Take advantage of the enclosed checks before summer disappears!**

**Your credit line has been increased to $7,000!**

Re: Your account number ending in 1611.

Dear Herman Kelly,

Summer's here! Longer days ... warmer nights. The chance to get out and really enjoy yourself. It's also the perfect time to take advantage of the three enclosed credit card access checks.*

They're quick. They're convenient. They're also one of the most popular benefits of your MBNA® Visa® account.

Credit card access checks are accepted virtually anywhere you would use a personal check – with one big advantage – you can write them for any amount up to your available credit line. So, if you're ever short on funds, these checks will help you stay flexible.

Save on the amount of interest you pay each month by paying off other credit card or department store accounts.

Whatever you need – from fix-ups around the house to a quick summer getaway – the enclosed credit card access checks are a convenient and discreet way to access your available credit line any time you want. You can even write one to yourself and deposit it into your checking account to use the cash any way you wish.

So, relax and make the most of your summer by enjoying the exceptional value and convenience that your MBNA Visa credit card access checks provide.

Sincerely,

agreed Herman Kelly

P.S. Since 1/1/99, Customers have saved an average of $287.24 per year through the MBNA Auto Insurance Program underwritten by AIG member companies. To request your no obligation quote, call AIG at 1-800-297-4431 ext. 2549.

**Your online source to consolidate balances: www.mbnashopping.com/balance.html**

See your Credit Card Agreement for any applicable transaction fees.

EX. 1

*Over Please

THE NEW STANDARD OF EXCELLENCE.
OFFERED BY INVITATION ONLY.
NO ANNUAL FEE.

*An Exclusive Invitation for Investors*

MBNA
PLATINUM PLUS
*the new standard*

33822903176
Mr Harmon
PO Box 14157
Detroit MI 48214-0157

CREDIT LINE UP TO:
$100,000

Low introductory 5.9% APR on CASH ADVANCE CHECKS *and* BALANCE TRANSFERS. *Peerless* benefits and a *new standard* of SERVICE. Simply *return your PERSONAL REQUEST FORM below.*

Dear Mr. Harmon:

If you're looking for a high-return financial tool that can make your life easier every time you use it, this is your invitation to acquire the exclusive MBNA® *Platinum Plus* Investors MasterCard® It offers no risk and many gains . . . including outstanding service, extraordinary benefits, and exceptionally high levels of purchasing power. And you're preapproved!††

For example, you'll enjoy a credit line up to $100,000 available through your card, your credit card cash advance checks, and hundreds of thousands of ATMs worldwide. The MBNA *Platinum Plus* credit card for Investors also carries no annual fee and provides you with a low introductory 5.9% APR on balances you transfer to your MBNA *Platinum Plus* credit card account.

When you call us, you'll reach a group of experienced MBNA *Platinum Plus* Customer service representatives dedicated to meeting your needs. They will respond to your credit line increase requests in 15 minutes or less, work diligently to resolve disputes with merchants, and answer any questions you may have, 24 hours a day, 365 days a year.

We will also contact you immediately if we detect any unusual activity on your account. You can relax, knowing that you have protection against

*(over, please)*

- *No Annual Fee*
- *Introductory 5.9% Annual Percentage Rate (APR) for cash advance checks and balance transfers*†
- *MBNA Platinum Plus service—24 hours a day*
- *Free Year-End Summary*
- *Up to $3,000 supplemental lost checked luggage protection*
- *Free additional cards for family and friends*
- *Around-the-clock fraud protection*
- *$1 million Travel Accident Insurance***
- *MBNA Platinum Plus Registry*
- *Credit line increase decisions in 15 minutes or less*
- *Express delivery for card replacement at no additional cost*

Introductory 5.9% APR. Preapproved *invitation!*††
Reply below or CALL 1-800-739-5554. TTY users, please call 1-800-833-6262.

▼ Detach here

EX. 1

fraudulent charges. When you receive your statements, you'll find them easy to read. And an exclusive, new MBNA *Platinum Plus* benefit is the MBNA *Platinum Plus* Registry. This program includes a range of features, from registration of all your credit cards and important documents to enhanced emergency cash and airline ticket replacement services.

When you travel, you'll have exclusive access to *Platinum Passage*, a full-service travel agency that guarantees MBNA Customers the lowest available published airfare at the time of booking. Dedicated *Platinum Passage* travel coordinators are available 24 hours a day to ensure that any last-minute change in plans will be accommodated.

With *Platinum Passage,* you can save on hotels, auto rentals, cruises, and tours. And with every fare you charge entirely with your MBNA *Platinum Plus* Investors MasterCard, you'll automatically receive $1,000,000 Common Carrier Travel Accident Insurance, FREE.

As you can see, the MBNA *Platinum Plus* program truly meets the most discriminating of standards. After all, it was created with the input and experience of our most valued Customers.

Please complete and return the attached Preapproved Personal Request Form or call **1-800-739-5554** (with your Request Form available) to experience MBNA *Platinum Plus* service firsthand.

Sincerely,

David W. Nelms
Group President, MBNA America

P.S. Take advantage of the low introductory 5.9% APR by completing the Balance Transfer Option on the attached Preapproved Personal Request Form.

## Important Information About MBNA® *Platinum Plus* Insurance Coverage

**Eligibility/Enrollment:** Only one Customer per account is eligible. When you enroll, you will be mailed your certificates explaining your coverage and indicating the effective date. To enroll, you must be under age 66 (age 70 in AZ, NV, and VA; age 71 in FL, GA, MI, MO, and OK). Credit life insurance and disability insurance terminate at these ages. In TX, unemployment insurance terminates at age 66. For unemployment coverage, you must be gainfully employed, working at least 30 hours a week (not self-employed§ or an independent contractor) for at least 90 consecutive days before date of loss (in CO, before the application date; in TX, before the effective date of coverage).

**Unemployment and Disability Benefits and Terms:** Monthly payments are limited to the minimum amount due (except in MI and NY) on your account, excluding past-due or over-credit-limit amounts. In the event you become involuntarily unemployed due to job loss, general strike, unionized labor dispute, or lockout, or totally disabled due to sickness or injury and cannot perform the material and substantial duties of your job, payments will be made for up to 12 months§§ or until you return to work, whichever comes first. Total benefits will be paid up to the least of your insured outstanding balance at the date of loss, the amount of your credit limit, or $15,000. Benefits begin after the 30th consecutive day of your unemployment or disability. In NY, for strikes, unionized labor disputes, and lockouts, this 30-day period begins after you have been unemployed for seven consecutive weeks and you qualify for state unemployment benefits. For MI and NY residents, the disability benefit is 1/30th of the monthly benefit for each day of disability over 30 days. In MI, the monthly benefit equals 6% of the lesser of the balance due under your account on the first day of disability or $15,000. In NY, the monthly benefit equals the minimum monthly payment due on the date of loss. Unemployment insurance does not cover retirement, resignation, voluntary forfeiture of income, job loss because of willful or criminal misconduct, or disability otherwise covered or expressly excluded by MBNA *Platinum Plus* Coverage. (Strike coverage is not available in IL; military discharge coverage is not available in NY.) Disability insurance does not cover losses caused by normal pregnancy (except in CA, MA, and NV) or childbirth (except in CA, MA, NC, NV, NY, and VA), intentionally self-inflicted injuries (except in MD), or a condition that required medical diagnosis or treatment in the six months before your coverage began if the loss occurs in the first six months of coverage (except in NJ).

**Life and Dismemberment Insurance Benefits and Terms:** Payment will be made in the amount of the total insured outstanding balance at the time of death or dismemberment (not to exceed the lesser of your credit limit or $15,000). Life insurance does not cover suicide during the first six months of coverage (except in MD and MO). Dismemberment insurance is not available in CA, DE, ID, KS, NY, RI, and WA.

**Costs:** This insurance costs 60¢ per $100 per month (in IA, 7.2¢ life, 14.4¢ disability, 38.4¢ unemployment; in ID, 8.6¢ life, 12.6¢ disability, 38.8¢ unemployment; in VA, 6.4¢ life, 8.6¢ disability, 45.0¢ unemployment; and in WI, 5.0¢ life, 10.0¢ disability, 45.0¢ unemployment), 24.7¢ in CO, 42.89¢ in CT, 55.5¢ in MD, 40.8¢ in MO, 54.3¢ in NC, 48.7¢ in NY (5.0¢ life, 26.8¢ disability, 16.9¢ unemployment); and 33.7¢ in TX (5.7¢ life, 12.0¢ disability, 16.0¢ unemployment) of your insured average daily balance, except in MA, MN, and VT, where coverage is limited to life and disability insurance at a cost of 18.4¢ in MA, 23.0¢ in MN, and 10.5¢ in VT (4.9¢ life, 5.6¢ disability). Dismemberment premiums are waived. The average daily outstanding balance used to calculate the MBNA *Platinum Plus* Coverage premium is not necessarily the same as the average daily balance used to calculate finance charges, as displayed on your monthly statement.

**Availability:** This coverage is not available in AL, ME, and PA.

**Underwriters:** MBNA *Platinum Plus* Coverage insurance coverages are offered through MBNA America Bank, N.A., at 400 Christiana Road, Newark, DE 19713, and are underwritten by the following insurance companies at P.O. Box 50355, Atlanta, GA 30302: Unemployment by American Security under LOI (5/85), LOI-NY (3/93), W-S-A and AS-LOI-TX (6/92) and by Standard Guaranty under SG-LOI (5/85) (NH only); Life, Dismemberment, and Disability by Union Security Life and Standard Guaranty Life (TX only) under L-I-Z and L-I-Z (3.53RA), respectively. Soliciting agents for MS and FL are Charles M. Gordon and Carl Wirt, respectively.

§Employees of professional corporations are eligible for enrollment.

§§Disability benefits may exceed 12 months in CA, HI, IN, KS, MI, NJ, NY, TN, TX, and WI.

**NY and TX Residents Only:** State law requires that we offer you coverage on a separate basis. If you wish to purchase coverage separately, please call 1-800-452-7427. The appropriate applications will be sent to you.

(rev. 9/96)

* The total value of balance transfers cannot be more than your available credit line. If the total is more, we may send your creditors either full or partial payment. **You should continue to make your monthly payments to each creditor until the balance transfer appears as a credit on that account.** Transaction fees are waived on balance transfers initiated with this application. Cash advances and balance transfers may not be used to pay off or pay down any MBNA account.

** Certain restrictions apply to this benefit and others described in the materials sent soon after your account is opened. Preferred Card Customer benefits differ: Year-End Summary of Charges is not available; maximum Common Carrier Travel Accident Insurance coverage is up to $300,000; and there are additional costs for Registry benefits.

The information in this application is accurate as of 2/97. The information may have changed after that date. For more current information, please call MBNA at 1-207-338-7391. TTY users, please call 1-207-338-7390.

If you do not want future credit card offers from MBNA, you may tell us by sending your name and address to: MBNA, PO Box 15728, Wilmington, DE 19850. Please allow 12 weeks for this request to take effect.

MasterCard is a federally registered service mark of MasterCard International Inc., used pursuant to license.



**MBNA America Bank, N.A., is the exclusive issuer and administrator of the *Platinum Plus* credit card program.**

MBNA and MBNA America are federally registered service marks of MBNA America Bank, N.A.

L 2-115-97.7.4.Q.I



Dated; June 27, 2006
referçase. 478921 . MBNA bank.
Herman Kelly, customer, consumer

TO: Comptroller of the Currency
MBNA America Bank
Indiv. BankCard Services

credit cards account numbers
#4264 2906 5000 1423
4800 1352 7 400 0023
5329 0581 1100 6921
4313 0402 1201 4211
4264 2984 2105 6519
4313 0277 0703 0919

( plaintiff ' settlement compromise proposal )
" Notice of Loan credit balances and interests PAID IN FULL "
" Request for refund/money on all over payments " . 15 USCA &1637a,(8,9)

1. Herman Kelly give his notice to comptroller of currency, court, and to MBNA bank, that he has now paid the loan balances amounts and legal interest in full as to his accounting audit payments on the aboved credit card accounts, covering 8 years minimum installment payments to MBNA banks to items computations, calulations herein.

2. Mr, Kelly request a total money refund of $ 27,352.84 dollars or any fair amount for all over chargesbilling payments to MBNA from Herman Kelly . That MBNA will send him all refunds money soon as possible. This notice & request is in pursuant to all apply laws and Mr. Kelly 's first contract agreements. Mr. Kelly has being paying MBNA 's banks since 1996 as a cardholder about 8 years, each month minimum payments amounts to cover all interest and loan added together one time as a set fix payment acounts.

3. On all credit cards balance added together about $ 2,663.91 and interest paid added together on all account about $ 5,702.54. The legal statutory interest rate on APR was about between 19 % or less. MB NA charges mr. kelly about 27.98 % APR. The interest and loan amount total paid to MBNA together was about $ 54,120.00 dollars.

4. M r. Kelly prays to god and this honorable court to consider and review this request and to issue a order against MBNA to stop their illegal conducts of unfair banking, unfair billing, discrimination, breach of contract, ect.. Further to grant any other relief deem fair and just. Mr. Kelly is trying to settle compromise this case matter problems , errors with MBNA 's banks.

c.c. MBNA , CAG

respectfully submitted
[signature]
Herman Kelly, po. box 14157
Det, Mich 48214,, 313-894-8855

EX. 1

S. C.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MBNA America Bank, NA
655 Paper Mill Rd.
mail STOP 1411
Wilmington, DE 19884-1411

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
Rebecca J. Coleman
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 15 2006

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 700.. 7002 3150 0001 2574 4754

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Herman Kelly
P.O. Box 14157
Detroit, Michigan
48214



CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was mailed in the following so designated manner to the opposing party in this case at the address indicated below on the date indicated:

☒ United States Postal Service Postage Prepaid First Class Mail

☐ United States Postal Service Certified Mail Signed Return Receipt

☐ Delivery by UPS Overnight Mail Delivery / Tracking No.________________________

☐ Other Service ***(describe service)***________________________________________

Date: May 19, 2006

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-2157
Respondent

Christina Rodriguez
Case Coordinator
6465 Wayzata Boulevard
Suite 500
St. Louis Park, MN 55426

________________________________
Paul T. Olivier, Esquire
Counsel for Claimant

LAW OFFICES
WOLPOFF & ABRAMSON, L.L.P.
*ATTORNEYS IN THE PRACTICE OF DEBT COLLECTION*
TWO IRVINGTON CENTRE
702 KING FARM BLVD.
ROCKVILLE, MD 20850-5775
240-386-3900





INDIVIDUALIZED
BANKCARD
SERVICES

www.ibsnetaccess.com

| ACCOUNT NUMBER |
| --- |
| 4800 1352 7400 0023 |

| CREDIT LINE |
| --- |
| $3,700 |

HERMAN KELLY
P O BOX 14157
DETROIT MI 48214-015757

To: Herman Kelly
From: Tom Hagen, Credit department
Date: March 05, 2004
Subject: Account inquiry

We are reviewing your account for renewal. To help with this process, please provide the information requested on the enclosed form by calling the number below or by sending the form to the address below.

If the information is not received within 15 days of the date of this letter, we will assume that you do not wish to renew your account.

If you have any questions, please call 1-866-618-4587, Monday through Friday from 8 a.m. to midnight, or Saturday and Sunday, 10 to 7 (Eastern time). If you prefer, you may write to P.O. Box 15646, Wilmington, DE 19850-5646.

Enclosure

P.S. For up-to-the-minute account information, please visit www.ibsnetaccess.com.

EQUAL CREDIT OPPORTUNITY NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this bank is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

EX. B

## What We May Do if You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorizations at any time must not be more than your credit limit. If you attempt a transaction which results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may: (1) permit the transaction without raising your credit limit; (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due; or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused. If we refuse to permit a Check Cash Advance or Balance Transfer, we may do so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused, that there are insufficient funds to pay the Check Cash Advance or Balance Transfer, or in any other manner.

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit, we may charge an Overlimit Fee as provided in this Agreement.

## Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.

## You Must Notify Us When You Change Your Address

We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

## What Law Applies

This Agreement is made in Delaware and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

## The Provisions of This Agreement are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

## Our Rights Continue

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

## Arbitration and Litigation

This Arbitration and Litigation provision applies to you unless you were given the opportunity to reject the Arbitration and Litigation provisions and you did so reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including






In most instances, we will allocate your payments to balanc (including new transactions) with lower APRs before balanc with higher APRs. This will result in new balances with a lower APR (e.g., those with promotional APR offers) being paid before any other existing balances.

## Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee or use the account are individually and together responsible for any total outstanding balance. We may refus to release from liability any person who is responsible to pa any total outstanding balance, until all of the cards, access checks, and other credit devices outstanding under the account have been returned to us, and any such person or persons repays us the total outstanding balance owed to us at any time under the terms of this Agreement.

## Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Paymen Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility and premium payment obligations for the optional credit insurance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

## When We May Require Immediate Payment

If you are in default we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the *Arbitration and Litigation* section of this Agreement, we can also require you to pay the costs we incur in any collection proceeding, as well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

## Other Payment Terms

We can accept late payments, partial payments, or payments with any restrictive writing without losing any of our rights under this Agreement. This means that no payment, including those marked with "Paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our senior officers. You may not use a postdated check to make a payment. If you do postdate a payment check, we may elect to honor it upon presentment or return it uncredited to the person that presented it, without in either case waiting for the date shown on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, finance charges and any applicable fees will accrue on your account in accordance with this Agreement. You must resume making your Total Minimum Payment Due each month following a payment holiday.

## Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the transaction will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S.





## Persons Using Your Account

If you permit any person to use your card, access checks, account number, or other credit device with the authorization to obtain credit on your account, you may be liable for all transactions made by that person including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

## How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

## You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person that presented it to us for payment, without in either case waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Your Promise to Pay

You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge against your account.

## Payments on Your Account

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment Due. If you overpay or if there is a credit balance on your account, we will not pay interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

## When Your Payment Will Be Credited to Your Account

We credit payments as of the date received, if the payment is: (1) received by 2 p.m. (Eastern Time); (2) received at the address shown in the upper left-hand corner of the front of your monthly statement; (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

## How We Allocate Your Payments

We will allocate your payments in the manner we determine.






this account, when used in the sections entitled, *We Ma Monitor and Record Telephone Calls*, and *Arbitration and Litigat* and when used in each of the sections relating to payme this account (*Your Promise to Pay*, and *How We Allocate Your Payments*, for example).

"We," "us," "our" and "MBNA America" mean MBNA America Bank, N.A.

"Card" means all the credit cards we issue to you and t any other person with authorization for use on this accou pursuant to this Agreement.

"Access check" means an access check we provide to yo make a Check Cash Advance on your account.

If we use a capitalized term in this document but we do define the term in this document, the term has the meani given in the Required Federal Disclosures or the Initial Disclosure, or as used in your monthly statement.

We use section headings (such as, *Words Used Often in This Agreement*) to organize this Agreement. The actual terms of thi Agreement are in the sentences that follow and not the headi

## Sign Your Card

You should sign your card before you use it.

## We May Monitor and Record Telephone Cal

You consent to and authorize MBNA America, any of its affiliates, or its marketing associates to monitor and/or reco any of your telephone conversations with our representative or the representatives of any of those companies.

## Credit Reporting Agencies

You authorize MBNA America to collect information about you, including credit reports from consumer reporting agencie

If you believe we have furnished inaccurate or incomplete information about you or your account to a credit reporting agency, write us at: MBNA, Credit Reporting Agencies, P.O. Box 17054, Wilmington, DE 19884-7054. Please include your name, address, home phone number, and account number, and explain what you believe is inaccurate or incomplete.

## How to Use Your Account

You may obtain credit in the form of Purchases and Cash Advances by using cards, access checks, your account number or other credit devices. Please refer to your Required Federal Disclosures or Initial Disclosure to determine what transactions constitute Purchases and Cash Advances and how you may obtain them.

## Transaction Date for Certain Cash Advances

The transaction date for Check Cash Advances and Balance Transfers done by check is the date you or the person to whom the check is made payable first deposits or cashes the check. The transaction date for a returned payment (a Bank Cash Advance) is the date that the corresponding payment posted to your account.

## Purposes for Using Your Account

You may use your account for personal, family, or household purposes. You may not use your account for business or commercial purposes. You may not use a Check Cash Advance, or any other Cash Advance, to make a payment on this or any other credit account with us. You may not use or permit your account to be used to make any illegal transaction.








**Office of Thrift Supervision**
Department of the Treasury *Midwest Region*

225 East John Carpenter Freeway, Suite 500, Irving, TX 75062-2326 • Telephone: (972) 277-9500
P.O. Box 619027, Dallas/Fort Worth, TX 75261-9027 • Consumer Affairs Fax: (972) 277-9563

September 20, 2004

Herman Kelly
Post Office Box 14157
Detroit, MI 48214

Commercial FB, a FSB
Omaha, NE
OTS No. 05198
Case No. 0402062004

Dear Mr. Kelly:

We are writing in response to your letter to the Office of the Comptroller of the Currency (OCC), concerning your account with Amerus Bank (Commercial Federal Bank, FSB, successor). Your letter was referred to our agency for review.

For your information, the Office of Thrift Supervision is a federal administrative agency created by an Act of Congress. We have the authority to enforce certain federal laws and regulations applicable to federally insured savings institutions, including Commercial. Some matters that lead consumers to complain, however, are outside the regulatory jurisdiction of our agency. For example, we cannot resolve factual or contractual disputes. Such matters are subject to state law, and if not settled by the parties involved, must be resolved in an appropriate forum.

Upon receipt of your correspondence, we asked Commercial Federal to address your concerns regarding the maintenance of your credit card account. Commercial Federal acquired certain accounts from Amerus in July 1998. However, other accounts were transferred to MBNA. Your account number is not reflected in their records, and is presumed to have been transferred to MBNA. MBNA is regulated by the OCC.



Since the OCC has jurisdiction over MBNA, we are returning your complaint to that Agency for further processing. We consider this matter closed and trust that you will receive a positive resolution.

Sincerely,

Linda McCaig
Consumer Affairs Analyst

cc: Commercial FB, a FSB

CC with incoming:

Office of the Comptroller of the Currency
Customer Assistance Unit
1301 McKinney Street, #3710
Houston, Texas 77010
1-800-613-6743



wrongful billing, usurious interest menorandum of laws

The taking, receiving or charging a rate of interest greater than is allowed by the preceding section 12 uscs & 85 when knowingly done shall be deemed a forfeiture of t he entire interest which the note, bill, or other evidence of debt carries with it or which has been agreed to be paid thereon. In case the greater rate of interest has been paid , the person by whom it has been paid or his legal representatives may recover back in an action in the nature of an action of debt twice the amount of the interest thus paid from the association taking or receiving the same provided such action is commenced within two years from the time the usurious transaction occurred. see.. . 12 USCS & 86 banks and banking, national banks ...

A credit card issuer may be liable for damages resulting from a violation of state statutory provisions relating to correction of billing errors. see... 20 am, jur. 2d. & 33 credit cards and charge accounts,, young vs. bank of america 141, cal.app. 3d. 108. 190, cal,rptr.122, 1st dist.1983 .

a loan which contemplates debtor repaying by monthly payments is an installment repayment loan within installment small loan and consumer act. see.. SDCL 54-6-22 , 54-6-40 smashed ice vs. lee, 200 n.w. 2d. 236,86, s.d. 658. cons, cred.3.1.



a cause of action against a credit card issuer may be based on a violation of state consumer credit protection laws or a state deceptive trade practices statute. see 20 am, jur, 2d. & 33 . credit cards..

In borrowers suit alleging state law usury claim against national. bank case was removable to federal court because national bank act preempts state law usury claims against national banks and usury claim against national bank only arises under federal law. see.. Ben nat bank vs. anderson,(2003) 539, U S. 1 ,156,L.ed,2d.1,123,S . ct, 2058, 2003,cdos, 4550, 2003, daily journal dar,5793,16,flw, fed,S,325.



under 12 uscs & 85 national bank engaged in interstate business of credit card financing must adhere to interest ceiling applying to all lenders making loans in state to residents of state for similar types of credit .see... state ex rel, Turner vs. first of Omaha services corp, (1978) ,Iowa, 269,n.w, 2d. 409,



3a. Plaintiff paid all his none intentional late fees plus all of his about 576 installment monthly minmum payments max.15 years.

4. page 5 of agreement stated that plaintiff would pay loan credit each month,which would be the set fited installment minmum amount of money and at the smallest lowest, interest rate for the first month,first year allocated apr rate. (EX.C)

5. page 5 and 6 of agreement states; that bank will use the lower aprs for allocate of plaintiff 's payments . (EX.C)

6. The complaint is on claims by plaintiff seeking a cash money refund of all his over payments, illegal compound usurious interest rates and interest money. (EX.D)

7. National arbitration forum never had full jurisdiction over plaintiff and N A F do not have jurisdiction where plaintiff objected opposed N A F 's proceeding when plaintiff filed his settlement compromise, and complaint for refund from mbna bank before defendants started their illegal conducts of fraud, false prosecution against plaintiff, illegal NAF's awards judgments.

in general public policy the word allocate means. see... black laws dictionary; t o set and to fixed. (EX.B)

8. All defendants and NAF did not informed the court the correct amount of money plaintiff paid to them up to date in full also the total credit loan amount used as to the first month, to the last year interest rate . The first year ,month was the agreed set, fix interest rate as to plaintiff 's first installment monthly minmum payments to banks as to all six accounts stated in complaint. NA F has abused their authorties powers.

9. Defendants got all of plaintiff' s six account,receipt that should be about 8 years for each credit loan account total 12 months times 8 years equal 96 installments receipt for each credit account full total copies 96 time 6 equal 576 copies. defendants only sent plaintiff 3 years worth of copies that was 36 banks statements for account # 4313027707030919. Plaintiff requested a full accounting discovery of all receipts.

Therefor plaintiff prays to god and this court to grant amount of money stated in complaint or any amount deem fair. That court will compel order all defendants to produce all discoverys.

respectfully

dated; June 29, 2006

Herman Kelly,pro, se
p.o. box 14157
Detroit,Michigan 48214
313 -894-8855

[signature]

certificate of services

I plaintiff Herman Kelly,pro, se certify that a true accurate copy of this notice menorandum of laws was mailed to all defendants 222 delaware ave,# 900,wilington,de 19899 p.o. box 25130.

Herman Kelly, Pro, Se
P.O. Box 14157
Detroit, Michigan 48214

3c USA 3c USA

29 JUN 2006

U.S.M.S. X-RAY

Clerk of Court Office
Civil Division
United States Federal
District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware