In The  United States Federal District Court
     For The   District  Of  Delaware

Herman Kelly, pro, se
         plaintiff
vs.
MBNA America bank,
National Arbitration Forum
Wolpoff & Abramson, l.l.p
      defendants
-------------------------------/

Civil action
No. # 06-228-(jjf)
FRCP 60,9d,10,1&
30f,7a,8a.

FILED
JUL 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"plaintiff's ( menorandum of laws )  8 years minimum monthly,weekly
                                     & installment payments summary
                                     attached exhibits;

1.    a civil case may be settled at any time even after an opinion is rendered by the Supreme Court, with the consent of all parties. see.... township of Royal Oak, vs. City of Pleasant Ridge, 307 Mich, 714, 12, N W 2d, 393  1943....

    It is axiomatic that settlements of disputed matters and compromise of unsettled claims are favored by the law.... over litigation and will only be voided on satisfactory evidence of mistake, fraud, duress, or unconscionable       advantage.see... Rossi vs. Transamerica Car Leasing Co. 138, Mich, app. 807 360, NW 2d. 307, 1984,, pedder vs. kalish, 26,   mich, app. 655, 182, nw, 2d, 739.  1970

    an oral agreement may be binding on the parties where neither party denies having entered the agreement even though there is a misunderstanding as to the agreements's effects. see... Zelenka vs. Wayne County Corp. counsel, 143, Mich, app. 567, 372, nw, 2d. 356, 1985....

2.    Therefor plaintiff prays to God and this court for relief, to considerthis motion and requests, motion is   in pursuant to. Priddy vs Edelman, 883, f, 2d. 438, CA 6, Mich, 1989...

3.    Herman Kelly,pro,se submit his 8 years up to date summary of all money balloon minimum installment monthly payments mailed to MBNA banks and their mergered others banks.All credit loans account balances are paid in full, stated in complain and this accounts, #numbers; 4340590200180439..4090271013843461..4264298421056519 . Plaintiff request amount awarded in complaint or any fair amount deem. This information,documentation is in support of complaint. see.. ex.(A)

4.    This federal court has full jurisdiction over the settlement compromise,claims,reviews proceedings for all parties in respect to US . Const.amend , art lll, section 1, clause 1. Plaintiff was trying resolve this matter in the US comptroller of currency's lower level jurisdiction on all his complaint stated herein on plaintiff seeking a refund money on all his over payment high interest fees over the statuory rate by law.Plaintif paid a fixed, set interest rate fees,sent in the mail to MBNA.

" History of Case and Facts "
-------------------------------------------------

6. About 1994, ten years ago Herman Kelly invested money in MBNA and open different credit cards accounts with MBNA America bank and with other third party banks as to Comerica, A A A, Amerus, PNC, First Union Bank. The other bank combined with MBNA for some reason I do not know, between 1994 to 2004.
#4800- -1352-7400-0023
New account numbers; 4317 9572 0200 0346, credit cash limit(ccL
Old account numbers;
$7,500.00 based on agreed contract agreement. signed.

New # 4264-2906-5000-1423, OLD #4313020340001611, (ccL) $ 7,000.00

New #4313-0402-1201-4211, OLD # 44286921300007784, (ccL) $ 1,500.00

New # 4264-2984-2105-6519, OLD. # 4340590200180439(ccL) $9,500.00

New # 4313-0277-0703-0919, OLD, # 438 7292150624 219, comerica bank (ccL) $5,000.00 attached to my personal checking account # 6812398698. about 15 years business investor former employee/worker parttime security with Comerica bank, in Mich. also some of my payroll checks was deposited, cashed at Comerica bank over $ 2 0,000 dollars.

7. Sometime between my investment venture time period starting arounded Dec 31, 1994 to our present date July 11, 2006 with MBNA America bank and their other banks as to Come rica bank aaccount # 4387292150624219 & my comerica checking account # 6812398698 and former comerica employee payroll account. That is attached to my credit card and limit of credit account attached to my personal che cking account. AA A # 53 29 0581 1100 692 1 , 44286921300007784 Amerus bank. First Union bank # 4340590200180439, PNC bank# 5468372500089377.



8. Someone or person named Stewart (mr.) at MBNA without my written permission or consent and without given me a advance 30 day notice of his transaction conducts took all of my available cash credit as agreed to MBNA & my agreement signed by both parties, (attached ), letter of credit approved by banks 's presidents Paul Muller III, Patrick J. Reily, David Nelms, S.N. Merkouris, Michael J. Tierney, Anne Hogan, Earle Charles, Ted Gambill, Margaret Boone, Mark Sullivan,. Mr. Joel Stewart had no rights or proper authority t o breach any of the other president and Herman Kelly contract wit hout our permission and agreed to by laws of U S A. constitutions. Herman Kelly paid $27,366.45 to MBNA America bank in 2004, in full .

12 USCA & 84(d), (1). banks; authority of comptroller of the currency.. states;
comptroller of the currency may prescribe rules regulations to administer and carry out the purposes of this section (12 usca & 84 total loans and extension of credit) including rules or regulation to define or further define terms used in this section and to establish limits or requirements other than those specified in this section

### Persons Using Your Account

If you permit any person to use your card, access checks, account number, or other credit device with the authorization to obtain credit on your account, you may be liable for all transactions made by that person including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

### How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

### You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person that presented it to us for payment, without in either case waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

### Your Promise to Pay

You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge against your account.

### Payments on Your Account

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment Due. If you overpay or if there is a credit balance on your account, we will not pay interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

### When Your Payment Will Be Credited to Your Account

We credit payments as of the date received, if the payment is: (1) received by 2 p.m. (Eastern Time); (2) received at the address shown in the upper left-hand corner of the front of your monthly statement; (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

### How We Allocate Your Payments

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including new transactions) with lower APRs before balances with higher APRs. This will result in new balances with a lower APR (e.g., those with promotional APR offers) being paid before any other existing balances.

### Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee or use the account are individually and together responsible for any total outstanding balance. We may refuse to release from liability any person who is responsible to pay any total outstanding balance, until all of the cards, access checks, and other credit devices outstanding under the account have been returned to us, and any such person or persons repays us the total outstanding balance owed to us at any time under the terms of this Agreement.

### Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Payment Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility and premium payment obligations for the optional credit insurance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

### When We May Require Immediate Payment

If you are in default we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the *Arbitration and Litigation* section of this Agreement, we can also require you to pay the costs we incur in any collection proceeding, as well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

### Other Payment Terms

We can accept late payments, partial payments, or payments with any restrictive writing without losing any of our rights under this Agreement. This means that no payment, including those marked with "Paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our senior officers. You may not use a postdated check to make a payment. If you do post-date a payment check, we may elect to honor it upon present-ment or return it uncredited to the person that presented it, without in either case waiting for the date shown on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

### Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, finance charges and any applicable fees will accrue on your account in accordance with this Agreement. You must resume making your Total Minimum Payment Due each month following a payment holiday.

### Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the transaction will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S.

HERMAN Kelly's installment Min Payments, year 1996 to 2004
LOAN Credit Cards. First Union #434059020018-0439
#409027101384-3461
MBNA #4264298421056519

| Payment Date Closing | Minimum amount paid Monthly Balloon Total Payments EST. | |
|---|---|---|
| 8-27-1996 | $26.50 | |
| 9-27-1996 | $63.32 | |
| 10-29-1996 | $25.59 | $183.77 |
| 11-27-1996 | $32.18 | |
| 12-27-1996 | $36.18 | |
| 1-28-1997 | $52.83 | |
| 2-26-1997 | $45.30 | $490.49 |
| 3-27-1997 | $22.66 | |
| 4-28-1997 | $33.96 | |
| 5-28-1997 | $21.61 | |
| 6-26-1997 | $50.96 | |
| 7-29-1997 | $49.45 | |
| 8-27-1997 | $30.89 | |
| 9-26-1997 | $27.91 | |
| 10-28-1997 | $69.73 | |
| 11-26-1997 | $37.43 | |
| 12-29-1997 | $47.76 | |

(EX. A)

HERMAN KELLY  # 4264298421056519
_LoanCredit

| Payment Date Closing | Minimum amount paid Monthly Balloon | Total payment |
|---|---|---|
| 1-28-1998 | $37.12 | |
| 2-26-1998 | $141.95 | $862.38 |
| 3-27-1998 | $89.30 | |
| 4-28-1998 | $64.19 | |
| 5-28-1998 | $98.25 | |
| 6-26-1998 | $39.06 | |
| 7-29-1998 | $37.72 | |
| 8-27-1998 | $79.91 | |
| 9-29-1998 | $67.59 | |
| 10-29-1998 | $70.93 | |
| 11-27-1998 | $47.41 | |
| 12-29-1998 | $88.93 | |
| 1-28-1999 | $53.47 | |
| 2-25-1999 | $130.90 | $814.00 |
| 3-26-1999 | $24.66 | |
| 4-28-1999 | $65.58 | |
| 5-26-1999 | $121.02 | |
| 6-28-1999 | $81.07 | |
| 7-29-1999 | $41.79 | |
| 8-26-1999 | $95.19 | |
| 9-28-1999 | $88.10 | |
| 10-27-1999 | $101.81 | |
| 11-26-1999 | $70.41 | |

EX. A

# Herman Kelly  #4264298421056519
## LoanCredit

| Payment date closing | minimum amount paid Monthly Balloon Total Payment | |
|---|---|---|
| 1-27-2000 | $70.81 | |
| 2-25-2000 | $47.00 | $1,595.09 |
| 3-28-2000 | $71.32 | |
| 4-27-2000 | $66.44 | |
| 5-26-2000 | $53.32 | |
| 6-27-2000 | $89.78 | |
| 7-28-2000 | $95.37 | |
| 8-28-2000 | $289.44 | |
| 9-28-2000 | $72.17 | |
| 10-27-2000 | $95.00 | |
| 11-28-2000 | $485.43 | |
| 12-28-2000 | $158.97 | |
| 1-26-2001 | $249.42 | |
| 2-27-2001 | $252.48 | |
| 3-28-2001 | $149.30 | |
| 4-26-2001 | $148.36 | |
| 5-25-2001 | $196.33 | #4340590200180439 |
| 6-27-2001 * | $174.12 | |
| 7-27-2001 | $182.73 | |
| 9-26-2001 | $173.47 | |
| 10-27-2001 | $212.32 | |
| 11-27-2001 | $168.92 | |
| 12-27-2001 | $262.14 | $2459.81 |
| 8-28-2001 | $300.22 | |

(Ex. A)

Herman Kelly  #4264298421056519 — Loan Credit

| Payment Date Closing | Minimum amount paid Monthly Balloon Total Payment. |
|---|---|
| 7-27-2002 ✳<br>8-28-2002<br>9-26-2002<br>10-28-2002<br>11-26-2002<br>12-27-2002 | $229.18  #4264298421056519<br>$221.22<br>$202.56<br>$196.93<br>$193.64<br>$300.00<br><br>$1343.43 |
| 1-28-2002 ✳<br>2-25-2002<br>3-27-2002<br>4-26-2002<br>5-28-2002 | $331.55  #4340590200180439<br>$229.11<br>$237.29<br>$207.89        $1270.38<br>$264.52 |

(11)

Ex. A

Hermon Kelly  # 4264 2984 2105 6519
. Loan Credit

| PAYMENT DATE Closing | Minimum Amount paid Monthly Balloon Total Payment |
|---|---|
| 1-28-2003 ✱ | $263.06  # 4264 2984 2105 6519 |
| 2-25-2003 | $185.43 |
| 3-27-2003 | $190.51 |
| 4-26-2003 | $296.91 |
| 6-26-2003 | $204.84 |
| 7-28-2003 | $312.26 |
| 8-27-2003 | $237.14 |
| 9-26-2003 | $336.77            $2771.59 |
| 10-28-2003 | $234.00 |
| 11-25-2003 | $280.72 |
| 12-27-2003 | $229.91 |
| 1-28-2004 | $383.09 |
| 2-25-2004 | $235.54 |
| 3-27-2004 | $225.84 |
| 4-27-2004 | $226.51 |
| 5-27-2004 | $45.31 |
| 6-26-2004 | $108.92 |
| 7-28-2004 | $67.87 |
|  | $1293.08 |

(11)

(7)

(EX. A)

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4264 2984 2105 6519 | $9,500.00 | | 31 | 04/27/04 | $223.00 | 05/26/04 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | APRIL 2004 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|
| **PAYMENTS AND CREDITS** | | | | | | | | |
| 04/15 | | 9872 | VS | | PAYMENT - THANK YOU | | | 26.51 |
| 04/15 | | 7064 | VS | | PAYMENT - THANK YOU | | | 35.00 |
| 04/23 | | 7643 | VS | | PAYMENT - THANK YOU | | | 165.00 |
| | | | | | TOTAL FOR BILLING CYCLE FROM 03/28/2004 THROUGH 04/27/2004 | | $0.00 | $226.51 |

**IMPORTANT NEWS**

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $8,176.51 | $226.51 | $0.00 | $0.00 | $195.31 | $0.00 | $8,145.31 |

**TOTAL MINIMUM PAYMENT DUE**

Past Due Amount .................. $0.00
Current Payment .................. $223.00
Total Minimum Payment Due ...................... $223.00

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.076657% DLY | 27.98% | $0.00 |
| B. ATM, BANK | 0.076657% DLY | 27.98% | $0.00 |
| C. PURCHASES | 0.076657% DLY | 27.98% | $297.13 |
| D. OTHER BALANCES | 0.076657% DLY | 27.98% | $7,921.53 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE..................... 27.98%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
- For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-477-9131
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: BANKCARD SERVICES, P.O. BOX 15289, WILMINGTON, D 19886-5289.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to:
  BANKCARD SERVICES, P.O. BOX 15026, WILMINGTON, D 19850-5026.

8315   05G   975 0200 0000 00
4264 2984 2105 6519         PAGE 1 OF 1



**FIRST UNION®**

**VISA**

Closing Date: 03/28/01

| | | |
|---|---|---|
| Customer Name: | HERMAN KELLY | |
| Account Number: | New 4090-2710-1384-3461 | Current* 4340-5902-0018-0439 |

## Account Summary

*FOLLOWING OUR RECENT SYSTEMS UPGRADE, YOUR STATEMENT WILL INDICATE THE NUMBER SHOWN ON YOUR CURRENT CARD AND A NEW NUMBER. BOTH ACCOUNT NUMBERS ARE VALID UNTIL YOUR CARD EXPIRES AND YOU RECEIVE YOUR NEW CARD.

Page 1 of 1

| | |
|---|---|
| Beginning balance | $8,827.15 |
| Payments and credits | 149.30 |
| Purchases and adjustments | 0.00 |
| Cash advances | 0.00 |
| **FINANCE CHARGES** | 120.51 |
| Balance 03/28/01 | $8,798.36 |

Number of days in billing cycle: 29
Credit limit: $9,500.00         Cash limit: $9,500.00
Available credit: $701.00       Available cash: $701.00

Payment due date                                April 22, 2001
**NEW MINIMUM PAYMENT DUE**                     $0.00

## Rate Summary

| | Average daily balance | Daily periodic rate | FINANCE CHARGES | CORRESPONDING ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $1,194.17 | .05041% | $17.46 | 18.40% |
| Cash Advances | $6,403.06 | .05041% | $93.60 | 18.40% |
| 9.99% DAILY UNTIL JUL, 2001 | $1,191.98 | .02736% | $9.45 | 9.99% |

THE TOTAL **ANNUAL PERCENTAGE RATE** FOR YOUR ACCOUNT IS 17.26%.

## Transactions

*#8696.64.*

| Transaction Date | Posting Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 03/02 | 03/02 | 7438641200E0Y4VSW | PAYMENT - THANK YOU | - 35.00 |
| 03/07 | 03/07 | 7438641230E110KME | PAYMENT - THANK YOU | - 37.15 |
| 03/10 | 03/10 | 7438641270D289N8R | PAYMENT - THANK YOU | - 37.15 |
| 03/21 | 03/21 | 74386412G0E1DD494 | PAYMENT - THANK YOU | - 40.00 |
| 03/28 | 03/28 | | *FINANCE CHARGE* | 120.51 |

## News From First Union

CONSOLIDATE YOUR OTHER CREDIT CARD BALANCES INTO ONE MONTHLY
PAYMENT. LET OUR BALANCE CONSOLIDATION SPECIALISTS TAKE CARE
OF THE DETAILS FOR YOU. CALL 1-800-696-4613 MONDAY-FRIDAY
8AM TO 12AM AND SATURDAY-SUNDAY 9AM TO 9PM EASTERN TIME.

*1 $80.00*
*$40.00*

3000 000464 (Rev 0/1)                                    Please see reverse for important information



## Statement 1

**FIRST UNION® VISA**

IF YOU HAVE QUESTIONS PLEASE WRITE TO:
CARD PRODUCTS CENTER
POST OFFICE BOX 563966
CHARLOTTE, NC 28256-3966
CUSTOMER SERVICE PHONE # 1-800-359-3862

### ACCOUNT SUMMARY — PAGE 01

| | |
|---|---:|
| PREVIOUS BALANCE | 23.26 |
| PURCHASES/ADJUSTMENTS | 276.00+ |
| CASH ADVANCES | 172.99+ |
| CREDITS | .00- |
| PAYMENTS | 26.50- |
| **FINANCE CHARGE** | **1.06+** |
| OTHER CHARGES | .00+ |
| NEW BALANCE | 446.81 |

| | AVERAGE DAILY BALANCE | PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| CASH ADVANCES | $.00 | 1.1791¹ | 14.15 | 14.15* |
| PURCHASES | $103.53 | 1.1791¹ | 14.15 | 14.15 |
| PROMOTIONAL | $128.56 | 0.8250 | 9.90 | 9.90 |

¹THE PERIODIC RATE MAY VARY

| ACCOUNT NUMBER | CREDIT LIMIT | AVAILABLE CREDIT | DAYS IN BILLING CYCLE | BILLING DATE | PAYMENT DUE DATE | MINIMUM PAYMENT DUE |
|---|---|---|---|---|---|---|
| 4340-5902-0018-0439 | $3,500 | $3,053 | 32 | 08/27/1996 | 09/23/1996 | $.00 |

FOR YOUR CONVENIENCE, OUR PERSONAL REPRESENTATIVES ARE AVAILABLE BY CALLING 1-800-359-3862

---

## Statement 2

**FIRST UNION® VISA**

IF YOU HAVE QUESTIONS PLEASE WRITE TO:
CARD PRODUCTS CENTER
POST OFFICE BOX 563966
CHARLOTTE, NC 28256-3966
CUSTOMER SERVICE PHONE # 1-800-359-3862

### ACCOUNT SUMMARY — PAGE 01

| | |
|---|---:|
| PREVIOUS BALANCE | 446.81 |
| PURCHASES/ADJUSTMENTS | 143.94+ |
| CASH ADVANCES | .00+ |
| CREDITS | .00- |
| PAYMENTS | 63.62- |
| **FINANCE CHARGE** | **5.33+** |
| OTHER CHARGES | .00+ |
| NEW BALANCE | 532.46 |

| | AVERAGE DAILY BALANCE | PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| CASH ADVANCES | $.00 | 1.1791¹ | 14.15 | 14.15 |
| PURCHASES | $360.20 | 1.1791¹ | 14.15 | 14.15 |
| PROMOTIONAL | $130.90 | 0.8250 | 9.90 | 9.90 |

¹THE PERIODIC RATE MAY VARY

| ACCOUNT NUMBER | CREDIT LIMIT | AVAILABLE CREDIT | DAYS IN BILLING CYCLE | BILLING DATE | PAYMENT DUE DATE | MINIMUM PAYMENT DUE |
|---|---|---|---|---|---|---|
| 4340-5902-0018-0439 | $3,500 | $2,967 | 31 | 09/27/1996 | 10/22/1996 | $.00 |

---

## Statement 3

**FIRST UNION® VISA**

IF YOU HAVE QUESTIONS PLEASE WRITE TO:
CARD PRODUCTS CENTER
POST OFFICE BOX 563966
CHARLOTTE, NC 28256-3966
CUSTOMER SERVICE PHONE # 1-800-359-3862

### ACCOUNT SUMMARY — PAGE 01

| | |
|---|---:|
| PREVIOUS BALANCE | 532.46 |
| PURCHASES/ADJUSTMENTS | .00+ |
| CASH ADVANCES | .00+ |
| CREDITS | .00- |
| PAYMENTS | 29.59- |
| **FINANCE CHARGE** | **5.72+** |
| OTHER CHARGES | .00+ |
| NEW BALANCE | 508.59 |

| | AVERAGE DAILY BALANCE | PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| CASH ADVANCES | $.00 | 1.1791¹ | 14.15 | 14.15 |
| PURCHASES | $420.60 | 1.1791¹ | 14.15 | 14.15 |
| PROMOTIONAL | $91.56 | 0.8250 | 9.90 | 9.90 |

¹THE PERIODIC RATE MAY VARY

| ACCOUNT NUMBER | CREDIT LIMIT | AVAILABLE CREDIT | DAYS IN BILLING CYCLE | BILLING DATE | PAYMENT DUE DATE | MINIMUM PAYMENT DUE |
|---|---|---|---|---|---|---|
| 4340-5902-0018-0439 | $3,500 | $2,991 | 32 | 10/29/1996 | 11/25/1996 | $.00 |

FOR YOUR CONVENIENCE, OUR PERSONAL REPRESENTATIVES ARE AVAILABLE

To: WACHOVIA Bank
BANKCARD SERVICE
MBNA AMERICA Bank
Comptroller of the Currency

Sept 14, 2004
HERMAN Keith
CASE # 47892(=MB

"Notice of Loan Paid in full"   Credit Card #
4264-2984-2105-651

(1) $ 8,145.31 = Loan Credit Balance off set
    X 27.98% = APR = to date
    $ 2,279.05 = Interest amount set off.
    + 8,145.31 = Loan
    $10,424.38 = BALANCE TOTAL interest & LOAN

(2) Customer Card Holder Since 1996 = 8 Years EST.

(3) Paid $136.00 per month minimum payments 96
    8 years EST.    months

(4) $ 136.91 = minimum installment payment EST.
    X 96. = months 8 years
    $ 13,144.02 Paid to MBNA
    - $10,424.38 = Loan & Interest Paid Dec 31, 2003
    $ 2,719.64 = OVER PAYMENTS, Refund

P.O. Box 1415

"Payments, mailing, and Usurious interest menorandum of laws
------------------------------------------------------------

Evidence that the debtor has made previous payments by mail and that those payments have been credited to the debtor's account warrants the conclusion that use of the mails has been impliedly authorized and that a payment was made on the day it was placed in the mail under such circumstances.see... 60 am, jur. 2d. & 11 payment.. united securities corp vs. franklin, 180, a , 2d. 505, mun, ct.app, d. c.1962

whether mailing a check constitues payment depends on the agreement between the parties under the deposit payment or mail box rule , a payment is made when a letter containing a remittance, properly addressed and with postage prepaid is deposited into the mail where the custom of the parties authorizes payment by mail or when payment by mail has been authorized. see. ..60 am, jur, 2d. & 11 payment, walters vs. meyers, 226, cal, app,3d, supp,15,277,cal.rptr,316,app,dept super, ct, 1990,..werne vs. brown, 955,p, 2d, 1053,colo,ct, app,1998 , .. Cox vs. Gulf ins, co, 858,s.w. 2d, 615, tex,app, fort worth 1993,



if payment by mail is permitted either by express authorization or custom of the parties, payment occurs by sending the remittance in the mail in a properly addressed letter with prepaid postage, even if the remittance is lost or its delivery delayed and even if the envelope is misaddressed. see... Cox vs. gulf ins,co, 858,s.w. 2d, 615, tex, app, fort worth , 1993 ,, american river lines, inc, vs. central soya, c o. inc, 524, f. supp, 246, n.d.miss,1981...Hoch vs. hitchens, 122, mich,app,142 ,332,n.w, 2d,440,1982...kamakazi music corp, vs. robbins music corp, 534,f, supp, 57,s.d.n.y. 1981.

if an obligee has agreed to receive payment by mail or direct the debtor to send a payment by mail the risk of loss in the event of nondelivery falls on the creditor rather than on the debtor . The posting of a letter inclosing the remittance as directed constitutes a payment although the letter is lost as by misaddressing the envelope and a delay of the remittance in the mail will not result in a forfeiture or loss of rights through nonpayment. see... 60 am , jur, 2d. & 17 payment.. parker vs. american family recreation center, inc, 229, ga, 633,193s,e, 2d, 830, 1972,.. cornwell vs, bank of america, 224,cal.app.3d ,995,274,cal,rptr, 322,14,U.C.C. rep,serv,2d,520, (4th dist.1990 ).

12 USCS & 86; usurious interest,penalty for taking,statute of limitations... the taking, receiving, or charging a rate of interest greater than is allowed by the preceding section 12 USCS & 85 banking , when knowingly done shall be deemed a forfeiture of the entire interest which the note, bill, or other evidence of debt carries with it or which has been agreed to be paid thereon. In case the greater rate of interest has been paid, the person by whom it has been paid or his legal representatives, may recover back in an action in the nature of an action of debt , twice the amount of the interest thus paid from the association taking or receiving the same provided such action is commenced within two year from time usurious occurred.

P 3

wrongful billing, usurious interest menorandum of laws
-------------------------------------------------------

The taking, receiving or charging a rate of interest greater than is allowed by the preceding section 12 uscs & 85 when knowingly done shall be deemed a forfeiture of the entire interest which the note, bill, or other evidence of debt carries with it or which has been agreed to be paid thereon. In case the greater rate of interest has been paid , the person by whom it has been paid or his legal representatives may recover back in an action in the nature of an action of debt twice the amount of the interest thus paid from the association taking or receiving the same provided such action is commenced within two years from the time the usurious transaction occurred. see.. . 12 USCS & 86 banks and banking, national banks ...

A credit card issuer may be liable for damages resulting from a violation of state statutory provisions relating to correction of billing errors. see... 20 am, jur. 2d. & 33 credit cards and charge accounts,, young vs. bank of america 141, cal.app. 3d. 108. 190, cal,rptr.122, 1st dist.1983 .

a loan which contemplates debtor repaying by monthly payments is an installment repayment loan within installment small loan and consumer act. see.. SDCL 54-6-22 , 54-6-40 smashed ice vs. lee, 200 n.w. 2d. 236,86, s.d. 658. cons, cred.3.1.

a cause of action against a credit card issuer may be based on a violation of state consumer credit protection laws or a state deceptive trade practices statute. see 20 am, jur, 2d. & 33 . credit cards..

In borrowers suit alleging state law usury claim against national bank case was removable to federal court because national bank act preempts state law usury claims against national banks and usury claim against national bank only arises under federal law. see.. Ben nat bank vs. anderson,(2003) 539, U S. 1 ,156,L.ed,2d.1,123,S . ct, 2058, 2003,cdos, 4550, 2003, daily journal dar,5793,10,flw, fed,S,325.

under 12 uscs & 85 national bank engaged in interstate business of credit card financing must adhere to interest ceiling applying to all lenders making loans in state to residents of state for similar types of credit .see... state ex rel, Turner vs. first of Omaha services corp, (1978) ,Iowa, 269,n.w, 2d. 409,

P.14

The illegality of an agreement may be in the consideration in a promise or in its performance. An agreement to do an illegal act is itself illegal. see... Ewell vs. Daggs, 108, US 143, 27, L. Ed, 682, 2, S. Ct. 408.... .. 17 A, Am, jur, 2d, & 239.. contracts..

A concise statement of the rule is that agreement are illegal if they are contrary to law, morality or public policy.. see... Goodrich vs. Tenney, 144, Ill. 422, 33, NE, 44...

it is clear that the courts will not recognize or enforce contracts resting upon an illegal consideration, Illegal consideration consists of any act or forbearance or a promise to act or forbear which is contrary to law or public policy. . ... It is insufficient consideration to support an agreement and an agreement founded upon it is illegal. see... 17 A Am, jur, 2d, & 240 contracts... Hanley vs. Savannah Bank, & Trust, Co, 208, Ga. 585, 68, SE 2d, 581, ... Baxter vs. Wilburn, 172, md, 160, 190, A, 773, McCullough vs. Virginia, 172, US 102, 43, L. Ed, 382, 19, S. Ct. 134... Standard Lumber Co. vs. Butler, Ice, Co. CA 3, Penn, 146, f. 359..

As a general rule an agreement which violates a provision of the federal or state constitution or of a constitutional statute or which cannot be performed without violating such a provision is illegal and void... see... Ewert vs. Bluejacket. 259, US 129, 66, L. Ed. 858, 42, S, Ct. 442... 17 A Am, jur, 2d, & 247.. contracts...

where fraud is alleged with respect to release intent of parties should be considered. see... theisen, vs. kroger co, 1981, 309, n.w. 2d. 676, 107, mich, app, 5 80. van avery vs. seiter , 1968, 163, n.w. 2d, 643, 13, Mich, app, 88.

scope of release is governed by its terms as indicating intentions of parties at time it is accepted.     see.. auto owner Inc, Co, vs. Rigby, 1976c 1975, 226, NW, 2d, 580, 57, Mich, app. 604...

a release may be avoided in an action at law for fraud in the inducement as well as for fraud in the execution. see... 66 Am, jur, 2d, & 56 release...     wagner vs. national L. Ins, Co, CA6, Mich, 90, f, 395..

P. 5

## No immunity menorandum of laws

The authority of arbitration is terminated when they report an inability to agree. see  4 am, jur, 2d. & 170 alternative dispute resolution... west towns bus co,  vs. Amalgamated asso. of street, electric ry. & motor  coach employees(1st,dist) 26, Ill app, 2d. 398, 168, ne, 2d, 473, 41,cch, lc,50021.

nongovernmental  assignees of loans  from  federal agencies that are  independent contractor, are  not  entitled to the government's  immunity. see... 17 am , jur, 2d. &166 consumer protection.. In re gillespie , 110 b.r. 742, 113, alr, fed,705, bankr,e.d . pa,1990,  in re  pinder, 83,b.r. 905, bankr, e.d.  pa, 1988.

althought  arbitrators immunity prohibits   civil  suits against  arbitrators , it does   NOT  insulate  arbitrators from   criminal  liability for fraud, or  corruption. see... L  &   H  airco , inc,   vs. rapistan   corp. (minn) 446,nw 2d, 372.... 4 am , jur, 2d. & 172, alternative dispute resolution.



however  such an  organization  is NOT IMMUNITY where breach of contract  and       negligence claims are  alleged based  on the arbitrator 's  failure  to render  a timely awards , where  the   plaintiff do not seek t o circumvent the   arbitrator's  immunity to attack an  award, but rather seek to hold   the    organization  liable   for the arbitrator's inaction and the  organization's   alleged  improper administration see...Baar  vs.  tigerman   2nd,dist, 140,cal,app. 3d.979,211, cal,  rptr,426,  41,alr, 4 th,1004.... 4 am   jur, 2d, &  172, alternative  dispute   resolution .

if the arbitration are   guilty of such fraud, negligence, or misconduct as to  invalidate  their award, their right to compensation may  be  forfeited. see... 4 , am, jur, 2d, 174, alternative  dispute   resolution.. bever   vs. brown, 56,lowa, 565, 9, nw, 911. ... State   vs. hoffman , 73, hawaii,41,828, p, 2d,  805.

P-6

This court has full jurisdiction over case & parties.
My written communication with MBNA was a acknowledgement letter of credit, agreement contracts between parties that I had a total up to date consolidated of all credit card accounts credit cash limit of $50,000 to $100,000 dollars credit since 1994.

I agreed to pay back any late fees amount about $30.00 for min, payment due. Where I live in Detroit, Michigan and always paid my bills debts mailed to MBNA on time it was not my doing, of any wrong or cause any delay in payment it was error of the USA post services who made the problems if any. A one or two days late is not fair to take aways all of Mr. Kelly's money cash. MBNA was served with plaintiff's complaint, summon notice of hearing. defendant request re-rehearings, jury trial.
respectfully submitted.

dated; July 12, 2006
witness; Genesis Acts

Herman Kelly, pro, se.
p.o. box 14157
Detroit, Michigan 48214
313-894-8855

plaintiff

c.c. Mr. Joel Stewart
MBNA America
p.o. box 15026
Wilmington, DE
19850-5026

" Proof of service Certificate
in-direct appeal, opposed default, awards judgments "
-----------------------------------------------------------

I the aboved certify that a true correct copy of this answer by summary was mailed to defendant's attorney pre-paid first class usa mail WOlpoff & Abramson. 39500 high pointe blvd. suite 250 Novi, Michigan 48375-2404 , Ashley, Dawson, attorneys The Bayard Firm, 222 delaware ave. suite 900 Wilmington, Delaware 198 p.o. box 25130 Wilmington, Delaware 19899..

The Bayard firm, ashley stitzer, dawson, 222 delaware ave, 9th floor Wilmington, De. 19801, p.o. box 17054 ( mbna ) Wilmington, De. 19884 -7054.

P. 7

This court has full jurisdiction over case & parties. My written communication with MBNA was a acknowledgement letter of credit, agreement contracts between parties that I had a total up to date consolidated of all credit card accounts credit cash limit of $50,000 to $100,000 dollars credit since 1994.

I agreed to pay back any late fees amount about $30.00 for min, payment due. Where I live in Detroit, Michigan and always paid my bills debts mailed to MBNA on time it was not my doing, of any wrong or cause any delay in payment it was error of the USA post services who made the problems if any. A one or two days late is not fair to take aways all of Mr. Kelly's money cash. MBNA was served with plaintiff's complaint, summon notice of hearing. defendant request re-rehearings, jury trial.

respectfully submitted.

dated; July 12, 2006

witness; Genesis Acts

_Genesis Acts_

Herman Kelly, pro, se.
p.o. box 14157
Detroit, Michigan 48214
313-894-8855

plaintiff

c.c.   Mr. Joel Stewart
       MBNA America
       p.o. box 15026
       Wilmington, DE
       
       19850-5026

" Proof of service Certificate
in-direct appeal, opposed default, awards judgments "
--------------------------------------------------

I the aboved certify that a true correct copy of this answer by summary was mailed to defendant's attorney pre-paid first class usa mail WOlpoff & Abramson. 39500 high pointe blvd. suite 250 Novi, Michigan 48375-2404 , Ashley, Dawson, attorneys The Bayard Firm, 222 delaware ave. suite 900 Wilmington, Delaware 198 p.o. box 25130 Wilmington, Delaware 19899..

The Bayard firm, ashley stitzer, dawson, 222 delaware ave, 9th floor Wilmington, De. 19801, p.o. box 17054 ( mbna ) Wilmington, De. 19884 -7054.

Pg 7

