In The United States Federal District Court
For The District of Delaware

Herman Kelly, pro,se
    plaintiff

vs.

MBNA america bank,
National Arbitration Forum
Wolpoff and Abramson
    defendants
------------------------/

Civil action
NO.# 06-228-(JJF)

(notice/menorandum of laws )

FRCP. 60. 9d,10,15d,30e,30f,7a,8a,

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" All defendants& MBNA america bank's written submissions
acknowledgement,confession agreed to NO ( N .A .T . 's )national
arbitration forum's litigated arbitration proceedings ". and

"( Plaintiff 's request and motion to state/ show court's jurisdiction.
    attached exhibit ). USA  amend const.art lll sec.1,6L.1

---

1.    On Sept 10,2004,Sept 20,2004 ,Feb 14,2004 and other dates
MBNA & all defendants c/o; Nancy Criss,Tom Hagen,Scott Beech,
presidents,management staff of MBNA america bank with differentaddresses,
called plaintiff and sent their own agreed,written,submission,
confirmation,acknowledgement to NOT  usingNAT  arbitration as
venue litigation proceedings,trial saying that all plaintiff's claims,
complaints,settlement compromise  must be with  the united states
federal government's juridiction by USA  Comptroller of  Currency
There  is a  very small paragraph,laws,on discrimination claims.EX.(A)

2.    One of plaintiff's claims in his complaint filed in this
court is claim of  discrimination against all defendants toward
plaintiff. Defendants ' s contract agreement is in part illegal
and is in  violation of  many statutory laws ,us constitutions.

3.    The national arbitration  forum never had any jurisdiction
over plaintiff and the subject matter of illegal high interest,
All defendants had  full knowledge that plaintiff requested to file
his complaint with the federal courts,federal government.Mr. Herman
Kelly is a usa  born citizen seeking justice and trying to stay
within  all statutory laws, rules, procedures of the United States
Government under the USA Constitution on double  jeopary, due process,
access of court , jury trial,equal protection of laws,cruel and
unusual punishment,very high fines. USA amend,const.Arts,3,1,5,8,9,14.

4.    This court has full juridiction over plaintiff,all defendants
in granting complaint, and reviewing  complaint.Plaintiff paid all his
credit cards,loans  accounts  stated in complaint and herein attached.
Plaintiff is trying to resolve,settle,and request his over payment
refunds,all defendants to correct plaintiff credit history,all awards(6)
by national arbitration forum are void,impeachment cancelled,all
default judgment(2) by MBNA,detroit court are void,bias,prejudice,
vacated,cancelled based on all statutory laws of USA  const.FRCP 60 & 4.

5.    parties agreed send payments by mail,plaintiff timely requested no
NAF's arbitration proceedings.see,ex.(B)     (agreement) Page 9



P. 1

" History of   Case   and   Facts "
-----------------------------------------------

5.  About 1994, ten years ago Herman Kelly invested money in MBNA and open different credit cards accounts with MBNA America bank and with other third party banks as to Comerica, A A A, Amerus, PNC, First Union Bank. The other bank combined with MBNA for some reason I do not know, between 1994 to 2004.

New account numbers;  #4800-    -1352-7400-0023
Old account numbers;  4317 9572 0200    0346 , credit cash limit(ccL) $7,500.00   based on agreed contract agreement. signed.

New # 4264-2906-5000-1423, OLD #4313020340001611, (ccL) $ 7,000.00

New #4313-0402-1201-4211, OLD # 4428692130007784, (ccL) $ 1,500.00

New # 4264-2984-2105-6519, OLD. # 4340590200180439(ccL) $9,500.00

New # 4313-0277-0703-0919, OLD, # 438 7292150624 219, comerica bank (ccL) $5,000.00   attached to my personal checking account # 6812398698. about 15 years business   investor former employee/worker parttime security with Comerica bank, in Mich. also some of my payroll checks was deposited, cashed at Comerica bank over $ 20,000 dollars.

6.  Sometime between my investment venture time period starting arounded Dec 31, 1994 to our present date Feb 23, 2004 with MBNA America bank and their other banks as to Comerica bank aaccount # 4387292150624219 & my comerica checking account # 6812398698 and former comerica employee payroll account. That is attached to my credit card and limit of credit account attached to my personal checking account. AAA # 53 29 0581 1100 692 1 , 4428692130007784 Amerus bank. First Union bank # 4340590200180439, PNC bank# 5468372500089377.

7.  Someone or person named Stewart (mr.) at MBNA without my written permission or consent and without given me a advance 30 day notice of his transaction conducts took all of my available cash credit as agreed to MBNA & my agreement signed by both parties, (attached), letter of credit approved by banks 's presidents Paul Muller III, Patrick J. Reily, David Nelms, S.N. Merkouris, Michael J. Tierney, Anne Hogan, Earle Charles, Ted Gambill, Margaret Boone, Mark Sullivan,. Mr. Joel   Stewart had no rights or proper authority to breach any of the other president and Herman Kelly contract without our permission and agreed to by laws of U S A. constitutions. Herman Kelly paid $27,366.45 to MBNA America bank in 2004, in full .

8.  individualized bankcard services is also MBNA . Plaintiff requested no arbitration in Sept 18, 2000 with defendants who sent a letter to plaintiff with direction of federal government US comptroller of currency. see.. Ex. 


P. 2

"Payments, mailing, and Usurious interest menorandum of laws
-----------------------------------------------------------

Evidence that the debtor has made previous payments by mail and that those payments have been credited to the debtor's account warrants the conclusion that use of the mails has been impliedly authorized and that a payment was made on the day it was placed in the mail under such circumstances.see... 60 am, jur. 2d. & 11 payment.. united securities corp vs. franklin, 180,a , 2d.505,mun, ct.app,d. c.1962

whether mailing a check constitues payment depends on the agreement between the parties under the deposit payment or mail box rule , a payment is made when a letter containing a remittance, properly addressed and with postage prepaid is deposited into the mail where the custom of the parties authorizes payment by mail or when payment by mail has been authorized. see. ..60 am, jur, 2d. & 11 payment, walters vs. meyers, 226, cal, app,3d, supp,15,277,cal.rptr,316,app,dept super, ct, 1990,..werne vs. brown, 955,p, 2d, 1053,colo,ct, app,1998 , .. Cox vs. Gulf ins, co, 858,s.w. 2d, 615, tex,app, fort worth 1993,

if payment by mail is permitted either by express authorization or custom of the parties, payment occurs by sending the remittance in the mail in a properly addressed letter with prepaid postage, even if the remittance is lost or its delivery delayed and even if the envelope is misaddressed. see... C ox vs. gulf ins,co, 858,s.w. 2d, 615, tex, app, fort worth , 1993 ,, american river lines, inc, vs. central soya, c o. inc, 524, f. supp,246, n.d.miss,1981...Hoch vs. hitchens, 122, mich,app,142 ,332,n.w, 2d,440,1982...kamakazi music corp, vs. robbins music corp, 534,f, supp, 57,s.d.n.y. 1981.

if an obligee has agreed to receive payment by mail or direct the debtor to send a payment by mail the risk of loss in the event of nondelivery falls on the creditor rather than on the debtor . The posting of a letter inclosing the remittance as directed constitutes a payment although the letter is lost as by misaddressing the envelope and a delay of the remittance in the mail will not result in a forfeiture or loss of rights through nonpayment. see... 60 am , jur, 2d. & 17 payment.. parker vs. american family recreation center, inc, 229, ga, 633,193s,e, 2d, 830, 1972,.. cornwell vs, bank of america, 224,cal.app.3d ,995,274,cal,rptr, 322,14,U.C.C. rep,serv,2d,520, (4th dist.1990 ).

12 USCS & 86; usurious interest,penalty for taking,statute of limitations... the taking, receiving, or charging a rate of interest greater than is allowed by the preceding section 12 USCS & 85 banking , when knowingly done shall be deemed a forfeiture of the entire interest which the note, bill, or other evidence of debt carries with it or which has been agreed to be paid thereon. In case the greater rate of interest has been paid, the person by whom it has been paid or his legal representatives, may recover back in an action in the nature of an action of debt , twice the amount of the interest thus paid from the association taking or receiving the same provided such action is commenced within two year from time usurious occurred.

P.3

it is clear that the courts will not recognize or enforce contracts resting upon an illegal consideration, illegal consideration consists of any act of forbearance or a promise to act or forbear which contrary to law or public policy. . see. 17 A. am, jur, 2d. & 240. contract.... baxter vs. wilburn, 172, md. 160, 190, A, 773.

As a general rule an agreement which violates a provision of the federal or a state constitution or of a constitutional statute or which cannot be performed without violating such a provision is illegal and void. see... Ewert vs. Bluejacket, 259, US 129, 66, L. ed, 858, 42 S. Ct. 442.... 17 A, am, jur, 2d. & 247 contracts..

as a general rule a agreements or contract against public policy are illegal and void .An agreement or contract made in violation of established public policy is not binding and will not be enforced. Thus freedom of contract is subject to the limitation that the agreement must not be           against public policy. Likewise the surrender of a fundamental right is not within the power of an individual if the public interest is prejudiced thereby... see  17 A. am, jur, 2d. & 257 contract. cameron vs. International alliance of theatrical stage employees, 118, NJ, eq, 11, 176, A, 692, 97, .   ALR  594...

agreements in violation of law have never been regarded as valid under common law, individuals cannot stipulate for something illegal. The law which prohibits the end will not lend its aid in promoting the means designed to carry it into effect. It will not promote in one form that which it declares wrong in another and hence contract which bring about results which the law seeks to prevent are unenforceable. see.... 17 A, am, jur, 2d, & 238.... weber vs. Sternad Cuyahoga Co. 69 Ohio app, 258, 24 Ohio Ops 51, 35 Ohio L. Abs 197, 39 NE 2d 623.

The general right to contract is subject to the limitation that the agreement must not be in violation of the federal or state constitutions, federal or state statutes, an ordinance of a city or town or an established rule of the common law......see.. 17 A , am, jur, 2d. & 238.. contracts....  Wm, Lindeke land, Co. vs. Kalman , 190, Minn, 601, 25 2 N W 650, 93 ALR, 1393....

parties may incorporate in their agreement any provisions that are not illegal or violative of public policy. see... 17 A Am, jur, 2d. & 238, contracts....

As a general matter the right to make contracts must be restrained where contracts are attempted against the public law, general policy, or justice and all agreements are subject to the paramount power of the soverign.. see... Vermont & C.R.Co, vs. Vermont C.R. Co. 63, Vt,I, 21 A 262....

P.4

Void Judgments memorandum of laws
-------------------------------------------------

even with full jurisdiction over the parties, no court can render a valid judgment unless it also has jurisdiction over the subject matter of the litigation or cause of action. see.. editorial photocolor archives, inc. vs. Granger Collection 463, N.E. 2d. 365, 61, N.Y. 2d. 517, 474, N.Y. S. 2d. 964.

A judgment is wholly void in case where the subject matter is withheld from the jurisdiction of the particular court. or is placed within the exclusive jurisdiction depends on a statute which was repealed before suit .see... 49 C,J.S. & 18 judgment.... Board of com, 'rs, of crawford county, vs. Radley, 8, P. 2d. 386, 134, Kan. 704.

A judgment must be definitive. By this is meant that the decision itself must purport to decide finally the rights of the parties on the issue submitted, by specifically denying or granting the remedy sought by the action. The converse of this proposition is also true and every definitive determination of the rights of the parties in a proceeding before a competent tribunal is a judgment. A judgment which is indefinite is void. see..... kosloff vs. kosloff, 154, p.2d. 431, 67, c.a. 2d. 374. brown vs. color coating inc, app. s.d. 867, s.w. 2d. 242.



a judgment in personam is void unless the court has jurisdiction of the persons involved. The court must have jurisdiction of both parties, that is of plaintiff or the person in whose favor it is rendered and also of defendant or the person against whom it is rendered. see.... In re clark's will, 3. N.Y.S. 2d. 364, 166, misc. 909....

judgments entered in a proceeding failing to comply with procedural due process are void, as is one entered by a court acting in a manner inconsistent with due process. see..... eastern Sav. bank, vs. city of Salem 597, N.E. 2d. 55, 33. mass. app. ct. 140.

where a court is without jurisdiction it is generally irregular to make any order in the cause except to dismiss the suit. see... new orleans mail co, vs. flanders; La , 79. us.130. 12. wall, 130,20, l.ed. 249.

insofar as there had not been a final judgment on merits of cause of action for consequential damages, doctrine of res judicata did not apply. see... Jimenez vs. Shippy realty corp. 622, N.Y.S. 2d. 983, 213, a.d. 2d. 377, ( 1995).

judgment is void and therefore subject to relief under fed.r.civ. proc. 60 b. 4. only if court lacked jurisdiction or if court's action amounts to plain usurpation of power constituting violation of due process. see... hoult vs. Hoult, 1995, ca. 1. mass. 57 f. 3d. 1. 41. fed, rules, evidence, serv. 783. United States vs. indoor cultivation equip. from, high tech, indoor, garden supply, 1995, ca. 7, Ill. 55, f. 3d. 1311, 31. FR, serv. 3d. 832.

a judgment must be supported by pleading, that allege applicable legal theories and by competent evidence. A judgment not so supported is erroneous. see... 46 am, jur. 2d. & 2. judgments...

No one is under a duty to arbitrate unless with clear language that person has agreed to do so. Arbitration is consensual and a matter of contract and therefore a party cannot be required to submit to arbitration any dispute that he or she has not agreed to submit. see... school committee of town of north kingstown vs. crouch, 808,a, 2d.1074,171,ed.law, rep.258,R.I. 2002.. cheek vs. united healthcare of mid-atlantic, inc,378,md.139,835,a, 2d. 656,( 2003) .. Ladd vs. scudder kemper investments, inc, 433 mass,240,741,n.e. 2d. 47 ,(2001).

before party may be compelled to arbitration under the federal arbitration act, district court must engage in limited inquiry to determine whether valid agreement to arbitration exist between parties and whether specific dispute falls within scope of that agreement. see... houlihan vs. offerman & Co. inc, c.a. 8,(s.d.)1994, 31,f. 3d. 692 .



28 & 652 judiciary procedure (a). states; any district court that elects to require the use of alternative dispute resolution in certain cases may do so ONLY with respect to mediation ,early neutral evaluation and if the parties consent arbitration.

An award may be impeached or set aside if the arbitrations had no jurisdiction to make the award or if there is a defect in the proceedings which goes to the jurisdiction of the arbitrator. see... salt lake pressmen and insurance exchange vs. Newspaper agency,corp.485,f. supp.511, ( d,utah, 1980 ) detroit auto inter-insurance exchange vs. Gavin , 416,mich,407,331,n.w.2d.418.(1982)... hackett vs. milbank ,tweed,hadley,& mccoy,86,n.y.2d.146,630,n.y.s .2d. 274,654,n.e.2d.95,(1995).

Thus generally the courts will permit an award to be impeached only where it is clearly illegal,or where there has been fraud, misconduct, corruption,palpable or gross mistake or error or some other irregularity on the part of the arbitrators which caused the rendition of an unjust, inequitable or unconscionable award. see... matter of heilman (casella), 188,a.d.2d,294, 590,n. y.s. 2d.495,(1st, dept 1992)... Geico general ins.co. vs. sherman, 307,a.d. 2d.967,763, n.y.s. 2d. 649,( 2d, dept 2003).

if an arbitration award has been obtained or influenced by fraud,imposition, misconduct, or other undue means employed or exerted by a party to the arbitration or his or her agent the award is thereby vitiated and rendered subject to impeachment. see...acessible development corp, vs. Ocean house center, inc, 4, a .d. 3d,217,772,n.y.s.2d,263,(app.div,1st,dept,2004)

P-6

9. Plaintiff submit his opposition, objection to National Arbitration Forum's six awards judgments, on each credit card, loan account numbers stated in complaint, NAF's cases mbna vs, kelly (civil) #fa 0507000516373..0509000556840..0504000464237..0502000432125.. fa0502000432125..0503000439604..0504000463537..

10. Plaintiff object to MBNA's two default judgment in; civil mbna vs, kelly, cases # 05137016GC and #05140139GC .state of michigan 36th judicial district court 421 madison ave. Det, Mich, 48226 dated, 3-1-06 & 1-17-06.

11. Plaintiff give notice that the aboved herein actions by mbna and N A F's judgments orders, default orders, awards, are bias, void, illegal, vacated, cancelled, prejudice, impeached. Plaintiff have request all defendants send copies of all awards, default orders to this court and to plaintiff in his filed discovery motion request.

12. Plaintiff was never served with all defendants's summon, notice, complaint on their N.A.F. national arbitration forum and detroit court civil litigation proceedings. Parties were still under juridiction of the united states comptroller of the currency reviewing plaintiff and mbna contract agreement settlement compromise proceedings.

refer...fed.rule,civ.proc.r60.& rule c4-40,process,FRCP,rule 55.
   if there is any doubt as to whether default should be set aside court should err on side of setting aside default and reaching merits of case. see ... accu-weather inc, vs. reuters, ltd, m. d. pa, 1991, 779, f, supp. 801...
   a default judgment entered when there has been no proper service of a complaint is, a fortiori, void and should be set aside. see... gold kist, inc, vs. laurinburg oil co, inc. c.a. 3, (pa,) 1985, 756, f. 2d. 14.

Therefor based on the facts, evidences, laws herein shown plaintiff Herman Kelly, pro, se a consumer, customer, citizen of usa prays to god and this honorable federal court to review, consider this notice and to grant award sought in complaint of plaintiff or any fair amount deem just, to deny all defendants's motion to dismiss, plaintiff object to all defendants's request for attorney's fees, MBNA banks and defendants should pay all court costs. All defendants misconducts is in violation of R.I.C.O. 18 USCA & 1962, 18 USCA, & 1961(6). rico act. racketeer influenced and corrupt organizations acts... also USCA 18 & 1962(a). USCA 18 & 1964(a), (c)civil remedy. USCA.Const. .amend 5, double jeopardy,.. USCA, Const. amend. 8 cruel and unusual punishments, nor excessive fines imposed.

Dated; July 12, 2006

Proof of Service Certificate
------------------------

Respectfully submitted
Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214
3-3  313-894-8855

Plaintiff Herman Kelly, pro, se certified that a true and correct copy of this pleading, evidences was mailed by first class usa pre-paid mail sent to all defendants at p.o. box 17054 wilmington DE. 19884-7054, ashley 222 delaware ave. wilmington, DE. 19801.





**WACHOVIA**

www.wachoviacreditcard.com

| ACCOUNT NUMBER |
|---|
| 4264 2984 2105 6519 |

| CREDIT LINE |
|---|
| $9,500 |

HERMAN KELLY
PO BOX 14157
DETROIT MI 48214-015757

To:       Herman Kelly
From:     Tom Hagen, Credit department
Date:     February 14, 2004
Subject:  Account inquiry

We are reviewing your account for renewal. To help with this process, please provide the information requested on the enclosed form by calling the number below or by sending the form to the address below.

If the information is not received within 15 days of the date of this letter, we will assume that you do not wish to renew your account.

If you have any questions, please call 1-866-618-4587, Monday through Friday from 8 a.m. to midnight, or Saturday and Sunday, 10 to 7 (Eastern time). If you prefer, you may write to P.O. Box 15646, Wilmington, DE 19850-5646.

Enclosure

P.S. For up-to-the-minute account information, please visit www.wachoviacreditcard.com.



**EQUAL CREDIT OPPORTUNITY NOTICE**
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this bank is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.



If you have any questions, please call 1-866-618-4587, Monday through Friday from 8 a.m. to midnight, or Saturday and Sunday, 10 to 7 (Eastern time). If you prefer, you may write to P.O. Box 15646, Wilmington, DE 19850-5646.

Sincerely,

**Tom Hagen**

Credit Line Management

*Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed on this letter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have taken adverse action. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

## EQUAL CREDIT OPPORTUNITY NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.





If you have any information that would allow us to reconsider this decision, please call 1-888-831-4181, Monday through Thursday from 8 a.m. to 8 p.m., or Friday, 8 to 5 (Eastern time). If you prefer, you may write to Individualized BankCard Services, P.O. Box 15646, Wilmington, DE 19850-5646.

Sincerely,

**Scott Beech**

Credit Division

P.S. For up-to-the-minute account information, please visit www.ibsnetaccess.com.



*Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed on this letter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have taken adverse action. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

EQUAL CREDIT OPPORTUNITY NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this bank is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

FR2 NSEZ 1-1 US-EN                                                                                                    xxxxxxxxxxxx - 0000

If you have any questions, please call 1-866-618-4587, Monday through Friday from 8 a.m. to midnight, or Saturday and Sunday, 10 to 7 (Eastern time). If you prefer, you may write to P.O. Box 15646, Wilmington, DE 19850-5646.

Sincerely,

**Tom Hagen**

Credit Line Management

*Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed on this letter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have taken adverse action. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

EQUAL CREDIT OPPORTUNITY NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.



Ex A

CR9 RI10 1-1 US-EN    xxxxxxxxxxxx - 0000

### What We May Do if You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorizations at any time must not be more than your credit limit. If you attempt a transaction which results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may: (1) permit the transaction without raising your credit limit; (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due; or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused. If we refuse to permit a Check Cash Advance or Balance Transfer, we may do so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused, that there are insufficient funds to pay the Check Cash Advance or Balance Transfer, or in any other manner.

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit, we may charge an Overlimit Fee as provided in this Agreement.

### Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.

### You Must Notify Us When You Change Your Address

We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

### What Law Applies

This Agreement is made in Delaware and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

### The Provisions of This Agreement are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

### Our Rights Continue

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

### Arbitration and Litigation

This Arbitration and Litigation provision applies to you unless you were given the opportunity to reject the Arbitration and Litigation provisions and you did so reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including

9

EX. B

# Your Low Rate Access Checks Reflect BIG Savings!

**FIRST UNION**

Account #: 4340590200180439



Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157

Dear Herman Kelly:

First Union understands that saving money is more important than ever.

That's why we are giving you five Access Checks with a low 5.9% rate, which you can use for anything you want. To activate this special rate, just write your checks before July 1, 1998.

With the special discounted 5.9% APR (Annual Percentage Rate), you'll save on interest, and there are no per check fees. Plus, these checks are *so convenient*:

- **Pay off other balances with high interest rates.** By transferring balances to your First Union credit card at 5.9% APR, you are saving money on purchases you have already made.

- **Write yourself a check** -- it can be cashed today. Or, you can deposit it in your checking account. Either way, you'll have cash ready when you need it.

- **Don't miss a bargain at places that do not accept credit cards** -- write a check, instead! You'll pay no cash advance fee and the low 5.9% rate saves you money.

The sooner you pay off high rate accounts, the more you'll save. So, start now! If you need more 5.9% checks, call us at 1-800-359-3862. But hurry -- this special offer is good only until your July 1998 statement.

Sincerely,

Patrick J. Reily
Vice President

**SEE THE DIFFERENCE
5.9% APR CAN MAKE!**

P.S. Write as many checks as you want, up to your available credit limit. Why not write a check today and enjoy your savings!

*The total amount of checks you write must be at least $500.
The promotional APR (Annual Percentage Rate) of 5.9% corresponds to a monthly periodic rate of .49% and will apply through your July 1998 billing cycle (see reverse side for details).

---

**Save With No Check Fees**

•

**Consolidate High-Rate Balances**

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157

9015

_____ 19 ___    66-21/530

Pay to the Order of _____ $ _____

_____ Dollars

**FIRST UNION** Payable through First Union National Bank    4340590 02001 80439

FOR _____

⑆053000 219⑆ 94 10 200 18043⑈ 109015



FROM :                                                2004.03-10    11:23    #959 P.02/05



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930  February 19, 2004

Herman Kelly
P. O. Box 14157
Detroit, MI  48214

Re:   4264 2906 5000 1423
      4800 1352 7400 0023
      5329 0581 1100 6921
      4313 0402 1201 4211
      4313 0277 0703 0919
      4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience. Please contact me directly at (800) 441-7048, extension 78069. I am available Monday through Friday from 8 a.m. until 5 p.m. (EST). Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

*H.K. paid #27,366.45 to MBNA*
*accounts paid in full*
*[signature]*


EX. B

**MBNA** AMERICA

www.mbnanetaccess.com

CARDHOLDER SINCE 1996

| ACCOUNT NUMBER | |
|---|---|
| 4800 1352 7400 0023 | |
| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| 07/13/04 | $2,569.30 |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| $77.00 | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

Make check payable to:

||..||||..|..|.|..|.||..|..|..|.||..|..|..|

MBNA AMERICA
P.O. BOX 15288
WILMINGTON, DE 19886-5288

For account information call 1-800-626-2556
Print change of address or new telephone number below

Address _____
City _____ State ____ Zip _____
Home phone ( ) Work phone ( )

HERMAN KELLY
P O BOX 14157
DETROIT    MI    48214-015757

B

12   0025693000007700000480013527400023

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4800 1352 7400 0023 | $3,700.00 | | 32 | 06/14/04 | $77.00 | 07/13/04 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|

JUNE 2004 STATEMENT

**PAYMENTS AND CREDITS**

| 06/01 | | 7819 | VS | | PAYMENT - THANK YOU | | 77.36 CR |
|---|---|---|---|---|---|---|---|
| | | | | | TOTAL FOR BILLING CYCLE FROM 05/14/2004 THROUGH 06/14/2004 | $0.00 | $77.36 CR |

**IMPORTANT NEWS**   PAY YOUR BILL QUICKLY WITH PAY-BY-PHONE SERVICE. CALL 1-866-297-9258 TO USE THIS AUTOMATED SERVICE. PAYMENT POSTS THE SAME OR NEXT BUSINESS DAY.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $2,583.36 | $77.36 | $0.00 | $0.00 | $63.30 | $0.00 | $2,569.30 |

**TOTAL MINIMUM PAYMENT DUE**

| Past Due Amount | $0.00 |
|---|---|
| Current Payment | $77.00 |
| Total Minimum Payment Due | $77.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.076657% DLY | 27.98% | $0.00 |
| B. ATM, BANK | 0.076657% DLY | 27.98% | $0.00 |
| C. PURCHASES | 0.076657% DLY | 27.98% | $0.00 |
| D. OTHER BALANCES | 0.076657% DLY | 27.98% | $2,580.27 |

FOR THIS BILLING PERIOD:
**ANNUAL PERCENTAGE RATE**................ 27.98%
(Includes Periodic Rate and Transaction Fee Finance Charges)

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-626-2556.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15288, WILMINGTON, DE 19886-5288
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to:
  MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026

1784   557   1ZG 0200 0000 00

4800 1352 7400 0023                              PAGE 1 OF 1   (Ex. B)

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# INDIVIDUALIZED BANKCARD SERVICES

www.ibsnetaccess.com

HERMAN KELLY
P O BOX 14157
DETROIT MI 48214

To:        Herman Kelly
From:      Scott Bechtold, Credit department
Date:      September 18, 2000
Subject:   Account status
Account No.: 4800 1352 7400 0023

As we discussed, we have reassigned your credit line to $3,700 because you currently owe sufficient amounts on your revolving lines of credit with other creditors. This decision was based on our conversation, as well as information provided by the consumer reporting agency named below.

If you would like to review your credit file, please contact Experian, P.O. Box 2002, Allen, TX 75013-0036. Their telephone number is 1-888-397-3742.

If you have any questions, please call 1-800-803-9731, Monday through Friday from 8 a.m. to 8 p.m., or Friday, 8 to 5 (Eastern time). Our knowledgeable Credit Analysts are ready to assist you.

*Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed on this letter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have taken adverse action. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

EQUAL CREDIT OPPORTUNITY NOTICE
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this bank is the Office of the Comptroller of the Currency, Customer Assistance Unit, 1301 McKinney Street, Suite 3710, Houston, TX 77010.



FR2 CCZZ 1-1 US-EN

00-262-00074 - 1344