**ORIGINAL**

In The United States Federal District Court
For The District of Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA america bank,
National arbitration forum
Wolpoff & Abramson
    defendants
-------------------------/

Civil action # 06-288(jjf)

FRCP. 60b , 18USCA &1964,1961(6).

**FILED**
JUL 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Plaintiff's objections/oppositions to all defendants (mbna)'S late fees claims "  supplement to complaint,& motion to strike defendants's answer/motion to dismiss. "

1. Herman Kelly, pro, se plaintiff file his objections, opposition to all defendants ( mbna )'s claims that plaintiff was late mailing his installment monthly minimum payment to mbna in Delaware from plaintiff's home in Detroit , Michigan. All parties had agreed that plaintiff 's remit/check payments date was be the date day payment was put in the usa mail box, usa post office box, prior to 5 days to 30 days due day date of minimum installment payments. Mailing payments over 8 years to mbna was the normal procedures,things plaintif did.

2. All defendants have lied,fraud this court, plaintiff was never late with his payments .Plaintiff also paid the banks requested agreed late fees. Parties agreed to let plainitiff post date his mail with payments. MBNA is gaining more money from plaintiff there is no ways that anyone will know if payment is late,unless mbna say it, which means that defendants can lie, with false claims for money.

3. MBNA has breach their contracts, agreement and mbna late fees is in violations to the usa constituion laws, US amend const.8 excessive fines shall not be imposed, nor cruel and unusual punishments, inflicted, , art,5 ,usa .amend. const. nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb.

4. National arbitration forum never had jurisdiction over complaint, settlement proceeding was with usa comptroller of currency. MBNA agreed to plaintiff post dated mail in pursuant to the mail box rules, negotiable instrument laws(acts). All defendants ' conducts and mbna agreement is illegal in contrary to public policy and contrary to united states constitution, state,laws,federal laws.

Plaintiff do not owe mbna any money, all credit loan account are paid in full , every six accounts stated in complaint. Plaintiff request and prays to god & court to grant complaint award amount deny defendants 's motion to dismiss, and all late fess are void, cancelled,impeached.

dated; _[signature]_ 2006

respectfully submitted
Herman Kelly,p.o.box 14157 Det,mi48214
313-894-8855   plaintiff,pro, se

Proof and certificate of services
-------------------------------
copy mailed to defendants,222 delaware ave.wilmington de 19899
by usa mail,

_[signature]_

"Payments, mailing, and Usurious interest menorandum of laws
--------------------------------------------------------

Evidence that the debtor has made previous payments by mail and that those payments have been credited to the debtor's account warrants the conclusion that use of the mails has been impliedly authorized and that a payment was made on the day it was placed in the mail under such circumstances. see... 60 am, jur. 2d. & 11 payment.. united securities corp vs. franklin, 180,a , 2d.505,mun, ct.app,d. c.1962

whether mailing a check constitues payment depends on the agreement between the parties under the deposit payment or mail box rule , a payment is made when a letter containing a remittance, properly addressed and with postage prepaid is deposited into the mail where the custom of the parties authorizes payment by mail or when payment by mail has been authorized. see: ..60 am, jur, 2d. & 11 payment, walters vs. meyers, 226, cal, app,3d, supp,15,277,cal.rptr,316,app,dept super, ct, 1990,..werne vs. brown, 955,p, 2d, 1053,colo,ct, app,1998 , .. Cox vs. Gulf ins, co, 858,s.w. 2d, 615, tex,app, fort worth 1993,

if payment by mail is permitted either by express authorization or custom of the parties, payment occurs by sending the remittance in the mail in a properly addressed letter with prepaid postage, even if the remittance is lost or its delivery delayed and even if the envelope is misaddressed. see... C ox vs. gulf ins,co, 858,s.w. 2d, 615, tex, app, fort worth , 1993 ,, american river lines, inc, vs. central soya, c o. inc, 524, f. supp,246, n.d.miss,1981...Hoch vs. hitchens, 122, mich,app,142 , 332,n.w, 2d,440,1982...kamakazi x music corp, vs. robbins music corp, 534,f, supp, 57,s.d.n.y. 1981.



if an obligee has agreed to receive payment by mail or direct the debtor to send a payment by mail the risk of loss in the event of nondelivery falls on the creditor rather than on the debtor . The posting of a letter  xr  inclosing the remittance as directed constitutes a payment although the letter is lost as by misaddressing the envelope and a delay of the remittance in the mail will not result in a forfeiture or loss of rights through nonpayment. see... 60 am , jur, 2d. & 17 payment.. parker vs. american family recreation center, inc, 229, ga, 633,193s,e, 2d, 830, 1972,.. cornwell vs, bank of america, 224,cal.app.3d ,995,274,cal,rptr, 322,14,U.C.C. rep,serv,2d,520, (4th dist.1990 ).

12 USCS & 86; usurious interest,penalty for taking,statute of limitations... :the taking, receiving, or charging a rate of interest greater than is allowed by the preceding section 12 USCS & 85 banking , when knowingly done shall be deemed a forfeiture of the entire interest which the note, bill, or other evidence of debt carries with it or which has been agreed to be paid thereon. In case the greater rate of interest has been paid, the person by whom it has been paid or his legal representatives, may recover back in an action in the nature of an action of debt , twice the amount of the interest thus paid from the association taking or receiving the same provided such action is commenced within two year from time usurious occurred.



wrongful billing, usurious interest menorandum of laws
-----------------------------------------------------

The taking, receiving or charging a rate of interest greater than is allowed by the preceding section 12 uscs & 85 when knowingly done shall be deemed a forfeiture of the entire interest which the note, bill, or other evidence of debt carries with it or which has been agreed to be paid thereon. In case the greater rate of interest has been paid, the person by whom it has been paid or his legal representatives may recover back in an action in the nature of an action of debt twice the amount of the interest thus paid from the association taking or receiving the same provided such action is commenced within two years from the time the usurious transaction occurred. see.. . 12 USCS & 86 banks and banking, national banks ...

A credit card issuer may be liable for damages resulting from a violation of state statutory provisions relating to correction of billing errors. see... 20 am, jur. 2d. & 33 credit cards and charge accounts,, young vs. bank of america 141, cal.app. 3d. 108. 190, cal,rptr.122, 1st dist.1983 .

a loan which contemplates debtor repaying by monthly payments is an installment repayment loan within installment small loan and consumer act. see.. SDCL 54-6-22 , 54-6-40 smashed ice vs. lee, 200 n.w. 2d. 236,86, s.d. 658. cons, cred.3.1.

a cause of action against a credit card issuer may be based on a violation of state consumer credit protection laws or a state deceptive trade practices statute. see 20 am, jur, 2d. & 33 . credit cards..

In borrowers suit alleging state law usury claim against national bank case was removable to federal court because national bank act preempts state law usury claims against national banks and usury claim against national bank only arises under federal law. see.. Ben nat bank vs. anderson,(2003) 539, U S. 1 ,156,L.ed,2d.1,123,S . ct, 2058, 2003,cdos, 4550, 2003, daily journal dar,5793,16,flw, fed,S,325.

under 12 uscs & 85 national bank engaged in interstate business of credit card financing must adhere to interest ceiling applying to all lenders making loans in state to residents of state for similar types of credit .see... state ex rel, Turner vs. first of Omaha services corp, (1978) ,Iowa, 269,n.w, 2d. 409,

Hermeno Kelly Pro-se
P.O. Box 1451
Royal Oak, Mich 48068

ROYAL OAK MI
15 JUL 2006 PM

United States Federal District
Court - Clerk y Court office
844 N. King Street Lock Box 18
Wilmington, De. 19801-3570

Lisa Bollinger
Vice President

MBNA America Bank N.A.
400 Christiana Road
Newark, Delaware 19713

accts#4313020340001611
         4264290650001423

$7,000.00   credit limit approved as of 2000

Dear MBNA America® Customer,

We congratulate you on your decision to activate your valuable GoldPlus® benefits. With GoldPlus Credit Protection, you're helping to protect your good credit rating and purchasing power in the event the unexpected happens. GoldPlus will pay your minimum monthly payments if you become involuntarily unemployed or disabled. Payments will be made for up to 12 months* or until you return to work, whichever occurs first. And, GoldPlus will pay your entire insured outstanding balance, up to $15,000.00, in the event of death. That's important protection you can count on during uncertain times.

You will soon be receiving your Certificates of Insurance which will indicate your coverage effective date. Once they arrive, please review them carefully, then store them in a safe place along with your other important papers. Of course, if you're not 100% satisfied with the coverage GoldPlus provides, you may return your Certificates to us within 30 days of receipt for a full refund of any premiums charged during that time.

You have made a wise decision by activating your GoldPlus benefits. If you have any questions about this coverage, please call us toll-free at 1-800-421-2110.

We appreciate you as a Customer and look forward to continuing to serve you.

Sincerely,

Lisa A. Bollinger
Vice President

FILED
JUL 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

* Disability benefits may exceed 12 months in CA, HI, IN, MI, NJ, TN, TX, and WI.

MBNA America® and GoldPlus are federally registered service marks of MBNA America Bank, N.A.

ASGLAMB2