In The United States Federal District Court
For the district of Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA America bank
National Arbitration Forum
Wolpoff & Abramson
    defendants

civil action No.
# 06- 228 (jjf)

(15 USCA & 1635b )


FILED
JUL 24 2006
BO scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

----------------------------/ " Motion for injunction restrain order and
" Plaintiff 's Objection to defendants (national arbitration
Forum )' s arbitrating litigation proceedings. " FRCP 60b
----------------------------

1. Plaintiff Herman Kelly, pro, se moves this court to issue a injunction restrain order against all defendants to stop, cease harrassing plaintiff with letters demanding more money from him, to defendants stop adding, interest to a illegal void naf's awards, default judgment. Plaintiff paid all his 6 different loan credit amount in full on dec 31, 2003. there should be no interest added.

2. Doing these court settlement compromise proceeding defendants c/o miss harris of wolpoff abramson threaten plaintiff with letters, bills, demanding more money. N.A.F . has abused their authority and laws, that national arbitration forum did not and do not have any legal jurisdiction over plaintiff and subject of complaint. EX. A

3. National arbitration forum ( NAF) and two other defendants's actions were outside scope of their powers as quasi-arbitrator, the naf is not a validly appointed arbitrator by plaintiff, defendants failed to exercise honest judgment and awards, defendants made gross mistakes as would imply bad faith, defendants had some secret and fraudulent agreement in contrary to public policy and laws that was irregularity, arbitrator 's contingency fees gave them a direct financial interest in the cases, bank and arbitrator have a causal nexus and a business nexus where bank also loan money to arbitration by ways of credit cards, loan, N.A.F did not serve plaintiff with a copy of their summon, complaint, notice of hearing denying plaintiff his rights to jury trial access to court , equal protection of laws. EX. B

4. All 6 arbitration awards and two default judgment are void, illegal, cancelled, impeached, and have cause plaintiff harm & damages. MBNA agreed to no arbitration proceedings as to not forcing it.

dated; July 18, 2006

respectfully submitted

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214
313-894-8855

proof and certificate of service
----------------------------

Plaintiff certified a true correct copy of this motion was mailed to defendants by first class usa mail at 222 delaware ave, bayard firm wilmington, D e. 19801.

**MAIN OFFICE**
TWO IRVINGTON CENTRE
702 KING FARM BLVD., ROCKVILLE, MD 20850

**REGIONAL OFFICES**
10605 JUDICIAL DR., BLDG., A-5, FAIRFAX, VA 22030
1108 E. MAIN ST., STE. 1003, RICHMOND, VA 23219
5122 GREENWICH RD., VIRGINIA BEACH, VA 23462
919 N. MARKET ST., STE. 1300, WILMINGTON, DE 19899
1 VALLEY BANK BLDG., BOX 1226, CLARKSBURG, WV 26302
4660 TRINDLE ROAD, 3RD FLOOR, CAMP HILL, PA 17011
301 GRANT ST., STE. 4300, PITTSBURGH, PA 15219
28632 ROADSIDE DRIVE, STE. 265, AGOURA HILLS, CA 91301
39500 HIGH POINTE BLVD., STE. 250, NOVI, MI 48375
300 CANAL VIEW BLVD., ROCHESTER, NY 14623
5215 NORTH O'CONNOR BLVD., IRVING, TX 75039
180 GLASTONBURY BLVD., GLASTONBURY, CT 06033
210 INTERSTATE NORTH PKWY., ATLANTA, GA 30339
301 CARLSON PKWY., STE. 303, MINNETONKA, MN 55305
489 WHITNEY AVE., 2ND FLOOR, HOLYOKE, MA 01040
ONE CUMBERLAND PLAZA, 3RD FLOOR, WOONSOCKET, RI 02895
4643 S. ULSTER ST., STE 800, DENVER, CO 80237

LAW OFFICES
**WOLPOFF & ABRAMSON, L.L.P.**
*Attorneys in the Practice of Debt Collection*
(A National Collection Attorney Network Firm)
39500 HIGH POINTE BLVD.
SUITE 250
NOVI, MI 48375-2404
248-596-1876
OUTSIDE DETROIT METROPOLITAN AREA
(TOLL FREE)
1-866-241-2334
FACSIMILE (248) 855-0363

PLEASE DIRECT ALL INQUIRIES TO NOVI OFFICE

MAY 25, 2006

**NATIONAL COLLECTION ATTORNEY NETWORK AFFILIATED FIRM LOCATIONS (NOT REGIONAL OFFICES OF WOLPOFF & ABRAMSON, L.L.P.)** *

BIRMINGHAM, ALABAMA
ANCHORAGE, ALASKA
PHOENIX, ARIZONA
CABOT, ARKANSAS
FT. LAUDERDALE, FLORIDA
HONOLULU, HAWAII
BOISE, IDAHO
CHICAGO, ILLINOIS
MERRILLVILLE, INDIANA
KANSAS CITY, KANSAS
LEXINGTON, KENTUCKY
METAIRIE, LOUISIANA
ST. LOUIS, MISSOURI
GREAT FALLS, MONTANA
OMAHA, NEBRASKA
LAS VEGAS, NEVADA
MANCHESTER, NEW HAMPSHIRE
CEDAR KNOLLS, NEW JERSEY
RALEIGH, NORTH CAROLINA
FARGO, NORTH DAKOTA
CLEVELAND, OHIO
OKLAHOMA CITY, OKLAHOMA
EUGENE, OREGON
COLUMBIA, SOUTH CAROLINA
KNOXVILLE, TENNESSEE
SANDY, UTAH
MILWAUKEE, WISCONSIN
RAWLINS, WYOMING

* The National Collection Attorney Network is an affiliation of separate law firms

W&A Hours of Operation:
8 a.m. - 11 p.m. E.S.T. M-F

131277382
HERMAN KELLY

PO BOX 14157
DETROIT MI  48214-2157

W&A File No. 131277382

Re: MBNA AMERICA BANK, N.A./VISA
    HERMAN KELLY

Current Balance: $ 11602.97

Prior to taking additional Court action in the above matter, we request that you contact this office to arrange to pay the balance due.

If you prefer, you may indicate below what reasonable payments you wish to make and return the bottom portion of this letter in the self-addressed envelope.

Very truly yours,

WOLPOFF & ABRAMSON, L.L.P.

Enclosure

LAKESHA HARRIS
Legal Assistant

THE ABOVE NON-ATTORNEY EMPLOYEE OF WOLPOFF & ABRAMSON L.L.P. DIRECTED THAT THIS LETTER BE SENT TO YOUR ATTENTION.

---

Please detach and return in the enclosed envelope.

I propose to pay my account as follows:

$ _____ on _____ 20 ____ ,

and $ _____ each month thereafter.

Home telephone _____

Work telephone _____                                     Signature _____

☐ I have made an electronic payment through the Internet at www.wolpofflaw.com or the W&A Automated Payment Attendant at 1-800-395-4900.

131277382
W&A File No.

***This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.***

BASE13 (03/21/06)

If you have any questions, please call 1-866-618-4587, Monday through Friday from 8 a.m. to midnight, or Saturday and Sunday, 10 to 7 (Eastern time). If you prefer, you may write to P.O. Box 15646, Wilmington, DE 19850-5646.

Sincerely,

**Tom Hagen**

Credit Line Management

*Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed on this letter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have taken adverse action. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

### EQUAL CREDIT OPPORTUNITY NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.


Ex. B

collection & credit agencies  unfair &deceptice practices
menorandum   of   laws   as   to   damages.
**** .*********************************************************

A variety of criminal laws apply to collection agencies.The use
of the mails by collection agencies to send threatening matter
or matter in furtherance of a scheme or artifice to defraud is
a violation of federal law.  15A am, jur 2d.& 18  collection  credit.

an   injunction will  lie against a  collection agency   which
takes assignments in violation of a statutory prohibition .  -
against such  assignments as  well as against a corporate collection
agency engaged in  the unauthorized practice of law. 15a am jur 2d& 17.

the  fair debt collection practices act  permits consumers who have
been  subjected to abusive,deceptive , and  unfair debt collection
practices by third party debt collectors to sue  for damages and
 other   relief. see.. Alexander  vs. Omega   Management, Inc.
67  F. supp. 2d.  1052  (D. Minn. 1999).. Am, jur.2d.& &194.
consumer and borrower protecion act... 15A,am, jur, 2d. & 10 collection.
and  credit  agency.

Liability is assessed for emotional distress to the other person
or its physical  consequences caused by  the attempts  to collect
a  debt as when the conduct of the collector is extreme and
outrageous,wanton and shamefully and grossly  wrong unreasonable
and intentional or intentional and  malicious. see.. Forsyth
memorial hosp, Inc.  vs.  Contreras,  107 N .C.app.611,421,S.E.2 d.
167 (1992).  15A, am, jur. 2d. &14 collection and credit  agencies.
Shubert  vs. Reeves, 643, so. 2d.990 (ala.Civ.app.1994).
87  A L R,3d.786 &  4(b).

Some  courts enable a debtor to recover  under the tort of intentional
infliction of emotional distress when a creditor's collection efforts
directed solely at  the debtor consist  of telephone  calls,letters
or personal visits or a  combination of these methods.see...
Silver  vs. Mendel 894,F.  2d.598(3d, cir.1990).

A debtor is entitled to mental anguish damages from a creditor that
engages in improper debt collect ion  techniques when the creditor
conduct creates  a substantial disruption in the  debtor 's daily
routine. In  addition to liability based on intentional infliction
of  mental anguish,liability for harassment of a  debtor may be  based
on  the theory that such conduct constitutes  an  invasion of the
rights of privacy. see... 15A a m, jur. 2d. &  12 collection credit.

15 & 1635 (a), (b).  return of money or  property following
rescission.

When an obligor exercises his right to rescind under sub-section (a) 15 USCA & 1635 consumer credit of this section he is not liable for any finance or other charge, and any security interest given by the obligor including any such interest arising by operation of law, become void upon such a rescission. see.....15 USCA & 1635 (b).

As of this present date respondant has refused a fair accounting audit disclosure by itemized counting all money paid to them and their mergers/services other banks inconnection with each single loan credit account number, money from Mr. kelly for about 8 years. The bank has full knowledge of the matter.

The bank has breach their contract agreement, by now changeing the agreed interest rate that was set, fit on the date loan credit was first issued to kelly, The bank is charging different higher interest illegal against state federal's laws. The bank changed the agreement contract almost every two years with out given kelly any prior notice just to get more money from him.

The pre-1990 version of the uniform commercial code ucc provides that as against any person other than a subsequent holder in due course any alteration of an instrument by the holder which is both fraudulent and material discharges any party whose contract is thereby changed. see...11 am, jur, 2d. & 396 bills and notes UCC & 3-407(2)(a),1952.

The bank is still trying to make Mr. kelly pay them more money double or triple the loan credit amount balance paid. The credit limit is or was not the loan balance amount, the loan amount was less than the credit limit amount. Mr. Kelly do NOT owe the bank NO money or services.

Generally when money has been paid and received under a mutual mistake of fact, without fraud or misconduct on the part of the recipient, interest will not be allowed. see... 45 am, jur, 2d. & 67 interest Usury

Any creditor who fails to comply with the requirements of this section or section 1666a of this title forfeits any right to collect from the obligor the amount indicated by the obligor. see.. 15 USCA & 1666 (e).

A general provision of the UCC states that any right arising out of an alleged breach can be discharged in whole or in part without consideration by a written waiver or renunciation signed and delivered by the aggrieved party. see.. 11 am, jur.2d.& 394.UCC & 3-604 (a) 1990. UCC & 1-107.

In connection with collecting a debt arising out of an extension of credit to a consumer, it is an unfair practice for a creditor to levy or collect any delinquency charge on a payment which payment is otherwise a full payment for the applicable period and is paid on its due date or within a grace period. see....54 A, am, jur. 2d. & 1219 Monopolies...

