# THE BAYARD FIRM
## ATTORNEYS

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395
Writer's Direct Access

(302) 429-4242
astitzer@bayardfirm.com

July 31, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

    RE:    *Herman Kelly v. MBNA American Bank, National Arbitration Forum, Wolpoff & Abramson, L.L.P.*
            C.A. No. 06-cv-228 (JJF)

Dear Judge Farnan:

    We represent National Arbitration Forum ("NAF") in the above-referenced case. On July 24, 2006, we received a copy of plaintiff Herman Kelly's filing titled "Motion for injunction order and Plaintiff's Objection to defendants (national arbitration Forum)'s (sic) arbitrating litigation proceedings" [D.I. 26] (the "Motion").

    On July 18, 2006, Your Honor entered the Memorandum Order [D.I. 23] that, *inter alia*, granted NAF's Motion to Dismiss Complaint and dismissed the plaintiff's claims against NAF. Therefore, NAF's understanding is that it has no obligation to respond to the Motion unless the Court orders otherwise.

                                              Respectfully submitted,

                                              Ashley B. Stitzer (#3891)

ABS/lmc
#32156-1
cc:    Clerk of the Court
       All parties as shown on attached certificate

631415v1

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on July 31, 2006, copies of the foregoing document were sent by first class mail to the following:

Herman Kelly
Post Office Box 14157
Detroit, Michigan 48214

_____
Ashley B. Stitzer (No. 3891)

574867v1