In The United States Federal District
Court for the district of Wilmington Delaware

Case No.1-06-cv. 228( jjf )

Herman Kelly, pro, se.

    plaintiff

vs.

MBNA America bank, National
Arbitration Forum, Wolpoff, Abramson

    defendants
_____/

" Plaintiff's request & Motion For Default order/judgment
to be issue against defendant MBNA America bank.. on failure
to NOT answer complaint and notice of summon..FRCP 55 (a),(b).
FRCP 12. ( attached exhibits ).
_____

1. Defendant mbna america bank was served with a copy of
Herman Kelly, pro, se 's complaint and notice of summon on 5-15-2006,
#70023150000126944754 track. Defendant mbna bank signed for the
complaint, process c/o Mrs. Rebecca J. Colemen
management with authority to sign and get process, legal
documents representing the mbna bank. USPS certified mail receipt.

2. As of this present date defendant mbna bank has not filed
their answer in this honorable court's records and defendant
mbna have not sent plaintiff his copy of said defendant's
    answer or their appearance in court proceedings compromises.

    fed rule of civil proc. 55 (a),(b) default; when a
    party against whom a judgment for affirmative relief is
    sought has failed to plead or other wise defend as
    provided by these rules and that fact is made to appear
    by affidavit or other wise, the clerk shall enter
    the party default.

    Fed rule of civ, proc. 12 states; a defendant shall
    serve an answer within 20 days after the service of the
    summons and complaint upon that defendant .

3. Plaintiff Herman Kelly, pro, s e hereby request this court
or clerk of court to issue an default judgment order against
defendant mbna america bank who has full knowledge of these
court's proceedings of plaintiff 's notice of action. Plaintiff
seek $10,000 dollars for out of pocket, researching, mailing,
time work on case, typing, reinbursements from defendant and
court 's costs from defendant and any amount deem just fair.

  15 USCA & 1681 o( a)., under the fair credit report act any person
  who is negligent in failing to comply with any requirement imposed
  under the act with respect to a consumer is liable to him or
  her for the actual damages sustained thereby and in a successful
  action to enforce this liability, the costs of the action.
  see.. 15a, am, jur 2d. & 68, collection credit agencies,..15USCA &
  1691 e,(b). millstone vs. O'hanlon reports,528,f, 2d,829.8thcir.
  1976. Smith vs . lakeside food, inc, 449,f. supp.171 ND, ill1978.



P.1/



```
***** WELCOME TO *****
       LINWOOD STATION
   DETROIT, MI  48206-9998
       05/12/06  12:20PM
---------------------------------
Store    USPS       Trans    41
Wkstn    sys5002    Cashier  B6JTCO
Cashier's Name      Michelle
Stock Unit Id       SSAMICHELLE
PO Phone Number     313-895-2155
USPS #              2524950206

 1. First Class                4.88
    Destination:   19884
    Weight:        2.00 oz.
    Postage Type:  PVI
    Total Cost:    4.88
    Base Rate:     0.63
         SERVICES
    Certified Mail             2.40
       70023150000126944754
    Rtn Recpt (Green Card)     1.85
 2. 10c Am Clock PSA            0.50
    5 @   0.10
 3. 3c Star PSA                 0.60
    20 @   0.03

Subtotal                        5.98
Total                           5.98

Cash                           50.00
Change Due
    Cash                       44.02

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 26

         Thank You
     Please come again!
```

S.C.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MBNA America Bank, NA
   655 Papermill Rd
   Mail Stop 1411
   Wilmington, DE 19884-1411

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Rebecca J. Coleman  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [signature]  C. Date of Delivery: MAY 15 2006
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7002 3150 0001 2694 4754

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Herman Kelly
P.O. Box 14157
Detroit, Michigan
48214

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
Wilmington, DE 19884

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0206 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: B6JTCO |
| Total Postage & Fees | $ 4.88 | 05/12/06 |

Sent To: MBNA America Bank - Mailstop 1411
Street, Apt. No. or PO Box No.: 655 Paper Mill Road
City, State, ZIP+4: Wilmington, DE 19884-1411
PS Form 3800, June 2002

7002 3150 0001 2694 4754

EX-A

55181

## NOTE: USE BALLPOINT PEN AND PRESS DOWN FIRMLY: LAST 2 COPIES MUST BE LEGIBLE.

1. Use this form only for ordinary and certified mail. Use Form 3812, *Request for Payment of Domestic Postal Insurance*, to report loss or rifling of COD and domestic insured mail. Use Form 565, *Registered Mail Application for Indemnity/Inquiry*, to report loss or rifling of domestic registered mail.

2. Be sure all applicable items in Part II are completed.

3. Send Parts II-D and II-E immediately to the Regional Chief Inspector.

4. If complaint indicates rifling, obtain envelope or wrapper *(if possible)* and forward it with the Form 1510 to the Regional Chief Inspector.

5. If the complaint is made at stations or branches, send the remaining parts of the form to the main office, Claims and Inquiry Section.

6. Information outlining the processing of this form is contained in Section 254.2 of the Postal Operations Manual.

(Remove This Portion Before Mailing)

### Part I

Postal Customer:

The sender of the article decribed below has made an inquiry regarding delivery of the item. The article was not located at the mailing office. Therefore, we are contacting you to determine if the article has been delivered. Please indicate below if the article has been received. Return the form in the enclosed PREADDRESSED ENVELOPE WHICH REQUIRES NO POSTAGE. Your response will assist the Postal Service in providing improved service. **PLEASE RETURN BOTH PARTS I AND II-A.**

**THANK YOU**

| The Article Was: | Date of Reply | Signature of Addressee or Agent |
|---|---|---|
| ☐ Received *(Date if known)* ☐ Not Received   ☐ Refused | | |
| Remarks | | |

PS Form **1510**, April 1992

### Part II-A

Note: Use ballpoint pen and press down firmly; you are making five copies.

**U.S. Postal Service**
**Mail Loss/Rifling Report**

1. Complaint Date: Aug 17, 2006
2. Office Accepting Complaint (City and State): Wilmington, Delaware
3. Complaint: ☐ Loss ☒ Rifling

4. Article Was Mailed By
   a. Name: HERMAN KELLY
   b. Return Address As On Article Mailed: P.O. BOX 14157
   c. City: DETROIT   d. State: MICH   e. ZIP+4: 48214
   f. Day Telephone Number (Include Area Code): 313-894-8855

5. Article Was Addressed To
   a. Name: MBNA AMERICA BANK
   b. Address As On Article Mailed: 655 PAPER MILL Rd. mailstop 1411
   c. City: WILMINGTON   d. State: DE   e. ZIP+4: 19884-1411
   f. Day Telephone Number (Include Area Code): 1-800-441-7048

6. Article Was Mailed
   a. Date: Month MAY / Day 12 / Year 2006
   b. Time: 12:20 ☐ AM ☒ PM

7. Article Was Sent
   ☒ 1st-Class   ☐ Parcel Post
   ☐ Other (Specify)

8. Type of Mail
   ☒ Letter   ☐ Parcel
   ☒ Other (Specify) NOTICE SUMMON COMPLAINT

9. Special Services
   ☐ Special Handling   ☐ Special Delivery   ☒ Certified No. 7002 3150 0001 2694 4754   ☒ Return Receipt for Merchandise

10. Place of Mailing
    ☐ Main Post Office
    ☒ Station or Branch
    ☐ Contract Station
    ☐ Collection Box
    ☐ Residence or Business

    Name and/or Address of Location Checked: LINWOOD STATION
    City and State of Location Checked: DETROIT MICH
    ZIP+4 for Location Checked: 48206 9998

11. Contents of Article (Describe in detail, size, color, brand name, serial no., and amount, etc.): COMPLAINT SUMMON NOTICE BANK STATEMENT

12. Value: $70,000.00

FROM :                                                                   2004.03-10   11:23   #959 P.02/05



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930   February 19, 2004

Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Re:   4264 2906 5000 1423
      4800 1352 7400 0023
      5329 0581 1100 6921
      4313 0402 1201 4211
      4313 0277 0703 0919
      4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience. Please contact me directly at (800) 441-7048, extension 78069. I am available Monday through Friday from 8 a.m. until 5 p.m. (EST). Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

*H.K. paid #27,366.45 to MBNA*
*Accounts paid in full*
*[signature] Kelly*








Herman Kelly plaintiff's itemized list summary of 8 years 96 months installment payments transactions, deposit credits minimum payments for credit/loan account # 4264298421056519 MBNA america bank.

| year 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|
| Jan $ | Jan 29 $52.83 | Jan 26 $37.12 | Jan 28 $53.47 |
| Feb $ | Feb 26 $45.30 | Feb 26 $141.95 | Feb 25 $130.90 |
| Mar $ | Mar 27 $22.66 | Mar 27 $89.30 | Mar 26 $24.66 |
| Apr $ | Apr 28 $33.96 | Apr 28 $64.19 | Apr 28 $65.58 |
| May $ | May 28 $21.61 | May 28 $98.25 | May 26 $121.02 |
| June $ | June 26 $50.96 | June 26 $39.06 | June 28 $81.07 |
| July $ | July 29 $49.45 | July 29 $37.72 | July 29 $41.79 |
| Aug 27 $26.50 | Aug 27 $30.89 | Aug 27 $79.91 | Aug 26 $95.19 |
| Sept 27 $63.32 | Sept 26 $27.91 $69.73 | Sept 29 $67.59 | Sept 28 $88.10 |
| Oct 29 $25.59 | Oct 28 $37.43 | Oct 29 $70.93 | Oct 27 $101.81 |
| Nov 27 $32.18 | Nov 26 $47.76 | Nov 27 $47.41 | Nov 26 $70.41 |
| Dec 27 $36.18 | Dec 29 | Dec 29 $88.93 | Dec $ |
| $183.77 | $490.49 | $862.38 | $874.00 |

| 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|
| Jan 27 $70.81 | Jan 26 $249.42 | Jan 29 $331.55 | Jan 28 $263.06 |
| Feb 25 $47.00 | Feb 27 $252.48 | Feb 25 $229.11 | Feb 25 $185.43 |
| Mar 28 $71.32 | Mar 28 $149.30 | Mar 27 $231.29 | Mar 27 $190.51 |
| Apr 27 $66.44 | Apr 26 $148.36 | Apr 26 $207.89 | Apr 26 $296.91 |
| May 26 $53.32 | May 25 $186.33 | May 28 $264.52 | May $204.84 |
| June 27 $89.78 | June 27 $174.12 | June $229.18 | June 26 $312.26 |
| July 28 $95.37 | July 27 $182.73 | July 27 $221.22 | July 28 $237.14 |
| Aug 28 $289.44 | Aug 26 $173.47 $212.32 | Aug 28 $221.22 | Aug 27 $336.77 |
| Sept 28 $72.17 | Sept 27 $168.92 | Sept 26 $203.56 | Sept 28 $234.00 |
| Oct 27 $95.00 | Oct 27 $262.14 | Oct 28 $196.83 | Oct 28 |
| Nov 28 $485.43 | Nov 27 $300.22 | Nov 26 $193.64 | Nov 25 $280.72 |
| Dec 28 $158.97 | Dec 28 $300. | Dec 27 $300.00 | Dec 27 $229.91 |
| $1,595.09 | $2459.81 | $1,343.43 | $2771.59 |
|  |  | +$1,270.30 |  |
|  |  | $2613.73 |  |

page 2. plaintiff Herman Kelly's # 42642984210565519
                                    mbna america   bank

| 2004 | | | |
|---|---|---|---|
| JAN 28 $303.09 | | | |
| Feb 25 $235.54 | | | |
| MAR 27 $225.84 | | | |
| apr 27 $226.51 | | | |
| may 27 $ 45.31 | | | |
| June 26 $108.92 | | | |
| July 28 $ 67.87 | | | |
| Aug $ | | | |
| Sept $ | | | |
| Oct $ | | | |
| Nov $ | | | |
| Dec $ | | | |
| $1,293.08 | | | |

 **VISA**

Closing Date: 12/27/96

Customer Name: HERMAN KELLY

Account Number: 4340-5902-0018-0439

## Account Summary

Page 1 of 1

| | |
|---|---|
| Beginning balance | $1,043.09 |
| Payments and credits | -36.18 |
| Purchases and adjustments | 91.17 |
| Cash advances | 141.75 |
| **Finance charges** | 13.08 |
| Balance 12/27/96 | $1,252.91 |

Number of days in billing cycle: 30
Credit limit: $3,500.00
Available credit: $2,247.00

Payment due date.................................................................... January 21, 199?
**New minimum payment due**..................................................................$0.0(

## Transactions

| Transaction Date | Posting Date | Reference Number | Description | Amoun |
|---|---|---|---|---|
| 12/02 | 12/02 | 74340596337900201934003 | PAYMENT - THANK YOU | -15.3 |
| 12/09 | 12/10 | 14340596345501378837551 | CONVENIENCE CHK # 7003 CHARLOTTE NC | 79.9 |
| 12/10 | 12/11 | 14340596346501345281395 | CONVENIENCE CHK # 7002 CHARLOTTE NC | 61.8 |
| 12/12 | 12/12 | 74340596347915347003651 | PAYMENT - THANK YOU | -7.7 |
| 12/23 | 12/23 | 74340596358913009555270 | PAYMENT - THANK YOU | -13.0 |
| 12/24 | 12/26 | 24610446360041776072352 | FARMER JACKS #668 DETROIT MI | 75.2 |
| 12/26 | 12/27 | 24401406362008847000675 | SHOPPERS WORLD #181 DETROIT MI | 15.8 |
| 12/27 | 12/27 | 74340596362000362064001 | *FINANCE CHARGE (BASED ON PERIODIC RATE) | 13.0 |

## News From First Union

INCREASE YOUR CHANCE TO WIN AN ALL EXPENSE PAID TRIP FOR 2 TO SUPER BOWL XXXI. CALL 1-800-654-8298 TO REGISTER AND THEN EVERY PURCHASE YOU MAKE WITH YOUR FIRST UNION VISA CARD FROM DECEMBER 1 THROUGH DECEMBER 31 IS AN ADDITIONAL ENTRY INTO OUR SWEEPSTAKES! USE YOUR FIRST UNION VISA FOR ALL YOUR HOLIDAY SHOPPING!

## Rate Summary

| | Average daily balance | Periodic rate (may vary) | Corresponding annual percentage rate | Annual Percentage Rate |
|---|---|---|---|---|
| Purchases | $492.10 | 1.1792% | 14.15% | 14.15% |
| Cash advances | $587.77 | 1.1792% | 14.15% | 14.15% |
| Promotional | $42.42 | 0.8250% | 9.90% | 9.90% |

0000 000161

Please see reverse for important inform

**FIRST UNION®**

**VISA**

Closing Date: 11/28/00

| | |
|---|---|
| Customer Name: | HERMAN KELLY |
| Account Number: | New: 4090-2710-1384-3461   Current*: 4340-5902-0018-0439 |

## Account Summary

| | |
|---|---|
| Beginning balance | $7,168.69 |
| Payments and credits | 485.43 |
| Purchases and adjustments | 0.00 |
| Cash advances | 0.00 |
| **FINANCE CHARGES** | 117.71 |
| Balance 11/28/00 | $6,800.97 |

*FOLLOWING OUR RECENT SYSTEMS UPGRADE, YOUR STATEMENT WILL INDICATE THE NUMBER SHOWN ON YOUR CURRENT CARD AND A NEW NUMBER. BOTH ACCOUNT NUMBERS ARE VALID UNTIL YOUR CARD EXPIRES AND YOU RECEIVE YOUR NEW CARD.

Page 1 of 1

Number of days in billing cycle: 32
Credit limit: $9,500.00   Cash limit: $9,500.00
Available credit: $2,699.00   Available cash: $2,699.00

Payment due date: December 23, 2000
**NEW MINIMUM PAYMENT DUE**: $0.00

## Rate Summary

| | Average daily balance | Daily periodic rate | CORRESPONDING ANNUAL PERCENTAGE RATE | COMBINED ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| Purchases | $1,276.34 | .05300% | 19.40% | 19.40% |
| Cash Advances | $5,664.39 | .05300% | 19.40% | |

## Transactions

| Transaction Date | Posting Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 10/30 | 10/30 | 7438641N00E831AHQ | PAYMENT - THANK YOU | -25.00 |
| 11/06 | 11/06 | 7438641N70E89PAFA | PAYMENT - THANK YOU | -30.00 |
| 11/08 | 11/08 | #7444572NA7RH6AK54 | CIRCUIT CITY SS #3610 SOUTHFIELD CREDIT | -251.74 |
| 11/10 | 11/10 | 7438641NE0D1LS3VV | PAYMENT - THANK YOU | -68.69 |
| 11/16 | 11/16 | 7438641NH0E8K7X7M | PAYMENT - THANK YOU | -25.00 |
| 11/18 | 11/18 | 7438641NM0E8P22GM | PAYMENT - THANK YOU | -35.00 |
| 11/21 | 11/21 | 7438641NN0E8R0NXJ | PAYMENT - THANK YOU | -50.00 |
| 11/28 | 11/28 | | *FINANCE CHARGE* | 117.71 |

*[handwritten notes: "DEC 9, 2000", "117.71", "53.00", "64.71", "+ 53.00", "117.71", "DUE MINI"]*

0000 000464 (Rev 01)   Please see reverse for important inform

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4340 5902 0018 0439 | $9,500.00 | $1,003.38 | 32 | 05/28/02 | $191.00 | 06/25/02 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | MAY 2002 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|
| **PAYMENTS AND CREDITS** | | | | | | | | |
| 05/06 | | 0504 | VS | | PAYMENT - THANK YOU | | | 33.52 C |
| 05/14 | | 7157 | VS | | PAYMENT - THANK YOU | | | 91.00 C |
| 05/21 | | 1572 | VS | | PAYMENT - THANK YOU | | | 73.52 C |
| 05/23 | | 8410 | VS | | PAYMENT - THANK YOU | | | 66.48 C |
| | | | | | TOTAL FOR BILLING CYCLE FROM 04/27/2002 THROUGH 05/28/2002 | $0.00 | $264.52 C |

*[handwritten: 8639.00     78.57]*

**IMPORTANT NEWS**

ENJOY THE CONVENIENCE AND FLEXIBILITY THE ENCLOSED CHECKS OFFER--
OR CONTACT US AT WWW.IBSCASH.COM OR 1-888-515-3309.

FOR UP-TO-THE-MINUTE ACCOUNT INFORMATION, VISIT US AT
WWW.FIRSTUNIONCREDITCARD.COM.

EVEN THE BEST CREDIT RATING CAN BE THREATENED. CALL 1-800-301-7554
FOR INFORMATION ABOUT OPTIONAL CREDIT PROTECTION.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $8,573.52 | $264.52 | $0.00 | $0.00 | $187.62 | $0.00 | $8,496.62 |

**TOTAL MINIMUM PAYMENT DUE**
Past Due Amount ............... $0.00
Current Payment ............... $191.00
Total Minimum Payment Due ............... $191.00

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.068438% DLY | 24.98% | $0.00 |
| B. ATM, BANK | 0.068438% DLY | 24.98% | $7,096.19 |
| C. PURCHASES | 0.068438% DLY | 24.98% | $1,470.83 |

FOR THIS BILLING PERIOD:
**ANNUAL PERCENTAGE RATE** ............... 24.98%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-477-9
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: BANKCARD SERVICES, P.O. BOX 15019, WILMINGTON 19886-5019.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: BANKCARD SERVICES, P.O. BOX 15026, WILMINGTON 19850-5026.

3932   09R Y 4C2 1305 0000 00
4340 5902 0018 0439         PAGE 1 OF 1

**WACHOVIA**
www.wachoviacreditcard.com

| ACCOUNT NUMBER |
| --- |
| 4264 2984 2105 6519 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| --- | --- |
| 07/27/04 | $8,442.87 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| --- | --- |
| $528.77 | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

Make check payable to:
BANKCARD SERVICES
P.O. BOX 15137
WILMINGTON, DE 19886-5137

For account information call 1-800-477-9131
Print change of address or new telephone number below

Address
City   State   Zip
Home phone (   )   Work phone (   )

CARDHOLDER SINCE 1996

HERMAN KELLY
PO BOX 14157
DETROIT   MI   48214-015700

23   0084428700052877000426429842 1056519

B

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
| --- | --- | --- | --- | --- | --- | --- |
| 4264 2984 2105 6519 | $9,500.00 | | 30 | 06/26/04 | $528.77 | 07/27/04 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | Charges | Credits (CR) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | JUNE 2004 STATEMENT | | |
| PAYMENTS AND CREDITS | | | | | | | |
| 06/10 | | | VS | | PAYMENT - THANK YOU | | 23.92 C |
| 06/16 | | | VS | | PAYMENT - THANK YOU | | 35.00 C |
| 06/24 | | | VS | | PAYMENT - THANK YOU | | 50.00 C |
| PURCHASES AND ADJUSTMENTS | | | | | | | |
| 06/26 | 06/26 | | VS | C | LATE FEE FOR PAYMENT DUE 06/25 | 35.00 | |
| | | | | | TOTAL FOR BILLING CYCLE FROM 05/28/2004 THROUGH 06/26/2004 | $35.00 | $108.92 C |

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE

**IMPORTANT NEWS**

THIS IS A DUPLICATE STATEMENT. PAYMENT IS REQUIRED ONLY IF NO PAYMENT WAS MADE FOR THE MONTH INDICATED ABOVE. YOUR ORIGINAL STATEMENT MAY HAVE USED A DIFFERENT STATEMENT PAPER DESIGN.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
| --- | --- | --- | --- | --- | --- | --- |
| $8,323.92 | $108.92 | $0.00 | $35.00 | $192.87 | $0.00 | $8,442.87 |

**TOTAL MINIMUM PAYMENT DUE**

| Past Due Amount | $296.77 |
| --- | --- |
| Current Payment | $232.00 |
| Total Minimum Payment Due | $528.77 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
| --- | --- | --- | --- |
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.076658% DLY | 27.98% | $0.00 |
| B. ATM, BANK | 0.076658% DLY | 27.98% | $0.00 |
| C. PURCHASES | 0.076658% DLY | 27.98% | $89.34 |
| D. OTHER BALANCES | 0.076658% DLY | 27.98% | $8,297.40 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE .......... 27.98%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
- For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-477-9131
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: BANKCARD SERVICES, P.O. BOX 15137, WILMINGTON, D 19886-5137.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to:
  BANKCARD SERVICES, P.O. BOX 15026, WILMINGTON, D 19850-5026.

2073   001   830

4264 2984 2105 6519   PAGE 1 OF 1

11 USCS & 503 (a), (b). allowance of administrative expense. states; an entity may timely file a request for payment of an administrative expense, or may tardily file such request if permitted by the court for cause. After notice and a hearing there shall be allowed administrative expenses, other than claims allowed under section 502 (f). of this title.

4.  On date; Jan 5,2006 the attorneys named ...paul olivier,megan fink,rebecca kreisher, cherice tadday,kathy christian,shaun fathallah, barry gordon from collection agency wolpoff & Abramson,(settlement) ?

informed plaintiff and United States governments that defendant mbna america bank 's address is 655 paper mill road mail stop 1411 Wilmington, Delaware 19884-1411 c/O mbna . the attorneys aboved telephone numbers is # 1-248-855-6562 , # 1-866-241-2334.

                Plaintiff's            . CAUSE OF ACTIONS,against MBNA BANK.
-----------------------------------------------------------------------



5.   Defendant mbna bank changed plaintiff's credit card/loan account indentification ( I.D .# ) number many different times, mbna changed account number over 3 times for the same account bill& debt balance, without Herman Kelly plaintiff ' s permission or consent in writing. This changing plaintiff 's I.D. # credit card/loan number has cause lots of confusion, mistakes,this case civil action, miscommunications ,accounting audit errors,problems for plaintiff and between parties. Where plaintiff paid money to different banks names for those different credit loan account numbers.

6.   This is defendants mbna 's misconduct of extortion,wrongful billing, unfair accounting pratice , fraud, extortion discrimination and conspiracy toward plaintiff to get more money from plaintiff, BY DEFEndants mbna delaying and misleading accounting ways of defendant.

7.   First union bank, mbna america bank, bankcard services bank, and Wachovia bank are all the same mergered banks for the loan credit card number(new )#4264 2984 2105 6519 the other (old) loan credit card I.D. are#4090 27101384 3461 and # 4340 5902 0018 0439 .
these old numbers are for the same new account number # 4264 2984 2105 6519 . for Herman Kelly's loan issued date ;
                    Plaintiff paid in full within 8 years new account number as stated in complaint.

   courts have differed over the meaning of the term credit card itself. Thus some authority holds that the core element of a credit card is the account number, not the piece of plastic, so that fraudulent use of such number falls within the prohibition of 15 USCS & 1644. .. 20 a m, jur,2d & 16 credit cards.

   in a closed-end credit plan the debt and balance result from a single purchase and the amount of the total debt is known at the time of purchase. see.. peterson vs. gustafson,584,nW,2d, 660,minn, ct. app. 1998, .. 20 am, jur, 2d, &45 credit cards, 20 am, jur, 2d, & 44 credit card ( wrongful billing ) .



8. Plaintiff 's complaint and  cause of action & claims stated that the illegal cont ract agreement of defendant and their misconduct of mbna america bank in charging late fees, fines, cancellation of loan , credit money,defendant taking agreed loan  credit limit from plaintiff, making plaintiff pay double the loan credit amount back to the bank, change plaintiff 's interest ra te A P R  to a  higher interest rate, changing plaintiff 's  credit loan account numbers   for the same  personal loan credit account,defendant given out bad,incorrect, error information on plaintiff to the   general public ,government, and breach of contract by mbna, defendant's refused to refund to Mr. Kell is in violation of plaintiff 's  rights  of the united states constitutions on ;

> United states constitution law,article 8
> excessive  fines shall not be imposed,nor
> cruel and unusual punishments inflicted.

> US Const.   article 5 , nor shall any  person
> be subject for the same offense to be twice put
> in jeopardy of life or  limb,         of

9. Herman Kelly plaintiff was  never late with  his payments,that was postdated. mailed as agreed by  parties. Plaintiff mailed his minimum   installment weekly and monthly  payments to defendant mbna in delaware from detroit, michigan. Plaintiff however paid the late fee charges anyway. where the late payment was not intentional,and wa s paid  with the 30 days grace period.The day the payment was in the USA  post office mail box, that was  the day of  defendant mbna bank getting payment.There  is no ways of knowning when a payment get to defendant when  they  make  million of dollars from late fees charges to  consumer, customer that are located outside of defendant's  state area



> under the deposit payment or mailbox  rule a  payment is made when a  letter containing a  remittance,properly addressed and with psotage prepaid  is deposited  into the ma il where the custon of the  parties  authorizes  payment by mail  or when payment  by mail  has been  authorized. see... 60 am, jur, 2d. & 11 payment.   werne vs. brown , 955,p. 2d.1053 (colo,ct, app. 1998.

> evidence that the debtor has ma de  previous payments by mail and that those payments have been  credited  to the debtor's account  warrants  the conclusion  that  use of the mails has been  impliedly authorized and  thaa   a payment was. made  on the day it was placed in the mail  under such circumsta nces. see... united  securities  corp, vs. franklin, 180, a, 2d. 505,mun,ct.app.d  .c .1962.

> cox   vs. gulf, inc . co,   858,s. w.2d,615,tex.app. fort worth, 1993 .



P.3

10. Defendant mbna america bank's monthly bank receipt installment payment statements do not show the total summary up to date, the amount of money total paid and receieve, deposited to defendant mbna and defendant's other mergered banks for all 6 new credit loan account numbers stated herein and in complaint. Plaintiff's installment monthly payment covering 8 years was for a close credit end account plan.

11. This is defendant mbna's illegal accounting ways, and fraud to mislead with their bank statements, having plaintiff and the court, general public, government think plaintiff have not paid enough money on the interest and loan credit money balances payment in total full amount up to date. How much money has been paid to the banks is the question in the bank statement, which is error, extortion, wrongful billing, discrimination to treat plaintiff different from other rich consumers as plaintiff is not rich. Plaintiff has worked hard all his life and paid his money to defendant mbna bank.

12. Here is one bank statement receipt for each year for account #( new ) # 4264 2964 2105 6519
Plaintiff's bank statements each year end dec 31. The minimum due date was to be also postdated due date for installment payments.



   a conspiracy to do something     injurious to the reputation of the plaintiff may be the basis of a cause of action for damages. see... 16 am, jur, 2d, & 58 conspiracy

   it is actionable to conspire to employ unlawful duress to extort money. 16 am, jur, 2d. & 59 conspiracy.

   a loan which contemplates debtor repaying is an installment repayment loan within installment repayment small loan and consumer act. . SDcL 54-6-22,54-6-40. Smashed Ice. vs. Lee, 200 N.W. 2d. 236,86 s.d. 658,cons,cred 3.1 11 am, jur, 2d, & 108 bills & notes, ( installment payments ).

   title 1 of the bank secrecy act of 1970 ( 12 USCS & 1829b) 1730 d, and 1951-1959, and the implementing regulations promulgated thereunder by the secretary of the treasury which require financial institutions to maintain records of the customers identities to make microfilm copies of checks drawn on them in excess of $ 100.00 and to keep records certain other items, do not deprive bank of due process by imposing unreasonable burdens on them and by seeking to make the banks government agents in surveillance of its citizens. see... california bank asso. vs. Shultz, 416, US ,21,94,S . Ct.1494.39Led2d812.

P. 4

13.  Doing plaintiff 8 years business relationship as a consumer, customer with bank, mbna took away plaintiff's agreed contracted credit loan limit amount max. without plaintiff's written permission or consent and for no good reason. Plaintiff never used the full loan credit amount for each 6 new accounts stated in complaint. The statutory legal pay off term period was 15 years for a Statutory $10,000 dollars loan/credit amount, that plaintiff did not get or use. This is defendants mbna 's breach of contract agreement. Defendants mbna tryed to demand more money from plaintiff, which is fraud, extortion,

14.  Mbna defendant 's misconduct of breach of contract by not keeping the agreed, set, fit A P R for first year 1996 was 9.90 % that was binding on the date loan and credit card was first issued to plaintiff from mbna 's banks and defendant: mergeref partner banks stated herein and in complaint. The set fit legal interest rate for the first year of each 6 account was to stay the same for the term period of the pay off of balance, 15 years from loan credit issued date. Defendants mbna bank changed plaintiff's APR interest rate every 6 months to every years without plaintiff 's written permission or consent. Defendants conducts was just to gain more money profits from plaintiff.



15.  Mbna bank defendant charged plaintiff a illegal interest rates that was in violation of laws and breach of parties contract agreement. Defendant mbna charged plaintiff a high interest rate of 27.98 % APR which is illegal & error. Plaintiff's and mbna 's contract agreement stated that the A .P.R annual percentage rate would be the lowest rate. In D e c 27, /96 the rate was 9.90 % lowest & high was 14.15 %... All of plaintiff receipt bank statement for 8 year should be the same APR for the full term period until loan is paid in full. All of plaintiff 's installment payments are credit(cr)paid. All interest was supposed to stop cease when account was paidin full. Defendants mbna has violated the laws, by still demanding more money and interests from plaintiff which is illegal.

It is unfair practice for a creditor to levy or collect any delinquency charge on a payment, which payment is otherwise a full payment for the applicable period and is paid on its due date or within a grace period. see,, 54A am, jur. 2d.& 1219 monopolies. Unfair credit practices... Federal trade commission.16 CFR &441.4

as a consequence compound interest may in effect be recovered on a judgment whereby the aggregate amount of principal and interest is to a new principal amount. The consequence which follow the exaction of unlawful interest ny national banks are those provided in federal law namely forfeiture of the entire interest which has been agreed to be paid or if the interest has been paid liability for double the amount of the interest. see. 45 am jur.2d.&11 interest & usury

A national bank charges interest at a higher rate than allowed by the law of the state when it compounds interest a t a higher rate than permitted by its home state law, even though the compound interest rate is less than permitted by state law to be charged directly without compounding/ see. . 45 am, jurx, 2d. & 12 interest

16. Defendant mbna banks have discriminated against plaintiff because of his nation origin, his incomes and for exercising any rights under the united states constitution laws of equal credit opportunity act ( ECOA ).Plaintiff 's nation origin rights are violated by defendant by only letting people who live in bank mbna's city area location pay their bills, debts in person. When plaintiff has to mail his installment loan credit payments to mbna different banks from detroit over 10,000 miles to defendants 's locations.

17. Plaintiff is a USA born citizen, tax payer and plaintiff 's nation origin is detroit, michigan. Defendant mbna bank is delaware. Defendant can claim that plaintiff is late with payment when plaintiff is not late with his payments.Plaintiff paid all his 6 different credit loan account in full over or within 8 years period. Defendant mbna bank refused to do a full complete reconcilation accounting audit of all plaintiff payments to them for 8 years.

   Plaintiff is not rich, but is a consumer, customer.Defendant's discrimination based on origin ,help them make millions of dollars from people outside of defendant 's location to get money payments.

18. Defendant banks are not in detroit city. It takes about 10 days for plaintiff installment minimum payments by mail to reach defendant Bank mbna and it only take one hour for a person in mbna 's area to walk, or drive to defendant bank 's locations, as a normal procedures or ways of paying debts. Plaintiff worked very hard 8 years ago and payed all his money to defendants mbna and it's mergered other banks.Plaintiff made the same amount of money as the loan credit limits for the consolidation of each 6 different accounts about $ 60,000.00 dollars within 8 years since Jan 1,1995 .

19. Mbna america bank should be in detroit, michigan area. The credit card/ loan for same account was issued to plaintiff in detroit.Plaintiff can not get a proper legal accounting audit of all plaintiff's and mbna 's 8 years bank monthly statements for each 6 different account from defendant because defendant mbna will not send all request documentations, informations, receipt copies to plaintiff or to this court.Defendant mbna took plaintiff's agreed credit limit loan amount, without his permission. Defendant mbna discriminated against plaintiff Herman Kelly for being not rich , less incomes , or need help,public assistances from the united states government as to US comptroller of currency and this honorable United States federal district court for review of plaintiff 's constitutional claims and rights as a usa citizen seeking justice under laws 15 USCA & 1691(a) 1,2,3. activities constituting discrimination.

   15 USCA & 1691(a) equal credit opportunity act,,17 am,jur,2d. & 170 consumer protection( nation origin) .. states; it shall be unlawful for any creditor to discriminate against any applican with respect to any aspect of a credit transaction.on the basis of race,color religion,national origin.because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under this chapter.

P. 6

20.       Plaintiff 's questions presented to this federal district court & government of USA , is if mbna america 's agreement contract is illegal,  void, cancelled, contrary to public policy, agreement contract was not signed by parties ,contrary to laws of state US const, agreement is          executory,is not fair and equal agreement violated usury laws on high interest charging by defendant, agreement is in unreasonable restraint of trade & should be re-written.

As a general rule an agreement which violates a provision of the federal or a state constitution or of a constitutional statute or which cannot be performed without violating such a provision is illegal and void. see... Ewert vs. Bluejacket, 259, US 129, 66, L. ed, 858, 42 S. Ct. 442.... 17 A, am, jur, 2d. & 247 contracts..

as a general rule a agreements or contract against public policy are illegal and void .An agreement or contract made in violation of established public policy is not binding and will not be enforced. Thus freedom of contract is subject to the limitation that the agreement must not be       against public policy. Likewise the surrender of a fundamental right is not within the power of an individual if the public interest is prejudiced thereby... see   17 A. am, jur, 2d. & 257 contract cameron vs. International alliance of theatrical stage employees, 118, NJ, eq, 11, 176, A, 692, 97,     ALR  594...

21.       Defendant mbna refused to send plaintiff copies of his monthly receipts installment payments statement for each loan credit account on 6 different account with mbna. Defendant refused to send copies of same to this court in this case. MBNA did not tell the government ,plaintiff and this court how much money that mbna got from plaintiff as a total amount for all 6 account covering 8 years even with the other mergered     banks on same accounts numbers. Defendants 's conduct is in violation of laws and US const.

12 USCS & 3404 (c) banks... the customer has the right unless the government authority obtain       a court order as provided in section 1109,12, usc s & 3409 to obtain a copy of the record which the financial institution shall keep of all instances in which the customer 's records is disclosed to a government authority pussuant to the section. see...federal freedom of information act, 37 a, am, jur, 2d. & 1 .. freedom of information. acts. 5 uscs & 552. Edgar vs. Reich , 881,f. supp.83,( D. mass. 1995 ) .

state statutes applicable to credit sales or small      loans commonly contains provisions requiring the seller or lender to clearly disclose in the contract the amount of the loans or debt,together with all charges and allowances, and the balance that will actually have to be paid, so that the purchaser or borrower is clearly informed of the actual obligation he or she is undertaking. see 17 am, jur. 2d. 283 consumer... see.. Atlas credit of california, inc. vs. Hill, 15.wash,app.146,547,p. 2d.894,(div.1,1976).



    Therefor based on all the informations, facts plaint iff' s menorandum of law in support of complaintif and possible settlement comprm½ compromisr of this case action. Plaintiff prays to god and this honr honorable court to grant to motion or any relief just and fair.

Respectfully Submitted

Dated: Aug 17 2006

Herman   Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214

313-894-8855

*/s/ Herman Kelly*
Herman Kelly, plaintiff


**Proof         and         Certificate  of    Service**
------------------------------------------------

plaintiff certie certified that a true a correct copy of this motion was mailed all defendant at their address mbna bank 655 paper mill road mail stop 1411, Wilmington, Delaware 19884- 1411  wolpoff & abramson  2 irvington centre, Megan Fink 702 king farm blvd. rockville, M D . 20850-5775, and National arbitration forum           , Ashley Stitzer bayard firm, 222    delaware ave, 9th floor, Wilmington D elaware 19801 by first class usa mail.

*/s/ Herman Kelly*
Herman Kelly, pro, se

P-8

