In The United States Federal District Court
For the district of Wilmington, Delaware

Herman Kelly, pro, se           Case No.    1,06 cv 228jjf
        plaintiff

vs.

MBNA America, Bank,
National Arbitration Forum
Wolpoff & Abramson, llp
        defendants
----------------------------------/

    Plaintiff 's request and motion for settlement compromise
----------------------------------------------------------------

1.    In respect to this court 's    order dated( July 18, 2006  )
on subject of parties settlement compromise. Plaintiff hereby submit
his 2nd proposal offer of settlement with all defenda nts.
In pursuant to ; FRCP 12c, 28 USCS &1927,15USCA& 1692,18USCA &1962 .

2.    Herman Kelly, pro, se request $ 10,000.00 dollars for
reimbursement of expenses costs for representing case,typing,mail,
postages, copies,ect. Plaintiff also request court costs amount
to be paid to court on it's own terms conditions.Defendants will
pay to plaintiff and Mr, Kelly shall dismiss all claims,case and
any appeals against all defendant if parties agree to this motion.

3.    Defendants will correct, clear all records information filed
in this court and the other lower circuit court in Detroit,Michigan,
government agencys. Defendants aboved will acknowledge that all credit
loan accounts are paid infull as of this date. As to account
# 4264290650001423.. 4800135274000023..5329058111006921..
4313040212014211   .. 4313027707030919..4264298421056519.  (Ex.A)

that are with mbna america banks. Defendants will informed this
court and governments, also informed their own staff-co-workers of all
total money paid to mbna bank on all 6 account . So there would be no
misunderstanding in this   matter,Plaintiff is dealing with two
many different persons of defendants,that could cause misleading
problems in communications. Plaintiff do not owe mbna bank no money.

4.    Defendants will send plaintiff copies of all bank statements
receipts for each 6 accounts since 1996 over 9 years of paying mbna.
If needed plaintiff request a telephone conference call with parties
or personal meeting in person at one of defendants 's location in
Michigan wolpoff & Abramson 39500 high pointe blvd,suite 250, Novi,
Michigan 48375- 5508 or any near location that legal & safe.
To go over all bank receipt statement as a accounting audit review.
Soon as possible anytime monday thur friday 9;00 am to 5;00 pm.
Plaintiff shall have his summary of all payments to mbna on a list,
film video, tape.










FROM :                                                                    2004.03-10    11:23    #959 P.02/06



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930   February 19, 2004

Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Re:   4264 2906 5000 1423
      4800 1352 7400 0023
      5329 0581 1100 6921
      4313 0402 1201 4211
      4313 0277 0703 0919
      4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience. Please contact me directly at (800) 441-7048, extension 78069. I am available Monday through Friday from 8 a.m. until 5 p.m. (EST). Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

*H.K. paid $27,366.45 to MBNA*
*Accounts paid in full*
*[signature] Kelly*

Herman Kelly plaintiff's itemized list summary of 8 years 96 months installment payments transactions, deposit credits minimum payments for credit/loan account # 4264298421056519 MBNA america bank.

| year 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|
| Jan $ | Jan 29 $52.83 | Jan 29 $37.12 | Jan 28 $53.47 |
| Feb $ | Feb 26 $45.30 | Feb 26 $141.95 | Feb 25 $130.90 |
| Mar $ | Mar 27 $22.66 | Mar 27 $89.30 | Mar 26 $24.61 |
| Apr $ | Apr 28 $33.96 | Apr 28 $64.19 | Apr 28 $65.58 |
| May $ | May 29 $21.61 | May 28 $98.25 | May 26 $121.02 |
| June $ | June 26 $50.96 | June 26 $39.06 | June 28 $81.07 |
| July $ | July 29 $49.45 | July 29 $37.72 | July 29 $41.79 |
| Aug 27 $26.50 | Aug 27 $30.89 | Aug 27 $79.91 | Aug 26 $95.19 |
| Sept 27 $63.32 | Sept 26 $27.91 | Sept 29 $67.59 | Sept 28 $88.10 |
| Oct 29 $25.59 | Oct 28 $69.73 | Oct 29 $70.93 | Oct 27 $101.81 |
| Nov 27 $32.18 | Nov 26 $37.43 | Nov 27 $47.41 | Nov 26 $70.41 |
| Dec 27 $36.18 | Dec 29 $47.76 | Dec 29 $88.93 | Dec |
| $183.77 | $490.49 | $862.38 | $874.00 |

| 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|
| Jan 27 $70.81 | Jan 26 $249.42 | Jan 28 $331.55 | Jan 28 $263.06 |
| Feb 25 $47.00 | Feb 27 $252.48 | Feb 25 $229.11 | Feb 25 $185.43 |
| Mar 28 $71.32 | Mar 28 $149.30 | Mar 27 $231.29 | Mar 27 $190.51 |
| Apr 27 $66.44 | Apr 26 $148.36 | Apr 26 $207.89 | Apr 26 $296.91 |
| May 26 $53.32 | May 25 $186.33 | May 28 $264.52 | May |
| June 27 $89.78 | June 27 $174.12 | June $229.18 | June 26 $204.84 |
| July 28 $95.37 | July 27 $182.73 | July 27 $229.18 | July 28 $312.26 |
| Aug 28 $289.44 | Aug 26 $173.47 | Aug 28 $221.22 | Aug 27 $237.14 |
| Sept 28 $72.17 | Sept 27 $212.32 | Sept 26 $203.56 | Sept 28 $336.77 |
| Oct 27 $95.00 | Oct 27 $168.92 | Oct 28 $196.83 | Oct 28 $234.00 |
| Nov 28 $485.43 | Nov 27 $262.14 | Nov 26 $193.64 | Nov 25 $280.72 |
| Dec 28 $158.97 | Dec 28 $300.22 | Dec 27 $300.00 | Dec 27 $229.91 |
| $1,595.09 | $2459.81 | $1,343.43 +1,270.30 $2,613.73 | $2771.59 |

page 2. plaintiff Herman Kelly's # 4264298421056519
mbna america bank

2004
JAN 28 $303.09
Feb 25 $235.54
MAR 27 $225.84
apr 27 $226.51
may 27 $ 45.31
June 26 $108.92
July 28 $ 67.87
Aug $
Sept $
Oct $
Nov $
Dec $
$1,293.08

" Settlement, Release, Contract, Menorandum Of Laws "
------------------------------------------------------------

compromise and settlements are contracts governed by contractual legal principles, there fore they must possess all applicable requisites. An oral agreement may be binding on the parties where neither party denies having entered the agreement, even though there is a misunderstanding as to the agreements's effect. see.... zelenka vs. wayne county corp. counsel, 143, mich, app, 567, 372, nw 2 d, 356, 1985... Mastaw vs. Naiukow, 105, Mich, app. 25, 306, nw, 2d, 378, 1981.... Rossi vs. Transamerica Car, Leasing Co, 138, Mich, app. 807, 360, nw, 2d, 307, 1984.

A civil case may be settled at any time, even after an opinion is rendered by the supreme court, with the consent of all the parties. ... see... township of royal oak, vs. City, of pleasant ridge, 307, Mich, 714, 12, nw, 2d. 393, 1943....

it is axiomatic that settlements of disputed matters and compromise of unsettled claims are favored by the law over litigation and will only be voided on satisfactory evidence of mistake, fraud, duress or unconscionable advantage.. see.... Pedder vs. Kalish, 26, Mich app, 655, 182, NW 2d, 739, 1970... Clinton St. Greater Bethlehem Church vs. Detroit, 484, f, 2 d. 185, 1973....

The parties may validly assent to the settlements of a part of a controversy, provided the requisties for a complete settlement are present. see... Fisher vs. Burroughs adding Mach, Co, 157, Mich, 126 121 nw, 756, 1909....

However an alleged compromise and settlement may be contested where one of the parties acted unfairly or oppressively or asserted claims while knowing them to be wrongful for the purpose of obtaining the terms.

37 Am. jur 2d, & 32 Fraud and Deceit;.... it is aid to be a long standing principle of law that where a right of action exists and the defendant or someone for him by fraudulent representations induces the plaintiff to make a settlement or release of his cause for an inadequate sum, the plaintiff may either avoid the settlement or release and sue on his original right of action or he may sue in fraud and deceit and recover such amount as will make the settlement an honest one... automobile underwriters vs. Rich, 22 2 ind, 384, 53, ne, 2d. 775..

P-2

Plaintiff's conclusion and         certificate of service
-----------------------------------------------------------

5.   This motion shall be    part of plaintiff's request & motion to vacate, parts judgment order against defendants National Arbitration forum and Wolpoff & Abramson. This motion of compromise settlement is in support of Plaintiff's motion to vacate order dated july 18, 2006 against herein said two defendants. As of this date defendant mbna america has been served with complaint and notice of summon and mbna has not filed their answer to complaint.

6.   Plaintiff's complaint stated a cause of action against both defendants, based on the terms all defendants who are parties in case. Herman Kelly is a customer, and consumer and defendants are attorneys, and collection companies an in the collection business and are furishners of information to the government.

   28 USC S & 1927 imposes personal liability for excess costs, expenses and attorney fees upon any attorney whose conduct unreasonbly and vexatiously multiplies the proceedings in any case. see.... Calloway vs. Marvel entertainment group, 1986, sd, ny, 650, f.supp, 684, 6 fr, serv, 3d, 630.

7.   Therefor plaintiff prays to god and this honorable court to grant this motion and request or any relief deem just and fair, in respect to all apply laws and US constitution - equal protectio laws. Plaintiff object to court's order dated july 18, 2006 against national arbitration forum and Wolpoff & Abramson.

dated;
Aug 19, 2006

respectfully submitted

Herman Kelly, pro, se
p. o. box 14157
Detroit, Michigan 48214
313 -894-8855


Proof and certificate of service
--------------------------------

Plaintiff Herman Kelly, pro, se hereby certify that true correct copy of this motion for settlement, request to vacate order/judgment. Was mailed to all defendants on this date by first class USA prepaid mail to ; Neal Levitsky wolpoff & abramson 919 N. market st, ste.1300 p.o. box 2323  Wilmington, Delaware 19899-2323, Ashley Stitzer, bayard firm, 222 delaware ave, 9th floor, Wilmington, DE. 19801 M BNA america bank 655 paper mill road, mail stop 1411, Wilmington, D E 19884-1411

Herman Kelly, plaintiff

Herman L Kelly, pro, s e.

P.3



Herman Kelly Pro se
P.O. Box 14951
Detroit Michigan 48214

Clerk of the Court Office
United States Federal
Court - Civil Division
844 N. King Street
Lockbox 18
Wilmington, Delaware