# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4242
astitzer@bayardfirm.com

August 24, 2006

**Via Electronic Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

RE: *Herman Kelly v. MBNA American Bank, National Arbitration Forum, Wolpoff & Abramson, L.L.P.*
C.A. No. 06-cv-228 (JJF)

Dear Judge Farnan:

We represent National Arbitration Forum ("NAF") in the above-referenced case. On August 23, 2006, we received a copy of the Plaintiff's request and motion for settlement compromise [D.I. 29] (the "Motion").

On July 18, 2006, Your Honor entered the Memorandum Order [D.I. 23] that, *inter alia*, granted NAF's Motion to Dismiss Complaint and dismissed the plaintiff's claims against NAF. Therefore, NAF's understanding is that it has no obligation to respond to the Motion or any future filing of the plaintiff unless the Court orders otherwise.

Respectfully submitted,

Ashley B. Stitzer (#3891)

ABS/lm
#32156
cc: Clerk of the Court
    All parties as shown on attached certificate

631415v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 24, 2006, copies of the foregoing document were sent by first class mail to the following:

Herman Kelly
Post Office Box 14157
Detroit, Michigan 48214

/s/ Ashley B. Stitzer
Ashley B. Stitzer (No. 3891)

633981v1