In The United States Federal District Court
For the district of Wilmington, Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA america bank,
National Arbitration Forum,
Wolpoff & Abramson, llp
    defendants
_____/

Case No. 1- 06 cv 228(jjf)



" Plaintiff's motion to Vacate court's judgment/order dated July 18, 2006 against defendants National Arbitration Forum & Wolpoff & Abramson " ( attached exhibits) FRCP 59 a,e .

---

1.    Plaintiff Herman Kelly, pro, se respectfully moves this honorable court to vacate its judgment order dated july 18, 2006 against these two said defendants herein National arbitration forum ( NAF ) and Wolpoff & Abramson ( W & A ) in pursuant to federal rules of civil procedures 59 a, e and all apply laws of the USA constitutions, plaintiff 's cause of action stated and shown herein.

2.    This court have overlooked some true facts and plaintiff's menorandum of laws in support of complaint, motion to strike defendants's answer to complaint .Where the charges and civil claims against both defendants were damages for refusing to settle, harassment, intent to extort money from plaintiff, fraud, discrimination, accounting audit, false prosecution, embezzlement, conspiracy, as stated in complaint.

3.  .  On Jan 17, 2006 Feb 23, 2006 and March 15, 2006 defendant national arbitration & defendant wolpoff & abramson c/o kathy christian one of W & A 's emmployees /staff/attorney/member informed the USA governments and plaintiff that both defendants wolpoff & abramson are collection companies organization who's business practice is collection of money and given out information to the general public, government, ect

> an attorney who fraudulently conspires with arbitrators to bring about an unjust award in favor of his client is liable to the party injured, judgment on the award having been paid in good faith. see.. Hoosac tunnel dock & elevator co, vs. O ' brien, 137, Mass. 424

> if an attorney is actuated by malicious motives or shares the illegal motives of his client, he may be personally liable with the client for damages suffered by a third person as a result of the attorney's actions. see..7 am, jur, 2d. & 233 attorney at law.

The fair debt collection practices act permit consumers who have been subjected to abusive, deceptive and unfair debt collection practices by third party debt collectors t o sue for damages and other relief. see..15 USCA & 1692, alexander vs. Omega management , Inc.67,f.supp,2d.1052, D . Minn,1999. shubert vs. Reeves 643,so,2d.990,ala.civ,app1994.

4.   Plaintiff has twice requested to settle compromise this case subject matter with both named defendants NAF & W & A. defendants has not answered plaintiff's request for settle as of this date. A motion for settlement compromise has been submitted to this court and mailed to all three defendants for their consideration. Defendants's illegal conducts against plaintiff started these court proceedings, that are to be reviewed by the United States Supreme court if needed. Plaintiff do not owe any defendants money.

   28 USCS & 1927; the district court in the following case reaffirmed its sanction against a law firm for apparently violating a general duty to engage in settlement negotiations by acting in bad faith in refusing to accept a settlement offer. see.. Calloway vs. Marvel entertainment group, 1986, sd, ny, 650.f. supp, 684, 6, fr, serv, 3 d, 630.

5.   Plaintiff's complaint and motion to strike with evidences stated that on or about Jan 1, 2006 both defendants were members of some organization& corrupt enterprise(RICO) who's conspiracy together with false fraud intentions to steal money from plaintiff in some arbitrations litigation proceeding prosecutions, without any real legal proof or evidences. Where Wolpoff & Abramson paid money to national arbitration forum to lie, cheat, be unfair, where both defendants had a conflict of interest against plaintiff. W & A filed 6 complaint prosecutionsagainst plaintiff on the same claims in NAF's court. NAF and W & A never served notice of thier illegal complaint on plaintiff. This is conspiracy against plaintiff, and was double jeopardy in violation of the US constitution laws.

   USA constitution law article 5, nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb. nor be deprived of life liberty or property without due process of law, nor shall private property be taken for public use without just compensation.

   state statutes which prohibit abusive or coercive debt collection practices generally prohibit collection agencies from making coercive threats to debtors. Not only collection agencies. but persons generally, normally are subject to liability under these statutes. see... 15a, a m. jur, 2d. & 14 collection, Cook vs. Blazer financial services, Inc, 332, so, 2d.677, fla, dist, ct.app. 1st. dist, 1976.

   liability is limited to actual damages proved and may include damages for an arrest or prosecution of the customer or other consequential damages .see.. 11 a m, jur, 2d. & 949. banks.

     it is actionable to conspire to employ unlawful duress to extort money, or to force a person to do what he is not obliged to do. .... A conspiracy to do something injurious to the reputation of the plaintiff may be the basis of a cause of action for damages. see. 16 am, jur, 2d, & 59 conspiracy and 16 am, jur, 2d, & 58 conspiracy.



6.  NAF and W & A are prohibited from using coercive debts collection practices against plaintiff, now and in the future years. NAF is a third party defendant by malicious intentional trying to force plaintiff to pay NAF national arbitration forum money for their arbitration court fees on their 6 different NAF's and W & A cases #FA0507000516373..FA0509000556840..0504000464237..FA0502000432125..0503000439604..0504000463537 ..

that are on the same claims, and those claims are false, error, wrong. NAF and W & A has violated the laws of the fair debt collection act, 15 USCA & 1692 . Those were false prosecution cases of NAF/W & A.

In establishing a RICO violation an alternative to showing a pattern of racketeering activity is to show the collection of an unlawful debt. see..18 USCA & 1962 ..18 USCA & 1961(6). 31a, am, jur, 2d, & 125 extortion

> double jeopardy clause protects against subsequent prosecution for the same offense after either acquittal or conviction and protects against multiple punishments for the same offense. see.. Miranda vs. Cooper, ca, 10, colo, 1992, 967, f, 2d.392...USCA, const, & 5th amend.



7.  This court stated in it's order dated july 18, 2006 that defendants 's letters that were demanding money from plaintiff was a settlement letter. ON August 4, 2006 defendant wolpoff & abramson c/o Novi, Mich office one employee of W & A sent some more threating coarse vindictive fraud letters demanding more illegal debt money from plaintiff. Herman Kelly is in fear for his life from both NAF and W & A of their illegal conducts which is causing plaintiff more damages and harm. (EX-A)

8.  Both defendants NAF & W, A debt collection letters are misleading and inaccurate, fraud and are confusing. National arbitration forum is not immunity in doing what is right, correct fair and just, or legal.

> definition; A collection agency may be defined generally as a person or firm engaged in the business of collecting or receiving for payment all kinds of claims on behalf of others. see... 15 a, am jur, 2d. & 1 collections

> the sending of false credit statements by the mail is a violation of and constitutes a criminal offense under federal law. am, jur, 2d, post office & 151..15a, am, jur, 2d &12, collect

> some courts enable a debtor to recover under the tort of intentional infliction of emotional distress when a creditor's collection efforts, directed solelt at the debtor consist of telephone calls, letters, or personal visits, or a combination of these methods. see.. Silver vs. Mendel, 894, f, 2d, 598, 3d, cir. 1990.

> but a collection agency will become liable to a debtor where it wilfully and intentionally and for the purpose of producing mental pain and anguish, sends him coarse & vindictive letters in an attempt to collect a debt. see..barnett vs. collection service co, 214, Iowa, 1303, 242, nw, 25.

P-3

9.   This illegal conducts of harassment is still going on when plaintiff and MBNA america bankwas in settlement compromise proceddings with the USA comptroller of currency. National arbit ration forum told W & A to try seeking some more money from plaintiff by seeking some more default judgments against plaintiff on the same 6 claims that were illegal.Wolpoff & abramson were pretening, that NAF 's arbitration litigation proceedings were fair and legal when they were not.

10.   National arbitration forum had no legal jurisdiction over plaintiff or authority over plaintiff.NAF mispresented plaintiff who was not a member of their organization.Wolpoff & Abramson is a member of national arbitration forum and wolpoff & abramson paid money to NAF and they both have contract agreement together.NAF and W & A discriminated against plaintiff because he was not a member of their organization.This was conflict of interest of both defendants. Both defendants tryed to extort over $50,000 dollars from plaintiff.



11.   National arbitration forum and wolpoff & abramson never served plaintiff with a copy of the 6 NAF's complaint & notice. Both defendants sent their 6 complaint to the wrong mailing address of plaintiff on purpose as to delay in plaintiff seeking help on them.

12.   National arbitration forum and wolpoff & abramson are lawyers, collection companies persons, who do business in the practices of collecting money.Both defendants are also accountist and companies who give information to other persons, government about the general public credits.Both defendants are trying to hurt plaintiff credit history and credit future.

        Nongovernmental assignees of loans from federal agencies that are independent contractor are not entitled to the government 's immunity. see...17 am, jur, 2d, & 166 consumer protection. .. In re Gillespie, 110,b, r,742,113, alr, fed,705,bankr, ed,Pa,1990.

        Although arbitrators 's immunity prohibits civil suits against arbitrators, it does not insulate arbitrators from criminal liability for fraud or corruption. see...L & H airco, inc, vs.rapistan corp,minn,446,nw, 2d, 372 . Baar vs . Tigerman , 2nd, dist,140,cal,app, 3d, 979,211, cal,rptr, 426,41,alr,4th, 1004 .

P. 4

13.    W & A   wolpoff & abramson also filed  two civil action false complaint  against   plaintiff in 36th judicial district court state of michigan. mbna vs.kelly      cases# 05137016GC and 05140139GC, both cases were without jurisdiction and illegal false prosecution and extortion  conducts of both defendants. W & A   never served plaintiff with a copy of those two complaint again, defendants sent them to the wrong plaintiff's  mailing address. As of this date plaintiff have not gotten a copy of those 8  complaint from both defendants. Herman Kelly  do not owe NAF and W & A  any money.

> a default  judgment  entered  when there  has been  no proper service  of a complaint is  a  fortiori ,void, and should  be set  aside. see.. gold  kist, inc. vs. Laurinburg  oil  Co, Inc, c,a,3 ( pa, ) 1985, 756,F, 2d,14

> where a defendant was  improperly served  with summon and  did not  enter a n  appearance  prior  to time when default  judgment  was void  and defendant was entitled  to have it  set aside . see.. Thorne  vs.Com, of  Pa. d .c. pa, 1977 ,77, f.r.d.  396.

14.   Plaintiff filed a motion for discovery in this case and NAF and W  & A  refused  to answer the full request     discovery production of things documents,evidences   in this case or to support their illegal 8  claims,complaints against plaintiff. Both defendants have and should have in their possession and control the request information that is correct,legal.Defendants are withholding information,records from this  court and from plaintiff.

15.    This case in this  court was on account audit,wrongful billings. Both defendants refused to tell this court and government how much money  did plaintiff paid mbna bank in full total  over  9 years term for  6 credit card loans # 4264290650001423..4800135274000023.. 5329058111006921.. ..4313040212014211..4313027707030919.. 4264298421056519.

16.    Plaintiff has spent lots of time and money trying to represent this case and         answer those 8 complaint of defendants which were illegal. Plaintiff  request $ 10,000 dollars for expenses, court costs,  and appeal court costs,reinbursement of expenses,for research,typing,mailing, copies, ect from both defendants. Plaintiff re quest both  defendants to clear the records, files, and all illegal  claims, complaints filed against plaintiff to be corrected, removed from their files, government records must be correct to show no wrong by plaintiff.

> 12 USCS & 3404 (c), the  customer  has  the right  to obtain a copy  of t he records  which the  financial institution shall  keep  of all instances  in which  the customer 's records  is  disclosed . see.. federal freedom of  information act .  37 a, am, jur, 2d. & 1 freedom of information acts.. see.  5 USCS     & 552 .

P. 5

**MAIN OFFICE**
TWO IRVINGTON CENTRE
702 KING FARM BLVD., ROCKVILLE, MD 20850

**REGIONAL OFFICES**
10605 JUDICIAL DR., BLDG., A-5, FAIRFAX, VA 22030
1108 E. MAIN ST., STE. 1003, RICHMOND, VA 23219
5122 GREENWICH RD., VIRGINIA BEACH, VA 23462
919 N. MARKET ST., STE. 1300, WILMINGTON, DE 19899
1 VALLEY BANK BLDG., BOX 1226, CLARKSBURG, WV 26302
4660 TRINDLE ROAD, 3RD FLOOR, CAMP HILL, PA 17011
301 GRANT ST., STE. 4300, PITTSBURGH, PA 15219
28632 ROADSIDE DRIVE, STE. 265, AGOURA HILLS, CA 91301
39500 HIGH POINTE BLVD., STE. 250, NOVI, MI 48375
300 CANAL VIEW BLVD., ROCHESTER, NY 14623
5215 NORTH O'CONNOR BLVD., IRVING, TX 75039
180 GLASTONBURY BLVD., GLASTONBURY, CT 06033
1201 PEACHTREE ST., STE. 1717, ATLANTA, GA 30361
301 CARLSON PKWY., STE. 303, MINNETONKA, MN 55305
489 WHITNEY AVE., 2ND FLOOR, HOLYOKE, MA 01040
ONE CUMBERLAND PLAZA, 3RD FLOOR, WOONSOCKET, RI 02895
4643 S. ULSTER ST., STE 800, DENVER, CO 80237

**LAW OFFICES**
**WOLPOFF & ABRAMSON, L.L.P.**
*Attorneys in the Practice of Debt Collection*
(A National Collection Attorney Network Firm)
39500 HIGH POINTE BLVD.
SUITE 250
NOVI, MI 48375-2404
248-596-1876
OUTSIDE DETROIT METROPOLITAN AREA
(TOLL FREE)
1-866-241-2334
FACSIMILE (248) 855-0363

PLEASE DIRECT ALL INQUIRIES TO NOVI OFFICE

AUGUST 04, 2006

**NATIONAL COLLECTION ATTORNEY NETWORK**
**AFFILIATED FIRM LOCATIONS [NOT REGIONAL OFFICES OF WOLPOFF & ABRAMSON, L.L.P.] ***

BIRMINGHAM, ALABAMA
ANCHORAGE, ALASKA
PHOENIX, ARIZONA
CABOT, ARKANSAS
FT. LAUDERDALE, FLORIDA
HONOLULU, HAWAII
BOISE, IDAHO
CHICAGO, ILLINOIS
MERRILLVILLE, INDIANA
KANSAS CITY, KANSAS
LEXINGTON, KENTUCKY
METAIRIE, LOUISIANA
ST. LOUIS, MISSOURI
GREAT FALLS, MONTANA
OMAHA, NEBRASKA
LAS VEGAS, NEVADA
MANCHESTER, NEW HAMPSHIRE
CEDAR KNOLLS, NEW JERSEY

RALEIGH, NORTH CAROLINA
FARGO, NORTH DAKOTA
CLEVELAND, OHIO
OKLAHOMA CITY, OKLAHOMA
EUGENE, OREGON
COLUMBIA, SOUTH CAROLINA
KNOXVILLE, TENNESSEE
SANDY, UTAH
MILWAUKEE, WISCONSIN
RAWLINS, WYOMING

* The National Collection Attorney Network is an affiliation of separate law firms

W&A Hours of Operation:
8 a.m. - 11 p.m. E.S.T. M-F

131276966
HERMAN KELLY

PO BOX 14157
DETROIT MI 48214-2157

W&A File No. 131276966

Re: MBNA AMERICA BANK, N.A./VISA
HERMAN KELLY

Current Balance: $ 5422.36

As you are aware a judgment was entered against you in the above matter.

Court rules allow us to subpoena you to court to question you about your assets.

As a courtesy to you, we will allow you to voluntarily answer and return the questions ON THE REVERSE SIDE.

You will note that in the questions on the reverse side you have an opportunity to make reasonable arrangements to pay this debt. When making payments, please make sure your checks or money orders are payable to the creditor but sent to our office. MAKE SURE YOU PUT THE W&A FILE NUMBER LISTED ABOVE ON EACH PAYMENT. A self-addressed envelope is enclosed for your convenience.

Very truly yours,

WOLPOFF & ABRAMSON, L.L.P.

Enclosure

This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.

PLORLN/*MPL


Ex. A

*** SEE REVERSE SIDE ***

ORAL1 (06/06/06)

Herman Kelly plaintiff's itemized list summary of 8 years 96 months installment payments transactions, deposit credits minimum payments for credit/loan account # 4264298421056519 MBNA america bank.

| year 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|
| Jan $ | Jan 29 $52.83 | Jan 26 $37.12 | Jan 28 $53.47 |
| Feb $ | Feb 26 $45.30 | Feb 26 $141.95 | Feb 25 $130.90 |
| Mar $ | Mar 27 $22.66 | Mar 27 $89.30 | Mar 26 $24.66 |
| Apr $ | Apr 28 $33.96 | Apr 28 $64.19 | Apr 28 $65.58 |
| May $ | May 28 $21.61 | May 28 $98.25 | May 26 $121.02 |
| June $ | June 26 $50.96 | June 26 $39.06 | June 28 $81.07 |
| July $ | July 29 $49.45 | July 29 $37.72 | July 29 $41.79 |
| Aug 27 $26.50 | Aug 27 $30.89 | Aug 27 $79.91 | Aug 26 $95.19 |
| Sept 27 $63.32 | Sept 26 $27.91 | Sept 29 $67.59 | Sept 28 $88.10 |
| Oct 29 $25.59 | Oct 28 $69.73 | Oct 29 $70.93 | Oct 27 $101.81 |
| Nov 27 $32.18 | Nov 26 $37.43 | Nov 27 $47.41 | Nov 26 $70.41 |
| Dec 27 $36.18 | Dec 29 $47.76 | Dec 29 $88.93 | Dec $ |
| $183.77 | $490.49 | $862.38 | $874.00 |

| 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|
| Jan 27 $70.81 | Jan 26 $249.42 | Jan 28 $331.55 | Jan 28 $263.06 |
| Feb 25 $47.00 | Feb 27 $252.40 | Feb 25 $229.11 | Feb 25 $185.43 |
| Mar 28 $71.32 | Mar 28 $149.30 | Mar 27 $231.29 | Mar 27 $190.51 |
| Apr 27 $66.44 | Apr 26 $148.36 | Apr 26 $207.89 | Apr 26 $296.91 |
| May 26 $53.32 | May 25 $186.33 | May 28 $264.52 | May 26 $204.84 |
| June 27 $89.78 | June 27 $174.12 | June $229.18 | June 26 $312.26 |
| July 28 $95.37 | July 27 $182.73 | July 27 $229.18 | July 28 $237.14 |
| Aug 28 $289.44 | Aug 24 $173.47 | Aug 28 $221.22 | Aug 27 $336.77 |
| Sept 28 $72.17 | Sept 27 $212.32 | Sept 26 $202.56 | Sept 28 $234.00 |
| Oct 27 $95.00 | Oct 27 $168.92 | Oct 28 $196.83 | Oct 28 $280.72 |
| Nov 28 $485.43 | Nov 27 $262.14 | Nov 26 $193.64 | Nov 25 $229.91 |
| Dec 28 $58.97 | Dec 28 $300.22 | Dec 27 $300.00 | Dec 27 $229.91 |
| $1,595.09 | $2459.81 | $1,343.43 + $1,270.30 = $2,613.73 | $2771.59 |

page 2. plaintiff Herman Kelly's # 4264298421056519
mbna america bank

| 2004 | | | |
|---|---|---|---|
| JAN 28 $303.09 | | | |
| Feb 25 $235.54 | | | |
| MAR 27 $225.84 | | | |
| apr 27 $226.51 | | | |
| may 27 $45.31 | | | |
| June 26 $108.92 | | | |
| July 28 $67.87 | | | |
| Aug $ | | | |
| Sept $ | | | |
| Oct | | | |
| Nov $ | | | |
| Dec $ | | | |
| $1,293.08 | | | |



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930   February 19, 2004

Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Re:  4264 2906 5000 1423
     4800 1352 7400 0023
     5329 0581 1100 6921
     4313 0402 1201 4211
     4313 0277 0703 0919
     4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience. Please contact me directly at (800) 441-7048, extension 78069. I am available Monday through Friday from 8 a.m. until 5 p.m. (EST). Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

*H.K. paid #27,366.45 to MBNA*
*Accounts paid in full*

*[signature: Kelly]*








1  Candor;... the fundamental principle is that lawyers may not
2  knowingly misrepresent either a material fact or law to
   opposing parties or other persons, DR 7 102 A 5, This
3  principle applies whether the lawyer is involved in litigation
   or negotiation, Dr 7 102 A 4, rule 4.1. a, rule 8.4 c.
4
5  laws and procedures which discriminate against indigent
   defendants are inconsistent with the premise of equal treatment
6  under the law...   brown vs. State, 1975, 322, NE, 2d, 708,
   262, ind, 629...
7
8  this amendment contemplates equal justice for poor and rich
   alike. see dobbs vs. Wallace, 1974, 201, S.E. 2d, 914,
9  157, W.Va. 405.
10
11 an attorney may not with impunity either conspire with a
   client to defraud.    or   injure a third person or engage in
12 intentional tortious conduct toward a third person. see...
   Roberts vs. Ball, Hunt, Hart, Brown, & Baerwitz, 2d, dist, 57
13 Cal, app, 3d, 104, 128, Cal, rptr, 901... 7 am, Jur. 2d,
   & 233, attorney at law.
14
15 attorney was disbarred for collecting $19,600 in fees for
   representing    estate   where allowable fees were only
16 $3,800, see... Lake county bar, Asso, vs. Ostrander, 1975,
   41, Ohio, St, 2d, 93, 70, Ohio ops, 2d, 173, 322, NE 2d, 653,
17 81 ALR 3d, 1136...

18 attorney was properly disbarred for pattern of serious and
   extensive misconduct over four year period where he inter alia
19 charged fee of  $2,000. on gross estate of $ 8,092.45 which
   was violation of disciplinary rule dealing with charging
20 clearly excessive fees. see..office of disciplinary counsel
   vs. Knepp 1982, 497, pa, 396, 441, A 2d, 1197.
21
22 attorney was disbarred for among other things chargeing
   excessive fee in personal injury case for which he did little
23 or no preparation after    discharge by client attorney at first
   refused to       surrender file to new attorney unless paid
24 one third of settlement offer plus costs and then surrendered
   file only after fee    dispute was compromised. see.. Re
25 Disbarment of Gillard 1978, Minnm 271 NW 2d, 785
   see.... Re morris , 1977, 72, NJm 135, 367, A 2d, 1172....
26 Coloumbus Bar Asso, vs. Benis 1983, 5, Ohio, St, 3d, 199.
   5 Ohio, Br, 415, 499, NE 2d, 1305.....attorney Grievance Comm.
28 vs. Kemp, 1985, 303 md, 664, 496, A, 2d, 672.

Therefor based on all aforgoing herein menoransum of of laws, plaintiff prays god and this honorable court to grant this motion to vacate.

That this court will review all facts as true, and issue a injunction order against both said defendants national arbitration forum, and Wolpoff & abramson. That this case claims, charges against both defendants should be submitted to the United States attorney office and UnitedStates Supreme court for consideration and reviews of defendants illegal conducts . Plaintiff has paid all of this credit card loan accounts stated in complaint, and N A F is not fully immunity. NAF refused plaintiff discovery requests.

Respectfully Submitted

dated;

Aug 25, 2006

Herman Kelly, pro, se
p.o. box   14157
Detroit, Michigan 48214
313-894-8855

_____
Herman Kelly, plaintiff

Proof of Service Certificate
--------------------------------------

Plaintiff Herman Kelly, pro, se hereby certified a true correct copy of this motion to vacate was mailed to all defendant by first class usa prepaid mail at Neal Levitsky, p.o. box 2323 Wilmington, D. E . 19899-2323.. Ashley B . Stitzer, p.o. box 25130 wilmington, D E . 19899.. mbna america bank 655 paper mill road, mail stop 1411, Wilmington, De. 19884-1411

_____
Herman Kelly, consumer, customer

c.c. United States F BI
     state attorney office
     USA,
      United States   Postal
      Master Security.

P-6



Herman Kelly, Pro. Se.
P.O. Box 14157
Detroit, Mich 48214

Clerk of Court Office
United States Federal
District Court - Civil Div.
844 N. King Street
Lockbox 18
Wilmington, Delaware
19801-3570