IN The United States Federal District Court
For The district of Wilmington, Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA America bank,
National Arbitration Forum
Wolpoff & Abramson, llp
    defendants

------------------------------------/

Case .No# 1-06 CV228(jjf)


FILED
AUG 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
*RD scanned*

" Plaintiff's menorandum of laws, authorities in support of his
MOTION FOR DEFAULT JUDGMENT TO BE ISSUE AGAINT DEFENDANT
MBNA America bank, for failure to answer complaint/summon/notice "

1. Herman Kelly, pro se respectfully file and submit his supplement added, laws, and legal authorities supporting his request and motion that the clerk of court or the honorable court review, consider the herein facts, case laws. This will grant plaintiff motion for default judgment order against defendant MBNA. The other two defendants have full knowledge to this requests as part of parties settlement compromise, and mbna professional conducts that are now in violations of the US constitutions laws.

2. MBNA bank was served with complaint, summon & notice by certified USA mail, return receipt signed by Rebecca J. Coleman, management, staff, on May 15, 2006, the USA cert# 7002 3150 0001 2694 4754 . certified mail, return receipt requested was service upon defendent reasonably calculated to give adequate notice . see... Caravel office bldg co, vs. Peruvian Air attache, 347, a, 2d, 280.d.c. app, 1975.. Williams vs Williams , 5Q1, a, 2d, 432, 305, md, 1. md, 1985,.. Groom vs. Margulies, 265, a, 2d, 249, 257, ms, 691, md, 1970.

pro, se plaintiff failure to include acknowledgement form with summons and complaint served by certified mail did not ineffective service on individual and corporate defendant in civil rights action. see.. Darvoe vs. Town of Trenton, ND, NY 1992, 785, f, supp, 305,.. Szarejko vs, Great neck school dist, edny, 1992, 795f, supp, 81,,

3. Therefor plaintiff prays to god and this court, who have full jurisdiction over defendant mbna america bank and complaint. Plaintiff request amount stated in complaint or any fair amount , just & legal.

dated; *Aug 25, 2006*

proof of service certificate
----------------------------

respectfully submitted
Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214
313-894-8855

plaintiff, pro, se

A true copy of this notice was mailed to all defendants by first class usa mail prepaid at;
neal levitsky p.o. box 2323 , wilmington, DE , 19899-2323
Ashley B. Stitzer , p.o. box 25130 Wilmington, D E 19899
mbna america bank 655 paper mill rd. mail stop 1411, wilmingtonDE198841411

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HERMAN KELLY
P.O. BOX 14157
DETROIT, MICHIGAN
48214

UNITED STATES POSTAL SERVICE
***** WELCOME TO *****
LINWOOD STATION
DETROIT, MI 48206-9998
05/12/06 12:20PM

```
Store    USPS          Trans      41
Wkstn    sys5002       Cashier    B6JTCO
Cashier's Name         Michelle
Stock Unit Id          SSAMICHELLE
PO Phone Number        313-895-2155
USPS #                 2524950206

1. First Class                      4.88
   Destination:        19884
   Weight:             2.00 oz.
   Postage Type:       PVI
   Total Cost:         4.88
   Base Rate:          0.63
        SERVICES
   Certified Mail                   2.40
      70023150000126944754
   Rtn Recpt (Green Card)           1.85
2. 10c Am Clock PSA                 0.50
   5 @    0.10
3. 3c Star PSA                      0.60
   20 @   0.03

Subtotal                            5.98
Total                               5.98

Cash                               50.00
Change Due
   Cash                            44.02
```

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to
USPS.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

Number of Items Sold: 26

Thank You
Please come again!

S.C.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MBNA America Bank, NA
655 Paper mill Rd
mail stop 1411
Wilmington, DE 19884-1411

COMPLETE THIS SECTION ON DELIVERY

A. Signature
Rebecca J. Coleman     ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No
   MAY 15 2006

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7002 3150 0001 2694 4754

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
WILMINGTON, DE 19884

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0206 |
| Certified Fee | 2.40 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: B6JTCO |
| Total Postage & Fees | $ 4.88 | 05/12/06 |

Sent To  MBNA America Bank - Mailstop 1411
Street, Apt. No.; or PO Box No.  655 Paper mill Road
City, State, ZIP+4  Wilmington, DE 19884-1411

PS Form 3800, June 2002    See Reverse for Instructions

7002 3150 0001 2694 4754



Herman Kelly Pro Se
P.O. Box 14157
Det, Mich 48214

DETROIT MI 482
28 AUG 2006 PM 9 T

U.S.M.S.
X-RAY

Clerks Court Office
U.S. Federal District Court
Civil Div.
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570