# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street - Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

September 1, 2006

<u>Via CM/ECF</u>
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE  19801

     RE: <u>Herman Kelly v. MBNA America Bank</u>, 06-228-JJF

Dear Judge Farnan:

     I write on behalf of Defendant MBNA America Bank, N.A. ("MBNA") in response to Plaintiff's Request & Motion for Default Order/Judgment to be Issue[d] against Defendant MBNA America Bank (the "Motion", D.I. 28).[1]  Your Honor previously found that "service has not yet been effected upon the remaining defendant [MBNA]." (Memorandum Order dated July 18, 2006, p. 9, D.I. 23,).  Since your July 18 Memorandum Order service still has not been effectuated upon MBNA.  Accordingly, MBNA has not defaulted, and the Plaintiff's Motion should be denied.

     I am available to answer any questions the Court may have.

                              **Respectfully,**

                              **KAREN V. SULLIVAN**

/KVS
cc:    Herman Kelly (via U.S. mail)

---

[1]  MBNA appears only to assert that this Court lacks jurisdiction to enter a default judgment against it.  MBNA neither consents to jurisdiction nor waives any defenses.