IN The United States Federal District Court
For the District of Wilmington, Delaware

Hermank Kelly, pro, se
    plaintiff

vs.

MBNA America Bank, et, al
    defendants
------------------------------/

Case No. 1;06 cv-228

" Plaintiff 's request and Motion for order Compelling Discovery production of documents & thing from defendants National Arbitration Forum/ Wolpoff & Abramson " .FRCP 37 a,60b ( in support of plaintiff 's motion to vacate order july 18,2006)
------------------------------------------------------------

1. Doing these federal court litigation proceedings plaintiff filed his motion for discovery from defendants W & A and NAF. Herman Kelly ,pro, se has timely file his motion to vacate parts of order/judgment dated july 18,2006, pending in-direct appeals.

2. Part of plaintiff cause of action claims against both defendants and this motion for order compelling discovery was the defendants refused to send plaintiff all records,banks statements receipts,on all credit cards account stated in complaint.

3. All evidences information,records,documents are in defendants posession and control. That is needed for this case,subject matters. Both defendants did not tell the court what amount of money plaintiff paid to MBNA america bank, and defendants did not send court copies.
    Federal freedom of information act;FOIA..12 USCS &3404(c) banks,. The customer has the right unless the government authority obtains a court order ... to obtain a copy of the record which the financial institution shall keep of all instances.see..Forsham vs. Califano, 1978, app, DC,587,f , 2d.1128...Waye vs. first citiz en's Nat. bank, MD, Pa,1994, 846,f, supp.310,

4. Therefor plaintiff move this honorable court to grant this motion in respect to discovery request,Plai ntiff prays to god and this court for and fair just relief. Motion for settlement is filed.

dated; Sept 2, 2006

Plaintiff certified that a true correct copy of this motion was mailed to all defendants attorneys by first class usa mail to;

respectfully submitted

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214 usa
313-894-8855

Herman Kelly, customerplaintiff

Neal levitsky p.o. box 2323 wilmington, del9899-2323
ashley stitzer,p.o. box 25130 wilmington, de,19899
mbna america bank 655 paper mill rd. stop 1411 wilmington,de. 19884-1411



Herman Kelly, Pro SE.
P.O. Box 14157
Detroit, Michigan

ROYAL OAK MI 480
02 SEP 2006 PM 5 T

United States Federal
District Court
Clerk A Court Office
Civil Division.
844 N. King Street
Lock Box 18
Court Name Wilmington Delaware 19801-3570