In The United States Federal District Court
For the district of Wilmington, Delaware

Case#106-228-JJF

Herman Kelly, pro, se
    plaintiff

v s.

MBNA America bank, et, al

    defendants
_____/

Scanned- 80  9/12/06



FILED
SEP 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff's objection/opposition to defendant mbna america bank's appearance notice dated Sept 1, 2006. (attached exhibit).
-------------------------------------------------------------

1.   Plaintiff Hermankelly, pro, se file a motion for default against defendant mbna america bank for not answering complaint & notice of summon. Where mbna is suppose to be a professional bank, however one of plaintiff's cause of action is that defendants is making plaintiff spend more money, time representing this case by defendants delaying to answer. Mbna got a copy of the complaint and signed for it from the united states postal service certified mail.

2.   Plaintiff object to defendant notice of appearance from their attorney Karen V. Sullivan who has full knowledge of this case. Plaintiff do not owe defendants no money, and will not pay any more money to mbna or their attorney. Defendants started, enticed this action & claims. Plaintiff's object to any defendants's attorney fees.

3.   Plaintiff move court & clerk to issue the default judgment against, also to order that defendants pay all court costs, and any appeal court's costs, further to reinburse plaintiff $ 10,000 for his expenses and time working on this case which defendants' cause.

3 .  Plaintiff will send the copy of complaints, pleadings as order by court, to have the us marshall serve defendant mbna again. This object is in pursuant to all apply laws and FRCP. Plaintiff prays to god and this honorable court for any fair relief & to review, consider these facts and all of plaintiff's menorandum of laws. (EX.A)

dated; Sept 9, 2006

Proof and certificate
of service.
-------------------------------------------------------------

respectfully submitted

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214
313-894-8855

Herman Kelly, pro, se plaintiff certified that a true and correct copy of this objection was mail by prepaid first class USA mail to all defendants's attorneys at; Karen V Sullivan, p.o. box 2054 wilmington, DE 19899.. neal levitsky p.o. box 2323 wilmington, D E. 19899- 2323, ..Ashley Stitzer, p.o. box25130 wilmington, D E. 19899.

Herman Kelly, plaintiff

# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street - Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.

Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

September 1, 2006

Via CM/ECF
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

RE: **Herman Kelly v. MBNA America Bank**, 06-228-JJF

Dear Judge Farnan:

I write on behalf of Defendant MBNA America Bank, N.A. ("MBNA") in response to Plaintiff's Request & Motion for Default Order/Judgment to be Issue[d] against Defendant MBNA America Bank (the "Motion", D.I. 28).[1] Your Honor previously found that "service has not yet been effected upon the remaining defendant [MBNA]." (Memorandum Order dated July 18, 2006, p. 9, D.I. 23,). Since your July 18 Memorandum Order service still has not been effectuated upon MBNA. Accordingly, MBNA has not defaulted, and the Plaintiff's Motion should be denied.

I am available to answer any questions the Court may have.

Respectfully,

*Karen V Sullivan*

KAREN V. SULLIVAN

/KVS
cc: Herman Kelly (via U.S. mail)

---

[1] MBNA appears only to assert that this Court lacks jurisdiction to enter a default judgment against it. MBNA neither consents to jurisdiction nor waives any defenses.

Docket No. 33
Date Filed 9·1·06

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HERMAN KELLY
P.O. BOX 14157
DETROIT, MICHIGAN
48214

8001

S.C.

**UNITED STATES POSTAL SERVICE**
***** WELCOME TO *****
LINWOOD STATION
DETROIT, MI  48206-9998
05/12/06  12:20PM

Store    USPS           Trans     41
Wkstn    sys5002        Cashier   B6JTCO
Cashier's Name          Michelle
Stock Unit Id           SSAMICHELLE
PO Phone Number         313-895-2155
USPS #                  2524950206

1. First Class                       4.88
   Destination:    19884
   Weight:         2.00 oz.
   Postage Type:   PVI
   Total Cost:     4.88
   Base Rate:      0.63
        SERVICES
   Certified Mail                    2.40
     70023150000126944754
   Rtn Recpt (Green Card)            1.85
2. 10c Am Clock PSA                  0.50
   5 @    0.10
3. 3c Star PSA                       0.60
   20 @   0.03

Subtotal                             5.98
Total                                5.98

Cash                                50.00
Change Due
   Cash                             44.02

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 26

Thank You
Please come again!

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MBNA America Bank, NA
655 Paper Mill Rd
Mail Stop 1411
Wilmington, DE 19884-1411

COMPLETE THIS SECTION ON DELIVERY

A. Signature
Rebecca J. Coleman
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                   MAY 15 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7002 3150 0001 2674 4754

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
Wilmington, DE 19884

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0206 |
| Certified Fee | 2.40 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: B6JTCO |
| Total Postage & Fees | $ 4.88 | 05/12/06 |

Sent To  MBNA America Bank - Mailstop 1411
Street, Apt. No.;
or PO Box No.  655 Paper Mill Road
City, State, ZIP+4  Wilmington, DE 19884-1411

7002 3150 0001 2674 4754

PS Form 3800, June 2002       See Reverse for Instructions

" Settlement, Release, Contract, Menorandum Of Laws "
-------------------------------------------------------------

compromise and settlements are contracts governed by contractual legal principles, there fore they must possess all applicable requisites. An oral agreement may be binding on the parties where neither party denies having entered the agreement, even though there is a misunderstanding as to the agreements's effect. see.... zelenka vs. wayne county corp. counsel, 143, mich, app, 567, 372, nw 2 d, 356, 1985... Mastaw vs. Naiukow, 105, Mich, app. 25, 306, nw, 2d, 378, 1981.... Rossi vs. Transamerica Car, Leasing Co, 138, Mich, app. 807, 360, nw, 2d, 307, 1984.

A civil case may be settled at any time, even after an opinion is rendered by the supreme court, with the consent of all the parties. ... see... township of royal oak, vs. City, of pleasant ridge, 307, Mich, 714, 12, nw, 2d. 393, 1943....

it is axiomatic that settlements of disputed matters and compromise of unsettled claims are favored by the law over litigation and will only be voided on satisfactory evidence of mistake, fraud, duress or unconscionable advantage.. see.... Pedder vs. Kalish, 26, Mich app, 655, 182, NW 2d, 739, 1970... Clinton St. Greater Bethlehem Church vs. Detroit, 484, f, 2 d. 185, 1973....

The parties may validly assent to the settlements of a part of a controversy, provided the requisties for a complete settlement are present. see... Fisher vs. Burroughs adding Mach, Co, 157, Mich, 126 121 nw, 756, 1909....

However an alleged compromise and settlement may be contested where one of the parties acted unfairly or oppressively or asserted claims while knowing them to be wrongful for the purpose of obtaining the terms.

37 Am. jur 2d, & 32 Fraud and Deceit;.... it is aid to be a long standing principle of law that where a right of action exists and the defendant or someone for him by fraudulent representations induces the plaintiff to make a settlement or release of his cause for an inadequate sum, the plaintiff may either avoid the settlement or release and sue on his original right of action or he may sue in fraud and deceit and recover such amount as will make the settlement an honest one... automobile underwriters vs. Rich, 22 2 ind, 384, 53, ne, 2d. 775..

