In The United States Federal District Court for the district of Wilmington, . delaware

Herman Kelly, pro, se
    plaintiff

Case;# 1;06 cv 288 jjf

vs.

MBNA america bank, na , et, al
    defendants
_____/

Plaintiff ' request and Motion that defendants pay all court's costs, and plaintiff's expenses of $10,000 for representing this case.
-------------------------------------------------

1. On Sept 1, 2006 defendant MBNA america bank na and their attorney karen V. Sullivan made, filed an written appearance in this court case action in respect to plaintiff 's motion for default against said defendant mbna.

2. Herman Kelly ,pro, se submit this attached information on MBNA america bank .na total annual report for 12-31-2005 assets of $ 58 billion dollars, and their list of staff. Defendants mbna has many different addresses all over the world.

3. Plaintiff was seeking damages of one million dollars or any fair legal statutory jurisdiction amount from all defendants. Herman Kelly have spent lots of time, researhing, typing, money on mails, postages stamps, copies, ec t, in representing this complaint that all defendants cause, sta rted , enticed. Plaintiff request court to order defendants pay all court's costs, and pay $10,000 dollars to plaintiff for reinbursement expenses this request and motion is in pursuant to all apply laws, FRCP. Plaintiff prays to god and this honorable court for relief fair. Herman Kelly's estate is a class within his self based on family.

    In a class action the total recovery for damages may not exceed the lesser of $ 500,000 or 1% of the net worth of the creditor. see... 15 USCA &1691 e(b)..Cherry vs. Amoco oil 490,f.supp. 1026,n.d. ga. 1980

dated; Sept 9, 2006

respectfully submitted

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214
313-894-8855

proof and certificate of service
-------------------------------------

Herman Kelly, plaintiff

plaintiff Herman kelly states certified that a true and correct copy of this motion that defendants pay court's cost and plaintiff's expenses was mail by first class pre-paid usa mail to all defendants, a t; karen sullivan p.o. box 2054 wilmington de 19899, neal levitsky p.o. box 2323 wilmington de, 19899-2323, ashley stitzer,p.o. box 25130 wilmington, de 19899.

### HSBC BANK USA, NATIONAL ASSOCIATION
1105 N Market St (19801)

Tel: (800) 975-4722
Rtg #: 0311 0118 5    62-118/311
Telex: 62822 MMB NEWYORK
Internet: www.us.hsbc.com
National/Commercial Bank; est 2004
Mem: NACHA
CrCd: Mastercard, Visa
Num of ATM Locations: 517
H/C: HSBC USA Inc, Buffalo, NY

**OFFICERS & DIRECTORS**
★ Martin J G Glynn, Pres/CEO
John Carroll, EVP, Mktg
David J Hunter, EVP, Sec Mtge Mkt
Yvonne M Walters-Pollard, EVP, Oper
Carolyn Wind, EVP & Mng Dir, Cmpl
Gerard Joyce, SVP, Trust
Roger McGregor, EVP, CFO
Teresa Pesce, Mng Dir & Anti Money, Cmpl
Paul J Sullivan, Tr Mgr, Trust

Jeanne Ebersole, EVP, Hmn Res
**OTHER DIRECTORS**
James L Morice
Charles G Meyer
Peter Kimmelman
Richard A Jalkut
Frances D Fergusson
James H Cleave
Sal H Alfiero
Donald D Boswell

**CITY OFFICES**
1201 Market St, Ste 1001 (19801)
Tel: (302) 657-8400

**OUT-OF-STATE-LOCATIONS**
Beverly Hills, CA; Encino, CA; Los Angeles, CA; Oakland, CA; Pasadena, CA; Rowland Heights, CA; San Gabriel, CA; Washington, DC; Boca Raton, FL; Coral Gables, FL; Fort Lauderdale, FL; Miami, FL; Miami Beach, FL; Pompano Beach, FL; Adams, NY; Albany, NY; Albion, NY; Alexandria Bay, NY; Amherst, NY; Attica, NY; Auburn, NY; Avon, NY; Baldwin Place, NY; Baldwinsville, NY; Bardonia, NY; Barker, NY; Barneveld, NY; Batavia, NY; Bay Shore, NY; Bayside, NY; Bedford Hills, NY; Bellport, NY; Binghamton, NY; Blauvelt, NY; Bohemia, NY; Brewster, NY; Brockport, NY; Bronx, NY; Bronxville, NY; Brooklyn, NY; Buffalo, NY; Bulls Head, NY; Carle Place, NY; Carthage, NY; Catskill, NY; Cedarhurst, NY; Centereach, NY; Cheektowaga, NY; Cherry Creek, NY; Cicero, NY; Clifton Park, NY; Cohoes, NY; Commack, NY; Conklin, NY; Cortland, NY; Dansville, NY; De Witt, NY; Delmar, NY; Depew, NY; Dunkirk, NY; East Amherst, NY; East Aurora, NY; East Rochester, NY; East Setauket, NY; East Syracuse, NY; Eastchester, NY; Eden, NY; Elmhurst, NY; Elmira, NY; Elmira Heights, NY; Endicott, NY; Evans Mills, NY; Evans Township, NY; Fairport, NY; Falconer, NY; Flushing, NY; Forest Hills, NY; Franklin Square, NY; Freeport, NY; Fulton, NY; Garden City, NY; Geneseo, NY; Glen Oaks, NY; Gowanda, NY; Grand Island, NY; Great Neck, NY; Greece, NY; Hamburg, NY; Hampton Bays, NY; Hartsdale, NY; Hauppauge, NY; Henrietta, NY; Herkimer, NY; Hewlett, NY; Highland Falls, NY; Hilton, NY; Holley, NY; Hopewell Junction, NY; Horseheads, NY; Huntington, NY; Huntington Station, NY; Hyde Park, NY; Irondequoit, NY; Ithaca, NY; Jackson Heights, NY; Jamaica, NY; Jamestown, NY; Jericho, NY; Johnson City, NY; Kenmore, NY; Kingston, NY; Lackawanna, NY; Lake Ronkonkoma, NY; Latham, NY; Levittown, NY; Lewiston, NY; Liberty, NY; Lima, NY; Liverpool, NY; Lockport, NY; Lowville, NY; Lynbrook, NY; Malone, NY; Mamaroneck, NY; Manhasset, NY; Manlius, NY; Massapequa, NY; Massena, NY; Mastic, NY; Medina, NY; Melville, NY; Middle Island, NY; Middleport, NY; Middletown, NY; Mount Kisco, NY; Mount Vernon, NY; Nanuet, NY; New City, NY; New Hartford, NY; New Hyde Park, NY; New Rochelle, NY; New Springville, NY; NY; New York City, NY; Newark, NY; Newburgh, NY; Niagara Falls, NY; North Syracuse, NY; North Tonawanda, NY; Nyack, NY; Oceanside, NY; Orchard Park, NY; Ossining, NY; Oswego, NY; Owego, NY; Oyster Bay, NY; Palmyra, NY; Patchogue, NY; Pearl River, NY; Peekskill, NY; Pelham, NY; Penfield, NY; Perinton Township, NY; Plattsburgh, NY; Pleasant Valley, NY; Port Byron, NY; Port Jefferson Station, NY; Port Washington, NY; Potsdam, NY; Poughkeepsie, NY; Queens Village, NY; Rego Park, NY; Rochester, NY; Rocky Point, NY; Rome, NY; Rotterdam, NY; Rye, NY; Sanborn, NY; Saranac Lake, NY; Saratoga Springs, NY; Scarsdale, NY; Seaford, NY; Sloatsburg, NY; Smithtown, NY; Sodus, NY; Sound Beach, NY; South Dayton, NY; South Setauket, NY; Southampton, NY; Spencerport, NY; Spring Valley, NY; Springville, NY; Stony Brook, NY; Suffern, NY; Syosset, NY; Syracuse, NY; Tappan, NY; Tonawanda, NY; Troy, NY; Utica, NY; Valls Gate, NY; Valley Stream, NY; Vestal, NY; Wappingers Falls, NY; Waterloo, NY; Watertown, NY; Watkins Glen, NY; Waverly, NY; Webster, NY; West Babylon, NY; West Hempstead, NY; West Seneca, NY; Westfield, NY; White Plains, NY; Whitesboro, NY; Williamsville, NY; Wilson, NY; Windsor, NY; Woodside, NY; Yankees, NY; Yorktown Heights, NY; Youngstown, NY; Portland, OR; Philadelphia, PA; Seattle,

**FINANCIAL FIGURES**         12/31/04
Total Assets              138,266,274,000
Total Loans                84,418,696,000
Total Deposits             81,276,551,000
Total Equity               11,372,560,000
Net Income                  1,264,072,000

---

### HSBC BANK USA, NATIONAL ASSOCIATION
(Branch of Wilmington)
1201 Market St, Ste 1001 (19801)
Tel: (302) 657-8400

Rtg #: 0311 0100 4    62-100/311
Swift: HSDE US 33

---

### HSBC INTERNATIONAL FINANCE CORPORATION (DELAWARE)
1201 Market St, Ste 1001 (19801)

Tel: (302) 657-8400

Rtg #: 0311 0097 9    62-97/311
Fax: (302) 657-8414
Federal/Edge Act Corporation; est 1980
Mem: Fed

H/C: HSBC Overseas Corporation (Delaware), Wilmington, DE
**OFFICERS & DIRECTORS**
Richard D Leigh, Pres
Robert D Kane, SVP, CFO
Nancy Terranova, VP, Wire Tsfr

Arie Markowitz, 1st VP, Oper

---

### HSBC TRUST COMPANY (DELAWARE), NATIONAL ASSOCIATION
1201 Market St, Ste 1001 (19801)

Tel: (302) 657-8400

Rtg #: 0311 0120 8    62-120/311
On Line FEDWIRE Member
FEDWIRE No: 0311-0120-8
HSBC TRUST DE
Fax: (302) 657-8415

National/Limited Purpose; est 2005
Mem: Fed
**OFFICERS & DIRECTORS**
Richard D Leigh, Pres/CFO
Arie Markowitz, 1st VP, Oper

**FINANCIAL FIGURES**         12/31/04
Total Assets                  NA
Total Loans                   NA
Total Deposits                NA
Total Equity                  NA
Net Income                    NA

---

### ING BANK, FSB
1 S Orange St (19801)

Tel: (800) 464-3473
Rtg #: 0311 7611 0    62-7611/311
On Line FEDWIRE Member
FEDWIRE No: 0311-7611-0 ING BANK

Fax: (888) 464-3220
Internet: www.ingdirect.com
Federal/Stock Savings Bank; est 2000
Mem: ABA, FDIC, Fed, FHLB, ACB, DBA, RMA, UMACHA
Hrs 9-5
H/C: ING Direct Bancorp, Wilmington, DE

**OFFICERS & DIRECTORS**
★ Arkadi Kuhlmann, Chair/Pres/Dir
John Bone, EVP, CFO
Jim Kelly, EVP, Loans/Oper
Bill Higgins, SVP, Loans
Thomas Hugh, SVP, Sec Mtge Mkt
Brian Myres, SVP, Oper
Rick Perles, SVP, Hmn Res
Vic Wolff, SVP, Mktg

Steve Fugate, VP, Cmpl
Dan Favuzza, Settlement Oper Mgr, Oper/Wire Tsfr
Gary Golden, Coml Lndg Hd, Loans
Rebecca Day, Cash Mgr, Wire Tsfr
Kamchai Leony, Wire Tsfr
Dave Ward, Wire Tsfr

**FINANCIAL FIGURES**         12/31/04
Total Assets               36,023,828,000
Total Loans                10,466,734,000
Total Deposits             28,801,040,000
Total Equity                3,158,846,000
Net Income                    157,104,000

**CORRESPONDENTS**
USD    PNC Bank, Delaware, Wilmington
USD    The Bank of New York City, SWIFT IR 3N

---

### JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
(Branch of Columbus, OH)
902 Market St (19801-3015)
Tel: (302) 651-2323
Rtg #: 0311 0023 8    62-23/311

---

### JUNIPER BANK
100 South West St (19801)

Tel: (302) 888-1400
Rtg #: 0311 0112 7    62-112/311
On Line FEDWIRE Member

FEDWIRE No: 0311-0112-7 JUNIPER BANK
Fax: (302) 868-0405
Internet: www.juniper.com
State/Commercial Bank; est 2001
Mem: FDIC, Fed, ICBA

CrCd: Mastercard, Visa
H/C: Juniper Financial, Wilmington, DE
**OFFICERS & DIRECTORS**
David Kassie, Chair/Dir
James Stewart, Pres

★ Richard Vague, CEO
Peter Atwater, CFO
Ben Brake, Mktg
Kathy Kreuschcobb, Hmn Res
Clint Walker, Cmpl

**FINANCIAL FIGURES**         12/31/04
Total Assets                1,612,711,000
Total Loans                 1,471,285,000
Total Deposits                168,486,000
Total Equity                  289,111,000
Net Income                   (110,962,000)

---

### THE LEFRAK TRUST COMPANY
1300 N Market St Ste 706 (19801)
State/Non-Depository Trust

---

### LEGACY TRUST COMPANY, NATIONAL ASSOCIATION
(Branch of Houston, TX)
919 Market St, Ste 240 (19801)
Tel: (302) 252-9911

Mgr: Mary Jane Jwaniski

---

### LEHMAN BROTHERS BANK, FSB
1000 West St, Ste 200 (19801-1843); PO Box 1727 (19899-1727)

Tel: (302) 654-6179
Rtg #: 2311 7013 6    62-7013/2311
On Line FEDWIRE Member
FEDWIRE No: 2311-7013-6 LEHMAN BROS BK FSB
Fax: (302) 428-3673

Internet: www.lehmanbank.com
Federal/Stock Savings Bank; est 1921
Mem: Fed, FHLB, ACB, AIB
Hrs 9-4
Num of ATM Locations: 3
ATM Networks: Cirrus, Plus, Star System Jeanie
H/C: Lehman Brothers Holdings Inc, New York City, NY

**OFFICERS & DIRECTORS**
Jacqueline Frommer, Pres

David Essex, SVP, CFO
Kevin Mahn, SVP, Oper
Gale Stawicki, SVP, Oper
Lloyd Winans, VP & Cmpl Off, Cmpl/Reg CC
Karen L Dawson, AVP & Asst Secy, Wire Tsfr
David Patterson, Trust
Gary Taylor, Loans

**CORRESPONDENTS**
USD    Federal Home Loan Bank of Pittsburgh, Pittsburgh

**OUT-OF-STATE-LOCATIONS**
Jersey City, NJ

**FINANCIAL FIGURES**         12/31/04
Total Assets               19,456,642,000
Total Loans                17,400,888,000
Total Deposits             10,465,994,000
Total Equity                1,462,487,000
Net Income                    535,475,000

**RATINGS:**
Fitch Long Term: A+; IBCA Short Term: F1+

---

### LOUVIERS FCU
(Branch of Newark)
401 Maryland Ave (19899)
Tel: (302) 695-0003
Rtg #: 2311 7716 8
Fax: (302) 695-0001

62-7716/2311    Nemours 1007 Market St (19898)
Tel: (302) 571-9515

---

### M&T TRUST COMPANY OF DELAWARE
1220 Market St, Ste 202 (19801)

Tel: (302) 255-4969
Non-Depository Trust

---

### MBNA AMERICA BANK, NATIONAL ASSOCIATION
1100 N King St (19884)

Tel: (302) 453-9930
Rtg #: 0311 0016 0    62-16/311
On Line FEDWIRE Member
FEDWIRE No: 0311-0016-0 MBNA NEWARK
Fax: (302) 456-8541
National/Commercial Bank; est 1982
Mem: ABA, FDIC, Fed, BAI, DBA
24 Hour Banking
CrCd: Mastercard, Visa
ATM Networks: Cirrus

H/C: MBNA Corporation, Wilmington, DE
**OFFICERS & DIRECTORS**
★ Bruce L Hammonds, Chair/Loans/Dir
Gregg Bacchieri, Sr VChm, Vice Chair/Dir
Kenneth F Boehl, Corp Gen Aud & Sr VChm, Vice Chair/Dir
Jules J Bonavolonta, Vice Chair/Dir
Ronald W Davies, Sr VChm, Vice Chair/Dir
Shane G Flynn, Vice Chair/Dir
M Scot Kaufman, Exec VChm, Vice Chair/Dir

Michael G Rhodes, Ch Mktg Off & Exec VChm, Vice Chair/Mktg/Dir
John W Scheflen, Asst Secy, Vice Chair/Dir
David W Spartin, Sr VChm, Vice Chair/CFO/Dir
Kenneth A Vecchione, Sr VChm, Vice Chair/CFO/Dir
Thomas D Wren, Vice Chair/Dir
Vernon H C Wright, Ch Corp Fin Off & Exec VChm, Vice Chair/Dir
John R Cochran III, COO, Pres/Oper/Dir
Richard K Struthers, CLO, Loans
Cindy Cello, Wire Tsfr

Charmaine Evans, Wire Tsfr
Zoe Linzy, Wire Tsfr
Jim Stanley, Wire Tsfr
**OTHER DIRECTORS**
Norma Lerner
William L Jews
Charles M Cawley
James H Berick Esq
Randolph D Lerner Esq
Michael Rosenthal
Benjamin R Civiletti Esq
Stuart Markowitz

**CORRESPONDENTS**
GBP    Barclays Bank PLC, London
USD    PNC Bank, Delaware, Wilmington

**FINANCIAL FIGURES**         12/31/04
Total Assets               58,268,872,000
Total Loans                31,821,874,000
Total Deposits             32,607,628,000
Total Equity               13,015,577,000
Net Income                  2,548,252,000

**RATINGS:**
Fitch LT Senior Debt (Global): AA; LT Sub Debt (Global): A+; Short Term: F1; Moody's Bank Deposits LT: A3; Bank 1 2

**CITY OFFICES**
300 Bellevue Pkwy, Ste 200 (19803)
Tel: (302) 791-1200

**OUT-OF-TOWN-LOC**
Newark (2)

---

### MBNA AMERICA (DELAWARE), NATIONAL ASSOCIATION
1100 N King St (19884)

Tel: (302) 453-9930
Rtg #: 0311 0108 8    62-108/311
Fax: (302) 453-2031
National/Commercial Bank; est 1998
H/C: MBNA Corporation, Wilmington, DE

**OFFICERS & DIRECTORS**
★ Bruce Hammonds, Chair/Dir
John Cochran, Pres

**FINANCIAL FIGURES**         12/31/04
Total Assets                3,919,502,000
Total Loans                 3,215,893,000
Total Deposits                 48,881,000
Total Equity                  532,427,000
Net Income                     95,036,000

---

**Mellon Bank (DE) National Association** — operating as a legal head office at 10th & Market Sts, in Wilmington, relocated to Greenville, DE, effective August, 2002.

★Chief Executive Officer                                                      Financial Date for Branch Dep



Herman Kelly Pro Se
P.O. Box 14157
Detroit, Michigan 48214

Clerk Of Court Office
United States Federal
District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware 19801-3570