IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERMAN KELLY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-228-JJF |
| | : |
| MBNA AMERICA BANK, | : |
| | : |
| Defendant. | : |
| | : |

<u>ORDER</u>

WHEREAS, the Court's Memorandum Order dated July 18, 2005, allows Defendant to proceed against Defendant MBNA America Bank (D.I. 23);

WHEREAS, Plaintiff has filed the following motions: Motion For A Preliminary Injunction (D.I. 26), Motion For a Temporary Restraining Order (D.I. 26), Motion for Settlement Compromise (D.I. 29), and a Motion That Defendants Pay All Court Costs and Plaintiff's Expenses of $10,000 (D.I. 37);

WHEREAS, the Plaintiff, at the time of filing these motions, had not forwarded the "U.S. Marshal-285" forms required to initiate service upon Defendant MBNA America Bank (D.I. 23);

WHEREAS, it is this Court's practice to dismiss without prejudice motions filed prior to service;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion For Preliminary Injunction (D.I. 26) is **<u>DENIED</u>** without prejudice, with leave to refile following service of the complaint.

2. The Motion For Temporary Restraining Order (D.I. 26) is **DENIED** without prejudice, with leave to refile following service of the complaint.

3. The Motion For Settlement Compromise (D.I. 29) is **DENIED** without prejudice, with leave to refile following service of the complaint.

4. The Motion For Costs (D.I. 37) is **DENIED** without prejudice, with leave to refile following service of the complaint.

September 19, 2006

_____
UNITED STATES DISTRICT JUDGE