IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HERMAN KELLY,                    :
                                 :
         Plaintiff,              :
                                 :
    v.                           :   Civil Action No. 06-228-JJF
                                 :
MBNA AMERICA BANK,               :
                                 :
         Defendant.              :
                                 :

### ORDER

WHEREAS, the Court's Memorandum Order dated July 18, 2005, allows Defendant to proceed against Defendant MBNA America Bank (D.I. 23);

WHEREAS, Plaintiff has filed a Motion for Default Judgment (D.I. 28), to which Defendant MBNA America Bank makes a special appearance to inform the Court it has not been properly served (D.I. 33);

WHEREAS, Plaintiff's Motion For Default Judgment is premature;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For Default Judgment (D.I. 28) is **DENIED** without prejudice, with leave to refile following service of the complaint.

September 19, 2006

_____
UNITED STATES DISTRICT JUDGE