In The   United   States   Federal   District   Court
For   The   District   Of   Delaware

Case # 1-06 cv-228 jjf

Herman Kelly, pro, se
       plaintiff
vs.

MBNA america bank, et, al
       defendants
------------------------------/

TO; Clerk Of Court

" Plaintiff's request for a phonocopy of USA Marshal's proof and certificate of serving summon & complaint on MBNA bank."
--------------------------------------------------------------



1. In support with Herman Kelly, pro, se plaintiff's motion for reconsideration/motion to vacate part of court's judgment. Plaintiff now request a copy of the honorable USA marshal process server's certificate proof that complaint and summon was again served to defendant mbna america bank as part of plaintiff's objection to any NAF national arbit ration forum arbitration's proceedings, which were illegal proceedings.

2. Plaintiff request clerk of court to send him a copy soon as possible. NAF do not have any jurisdiction over plaintiff and over subject matter of complaint.

3. Plaintiff has filed his objection & opposition to defendants national arbitration forum's 6 awards/orders for being void, illegal, impeached, and cancelled. The 6 awards case numbers are
# Fa 0507000516373..fa0509000556840..fa0504000464237..
   fa0502000432125...fa 0503000439604...fa0504000463 537.

4. Also plaintiff has filed his objection opposition to defendants Wolpoff & Abramson, National Arb itration Forum 3 judicial court of detroit michigan cases numbers civil.
#05140139gc..05137016gc..05147610...
that were filed against Hermankelly doing these federal court proceedings. Those 3 judicial are illegal ,void,cancelled for lack of statutory jurisdiction over plaintiff Herman Kelly and over subject matter of complaint, on double jeopardy.

5. Herman Kelly was never served with any summon & complaint of national arbitration forum and wolpoff & abramson . Herman Kelly never signed for any summon and complaint of any defendants. This case in this federal court will be appeal to the United States Supreme Court for review and consideration.
   a default judgment entered when there has been no proper service of a complaint is a fortiori, void, and should be set aside. see ... gold kist inc, vs laurinburg oil, co, inc, c.a. 3 ,pa, 1985,756,f. 2d, 14. Rose vs. Elliott, D.C. Tenn,1976,70,F.R.D. 422.

P-1

6. Therefor based on the facts and the menorandum of laws stated herein, plaintiff Herman Kelly, pro, se prays to God and this honorable court, clerk of court to grant this request as to not cause any more delay in prosecution of this complaint against mbna america bank.

7. This is a case and cause of action for discrimination, breach of contract, accounting audit, fraud, extortion, illegal high interest APR charges, false prosecution, ect.

8. Plaintiff is still trying to settle, compromise this case with all defendants doing these federal court's proceedings, This court hase full and complete jurisdiction over parties subject matter of complaint. This request is in pursuant to all apply laws of the united states constitution and federal rules of civil procedures.

   plaintiff proceeding in forma pauperis was entitled to rely on court clerk and united states marshals service to effect service of process on defendant. see ... williams vs. Publix warehouse. m.d. fla, 1993, 151, f.r.d. 428.

   pro, se plaintiff proceeding in forma pauperis was entitled to rely on certified mail service effected by united states marshal's service; marshal's office assured plaintiff, through process receipt and return forms, that defendants had been properly served, and moreover there was no indication that defendants were prejudiced. see.. Lee vs. Brotherhood of maintenance of way employees- Burlington northern system federation, D.Minn, 1991, 139, f.r.d. 376.

9. Herman Kelly had the united states postal service office served summon/complaint of mbna bank prior to this court order to do it again. All parties have full knowledge of this case.

DATED: Oct 28, 2006

proof and certificate of service.
-----------------------

respectfully submitted
Herman Kelly, pro, se
p. o. box 14157
Detroit, Michigan 48214
313-894-8855

Herman Kelly, plaintiff

A true copy of this request was mailed to all defendants by first class usa mail to; ashley stitzer 222 delaware ave. 9th floor wilmington, DE. 19801, neal levitsky 919 N. market st. ste. 1300 p.o. box 2323 wilmington, DE. 19899-2323, mbna c/o karen v. sullivan p.o. box 2054 wilmington, DE. 19899.

Herman Kelly, pro, se

Herman Kelly Pro se
P.O. Box 4157
Det, Mich 48214

U.S.M.S





Clerk/Court Office
United States Federal
District Court Civil Div.
844 N. King Street
Lockbox 18
Wilmington, Delaware 19801-3570