# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: HERMAN KELLY, PRO SE | COURT CASE NUMBER: 1-06CV228JJF |
| DEFENDANT: MBNA AMERICA BANK, N.A | TYPE OF PROCESS: Complaint Summon |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MBNA America Bank, N.A

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
655 Papermill Road Wilmington DE. 19884-1411

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Herman Kelly
P.O. Box 14157
Detroit, Michigan 48214

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

P.O. Box 17054 Wilmington Delaware 19884-7054
P.O. Box 15646 Wilmington DE. 19850-5646
P.O. Box 15137 Wilmington, DE. 19850-5137
1-800-421-2110  1-800-441-7048  1-866-6184587

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 3138948855
DATE: Sept 12 2006

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Signature of Authorized USMS Deputy or Clerk: BF
Date: 10-5-06

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Pearl Coleman, Legal Sect.

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10-31-06   Time: 09:15 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | |

REMARKS:

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE
AM 9:39
RG served

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)