# OBERLY, JENNINGS & RHODUNDA, P.A.
### 1220 Market Street - Suite 710
### P. O. Box 2054
### Wilmington, Delaware 19899

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
------------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

November 20, 2006

<u>Via CM/ECF & Hand Delivery</u>
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

   RE: <u>**Herman Kelly v. MBNA America Bank**</u>, 06-228-JJF

Dear Judge Farnan:

  I write on behalf of Defendant MBNA America Bank, N.A. ("MBNA") to respectfully request an extension of time until December 4 to respond to the complaint. MBNA's response is currently due today. MBNA intends to move to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) based on *Lloyd v. v. MBNA America Bank, N.A.*, 2001 WL 194300 (D. Del. Feb. 21, 2001) (dismissing complaint in favor of arbitration), *aff'd*, 27 Fed. Appx. 82, 2002 WL 21932 (3d Cir. 2002). MBNA's motion is complete and its opening brief in support thereof is in large part completed. However, in order to finalize the opening brief, an employee of MBNA must provide an affidavit detailing the arbitration agreement(s) applicable to the Plaintiff's six accounts. Because of the number and age of accounts involved and staffing changes since the merger with Bank of America, MBNA is unable to provide the detailed information by today.

  Although I attempted to obtain the Plaintiff's agreement to, or position regarding, this request, I was unable to reach the Plaintiff. I called the phone number the Plaintiff provided to the Court three times. During the first two calls, the woman who answered the phone seemed to believe that I was making a prank call. During the last call, the woman who answered the phone advised that the Plaintiff was not available, that she did not know when he would be available, and that she could not provide another number to reach the Plaintiff. The woman then hung up.

  Pursuant to Fed. R. Civ. P. 6(b), the Court may, for cause shown, enlarge the time to respond without motion or notice. MBNA respectfully submits that it has shown cause to extend the time to respond to the complaint. Accordingly, MBNA respectfully requests that the Court enter the enclosed proposed order extending the time to respond to the complaint until December 4.

I am available to answer any questions the Court may have.

**Respectfully,**

*Karen V Sullivan*

**KAREN V. SULLIVAN**

/KVS
Enclosure
cc:     Herman Kelly (via U.S. mail)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Herman Kelly,

        Plaintiff,

v.

MBNA America Bank, National Arbitration Forum, Wolpoff & Abramson, L.L.P.

        Defendants.

C.A. No. 06-228-JJF

### ORDER

Upon consideration of Defendant MBNA America Bank, N.A. ("MBNA") request to extend the time to respond to the complaint, IT IS HEREBY ORDERED that the time for MBNA to respond to the complaint is extended until December 4, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE