IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERMAN KELLY, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 06-228-JJF |
| MBNA AMERICA BANK, NATIONAL ARBITRATION FORUM, WOLPOFF & ABRAMSON, L.L.P. | : |
|     Defendants. | : |

**ORDER**

Upon consideration of Defendant MBNA America Bank, N.A.'s ("MBNA") request to extend the time to respond to the complaint, IT IS HEREBY ORDERED that the time for MBNA to respond to the complaint is extended until December 4, 2006.

November 21, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE