# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Herman Kelly, | | |
| | Plaintiff, | |
| v. | | C.A. No. 06-228-JJF |
| MBNA America Bank, National Arbitration Forum, Wolpoff & Abramson, L.L.P. | | |
| | Defendants. | |

## DEFENDANT FIA CARD SERVICES, NATIONAL ASSOCIATION F/K/A MBNA AMERICA BANK, N.A.'S MOTION TO DISMISS AMENDED COMPLAINT

Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.

("MBNA") hereby moves this Honorable Court for an Order dismissing the Amended Complaint

against MBNA pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and the

doctrine of *res judicata.*  In support thereof, MBNA incorporates by reference its Opening Brief

in Support of Defendant MBNA America Bank, N.A.' Motion to Dismiss Amended Complaint.

OBERLY, JENNINGS & RHODUNDA, P.A.


Dated: December 4, 2006

 /s/ Karen V. Sullivan
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
1220 Market Street – Suite 710
P.O. Box 2054
Wilmington, DE  19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile
coberly@ojlaw.com
ksullivan@ojlaw.com

Attorneys for FIA Card Services, National
Association f/k/a MBNA America Bank, N.A.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

Herman Kelly,

                Plaintiff,

      v.                                  C.A. No. 06-228-JJF

MBNA America Bank, National Arbitration
Forum, Wolpoff & Abramson, L.L.P.

                Defendants.

## <u>ORDER</u>

Upon consideration of Defendant MBNA America Bank, N.A. Motion to Dismiss
Amended Complaint and the parties' arguments and submissions thereto, IT IS HEREBY
ORDERED, this _____ day of _____, 2006, that Defendant's motion is
GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I, Karen V. Sullivan, Esquire, hereby certify that a copy of the foregoing Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.'s Motion to Dismiss Amended Complaint was served by first class U.S. mail on this 4th day of December, 2006 on the following non-registered CM/ECF participant:

Herman Kelly
P.O. Box 14157
Detroit, MI  48214

    /s/ Karen V. Sullivan
KAREN V. SULLIVAN (No. 3872)