# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Herman Kelly, | |
|                Plaintiff, | |
|     v. | C.A. No. 06-228-JJF |
| MBNA America Bank, National Arbitration Forum, Wolpoff & Abramson, L.L.P. | |
|                Defendants. | |

## **DEFENDANT FIA CARD SERVICES, NATIONAL ASSOCIATION F/K/A MBNA AMERICA BANK, N.A.'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT**


Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street – Suite 710
P.O. Box 2054
Wilmington, DE  19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile
coberly@ojlaw.com
ksullivan@ojlaw.com

Attorneys for Defendant FIA Card Services,
National Association f/k/a MBNA America Bank,
N.A.


Dated: December 4, 2006

## <u>TABLE OF CONTENTS</u>

TABLE OF CONTENTS……………………………………………………………..i

TABLE OF AUTHORITIES…………………………………………………………...ii

NATURE & STAGE OF THE PROCEEDINGS…………………………………………1

SUMMARY OF THE ARGUMENT……………………………………………………..2

STATEMENT OF FACTS…………………………………………………………..3

ARGUMENT……………………………………………………………………...5

      I.     The Amended Complaint must be dismissed because it is an impermissible
           collateral attack on state court judgments and arbitration awards………………...5

      II.    The Amended Complaint must be dismissed pursuant to Rule 12(B)(1)
           Because all disputes between Plaintiff and MBNA are subject to arbitration…….7

CONCLUSION……………………………………………………………………..10

# TABLE OF AUTHORITIES

**Cases Cited**                                                                                      **Page**

*Accord Corey v. New York Stock Exchange*, 691 F.2d 1205 (6th Cir. 1982)………………………..6

*Appforge, Inc. v. Extended Systems, Inc.*, 2005 WL 705341, at *4 (D. Del. Mar. 28, 2005)……..8

*Ayres-Fountain v. Eastern Savings Bank*, 153 Fed. Appx. 91 (3d Cir. 2005)………………….5, 6

*D.C. Court of Appeals v. Feldman*, 460 U.S. 462 (1983)……...........................................................5

*DeLorto v. United Parcel Service, Inc.*, 401 F.Supp. 408 (D. Mass. 1975)………………………6

*Edelist v. MNBA America Bank*, 790 A.2d 1249 (Del. Super. Ct. 2001)…………………………8

*Green Tree Financial Corp. v. Randolph*, 531 U.S. 79 (2002)………………………………...7

*Harris v. Green Tree Financial Corp.*, 183 F.3d 173 (3d Cir. 1999)……………………………..7

*In re Knapper*, 407 F.3d 573 (3d Cir. 2005)……………………………………………………5, 6

*John Hancock Mutual Life Ins. Co. v. Olick*, 151 F.3d 132 (3d Cir. 1998)……………………8

*Lloyd v. MNBA America Bank, N.A.*, 2001 WL 194300 (D. Del. Feb. 21, 2001)
*aff'd*, 27 Fed. Appx. 82, 2002 WL 21932 (3d Cir. 2002)……………………………………7, 8

*Mitsubishi Motors Corp. v. Soler Chrysler-Plymouth, Inc.*, 473 U.S. 614 (1985)………………..8

*Moses H. Cone Memorial Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1 (1983)………………7, 8

*Piccola v. Dain, Lalman & Quail, Inc.*, 641 F.2d 598 (8th Cir. 1981)……………………………6

*Pick v. Discover Financial Services, Inc.*, 2001 WL 1180278 (D. Del. Sept. 28, 2001)………….8

*Rooker v. Fid. Trust Co.*, 263 U.S. 413 (1923)……………………………………….……………...5

*Sagal v. First USA Bank*, 69 F. Supp. 2d 627 (D. Del. 1999), *aff'd,* 254 F.3d 1078
(3d Cir. 2001)…………………………………………………………………………………...8

*Sharon Steel Corp. v. Jewell Cola & Coke Co.*, 735 F.2d 775 (3d Cir. 1984)……………………8

*Stulberg v. Intermedics Orthopedics, Inc.*, 997 F. Supp. 1060 (N.D. I11. 1998)…………………6

*Thornburg v. PAK 2000, Inc.*, 2004 WL 234650, *2 (D. Del. Feb. 2, 2004)……………………..8

**Statutes**

9 U.S.C. § 1……………………………………………………………………………………..7, 9

9 U.S.C. § 3………………………………………………………………………………………..7

9 U.S.C. § 4………………………………………………………………………………………..7

9 U.S.C. § 12……………………………………………………………………………………….6

28 U.S.C. § 1738…………………………………………………………………………………..6

## NATURE & STAGE OF THE PROCEEDINGS

On or about May 1, 2006, *pro se* plaintiff Herman Kelly (the "Plaintiff") filed a complaint (the "Complaint") (D.I. 2) in the United States District Court for the District of Delaware against MBNA America Bank, N.A. ("MBNA"),[1] National Arbitration Forum ("NAF") and Wolpoff & Abramson, L.L.P. ("W&A").  The Complaint was not served upon MBNA, and MBNA has not seen it because it is sealed.  On May 4, 2006, Plaintiff filed a document titled "Pre-Summon Action Notice of Complaint," which was docketed as the Redacted and Amended Complaint (the "Amended Complaint") (D.I. 5).  The Amended Complaint states:

> This is a claim of discrimination, illegal high compound interest prime rate, Harassment, Breach of comtract [sic] agreement, Double Jeopardy, Interference, Fraud, Sanctions/Injunction, False prosecution, False Advertising, Deceit Accounting practice, Conspiracy, Embezzlement, misrepresentation, Negligence, Settlement Compromise, Tampering with plaintiff as witness, Extortion.

Amended Complaint, D.I. 5, ¶ 2.  The claims are related to six accounts that the Plaintiff has with MBNA.

On May 22, 2006, NAF filed a motion to dismiss the Complaint and opening brief in support thereof.  (D.I. 8 & 9).  On July 14, 2006, W&A filed a motion to dismiss the Complaint and memorandum of law in support thereof.  (D.I. 20).  On July 18, 2006, the Court dismissed all claims against NAF and W&A and ordered the Plaintiff to serve MBNA through the U.S. Marshall's Service.  (D.I. 23).The return of service indicates that MBNA was served on October 31, 2006.  (D.I. 43).

MBNA today filed a Motion to Dismiss Amended Complaint (the "Motion").  This is MBNA's opening brief in support of the Motion.

---

[1]  MBNA America Bank, N.A. is now known as FIA Card Services, National Association.

1

## <u>SUMMARY OF THE ARGUMENTS</u>

The Plaintiff's claims are an improper, collateral attack on judgments of a Michigan state court and final arbitration awards. Under the *Rooker-Feldman* doctrine, the Court lacks subject matter jurisdiction for the Plaintiff's claims related to three of the Plaintiff's accounts for which a Michigan state court has entered judgments in favor of MBNA. Under the doctrine of *res judicata*, the Plaintiff's claims related to five of the Plaintiff's accounts for which an arbitration award is final are precluded.

Because the Plaintiff's claims are subject to a valid agreement to arbitrate that is governed by the Federal Arbitration Act, the Amended Complaint must be dismissed in favor of binding arbitration.

## STATEMENT OF FACTS

This case is a spurious attempt by the Plaintiff to avoid repayment of his obligations to MBNA.  The Plaintiff had six credit card accounts with MBNA: 1423; 3734; 5667; 6335; 6921; and 7332.[2]   The credit card agreement for each of the accounts (the "Agreements") contains a mandatory arbitration provision.  *See* Agreements attached to Arbitration Claims, Exhibits 1A, 2A, 3A, 4A, 5A & 6A.  The Plaintiff defaulted on each account by failing to pay as required by the Agreement.  *See* Arbitration Claims, Exhibits 1A, 2A, 3A, 4A, 5A & 6A.  As a result, and in accordance with the Agreements, MBNA instituted six arbitration proceedings against the Plaintiff in the National Arbitration Forum.  *Id.*  The Plaintiff was served with a copy of each of the six Arbitration Claims and had an opportunity to fully participate in the arbitrations.  *See* Exhibits 1B, 2B, 3B, 4B, 5B & 6B.

Although one of the arbitrations is still pending, the five that have reached a decision resulted in an arbitration award in favor of MBNA.  *See* Exhibits 1C, 2C, 3C, 5C and 6C.  A copy of each award was mailed to the Plaintiff by the National Arbitration Forum.  *Id.* (containing certificate of service by the Director of the National Arbitration Forum).  The Plaintiff did not move to vacate or modify any of the awards within the three month deadline set by the Federal Arbitration Act.  9 U.S.C. § 12.  MBNA has obtained judgments from the District Court of the State of Michigan in and for the 36th Judicial District with respect to three of the five arbitration awards.  *See* Exhibits 1C, 2C and 5C.  The Plaintiff did not appeal the judgments.

In this Court, the Plaintiff filed a Complaint on May 1, 2006.  (D.I. 2).  The Complaint was not served on MBNA.  Three days later, the Plaintiff filed an Amended Complaint.  (D.I. 5).  The docket reflects that this was served on MBNA by the Marshall's Service on October 31,

---

[2]  Due to privacy concerns, only the last four digits of the account numbers are included.

2006.  The Amended Complaint is confusing.  However, it is clear that regardless of the label that the Plaintiff attaches to the claims, they all are based on his allegation that he does not owe MBNA any amount on his accounts.  This is the exact issue that was presented in the arbitration proceedings between MBNA and the Plaintiff before the National Arbitration Forum.

## ARGUMENT

I.      **The Amended Complaint must be dismissed because it is an impermissible collateral attack on state court judgments and arbitration awards**

The Plaintiff is improperly attempting to litigate before this Court issues that have been decided by the District Court of the State of Michigan in and for the 36th Judicial District and/or the National Arbitration Forum.  All of the Plaintiff's variously titled claims are based on the very issue decided by the National Arbitration Forum and the District Court of the State of Michigan in and for the 36th Judicial District – does Plaintiff owe MBNA money for his credit card accounts.[3]  As a result, the Amended Complaint must be dismissed

With respect to the three accounts for which a Michigan state court judgment has been entered affirming the arbitration awards, the Court lacks subject matter jurisdiction under the *Rooker-Feldman* doctrine.  *See In re Knapper*, 407 F.3d 573 (3d Cir. 2005); *Ayres-Fountain v. Eastern Savings Bank*, 153 Fed. Appx. 91 (3d Cir. 2005).  The *Rooker-Feldman* doctrine deprives a federal district court of jurisdiction to review, directly or indirectly, a state court adjudication. *See D.C. Court of Appeals v. Feldman,* 460 U.S. 462 (1983); *Rooker v. Fid. Trust Co.,* 263 U.S. 413, 416 (1923).  A claim is barred by *Rooker-Feldman* "if the federal claim was actually litigated in state court prior to the filing of the federal action" or "if the federal claim is inextricably intertwined with the state adjudication, meaning that federal relief can only be predicated upon a conviction that the state court was wrong."  *In re Knapper*, 407 F.3d at 580.  Here, the relief sought by the Plaintiff would "reduce the state court judgments to nullities."  *Id.*

---

[3] Because a decision has not been rendered in the National Arbitration Forum proceeding related to account 6335 (Exhibit 4), this argument does not pertain to the Plaintiff's allegations related to that account.  However, the Plaintiff's claims related to account 6335 should be dismissed in favor of arbitration.  *See* Argument II.

at 582; *See Ayres-Fountain,* 153 Fed. Appx. 91.  As a result, the Court lacks subject matter jurisdiction.[4]

With respect to the two accounts for which an arbitration award was entered, but for which a judgment has not yet been entered, the Plaintiff is improperly attempting to collaterally attack the awards after the time to seek relief from the awards has passed.  Under the Federal Arbitration Act, a party has only three months after an award is filed to move to modify, vacate or correct the award.  9 U.S.C. § 12.  "A party to an arbitration award who fails to comply with the statutory precondition of timely service of notice forfeits the right to judicial review of the award."  *Piccolo v. Dain, Kalman & Quail, Inc.,* 641 F.2d 598, 600 (8th Cir. 1981) (citations omitted); *Accord Corey v. New York Stock Exchange,* 691 F.2d 1205, 1212 (6th Cir. 1982); *See also DeLorto v. United Parcel Service, Inc.,* 401 F.Supp. 408, 409 (D. Mass. 1975) (holding plaintiff who brought action to set aside arbitrator's award could not avoid effect of statute of limitations by asserting that the arbitrator did not have jurisdiction of the dispute; time bar applied nonetheless).  The Plaintiff did not timely move to vacate the arbitration awards.  If the Amended Complaint is viewed as an attempt to vacate the arbitration awards, it must be dismissed as untimely.  If the Plaintiff's claims are not viewed as a late and improper attempt to vacate the arbitration awards, dismissal is still warranted because the arbitration awards preclude his claims under the doctrine of *res judicata.*  Unconfirmed arbitration awards have a preclusive effect on subsequent court actions. *See, e.g., Stulberg v. Intermedics Orthopedics, Inc.*, 997 F. Supp. 1060, 1068 (N.D. Ill. 1998) (collecting cases).  As a result, because the Plaintiff's claims

---

[4] Moreover, if the Court does not lack subject matter jurisdiction, then the Plaintiff's claims related to the three accounts for which judgments have been entered by the Michigan state court are barred by the doctrine of *res judicata.  See Ayres-Fountain*, 153 Fed. Appx. at 93; *See also In re Knapper,* 407 F.3d 573, 584 (3d Cir. 2005) (concurring opinion) ("Where, as here, a final judgment has been entered by the state court, the Full Faith and Credit statute, 28 U.S.C. § 1738, requires such judgment be accorded the same respect and finality in federal court it would receive in its state of origin.").

relate to whether he owes MBNA monies on his accounts and because the arbitrations decided exactly that issue, Plaintiff's claim are barred by the doctrine of *res judicata* and must be dismissed.

**II.    The Amended Complaint must be dismissed pursuant to Rule 12(b)(1) because all disputes between Plaintiff and MBNA are subject to arbitration.**

"If an arbitration clause is valid and enforceable, a court does not have jurisdiction over the underlying dispute and must refer the case to an arbitrator." *Lloyd v. MBNA America Bank, N.A.*, 2001 WL 194300 (D. Del. Feb. 21, 2001), *aff'd*, 27 Fed. Appx. 82, 2002 WL 21932 (3d Cir. 2002) (citing *Harris v. Green Tree Financial Corp.*, 183 F.3d 173, 179-80 (3d Cir. 1999)). The Federal Arbitration Act (the "Act" or "FAA"), 9 U.S.C. § 1, et seq., requires that arbitration agreements be rigorously enforced. The FAA specifically provides that:

> [I]f any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement.

9 U.S.C. § 3. If a party refuses to participate in arbitration, the Act requires the court to order the parties "to proceed to arbitration in accordance with the terms of the agreement." 9 U.S.C.§ 4. Although section 3 provides that a court shall stay an action subject to arbitration, "[c]ourts have interpreted the provisions, however, to permit dismissal if all issues raised in an action are arbitrable and must be submitted to arbitration." *Lloyd v. MBNA America Bank, N.A.*, 2001 WL 194300, at * 4 (D. Del. Feb. 21, 2001), *aff'd*, 27 Fed. Appx. 82, 2002 WL 21932 (3d Cir. 2002).

Federal law strongly favors the arbitration of disputes and the enforcement of arbitration agreements. *See, e.g.*, *Green Tree Financial Corp. v. Randolph*, 531 U.S. 79, 89 (2000); *Moses*

*H. Cone Memorial Hosp. v. Mercury Constr. Corp.,* 460 U.S. 1, 24 (1983); *Thornburg v. PAK 2000, Inc.*, 2004 WL 234650, *2 (D. Del. Feb. 2, 2004) ("the question of whether a particular claim is subject to arbitration "should be resolved in favor of arbitration.") (citing *Mitsubishi Motors Corp. v. Soler Chrysler-Plymouth, Inc.,* 473 U.S. 614, 626 (1985)).  A court should compel arbitration pursuant to the FAA where (i) the parties entered into a valid arbitration agreement, and (ii) the dispute falls within the language of the arbitration provision.  *See John Hancock Mutual Life Ins. Co. v. Olick*, 151 F.3d 132, 137 (3d Cir. 1998).  Moreover, where a contract contains an arbitration provision, "a presumption of arbitrability aris es. This presumption may be overcome only if 'it may be said with positive assurance that the arbitration clause is not susceptible of an interpretation that covers the asserted dispute.'" *Appforge, Inc. v. Extended Systems, Inc.,* 2005 WL 705341, at *4 (D. Del. Mar. 28, 2005) (quoting *Sharon Steel Corp. v. Jewell Cola & Coke Co.*, 735 F.2d 775, 778 (3d Cir. 1984)).

Because the Agreements between the Plaintiff and MBNA contain a valid arbitration agreement and because this dispute falls squarely within that agreement, the Court should dismiss this proceeding in favor of arbitration.  *See Pick v. Discover Financial Services, Inc.*, 2001 WL 1180278 (D. Del. Sept. 28, 2001); *Lloyd v. MBNA America Bank, N.A.*, 2001 WL 194300 (D. Del. Feb. 21, 2001), *aff'd*, 27 Fed. Appx. 82, 2002 WL 21932 (3d Cir. 2002); *Sagal v. First USA Bank*, 69 F. Supp. 2d 627 (D. Del. 1999), *aff'd*, 254 F.3d 1078 (3d Cir. 2001); *Edelist v. MBNA America Bank*, 790 A.2d 1249 (Del. Super. Ct. 2001).

The Agreements require arbitration of all claims between the parties related in any way to the Credit Card Agreement or the Plaintiff's account.  The arbitration provision provides in pertinent part:

> Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way

8

to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including Claims regarding the applicability of this Arbitration and Litigation Section or the validity of the entire Agreement or any prior Agreement, shall be resolved by binding arbitration.

Plaintiff's claims all arise from or are related to the Credit Card Agreement between and/or Plaintiff's accounts with MBNA.  Because the Plaintiff's claims are subject to a valid agreement to arbitrate that is governed by the FAA, the Amended Complaint must be dismissed in favor of binding arbitration.

## <u>CONCLUSION</u>

For the foregoing reasons, MBNA requests that the Court dismiss Plaintiff's Amended Complaint as an improper collateral attack.  In the alternative, MBNA requests that the Court dismiss Plaintiff's Amended Complaint in favor of arbitration.

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: December 4, 2006

   /s/ Karen V. Sullivan
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
1220 Market Street – Suite 710
P.O. Box 2054
Wilmington, DE  19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile
coberly@ojlaw.com
ksullivan@ojlaw.com

Attorneys for FIA Card Services, National
Association f/k/a MBNA America Bank, N.A.

# EXHIBIT 1B



**PFI** | PROCESS FORWARDING INTERNATIONAL

910 5th Ave. Seattle, Wahington 98104    www.pfiserves.com
800-232-8854    206-521-9000    fax: 800-734-6859

# PROCESS  SERVICE  INVOICE

| | |
|---|---|
| Bill To: | **Wolpoff & Abramson, LLP** |
| | **702 King Farm Blvd** |
| | **Rockville, MD    20850-5775** |
| Account #:  102448 | Phone: 800 678-0303 |
| Client Attn: | |
| Order Attn: Debbie Laylor | |

INVOICE #: **3709387**

DATE:       Aug  5 2005
BILL REF:  131276966

**AMOUNT DUE :  $69.00**

| | |
|---|---|
| **COURT:** | NATIONAL ARBITRATION FORUM |
| **CASE NAME:** | MBNA AMERICA BANK, N.A.   vs. HERMAN KELLY |
| **CASE NUMBER:** | FA0504000464237                                                **HEARING DATE:** |
| **SERVEE:** | HERMAN KELLY |
| **PERSON SERVED:** | JOHN DOE, NEPHEW  AA Male, light complexion, approx. 5'9", 175 pounds with green eyes |
| **SERVICE DATE:** | Aug  1 2005  5:45PM    **SERVED BY:** Jeff Clark |
| **SERVICE ADDRESS:** | 3056 BEWICK ST DETROIT, MI 48214 |
| **DOCUMENTS:** | ARBITRATION CLAIM |
| **SERVICE NOTE** | |

**BAD ADDRESS LIST**

| SERVICE  PERFORMED | NOTE | RATE |
|---|---|---|
| PFI SERVED | | 69.00 |
| | SUB TOTAL | 69.00 |
| | PREPAID RETAINER | 0.00 |
| | **AMOUNT DUE** | **69.00** |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

O F F I C I A L   P R O C E S S   S E R V E R   T O
U. S.  D E P T.  O F  J U S T I C E  A N D  U. S.  S T A T E  D E P T.

IN THE
NATIONAL ARBITRATION FORUM

| | |
|---|---|
| **MBNA AMERICA BANK, N.A.** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO. **FA0504000464237** |
| | DECLARATION OF SERVICE OF: |
| **vs.** | **ARBITRATION CLAIM** |
| **HERMAN KELLY** | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **1st day of August, 2005, at 5:45 PM**, at the address of **3056 BEWICK Street , DETROIT, Wayne** County, **MI** ; this declarant served the above described documents upon **HERMAN KELLY,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Nephew, AA Male, light complexion, approx. 5'9", 175 pounds with green eyes**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Maryland** that the statement above is true and correct.

DATED this 3rd day of August, 2005.

Jery Clark

| | | |
|---|---|---|
| ABC's Client Name<br>**Wolpoff & Abramson, LLP**<br>131276966 | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: **3709387** |

# EXHIBIT 2B



**PFI** | P R O C E S S
         | F O R W A R D I N G
         | I N T E R N A T I O N A L

910 5th Ave. Seattle, WA 98104  www.abclegal.com
(206) 521-9000   Fax: (206) 224-3409

# PROCESS SERVICE INVOICE

Bill To:

**Wolpoff & Abramson, LLP**
**702 King Farm Blvd**

**Rockville, MD  20850-5775**

Account #:  102448                   Phone: 800 678-0303
Client Attn:
Order Attn: Debbie Laylor

INVOICE #: **3667716**

DATE:         Jun 22 2005
BILL REF:   131277382

**AMOUNT DUE : $69.00**

| | |
|---|---|
| **COURT:** | NATIONAL ARBITRATION FORUM |
| **CASE NAME:** | MBNA AMERICA BANK, N.A.   vs. HERMAN KELLY |
| **CASE NUMBER:** | FA0503000439604 |
| **SERVEE:** | HERMAN KELLY |
| **PERSON SERVED:** | JOHN DOE, NEPHEW  wouldn't give name, Black male, green eyes, black hair, 33 years of age, 5'10", 170 lbs |

**HEARING DATE:**

**SERVICE DATE:**     Jun 15 2005  8:45PM     **SERVED BY:** Jeff Clark
**SERVICE ADDRESS:**  3056 BEWICK DETROIT, MI 48214
**DOCUMENTS:**          ARBITRATION CLAIM
**SERVICE NOTE**

**BAD ADDRESS LIST**

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| PFI SERVED | | 69.00 |
| | SUB TOTAL | 69.00 |
| | PREPAID RETAINER | 0.00 |
| | AMOUNT DUE | **69.00** |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

O F F I C I A L   P R O C E S S   S E R V E R   T O
U. S.  D E P T.  O F  J U S T I C E  A N D  U.S.  S T A T E  D E P T.

IN THE
NATIONAL ARBITRATION FORUM

| | |
|---|---|
| **MBNA AMERICA BANK, N.A.** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO. **FA0503000439604** |
| | DECLARATION OF SERVICE OF: |
| vs. | **ARBITRATION CLAIM** |
| **HERMAN KELLY** | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **15th day of June, 2005, at 8:45 PM**, at the address of **3056 BEWICK , DETROIT, Wayne** County, **MI** ; this declarant served the above described documents upon **HERMAN KELLY,** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Nephew, wouldn't give name, Black male, green eyes, black hair, 33 years of age, 5'10", 170 lbs,** a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Maryland** that the statement above is true and correct.

DATED this **21st day of June, 2005**.

Jeff Clark

| | | |
|---|---|---|
| ABC's Client Name | ORIGINAL PROOF OF | ABC Tracking #: **3667716** |
| **Wolpoff & Abramson, LLP** | SERVICE | |
| **131277382** | | |

# EXHIBIT 3B



**PF·I** | PROCESS
FORWARDING
INTERNATIONAL

910 5ᵗʰ Ave. Seattle, Wahington 98104   www.pfiserves.com
800-232-8854   206-521-9000   fax: 800-734-6859

# PROCESS SERVICE INVOICE

Bill To:    **Wolpoff & Abramson, LLP**
            **702 King Farm Blvd**

            **Rockville, MD   20850-5775**

Account #:  102448              Phone: 800 678-0303
Client Attn:
Order Attn: Debbie Laylor

INVOICE #: **3813143**

DATE:      Dec 29 2005
BILL REF:  131277641

## AMOUNT DUE : **$69.00**

| | |
|---|---|
| COURT: | NATIONAL ARBITRATION FORUM |
| CASE NAME: | MBNA AMERICA BANK, N.A.   vs. HERMAN KELLY |
| CASE NUMBER: | FA0509000556840 |
| SERVEE: | HERMAN KELLY |
| PERSON SERVED: | " Jane Doe"  African American female, dark hair and eyes, mid 20's, 5'8", 175 pounds |
| SERVICE DATE: | Dec 14 2005  6:13PM    SERVED BY:  Jeff Clark |
| SERVICE ADDRESS: | 3056 BEWICK ST DETROIT, MI 48214 |
| DOCUMENTS: | ARBITRATION CLAIM |
| SERVICE NOTE | |

HEARING DATE:

BAD ADDRESS LIST

| SERVICE  PERFORMED | NOTE | RATE |
|---|---|---|
| | | 69.00 |
| PFI SERVED | | |
| | SUB TOTAL | 69.00 |
| | PREPAID RETAINER | 0.00 |
| | **AMOUNT DUE** | **69.00** |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL  PROCESS  SERVER  TO
U.S.  DEPT.  OF  JUSTICE  AND  U.S.  STATE  DEPT.

IN THE
NATIONAL ARBITRATION FORUM

MBNA AMERICA BANK, N.A.

                Plaintiff/Petitioner

vs.
HERMAN KELLY

            Defendant/Respondent

Hearing Date:

CAUSE NO. **FA0509000556840**

DECLARATION OF SERVICE OF:
**ARBITRATION CLAIM**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **14th day of December, 2005, at 6:13 PM**, at the address of **3056 BEWICK Street , DETROIT, Wayne** County, **MI ;** this declarant served the above described documents upon **HERMAN KELLY**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **" Jane Doe", African American female, dark hair and eyes, mid 20's, 5'8", 175 pounds**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Maryland** that the statement above is true and correct.

DATED this 20th day of **December, 2005**.

Jeff Clark

ABC's Client Name
**Wolpoff & Abramson, LLP**
**131277641**

ORIGINAL PROOF OF
SERVICE

ABC Tracking #: 3813143

# EXHIBIT 4B



**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104    www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

# PROCESS SERVICE INVOICE

| Bill To: | **Wolpoff & Abramson, LLP**<br>**702 King Farm Blvd**<br><br>**Rockville, MD   20850-5775** |
|---|---|
| Account #:  102448 | Phone: 800 678-0303 |
| Client Attn: | |
| Order Attn: Debbie Laylor | |

INVOICE #:  **3819826**

DATE:       Feb  6 2006
BILL REF:   133356583

## AMOUNT DUE : $69.00

| | |
|---|---|
| **COURT:** | NATIONAL ARBITRATION FORUM |
| **CASE NAME:** | MBNA AMERICA BANK, N.A.  vs. HERMAN KELLY |
| **CASE NUMBER:** | FA0507000516373                                    **HEARING DATE:** |
| **SERVEE:** | HERMAN KELLY |
| **PERSON SERVED:** | "John Doe" Nephew, black male, 30+, 5'9', 180 pounds, dark hair and eyes |
| **SERVICE DATE:** | Feb  1 2006  9:30AM    **SERVED BY:** Jeff Clark |
| **SERVICE ADDRESS:** | 3056 BEWICK ST DETROIT, MI 48214 |
| **DOCUMENTS:** | ARBITRATION CLAIM |
| **SERVICE NOTE** | |

**BAD ADDRESS LIST**

| SERVICE  PERFORMED | NOTE | RATE |
|---|---|---|
| PFI SERVED | | 69.00 |
| | SUB TOTAL | 69.00 |
| | PREPAID RETAINER | 0.00 |
| | **AMOUNT DUE** | **69.00** |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

O F F I C I A L   P R O C E S S   S E R V E R   T O
U. S.  D E P T.  O F  J U S T I C E  A N D  U.S.  S T A T E  D E P T.

IN THE
NATIONAL ARBITRATION FORUM

| | |
|---|---|
| **MBNA AMERICA BANK, N.A.** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO. **FA0507000516373** |
| vs.<br>**HERMAN KELLY** | DECLARATION OF SERVICE OF:<br>**ARBITRATION CLAIM** |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **1st day of February, 2006, at 9:30 AM**, at the address of **3056 BEWICK Street , DETROIT, Wayne** County, **MI** ; this declarant served the above described documents upon **HERMAN KELLY,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **"John Doe", Nephew, black male, 30+, 5'9', 180 pounds, dark hair and eyes,** a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Maryland** that the statement above is true and correct.

DATED this **2nd day of February, 2006.**

Jeff Clark

| | | |
|---|---|---|
| ABC's Client Name<br>**Wolpoff & Abramson, LLP**<br>133356583 | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: 3819826 |

# EXHIBIT 5B



**PFI** | P R O C E S S
F O R W A R D I N G
I N T E R N A T I O N A L

910 5th Ave. Seattle, WA 98104  www.abclegal.com
(206) 521-9000   Fax: (206) 224-3409

# PROCESS SERVICE INVOICE

Bill To:

**Wolpoff & Abramson, LLP
702 King Farm Blvd**

**Rockville, MD   20850-5775**

Account #: 102448
Attention:  Jose Salcedo   800 678-0303

INVOICE #:  **3677821**

DATE:         Jun 17 2005
BILL REF:    131277972

## AMOUNT DUE :  $69.00

| | |
|---|---|
| COURT: | NATIONAL ARBITRATION FORUM |
| CASE NAME: | MBNA AMERICA BANK, N.A.   vs. HERMAN KELLY |
| CASE NUMBER: | FA0502000432125 |
| SERVEE: | HERMAN KELLY |
| PERSON SERVED: | Herman's nephew  African American male, green eyes, black hair, 32 years of age, 5'5 |
| SERVICE DATE: | Jun 11 2005  5:17PM     SERVED BY:  Jeff Clark |
| SERVICE ADDRESS: | 3056 BEWICK ST DETROIT, MI 48214 |
| DOCUMENTS: | ARBITRATION CLAIM |
| SERVICE NOTE | |

HEARING DATE:

**BAD ADDRESS LIST**

| SERVICE  PERFORMED | NOTE | RATE |
|---|---|---|
| PFI SERVED | | 69.00 |
| | SUB TOTAL | 69.00 |
| | PREPAID RETAINER | 0.00 |
| | **AMOUNT DUE** | **69.00** |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

O F F I C I A L   P R O C E S S   S E R V E R   T O
U.S.  D E P T.  O F  J U S T I C E  A N D  U.S.  S T A T E  D E P T.

Page 1 of 1
OR_PFI_INV

IN THE
NATIONAL ARBITRATION FORUM

| | |
|---|---|
| **MBNA AMERICA BANK, N.A.** | Hearing Date: |
| _Plaintiff/Petitioner_ | CAUSE NO. **FA0502000432125** |
| **vs.** | DECLARATION OF SERVICE OF: |
| **HERMAN KELLY** | **ARBITRATION CLAIM** |
| _Defendant/Respondent_ | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **11th day of June, 2005, at 5:17 PM**, at the address of **3056 BEWICK Street , DETROIT, Wayne** County, **MI** ; this declarant served the above described documents upon **HERMAN KELLY,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Herman's nephew, African American male, green eyes, black hair, 32 years of age, 5'5**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Maryland** that the statement above is true and correct.

DATED this 1**4th day of June, 2005.**

**Jeff Clark**

| | | |
|---|---|---|
| ABC's Client Name | ORIGINAL PROOF OF | ABC Tracking #: **3677821** |
| **Wolpoff & Abramson, LLP** | SERVICE | |
| **131277972** | | |

# EXHIBIT 6B



**PFI** | PROCESS FORWARDING INTERNATIONAL

910 5th Ave. Seattle, Wahington 98104    www.pfiserves.com
800-232-8854    206-521-9000    fax: 800-734-6859

# PROCESS SERVICE INVOICE

Bill To:

**Wolpoff & Abramson, LLP**
**702 King Farm Blvd**

**Rockville, MD    20850-5775**

Account #:  102448              Phone: 800 678-0303
Client Attn:
Order Attn: Debbie Laylor

INVOICE #:  **3679251**

DATE:       Jul 15 2005
BILL REF:   131277721

**AMOUNT DUE :  $69.00**

| | |
|---|---|
| COURT: | NATIONAL ARBITRATION FORUM |
| CASE NAME: | MBNA AMERICA BANK, N.A.   vs. HERMAN KELLY |
| CASE NUMBER: | FA0504000463537 |
| SERVEE: | HERMAN KELLY |
| PERSON SERVED: | "John Doe"  Nephew, AA Male, approx. 28 y/o, 5'9" 170 pounds with green eyes |
| SERVICE DATE: | Jul  9 2005  8:28AM     SERVED BY:  Jeff Clark |
| SERVICE ADDRESS: | 3056 BEWICK ST DETROIT, MI 48201 |
| DOCUMENTS: | ARBITRATION CLAIM |
| SERVICE NOTE | |

HEARING DATE:

**BAD ADDRESS LIST**

| SERVICE  PERFORMED | NOTE | RATE |
|---|---|---|
| PFI SERVED | | |
| | | 69.00 |
| | SUB TOTAL | 69.00 |
| | PREPAID RETAINER | 0.00 |
| | **AMOUNT DUE** | **69.00** |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

O F F I C I A L   P R O C E S S   S E R V E R   T O
U. S.   D E P T.   O F   J U S T I C E   A N D   U. S.   S T A T E   D E P T.

Page 1 of 1
OR_PFI_INV

IN THE
NATIONAL ARBITRATION FORUM

| | |
|---|---|
| **MBNA AMERICA BANK, N.A.** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO. **FA0504000463537** |
| | DECLARATION OF SERVICE OF: |
| **vs.** | **ARBITRATION CLAIM** |
| **HERMAN KELLY** | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **9th day of July, 2005, at 8:28 AM**, at the address of **3056 BEWICK Street , DETROIT, Wayne County, MI** ; this declarant served the above described documents upon **HERMAN KELLY,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **"John Doe", Nephew, AA Male, approx. 28 y/o, 5'9" 170 pounds with green eyes,** a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Maryland** that the statement above is true and correct.

DATED this 12th day of July, 2005.

_____
Jeff Clark

ABC's Client Name
**Wolpoff & Abramson, LLP**
**131277721**

ORIGINAL PROOF OF
SERVICE

ABC Tracking #: 3679251

## <u>CERTIFICATE OF SERVICE</u>

   I, Karen V. Sullivan, Esquire, hereby certify that a copy of the foregoing Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.'s Motion to Dismiss Amended Complaint was served by first class U.S. mail on this 4th day of December, 2006 on the following non-registered CM/ECF participant :

Herman Kelly
P.O. Box 14157
Detroit, MI  48214


          /s/ Karen V. Sullivan
         KAREN V. SULLIVAN (No. 3872)

# EXHIBIT 1A

9001

**IN THE**
**NATIONAL ARBITRATION FORUM**
**CLAIM**

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Attorneys in the Practice of Debt Collection
Two Irvington Centre
702 King Farm Blvd.
Rockville, MD 20850

**RE:**
**Forum File Number:**   FA0504000464237
**Claimant File Number:**   0131276966
**Account No.:**   ⬛⬛⬛⬛⬛⬛⬛423
**Card member Agreement Type:**  NEXT90

**CLAIMANT,**

Herman Kelly
3056 Bewick St
Detroit MI 48214-2157

**RESPONDENT(S),**

For a Claim against Respondent(s), Claimant states:

1.  By way of contract and use of the credit account at issue, Respondent(s) became bound by the terms of a credit agreement (hereinafter the "Agreement"), which is attached hereto and incorporated herein by reference.

2.  Respondent(s) is/are in default under the terms of the Agreement and is/are now indebted to Claimant in the amount of $4219.05   , as reflected in the attached account summary, plus interest of $90.74     as of the date of filing, and at 5.00%     thereafter.

3.  Despite repeated demands for payment, Respondent(s) has/have not paid the amounts due.

4.  Claimant requests an Award for the amounts reflected in Paragraph 2, plus all arbitration fees incurred, Process of Service fees and Attorney Fees of $632.85     , if allowed by law, equaling 15% of the outstanding principal balance.

5.  The attached Agreement contains a Delaware choice of law provision and a provision for "reasonable" attorney fees. Delaware law specifically provides that an attorney fee may be awarded in an amount up to 20% on an unpaid claim if allowed by law. See, 10 Del. Code Sec. 3912 (Pleading & Practice).

6.  The attached Agreement contains a mandatory arbitration provision under the Rules of the National Arbitration Forum ("NAF").

The undersigned counsel for Claimant asserts, under penalty of perjury, that the information contained in this Claim and the supporting documents attached hereto are accurate based upon information provided by Claimant to the undersigned counsel.

WOLPOFF & ABRAMSON, L.L.P.
*Attorneys in the Practice of Debt Collection*

By:    *Jamie B. Vodoklys*

Jamie B. Vodoklys, Esq.
ADMITTED: (MD)

*Neal J. Levitsky*

Neal J. Levitsky, Esq.
ADMITTED: (DE)

Counsel for the Claimant

If Respondent or counsel wishes to contact Claimant, please call or write:
**Paralegal Department**
Wolpoff & Abramson, L.L.P.
Two Irvington Centre
702 King Farm Blvd., 5th Floor
Rockville, MD 20850
1-800-830-2793

NAFCM2/NAF3        501A                                                          NO CARD

9002

## SUMMARY OF ACCOUNT INFORMATION

ACCOUNT STATUS REPORT

Date Filed:          04/15/2005

Account Number:        ████████1423

Cardmember Agreement:    NEXT90

Primary Account Holder:   HERMAN KELLY

Address:          3056 Bewick St

Detroit, MI 48214-2157

Home Phone:

Work Phone:

Social Security Number:   ████1838

Secondary Account Holder:

Address:

Home Phone:

Work Phone:

Principal Balance:      $4219.05

Interest Rate:       5%

Date Assigned:       11/08/2004

INFORMATION DRAWN FROM ACCOUNT RECORDS AND CURRENT AS OF THE DATE FILED

501A
NAFCL4/NAF3

9003

# NOTICE OF ARBITRATION

Dear Respondent,

AN ARBITRATION CLAIM HAS BEEN FILED AGAINST YOU.

Enclosed and served upon you is the Initial Claim. You may obtain a copy of the Code of Procedure, without cost, from the Claimant or from the Forum at WWW.ARBITRATION-FORUM.COM or 800/474-2371.

IF YOU DO NOT SERVE THE CLAIMANT AND FILE WITH THE FORUM A WRITTEN RESPONSE, AN AWARD MAY BE ENTERED AGAINST YOU. AN ARBITRATION AWARD MAY BE ENFORCED IN COURT AS A CIVIL JUDGMENT.

YOU HAVE THIRTY (30) DAYS TO RESPOND FROM RECEIPT OF SERVICE.

You have a number of options at this time. You may:

1. *Submit a written Response to the Claim*, stating your reply and defenses to the Claim, together with documents supporting your position. Your Response must be served on the Claimant and filed with the Forum. Read Forum Code of Procedure Rule 13. A Counter Claim, Cross-claim or Third Party Claim may also be served and filed, and accompanied by the fee as provided in the Fee Schedule. Forms for such Response and Claims may be obtained from the Forum. If you fail to respond in writing to the Claim, an Award may be entered against you and in favor of the Claimant and you will lose your case.

2. *Demand a Document Hearing or a Participatory Hearing.* You may request a Hearing in your Response or in a separate writing. Unless you have agreed otherwise, an In-person Participatory Hearing will be held in the Judicial District where you reside or do business. You may also request a hearing on-line or by telephone. Your written Request for a Hearing must be filed with the Forum. You must also serve a copy of your Request on the Claimant and any other Parties. Read Forum Code of Procedure Rules 25 and 26.

3. *Have other options.* You may seek the advice of an attorney or any person who may assist you regarding this arbitration. You should seek this advice promptly so that your Response can be served and filed within the time required by the Code of Procedure. If you have any questions or need help in responding, you may contact the Forum.

The Forum is an independent and impartial arbitration organization, which does not give legal advice or represent parties. THIS SUMMARY IS NOT A SUBSTITUTE FOR READING AND UNDERSTANDING THE CODE OF PROCEDURE WHICH GOVERNS THIS ARBITRATION.

The Forum
P.O. Box 50191
Minneapolis USA 55405-0191
(651) 631-1105  (800) 474-2371
info@arb-forum.com
ARBITRATION-FORUM.COM

501A
NAFCL5/NAF3

# Credit Card Agreement
## Additional Terms and Conditions

# Selected Sections

- Privacy Notice ....................................
- Accuracy of Information Furnished ...... 4
- Credit Reporting Agencies ...................... 4
- How to Use Your Account ...................... 4
- Payments on Your Account ...................... 5
- We May Amend This Agreement ........... 8
- What Law Applies ................................. 9
- Arbitration and Litigation ...................... 9

## Your Contract With Us

Your Credit Card Agreement with us consists of these Additional Terms and Conditions and the document called the Required Federal Disclosures.

You agree to the terms and conditions of this Agreement. For the purpose of the first paragraph of the Privacy Notice, For the remainder of the Agreement, we will use the definitions described under the section heading Words Used Often In This Agreement.

## Privacy Notice

**Your privacy is important to us.** At MBNA, we are committed to providing you with the finest financial products and services backed by consistently top-quality service. And while information about you is fundamental to our ability to do this, we fully recognize the importance of keeping personal and account information secure.

To offer you the widest range of products and services, MBNA and outside of MBNA with other companies. This allows us to offer you products and services that are available directly from MBNA or through our relationships with other companies. We want you to understand our information safeguards, what information we collect, what information we share, and the benefits you receive when we share information about you.

This notice describes the privacy practices of MBNA Corporation and all MBNA affiliates, including MBNA America Bank, N.A., MBNA America (Delaware), N.A., Palladian Travel Services, Inc., MBNA Hallmark Information Services, Inc., MBNA Marketing Systems, Inc., and MBNA Insurance Agency, Inc. (collectively, "MBNA"), for financial products and services governed by the laws of the United States of America. This notice explains MBNA's information collection and sharing practices and lets you choose whether or not MBNA may share certain information about you, either within MBNA or outside of MBNA with other companies.

**Our Security Procedures:** MBNA understands the importance of protecting and securing information and using it appropriately. Access to information about you is restricted to the people of MBNA who require it to provide products or services to you. We maintain physical, electronic, and procedural safeguard that comply with federal standards for the security of information.

When MBNA shares information about you with companies outside of MBNA, we require them to impose safeguards, use it only for a permitted purpose and to return it to us or destroy it once that purpose is served. We limit the amount of information shared to what is appropriate to offer a product or service efficiently. MBNA requires any company receiving information from MBNA to sign a Confidentiality Agreement containing these requirements and obligating that company to protect the information as we would.

**Information We Collect:** MBNA collects and uses nonpublic personal information about you to conduct our business and to consistently deliver the top-quality Customer service you expect from us. Sources of this information include the following.

- Information we receive from you on applications and other forms or through your correspondence or communication with us including through the mail, by telephone, or over the Internet.
- Information we receive from third parties, such as consumer reporting agencies, to verify statements you've made to us, or regarding your employment, credit, or other relationships; and
- Information about your transactions with MBNA and with other companies outside of MBNA.

**Information We Share Within MBNA.** We may share all of the information we collect about you with financial service companies within MBNA to offer additional products or services that may interest you and best meet your needs. We believe this is convenient and may save you both time and money. To do so, we share identification information (such as name and address), transaction and experience information (such as purchases and payments), credit eligibility information (such as credit reports and applications), and other information. The decision to purchase any such products or services is yours alone. You may tell us not to share credit eligibility information about you within MBNA, but please understand that this does not prohibit us from offering you additional products and services or from sharing transaction and experience, identification, and other information within MBNA.

**Information We Share With Others:** From time to time, we may allow companies outside of MBNA to offer you their products and services that may interest you. These products and services may be offered by financial service providers (such as banks, loan brokers, account aggregators, insurance agents, insurance companies, mortgage bankers, and securities broker-dealers), by nonfinancial companies (such as retailers, direct marketers, communications companies, Internet service providers, manufacturers, travel agents, cruise lines, car rental agencies, hotels, airlines, publishers, and organizations endorsing MBNA financial products or services), and others (such as nonprofit organizations). Subject to applicable law, we may share all the information we collect with these companies outside of MBNA, unless you tell us not to.

Additionally, we may share all the information we collect with companies that perform marketing on other services on our behalf or to other financial institutions with which we have joint marketing agreements. We are also permitted by law to share information about you with other companies in certain circumstances. For instance, we may share all of the information we collect with companies assisting us in servicing your loan or account, with companies that endorse our products and services through affinity agreements, and with government entities in response to subpoenas or

regulatory requirements, and with consumer reporting agencies. If you tell us not to share information with companies outside of MBNA that wish to offer you their products and services, as described above, please understand that we will continue to share information in these additional circumstances.

**Important Information About Your Choice.** We're dedicated to serving your needs - and to respecting your choices related to privacy. You may tell us not to share all your account, membership, or reference numbers and your Social Security number or Taxpayer Identification number for deposit accounts available when you call.

MBNA applies the opt outs at the account level, not by individual Customer. When any person listed with others on an account opts out (for example, a co-applicant, joint account holder, or authorized user), we will treat the account as having opted out. MBNA will continue to adhere to its disclosed privacy practices for an account even if it becomes inactive or is closed.

An opt out from information sharing on an account is described above, either within MBNA and/or with companies outside of MBNA, remains effective unless evoked in writing. Federal regulations require us to provide this notice on an annual basis, whether or not an account has previously opted out from either type of information sharing. Please remember when you opted out from either or both types of information sharing and not revoked in writing) does not need to be opted out again.

This notice updates and replaces any previous notices from MBNA about the privacy, security, and protection of information. For additional information regarding MBNA's privacy practices concerning this internet, and to view the most recent version of this privacy notice, please go to www.mbna.com and click on "Privacy Notice." You may have other privacy protections under state laws. We may amend this privacy notice at any time, and we will inform you of changes as required by law.

## Words Used Often in This Agreement

"Agreement" or "Credit Card Agreement" means these additional Terms and Conditions and the Required Federal disclosures for the Initial Disclosure) and any changes we make to those documents from time to time.

"Your" and "your" mean each and all of the persons who are named, accept, or use an account we hold. "Your" and "your" also mean any other person who has guaranteed payment of this account, when used in the sections entitled We May Monitor and Record Telephone Calls and Arbitration and Litigation and when set in each of the sections relating to payment of this account.

---

[Your Promise to Pay and How We Allocate Your Payments, for example.] "We," "us," "our," and "MBNA America" mean MBNA America Bank, N.A.

"Card" means all the credit cards we issue to you and to any other person with authorization to use this account pursuant to this Agreement.

"Access check" means an access check we provide to you to make a Check Cash Advance on your account.

If we use a capitalized term in this document, but do not define the term in this document, the term has the meaning given in the Required Federal Disclosures or the Initial Disclosure or as used in your monthly statement.

We use section headings (such as Words Used Often in This Agreement) to organize this Agreement. The actual terms of this Agreement are in the sentences that follow and not the headings.

## Sign Your Card

You should sign your card before you use it.

## We May Monitor and Record Telephone Calls

You consent to and authorize MBNA America, any of its affiliates, or its marketing associates to monitor and/or record any of your telephone conversations with our representatives or the representatives of any of those companies.

## Credit Reporting Agencies

You authorize MBNA America to collect information about you, including credit reports from consumer reporting agencies.

If you believe we have furnished inaccurate or incomplete information about you or your account to a credit reporting agency, write us at: MBNA, Credit Reporting Agencies, P.O. Box 17054, Wilmington, DE 19884-7054. Please include your name, address, home phone number, and account number, and explain what you believe is inaccurate or incomplete.

## How to Use Your Account

You may obtain credit in the form of Purchases and Cash Advances by using your cards, access checks, account number, or other credit your account to a credit reporting ber, or other access checks. Access checks refer to your Required Federal Disclosure to determine what transactions constitute Purchases and Cash Advances and how you may obtain them.

## Transaction Date for Certain Cash Advances

The transaction date for Check Cash Advances and Balance Transfers done by check is the date you or the person to whom the check is made payable first deposits or cashes the check. The transaction date for a returned payment (which will then be classified as a Bank Cash Advance) is the date that the corresponding payment posted to your account.

## Purposes for Using Your Account

You may use your account for personal, family, or household purposes. You may not use your account for business or commercial purposes. You may not use a Check Cash Advance, or any other credit from us, to make a payment in advance or any other credit account with us. You may not use, permit use your account to be used to make any illegal transaction.

## Persons Using Your Account

If you permit any person to use your card, access check, account number, or other credit device with the authorize

---

transactions made by that person, including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its uses as the account holders.

## How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

## You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person who presented it to us for payment, without, in either case, liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Your Promise to Pay

You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge against your account.

## Payments on Your Account

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment on account, and we will not pay interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on financial institutions located outside the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

## When Your Payment Will Be Credited to Your Account

We credit payments as of the date received. If the payment is (1) received by 2 p.m. (Eastern Time), (2) received at the address shown on the upper left-hand corner of the front of your monthly statement; (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day, including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days

## How We Allocate Your Payments

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including new transactions) with lower APRs before balances with higher APRs. This will result in new balances with lower

before any other existing balances.

## Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee or use the account are individually and together responsible for any total outstanding balance. We may refuse to release from liability any person who is responsible to pay any total outstanding balance, until all of the cards, access checks, and other credit devices outstanding under the account have been returned to us and any person or persons repays us the total outstanding balance owed to us at any time under the terms of this Agreement.

## Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Payment Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you are unable to pay any other term of this Agreement. Solely for the purposes of determining eligibility and premium payment obligations for the optional credit insurance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

## When We May Require Immediate Payment

If you are in default, we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law or as otherwise provided under the Arbitration and Litigation section of this Agreement, we can require you to pay the costs we incur in any collection proceeding, as well as reasonable attorneys' fees. We refer to these as collection costs. We may refer your account for collection to an attorney who is not our salaried employee.

## Other Payment Terms

We can accept late payments, partial payments, or payments with any restrictive wording without losing any of our rights under this Agreement. This means that no payment, including those marked with "Paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our senior officers. You may not use a postdated check to make a payment. If you do postdate a payment check, we may pay it or we may return it without waiting for the date on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available to you and your account in accordance with any applicable law. If you omit a payment, finance charges and any applicable fees will accrue on your account in accordance with your Total Minimum Agreement. You must resume making your Payment Due each month following a payment holiday.

## Transactions Made in Foreign Currenci

If you make a transaction in a foreign currency, the trans will be converted to U.S. dollars. Visa International and MasterCard Internationa will each convert the transaction into a U dollar amount, depending on which card you use, into a U conversion procedures in accordance with the operating regulation is processed. Currently, those regulations and procedure provide that the currency conversion rate to be used is t

---

(1) a wholesale market rate of (2) a government-mandated rate in effect one day prior to the processing date, increased by one percent in each case. Visa or MasterCard retains this one percent as compensation for performing the currency conversion service. The currency conversion rate in effect on even after we have done this. You must destroy all cards, acces transaction date or the posting date.

## Billing Cycle

Your billing cycle ends each month on a Closing Date determined by us. Each billing cycle begins on the day after the Closing Date of the previous billing cycle. Each statement reflects a single billing cycle.

## Account Fees and Charges

Account Fees. The following fees, which are set forth in your Required Federal Disclosures or Initial Disclosure, are charged as Purchases in the billing cycle in which the fees accrue:

(1) a Late Fee if the Total Minimum Payment Due shown on your monthly statement is not received by us on or before its Payment Due Date;

(2) an Overlimit Fee if your New Balance Total exceeds your credit limit on the last day of a billing cycle, even if fees or finance charges charged by us cause your New Balance Total to exceed your credit limit, an Overlimit Fee is charged to your account as of the day in the billing cycle that the total outstanding balance on your account exceeds your credit limit;

(3) a Returned Payment Fee if a payment on your account is returned for insufficient funds or for any other reason, even if it is paid upon subsequent presentment;

(4) a Returned Cash Advance Check Fee if we return an access check unpaid for any reason, even if the access check is paid upon subsequent presentment;

(5) a Copy Fee if you request a copy of a monthly statement or sales draft, except that there is no charge if the request is related to a billing error made by us;

(6) an Annual Fee if your account is open or if you maintain an account balance, whether you have active charging privileges or not.

## Abandoned-Property Charges. Unless prohibited by

applicable law, we will charge your account, as a Purchase, for any costs incurred by us associated with complying with state abandoned-property laws.

Please review your Required Federal Disclosures or Initial Disclosure for additional fees and charges that may apply to your account.

## Benefits

We may offer you certain benefits and services with your account. Unless expressly made a part of this Agreement, any such benefits or services are not a part of this Agreement but are subject to the terms and restrictions outlined in the benefits brochure and other official documents provided to you from time to time by or on behalf of MBNA America. We may adjust, add, or delete benefits and services at any time and without notice to you.

## Refusal to Honor Your Account

We are not liable for any refusal to honor your account. This can include a refusal to honor your card or account number at any check written on your account. We are not liable for any retention of your card by us, any other bank, or any provider of goods or services.

---

## We May Suspend or Close Your Account

We may suspend or close your account or otherwise terminate your right to use your account. We may do this at any time and for any reason. Your obligations under this Agreement continue even after we have done this. You must destroy all cards, access checks, and other credit devices on the account when we reques that you do so.

## You May Close Your Account

You may close your account by notifying us in writing or by telephone and destroying all cards, access checks, and other credit devices on the account. Your obligations under this Agreement continue even after you have done this.

## Transactions After Your Account Is Closed

When your account is closed, you must contact anyone authorized to charge transactions to your account, such as Internet service providers, health clubs, or insurance companies. These transactions may continue to be charged to your account until you change the billing. Also, if we believe you have authorized a transaction or are attempting to use your account after your have requested us to close the account, we may charge the transaction to the extent allowed by law.

## We May Amend This Agreement

We may amend this Agreement at any time. We may amend it by adding, deleting, or changing provisions of this Agreement. When we amend this Agreement, we will comply with the applicable notice requirements of federal and Delaware law that are in effect at that time. If an amendment gives you the opportunity to reject the change, and you reject the change in the manner provided in such amendment, we may terminate your right to receive credit and may ask you to return all credit devices as a condition of your rejection. The amended Agreement (including any higher non-standing balance, including the balance existing before the amendment became effective. We may replace your card with another card at any time.

## We May Sell Your Account

We may at any time, and without notice to you, sell, assign or transfer your account, any sums due on your account, this Agreement, or our rights or obligations under your account. The person or entity that we sell, assign or transfer to may be entitled to all of our rights and/or obligations under this Agreement to the extent sold, assigned or transferred.

## Your Credit Limit

Your credit limit is disclosed to you when you receive your card and, generally, on each monthly statement. We may change your credit limit from time to time.

The amount shown on your monthly statement as Cash or Credit Available does not take into account any Purchases, Cash Advances, finance charges, fees, any Overlimit Fee, or Overlimit Fees that have posted to your account after the Closing Date of your monthly statement. Any transaction that exceeds your credit limit being exceeded and result in the assessment of Overlimit Fees.

## What We May Do if You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorize

attempt a transaction that results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may (1) permit the transaction without raising your credit limit, (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due, or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused.

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit, we may charge an Overlimit Fee as provided in this Agreement.

## Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-789-6701.

## You Must Notify Us When You Change Your Address

We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

## What Law Applies

This Agreement is made in Delaware, and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

## The Provisions of This Agreement Are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

## Our Rights Continue

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

## Arbitration and Litigation

This Arbitration and Litigation provision applies to you, unless you were given the opportunity to reject the Arbitration and Litigation provisions and you did so reject them, in the manner and within the timeframe required. If you did reject effectively such a provision, then neither you nor we will be required to arbitrate any Claim in any lawsuit or other proceeding brought against us or you, and this Agreement shall be against us.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents, or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether under common law, legal, or equitable principles now or hereafter recognized), including Claims regarding the applicability of this Arbitration and Litigation section or the validity of the entire Agreement or any prior Agreement, shall be resolved by binding arbitration. The arbitration shall be conducted by the National Arbitration

Forum ("NAF"), under the Code of Procedure in effect at the time the Claim is filed. Rules and forms of the National Arbitration Forum may be obtained and Claims may be filed at any National Arbitration Forum office, www.arb-forum.com, or P.O. Box 50191, Minneapolis, Minnesota 55405, telephone 1-800-474-2371.

If the NAF is unable or unwilling to act as arbitrator, we may substitute another nationally recognized, independent arbitration organization that uses a similar code of procedure. At your written request, we will advance any arbitration filing fee, or administrative and hearing fees. The arbitrator will decide who will be ultimately responsible for paying those fees. In no event will you be required to reimburse us for any arbitration filing, administrative, or hearing fees in an amount greater than what your court costs would have been if the Claim had been resolved in a state court with jurisdiction. Any arbitration hearing at which you appear will take place within the federal judicial district that includes your billing address at the time the Claim is filed. This arbitration agreement is made pursuant to a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"). Upon any party's request, the arbitrator shall issue a written opinion explaining the reasons for the award.

No Claim submitted to arbitration is heard by a jury, and no Claim may be brought as a class action or as a private attorney general. You do not have the right to act as a class representative or participate as a member of a class of claimants with respect to any Claim. This Arbitration and Litigation section applies to all Claims now in existence or that may arise in the future.

This Arbitration and Litigation section shall survive the termination of your account as well as voluntary payment of the debt in full by you, any bankruptcy by you or sale of the debt by us.

For the purposes of this Arbitration and Litigation section, "we" and "us" means MBNA America Bank, N.A., its parent, subsidiaries, affiliates, licensees, predecessors, successors, assigns, any purchaser of your account, and all of their officers, directors, employees, agents, and assigns or any and all of them. Additionally, "we" or "us" shall mean any third party providing benefits, services, or products in connection with the account (including but not limited to credit bureaus, merchants that accept any credit device issued under the account, rewards or enrollment services, credit insurance companies, debt collectors, and all of their officers, directors, employees and agents) if, and only if, such a third party is named by you as a codefendant in any Claim you assert against us.

If any part of this Arbitration and Litigation section is found to be invalid or unenforceable under any law or statute consistent with the FAA, the remainder of this Arbitration and Litigation section shall be enforceable without regard to such invalidity or unenforceability.

THE RESULT OF THIS ARBITRATION AGREEMENT IS THAT, EXCEPT AS PROVIDED ABOVE, CLAIMS CANNOT BE LITIGATED IN COURT, INCLUDING SOME CLAIMS THAT COULD HAVE BEEN TRIED BEFORE A JURY AS CLASS ACTIONS, OR AS PRIVATE ATTORNEY GENERAL ACTIONS.

## CREDIT INSURANCE BENEFITS, LIMITATIONS, COSTS & EXCLUSIONS

### CONSUMER PROTECTION DISCLOSURES

CREDIT INSURANCE IS NOT A DEPOSIT, NOT FDIC-INSURED, NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY, AND NOT GUARANTEED BY THE BANK.

PURCHASE OF CREDIT INSURANCE IS NOT A CONDITION OF OBTAINING CREDIT. IF COVERAGE IS DESIRED, IT MAY BE PURCHASED ELSEWHERE.

Credit Insurance pays your minimum monthly payment* up to your balance on the date of loss (not to exceed $25,000, except disability in MN), until you return to work.* If you are involuntarily unemployed, totally disabled, or (if you or your spouse take covered family leave. Credit Insurance also pays your insured outstanding balance up to the limit of your outstanding balance, your credit limit (not AL, AZ, AR, DE, DC, ID, IL, LA, MD, MN, MS, NV, ND, OH, OK, RI, SD, VT, WA, WI & WY), or $25,000 if you die.

**Eligibility.** One insured per account (insured must be the primary cardholder or a co-applicant, authorized users are not eligible), certificates will be mailed explaining your coverage and its effective date. In MN, unemployment coverage is effective 61 days from your effective date. For involuntary unemployment or family leave benefits, you must be gainfully employed working at least 30 hrs/wk (not self-employed or an independent contractor) for 90 consecutive days before the date of loss (CO - before application date), (PA - on the date of loss), (TX - before coverage effective date for unemployment). Employees of professional corporations may be eligible.

**Coverages & Benefits.** Credit Insurance covers your death; involuntary unemployment due to job loss, general strike, unionized labor dispute, or lockout; total disability due to sickness (or injury if you are unable to perform the material duties of your occupation for at least 30 days before benefit begin). For involuntary unemployment coverage is effective 61 days from your effective date. For involuntary unemployment or family leave benefits, you must be gainfully employed working at least 30 hrs/wk (not self-employed or an independent contractor) for 90 consecutive days before the date of loss (CO - before application date), (PA - on the date of loss), (TX - before coverage effective date for unemployment). Additionally, for your spouse's unpaid leave of absence from employment due to care of your newborn or newly adopted child or an incapacitated immediate family member (must be spouse, child, stepchild or parent in AK); mandatory recall to active military duty; jury duty (except in AK); or residence in a federally declared disaster area. Loss (not death) must begin at least 30 days before benefit begin. In NY & PA, you must be unemployed for 2 consecutive weeks & qualify for state unemployment benefits before benefits begin. A daily benefit is paid for each day of loss over 30 days for unemployment in NY & PA, and disability in CA, CT, GA, NY, PA, RI & SC. You may cancel this coverage at any time. If canceled within the first 30 days of coverage, all premiums will be refunded.

**Exclusions.** Life: suicide in the first 6 months of coverage (not MO & MO). Involuntary Unemployment: retirement, resignation, voluntary forfeiture of income or job loss due to willful or criminal misconduct, disability, strikes in IL, military duty or normal pregnancy or childbirth (coverage is for involuntary loss of job only). Disability: normal pregnancy or childbirth (not CA, MA & NV), intentionally self-inflicted injuries (not MD) or a pre-existing medical condition during first 6 months of coverage (not NJ). Family leave benefits are not paid if you are disabled for or receiving unemployment benefits or are disabled.

This is only a brief description of coverage, and coverages vary by state. Please refer to your certificates for a full explanation of coverage.

**Costs, per $100 per Month of Average Daily Balance:**
Costs apply to Life (LI), Disability (DI), Unemployment (UI) &
Family Leave (FF): CO 50.6¢; CT 42.89¢; DE 99.9¢; FL 89¢; GA
89.9¢; CO 50.6¢; CT 42.89¢; DE 99.9¢; FL 89¢; GA
90.8¢; HI 89.91¢; ID 99.5¢; IL 8.6¢; D 16.9¢; U 54¢; F 20¢; IL
80.97¢; IN 96¢; IA 97.8¢; (L 7.2¢; D 16.6¢; U 54¢; F 20¢); KS
85.47¢; KY 97.4¢; LA 99.93¢; ME 53.05¢; MD 79.74¢; MA 15.7¢;
MI 85.7¢; MN 31.41¢; MS 92.5¢; MO 61.1¢; MT 99.9¢; NE
95.8¢; NV 99.87¢; NH 99¢; NM 97¢; NM 58.9¢; NY 52.5¢ (L 8.8¢,
D 26.8¢, U 16.9¢); NC 71.3¢; ND 94.97¢; OH 99.9¢; OK 97.47¢;
OR 80.8¢; PA 38.1¢; PR 99¢; RI 99.8¢; SC 78.8¢; SD 99.9¢; TN
92.5¢; TX 33.7¢ (L 4.8¢, D 12.9¢, U 16¢; UT 90.44¢, VT 34.92¢
(L 6.68¢, D 12.24¢, F 16¢); WA 84¢ (L 6.1¢, D 8.9¢, U 9.9¢, F
20¢); WA 89.39¢; WV 99.5¢; WI 93.6¢ (L 5.7¢, D 8.9¢, U 59¢, F
20¢); WY 90.7¢.

**Availability.** Involuntary Unemployment is not available in
AK or VT. Family Leave is not available in AL, CT, MA, MD,
MN, NM, NY, PA, or TX.

**Underwriting Companies/Policy.** Involuntary
Unemployment: American Security/UI(9/85), LOI NY(993),
AS LOI TX(1/99), LOIC-IPAS(2/99), LOIC-IP-CRS-ME(5/85)
and LOIC-IP. Standard Guaranty/SG LOI (5/85) (NH only).
Life & Disability: Union Security Life(1-1Z, L-5-G in AL, AZ,
AR, CO, DC, ID, IL, IA, KS, LA, MD, MN, MS, NV, ND, OH, OK,
RI, SD, VT, WA, WV & WY; Standard Guaranty Life (TX only)
L-1-2(8/92)13.53R0A), First Fortis Life (NY Life only)(NYLM001 3,
American Security (NY Disability only)(W-5-A, Fortis
Insurance (ME only)(U-X-A. Family Leave, American
Security/FLP (4/97), FLP-FL(1/97) in FL, FLP-NC(3/98) in NC,
FLP-OK(4/97) in OK, FLP-VA(2/98) in VA, FLP-IRI/AZ(7/98) in
AZ, FLP-IP(4/97) in IL & NH, FLP-ME FLP-AES (1/97) in KS,
(4/97) in ME, FLP-IP-WY(4/97) in WY, Standard Guaranty/FLP
L-I-2(8/92)13.53R0A), First Fortis Life/FLP-VT(4/97) in VT. Soliciting
(4/97) in NH, Union Security Life/FLP-VT(4/97) in VT. Soliciting
agents for Mississippi and Florida are Charles M. Gordon and
Pamela Curtis respectively.

The creditor may receive compensation in connection with
this offer.

It is a crime to provide false or misleading information to an
insurer for the purpose of defrauding the insurer or any other
person. Penalties include imprisonment and/or fines. In addition
an insurer may deny insurance benefits if false information
materially related to a claim was provided by the applicant.

*Less past due and over credit limit amounts. In MI, coverage pays 5% of the balance on your date of disability up to
$1250. In OR, coverage pays the greater of 1/60th of the balance or the current minimum payment due on your date of
loss. In NY & PA, coverage pays the minimum payment due
on your date of loss. In TX, coverage pays the greater of 6% of
your insured outstanding balance on your date of unemployment or your minimum monthly payment.

*The number of monthly benefit payments will not exceed 9
for family leave, 12 for unemployment in AL, AK, CT, IL, MI, MT,
MO, NM, NC, NV, PA, SC & TX; 12 for disability in AK, CO, CT,
FL, KY, MA, MD, MT, NE, NH, NM, NC, OR, SC, UT & VA.

NY, NE & TX Residents Only. To purchase coverages separately
write to Assurant Group, P.O. Box 50955, Atlanta, GA 30302
Applications will be sent to you.

# EXHIBIT 1C

Approved, SCAO

*NOT FILED*

| Original - Court | 2nd copy - Plaintiff |
| 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | SUMMONS AND COMPLAINT | CASE NO. |
| 36TH JUDICIAL DISTRICT | | C5 140 139 GC |

Court address    421 MADISON AVE

Court telephone no.

DETROIT    MI 482260000

313-965-6098

**Plaintiff name(s), address(es), and telephone no(s).**
MBNA AMERICA BANK, N.A.
A NATIONAL ASSOCIATION

655 PAPER MILL ROAD
MAIL STOP 1411
WILMINGTON              DE  198841411

v

**Defendant name(s), address(es), and telephone no(s).**
HERMAN KELLY
3056 BEWICK ST
DETROIT MI  48214

**Plaintiff attorney, bar no., address, and telephone no.**
WOLPOFF & ABRAMSON, L.L.P.
ATTORNEYS IN THE PRACTICE OF DEBT COLLECTION
PAUL T. OLIVIER, JR. P18472/MEGAN FINK P66223
REBECCA KREISHER P63993/COREY M. CARPENTER P67818
CHERICE A. TADDAY P67788/KATHY CHRISTIAN P64570
39500 HIGH POINTE BLVD., SUITE 250,
NOVI, MI 48375-2404 #248-855-6562 #1-866-241-2334

JOINTLY AND SEVERALLY

W&A FILE NO. 131276966

**SUMMONS**    **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside of this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued 11/30/05 | This summons expires 3/1/06 | Court clerk JM Ochel |

*This summons is invalid unless served on or before its expiration date.

**COMPLAINT**    *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer    pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

**General Civil Cases**
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer    pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) AS ABOVE | Defendant(s) residence (include city, township, or village) AS ABOVE |

| Place where action arose or business conducted   NOT APPLICABLE |

09/26/05
Date

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

18364

Approved, SCAO

| STATE OF MICHIGAN | SUMMONS AND COMPLAINT | Original - Court      2nd copy - Plaintiff |
|---|---|---|
| | Page 2 of 2 pages | 1st copy - Defendant   3rd copy - Return |
| 36TH JUDICIAL DISTRICT | | CASE NO. |
| Court address    421 MADISON AVE | | |

Court telephone no.

DETROIT        MI  482260000                           313-965-6098

### COMPLAINT FOR JUDGMENT BASED ON ARBITRATION AWARD

1.  An Arbitration Award was entered in favor of Plaintiff against Defendant(s).

2.  A copy of the Arbitration Award is attached hereto and incorporated herein by reference.

3.  Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff against Defendant(s) based on said Arbitration Award.

Wherefore plaintiff prays for judgment in the sum of $ 5178.92 together with costs and attorney fees.

_____
Attorney for Plaintiff



**NATIONAL**

**ARBITRATION**

**FORUM**

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Attorneys in the Practice of Debt Collection
702 King Farm Blvd, Two Irvington Centre
Rockville, MD  20850-5775

**CLAIMANT(s),**                                    **AWARD**

RE:  **MBNA America Bank, N.A. v Herman Kelly**
File Number:  FA0504000464237
Claimant File Number: ██████████1423

Herman Kelly
PO Box 14157
Detroit, MI  48214

**RESPONDENT(s).**

The undersigned Arbitrator in this case FINDS:

1. That no known conflict of interest exists.
2. That on or before 04/14/2005 the Parties entered into an agreement providing that this matter shall be resolved through binding arbitration in accordance with the Forum Code of Procedure.
3. That the Claimant has filed a Claim with the Forum and served it on the Respondent in accordance with Rule 6.
4. That the matter has proceeded in accord with the applicable Forum Code of Procedure.
5. The Parties have had the opportunity to present all evidence and information to the Arbitrator.
6. That the Arbitrator has reviewed all evidence and information submitted in this case.
7. That the information and evidence submitted supports the issuance of an Award as stated.

**Therefore, the Arbitrator ISSUES:**
An Award in favor of the **Claimant,** for a total amount of **$5,178.92.**

Entered and Affirmed in the State of Michigan

_____
James A. Christopherson, Esq.
Arbitrator

Date: 09/14/2005

**ACKNOWLEDGEMENT AND CERTIFICATE OF SERVICE**
This Award was duly entered and the Forum hereby certifies that a copy of this Award was sent by first class mail postage prepaid to the Parties at the above referenced addresses, or their Representatives, on this date.

_____
Honorable Harold Kalina, Ret.
Director

Original - Court
1st copy - Applicant
Copies - All appearing parties

Approved, SCAO

| STATE OF MICHIGAN | DEFAULT REQUEST, AFFIDAVIT, ENTRY AND JUDGMENT (SUM CERTAIN) | CASE NO. |
|---|---|---|
| 36TH JUDICIAL DISTRICT | | O5140139GC |

Court address    421 MADISON AVE

Court telephone no.

DETROIT MI  48226

313-965-6098

Plaintiff name(s), address(es), and telephone no(s).

MBNA AMERICA BANK, N.A.
A NATIONAL ASSOCIATION

655 PAPER MILL ROAD
MAIL STOP 1411
WILMINGTON DE 19884-1411

Defendant name(s), address(es), and telephone no(s).

HERMAN KELLY
3056 BEWICK ST
DETROIT MI  48214

v

Jointly and Severally

Plaintiff attorney, bar no., address, and telephone no.

WOLPOFF & ABRAMSON, L.L.P.
ATTORNEYS IN THE PRACTICE OF DEBT COLLECTION
PAUL T. OLIVIER, JR. P18472/MEGAN FINK P66223
REBECCA KREISHER P63993/CHERICE A. TADDAY P67788
KATHY CHRISTIAN P64570/SHAUN R. FATHALLAH P67516
BARRY E. GORDON P69099
39500 HIGH POINTE BLVD., SUITE 250,
NOVI, MI 48375-2404 #248-855-6562 #1-866-241-2334

Defendant attorney, bar no., address, and telephone no.

Party in default:    HERMAN KELLY

## REQUEST AND AFFIDAVIT

[X] 1. According to court rule, I request the clerk to enter the default of the party named above for failure to appear.
2. The claim against the defaulted party is for a sum certain or for a sum which by computation can be made certain, and plaintiff requests judgment of the amount due from the defaulted party. Amount due plus costs are:

| Damages | Interest | Costs | ATTY FEE Other* | Total |
|---|---|---|---|---|
| $ 5178.92 | $ | $ 90.00 | $ 75.00 | $ 5343.92 | *Attach bill of costs

3. The defaulted party is not an infant or incompetent person.    [X] The defaulted party is not in the military service.
4. [ ] It is unknown whether the defaulted party is in the military service.
[ ] The defaulted party is in the military but there has been notice of pendency of the action and adequate time and opportunity to appear and defend (attached, as appropriate, is a waiver of rights and protections provided under the Servicemembers Civil Relief Act).
5. The claim [ ] is  [X] is not based on a note or other written evidence of indebtedness (if so, evidence is attached for filing and cancellation by clerk).

Applicant/Attorney signature                                         Bar no.  P6622

Subscribed and sworn to before me on _____.          County, Michigan.
                                          Date

My commission expires: _____.   Signature _____  Deputy court clerk/Notary public
                          Date

Notary public, State of Michigan, County of _____

## DEFAULT ENTRY AND JUDGMENT    The default of the party named above for failure to appear is entered.

[ ] A note or other written evidence of indebtedness has been filed for cancellation.

_____                                          Court clerk
Date

IT IS ORDERED this judgment is granted for    PLAINTIFF                    This judgment will earn interest at applicable statutory rates.
                                          specify either plaintiff or defendant          JUDGE MARK A. RANDON

_____                                          Court clerk/Judge
Date

This disposes of the last pending claim and closes the case.
Judgment has been entered and will be final unless within 21 days of default judgment date a motion to set aside default is filed.

## CERTIFICATE OF MAILING

I certify that a copy of this judgment was served on the other party(ies) or their attorney(s) by ordinary mail at the above address(es).

_____                          Signature _____
Date

MCL 32.517, MCL 600.6013,
MCR 2.603(B)(2), 50 USC 521

MC 07a  (7/04)  DEFAULT REQUEST, AFFIDAVIT, ENTRY, AND JUDGMENT (SUM CERTAIN)

# EXHIBIT 2A

7021

**IN THE**
**NATIONAL ARBITRATION FORUM**
**CLAIM**

MBNA America Bank, N.A.MBNA AMERICA BANK,N.A.
c/o Wolpoff & Abramson, L.L.P.                    **RE:**
Attorneys in the Practice of Debt Collection      **Forum File Number:**    FA0503000439604
Two Irvington Centre                              **Claimant File Number:**    0131277382
702 King Farm Blvd.                               **Account No.:**    ████████3734
Rockville, MD 20850                               **Card member Agreement Type:**  NEXT90

      **CLAIMANT,**

Herman Kelly
3056 Bewick
Detroit MI 48214

      **RESPONDENT(S),**

For a Claim against Respondent(s), Claimant states:

1. By way of contract and use of the credit account at issue, Respondent(s) became bound by the terms of a credit agreement (hereinafter the "Agreement"), which is attached hereto and incorporated herein by reference.

2. Respondent(s) is/are in default under the terms of the Agreement and is/are now indebted to Claimant in the amount of $9301.18 , as reflected in the attached account summary, plus interest of $155.44 as of the date of filing, and at 5.00% thereafter.

3. Despite repeated demands for payment, Respondent(s) has/have not paid the amounts due.

4. Claimant requests an Award for the amounts reflected in Paragraph 2, plus all arbitration fees incurred, Process of Service fees and Attorney Fees of $1395.17 , if allowed by law, equaling 15% of the outstanding principal balance.

5. The attached Agreement contains a Delaware choice of law provision and a provision for "reasonable" attorney fees. Delaware law specifically provides that an attorney fee may be awarded in an amount up to 20% on an unpaid claim if allowed by law. See, 10 Del. Code Sec. 3912 (Pleading & Practice).

6. The attached Agreement contains a mandatory arbitration provision under the Rules of the National Arbitration Forum ("NAF").

    The undersigned counsel for Claimant asserts, under penalty of perjury, that the information contained in this Claim and the supporting documents attached hereto are accurate based upon information provided by Claimant to the undersigned counsel.

      WOLPOFF & ABRAMSON, L.L.P.
      *Attorneys in the Practice of Debt Collection*

By:

*Megan Fink* _____          *Neal J. Levitsky* _____
Megan Fink, Esq.                        Neal J. Levitsky, Esq.
ADMITTED: (MI)                          ADMITTED: (DE)

      Counsel for the Claimant

**If Respondent or counsel wishes to contact Claimant, please call or write:**
**Paralegal Department**
**Wolpoff & Abramson, L.L.P.**
Two Irvington Centre
702 King Farm Blvd., 5th Floor
Rockville, MD 20850
1-800-830-2793

NAFCM2/NAF3       608A                                           NO CARD

6741

## SUMMARY OF ACCOUNT INFORMATION

ACCOUNT STATUS REPORT

Date Filed:            03/11/2005

Account Number:        ████████ 3734

Cardmember Agreement:  NEXT90

Primary Account Holder:  HERMAN KELLY

Address:               3056 Bewick

Detroit, MI 48214

Home Phone:

Work Phone:

Social Security Number:  ████ 1838

Secondary Account Holder:

Address:

Home Phone:

Work Phone:

Principal Balance:     $9301.18

Interest Rate:         5%

Date Assigned:         11/08/2004

INFORMATION DRAWN FROM ACCOUNT RECORDS AND CURRENT AS OF THE DATE FILED

608A
NAFCL4/NAF3

6742

## NOTICE OF ARBITRATION

Dear Respondent,

AN ARBITRATION CLAIM HAS BEEN FILED AGAINST YOU.

Enclosed and served upon you is the Initial Claim. You may obtain a copy of the Code of Procedure, without cost, from the Claimant or from the Forum at WWW.ARBITRATION-FORUM.COM or 800/474-2371.

IF YOU DO NOT SERVE THE CLAIMANT AND FILE WITH THE FORUM A WRITTEN RESPONSE, AN AWARD MAY BE ENTERED AGAINST YOU. AN ARBITRATION AWARD MAY BE ENFORCED IN COURT AS A CIVIL JUDGMENT.

YOU HAVE THIRTY (30) DAYS TO RESPOND FROM RECEIPT OF SERVICE.

You have a number of options at this time. You may:

1. *Submit a written Response to the Claim*, stating your reply and defenses to the Claim, together with documents supporting your position. Your Response must be served on the Claimant and filed with the Forum. Read Forum Code of Procedure Rule 13. A Counter Claim, Cross-claim or Third Party Claim may also be served and filed, and accompanied by the fee as provided in the Fee Schedule. Forms for such Response and Claims may be obtained from the Forum. If you fail to respond in writing to the Claim, an Award may be entered against you and in favor of the Claimant and you will lose your case.

2. *Demand a Document Hearing or a Participatory Hearing*. You may request a Hearing in your Response or in a separate writing. Unless you have agreed otherwise, an In-person Participatory Hearing will be held in the Judicial District where you reside or do business. You may also request a hearing on-line or by telephone. Your written Request for a Hearing must be filed with the Forum. You must also serve a copy of your Request on the Claimant and any other Parties. Read Forum Code of Procedure Rules 25 and 26.

3. *Have other options*. You may seek the advice of an attorney or any person who may assist you regarding this arbitration. You should seek this advice promptly so that your Response can be served and filed within the time required by the Code of Procedure. If you have any questions or need help in responding, you may contact the Forum.

The Forum is an independent and impartial arbitration organization, which does not give legal advice or represent parties. THIS SUMMARY IS NOT A SUBSTITUTE FOR READING AND UNDERSTANDING THE CODE OF PROCEDURE WHICH GOVERNS THIS ARBITRATION.

The Forum
P.O. Box 50191
Minneapolis USA 55405-0191
(651) 631-1105  (800) 474-2371
info@arb-forum.com
ARBITRATION-FORUM.COM

608A
NAFCL5/NAF3

## Credit Card Agreement
### Additional Terms and Conditions

# Selected Sections

- Privacy Notice ..................................................................
- Credit Reporting Agencies .................................................
- Accuracy of Information Administration ...........................4
- How to Use Your Account .................................................4
- Payments on Your Account ...............................................5
- We May Amend This Agreement ........................................8
- What Law Applies ............................................................9
- Arbitration and Litigation .................................................9

## Your Contract With Us

Your Credit Card Agreement with us consists of these Additional Terms and Conditions and the document called the Required Federal Disclosures or the Initial Disclosure. You agree to the terms and conditions of this Agreement. For the purpose of the Privacy Notice, we will use the definitions contained in the third paragraph and the remainder of the Agreement will use the definitions described under the section heading *Words Used Often in This Agreement*.

## Privacy Notice

**Your privacy is important to us.** At MBNA, we are committed to providing you with the finest financial products and services backed by consistently top-quality service. And while information about you is fundamental to our ability to do this, we fully recognize the importance of keeping personal and account information secure.

To offer you the widest range of products and services, MBNA may share information about you both within MBNA and outside of MBNA with other companies. This allows us to offer you products and services that may interest you and best meet your needs, whether they are available directly from MBNA or through our relationships with other companies. We want you to understand our information sharing practices, what information we collect, what information we share, and the benefits you receive when we share information about you.

This notice describes the privacy practices of MBNA Corporation and all MBNA Affiliates, including MBNA America Bank, N.A., MBNA America (Delaware), N.A., Palladian Travel Services, Inc., MBNA Marketing Systems, Inc., and MBNA Insurance Agency, Inc. (collectively, "MBNA"), for financial products and services governed by the laws of the United States of America. This notice explains MBNA's information collection and sharing practices and lets you choose whether or not MBNA may share certain information about you, either within MBNA or outside of MBNA with other companies.

**Our Security Procedures.** MBNA understands the importance of protecting and securing information and using it appropriately. Access to information about you is restricted to the people of MBNA who require it to provide products or services to you. We maintain physical, electronic, and procedural safeguard that comply with federal standards for the security of information.

When MBNA shares information about you with companies outside of MBNA, we require them to impose safeguards, use it only for a permitted purpose and to return it to us or destroy it once that purpose is served. We limit the amount of information shared to what is appropriate to offer a product or service effi- ciently. MBNA requires any company receiving infor- mation from MBNA to sign a Confidentiality Agreement containing these requirements and obligating that company to protect the information as we would.

**Information We Collect.** MBNA collects and uses nonpublic personal information about you to conduct our business and to consistently deliver the top-quality Customer service you expect from us. Sources of this information include the following:

- Information we receive from you on applications and other forms or through your correspondence or communication with us including through the mail, by telephone, or over the Internet;

- Information we receive from third parties, such as consumer reporting agencies, to verify statements you've made to us or regarding your employment, credit, or other relationships; and

- Information about your transactions with MBNA and with other companies outside of MBNA.

**Information We Share Within MBNA.** We may share all of the information we collect about you with financial service companies within MBNA to offer additional products or services that may interest you and best meet your needs. We believe this is convenient for you and may save you both time and money. To do so, we share identification information (such as name and address), transaction and experience information (such as purchases and payments), credit eligibility information (such as credit reports and applications), and other information. The decision to purchase any such prod- ucts or services is yours alone. You may tell us not to share credit eligibility information about you within MBNA, but please understand that this does not prohibit us from offering you additional products and services or from sharing transaction and experience information identification, and other information within MBNA.

**Information We Share With Others.** From time to time, we may allow companies outside of MBNA to offer you their products and services that may interest you. These products and services may be offered by financial service providers (such as banks, loan brokers, account aggregators, insurance agents, insurance companies, mortgage bankers, and securities broker-dealers), by nonfinancial companies (such as retailers, direct mar- keters, communications companies, Internet service providers, manufacturers, service companies, travel agents, cruise lines, car rental agencies, hotels, airlines, publishers, and organizations endorsing MBNA financial products or services), and others (such as nonprofit organizations). Subject to applicable law, we may share all the information we collect with these companies out- side of MBNA, unless you tell us not to.

Additionally, we may share all the information we collect with companies that perform marketing or other services on our behalf or to other financial institutions with which we have joint marketing agreements. We are also permitted by law to share information about you with your employer, with companies assisting us in certain circumstances. For instance, we may share all of the information we collect with companies assisting us in servicing your loan or account, with companies that endorse our products and services through affinity agreements, and with government entities in response to subpoenas or

regulatory requirements, and with consumer reporting agencies. If you tell us not to share information with companies outside of MBNA that wish to offer you their products and services, as described above, please understand that we will continue to share information in these additional circumstances.

**Important Information About Your Choice:** We're dedicated to serving your needs - and to respecting your choices related to privacy. You may tell us not to share credit eligibility information within MBNA, and you may tell us not to share information with companies outside of MBNA that wish to offer you their products and services as described above. If you wish to opt out of such information sharing, please call toll-free 1-866-751-1255. We will ask you to verify your identity and the specific accounts to which the opt out applies, so please have all your account, membership, or reference numbers and your Social Security number or Taxpayer Identification number for deposit accounts available when you call.

MBNA applies opt outs at the account level, not by individual Customer. When any person listed with others on an account opts out (for example, a co-applicant, joint account holder, or authorized user), we will list the entire account as having opted out. MBNA will continue to adhere to its disclosed privacy practices for an account even if it becomes inactive or is closed.

An opt out from information sharing on an account is described above, either within MBNA and/or with companies outside of MBNA, remains effective unless revoked in writing. Federal regulations require us to provide this notice on an annual basis, whether or not an account has previously opted out from either type of information sharing. Please remember when you receive our subsequent notices that an account previously opted out from either or both types of information sharing and not revoked in writing) does not need to be opted out again.

This notice updates and replaces any previous notices from MBNA about the privacy, security, and protection of information. For additional information regarding MBNA's privacy practices concerning the Internet, and to view the most recent version of this privacy notice, please go to www.mbna.com and click on "Privacy Notice." You may have other privacy protections under state laws. You may amend this privacy notice at any time, and we will inform you of changes is required by law.

## Words Used Often in This Agreement

"Agreement" or "Credit Card Agreement" means these Additional Terms and Conditions and the Required Federal disclosures for the Initial Disclosure) and any changes we ake to those documents from time to time.

"You" and "your" mean each and all of the persons who are named, accept, or use an account we issue. "Your" and "your" also mean any other person who has guaranteed payment of this account, when used in the sections entitled *We May Monitor and Record Telephone Calls* and *Arbitration and Litigation*, and as set in each of the sections relating to payment of this account

(Your Promise to Pay and How We Allocate Your Payments, for example).

"We", "us", "our", and "MBNA America" mean MBNA America Bank, N.A.

"Card" means all the credit cards we issue to you and to any other person with authorization to use this account pursuant to this Agreement.

"Access check" means an access check we provide to you to make a Check Cash Advance on your account.

If we use a capitalized term in this document but do not define the term in this document, the term has the meaning given in the Required Federal Disclosures or the Initial Disclosure or as used in your monthly statement.

We use section headings (such as Words Used Often in This Agreement) to organize this Agreement. The actual terms of this Agreement are in the sentences that follow and not the headings.

## Sign Your Card

You should sign your card before you use it.

## We May Monitor and Record Telephone Calls

You consent to and authorize MBNA America, any of its affiliates, or its marketing associates to monitor and/or record any of your telephone conversations with our representatives or the representatives of any of those companies.

## Credit Reporting Agencies

If you believe we have furnished inaccurate or incomplete information about you to your account to a credit reporting agency, write us at: MBNA, Credit Reporting Agencies, P.O. Box 17054, Wilmington, DE 19884-7054. Please include your name, address, home phone number, and account number; and explain what you believe is inaccurate or incomplete.

## How to Use Your Account

You may obtain credit in the form of Purchases and Cash Advances by using your cards, access checks, account numbers, or other credit devices. Please refer to your Required Federal Disclosures or Initial Disclosures to determine what transactions constitute Purchases and Cash Advances and how you may obtain them.

## Transaction Date for Certain Cash Advance

The transaction date for Check Cash Advances and Balance Transfers done by check is the date you or the person to whom the check is made payable cashes or uses the check. The transaction date for a returned payment (which will then be classified as a Bank Cash Advance) is the date that the corresponding payment posted to your account.

## Purposes for Using Your Account

You may use your account for personal, family, or household purposes. You may not use your account for business or commercial purposes. You may not use a Check Cash Advance, or any other Cash Advance, to make a payment this or any other credit account with us. You may not use permit your account to be used to make any illegal transac-

## Persons Using Your Account

If you permit any person to use your card, access check account, or other credit device with the authoriz-

## How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the check. Oral and written stop payment requests on an access check are effective for six months from the date that we place the stop payment.

## You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person who presented it to us for payment, without, in either case, waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Your Promise to Pay

You promise to pay us the amounts of all credit you obtain, which are included in your Purchases and Cash Advances. You also promise to pay all the amounts of Finance charges, fees, and any other transactions we charge against your account.

## When Your Payment Will Be Credited to Your Account

We credit payments as of the date received. If the payment is (1) received by 2 p.m. (Eastern Time), (2) received at the address shown in the upper left-hand corner of the front of your monthly statement, (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day, including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

## How We Allocate Your Payments

We will allocate your payments in the manner we determine In most instances, we will allocate your payments to balances (including any transactions) with lower APRs before balances with higher APRs. This will result in lower balances with lower APRs (such as those with promotional APRs) being paid before balances with higher APRs

## Payments on Your Account

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment Due. If you overpay or if there is a credit balance on your account, we will not pay interest on such amounts. We will accept payments that are not drawn in U.S. dollars and those drawn on financial institutions located outside the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

transactions made by that person, including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

before any other existing balances.

## Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee, or use the account are individually and together responsible for any total outstanding balance. We can choose to release from liability any person who is responsible to pay any total outstanding balance, until all of the cards, access checks, and other credit devices could arising under this account have been returned to us or any such person or us or persons repays to us the total outstanding balance owed to us at any time under the terms of this Agreement

## Default

You will be in default of this Agreement if: (1) you fail to make any required minimum Payment Due by its Payment Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility and premium payment obligations for the optional credit insurance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we waive our rights upon later default.

## When We May Require Immediate Payment

If you are in default, we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the Arbitration and Litigation section of this Agreement, we can also require you to pay the costs we incur in any collection proceeding, as well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

## Offer Payment Terms

We can accept late payments, partial payments, or payments under a check or other restrictive writing without losing any of our rights under this Agreement. This means that no payment, including those marked with "Paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our officers. You may not use a postdated check, or we may elect to honor it without prior written approval. If uncredited to the person who you do postdate a payment to us, waiting for the date presented on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to t

## Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available to you when you omit a payment. Finance charges will accrue on your account in accordance with the terms of this Agreement. You may resume making your Total Minimum Payment Due each month following a payment holiday.

## Transactions Made in Foreign Currenci

If you make a transaction in a foreign currency, the transac will be converted to U.S. dollars by Visa International or MasterCard a International, depending on which card you use, into a U dollar amount in accordance with the operating and the transa conversion procedures in effect at the time the transa is processed. Currently, those regulations and procedure provide that the currency conversion rate to be used is a

---

(1) a wholesale market rate or (2) a government-mandated rate in effect one day prior to the processing date, increased by one percent in each case. Visa or MasterCard retains this one percent as compensation for performing the currency conversion service. The currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or the posting date.

## Billing Cycle

Your billing cycle ends each month on a Closing Date determined by us. Each billing cycle begins on the day after the Closing Date of the previous billing cycle. Each statement reflects a single billing cycle.

## Account Fees and Charges

Account Fees. The following fees, which are set forth in your Required Federal Disclosures or Initial Disclosure, are charged as Purchases in the billing cycle in which the fees accrue.

(1) a Late Fee if the Total Minimum Payment Due shown on your monthly statement is not received by us on or before its Payment Due Date;

(2) an Overlimit Fee if your New Balance Total exceeds your credit limit on the last day of a billing cycle, even if fees or finance charges charged by us cause your New Balance Total to exceed your credit limit, an Overlimit Fee is charged to your account as of the day in the billing cycle that the total outstanding balance on your account exceeds your credit limit.

(3) a Returned Payment Fee if a payment on your account is returned for insufficient funds or for any other reason, even if it is paid upon subsequent presentment.

(4) a Returned Cash Advance Check Fee if we return an access check unpaid for any reason, even if the access check is paid upon subsequent presentment;

(5) a Copy Fee for each copy of a monthly statement or sales draft, except that the six most recent monthly statements and six sales drafts will be provided for free; and

(6) an Annual Fee if your account is open or if you maintain an account balance, whether you have active charging privileges or not.

Abandoned-Property Charges. Unless prohibited by applicable law, we will charge interest, as a Purchase, for any costs incurred by us associated with complying with state abandoned-property laws.

Please review your Required Federal Disclosures or Initial Disclosure for additional fees and charges that may apply to your account

## Benefits

We may offer you certain benefits and services with your account. Unless expressly made a part of this Agreement, any such benefits or services are not a part of this Agreement but are subject to the terms and restrictions outlined in the benefits brochure and other official documents provided to you from time to time by or on behalf of MBNA America. We may adjust, add, or delete benefits and services at any time and without notice to you.

## Refusal to Honor Your Account

We are not liable for any refusal to honor your account. This can include a refusal to honor your card or account number or any check written on your account. We are not liable for any retention of your card by us, any other bank, or any provider of goods or services.

---

## We May Suspend or Close Your Account

We may close your account or otherwise terminat your right to use your account. We may do this at any time and for any reason. Your obligations under this Agreement continue even after we have done this. You must destroy all cards, access checks, and other credit devices on the account when we reques that you do so.

## You May Close Your Account

You may close your account by notifying us in writing or b telephone and destroying all cards, access checks, and other credit devices on the account. Your obligations under this Agreement continue even after you have done this.

## Transactions After Your Account Is Closed

When your account is closed, you must contact anyone authorized to charge transactions to your account, such as Internet service providers, health clubs, or insurance companies. These transactions may continue to be charged to your account until you change the billing. Also, if we believe you have authorized a transaction or are attempting to use your account after your have requested to close the account, we may allow the transaction to be charged to your account.

## We May Amend This Agreement

We may amend this Agreement at any time. We may amend it by adding, deleting, or changing provisions of this Agreement. When we amend this Agreement, we will comply with the applicable notice requirements of federal and Delaware law that are in effect at that time. If an amendment gives you the opportunity to reject the change, and if you reject the change in the manner provided in such amend ment, we may terminate your right to receive credit and may ask you to return all credit devices, including any higher-ret rejection. The amended Agreement (including any higher-ret or other higher charges or fees) will apply to the total out standing balance including the balance existing before the amendment became effective. We may replace your card wit another card of this Agreement to the extent sold, assigned or transferred

## We May Sell Your Account

We may at any time, and without notice to you, sell, assig or transfer your account, any sums due on your account, this Agreement, or our rights or obligations under your account. The person or entity that we may sell, assign, or transfer your account to whom we make any such sale, assignment or transfer shall be entitled to all of our rights and/or obligations under this Agreement to the extent sold, assigned or transferred

## Your Credit Limit

Your credit limit is disclosed to you when you receive your card and, generally, on each monthly statement. We may change your credit limit from time to time.

The amount shown on your monthly statement as Cash or Credit Available does not reflect finance charges, other Purchases, Cash Advances, fees, or other transactions or credits that post to your account after the Closing Date of that monthly statement. Such transactions could result in your credit limit being exceeded and result in the assessment of Overlimit Fees.

## What We May Do if You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus any authoriz

attempt a transaction that results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may (1) permit the transaction without raising your credit limit, (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due, or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused. If we refuse to permit a Check Cash Advance or Balance Transfer, we may do so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused. In no event will we be liable if the Check Cash Advance or Balance Transfer, or in any other manner refused, and there are insufficient funds to pay the Check Cash Advance or Balance Transfer, or in any other manner.

## Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-789-6701.

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit, we may charge an Overlimit Fee as provided in this Agreement.

## You Must Notify Us When You Change Your Address

We strive to keep accurate records for your benefit and ours. In order for us to do so, we need you to keep us up to date with your address. When you change your address, you must notify us promptly of your new address.

## What Law Applies

This Agreement is made in Delaware, and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

## Your Rights Continue

Our failure to exercise any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

Any failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

## The Provisions of This Agreement Are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

## Arbitration and Litigation

This Arbitration and Litigation provision applies to you, unless you were given the opportunity to reject the Arbitration and Litigation provisions and you did so reject them, in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or this Agreement will be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties, or declaratory or equitable relief), including Claims regarding the applicability of this Arbitration and Litigation section or the validity of the entire Agreement or any prior Agreement, shall be resolved by binding arbitration. The arbitration shall be conducted by the National Arbitration

Forum ("NAF"), under the Code of Procedure in effect at the time the Claim is filed. Rules and forms of the National Arbitration Forum may be obtained and Claims may be filed at any National Arbitration Forum office, www.arbitration.com, or PO Box 50191, Minneapolis, Minnesota 55405, telephone 1-800-474-2371. If the NAF is unable or unwilling to act as arbitrator, we may substitute another nationally recognized, independent arbitration organization that uses a similar code of procedure. At your written request, we will advance your arbitration filing fee, or administrative and hearing fees that you are required to pay to pursue a Claim in arbitration. The arbitrator will decide who will be ultimately responsible for paying those fees. In no event will you be required to reimburse us for any arbitration filing, administrative, or hearing fees in an amount greater than what your court costs would have been if the Claim had been resolved in a state court with jurisdiction.

Any arbitration hearing at which you appear will take place within the federal judicial district that includes your billing address at the time the Claim is filed. This arbitration agreement is made pursuant to a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. 1-16 ("FAA"). Judgment upon any arbitration award may be entered in any court with jurisdiction. The arbitrator shall apply relevant substantive law and applicable statutes of limitations and shall honor any claims or privilege recognized by law. If any party requests, the arbitrator shall write an opinion containing the reasons for the award.

For the purposes of this Arbitration and Litigation section, "we" and "us" means MBNA America Bank, N.A., its parent, subsidiaries, affiliates, licensees, predecessors, successors, assigns, any purchaser of your account, and all of their officers, directors, employees, agents, and assigns and all of any and all claims asserted by you against any other party claiming through them. Additionally, "we" or "us" shall mean any third party providing benefits, services, or products in connection with the account (including but not limited to credit bureaus, merchants that accept any credit device issued under the account, rewards programs and enrollment services, credit insurance companies, debt collectors, and all of their officers, directors, employees and agents) if, and only if, such a third party is named by you as a codefendant in any Claim you assert against us.

This Arbitration and Litigation section shall survive the termination of your account with us as well as any voluntary payment of the debt in full by you, any bankruptcy by you or us, and any sale of the debt.

For the purposes of this Arbitration and Litigation section:

No Claim submitted to arbitration is heard by a jury, and no Claim may be brought as a class action or as a private attorney general. You do not have the right to act as a class representative or participate as a member of a class of claimants with respect to any Claim. This Arbitration and Litigation section applies to all Claims now in existence or that may arise in the future.

**THE RESULT OF THIS ARBITRATION AGREEMENT IS THAT, EXCEPT AS PROVIDED ABOVE, CLAIMS CANNOT BE LITIGATED IN COURT, INCLUDING SOME CLAIMS THAT COULD HAVE BEEN TRIED BEFORE A JURY OR AS CLASS ACTIONS, OR AS PRIVATE ATTORNEY GENERAL ACTIONS.**

If any part of this Arbitration and Litigation section is found to be invalid or unenforceable under any law or statute consistent with the FAA, the remainder of this Arbitration and Litigation section shall be enforceable without regard to such invalidity or unenforceability.

## CREDIT INSURANCE BENEFITS, LIMITATIONS, COSTS & EXCLUSIONS

### CONSUMER PROTECTION DISCLOSURES

**PURCHASE OF CREDIT INSURANCE IS NOT A CONDITION OF OBTAINING CREDIT. IF COVERAGE IS DESIRED, IT MAY BE PURCHASED ELSEWHERE.**

**CREDIT INSURANCE IS NOT A DEPOSIT; NOT FDIC-INSURED; NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY; AND NOT GUARANTEED BY THE BANK.**

**Credit Insurance** pays your minimum monthly payment* up to your balance on the date of loss (not to exceed $25,000, except during disability in MN) until you return to work* if you become involuntarily unemployed, totally disabled, or if you or your spouse takes covered family leave. Credit Insurance also pays your total outstanding balance to the least of your outstanding balance or your credit limit (not AL, AZ, AR, DE, DC, ID, IL, IA, LA, MD, MN, MS, ND, OH, OK, RI, SD, VT, WA, WV & WY), or $25,000 if you die.

**Eligibility.** One insured per account (insured must be the primary cardholder or a co-applicant, authorized users are not eligible), under age 65 (70 in AZ, IN, NV & VA; 71 in FL, GA, MI, MO & OK; 72 in NM). Your coverage ends at the same ages (except family leave in AZ, FL & SD & unemployment). When enrolled, certificates will be mailed explaining your coverage in detail. You must be Totally Disabled for the effective date, or family leave benefits, you must be gainfully employed or family leave benefits, you must be gainfully employed (except family leave in AZ, FL & SD & unemployment) working at least 30 hrs/wk (not self-employed or an independent contractor) for 90 consecutive days before the date of loss (CO - before application date), (PA - on the date of loss). Employees of professional corporations may be eligible.

**Coverages & Benefits.** Credit Insurance covers your death; involuntary unemployment due to job loss, general strike, unionized labor dispute, or lockout; total disability due to sickness or injury if you are unable to perform the material duties of your occupation, (totally disabled, or if you or your spouse's unpaid family member must be active military duty (jury duty except in AK), or residence in an incapacitated immediate family member (must be spouse, child, stepchild or parent in AK); mandatory recall to active military duty; jury duty (except in AK), or residence in a federally declared major disaster area in TX. Disability: normal pregnancy or childbirth (not CA, MA & NV). intentionally self-inflicted injuries (not MD) or a pre-existing medical condition during first 6 months of coverage (not NJ). Family leave benefits are not paid if you are eligible for or receiving unemployment benefits or are disabled.

*up to your balance on the date of loss (not to exceed $25,000, except during disability in MN) until you return to work* if you become involuntarily unemployed, you must be unemployed for 7 consecutive weeks & qualify for state unemployment benefits before benefits begin. A daily benefit is paid for each day of loss over 30 days for unemployment in NY & PA, and disability in CA, CT, GA, NY, MI, PA, RI & SC. You may cancel this coverage at any time. If canceled within the first 30 days of coverage, all premiums will be refunded.

This is only a brief description of coverage, and coverages vary by state. Please refer to your certificates for a full explanation of coverage.

**Costs per $100 per Month of Average Daily Balance:**
Costs apply to Life (L), Disability (D), Unemployment (U) &
Family Leave (F): AL 54.5c, AK 78c, AZ 99.9c, AR 99c, CA
89.9c, CO 50.66c; CT 42.89c; DE 99.9c; DC 99.9c; FL 89c; GA
90.8c; HI 89.01c; ID 99.9c (L 8.6c, D 16.9c, U 54c, F 20c); IL
80.97c; IN 96c; IA 97.8c (L 7.2c, D 16.9c, U 54c, F 20c); KS
85.47c; KY 99.4c; LA 99.93c; ME 53.05c; MD 79.74c; MA 15.7c;
MI 85.7c; MN 31.47c; MS 92.5c; MO 61.1c; MT 93.9c; NE
95.8c; NV 99.87c; NH 99c; NJ 97c; NM 58.9c; NY 52.5c (L 8.8c,
D 26.8c, U 16.9c); NC 71.3c; ND 94.97c; OH 99.9c; OK 99.47c;
OR 80.8c; PA 38.1c; PR 99c; RI 99.8c; SC 78.8c; SD 99.9c; TN
92.5c; TX 33.7c (L 4.8c, D 12.9c, U 16c); UT 90.44c; VT 34.92c
(L 6.86c, D 12.2c, F 16c); VA 84c (L 6.1c, D 8.9c, U 49c, F
20c); WA 89.39c; WV 99.5c; WI 93.6c (L 5.7c, D 8.9c, U 19c, F
20c); WY 99.7c.

**Availability:** Involuntary Unemployment is not available in
MA or VT. Family Leave is not available in AL, CT, MA, MD,
MN, NM, NY, PA, or TX.

**Underwriting Companies/Policy.** Involuntary
Unemployment: American Security/LOI(5/85), LOI-IN(3/93),
Security/FLP-FL(12/97) in FL, FLP-NC(3/98) in NC,
AS LOI TX(11/99), LOIC-IP-KS(2/96), LOI-I-5(9/5) (NH only)
and LOIC-IP, Standard Guaranty/SG LOI-1-5(9/5) in AL, AZ,
AR, DE, DC, IL, IN, IA, KS, LA, MD, MN, MS, NV, ND, OH, OK,
RI, SD, VT, VA, WY & WV, Standard Guaranty Life (TX only)/
Life & Disability:  Union Security/LOI, A-Z, L-S-O in AL, AZ,
L-12(6/97)(13.53RA), First Fortis Life (NY Life only)/NYLM0013,
American Security (NY Disability only)/W-S-A, Fortis
Insurance (ME only)/U-X-A.  Family Leave: American
FLP-OK(4/97) in OK, FLP-VA(2/98) in VA, FLP-AZ(2/97/98) in
AZ, FLP-IP(4/97) in IL & IN, FLP-KS (1/97)) in KS, FLP-ME
(4/99) in ME, FLP-WV(4/97) in WV. Standard Guaranty/FLP
(4/97) in NH. Union Security Life/FLP-VT(4/97) in VT. Soliciting
agents for Mississippi and Florida are Charles M. Gordon and
Pamela Curtis respectively.

The creditor may receive compensation in connection with
this offer.

It is a crime to provide false or misleading information to an
insurer for the purpose of defrauding the insurer or any other
person. Penalties include imprisonment and/or fines. In addition
an insurer may deny insurance benefits if false information
materially related to a claim was provided by the applicant

* Less past due and over credit limit amounts. In MI, cover-
age pays 5% of the balance on your date of disability up to
$1250. In OR, coverage pays the greater of 1/36th of the bal-
ance or the current minimum payment due on your date of
loss. In NY & PA, coverage pays the minimum payment due
on your date of loss. In TX, coverage pays the greater of 6% of
your insured outstanding balance on your date of unemploy-
ment or your minimum monthly payment.

**The number of monthly benefit payments will not exceed 9
for family leave; 12 for unemployment in AL, AK, CT, IL, MI, MO, IN, NC, NV, PA, SC & TX, 12 for disability in AK, CO, CT,
FL, KY, MA, MO, MT, NE, NH, NM, OR, SC, UT & VA.

NY, NJ & TX Residents Only: To purchase coverages separate
write to Assurant Group, P. O. Box 50355, Atlanta, GA 30302
Applications will be sent to you.

# EXHIBIT 2C

Approved, SCAO

NBF # 11.196.08

| | | Original - Court | 2nd copy - Plaintiff |
|---|---|---|---|
| | | 1st copy - Defendant | 3rd copy - Return |

STATE OF MICHIGAN
36TH JUDICIAL DISTRICT

**SUMMONS AND COMPLAINT**

CASE NO.
05 137016 GC

Court address    421 MADISON AVE

Court telephone no.

DETROIT            MI 482260000

313-965-6098

Plaintiff name(s), address(es), and telephone no(s).

MBNA AMERICA BANK, N.A.
A NATIONAL ASSOCIATION

655 PAPER MILL ROAD
MAIL STOP 1411
WILMINGTON            DE  198841411

Defendant name(s), address(es), and telephone no(s).

HERMAN KELLY
3056 BEWICK
DETROIT MI  48214

v

05 137016GC                    1

000099 PLAINTIFF SER

Plaintiff attorney, bar no., address, and telephone no.

WOLPOFF & ABRAMSON, L.L.P.
ATTORNEYS IN THE PRACTICE OF DEBT COLLECTION
PAUL T. OLIVIER, JR. P18472/MEGAN FINK P66223
REBECCA KREISHER P63993/COREY M. CARPENTER P67818
CHERICE A. TADDAY P67788/KATHY CHRISTIAN P64570
39500 HIGH POINTE BLVD., SUITE 250,
NOVI, MI 48375-2404 #248-855-6562 #1-866-241-2334

JOINTLY AND SEVERALLY GC                    1

W&A FILE NO. 131277362

CASE    150.00

**SUMMONS**    **NOTICE TO THE DEFENDANT:**  In the name of the people of the State of Michigan you are notified:
1.    You are being sued.
2.    **YOU HAVE 21 DAYS** after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside of this state).
3.    If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 10/31/05 | 1/30/06 | smacher |

*This summons is invalid unless served on or before its expiration date.

**COMPLAINT**    *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐    There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐    An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in

The action ☐ remains · ☐ is no longer    pending.  The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**
☒    There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐    A civil action between these parties or other parties arising out of the transaction or occurrence as alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer    pending.  The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| AS ABOVE | AS ABOVE |

Place where action arose or business conducted
NOT APPLICABLE

| Date | Signature of attorney/plaintiff |
|---|---|
| 09/12/05 | |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01  (6/04)  SUMMONS AND COMPLAINT   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

17073

Approved, SCAO

| | | Original - Court     2nd copy - Plaintiff<br>1st copy - Defendant    3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br><br>36TH JUDICIAL DISTRICT | **SUMMONS AND COMPLAINT**<br>Page 2 of 2 pages | **CASE NO.** |
| Court address    421 MADISON AVE | | |

Court telephone no.

DETROIT      MI   482260000          313-965-6098

## COMPLAINT FOR JUDGMENT BASED ON ARBITRATION AWARD

1.   An Arbitration Award was entered in favor of Plaintiff against Defendant(s).

2.   A copy of the Arbitration Award is attached hereto and incorporated herein by reference.

3.   Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff against Defendant(s) based on said Arbitration Award.

Wherefore plaintiff prays for judgment in the sum of $ 11196.08 together with costs and attorney fees.

_____

Attorney for Plaintiff



NATIONAL

ARBITRATION

FORUM

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Attorneys in the Practice of Debt Collection
702 King Farm Blvd, Two Irvington Centre
Rockville, MD  20850-5775

**CLAIMANT(s),**                                                **AWARD**

                                        RE:  MBNA America Bank, N.A. v Herman Kelly
                                        File Number:  FA0503000439604
                                        Claimant File Number: ▬▬▬▬3734

Herman Kelly
3056 Bewick
Detroit, MI  48214

**RESPONDENT(s).**

The undersigned Arbitrator in this case FINDS:

1. That no known conflict of interest exists.
2. That on or before 03/10/2005 the Parties entered into an agreement providing that this matter shall be resolved through binding arbitration in accordance with the Forum Code of Procedure.
3. That the Claimant has filed a Claim with the Forum and served it on the Respondent in accordance with Rule 6.
4. That the matter has proceeded in accord with the applicable Forum Code of Procedure.
5. The Parties have had the opportunity to present all evidence and information to the Arbitrator.
6. That the Arbitrator has reviewed all evidence and information submitted in this case.
7. That the information and evidence submitted supports the issuance of an Award as stated.

**Therefore, the Arbitrator ISSUES:**
An Award in favor of the **Claimant,** for a total amount of **$11,196.08.**

Entered and Affirmed in the State of Michigan

_____                    **ACKNOWLEDGEMENT AND CERTIFICATE**
Mark L. Kowalsky, Esq.                                                **OF SERVICE**
Arbitrator                                        This Award was duly entered and the Forum hereby
                                                certifies that a copy of this Award was sent by first
                                                class mail postage prepaid to the Parties at the above
Date:  08/23/2005                                referenced addresses, or their Representatives, on
                                                this date

                                                _____
                                                Honorable Harold Kalina, Ret.
                                                Director

Original - Court
1st copy - Applicant
Copies - All appearing parties

Approved, SCAO

| STATE OF MICHIGAN | DEFAULT REQUEST, AFFIDAVIT, ENTRY AND JUDGMENT (SUM CERTAIN) | CASE NO. |
|---|---|---|
| 36TH JUDICIAL DISTRICT | | 05137016GC |

Court address   421 MADISON AVE

DETROIT MI  48226

Court telephone no.

313-965-6098

**Plaintiff name(s), address(es), and telephone no(s).**

MBNA AMERICA BANK, N.A.
A NATIONAL ASSOCIATION

655 PAPER MILL ROAD
MAIL STOP 1411
WILMINGTON DE 19884-1411

v

**Defendant name(s), address(es), and telephone no(s).**

HERMAN KELLY
3056 BEWICK
DETROIT MI  48214

Jointly and Severally

**Plaintiff attorney, bar no., address, and telephone no.**

WOLPOFF & ABRAMSON, L.L.P.
ATTORNEYS IN THE PRACTICE OF DEBT COLLECTION
PAUL T. OLIVIER, JR. P18472/MEGAN FINK P66223
REBECCA KREISHER P63993/CHERICE A. TADDAY P67788
KATHY CHRISTIAN P64570*
39500 HIGH POINTE BLVD., SUITE 250,
NOVI, MI 48375-2404 #248-855-6562 #1-866-241-2334

**Defendant attorney, bar no., address, and telephone no.**

Party in default:   HERMAN KELLY

## REQUEST AND AFFIDAVIT

[X] 1. According to court rule, I request the clerk to enter the default of the party named above for failure to appear.

2. The claim against the defaulted party is for a sum certain or for a sum which by computation can be made certain, and plaintiff requests judgment of the amount due from the defaulted party. Amount due plus costs are:

| Damages | Interest | Costs | ATTY FEE Other* | Total | |
|---|---|---|---|---|---|
| $ 11196.08 | $ | $ 175.00 | $ 75.00 | $ 11446.08 | *Attach bill of costs |

3. The defaulted party is not an infant or incompetent person.

4. [ ] It is unknown whether the defaulted party is in the military service.   [X] The defaulted party is not in the military service.
[ ] The defaulted party is in the military but there has been notice of pendency of the action and adequate time and opportunity to appear and defend (attached, as appropriate, is a waiver of rights and protections provided under the Servicemembers Civil Relief Act).

5. The claim [ ] is [X] is not based on a note or other written evidence of indebtedness (if so, evidence is attached for filing and cancellation by clerk).

_Shan Fit_  P67516                            Bar no.

Applicant/Attorney signature

Subscribed and sworn to before me on _____,                            County, Michigan.
                              Date

My commission expires: _____   Signature: _____
                              Date                              Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## DEFAULT ENTRY AND JUDGMENT   The default of the party named above for failure to appear is entered.

[ ] A note or other written evidence of indebtedness has been filed for cancellation.

_1/17 06_                                                    _____
Date                                                         Court clerk

IT IS ORDERED this judgment is granted for   PLAINTIFF _____ . This judgment will earn interest at applicable statutory rates.

_1/17.06_                              specify all JUDGE JOSEPH N. BALTIMORE _____
Date                                                         Court clerk/Judge

This disposes of the last pending claim and closes the case.
Judgment has been entered and will be final unless within 21 days of default judgment date a motion to set aside default is filed.

## CERTIFICATE OF MAILING

I certify that a copy of this judgment was served on the other party(ies) or their attorney(s) by ordinary mail at the above address(es).

_1/25/06_                              _____
Date                              Signature

MC 07a  (7/04)  DEFAULT REQUEST, AFFIDAVIT, ENTRY, AND JUDGMENT (SUM CERTAIN)

MCL 32.517, MCL 600.6013,
MCR 2.603(B)(2), 50 USC 521

# <u>EXHIBIT 3A</u>

931

**IN THE**
**NATIONAL ARBITRATION FORUM**
**CLAIM**

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Attorneys in the Practice of Debt Collection
Two Irvington Centre
702 King Farm Blvd.
Rockville, MD 20850

**RE:**
**Forum File Number:**     FA0509000556840
**Claimant File Number:**     0131277641
**Account No.:**     ████████5567
**Card member Agreement Type:**     AGMT90

**CLAIMANT,**

Herman Kelly
3056 Bewick St
Detroit MI 48214-2157

**RESPONDENT(S),**

For a Claim against Respondent(s), Claimant states:

1. By way of contract and use of the credit account at issue, Respondent(s) became bound by the terms of a credit agreement (hereinafter the "Agreement"), which is attached hereto and incorporated herein by reference.

2. Respondent(s) is/are in default under the terms of the Agreement and is/are now indebted to Claimant in the amount of $1362.18 , as reflected in the attached account summary, plus interest of $56.73 as of the date of filing, and at 5.00% thereafter.

3. Despite repeated demands for payment, Respondent(s) has/have not paid the amounts due.

4. Claimant requests an Award for the amounts reflected in Paragraph 2, plus all arbitration fees incurred, Process of Service fees and Attorney Fees of $204.32 , if allowed by law, equaling 15% of the outstanding principal balance.

5. The attached Agreement contains a mandatory arbitration provision which provides that any dispute between Respondent and Claimant related to the above-referenced credit account must be resolved in the National Arbitration Forum ("NAF") under the NAF Code of Procedure.

6. The attached Agreement contains a Delaware choice of law provision and a provision for "reasonable" attorneys fees. Delaware law specifically provides that an attorney fee may be awarded on an unpaid account if allowed by the credit agreement. See, 5 Del.Code § 951. Delaware law also recognizes that an attorney's fee in an amount up to twenty percent (20%) of the principal outstanding balance is reasonable. See, 10 Del.Code § 3912.

The undersigned counsel for Claimant asserts, under penalty of perjury, that the information contained in this Claim and the supporting documents attached hereto are accurate based upon information provided by Claimant to the undersigned counsel.

WOLPOFF & ABRAMSON, L.L.P.
*Attorneys in the Practice of Debt Collection*

By:

Bruce H. Cherkis, Esq.
ADMITTED: (MD, DC, PA)

Neal J. Levitsky, Esq.
ADMITTED: (DE)

Counsel for the Claimant

**If Respondent or counsel wishes to contact Claimant, please call or write:**
**Paralegal Department**
**Wolpoff & Abramson, L.L.P.**
Two Irvington Centre
702 King Farm Blvd., 5th Floor
Rockville, MD 20850
1-800-830-2793

NAFCM2/NAF3     282A

932

## SUMMARY OF ACCOUNT INFORMATION

ACCOUNT STATUS REPORT

Date Filed:          09/09/2005

Account Number:          ●▬▬▬▬5567

Cardmember Agreement:     AGMT90

Primary Account Holder:   HERMAN KELLY

Address:          3056 Bewick St

          Detroit, MI 48214-2157

Home Phone:

Work Phone:

Social Security Number:  ●▬▬1838

Secondary Account Holder:

Address:

Home Phone:

Work Phone:

Principal Balance:        $1362.18

Interest Rate:        5%

Date Assigned:        11/08/2004

INFORMATION DRAWN FROM ACCOUNT RECORDS AND CURRENT AS OF THE DATE FILED

933

# NOTICE OF ARBITRATION

Dear Respondent,

AN ARBITRATION CLAIM HAS BEEN FILED AGAINST YOU.

Enclosed and served upon you is the Initial Claim. You may obtain a copy of the Code of Procedure, without cost, from the Claimant or from the Forum at WWW.ARBITRATION-FORUM.COM or 800/474-2371.

IF YOU DO NOT DELIVER TO THE CLAIMANT AND FILE WITH THE FORUM A WRITTEN RESPONSE, AN AWARD MAY BE ENTERED AGAINST YOU. AN ARBITRATION AWARD MAY BE ENFORCED IN COURT AS A CIVIL JUDGMENT.

YOU HAVE THIRTY (30) DAYS TO RESPOND FROM RECEIPT OF SERVICE.

You have a number of options at this time. You may:

1. *Submit a written Response to the Claim*, stating your reply and defenses to the Claim, together with documents supporting your position. Your Response must be delivered to the Claimant and filed with the Forum. Read National Arbitration Forum [NAF] Code of Procedure Rules 13 and 6C.

   Proof of delivery of the Response on the Claimant must also be filed with the Forum. Read NAF Rules 2A, 2M, and 2AA. Proof of delivery can be a statement: "Respondent, under penalty of perjury, states that the Response was delivered to Claimant by [explain how delivered, such as mail or other methods in NAF Rule 6C]".

   A Counter Claim, Cross-claim or Third Party Claim must also be delivered and filed with the Forum, and accompanied by the fee as provided in the Fee Schedule. Read NAF Rules 14, 15, and 16. Forms for such Response and Claims may be obtained from the Forum.

   If you fail to respond in writing to the Claim, an Award may be entered against you and in favor of the Claimant.

2. *Select a Document Hearing or a Participatory Hearing*. You may request a Hearing in your Response or in a separate writing. You may select a Document or Participatory Hearing, and you may also request a Hearing on-line or by telephone. If an In-person Participatory Hearing is selected, it will be held in the federal Judicial District where you reside or do business, unless you have agreed otherwise. Your written Request for a Hearing must be filed with the Forum. You must also deliver a copy of your Request to the Claimant and any other Parties. Read NAF Rules 25 and 26.

3. *Have other options*. You may seek the advice of an attorney or any person who may assist you regarding this arbitration. You should seek this advice promptly so that your Response can be delivered and filed within the time required by the Code of Procedure. Read NAF Rule 5 for a Summary of Arbitration Procedures. If you have any questions about responding, you may contact the Forum.

The Forum is an independent and impartial arbitration organization, which does not give legal advice or represent parties. THIS SUMMARY IS NOT A SUBSTITUTE FOR READING AND UNDERSTANDING THE CODE OF PROCEDURE WHICH GOVERNS THIS ARBITRATION.

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN USA 55405-0191
(800) 474-2371
info@arb-forum.com
ARBITRATION-FORUM.COM

282A
NAFCL5/NAF3

# Credit Card Agreement
## Additional Terms and Conditions

## Selected Sections

■ Privacy Notice .................................................................1

■ Accuracy of Information Furnished to
Credit Reporting Agencies ...........................................4

■ How to Use Your Account...........................................4

■ Payments on Your Account.........................................5

■ We May Amend This Agreement................................8

■ What Law Applies .......................................................9

■ Arbitration and Litigation ...........................................9

AGMT 80

## Your Contract With Us

Your Credit Card Agreement with us consists of these Additional Terms and Conditions and the document called the Required Final Disclosures and the Initial Disclosure. You agree to the terms and conditions in this Agreement. For the purposes of this paragraph of the Privacy Note, we will use the definition contained in the third paragraph of the Privacy Note. For the remainder of the Agreement, we will use the definitions described under the section heading Words Used Often in this Agreement.

## Privacy Notice

Your privacy is important to us: At MBNA, we are committed to providing you with the finest financial products and services backed by consistently top-quality service. And while information about you is fundamental to our ability to do this, we fully recognize the importance of keeping personal and account information secure.

To offer you the widest range of products and services, MBNA may share information about you both within MBNA and outside of MBNA with other companies. This allows us to offer you products and services that may interest you and best meet your needs, whether they are available directly from MBNA or through our relationships with other companies. We want you to understand our information safeguards, what information we collect, what information we share, and the benefits you receive when we share information about you.

This notice describes the privacy practices of MBNA Corporation and all MBNA affiliates, including MBNA America Bank, N.A., MBNA America (Delaware), N.A., Palladian Travel Services, Inc., MBNA America Hallmark Information Services, Inc., MBNA Marketing Systems, Inc., and MBNA Insurance Agency, Inc. (collectively, "MBNA"), for financial products and services governed by the laws of the United States of America. This notice explains MBNA's information collection and sharing practices and lets you choose whether or not MBNA may share certain information about you, either within MBNA or outside of MBNA with other companies.

**Our Security Procedures.** MBNA understands the importance of protecting and securing information and using it appropriately. Access to information about you is restricted to the people of MBNA who require it to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal standards for the security of information.

When MBNA shares information about you with companies outside of MBNA, we require them to impose safeguards, use it only for a permitted purpose, and to return it to us or destroy it once that purpose is served. We limit the amount of information shared to what is appropriate to offer a product or service efficiently. MBNA requires any company receiving information from MBNA to sign a Confidentiality Agreement containing these requirements and obligating that company to protect the information as we would.

**Information We Collect.** MBNA collects and uses nonpublic personal information about you to conduct our business and to consistently deliver the top-quality Customer service you expect from us. Sources of this information include the following:

• Information we receive from you on applications and other forms or through your correspondence or communication with us including through the mail, by telephone, or over the Internet;

• Information we receive from third parties, such as consumer reporting agencies, to verify statements you've made to us, or regarding your employment, credit, or other relationships; and

• Information about your transactions with MBNA and with other companies outside of MBNA.

**Information We Share Within MBNA.** We may share all of the information we collect about you with financial service companies within MBNA to offer additional products or services that may interest you and best meet your needs. We believe this is convenient for you and may save you both time and money. To do so, we share identification information (such as name and address), transaction and experience information (such as purchases and payments) credit eligibility information (such as credit reports and applications), and other information. The decision to purchase any such products or services is yours alone. You may tell us not to share credit eligibility information about you within MBNA, but please understand this does not prohibit us from offering you additional products and services or from sharing transaction and experience, identification, and other information within MBNA.

**Information We Share With Others.** From time to time, we may allow companies outside of MBNA to offer you their products and services that may interest you. These products and services may be offered by financial service providers (such as banks, loan brokers, account aggregators, insurance agents, insurance companies, mortgage bankers, and securities broker-dealers,) by non-financial companies (such as retailers, direct marketers, communications companies, Internet service providers, manufacturers, service companies, travel agents, cruise lines, car rental agencies, hotels, airlines, publishers, and organizations endorsing MBNA financial products or services), and others (such as nonprofit organizations). Subject to applicable law, we may share all the information we collect with these companies outside of MBNA unless you tell us not to.

Additionally, we may share all the information we collect with companies that perform marketing or other services on our behalf or to other financial institutions with which we have joint marketing agreements. We are also permitted by law to share information about you with other companies in certain circumstances. For instance, we may share all of the information we collect with companies assisting us in servicing your loan or account, with companies that endorse our products and services through affinity agreements.

with government entities in response to subpoenas or regulatory requirements, and with consumer reporting agencies. If you tell us not to share information with companies outside of MBNA that wish to offer you their products and services, as described above, please understand that we will continue to share information in these additional circumstances.

**Important Information About Your Choice:** We're dedicated to serving your needs - and to respecting your choices related to privacy. You may tell us not to share credit eligibility information within MBNA, and you may tell us not to share information with companies outside of MBNA that wish to offer you their products and services as described above. To exercise both of these opt-out choices, you may call us toll-free at 1-866-751-1295. We will ask you to verify your identity and the specific accounts to which the opt out applies, so please have all your account, membership, or reference numbers and your Social Security number or Taxpayer Identification number for deposit accounts available when you call.

MBNA applies the opt outs at the account level, not by Individual Customer. When any person listed with others on an account opts out (for example, a co-applicant, joint account holder, or authorized user), we will treat the account as having opted out. MBNA will continue to adhere to its disclosed privacy practices for an account even if it becomes inactive or is closed.

An opt out from information sharing on an account as described above, either within MBNA and/or with companies outside of MBNA, remains effective unless revoked in writing. Federal regulations require us to provide this notice on an annual basis, whether or not an account has previously opted out from either type of information sharing. Please remember when you receive our subsequent notices that an account previously revoked or both types of information sharing (and not revoked in writing) does not need to be opted out again.

This notice updates and replaces any previous notices from MBNA about the privacy, security, and protection of information. For additional information regarding MBNA's privacy practices concerning the Internet, and to view the most recent version of this privacy notice, please go to www.mbna.com and click on "Privacy Notice." You may have other privacy protections under state laws. We may amend this privacy notice at any time, and we will inform you of changes as required by law.

## Words Used Often in This Agreement

"Agreement" or "Credit Card Agreement" means these Additional Terms and Conditions and the Required Federal Disclosures to the Initial Disclosure) and any changes we make to these documents from time to time.

"You" and "your" mean each and all of the persons who are granted, accept or use an account we hold. "You and your" also mean any other person who has guaranteed payment of

---

this account, when used in the sections entitled, We May Monitor and Record Telephone Calls, and Arbitration and Litigation and when used in each of the sections relating to payment (that is, Our Promise to Pay, and How We Allocate Your Payments, for example).

"We," "us," "our" and "MBNA America" mean MBNA America Bank, N.A.

"Card" means all the credit cards we issue to you and to any other person with authorization for use on this account, pursuant to this Agreement.

"Access check" means an access check we provide to you to make a Check Cash Advance on your account.

If we use a capitalized term in this document but we do define the term in this document, then the term has the meaning given in the Required Federal Disclosures or the Initial Disclosure, as set out in your monthly statement.

We use section headings (such as, Words Used Often in This Agreement) to organize this Agreement. The actual terms of this Agreement are in the sentences that follow and the headings.

## Sign Your Card

You should sign your card before you use it.

## We May Monitor and Record Telephone Calls

You consent to and authorize MBNA America, any of its affiliates, or its marketing associates to monitor and/or record any of your telephone conversations with our representative or the representatives of any of those companies.

## Credit Reporting Agencies

You authorize MBNA America to collect information about you, including credit reports from consumer reporting agencies.

If you believe we have furnished inaccurate or incomplete information about you or your account to a credit reporting agency, write us at: MBNA, Credit Reporting Agencies, P.O. Box 17054, Wilmington, DE 19884-7054. Please include your name, address, home phone number, and account number, and explain what you believe is inaccurate or incomplete.

## How to Use Your Account

You may obtain credit in the form of Purchases and Cash Advances by using cards, access checks, your account number or other credit devices. Please refer to your Required Federal Disclosures or the Initial Disclosure to determine what transactions constitute Purchases and Cash Advances and how you may obtain them.

## Transaction Date for Certain Cash Advances

The transaction date for Check Cash Advances and Balance Transfers done by check is the date you or the person to whom the check is made payable first deposits or cashes the check. The transaction date for a returned payment (a Bank Cash Advance) is the date that the corresponding payment posted to your account.

## Purposes for Using Your Account

You may use your account for personal, family, or household purposes. You may not use your account for any business or commercial purposes. You may not use a Check Cash Advance, or any other credit account with us, to make a payment on this or any other credit account with us. You may not use or permit your account to be used to make any illegal transaction.

---

## Persons Using Your Account

If you permit any person to use your card, access checks, account number, or other credit device with the authorization to obtain credit on your account, you may be liable for all transactions made by that person including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

## How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. A written stop payment request on an access check are effective for six months from the day that we place the stop payment.

## You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person that presented it to us for payment, without in either case waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Your Promise to Pay

You promise to pay us the amounts of all credits you obtain, in the form of Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge against your account.

## Payments on Your Account

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made by any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment Due. If you overpay or if there is a credit balance on your account, we will not pay any interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

## When Your Payment Will Be Credited to Your Account

We credit payments as of the date received. If the payment is: (1) received by 2 p.m. (Eastern Time); (2) received at the address shown on the upper left-hand corner of the front of your monthly statement; (3) made with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

## How We Allocate Your Payments

We will allocate your payments in the manner we determine.

## Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee or use the account are individually and together responsible for any total outstanding balance. We may refuse to release from liability any person who is responsible to pay any total outstanding balance, until all of the cards, access checks, and other credit devices outstanding under the account have been returned to us, and any such person or persons repays us the total outstanding balance owed to us at any time under the terms of this Agreement.

## Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Payment Due Date, (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility for the optional credit insurance and premium payment obligations for the optional credit insurance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights where you have been in default shall not be a waiver of rights where these rights are upon later default.

## When We May Require Immediate Payment

If you are in default we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the Arbitration and Litigation section of this Agreement, we can also require you to pay the costs we incur in any collection proceeding, as well as the reasonable attorney fees if we refer your account for collection to an attorney who is not our salaried employee.

## Other Payment Terms

We can accept late payments, partial payments, or payments with any restrictive writing without losing any of our rights under this Agreement. This means that no payment, including those marked with an account is "payment in full" or with any other restrictive acknowledgment shall operate as an accord and satisfaction without our prior written approval of one of our senior officers. You may not use a postdated check to make a payment. If you do postdate a payment check, we may elect to honor it upon presentment or return it uncredited to the person that presented it, without in either case waiving for the latest case the amount shown on the check. We are not liable to you for any loss or expense incurred to you arising out of the action we elect to take.

## Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, finance charges and any applicable fees will accrue on your account in accordance with this Agreement. You must resume making your Total Minimum Payment Due each month following a payment holiday.

## Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the transaction will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S.

---

In most instances, we will allocate your payments to balances (including any APRs). This will result in new balances with a lower APR (e.g., those with promotional APR offers) being paid before any other existing balances.

dollar amount in accordance with the operating regulations or conversion procedures in effect at the time that the transaction is processed. Currently, those regulations and procedures provide that the currency conversion rate to be used is either a wholesale market rate or (2) a government-mandated rate in effect one day prior to the processing date, increased by one percent in each case. Visa or MasterCard retains this one percent as compensation for performing the currency conversion service. The currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or the posting date.

## Billing Cycle

Your billing cycle ends each month on a Closing Date determined by us. Each billing cycle begins on the day after the Closing Date of the previous billing cycle. This statement reflects your entire billing cycle.

## Account Fees and Charges

Account Fees: The following fees, which are set forth on your Required Federal Disclosures or Initial Disclosure, are charged as Purchases in the billing cycle in which the fees accrue:

(1) a Late Fee if the Total Minimum Payment Due shown on your monthly statement is not received by us on or before its Payment Due Date;

(2) an Overlimit Fee if your New Balance Total exceeds your credit limit on the last day of any billing cycle, even if fees or finance charges charged by us cause your New Balance Total to exceed your credit limit; an Overlimit Fee is charged to your account on the first day of the next billing cycle that your total outstanding balance exceeds your credit limit.

(3) a Returned Payment Fee if a payment on your account is returned for insufficient funds or any other reason, even if it is paid upon subsequent presentment.

(4) a Returned Cash Advance Check Fee if we return an access check unpaid for any reason, even if the access check is paid upon subsequent presentment.

(5) a Copy Fee for each copy of a sales draft, statement or sales draft, except that the six most recent monthly statements and six sales drafts will be provided for free; and

(6) an Annual Fee if your account is open or if you maintain an account balance, whether you have active charging privileges or not.

Abandoned Property Charges: Unless prohibited by applicable law, we will charge your account, as a Purchase, for any costs incurred by us associated with complying with state abandoned property laws.

## Refusal to Honor Your Account

We are not liable for any refusal to honor your account. This can include a refusal to honor your card or account number or any check written on your account.

## Benefits

We may offer you certain benefits and services with your account. Unless expressly made a part of this Agreement, any such benefits or services are not a part of this Agreement, but are subject to the terms and restrictions outlined in the benefits brochure and other official documents provided in the benefits from time to time by or on behalf of MBNA America. We may adjust, add, or delete benefits and services at any time and without notice to you.

Please review your Required Federal Disclosures or Initial Disclosure for additional fees and charges that may apply to your account.

---

any retention of your card by us, any other bank, or any provider of goods or services.

## We May Suspend or Close Your Account

We may suspend or close your account or otherwise terminate your right to use your account. You may do this at any time and for any reason. Your obligations under this Agreement continue even after we have done this. You may destroy all cards, access checks or other credit devices on the account when we request.

## You May Close Your Account

You may close your account by notifying us in writing or by telephone, and destroying all cards, access checks or other credit devices on the account. Your obligations under this Agreement continue even after you have done this.

## Transactions After Your Account is Close

When your account is closed, you must contact anyone authorized to charge transactions to your account, such as Internet service providers, health or life insurance companies. These transactions may cause your account to be charged to your account until you bring the account to zero. Also, if we believe you have authorized others or are attempting to use your account after you have requested to close the account, we may allow the transaction to be charged to your account.

## We May Amend This Agreement

We may amend this Agreement at any time. We may amend it by adding, deleting, or changing provisions of this Agreement. When we amend this Agreement we will comply with the applicable notice requirements of federal and state law. If an amendment at that time. If an amendment gives you a right to reject the change, and if you reject this change in the manner provided in such amendment, we may terminate your right to receive credit and may ask you to return all credit devices as a condition of your rejection. Any amended Agreement (including any higher rate or other high charges or fees) will apply to the total outstanding balance, including the balance existing before the amendment becomes effective. We may replace your card with another card at any time.

## We May Sell Your Account

Your credit limit is disclosed to you when you receive your card and, generally, on each monthly statement. We may change your credit limit from time to time.

We may at any time, and without notice to you, sell, assign or transfer your account, any sums due on your account, this Agreement, or our rights or obligations under your account, this Agreement, or our rights or obligations under this Agreement, to any person or entity. The person or entity to whom we make any such sale, assignment or transfer shall be entitled to all of our rights and/or obligations under this Agreement, to the extent sold, assigned or transferred.

## Your Credit Limit

The amount shown on your monthly statement as Cash or Credit Available does not take into account any Purchases, Cash Advances, finance charges, fees, any other charges or credits which post to your account after the Closing Date of that monthly statement. Such transactions could result in your credit limit being exceeded and result in the assessment of Overlimit Fees.

## What We May Do If You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorizations at any time must not be more than your credit limit. If you attempt a transaction which results in your total outstanding balance (plus authorizations) exceeding your credit limit: (1) permit the transaction without raising your credit limit; (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due; or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused. If we refuse to permit a Check Cash Advance or a Balance Transfer, we may do so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused. Advice we give about a refused Check Cash Advance or Balance Transfer, or in any other manner.

## Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.

## You Must Notify Us When You Change Your Address

We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

## What Law Applies

This Agreement is made in Delaware and we extend credit to you from the State of Delaware (without regard to the conflict of laws principles) and by any applicable federal laws.

## The Provisions of This Agreement are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

## Our Rights Continue

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

## Arbitration and Litigation

This Arbitration and Litigation provision applies to you unless you are given the opportunity to reject the Arbitration and Litigation provisions and you did so reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or the Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including

Claims regarding the applicability of this Arbitration and Litigation Section or the validity of the entire Agreement or any prior Agreement, shall be resolved by binding arbitration.

The arbitration shall be conducted by the National Arbitration Forum ("NAF"), under the Code of Procedure in effect at the time the Claim is filed. Rules and forms of the NAF at any Nation Arbitration Forum may be obtained and Claims may be filed at any location of the National Arbitration Forum, P.O. Box 50191, Minneapolis, Minnesota, 55405, telephone 1-800-474-2371. If the NAF is unable or unwilling to act as arbitrator, we may advise an organization that uses a similar code of procedure. At your written request, we will advance any arbitration filing fee, administrative and hearing fees which you are required to pay to pursue a Claim in arbitration. The arbitrator will decide who will be ultimately responsible for paying those fees. In no event will you be required to reimburse us for an arbitration filing, administrative or hearing fees in an amount greater than what your court costs would be with jurisdiction Act, 9 U.S.C. §§ 1-16 ("FAA"). Judgment upon any arbitration award may be entered in any court having jurisdiction. The arbitrator shall follow existing substantive law to the extent consistent with the FAA and applicable statutes of limitations and shall honor any claims of privilege recognized by law. If a party requests, the arbitrator shall write an opinion containing the reasons for the award.

No Claim submitted to arbitration is heard by a jury and No Claim may be brought as a class action or as a private attorney general. You do not have the right to act as a class representative or participate as a member of a class of claimants with respect to any Claim. This Arbitration and Litigation Section applies to all Claims now in existence or that may arise in the future.

This Arbitration and Litigation Section shall survive the termination of your Agreement as well as any voluntary payment of the debt in full by you, any bankruptcy by you or sale of the debt by us.

For the purposes of this Arbitration and Litigation Section "we" and "us" means MBNA America Bank, N.A., its parent, subsidiaries, affiliates, licensees, predecessors, successors, assigns, and any purchaser of your account; and all of their agents, and any purchaser of your account; and all of their officers, directors, employees, agents and assigns or any and all of them. Additionally, "we" or "us" shall mean any third party providing benefits, services, or products in connection with the account (including but not limited to credit bureaus, merchants that accept any credit device issued under the account, rewards or enrollment services, credit insurance companies, debt collectors and all of their officers, directors, employees and agents) if, and only if, such a third party is named by you as a co-defendant in any Claim you assert against us.

If any part of this Arbitration and Litigation Section is found to be invalid or unenforceable under any law or statute consistent with the FAA, the remainder of this Arbitration and Litigation Section shall be enforceable without regard to such invalidity or unenforceability.

THE RESULT OF THIS ARBITRATION AGREEMENT IS THAT EXCEPT AS PROVIDED ABOVE, CLAIMS CANNOT BE LIT-

I HAVE BEEN TRIED BEFORE A JURY, AS CLASS ACTIONS OR AS PRIVATE ATTORNEY GENERAL ACTIONS.

# CREDIT INSURANCE BENEFITS, LIMITATIONS, COSTS & EXCLUSIONS

## CONSUMER PROTECTION DISCLOSURES

CREDIT INSURANCE IS NOT A DEPOSIT; NOT FDIC-INSURED; NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY; AND NOT GUARANTEED BY THE BANK.

PURCHASE OF CREDIT INSURANCE IS NOT A CONDITION OF OBTAINING CREDIT. IF COVERAGE IS DESIRED, IT MAY BE PURCHASED ELSEWHERE.

**Credit Insurance** pays your minimum monthly payment up to your balance on the date of loss (not to exceed $25,000, or total disability in MN), until you return to work** If your involuntary unemployment totally disabled, or if your pays your insured outstanding balance up to the least of your outstanding balance, your credit limit, or $25,000 (not TX, ID, IL, LA, NV; or $25,000 if your coverage...

**Eligibility.** One insured per account (insured must be the primary cardholder) age 66 (70 in AZ; NY & VA; 71 in FL, CA, MD & OK; 72 in NM). Your coverage ends at these same ages (except family leave in AZ, FL & SD & unemployment). When enrolled, certificates will be mailed explaining your coverage & effective date. In MN, unemployment coverage is effective 61 days from your certificate effective date. For unemployment or family leave benefits, you must be gainfully employed working at least 30 hrs/wk (not self-employed or an independent contractor) for 90 consecutive days before the date of loss (ITO = before application date; IN, on the date of loss). Employees of professional corporations may be eligible.

**Coverage & Benefits.** Credit Insurance covers your death; involuntary unemployment due to job loss, general strike, unionized labor dispute, or lockout; total disability due to sickness or injury if you are unable to perform the material & substantial duties of your job for any job after 12 mos. In PA, IN (not in AL, AZ, CA, OK, DE, FL, ID, IL, IA, KS, WI & WY); or your spouse's unpaid leave of absence or involuntary unemployment (must be an active employed, unemployment or family member (must be active military duty; jury duty (except in AK); or residence in a federally declared disaster area. Loss (not death) must continue at least 30 days before benefits begin. In NY, for strikes, unionized labor disputes & lockouts, you must be unemployed for 7 consecutive weeks & qualify for state unemployment benefits before benefits begin. A daily benefit is paid for each day of loss over 30 days of unemployment in IN & FL & LA. If you are unemployed in IN the first 30 days of coverage, all premiums will be refunded.

**Exclusions.** Life: suicide in the first 6 months of coverage (not MD & MO). Involuntary Unemployment: retirement, resignation, voluntary forfeiture of income or job loss due to willful or criminal misconduct, disability, strikes in IL, military discharge in KY & normal seasonal unemployment in TX. Disability: normal pregnancy or childbirth (not CA, MA & NV), intentionally self-inflicted injuries (not MD); or a pre-existing medical condition during first 6 months of coverage (not NJ).

Family leave benefits are not paid if you are eligible for or receiving unemployment benefits or are disabled.

This is only a brief description of coverage, and coverages vary by state. Please refer to your certificates for a full explanation of coverage.

**Costs per $100 per Month of Average Daily Balance**

Costs apply to Life (L), Disability (D), Unemployment (U) & Family Leave (F). AL: 54.5¢; AK: 70¢; AZ 99.9¢; AR 99¢; CA Family Leave (F). AL: 54.5¢; AK: 70¢; AZ 99.9¢; AR 99¢; CA 89.9¢; CO 50.60¢; CT 42.89¢; DE 99.9¢; DC 99.9¢; FL 89.9¢; GA 90.8¢; HI 80.91¢; ID 99.5¢ (L 8.8¢, D 16.6¢, U 54¢, F 20¢); IL 80.97¢; IN 96¢; IA 97.8¢ (L 7.2¢, D 16.6¢, U 54¢, F 20¢); KS 85.47¢; KY 97.4¢; LA 99.9¢; ME 93.09¢; MD 79.74¢; MA 15.7¢; 80.97¢; MN 31.4¢; MS 92.5¢; MO 61.1¢; MT 93.9¢; NE 95.8¢; NY 99.97¢; NH 9%; NH 97¢; NM 98.9¢; NY 52.3¢ (L 8.8¢, 92.5¢; TX 33.7¢ (L 4.8¢, D 12.9¢, U 16¢); UT 90.44¢; VT 34.92¢ D 26.6¢; OK 97.47¢; NC 71.3¢; ND 94.97¢; OH 99.9¢; OK 97.47¢; OR 80.62¢; PA 38.1¢; PR 99¢; RI 99.8¢; SC 78.8¢; SD 99.9¢; TN (L 6.6¢, D 12.24¢, F 16¢); VA 84¢ (L 6.1¢, D 8.8¢, U 49¢, F 20¢); WA 89.99¢; WI 93.6¢ (L 5.7¢, D 8.9¢, U 59¢, F 20¢) & WY 99.7¢.

**Availability.** Involuntary Unemployment is not available in MA or VT. Family Leave is not available in AL, CT, MA, MD, MN, NH, NM, NY, PA or TX.

**Underwriting Companies/Policies.** Involuntary Unemployment: American Security(AK)(AOI(X85), LOI NY(593), AS LOI TX(11/99), LOIC-IP-KS(2/96), LOIC-IP-CRS-ME(X)(X85) and LOIC-IP, Standard Guaranty/SG LOI (X85) (NH only) Life 6 Disability: Union Security Life(L-L-2, L-5-1-0 in AL, AZ, AR, DE, DC, ID, IL, IN, KS, LA, MD, MN, MS, NV, ND, OH, OK, RI, SD, VT, WA, WV & WY, Standard Guaranty Life (TX only) L-I-2(8492)(13.5?GA), First Fortis Life (NY Life only)NYLA0013, American Security (NY Disability only)AU-S-A, Fortis Insurance (ME only)/AU-X-A    Family Leave: American Security/FLP (497), FLP-FL(2/97) in FL, FLP-NC (398) in NC, FLP-OK(497) in OK, FLP-VA(2/98) in VA, FLP-IP(AZ)(7/98) in AZ, FL-IP(497) in IL & IN, FL-IP-KS (12/97) in KS, FL-IP-ME (499) in ME, FL-IP-NH(497) in WY, Standard Guaranty/FLP (497) in NH; Union Security Life/FLP-VT(4/97) in VT. Soliciting agents for Mississippi and Florida are Charles M. Gordon and Pamela Curtis respectively.

The creditor may receive compensation in connection with this offer.

It is a crime to provide false or misleading information to an Insurer for the purpose of defrauding the Insurer or any other person. Penalties include imprisonment and/or fines. In addition, an Insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

*Less past due and over credit limit amounts. In MI, coverage pays 5% of the balance on your date of disability up to $1250. In OR, coverage pays the greater of 1/36th of the balance or the current minimum payment due on your date of loss. In NY & PA, coverage pays the minimum payment due on your date of loss. In TX, coverage pays the greater of 6% of your insured outstanding balance or your date of unemployment or your minimum monthly payment.

**The number of monthly benefit payments will not exceed 9 for family leave; 12 for unemployment in AL, AK, CT, IL, MI, MN, MO, NM, NC, NY, PA, SC & TX; 12 for disability in AK, CO, CT, FL, KY, MA, MO, MT, NE, NH, NM, NC, OR, SC, UT & VA.

**NY, NJ & TX Residents Only:** To purchase coverage separately, write to Assurant Group, P.O. Box 30955, Atlanta, GA 30302. Applications will be sent to you.

# EXHIBIT 3C



National
Arbitration
Forum®

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Attorneys in the Practice of Debt Collection
702 King Farm Blvd, Two Irvington Centre
Rockville, MD 20850-5775

**CLAIMANT(s),**                    **AWARD**

                    RE:    **MBNA America Bank, N.A. v Herman Kelly**
                           **File Number: FA0509000556840**
                           **Claimant Account Number:** ▮▮▮▮▮▮5567

Herman Kelly
3056 Bewick St
Detroit, MI 48214-2157

       **RESPONDENT(s).**

The undersigned Arbitrator in this case FINDS:

1.  That no known conflict of interest exists.
2.  That on or before 09/08/2005 the Parties entered into a valid, written contract providing that this matter shall be resolved through binding arbitration in accordance with the Forum Code of Procedure. This matter is arbitrable under the terms of the parties' arbitration contract and the law.
3.  That this matter involves interstate commerce and the Federal Arbitration Act governs this arbitration.
4.  That the Claimant has filed a Claim with the Forum.
5.  That the Claim was properly served on the Respondent by Claimant in accordance with Rule 6, including a Notice of Arbitration.
6.  That the matter has proceeded in accord with the applicable Forum Code of Procedure rules. A Second Notice of Arbitration was sent to the Respondent by the Forum.
7.  That the Parties have had the opportunity to present all evidence and information to the Arbitrator. An arbitration hearing notice was duly delivered to the Parties as required by the Forum Rules.
8.  That the Arbitrator has reviewed all evidence submitted in this case.
9.  That the evidence submitted supports the issuance of this Award.
10. That applicable substantive law supports the issuance of this Award.

**Therefore, the Arbitrator ISSUES:**
An Award in favor of the **Claimant**, for a total amount of **$1,787.60.**

Entered and Affirmed in the State of Michigan

                           **ACKNOWLEDGEMENT AND CERTIFICATE**
                           **OF SERVICE**
                    This Award was duly entered and the Forum hereby certifies
                    that a copy of this Award was sent by first class mail postage
                    prepaid to the Parties at the above referenced addresses, or their
                    Representatives, on this date.

_me C. Kowalsky_
Mark L. Kowalsky, Esq.
Arbitrator
                                    Honorable Harold Kalina, Ret.
                                    Director
Date: 03/17/2006

# EXHIBIT 4A

2841

**IN THE**
**NATIONAL ARBITRATION FORUM**
**CLAIM**

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Attorneys in the Practice of Debt Collection
Two Irvington Centre
702 King Farm Blvd.
Rockville, MD 20850

**RE:**
**Forum File Number:**     FA0507000516373
**Claimant File Number:**     0133356583
**Account No.:**     �Iฝ6335
**Card member Agreement Type:**  AGMT90

**CLAIMANT,**

Herman Kelly
3056 Bewick St
Detroit MI 48214-2157

**RESPONDENT(S),**

For a Claim against Respondent(s), Claimant states:

1.  By way of contract and use of the credit account at issue, Respondent(s) became bound by the terms of a credit agreement (hereinafter the "Agreement"), which is attached hereto and incorporated herein by reference.

2.  Respondent(s) is/are in default under the terms of the Agreement and is/are now indebted to Claimant in the amount of $2987.88   , as reflected in the attached account summary, plus interest of $89.23     as of the date of filing, and at 5.00%     thereafter.

3.  Despite repeated demands for payment, Respondent(s) has/have not paid the amounts due.

4.  Claimant requests an Award for the amounts reflected in Paragraph 2, plus all arbitration fees incurred, Process of Service fees and Attorney Fees of $448.18     , if allowed by law, equaling 15% of the outstanding principal balance.

5.  The attached Agreement contains a Delaware choice of law provision and a provision for "reasonable" attorney fees. Delaware law specifically provides that an attorney fee may be awarded in an amount up to 20% on an unpaid claim if allowed by law. See, 10 Del. Code Sec. 3912 (Pleading & Practice).

6.  The attached Agreement contains a mandatory arbitration provision under the Rules of the National Arbitration Forum ("NAF").

    The undersigned counsel for Claimant asserts, under penalty of perjury, that the information contained in this Claim and the supporting documents attached hereto are accurate based upon information provided by Claimant to the undersigned counsel.

WOLPOFF & ABRAMSON, L.L.P.
*Attorneys in the Practice of Debt Collection*

By:

Ronald S. Canter, Esq.
ADMITTED: (MD, DC, FL, PA)

Neal J. Levitsky, Esq.
ADMITTED: (DE)

Counsel for the Claimant

**If Respondent or counsel wishes to contact Claimant, please call or write:**
**Paralegal Department**
**Wolpoff & Abramson, L.L.P.**
**Two Irvington Centre**
**702 King Farm Blvd., 5th Floor**
**Rockville, MD 20850**
**1-800-830-2793**

NAFCM2/NAF3       866A

2842

## SUMMARY OF ACCOUNT INFORMATION

### ACCOUNT STATUS REPORT

Date Filed:          07/15/2005

Account Number:          ███████6335

Cardmember Agreement:      AGMT90

Primary Account Holder:   HERMAN KELLY

Address:          3056 Bewick St

Detroit, MI 48214-2157

Home Phone:

Work Phone:

Social Security Number: ████838

Secondary Account Holder:

Address:

,

Home Phone:

Work Phone:

Principal Balance:      $2987.88

Interest Rate:      5%

Date Assigned:      12/08/2004

INFORMATION DRAWN FROM ACCOUNT RECORDS AND CURRENT AS OF THE DATE FILED

866A
NAFCL4/NAF3

2843

## NOTICE OF ARBITRATION

Dear Respondent,

AN ARBITRATION CLAIM HAS BEEN FILED AGAINST YOU.

Enclosed and served upon you is the Initial Claim. You may obtain a copy of the Code of Procedure, without cost, from the Claimant or from the Forum at WWW.ARBITRATION-FORUM.COM or 800/474-2371.

IF YOU DO NOT SERVE THE CLAIMANT AND FILE WITH THE FORUM A WRITTEN RESPONSE, AN AWARD MAY BE ENTERED AGAINST YOU. AN ARBITRATION AWARD MAY BE ENFORCED IN COURT AS A CIVIL JUDGMENT.

YOU HAVE THIRTY (30) DAYS TO RESPOND FROM RECEIPT OF SERVICE.

You have a number of options at this time. You may:

1. *Submit a written Response to the Claim,* stating your reply and defenses to the Claim, together with documents supporting your position. Your Response must be served on the Claimant and filed with the Forum. Read Forum Code of Procedure Rule 13. A Counter Claim, Cross-claim or Third Party Claim may also be served and filed, and accompanied by the fee as provided in the Fee Schedule. Forms for such Response and Claims may be obtained from the Forum. If you fail to respond in writing to the Claim, an Award may be entered against you and in favor of the Claimant and you will lose your case.

2. *Demand a Document Hearing or a Participatory Hearing.* You may request a Hearing in your Response or in a separate writing. Unless you have agreed otherwise, an In-person Participatory Hearing will be held in the Judicial District where you reside or do business. You may also request a hearing on-line or by telephone. Your written Request for a Hearing must be filed with the Forum. You must also serve a copy of your Request on the Claimant and any other Parties. Read Forum Code of Procedure Rules 25 and 26.

3. *Have other options.* You may seek the advice of an attorney or any person who may assist you regarding this arbitration. You should seek this advice promptly so that your Response can be served and filed within the time required by the Code of Procedure. If you have any questions or need help in responding, you may contact the Forum.

The Forum is an independent and impartial arbitration organization, which does not give legal advice or represent parties. THIS SUMMARY IS NOT A SUBSTITUTE FOR READING AND UNDERSTANDING THE CODE OF PROCEDURE WHICH GOVERNS THIS ARBITRATION.

The Forum
P.O. Box 50191
Minneapolis USA 55405-0191
(651) 631-1105  (800) 474-2371
info@arb-forum.com
ARBITRATION-FORUM.COM

866A
NAFCL5/NAF3

## Credit Card Agreement

### Additional Terms and Conditions

## Selected Sections

- ■ Privacy Notice .................................................................. 1
- ■ Accuracy of Information Furnished to
  Credit Reporting Agencies and Your Rights ..................... 4
- ■ How to Use Your Account ............................................... 4
- ■ Payments on Your Account ............................................ 5
- ■ We May Amend This Agreement ..................................... 8
- ■ What Law Applies .......................................................... 9
- ■ Arbitration and Litigation ............................................. 9

AGNWT 802

### Your Contract With Us

Your Credit Card Agreement with us consists of these Additional Terms and Conditions, the document called the Required Federal Disclosures or the Initial Disclosure. You agree to the terms and conditions of this Agreement. For the purpose of the Privacy Notice, we will use the definitions contained in the third paragraph of the Privacy Notice. For the remainder of the Agreement, we will use the definitions described under the section heading World Used Often In This Agreement.

### Privacy Notice

Your privacy is important to us. At MBNA, we are committed to providing you with the finest financial products and services backed by consistently top-quality service. And while information about you is fundamental to our ability to do this, we fully recognize the importance of keeping personal and account information secure.

To offer you the widest range of products and services, MBNA may share information about you both within MBNA and outside of MBNA with other companies. This allows us to offer products and services that may interest you and best meet your needs, whether they are available directly from MBNA or through our relationships with other companies. We want you to understand our information safeguards, what information we collect, what information we share, and the benefits you receive when we share information about you.

This notice describes the privacy practices of MBNA Corporation and all MBNA affiliates, including MBNA America Bank, N.A., MBNA America (Delaware), N.A., Palladian Travel Services, Inc., MBNA Hallmark Information Services, Inc., MBNA Marketing Systems, Inc., and MBNA Insurance Agency, Inc. (collectively, "MBNA"), for financial products and services governed by the laws of the United States of America. This notice explains MBNA's information collection and sharing practices and lets you choose whether or not MBNA may share certain information about you, either within MBNA or outside of MBNA with other companies.

**Our Security Procedures.** MBNA understands the importance of protecting and securing information and using it appropriately. Access to information about you is restricted to the people of MBNA who require it to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal standards for the security of information.

When MBNA shares information about you with companies outside of MBNA, we require them to impose safeguards, use it only for a permitted purpose, and to return it to us or destroy it once that purpose is served. We limit the amount of information shared to what is appropriate to offer a product or service efficiently. MBNA requires any company receiving information from MBNA to sign a Confidentiality Agreement containing these requirements and obligating that company to protect the information as we would.

**Information We Collect and Uses.** MBNA collects and uses nonpublic personal information about you to conduct our business and to consistently deliver the top-quality Customer service you expect from us. Sources of this information include the following:

- Information we receive from you on our applications and other forms or through your correspondence or communication with us including through the mail, by telephone, or over the Internet;
- Information we receive from third parties, such as consumer reporting agencies, to verify statements you've made to us, or regarding your employment, credit, or other relationships; and
- Information about your transactions with MBNA and with other companies outside of MBNA.

**Information We Share Within MBNA.** We may share all of the information we collect about you with financial services companies within MBNA to offer additional products or services that may interest you and best meet your needs. We believe this is convenient for you and may save you both time and money. To do so, we share identification information (such as name and address), transaction and experience information (such as purchases and payments) and credit eligibility information (such as credit reports and applications), and other information. The decision to purchase any such products or services is yours alone. You may tell us not to share credit eligibility information about you within MBNA, but please understand this does not prohibit us from offering you additional products and services or from sharing transaction and experience. Identification and other information within MBNA.

**Information We Share With Others.** From time to time, we may allow companies outside of MBNA to offer you their products and services that may interest you. These products and services may be offered by financial service providers (such as banks, loan brokers, account aggregators, insurance agents, insurance consultants, mortgage bankers, and securities broker-dealers), by non-financial companies (such as retailers, direct marketers, communications companies, Internet service providers, manufacturers, service companies, travel agents, cruise lines, car rental agencies, hotels, airlines, publishers, and organizations endorsing MBNA financial products or services), and others (such as nonprofit organizations). Subject to applicable law, we may share all the information we collect with these companies outside of MBNA unless you tell us not to.

Additionally, we may share all the information we collect with companies that perform marketing or other services on our behalf or to other financial institutions with which we have joint marketing agreements. We are also permitted by law to share information about you with other companies in certain circumstances. For instance, we may share all of the information we collect with companies assisting us in servicing your loan or account, with companies that endorse our products and services through affinity agreements.

with government entities in response to subpoena or regulatory requirements, and with consumer reporting agencies. If you tell us not to share information with companies outside of MBNA that wish to offer you their products and services, as described above, please understand that we will continue to share information in these additional circumstances.

**Important Information About Your Choices.** We're dedicated to serving your needs - and to respecting your choices related to privacy. You may tell us not to share credit eligibility information within MBNA, and you may tell us not to share information with companies outside of MBNA that wish to offer you their products and services as described above. If you wish to opt out of such information sharing, please call toll-free 1-800-731-1295. We will ask you to verify your identity and the specific accounts to which the opt out applies, so please have all your account, membership, or reference numbers and your Social Security number or Taxpayer Identification number for deposit accounts available when you call.

MBNA applies opt outs at the account level, not by individual Customer. When any person listed with others on an account opts out (for example, a co-applicant, joint account holder, or authorized user), we will list the entire account as having opted out. MBNA will continue to adhere to its disclosed privacy practices if an account even if it becomes inactive or is closed.

An opt out from information sharing on an account as described above, either within MBNA and/or with companies outside of MBNA, remains effective unless revoked in writing. Federal regulations require us to provide this notice on an annual basis, whether or not an account has previously opted out from either type of information sharing. Please remember when you receive our subsequent notices that an account previously opted-out from either or both types of information-sharing (and not revoked in writing) does not need to be opted out again.

This notice updates and replaces any previous notices from MBNA about the privacy, security, and protection of information. For additional information regarding MBNA's privacy practices concerning the Internet, and to view the most recent version of this privacy notice, please go to www.mbna.com and click on "Privacy Notice". You may have other privacy protections under state law. We may amend this privacy notice at any time, and we will inform you of changes as required by law.

## Words Used Often In This Agreement

"Agreement" or "Credit Card Agreement" means these additional Terms and Conditions and the Required Federal Disclosures (or the Initial Disclosure) and any changes we make to those documents from time to time.

"You" and "your" mean each and all of the persons who are granted, accept or use an account we hold. "You" and "your" also mean any other person who has guaranteed payment of

this account, when used in the sections entitled, *We May Monitor and Record Telephone Calls*, and *Arbitration and Litigation* and the sections relating to payment and when used in each of those sections, but not when used in [*Your Payment to Pay*, and *How We Allocate Your Payments* for example].

"We," "us," "our" and "MBNA America" mean MBNA America Bank, N.A.

"Card" means all the credit cards we issue to you and to any other person with authorization to use on this account pursuant to this Agreement.

"Access check" means an access check we provide to you to make a Check Cash Advance on your account.

If we use a capitalized term in this document but we do define the term in that document, the term has the meaning given in the Required Federal Disclosures or the Initial Disclosure, or as used in your monthly statement.

We use section headings (such as, *Words Used Often in This Agreement*) to organize this Agreement. The actual terms of this Agreement are in the sentences that follow and not the headings.

## Sign Your Card

You should sign your card before you use it.

## We May Monitor and Record Telephone Calls

You authorize MBNA America to collect information about you, including credit reports from consumer reporting agencies.

If you believe we have furnished inaccurate or incomplete information about you to a credit reporting agency, write us at: MBNA, Consumer Reporting Agencies, P.O. Box 17054, Wilmington, DE 19884-7054. Please include your name, address, home phone number, and account number, and explain what you believe is inaccurate or incomplete.

## How To Use Your Account

You may obtain credit in the form of Purchases and Cash Advances by using your account, your account number or other credit devices. Please refer to your Required Federal Disclosures or Initial Disclosure to determine what transactions constitute Purchases and Cash Advances and how you may obtain them.

## Transaction Date for Certain Cash Advances

The transaction date for Check Cash Advances and Balance Transfers done by check is the date you or the person to whom the check is given deposits or cashes the check. The transaction date for a retail payment (e.g. a Cash Advance) is the date that the corresponding payment posted to your account.

## Purposes for Using Your Account

You may use your account for personal, family, or household purposes. You may not use your account for business or commercial purposes. You may not use a Check Cash Advance, an Access check, to make a payment on this or any other credit account with us. You may not use or permit your account to be used to make any illegal transaction.

## Persons Using Your Account

If you permit any person to use your card, access checks, account number, or other credit device with this option to obtain credit on your account, you will be liable for all transactions made by that person, including transactions for which you may not have intended to be liable, even if the amount of those transactions causes the credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

## How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

## You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we are not required to honor it upon presentment or return. If unpaid is presented, that presented date to us for payment, without in either case waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Your Promise to Pay

You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances charges, and any other transactions we charge against your account, fees, and any other transactions we charge against your account.

## Payments on Your Account

You must pay, each month, at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next scheduled Total Minimum Payment Due. You may overpay on your account. We will account, using funds that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

## When Your Payment Will Be Credited to Your Account

We credit payments as of the date received. If the payment is: (1) received by 2 p.m. (Eastern Time); (2) received at the address shown in the upper left-hand corner of the front of your monthly statement; (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (4) in an envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

## How We Will Allocate Your Payments

We will allocate your payments in the manner we determine.

In most instances, we will allocate your payments to balances (including new transactions) with lower APRs before balances with higher APRs. This will result in new balances with a lower APR (e.g., those with promotional APR offers) being paid before any other existing balances.

## Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee or use the account are individually and together responsible for any total outstanding balance. We may refuse to release from liability any person who is responsible to pay any total outstanding balance, until all of the cards, access checks and other credit devices outstanding under your account have been returned to us. Each such person or persons have agreed to the total outstanding balance owed to us at any time under the terms of this Agreement.

## Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Payment Due Date, (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility for a premium payment obligation of the optional credit insurance and without regard to your actual financial condition, a default if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon late default.

## When We May Require Immediate Payment

If you are in default we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as part of this agreement, we can require you to pay the costs we incur in any collection proceeding, as well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

## Other Payment Terms

We can accept late payments, partial payments, or payments marked with restrictions or "paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our senior officers. You may not use a postdated check to make a payment. If you do postdate a payment check, we may elect to honor it upon presentment or return it unsatisfied to the person that presented it... We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, finance charges and any applicable fees will accrue on your account in accordance with this Agreement. You must resume making your Total Minimum Payment Due each month following a payment holiday.

## Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the transaction will be converted into U.S. dollars by Visa International or MasterCard International, depending on which card you use, into a U.S.

dollar amount in accordance with the operating regulations or conversion procedures in effect at the time that the transaction is processed. Currently, those regulations and procedures provide that the currency conversion rate to be used is either (1) a wholesale market rate or (2) a government-mandated rate in effect one day prior to the processing date, increased by one percent in each case. Visa or MasterCard retains that one percent as compensation for performing the currency conversion service. The currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or the posting date.

## Billing Cycle

Your billing cycle ends each month on a Closing Date determined by us. Each billing cycle begins on the day after the Closing Date of the previous billing cycle. Each statement reflects a single billing cycle.

## Account Fees and Charges

Account Fees. The following fees, which are set forth in your Required Federal Disclosures or initial Disclosure, are charged as Purchases in the billing cycle in which the fees accrue:

(1) a Late Fee if the Total Minimum Payment Due shown on your monthly statement is not received by us on or before its Payment Due Date.

(2) an Overlimit Fee if your New Balance Total exceeds your credit limit. If credit limit on the last day of a billing cycle. If the billing cycle during which you continue to finance charges charged by us or causes your New Balance Total to exceed your credit limit, an Overlimit Fee is charged to your account each day in the billing cycle that your total outstanding balance on your account exceeds your credit limit;

(3) a Returned Payment Fee if a payment on your account is returned for insufficient funds or for any other reason, even if it is paid upon subsequent representment;

(4) a Returned Cash Advance Check Fee if we return an access check unpaid for any reason, even if the access check is paid upon subsequent presentment;

(5) a Copy Fee for each copy of a monthly statement or sales draft, except that the six most recent monthly statements and six sales drafts will be provided for free; and

(6) an Annual Fee if your account is open or if you maintain an account balance, whether or not you have active charging privileges.

Abandoned Property Charges. Unless prohibited by applicable law, we will charge your account, as a Purchase, for costs incurred by us associated with complying with state abandoned property laws.

Please review your Required Federal Disclosures or initial Disclosure for additional fees and charges that may apply to your account.

## Benefits

We may offer you certain benefits and services with your account. Unless expressly made a part of this Agreement, any such benefits or services are not a part of this Agreement, but are subject to the terms of any documents governing those benefits and other official documents provided to you from time to time by or on behalf of MBNA America. We may adjust, add, or delete benefits and services at any time and without notice to you.

## Refusal to Honor Your Account

We are not liable for any refusal to honor your account. This can include a refusal to honor your card or account number or any check written on your account. We are not liable for

any retention of your card by us, any other bank, or any provider of goods or services.

## We May Suspend or Close Your Account

We may suspend or close your account or otherwise terminate your right to use your account. We may do this at any time and for any reason. Your obligations under this Agreement continue even after we have done this. You must destroy all cards, access checks or other credit devices on the account when we request.

## You May Close Your Account

You may close your account by notifying us in writing or by telephone, and destroying all cards, access checks or other credit devices on the account. Your obligations under this Agreement continue even after you have done this.

## Transactions After Your Account is Close

When your account is closed, you must contact anyone authorized to charge transactions to your account, such as internet service providers, health clubs or insurance companies. These transactions may continue to be charged to your account until you change the billing. Also, if we believe you have authorized a transaction or are attempting to change your account after you have requested to close your account, we may allow the transaction to be charged to your account.

## We May Amend This Agreement

We may amend this Agreement at any time. We may amend it by adding, deleting, or changing provisions of this Agreement. When we amend this Agreement we will comply with the applicable notice requirements of federal and state law. Delaware law that are in effect at that time. If an amendment gives you the opportunity to reject the change, and you reject the change in the manner provided in such amendment, we may terminate your right... retain all credit terms (including any higher rate or other high amount) and each will apply to the total outstanding balance, including the balance existing before the amendment became effective. We may replace your card with another card at any time.

## We May Sell Your Account

We may at any time, and without notice to you, sell, assign or transfer your account, any sums due on your account, this Agreement, or our rights or obligations under your account or this Agreement to any person or entity. The person or entity to whom we make any such sale, assignment or transfer shall be entitled to all of our rights and/or obligations under this Agreement, to the extent sold, assigned or transferred.

## Your Credit Limit

Your credit limit is disclosed to you when you receive your card and, generally, on each monthly statement. We may change your credit limit from time to time. The amount shown on your monthly statement as Cash or Credit Available and finance charges, fees, and any other transactions that post to your account after the Closing Date of that month's statement. Such transactions could result in your credit limit being exceeded and result in the assessment of Overlimit Fees.

## What We May Do If You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorizations at any time must not be more than your credit limit. If you attempt a transaction which results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may: (1) permit the transaction without raising your credit limit, (2) treat the transaction as a request to raise the amount of the transaction; or (3) refuse the transaction.

If we permit the transaction, we may advise the person who attempted to complete the transaction that it has been refused. If we permit the transaction and we or anyone else does so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused, that there are insufficient funds to pay the Check Cash Advance or Balance Transfer, or in any other way.

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit, we may charge an Overlimit Fee as provided in this Agreement.

## Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.

## You Must Notify Us When You Change Your Address

If we store records for your benefit and ours. The post office and others may notify us of a change to your address. If you change your address, you must notify us promptly of your new address.

## What Law Applies

This Agreement is made in Delaware and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware without regard to its conflict of laws principles and by any applicable federal laws.

## The Provisions of This Agreement are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

## Our Rights Under This Agreement

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

## Arbitration and Litigation

This Arbitration and Litigation provision applies to you unless you were given the opportunity to reject and did not reject them in the manner and Litigation provisions. If you did reject them in the manner and time provided, and then agreed that we are unable to exercise provision, you agreed that any Arbitration brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including

Claims regarding the applicability of this Arbitration and Litigation Section or the validity of the entire Agreement or any prior Agreement, shall be resolved by binding arbitration.

The arbitration shall be conducted by the National Arbitration Forum ("NAF"), under the Code of Procedure in effect at the time the Claim is filed. Rules and forms of the NAF may be obtained and Claims may be filed at any National Arbitration Forum office, www.arb-forum.com, or P.O. Box 50191 Minneapolis, Minnesota 55405, telephone 1-800-474-2371. If the NAF is unable or unwilling to act as arbitrator, we may administer another nationally recognized, independent arbitration organization that uses a similar code of procedure. At your written request, we will advance any arbitration filing fee, administrative and hearing fees which you are required to pay to pursue a Claim in arbitration. The arbitrator will decide who will be ultimately responsible for paying those fees. In no event will you be required to reimburse us for any arbitration filing, administrative or hearing fees in an amount greater than what your costs would have been if the Claim had been resolved in a state court with jurisdiction. Any arbitration hearing at which you appear will take place within the federal judicial district that includes your billing address at the time the Claim is filed. This arbitration agreement is made pursuant to a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"). Judgment upon any arbitration award may be entered in any court having jurisdiction. The arbitrator shall follow applicable substantive law to the extent consistent with the FAA and applicable statutes of limitations and shall honor any claims of privilege recognized by law. If a party requests, the arbitrator shall write an opinion containing the reasons for the award.

No Claim submitted to arbitration is heard by a jury and no Claim may be brought as a class action or as a private attorney general. You do not have the right to act as a class representative or participate as a member of a class of claimants with respect to any Claim. This Arbitration and Litigation Section applies to all Claims now in existence or that may arise in the future.

This Arbitration and Litigation Section shall survive the termination of your account with us, as well as the full payment and sale of the debt by us.

For the purposes of this Arbitration and Litigation Section "we" and "us" means MBNA America Bank, N.A., its parent, subsidiaries, affiliates, licensees, successors, assigns, and any purchaser of your account; and all of their officers, directors, employees, agents and assigns or any of them. Additionally, "we" or "us" shall mean any third party providing benefits, services, or products in connection with the account (including but not limited to credit bureaus, merchants that accept any credit device issued under the account, rewards or enrollment services, credit insurance companies, debt collectors and all of their officers, employees and agents) if, and only if, such a third party is named by you as a co-defendant in any Claim you assert against us.

If any part of this Arbitration and Litigation Section is found to be invalid or unenforceable under any law or statute consistent with the FAA, the remainder of this Arbitration and Litigation Section shall be enforceable without regard to such invalidity or unenforceability.

THE RESULT OF THIS ARBITRATION AGREEMENT IS THAT, EXCEPT AS PROVIDED ABOVE, CLAIMS CANNOT BE LITI-

## CREDIT INSURANCE BENEFITS, LIMITATIONS, COSTS & EXCLUSIONS

### CONSUMER PROTECTION DISCLOSURES

CREDIT INSURANCE IS: NOT A DEPOSIT; NOT FDIC-INSURED; NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY; AND NOT GUARANTEED BY THE BANK.

PURCHASE OF CREDIT INSURANCE IS NOT A CONDITION OF OBTAINING CREDIT. IF COVERAGE IS DESIRED, IT MAY BE PURCHASED ELSEWHERE.

**Credit Insurance** pays your minimum monthly payment* up to your balance on the date of loss (not to exceed $25,000, except disability in MN), until you return to work** if your involuntary unemployment, totally disabled, or if your or your spouse takes covered leave. Credit Insurance also pays your outstanding balance, up to $25,000 (not in AZ, AR, DC, IL, IN, LA, MD, MN, ME, ND, OH, OK, RI, SD, VT, WA, WV & WY, $25,000 if you die.

**Eligibility.** One insured person (insured must be the primary cardholder or co-applicant, authorized users are not eligible), under age 66 (70 in AZ, NV & WA, 71 in FL, GA, MI, MO & OK; 72 in MN). Your coverage ends at these same ages (except family leave in AZ, FL & SC unemployment). When enrolled, certificates will be mailed explaining your coverage.

**Coverage & Benefits.** Credit Insurance covers: your death; involuntary unemployment due to job loss, general strike, unionized labor dispute, or lockout; total disability due to sickness or injury if you are unable to perform the material and substantial duties of your occupation for at least 30 consecutive days; and hospitalization in AL, LA, MD, MN, NY, NC, OK, OR, SD, TN, VA, WA, WI & WY; your or your spouse's unpaid leave of absence from employment due to care of your newborn or newly adopted child or an incapacitated immediate family member (must be spouse, child, stepchild or parent in AK); mandatory recall to active military duty; jury duty (except death). In addition, Disability; normal pregnancy or childbirth (not CA, MA & NY), intentionally self-inflicted injuries (not MD), or a pre-existing medical condition during the first 6 months of coverage (not NJ,

**Exclusions.** Life: suicide in the first 6 months of coverage (not MD & MO). Involuntary Unemployment: retirement, resignation, voluntary forfeiture of income or job loss due to willful or criminal misconduct, disability, strike (except military disability), normal pregnancy or childbirth (not CA, MA & NY), medical condition during the first 6 months of coverage (not NJ,

I HAVE BEEN TRIED INDIVIDUALLY, AS PRIVATE ATTORNEY GENERAL ACTIONS OR AS CLASS ACTIONS OR

Family leave benefits are not paid if you are eligible for or receiving unemployment benefits or are disabled.

This is only a brief description of coverage, and coverages vary by state. Please refer to your certificates for a full explanation of coverage.

## Costs per $100 per Month of Average Daily Balance

Costs apply to Life (L), Disability (D), Unemployment (U) &
Family Leave (F): AL 7.8c; AZ 99.9c; AR 99c; CA
89.9c; CO 50.66c; CT 42.88c; DE 99.9c; DC 99.9c; FL 89c; GA
90.8c; HI 90.01c; ID 99.9c (L 8.6c, D 16.9c, U 34c, F 20c); IL
90.97c; IN 99c; IA 97.9c (L 7.2c, D 16.6c, U 34c, F 20c); KS
85.47c; KY 97.4c; LA 99.99c; ME 73.0%; MD 79.74c; MA 15.7c;
MI 85.7c; MN 31.4?c; MS 92.5c; MO 61.1c; MT 93.9c; NE
95.8c; NV 99.87c; NH 99c; NJ 97c; NM 58.9c; NY 52.5c (L 8.8c,
D 26.8c, U 14.9c); NC 71.3c; ND 94.97c; OH 99.9c; OK 97.47c;
OR 80.8c; PA 58.1c; PR 99c; RI 99.8c; SC 78.8c; SD 99.9c; TN
92.5c; TX 33.7c (L 4.8c, D 12.9c, U 16c); UT 90.44c; VT 34.92c
(L 6.6c, D 12.24c, F 16c); VA 84c (L 6.1c, D 8.9c, U 49c, F
20c); WA 89.39c; WI 99.7c; WV 93.6c (L 5.7c, D 8.9c, U 99c, F
20c) & WY 99.7c.

**Availability:** Involuntary Unemployment is not available in
MA or VT. Family Leave is not available in AL, CT, MA, MD,
MN, NM, NY, PA, or TX.

## Underwriting Companies/Policies: Involuntary
Unemployment: American Security/OI(MB), LOI NY(3/09),
AS LOI TX(11/99), LOIC-IP-CBS-AE(5/98);
Life & Disability: Union Security Life/L-IZ, L-S-G in AL, AZ,
AR, DE, DC, ID, IL, IA, KS, LA, MD, MN, ND, OH, OK,
RI, SD, VT, WA, WV & WY. Standard Guaranty Life (TX only)
L-IZ(0092)1(3.53RA), First Fortis Life (NY Life only)NYLM0013,
American Security (NY Disability only)/W-S-A, Fortis
Insurance (ME only)/VU-X-A, Family Leave. American
Security/FLP (4/97) in OK. FL-P-AC (3/97) in FL, FL-P-NC (3/99) in NC,
FL-D-OK(4/97) in OK, FL-P-VA(2/98) in VA, FL-JP-VA(2/98) in
AZ, FL-JP(4/97) in IL & IN, FL-JP-KS (12/97) in KS, FL-JP-ME
(4/97) in ME, FL-JP-WY(4/97) in WY. Standard Guaranty/FLP
(4/97) in NH, Union Security Life/FL-VT(4/97) in VT. Soliciting
agents for Mississippi and Florida are Charles M. Gordon and
Pamela Curtis respectively.

The creditor may receive compensation in connection with
this offer.

It is a crime to provide false or misleading information to an
insurer for the purpose of defrauding the insurer or any other
person. Penalties include imprisonment and/or fines. In addition,
an insurer may deny insurance benefits if false information
materially related to a claim was provided by the applicant.

• Less past due and over credit limit amounts. In MI, cover-
age pays 5% of the balance on your date of disability up to
$1250. In OR, coverage pays the greater of 1/36th of the bal-
ance or the current minimum payment due on your date of
loss. In NY & PA, coverage pays the minimum payment due
on your date of loss. In TX, coverage pays the greater of 6% of
your insured outstanding balance on your date of unemploy-
ment or your minimum monthly payment.

• The number of monthly benefit payments will not exceed 9
for family leave; 12 for unemployment in AL, CT, LA, MH, MN,
MO, NC, NE, NY, PA, SC & TX; 12 for disability in AK, CO, CT,
FL, KY, MA, MO, MT, NE, NH, NM, OR, SC, UT & VA.

**NY, NH & TX Residents Only:** To purchase coverages separately,
write to Assurant Group, P.O. Box 50355, Atlanta, GA 30302.
Applications will be sent to you.

;

# EXHIBIT 5A

15231

**IN THE
NATIONAL ARBITRATION FORUM
CLAIM**

---

MBNA America Bank, N.A.MBNA AMERICA BANK,N.A.
c/o Wolpoff & Abramson, L.L.P.                     **RE:**
Attorneys in the Practice of Debt Collection       **Forum File Number:**     FA0502000432125
Two Irvington Centre                               **Claimant File Number:**    0131277972
702 King Farm Blvd.                                **Account No.:**    ▓▓▓▓▓▓6921
Rockville, MD 20850                                **Card member Agreement Type:**  AGMT90

        **CLAIMANT,**

Herman Kelly
3056 Bewick St
Detroit MI 48214-2157


        **RESPONDENT(S),**

---

For a Claim against Respondent(s), Claimant states:

1. By way of contract and use of the credit account at issue, Respondent(s) became bound by the terms of a credit agreement (hereinafter the "Agreement"), which is attached hereto and incorporated herein by reference.

2. Respondent(s) is/are in default under the terms of the Agreement and is/are now indebted to Claimant in the amount of $2736.69  , as reflected in the attached account summary, plus interest of $40.49  as of the date of filing, and at 5.00%  thereafter.

3. Despite repeated demands for payment, Respondent(s) has/have not paid the amounts due.

4. Claimant requests an Award for the amounts reflected in Paragraph 2, plus all arbitration fees incurred, Process of Service fees and Attorney Fees of $410.50  , if allowed by law, equaling 15% of the outstanding principal balance.

5. The attached Agreement contains a Delaware choice of law provision and a provision for "reasonable" attorney fees. Delaware law specifically provides that an attorney fee may be awarded in an amount up to 20% on an unpaid claim if allowed by law. See, 10 Del. Code Sec. 3912 (Pleading & Practice).

6. The attached Agreement contains a mandatory arbitration provision under the Rules of the National Arbitration Forum ("NAF").

The undersigned counsel for Claimant asserts, under penalty of perjury, that the information contained in this Claim and the supporting documents attached hereto are accurate based upon information provided by Claimant to the undersigned counsel.

        WOLPOFF & ABRAMSON, L.L.P.
        *Attorneys in the Practice of Debt Collection*

By:

        Matthew P. Linkie, Esq.                     Neal J. Levitsky, Esq.
        ADMITTED: (MD, DC, VA)                       ADMITTED: (DE)
                Counsel for the Claimant

**If Respondent or counsel wishes to contact Claimant, please call or write:**
**Paralegal Department**
**Wolpoff & Abramson, L.L.P.**
Two Irvington Centre
702 King Farm Blvd., 5th Floor
Rockville, MD 20850
1-800-830-2793

NAFCM2/NAF3      793A

15232

# SUMMARY OF ACCOUNT INFORMATION

### ACCOUNT STATUS REPORT

Date Filed:          02/25/2005

Account Number:          ██████████6921

Cardmember Agreement:    AGMT90

Primary Account Holder:  HERMAN KELLY

Address:          3056 Bewick St

          Detroit, MI 48214-2157

Home Phone:

Work Phone:

Social Security Number:  ████1838

Secondary Account Holder:

Address:

Home Phone:

Work Phone:

Principal Balance:    $2736.69

Interest Rate:      5%

Date Assigned:      11/08/2004

INFORMATION DRAWN FROM ACCOUNT RECORDS AND CURRENT AS OF THE DATE FILED

793A
NAFCL4/NAF3

15233

# NOTICE OF ARBITRATION

Dear Respondent,

AN ARBITRATION CLAIM HAS BEEN FILED AGAINST YOU.

Enclosed and served upon you is the Initial Claim. You may obtain a copy of the Code of Procedure, without cost, from the Claimant or from the Forum at WWW.ARBITRATION-FORUM.COM or 800/474-2371.

IF YOU DO NOT SERVE THE CLAIMANT AND FILE WITH THE FORUM A WRITTEN RESPONSE, AN AWARD MAY BE ENTERED AGAINST YOU. AN ARBITRATION AWARD MAY BE ENFORCED IN COURT AS A CIVIL JUDGMENT.

YOU HAVE THIRTY (30) DAYS TO RESPOND FROM RECEIPT OF SERVICE.

You have a number of options at this time. You may:

1. *Submit a written Response to the Claim*, stating your reply and defenses to the Claim, together with documents supporting your position. Your Response must be served on the Claimant and filed with the Forum. Read Forum Code of Procedure Rule 13. A Counter Claim, Cross-claim or Third Party Claim may also be served and filed, and accompanied by the fee as provided in the Fee Schedule. Forms for such Response and Claims may be obtained from the Forum. If you fail to respond in writing to the Claim, an Award may be entered against you and in favor of the Claimant and you will lose your case.

2. *Demand a Document Hearing or a Participatory Hearing.* You may request a Hearing in your Response or in a separate writing. Unless you have agreed otherwise, an In-person Participatory Hearing will be held in the Judicial District where you reside or do business. You may also request a hearing on-line or by telephone. Your written Request for a Hearing must be filed with the Forum. You must also serve a copy of your Request on the Claimant and any other Parties. Read Forum Code of Procedure Rules 25 and 26.

3. *Have other options.* You may seek the advice of an attorney or any person who may assist you regarding this arbitration. You should seek this advice promptly so that your Response can be served and filed within the time required by the Code of Procedure. If you have any questions or need help in responding, you may contact the Forum.

The Forum is an independent and impartial arbitration organization, which does not give legal advice or represent parties. THIS SUMMARY IS NOT A SUBSTITUTE FOR READING AND UNDERSTANDING THE CODE OF PROCEDURE WHICH GOVERNS THIS ARBITRATION.

The Forum
P.O. Box 50191
Minneapolis USA 55405-0191
(651) 631-1105  (800) 474-2371
info@arb-forum.com
ARBITRATION-FORUM.COM

793A
NAFCL5/NAF3

# Credit Card Agreement
## Additional Terms and Conditions

## Selected Sections

- Privacy Notice ...................................................................................... 1
- Accuracy of Information Furnished to Credit Reporting Agencies .................... 4
- How to Use Your Account ......................................................................... 4
- Payments on Your Account ....................................................................... 5
- We May Amend This Agreement ............................................................... 8
- What Law Applies .................................................................................. 9
- Arbitration and Litigation ....................................................................... 9

AGMT 50

## Your Contract With Us

Your Credit Card Agreement with us consists of these Additional Terms and Conditions and the document called the Required Information and the document called the Initial Disclosure. You agree to the terms and conditions of this Agreement. For the purpose of this Agreement, the phrase contained in the third paragraph of the Privacy Notice for the remainder of the Agreement, we will use the definitions described under the section heading Words Used Often in this Agreement.

## Privacy Notice

**Your privacy is important to us:** At MBNA, we are committed to providing you with the finest financial products and services backed by consistently top-quality service. And while information about you is fundamental to our ability to do this, we fully recognize the importance of keeping personal and account information secure.

To offer you the widest range of products and services, MBNA will share information about you both within MBNA and outside of MBNA with other companies. This allows us to offer you products and services that may interest you and best meet your needs, whether they are available directly from MBNA or through our relationships with other companies. We want you to understand our information safeguards, what information we collect, what information we share, and the benefits you receive when we share information about you.

This notice describes the privacy practices of MBNA Corporation and all MBNA affiliates, including MBNA America Bank, N.A., MBNA America (Delaware), N.A., Palladian Travel Services, Inc., MBNA Hallmark Information Services, Inc., MBNA Marketing Systems, Inc., and MBNA Insurance Agency, Inc. (collectively, "MBNA"), for financial products and services governed by the laws of the United States of America. This notice explains MBNA's information collection and sharing practices and lets you choose whether or not MBNA may share certain information about you, either within MBNA or outside of MBNA with other companies.

**Our Security Procedures:** MBNA understands the importance of protecting and securing information and using it appropriately. Access to information about you is restricted to the people of MBNA who require it to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal standards for the security of information.

When MBNA shares information about you with companies outside of MBNA, we require them to impose safeguards, use it only for a permitted purpose, and to return it to us or destroy it once that purpose is served. We limit the amount of information shared to what is appropriate to offer a product or service efficiently. MBNA requires any company receiving information from MBNA to sign a Confidentiality Agreement containing these requirements and obligating that company to protect the information as we would.

**Information We Collect:** MBNA collects and uses nonpublic personal information about you to conduct our business and to consistently deliver the top-quality customer service you expect from us. Sources of this information include the following:

• Information we receive from you on applications and other forms or through your correspondence or communication with us including through the mail, by telephone, or over the Internet;

• Information we receive from third parties, such as consumer reporting agencies, to verify statements you've made to us, or regarding your employment, credit, or other relationships; and

• Information about your transactions with MBNA and with other companies outside of MBNA.

**Information We Share Within MBNA:** We may share all the information we collect about you with financial services companies within MBNA to offer additional products or services that may interest you and best meet your needs. We believe this is convenient for you and may save you both time and money. To do so, we share identification information (such as name and address), transaction and experience information (such as purchases and payments) credit eligibility information (such as credit reports and applications), and other information. The decision to purchase any such products or services is yours alone. You may tell us not to share credit eligibility information about you within MBNA, but please understand this does not prohibit us from offering you additional products and services or from sharing transaction and experience, identification, and other information within MBNA.

**Information We Share With Others:** From time to time, we may allow companies outside of MBNA to offer you their products and services that may interest you. These products and services may be offered by financial service providers (such as banks, loan brokers, account aggregators, insurance agents, insurance companies, mortgage bankers, and securities broker-dealers), by non-financial companies (such as retailers, direct marketers, communications companies, Internet service providers, manufacturers, service companies, travel agents, cruise lines, car rental agencies, hotels, airlines, publishers, and organizations endorsing MBNA financial products or services), and others (such as nonprofit organizations). Subject to applicable law, we may share all the information we collect with these companies outside of MBNA unless you tell us not to.

Additionally, we may share all the information we collect with companies that perform marketing or other services on our behalf or to other financial institutions with which we have joint marketing agreements. We are also permitted by law to share information about you with other companies in certain circumstances. For instance, we may share all of the information we collect with companies assisting us in servicing your loan or account, with companies that endorse our products and services through affinity agreements,

with government entities in response to subpoenas or regulatory requirements, and with consumer reporting agencies. If you tell us not to share information with companies outside of MBNA that wish to offer you their products and services, as described above, please understand that we will continue to share information in these additional circumstances.

**Important Information About Your Choices:** We're dedicated to serving your needs - and to respecting your choices related to privacy. You may tell us to share credit eligibility information within MBNA, and you may tell us not to share information with companies outside of MBNA that wish to offer you their products and services as described above. If you wish to opt out of such information sharing, please call toll-free 1-866-751-1255. We will ask you to verify your identity and the specific accounts to which the opt out applies, so please have all your account, membership, or reference numbers and your Social Security number or Taxpayer Identification number for deposit accounts available when you call.

MBNA applies opt ours at the account level, not by individual Customer. When any person listed with others on an account opts out (for example, a co-applicant, joint account holder, or authorized user), we will list the entire account as having opted out. MBNA will continue to adhere to its disclosed privacy practices for an account even if it becomes inactive or is closed.

An opt out from information sharing on an account as described above, either within MBNA and/or with companies outside of MBNA, remains effective unless revoked in writing. Federal regulations require us to provide this notice on an annual basis, whether or not an account has previously opted out from either type of information sharing. Please remember when you receive our subsequent notices that an account previously opted out from either or both types of information sharing (and not revoked in writing) does not need to be opted out again.

## Words Used Often in This Agreement

This notice updates and replaces any previous notices from MBNA about the privacy, security, and protection information. For additional information regarding MBNA's privacy practices concerning the Internet, and to view the most recent version of this privacy notice, please go to www.mbna.com and click on "Privacy Notice." You may have other privacy protections under state laws. We may amend this privacy notice at any time, and we will inform you of changes as required by law.

"You" and "your" mean each and all of the persons who are granted, accept or use an account we hold. "You and "your" also mean any other person who has guaranteed payment of

---

"Agreement" or "Credit Card Agreement" means these Additional Terms and Conditions and the Required Federal Disclosures (or the Initial Disclosures) and any changes we make to those documents from time to time.

"Agreement," accept or use an account we hold. "You and "your" also mean any other person who has guaranteed payment of

this account, when used in the sections entitled, We May Monitor and Record Telephone Calls, and Arbitration and Litigation, and when used in each of the sections relating to payment (Your Promise to Pay, and How We Allocate Your Payment, for example).

"We," "us," "our" and "MBNA America" mean MBNA America Bank, N.A.

"Card" means all the credit cards we issue to you and to any other person with authorization for use on this account, pursuant to this Agreement.

"Access check" means an access check we provide to you to make a Check Cash Advance on your account.

If we use a capitalized term in this document but we do define the term in this document, the term has the meaning given to it in the section where it appears in the Initial Disclosures, or as used in your monthly statement.

We use section headings (such as, Words Used Often in This Agreement) to organize this Agreement. The actual terms of this Agreement are in the sentences that follow and not the headings.

## Sign Your Card

You should sign your card before you use it.

## We May Monitor and Record Telephone Calls

If you believe we have furnished inaccurate or incomplete information about you or your account to a credit reporting agency, write to us at: MBNA, Credit Reporting Agencies, P.O. Box 17054, Wilmington, DE 19884-7054. Please include your name, address, home phone number, account number, and explain what you believe is inaccurate or incomplete.

## Credit Reporting Agencies

You authorize MBNA America to collect information about you, including credit reports from consumer reporting agencies.

## How to Use Your Account

You may obtain credit in the form of Purchases and Cash Advances by using cards, access checks, your account number or other credit devices. Please refer to your Required Federal Disclosures or Initial Disclosure to determine what transactions constitute Purchases and Cash Advances, and how you may obtain them.

## Transaction Date for Certain Cash Advances

The transaction date for Check Cash Advances and Balance Transfers done by check is the date you or the person to whom the check is made payable that deposits or cashes the check. The transaction date for a returned payment (a Bank Cash Advance) is the date that the corresponding payment posted to your account.

## Purposes for Using Your Account

You may use your account for personal, family, or household purposes. You may not use your account for business or commercial purposes. You may not use a Check Cash Advance, or any other Cash Advance, to make a payment on this or any other credit account with us. You may not use or permit your account to be used to make any illegal transaction.

---

## Persons Using Your Account

If you permit any person to use your card, access checks, account number or other credit device with the authorization to obtain credit on your account, you may be liable for all transactions made by that person, including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

## How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the account or dollar amount and payee exactly as it appears on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

## You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person that presented it to us for payment, without in either case waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Your Promise to Pay

You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge against your account.

## Payments on Your Account

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay in any billing cycle that are greater than the Total Minimum Payment Due will not affect us at any time. If you make a payment in any billing cycle that are greater than the Total Minimum Payment Due, you still must make the next Total Minimum Payment Due. If you overpay or if there is a credit balance on your account, we will not pay you interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

## When Your Payment Will Be Credited to Your Account

We credit payments as of the date received. If the payment is: (1) received by 2 p.m. (Eastern Time); (2) received at the address shown in the upper left-hand corner of the front of your monthly statement; (3) made with a check drawn in U.S. funds on a U.S. financial institution or a U.S. dollar money order; and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

## How We Allocate Your Payments

We will allocate your payments in the manner we determine.

## Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee or use the account are individually and together responsible for our total outstanding balance. We may refuse to release from liability any person who is responsible to pay any total outstanding balance, until all of the cards, access checks, and other credit devices outstanding under the account have been returned to us and any such person or persons repays us the total outstanding balance owed to us at any time under the terms of this Agreement.

## Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Payment Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility and premium payment obligations for the optional credit insurance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

## When We May Require Immediate Payment

If you are in default we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the Arbitration and Litigation section of this Agreement, we can also require you to pay the costs we incur in any collection proceeding, as well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

## Other Payment Terms

We can accept late payments, partial payments, or payments with any restrictive writing without losing any of our rights under this Agreement. This means that no payment, including those marked with "Paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our officers. You may make your payment by a postdated check to make a payment. If you do postdate a payment check, we may elect to honor it upon presentment or return it incurred to the person that presented it, without in either case waiting for the date shown on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Payment Holidays

We may allow you, from time to time to omit a monthly payment. We will tell you when this option is available. If you omit a payment, finance charges and any applicable fees will accrue on your account in accordance with this Agreement. You must resume making your Total Minimum Payment Due each month following a payment holiday.

## Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the transaction will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S.

dollar amount in accordance with the operating regulations or conversion procedures in effect at the time that the transaction is processed. Currently, those regulations and procedures provide that the currency conversion rate to be used is either (1) a wholesale market rate of (2) a government-mandated rate in effect one day prior to the processing date, increased by one percent in each case. Visa or MasterCard retains the one percent as compensation for performing the currency conversion service. The currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or the posting date.

## Billing Cycle

Your billing cycle ends each month on a Closing Date determined by us. Each billing cycle begins on the day after the Closing Date of the previous billing cycle. Each statement reflects a single billing cycle.

## Account Fees and Charges

Account Fees. The following fees, which are set forth on your Required Federal Disclosures or Initial Disclosure, are charged as Purchases in the billing cycle in which the fees accrue:

(1) a Late Fee if the Total Minimum Payment Due shown on your monthly statement is not received by us on or before its Payment Due Date.

(2) an Overlimit Fee if your New Balance Total exceeds your credit limit on the last day of a billing cycle, even if fees or finance charges charged by us cause your New Balance Total to exceed your credit limit; an Overlimit Fee is charged to your account as of the day in the billing cycle that your total outstanding balance on your account exceeds your credit limit;

(3) a Returned Payment Fee if a payment on your account is returned for insufficient funds or for any other reason, even if it is paid upon subsequent presentment.

(4) a Returned Cash Advance Check Fee if we return an access check on your account for any reason, even if the access check is paid upon subsequent presentment.

(5) a Copy Fee for each copy of a monthly statement or sales draft, except that the six sales most recent monthly statements and six sales drafts of the day in the billing cycle.

(6) an Annual Fee if your account is open or if you maintain an account balance, whether you have active charging privileges or not.

Abandoned Property Charges. Unless prohibited by applicable law, we will charge your account, as a Purchase, for any costs incurred by us in complying with state abandoned property laws.

Please review your Required Federal Disclosures or Initial Disclosure for additional fees and charges that may apply to your account.

## Benefits

We may offer you certain benefits and services with your account. Unless expressly made a part of this Agreement, any such benefits or services are not a part of this Agreement, but are subject to the terms and restrictions outlined in the benefits brochure and other official documents provided to you from time to time by or on behalf of MBNA America. We may adjust, add, or delete benefits and services at any time and without notice to you.

## Refusal to Honor Your Account

We are not liable for any refusal to honor your account. This can include a refusal to honor your card or account number or any check written on your account. We are not liable for

any retention of your card by us, any other bank, or any provider of goods or services.

## We May Suspend or Close Your Account

We may suspend or close your account or otherwise terminate your right to use your account. Your obligations under this Agreement continue even after we have done this. You must destroy all cards, access checks or other credit devices on your account when we request.

## You May Close Your Account

You may close your account by notifying us in writing or telephone, and destroying all cards, access checks or other credit devices on the account. Your obligations under this Agreement continue even after you have done this.

## Transactions After Your Account Is Closed

When your account is closed, you must contact anyone authorized to charge transactions to your account, such as Internet service providers, health clubs or insurance companies. These transactions may continue to be charged to your account until you provide the billing. Also, if we believe you have authorized a transaction or are attempting to use your account after your account has been requested to close the account, we may allow the transaction to be charged to your account.

## We May Amend This Agreement

We may amend this Agreement at any time. We may amend it by adding, deleting, or changing provisions of this Agreement. When we amend this Agreement we will comply with the applicable notice requirements of federal and Delaware law that are in effect at that time. If an amendment gives you the opportunity to reject the change, and if you reject the change in the manner provided in such amendment, we may terminate your right to receive credit and may ask you to return all credit devices as a condition of such amendment. Any amended Agreement (including any higher rate or other higher charges or fees) will apply to the total outstanding balance, including the amendment. Including the amendment before the amendment became effective. We may reject your card and with another card at any time effective.

## We May Sell Your Account

We may at any time, and without notice to you, sell, assign or transfer your account, any sums due on your account, this Agreement, or our rights or obligations under your account, this Agreement, or our rights or obligations under this Agreement to any person or entity. The person or entity to whom we may sell, assign, or transfer, shall be entitled to all of our rights and/or obligations under this Agreement, to the extent sold, assigned or transferred.

## Your Credit Limit

Your credit limit is disclosed to you when you receive your card and, generally, on each monthly statement. We may change your credit limit from time to time.

The amount shown on your monthly statement as Cash or Credit Available does not take into account any Purchases, Cash Advances, finance charges, fees, any other transaction or credits which post to your account after the Closing Date of the monthly statement. Such transactions could result in your credit limit being exceeded and result in the assessment of Overlimit Fees.

## What We May Do if You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorizations can at any time not be more than your credit limit. If you attempt a transaction which results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may: (1) permit the transaction without raising your credit limit; (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due; or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted to make the transaction that it has been refused. If we refuse to permit a Check Cash Advance or Balance Transfer, we may do so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused, that there are no funds to pay the check-or-that the check is being returned to the party-that provided it.

## Unauthorized Use of Your Card

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit, we may charge an Overlimit Fee as provided in this Agreement.

## You Must Notify Us When You Change Your Address

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.

We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

## What Law Applies

This Agreement is made in Delaware and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

## The Provisions of This Agreement are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

## Our Rights Continue

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

## Arbitration and Litigation

This Arbitration and Litigation provision applies to you unless you were given the opportunity to reject the Arbitration and Litigation Section and you did so reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including

Claims regarding the applicability of this Arbitration and Litigation Section or the validity of the entire Agreement or any prior Agreement, shall be resolved by binding arbitration.

The arbitration shall be conducted by the National Arbitration Forum ("NAF"), under the Code of Procedure in effect at the time the Claim is filed. Rules and forms of the National Arbitration Forum may be obtained and Claims may be filed at any National Arbitration Forum office, www.arb-forum.com, or at P.O. Box 50191 Minneapolis, Minnesota 55405, or by calling 1-800-474-2371. If the National Arbitration Forum is unable or unwilling to act as arbitrator, we may substitute another nationally recognized, independent arbitration organization that uses a similar code of procedure. At your written request, we will advance any arbitration filing fee, administrative and hearing fees which you are required to pay to pursue a Claim in arbitration. The arbitrator will decide who will be ultimately responsible for paying those fees. In no event will you be required to reimburse us for any arbitration filing, administrative or hearing fees in an amount greater than what your court costs would have been if the Claim had been resolved in a state court with jurisdiction. Any arbitration hearing that you attend will take place in the federal judicial district that includes your billing address at the time the Claim is filed. This arbitration agreement is made pursuant to a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"). Judgment upon any arbitration award may be entered in any court having jurisdiction. The arbitrator shall follow existing substantive law to the extent consistent with the FAA and applicable statutes of limitations and shall honor any claims or privilege recognized by law. If a party requests, the arbitrator shall write an opinion containing the reasons for the award.

No Claim submitted to arbitration is heard by a jury and no Claim may be brought as a class action or as a private attorney general. You do not have the right to act as a class representative, participate as a member of a class of claimants, with respect to any Claim. This Arbitration and Litigation Section applies to any Claim now in existence or that may arise in the future.

This Arbitration and Litigation Section shall survive the termination of your account with us as well as voluntary payment of the debt in full by you, any bankruptcy by you or sale of the debt by us.

For the purposes of this Arbitration and Litigation Section "we" and "us" means MBNA America Bank, N.A., its parent, subsidiaries, affiliates, licensees, predecessors, successors, assigns, and any purchaser of the account, and all of their officers, directors, employees, agents and assigns or any and all of them. Additionally, "we" or "us" shall mean any third party providing benefits, services, or products in connection with the account (including but not limited to credit bureaus, merchants that accept any credit device issued under the account, rewards or enrollment services, credit insurance companies, debt collectors and all of their officers, directors, employees and agents) if, and only if, such a third party is named by you as a co-defendant in any Claim you assert against us.

If any part of this Arbitration and Litigation Section is found to be invalid or unenforceable under any law or statute consistent with the FAA, the remainder of this Arbitration and Litigation Section shall be enforceable without regard to such invalidity or unenforceability.

THE RESULT OF THIS ARBITRATION AGREEMENT IS THAT EXCEPT AS PROVIDED ABOVE, NEITHER YOU NOR WE WILL

## CREDIT INSURANCE BENEFITS, LIMITATIONS, COSTS & EXCLUSIONS

### CONSUMER PROTECTION DISCLOSURES

CREDIT INSURANCE IS: NOT A DEPOSIT; NOT FDIC-INSURED; NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY; AND NOT GUARANTEED BY THE BANK.

PURCHASE OF CREDIT INSURANCE IS NOT A CONDITION OF OBTAINING CREDIT. IF COVERAGE IS DESIRED, IT MAY BE PURCHASED ELSEWHERE.

Credit Insurance pays your minimum monthly payment* up to your outstanding balance on the date of loss (not to exceed $25,000, except disability in MN), until you return to work** if you are involuntarily unemployed, totally disabled, or if you or your spouse (where covered) take family leave. Credit Insurance also pays your insured outstanding balance (up to the least of your outstanding balance, your credit limit, or $25,000 [not AZ, IL, AR, DE, MD & OK; $72 in MN]. Your coverage ends if you leave (in AZ, FL & SD & unemployment). When enrolled, certificates will be mailed explaining your coverage & the effective date. In MN, unemployment coverage is effective 61 days from your certificate effective date. For unemployment & family leave benefits, you must be gainfully employed & working at least 30 hrs/wk (not self-employed or an independent contractor) for 90 consecutive days before the date of loss [CO - before applicable effective date for unemployment]. Employees of professional corporations may be eligible.

Coverage & Benefits. Credit Insurance covers: your death, involuntary unemployment due to job loss, general strike, unionized labor dispute, or lockout; total disability due to sickness or injury if you are unable to perform the material & substantial duties of your job for any job after 12 mos. in IN, PA, 18 mos. in IA, AZ, CA, DE, DC, GA, HI, ID, IL, LA, KS, MA, MD, MS, NV, NJ, OH, OK, RI, SD, TN, VT, WA, WV, WI & WY); your or your spouse's unpaid leave of absence from employment due to care of a newly born or adopted child or an incapacitated family member [must be spouse, child, stepchild or parent in AK); mandatory recall to active military duty (day except in AK) or residence in a federally declared disaster area. Loss (not credit) must continue at least 30 days before benefits begin. In NY, for unemployment (labor disputes & lockouts, you must be unemployed for 7 consecutive weeks & qualify for state unemployment benefits before benefits begin. A daily benefit is paid for each day of loss over 30 days (after unemployment in the first 30 days of coverage at any time. If cancelled within the first 30 days of coverage, all premiums will be refunded.

Exclusions. Life; suicide in the first 6 months of coverage (not MO & MO). Involuntary Unemployment: retirement, resignation, voluntary forfeiture of income or job loss due to willful or criminal misconduct, disability, strikes (in IL, military discharge in NY & normal seasonal unemployment in TX. Disability: normal pregnancy or childbirth (not CA, NA & NY), intentionally self-inflicted injuries (not MO), or a pre-existing medical condition during first 6 months of coverage (not NJ,

HAVE BEEN TRIED BEFORE A JURY, AS CLASS ACTIONS OR AS PRIVATE ATTORNEY GENERAL ACTIONS.

Family leave benefits are not paid if you are eligible for or receiving unemployment benefits or are disabled.

This is only a brief description of coverage, and coverages vary by state. Please refer to your certificates for a full explanation of coverage.

**Costs per $100 per Month of Average Daily Balance.**
Costs apply to Life (L), Disability (D), Unemployment (U) & Family Leave (F): AK 54.5¢; AK 78¢; AK 99.9¢; AR 99¢; CA 89.9¢; CO 50.66¢; CT 42.89¢; DE 99.9¢; DC 99.9¢; FL 89¢; GA 90.8¢; HI 89.91¢; ID 99.5¢ (L 8.6¢, D 16.9¢, U 54¢, F 20¢); IL 80.97¢; IN 96¢; IA 97.8¢ (L 7.2¢, D 16.6¢, U 34¢, F 20¢); KS 85.47¢; KY 47.4¢; LA 99.93¢; ME 53.05¢; MD 79.74¢; MA 13.7¢; MI 85.7¢; MN 31.47¢; MS 92.3¢; MO 61.1¢; MT 93.9¢; NE 95.8¢; NV 99.87¢; NH 95¢; NJ 97¢; NM 58.9¢; NY 52.3¢ (L 8.8¢, OR 80.8¢; PA 38.1¢; SC 78.8¢; SD 99.9¢; TN 92.5¢; TX 33.7¢ (L 4.8¢, D 12.9¢, U 16¢); UT 90.44¢; VT 34.92¢; VA 89.93¢; WI 93.6¢ (L 5.7¢, D 8.9¢, U 9¢, F 20¢); WV 99.5¢; WY 99.7¢.

NH 95¢; NJ 97¢; NM 58.9¢; NY 52.3¢ (L 8.8¢, D 26.8¢, U 16.9¢); NC 71.3¢; ND 94.92¢; OH 99.9¢; OK 97.47¢; OR 80.8¢; PA 38.1¢; SC 78.8¢; SD 99.9¢; TN 92.5¢; TX 33.7¢ (L 4.8¢, F 16¢); VA 84¢ (L 6.1¢, D 8.9¢, U 9¢, F 20¢); WA 89.93¢; WV 99.5¢; WY 99.7¢.

**Availability:** Involuntary Unemployment is not available in AL, CT, MA, MD, MN, NH, NY, PA, or TX. Family Leave is not available in AL, CT, MA, MD.

**Underwriting Companies/Policies:** Involuntary Unemployment: American Security/LOI(5/85), LOI NY(3/93), AS LOI TX(11/99), LOIC-IP-KS(2/96), LOIC-IP-CRE-ME(5/85) and LOIC-IP, Standard Guaranty/SG LOI (2/95) (NH only). Life & Disability: Union Security Life/L-I-Z, L-S-G in AL, AZ, AR, DE, DC, ID, IL, IA, KS, LA, MD, MN, MS, NV, NJ, OH, OK, RI, SD, VT, WA, WV & WY; Standard Guaranty Life (TX only) L-I-Z(L692)(3.539RA), First Fortis Life (NY only)/YVI-LA0013, American Security (NY only)/VI-X-A. Family Leave: American Security/YFLP (4/97), FLP-FLI (2/97) in FL, FLP-NC (3/98) in NC, FLP-OK(4/97) in OK, FLP-VA(2/98) in VA, FLP-PA2I(7/98) in AZ, FLP-KG(4/97) in IL & IN, FLP-KS (12/97) in KS, FLP-ME (4/97) in ME, FLP-WY(4/97) in WY, Standard Guaranty/FLP (4/97) in NH; Union Security Life/FL-J-VT(4/97) in VT. Soliciting agents for Mississippi and Florida are Charles M. Gordon and Pamela Curtis respectively.

The creditor may receive compensation in connection with this offer.

It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

*Less past due and over credit limit amounts. In MI, coverage pays 5% of the balance on your date of disability up to $1,750. In OR, coverage pays the greater of 1/36th of the balance or the current minimum payment due on your date of loss. In NY & PA, coverage pays the minimum payment due on your date of loss. In TX, coverage pays the greater of 6% of your insured outstanding balance on your date of unemployment or your minimum monthly payment.

**The number of monthly benefit payments will not exceed 9 for family leave; 12 for unemployment in AL, AK, CT, IL, MI, MO, NM, NC, NY, PA, SC & TX; 12 for disability in AK, CO, CT, FL, KY, MA, MO, MT, NE, NH, NM, NC, OR, SC, UT & VA.

NY, NJ & TX Residents Only: To purchase coverages separately, write to Assurant Group, P.O. Box 50355, Atlanta, GA 30302. Applications will be sent to you.

# EXHIBIT 5C

Approved, SCAO

| | | Original - Court | 2nd copy - Plaintiff |
|---|---|---|---|
| | | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | SUMMONS AND COMPLAINT | CASE NO. |
|---|---|---|
| 36TH JUDICIAL DISTRICT | | 05 1476106C |

Court address  421 MADISON AVE

DETROIT        MI 482260000

Court telephone no.

313-965-6098

| Plaintiff name(s), address(es), and telephone no(s). | | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| MBNA AMERICA BANK, N.A.<br>A NATIONAL ASSOCIATION<br><br>655 PAPER MILL ROAD<br>MAIL STOP 1411<br>WILMINGTON          DE  198841411 | v | HERMAN KELLY<br>3056 BEWICK ST<br>DETROIT MI  48214-2157 |

| Plaintiff attorney, bar no., address, and telephone no. |
|---|
| WOLPOFF & ABRAMSON, L.L.P.<br>ATTORNEYS IN THE PRACTICE OF DEBT COLLECTION<br>PAUL T. OLIVIER, JR. P18472/MEGAN FINK P66223<br>REBECCA KREISHER P63993/COREY M. CARPENTER P67815<br>CHERICE A. TADDAY P6T788/KATHY CHRISTIAN P64570<br>39500 HIGH POINTE BLVD., SUITE 250,<br>NOVI, MI 48375-2404 #248-855-6562 #1-866-241-2394 |

JOINTLY AND SEVERALLY :

W&A FILE NO.

**SUMMONS**    NOTICE TO THE DEFENDANT:  In the name of the people of the State of Michigan you are notified:
1.  You are being sued.
2.  YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside of this state).
3.  If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued 12-29-05 | This summons expires 3-30-06 | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.

**COMPLAINT**    Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff.  Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

**Family Division Cases**

☐  There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐  An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**

☒  There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐  A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village)<br>AS ABOVE | Defendant(s) residence (include city, township, or village)<br>AS ABOVE |
|---|---|
| Place where action arose or business conducted<br>NOT APPLICABLE | |

11/11/05

Date

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01  (6/04)  SUMMONS AND COMPLAINT   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

10323

| Approved, SCAO | | Original - Court    2nd copy - Plaintiff<br>1st copy - Defendant    3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br><br>36TH JUDICIAL DISTRICT | **SUMMONS AND COMPLAINT**<br>Page 2   of 2   pages | **CASE NO.** |

| Court address    421 MADISON AVE<br><br>DETROIT    MI  482260000 | Court telephone no.<br><br>313-965-6098 |
|---|---|

### COMPLAINT FOR JUDGMENT BASED ON ARBITRATION AWARD

1.  An Arbitration Award was entered in favor of Plaintiff against Defendant(s).

2.  A copy of the Arbitration Award is attached hereto and incorporated herein by reference.

3.  Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff against Defendant(s) based on said Arbitration Award.

Wherefore plaintiff prays for judgment in the sum of $  3459.04 together with costs and attorney fees.


_____
Attorney for Plaintiff


MC 01a  (3/85)  SUMMONS AND COMPLAINT



# NATIONAL

## ARBITRATION

### FORUM ⊛

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Attorneys in the Practice of Debt Collection
702 King Farm Blvd, Two Irvington Centre
Rockville, MD 20850-5775

**CLAIMANT(s),**                                    **AWARD**

**RE: MBNA America Bank, N.A. v Herman Kelly**
**File Number: FA0502000432125**
**Claimant File Number:** ●▬▬▬▬6921

Herman Kelly
3056 Bewick St
Detroit, MI 48214-2157

**RESPONDENT(s).**

The undersigned Arbitrator in this case FINDS:

1. That no known conflict of interest exists.
2. That on or before 02/24/2005 the Parties entered into an agreement providing that this matter shall be resolved through binding arbitration in accordance with the Forum Code of Procedure.
3. That the Claimant has filed a Claim with the Forum and served it on the Respondent in accordance with Rule 6.
4. That the matter has proceeded in accord with the applicable Forum Code of Procedure.
5. The Parties have had the opportunity to present all evidence and information to the Arbitrator.
6. That the Arbitrator has reviewed all evidence and information submitted in this case.
7. That the information and evidence submitted supports the issuance of an Award as stated.

**Therefore, the Arbitrator ISSUES:**
An Award in favor of the **Claimant,** for a total amount of **$3,459.04.**

Entered and Affirmed in the State of Michigan

Steven L. Schwartz, Esq.
Arbitrator

Date: 10/26/2005

**ACKNOWLEDGEMENT AND CERTIFICATE**
**OF SERVICE**
This Award was duly entered and the Forum hereby certifies that a copy of this Award was sent by first class mail postage prepaid to the Parties at the above referenced addresses, or their Representatives, on

Honorable Harold Kalina, Ret.
Director

25121

Original - Court
1st copy - Applicant
Copies - All appearing parties

Approved, SCAO

| STATE OF MICHIGAN | DEFAULT REQUEST, AFFIDAVIT, ENTRY AND JUDGMENT (SUM CERTAIN) | CASE NO. |
|---|---|---|
| 36TH JUDICIAL DISTRICT | | 05147610GC |

Court address   421 MADISON AVE

Court telephone no.

DETROIT MI  48226

313-965-6098

Plaintiff name(s), address(es), and telephone no(s).

MBNA AMERICA BANK, N.A.
A NATIONAL ASSOCIATION

655 PAPER MILL ROAD
MAIL STOP 1411
WILMINGTON DE 19884-1411

Defendant name(s), address(es), and telephone no(s).

HERMAN KELLY
3056 BEWICK ST
DETROIT MI  48214-2137

v

Jointly and Severally

Plaintiff attorney, bar no., address, and telephone no.

WOLPOFF & ABRAMSON, L.L.P.
ATTORNEYS IN THE PRACTICE OF DEBT COLLECTION
PAUL T. OLIVIER, JR. P18472/MEGAN FINK P66223
REBECCA KREISHER P63983/CHERICE A. TADDAY P67788
KATHY CHRISTIAN P64570/SHAUN R. FATHALLAH P67516
BARRY E. GORDON P68099
39500 HIGH POINTE BLVD., SUITE 250,
NOVI, MI 48375-2404 /248-855-6962 /#1-866-241-2334

Defendant attorney, bar no., address, and telephone no.

Party in default:    HERMAN KELLY

**REQUEST AND AFFIDAVIT**

[X] 1. According to court rule, I request the clerk to enter the default of the party named above for failure to appear.
2. The claim against the defaulted party is for a sum certain or for a sum which by computation can be made certain, and plaintiff requests judgment of the amount due from the defaulted party. Amount due plus costs are:

| Damages | Interest | Costs | ATTY FEE Other* | Total | |
|---|---|---|---|---|---|
| $ 3459.04 | $ | $ 90.00 | $ 75.00 | $ 3624.04 | *Attach bill of costs |

3. The defaulted party is not an infant or incompetent person.
4. [ ] It is unknown whether the defaulted party is in the military service.  [X] The defaulted party is not in the military service.
   [ ] The defaulted party is in the military but there has been notice of pendency of the action and adequate time and opportunity to appear and defend (attached, as appropriate, is a waiver of rights and protections provided under the Servicemembers Civil Relief Act).
5. The claim [ ] is  [X] is not based on a note or other written evidence of indebtedness (if so, evidence is attached for filing and cancellation by clerk).

_____
Applicant/Attorney signature                          Bar no.

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                        Date

My commission expires: _____   Signature: _____
                        Date                          Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**DEFAULT ENTRY AND JUDGMENT**  The default of the party named above for failure to appear is entered.

[ ] A note or other written evidence of indebtedness has been filed for cancellation.

_____        _____
Date                   Court clerk

IT IS ORDERED this judgment is granted for   PLAINTIFF   . This judgment will earn interest at applicable statutory rates.
                                specify either plaintiff or defendant

_____        _____
Date                   Court clerk/Judge

This disposes of the last pending claim and closes the case.
Judgment has been entered and will be final unless within 21 days of default judgment date a motion to set aside default is filed.

**CERTIFICATE OF MAILING**

I certify that a copy of this judgment was served on the other party(ies) or their attorney(s) by ordinary mail at the above address(es).

_____        _____
Date                   Signature

MC 07a (7/04) DEFAULT REQUEST, AFFIDAVIT, ENTRY, AND JUDGMENT (SUM CERTAIN)
MCO7A/MINOJ    W&A FILE NO. 131277972

MCL 32.517, MCL 600.6013,
MCR 2.603(B)(2), 50 USC 521
MCO7A (07/18/05)

131277972/ DMM

## STATE OF MICHIGAN
## IN THE 36th JUDICIAL DISTRICT COURT

MBNA AMERICA BANK, N.A.,
           Plaintiff,

                                    Case No.:  05147610GC

vs.

HERMAN KELLY
                Defendant.
_____/

WOLPOFF & ABRAMSON, L.L.P., Paul T. Olivier, Jr. P18472,  Megan Fink P66223, Shaun R. Fathallah P67516, Cherice A. Tadday P67788, Kathy K. Christian P64570, Attorneys for Plaintiff, 39500 High Pointe Blvd., Suite 250, Novi, MI  48375, (248) 855-6562
_____/

### ORDER TO SET ASIDE DISMISSAL, REINSTATE CASE AND ENTER DEFAULT JUDGMENT

      The foregoing motion, having been read and filed, and this Honorable Court being fully advised in the premises,

      **IT IS HEREBY ORDERED** that the dismissal be set aside and that Default Judgment be entered at this time for Plaintiff and against Defendant in the sum of $3,459.04 together with costs of $110.00, and a $75.00 attorney fee, making a total of $3,644.04

                                              JUDICIAL DISTRICT COURT JUDGE

SEP 1 2 2008

A TRUE COPY

DEPUTY CLERK

# EXHIBIT 6A

481

**IN THE
NATIONAL ARBITRATION FORUM
CLAIM**

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Attorneys in the Practice of Debt Collection
Two Irvington Centre
702 King Farm Blvd.
Rockville, MD 20850

**RE:**
**Forum File Number:**    FA0504000463537
**Claimant File Number:**    0131277721
**Account No.:**    ████████7332
**Card member Agreement Type:**  AGMT90

**CLAIMANT,**

Herman Kelly
3056 Bewick St
Detroit MI 48201

**RESPONDENT(S),**

For a Claim against Respondent(s), Claimant states:

1.  By way of contract and use of the credit account at issue, Respondent(s) became bound by the terms of a credit agreement (hereinafter the "Agreement"), which is attached hereto and incorporated herein by reference.

2.  Respondent(s) is/are in default under the terms of the Agreement and is/are now indebted to Claimant in the amount of $2694.63   , as reflected in the attached account summary, plus interest of $57.95      as of the date of filing, and at 5.00%    thereafter.

3.  Despite repeated demands for payment, Respondent(s) has/have not paid the amounts due.

4.  Claimant requests an Award for the amounts reflected in Paragraph 2, plus all arbitration fees incurred, Process of Service fees and Attorney Fees of $404.19    , if allowed by law, equaling 15% of the outstanding principal balance.

5.  The attached Agreement contains a Delaware choice of law provision and a provision for "reasonable" attorney fees. Delaware law specifically provides that an attorney fee may be awarded in an amount up to 20% on an unpaid claim if allowed by law. See, 10 Del. Code Sec. 3912 (Pleading & Practice).

6.  The attached Agreement contains a mandatory arbitration provision under the Rules of the National Arbitration Forum ("NAF").

The undersigned counsel for Claimant asserts, under penalty of perjury, that the information contained in this Claim and the supporting documents attached hereto are accurate based upon information provided by Claimant to the undersigned counsel.

WOLPOFF & ABRAMSON, L.L.P.
*Attorneys in the Practice of Debt Collection*

By:

Anne S. Cruz, Esq.
ADMITTED: (CA, DC)

Neal J. Levitsky, Esq.
ADMITTED: (DE)

Counsel for the Claimant

**If Respondent or counsel wishes to contact Claimant, please call or write:**
**Paralegal Department**
**Wolpoff & Abramson, L.L.P.**
**Two Irvington Centre**
**702 King Farm Blvd., 5th Floor**
**Rockville, MD 20850**
**1-800-830-2793**

NAFCM2/NAF3        17A                                NO CARD

482

## SUMMARY OF ACCOUNT INFORMATION

### ACCOUNT STATUS REPORT

Date Filed:        04/15/2005

Account Number:                    7332

Cardmember Agreement:    AGMT90

Primary Account Holder:   HERMAN KELLY

Address:          3056 Bewick St


                  Detroit, MI 48201

Home Phone:

Work Phone:

Social Security Number:        1838

Secondary Account Holder:

Address:



Home Phone:

Work Phone:

Principal Balance:      $2694.63

Interest Rate:      5%

Date Assigned:      11/08/2004



INFORMATION DRAWN FROM ACCOUNT RECORDS AND CURRENT AS OF THE DATE FILED



17A
NAFCL4/NAF3

483

## NOTICE OF ARBITRATION

Dear Respondent,

AN ARBITRATION CLAIM HAS BEEN FILED AGAINST YOU.

Enclosed and served upon you is the Initial Claim. You may obtain a copy of the Code of Procedure, without cost, from the Claimant or from the Forum at WWW.ARBITRATION-FORUM.COM or 800/474-2371.

IF YOU DO NOT SERVE THE CLAIMANT AND FILE WITH THE FORUM A WRITTEN RESPONSE, AN AWARD MAY BE ENTERED AGAINST YOU. AN ARBITRATION AWARD MAY BE ENFORCED IN COURT AS A CIVIL JUDGMENT.

YOU HAVE THIRTY (30) DAYS TO RESPOND FROM RECEIPT OF SERVICE.

You have a number of options at this time. You may:

1. *Submit a written Response to the Claim*, stating your reply and defenses to the Claim, together with documents supporting your position. Your Response must be served on the Claimant and filed with the Forum. Read Forum Code of Procedure Rule 13. A Counter Claim, Cross-claim or Third Party Claim may also be served and filed, and accompanied by the fee as provided in the Fee Schedule. Forms for such Response and Claims may be obtained from the Forum. If you fail to respond in writing to the Claim, an Award may be entered against you and in favor of the Claimant and you will lose your case.

2. *Demand a Document Hearing or a Participatory Hearing.* You may request a Hearing in your Response or in a separate writing. Unless you have agreed otherwise, an In-person Participatory Hearing will be held in the Judicial District where you reside or do business. You may also request a hearing on-line or by telephone. Your written Request for a Hearing must be filed with the Forum. You must also serve a copy of your Request on the Claimant and any other Parties. Read Forum Code of Procedure Rules 25 and 26.

3. *Have other options.* You may seek the advice of an attorney or any person who may assist you regarding this arbitration. You should seek this advice promptly so that your Response can be served and filed within the time required by the Code of Procedure. If you have any questions or need help in responding, you may contact the Forum.

The Forum is an independent and impartial arbitration organization, which does not give legal advice or represent parties. THIS SUMMARY IS NOT A SUBSTITUTE FOR READING AND UNDERSTANDING THE CODE OF PROCEDURE WHICH GOVERNS THIS ARBITRATION.

The Forum
P.O. Box 50191
Minneapolis USA 55405-0191
(651) 631-1105  (800) 474-2371
info@arb-forum.com
ARBITRATION-FORUM.COM

17A
NAFCL5/NAF3

## Credit Card Agreement
## Additional Terms and Conditions

## Selected Sections

- Privacy Notice ................................................................. 1
- Accuracy of Information Furnished to ....................... 4
  Credit Reporting Agencies ........................................ 4
- How to Use Your Account ......................................... 5
- Payments on Your Account ...................................... 5
- We May Amend This Agreement .............................. 8
- What Law Applies ..................................................... 8
- Arbitration and Litigation ......................................... 9

AGMT 50

## Your Contract With Us

Your Credit Card Agreement with us consists of these Additional Terms and Conditions and the document called the Required Federal Disclosures or the Initial Disclosures. You agree to the terms and conditions of this Agreement. For the purpose of the Privacy Notice, the Privacy Notice contained in the Agreement will use the definitions described under the section heading Words Used Often in this Agreement.

## Privacy Notice

Your privacy is important to us. At MBNA, we are committed to providing you with the finest financial products and services backed by consistently top-quality service. And while information about you is fundamental to our ability to do this, we fully recognize the importance of keeping your personal and account information secure.

To offer you the widest range of products and services, MBNA may share information about you both within MBNA and outside of MBNA with other companies. This allows us to offer you products and services that may interest you and best meet your needs, whether they are available directly from MBNA or through our relationships with other companies. We want you to understand our information safeguards, what information we collect, what information we share, and the benefits you receive when we share information about you.

This notice describes the privacy practices of MBNA Corporation and all MBNA affiliates, including MBNA America Bank, N.A., MBNA America (Delaware), N.A., Palladian Travel Services, Inc., MBNA Hallmark Information Services, Inc., MBNA Marketing Systems, Inc., and MBNA Insurance Agency, Inc. (collectively, "MBNA"), for financial products and services governed by the laws of the United States of America. This notice explains MBNA's information collection and sharing practices and lets you choose whether or not MBNA may share certain information about you, either within MBNA or outside of MBNA with other companies.

Our Security Procedures. MBNA understands the importance of protecting and securing information about you using it appropriately. Access to information about you is restricted to the people of MBNA who require it to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal standards for the security of information.

When MBNA shares information about you with companies outside of MBNA, we require them to impose safeguards, use it only for a permitted purpose, and to return it to us or destroy it once that purpose is served. We limit the amount of information shared to what is appropriate for a product or service efficiently. MBNA requires any company receiving information from MBNA to sign a Confidentiality Agreement containing these requirements and obligating that company to protect the information as we would.

Information We Collect. MBNA collects and uses nonpublic personal information about you to conduct our business and to consistently deliver the top-quality Customer service you expect from us. Sources of this information include the following:

- Information we receive from you on applications and other forms or through your correspondence or communication with us, including through the mail, by telephone, or over the Internet;

- Information we receive from third parties, such as consumer reporting agencies, to verify statements you've made to us, or regarding your employment, credit, or other relationships; and

- Information about your transactions with MBNA and with other companies outside of MBNA.

Information We Share Within MBNA. We may share all of the information we collect about you with financial services companies within MBNA to offer additional products or services that may interest you and best meet your needs. We believe this is convenient for you and may save you time and money. To do so, we share identification information (such as name and address), transaction and experience information (such as purchases and payments), credit eligibility information (such as credit reports and applications), and other information. The decision to purchase any such products or services is yours alone. You within MBNA, but please understand this does not prohibit us from offering you additional products and services or from sharing transaction and experience, identification, and other information within MBNA.

Information We Share With Others. From time to time, we may allow companies outside of MBNA to offer you their products and services that may interest you. These products and services may be offered by financial service providers (such as banks, loan brokers, account aggregators, insurers, and securities broker-dealers), by non-mortgage bankers, insurers (such as realtors, direct marketers, financial companies, Internet service providers, communications companies, service companies, travel agents, cruise manufacturers, service companies, hotels, airlines, publishers, lines, car rental agencies, MBNA financial products and organizations endorsing MBNA financial products or services), and others (such as nonprofit organizations). Subject to applicable law, we may share all of the information we collect with these companies outside of MBNA unless you tell us not to.

Additionally, we may share all the information we collect with companies that perform marketing or other services on our behalf or to other financial institutions with which we have joint marketing agreements. We are also permitted by law to share information about you with other companies in certain circumstances. For instance, we may share all of the information we collect with companies assisting us in servicing your loan or account, with companies that endorse our products and services through affinity agreements,

with government entities in response to subpoenas or regulatory requirements and to consumer reporting agencies. If you tell us not to share information with companies outside of MBNA, that wish to offer you their products and services, as described above. If you wish to opt out of such information sharing, please call toll-free 1-800-751-1255. We will ask you to verify your identity and the specific accounts to which the opt out applies, so please have all your account, membership, or reference numbers and your Social Security number or Taxpayer Identification number for deposit accounts available when you call.

**Important Information About Your Choices.** We're dedicated to serving your needs — and to respecting your choices related to privacy. You may tell us not to share credit eligibility information within MBNA, and you may tell us not to share information with companies outside of MBNA, that wish to offer you their products and services as described above. If you wish to opt out of such information sharing, please call toll-free 1-800-751-1255. We will ask you to verify your identity and the specific accounts to which the opt out applies, so please have all your account, membership, or reference numbers and your Social Security number or Taxpayer Identification number for deposit accounts available when you call.

MBNA applies opt outs at the account level, not by Individual Customer. When any person listed with others on an account opts out (for example, a co-applicant, joint account holder, or authorized user), we will list the entire account as having opted out. MBNA will continue to adhere to its disclosed privacy practices for an account even if it becomes inactive or is closed.

An opt out from information sharing on an account as described above, either within MBNA and/or with others companies outside of MBNA, remains effective unless revoked in writing. Federal regulations require us to provide this notice on an annual basis, whether or not an account has previously opted out from either type of information sharing. Please remember when you receive our subsequent notice about our practices you may receive our subsequent notice about our practices previously opted out from either both types of information sharing (and not revoked in writing) does not need to be opted out again.

This notice updates and replaces any previous notices from MBNA about the privacy, security, and protection of information. For additional information regarding MBNA's privacy practices concerning the Internet, and to view the most recent version of this privacy notice, please go to www.mbna.com and click on "Privacy Notice." You may have other privacy protections under state laws. We may amend this privacy notice at any time, and we will inform you of changes as required by law.

**Words Used Often In This Agreement**
"Agreement" or "Credit Card Agreement" means these Additional Terms and Conditions and the Required Federal Disclosures (or the Initial Disclosures) and any changes we make to those documents from time to time.

"You" and "your" mean each and all of the persons who are granted, accept or use an account we hold. "You" and "your" also mean any other person who has guaranteed payment of

this account, when used in the sections entitled, We May Monitor and Record Telephone Calls, and Arbitration and Litigation and other sections relating to credit, this account (for example, the sections relating to credit, this account (Your Promise to Pay, and How We Allocate Your Payments, for example).

"We," "us," "our," and "MBNA America" mean MBNA America Bank, N.A.

"Card" means all the credit cards we issue to you and to any other person authorized for use on this account pursuant to this Agreement.

"Access check" means an access check we provide to you to make a Check Cash Advance on your account.

If we use a capitalized term in this document but we do not define the term in this document, the term has the meaning given in the Required Federal Disclosures or the Initial Disclosure, or on and in your monthly statement.

We use section headings (such as, World Used Often In This Agreement) to organize this Agreement. The actual terms of this Agreement are in the sentences that follow and not the headings.

**Sign Your Card**
You should sign your card before you use it.

**We May Monitor and Record Telephone Calls**
You consent to and authorize MBNA America, any of its affiliates, or its marketing associates to monitor and/or record any of your telephone conversations with our representative or the representatives of any of those companies.

**Credit Reporting Agencies**
You authorize MBNA America to collect information about you, including credit reports from consumer reporting agencies.

If you believe we have furnished inaccurate or incomplete information about you or your account to a credit reporting agency, write us at: MBNA, Credit Reporting Agencies, P.O. Box 17054, Wilmington, DE 19884-7054. Please include your name, address, home phone number, and account number, and explain what you believe is inaccurate or incomplete.

**How to Use Your Account**
You may obtain credit in the form of Purchases and Cash Advances by using card, access check, account number or other credit devices. Please refer to your Required Federal Disclosures or Initial Disclosure to determine what transactions constitute Purchases and Cash Advances and how you may obtain them.

**Transaction Date for Certain Cash Advances**
The transaction date for Check Cash Advances and Balance Transfers done by check is the date you or the person to whom the check is made is cashes the payment or cashes the check. The transaction date for a returned payment (or Cash Advance) is the date that the corresponding payment posted to your account.

**Purposes for Using Your Account**
You may use your account for personal, family, or household purposes. You may not use your account for business or commercial purposes. You may not use a Check Cash Advance, or any other credit account with, to make a payment on this or any other credit account with. You may not use or permit your account to be used to make any illegal transaction.

**Persons Using Your Account**
If you permit any person to use your account, access checks, account number, or other credit device, you may be liable for all transactions on your account, you may be liable for all transactions made by that person, including transactions to obtain credit on your account. If you permit a person to use your account, and that person causes your credit limit to be exceeded, you will be liable. Authorized users of this account may have the same access to information about the account and its users as the account holders.

**How You May Stop Payment on an Access Check**
You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

**You May Not Postdate an Access Check**
You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it if you do not present it on account check, we are not honor it at or return it unpaid to the person who presented it to us for payment, without in either case being liable to you for any loss or expense incurred by you arising out of the action we elect to take.

**Your Promise to Pay**
You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge against your account.

**Payments on Your Account**
You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment Due. If you are not in default, and there is a credit balance on your account, we will not pay any interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

**When Your Payment Will Be Credited to Your Account**
We credit payments as of the date received. If the payment is: (1) received by 2 p.m. (Eastern Time); (2) received at the address shown on the front left-hand corner of the front of your monthly statement; (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (4) accompanied by the remittance coupon from your monthly statement accompanying it. Payments received after 2 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

**How We Allocate Your Payments**
We will allocate your payments in the manner we determine.

In most instances, we will allocate your payments to balances (including new transactions) with lower APRs before balances with higher APRs. If any outstanding balance is subject to a lower APR (e.g., a balance with a promotional APR offered) being paid before any other existing balances.

## Promise to Pay Applies to All Persons

All persons who have initially or subsequently request, accept, guarantee or use the account are individually and together responsible for any total outstanding balance owed to us to release from liability any person who is responsible to pay any total outstanding balance, until all of the cards, access checks, and other credit devices outstanding and any such persons have been returned to us or any total outstanding balance owed to us persons repay us the total outstanding balance at any time under the terms of this Agreement.

## Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by the Payment Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility for the optional credit insurance and premium benefit obligation for the optional credit insurance purchased through MBNA, you will be in default if you are delinquent in making the minimum payment within 90 days of your Payment Due Date. Our failure to exercise any of your rights upon default does not mean that we are unable to exercise those rights upon later default.

## When We May Require Immediate Payment

If you are in default we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the Arbitration and Litigation section of this Agreement, we can also require you to pay all costs of collection, including reasonable attorneys' fees if we refer procedure as well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

## Other Payment Terms

We can accept late payments, partial payments, or payments with any restriction, without losing any of our rights under this Agreement. This means that no payment, including those marked "Paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without our prior written approval of one of our senior officers. You may not use a postdated check to make a payment. If you do post-date a check, we may elect to honor it. If you sign present-ment of or return it uncredited to the person that presented it, date a payment check, we may elect to honor it upon present-ment or return it uncredited to the person that presented it, without in either case waiting for the date shown on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, finance charges and any applicable fees will accrue on your account. In accordance with this Agreement. You must resume making your Total Minimum Payment Due each month following a payment holiday.

## Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the transac-tion will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S.

dollar amount in accordance with the operating regulations or conversion procedures in effect at the time that the transaction is processed. Currently, those regulations and procedures provide that the currency conversion rate to be used is either (1) a wholesale market rate or (2) a government-mandated rate that is in effect one day prior to the processing date, increased by one percent in each case. Visa or MasterCard retains this one percent as compensation for performing the currency conversion serv-ice. The currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or the posting date.

## Billing Cycle

Your billing cycle ends each month on a Closing Date determined by us. Each billing cycle begins on the day after the Closing Date of the previous billing cycle. Each statement reflects a single billing cycle.

## Account Fees and Charges

Account Fees. The following fees, which are set forth on your Required Federal Disclosures or initial Disclosure, are charged as Purchases in the billing cycle in which the fees accrue:

(1) a Late Fee if the Total Minimum Payment Due shown on your monthly statement is not received by us on or before its Payment Due Date.

(2) an Overlimit Fee if your New Balance Total exceeds your credit limit on any day of the billing cycle. If the credit limit is exceeded, the Overlimit Fee is charged to your account as of the day in the billing cycle that your total out-standing balance on your account exceeds your credit limit; to exceed your credit limit, an Overlimit Fee is charged to your account as of the day in the billing cycle that your total out-standing balance on your account exceeds your credit limit;

(3) a Returned Payment Fee if a payment on your account is returned for insufficient funds or for any other reason, even if it is paid upon subsequent presentment;

(4) a Returned Cash Advance Check Fee if we return an access check unpaid for any reason, even if the access check is paid upon subsequent presentment;

(5) a Copy Fee for each copy of a monthly statement or sales draft, except that the six most recent monthly statements and six sales drafts will be provided for free; and

(6) an Annual Fee if your account is subject to an Annual Fee, whether or not you have active charging privileges on your account.

Abandoned Property Charge. Unless prohibited by applicable law, we will charge your account, as a Purchase, for any costs incurred by us associated with complying with state abandoned property laws.

Please review your Required Federal Disclosures or initial Disclosure for additional fees and charges that may apply to your account.

## Benefits

We may offer you certain benefits and services with your account. Unless expressly made a part of this Agreement, any such benefits or services are not a part of and are subject to change and are subject to the terms and conditions outlined in the benefits brochure and other official documents provided to you from time to time by or on behalf of MBNA America. We may adjust, add, or delete benefits and services at any time and without notice to you.

## Refusal to Honor Your Account

We are not liable for any refusal to honor your account. This can include a refusal to honor your card or account number or any check written on your account. We are not liable for

any retention of your card by us, any other bank, or any provider of goods or services.

## We May Suspend or Close Your Account

We may suspend or close your account or otherwise ten rate your right to use your account. We may do this at any time and for any reason. Your obligations under this Agreement continue even after we have done this. You mu destroy all cards, access checks or other credit devices on t account when we request.

## You May Close Your Account

You may close your account by notifying us in writing or telephone, and destroying all cards, access checks or other credit devices on the account. Your obligations under this Agreement continue even after you have done this.

## Transactions After Your Account Is Close

When your account is closed, you must contact anyone authorized to charge transactions to your account, such as Internet service providers, health clubs or insurance compan These transactions may continue to be charged to your account until you change the billing. Also, if you use your account to make a transaction or are close the account, we have authorized a transaction or are close the account, we may allow the transaction to be charged to your account.

## We May Amend This Agreement

We may amend this Agreement at any time. We may amend it by adding, deleting, or changing provisions of this Agreement. When we amend this Agreement we will compl with the applicable notice requirements of federal and sometime Delaware law that are in effect at that time, and if you ref gives you the opportunity to reject any amendment, not the change in the manner to receive credit and may ask you may terminate your devices as a condition of your rejection. Th amend and Agreement (including any higher rate or other high charges or fees) will apply to the total outstanding balance, including the balance existing before the amendment became effective. We may replace your card with another card at any tin

## We May Sell Your Account

We may at any time, and without notice to you, sell, assi or transfer your account, any sums due on your account, thi Agreement, or our rights or obligations under your account Agreement, to any person or entity. The person or entit to whom we sell any such sale, assignment or transfer shall be entitled to all of our rights and/or obligations under this Agreement, to the extent sold, assigned or transferred.

## Your Credit Limit

Your credit limit is disclosed to you when you receive you card and, generally, on each monthly statement. We may change your credit limit from time to time.

The amount shown on your monthly statement as Cash or Credit Available does not take into account any Purchases, Cash Advances, finance charges, fees, any other transactions or credits which post to your account after the Closing Date of that monthly statement. Such transactions could result your credit limit being exceeded and result in the assessm of Overlimit Fees.

## What We May Do If You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorizations at any time must not be more than your credit limit. If you attempt a transaction which results in your total outstanding balance plus the amount of the transaction (plus any outstanding authorizations) to exceed your existing credit limit: (1) we may permit the transaction without treating the amount of the transaction as more than the credit limit as immediately due; or (2) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused. If we refuse to permit a Check Cash Advance or Balance Transfer, we may do so by advising the person presenting the Check Cash Advance or Balance Transfer that the check has been refused—that—there—are—insufficient—funds—to—pay—the—check.

Cash Advance or Balance Transfer, or in any other manner.

## Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.

## You Must Notify Us When You Change Your Address

We write to keep accurate records for your benefit and ours. The post office may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

## What Law Applies

This Agreement is made in Delaware and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

## The Provisions of This Agreement are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

## Our Rights Continue

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

## Arbitration and Litigation

This Arbitration and Litigation provision applies to you and us. This Arbitration provision and any Litigation provision and your did so to reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or the Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including

Claims regarding the applicability of this Arbitration and Litigation Section or the validity of the entire Agreement or any prior Agreement, shall be resolved by binding arbitration.

The arbitration shall be conducted by the National Arbitration Forum ("NAF"), under the Code of Procedure in effect at the time the Claim is filed. Rules and forms of the National Arbitration Forum may be obtained and Claims may be filed at any National Arbitration Forum office, www.arb-forum.com, or P.O. Box 50191, Minneapolis, Minnesota 55405, telephone 1-800-474-2371. If the Arbitration Forum cannot or will not serve as arbitrator, we may substitute another nationally recognized, independent arbitration organization that uses a similar code of procedure. At your written request, we will advance any arbitration filing fee, administrative and hearing fees which you are required to pay to pursue a Claim in arbitration. The arbitrator will decide who will be ultimately responsible for paying those fees. In no event will you be required to reimburse us for an arbitration filing, administrative or hearing fees in an amount greater than what would have been your court costs if the Claim had been resolved in a state court with jurisdiction. Any arbitration hearing at which you appear will take place within the federal judicial district that includes your billing address at the time the Claim is filed. This arbitration agreement is made pursuant to a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"). Judgment upon any arbitration award may be entered in any court having jurisdiction. The arbitrator shall follow existing substantive law to the extent consistent with the FAA and applicable statutes of limitations and shall honor any claims of privilege recognized by law. If a party requests, the arbitrator shall write an opinion containing the reasons for the award.

No Claim submitted to arbitration is heard by a jury and no Claim may be brought as a class action or as a private attorney general. You do not have the right to act as a class representative or participate as a member of a class of claimants with respect to any Claim. This Arbitration and Litigation Section applies to all Claims now in existence or that may arise in the future.

This Arbitration and Litigation Section shall survive the termination of your account as well as any voluntary payment of the debt in full by you, any bankruptcy by you or any sale of the debt by us.

For the purposes of this Arbitration and Litigation Section "we" and "us" means MBNA America Bank, N.A., its parent, subsidiaries, affiliates, licensees, processors, successors, assigns, and any purchaser of your account, and all of their officers, directors, employees, agents and assigns or any or all of them. Additionally, "we" or "us" shall mean any third party providing benefits, services, or products in connection with the account (including but not limited to credit bureaus, merchants that accept any credit device issued under the account, rewards or enrollment services, credit insurance companies, debt collectors and all of their officers, directors, employees and agents) if, and only if, such a third party is named by you as a co-defendant in any Claim you assert against us.

If any part of this Arbitration and Litigation Section is found to be invalid or unenforceable under any law or statute consistent with the FAA, the remainder of this Arbitration and Litigation Section shall be enforceable without regard to st.

**THE RESULT OF THIS ARBITRATION AGREEMENT IS TH EXCEPT AS PROVIDED ABOVE, CLAIMS CANNOT BE LITI-**

I HAVE BEEN TRIED BEFORE A JURY, AS CLASS ACTIONS OR AS PRIVATE ATTORNEY GENERAL ACTIONS.

## CREDIT INSURANCE BENEFITS, LIMITATIONS, COSTS & EXCLUSIONS

### CONSUMER PROTECTION DISCLOSURES

**CREDIT INSURANCE IS NOT A DEPOSIT, NOT FDIC-INSURED, NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY, AND NOT GUARANTEED BY THE BANK.**

**PURCHASE OF CREDIT INSURANCE IS NOT A CONDITION OF OBTAINING CREDIT. IF COVERAGE IS DESIRED, IT MAY BE PURCHASED ELSEWHERE.**

**Credit Insurance** pays your minimum monthly payment* up to your balance on the date of loss (not to exceed $25,000, except disability in MN), until you return to work** If you are unemployed/disabled, **voluntarily disabled** account of your outstanding balance. Credit insurance also pays your insured outstanding balance up to the least of your outstanding balance, your credit limit (not AL, AZ, AR, DE, IA, IL, LA, MD, MN, MS, NY, ND, OK, OK, SC, VT, WA, WI & WY), or $25,000 if you die.

**Eligibility:** One insured per account must be the primary cardholder or co-applicant, authorized users are not eligible (except for disability in AK, NY & ?; in FL, GA, MI, NM, OK & ?; in NM). The Federal Credit (except family) leave in AZ, FL & SD & unemployment) enrolled, certificates will be mailed explaining your coverage effective date.

* effective date, in MN, unemployment coverage is effective 61 days from your certificate effective date. For unemployment or family leave benefits, you must be gainfully employed working at least 30 hrs/wk (not self-employed or an independent contractor) for 90 consecutive days before the date of loss (ICO - before enrollment date for unemployment loss), (IN - before application date for unemployment). Employees of professional corporations may be eligible.

**Coverage & Benefits** Credit Insurance covers: your death, involuntary unemployment (not self-employed), disability strike, unionized labor dispute, or lockout, total disability due to sickness or injury if you are unable to perform the material ... & essential duties of your job for 12 mos. in PA, 18 mos. in AL, AZ, AR, CA, DE, DC, GA, HI, ID, IL, KS, LA, MD, MN, MS, NV, NH, ND, OH, OK, RI, TN, UT, WA, WV, WY & ?, from the date you suffer an unpaid leave of absence from employment due to newly ordered ... medical reasons to care for a newborn, newly adopted child or an incapacitated immediate family member (must be a federally declared disaster area. Loss (not death) must continue at least 30 days before benefits begin. In NY, for strikes, unionized labor disputes & lockouts, you must be active military duty, jury duty (except in AK); or residence in a spouse, child, stepchild or parent in AK); mandatory recall to active military duty; jury duty (except in AK); or residence in a federally declared disaster area. Loss (not death) must continue at least 30 days before benefits begin. In NY, for strikes, unionized labor disputes & lockouts, you must be unemployed for 2 consecutive weeks & qualify for state unemployment benefits before benefits begin. A daily benefit in NY & PA, and disability in CA, CT, GA, HI, MI, PA, RI & SC is paid for each day of loss over 30 days ... You may cancel this coverage at any time. If canceled within the first 30 days of coverage, all premiums will be refunded.

**Exclusions:** Life, suicide in the first 6 months of coverage (not MD & MO). Involuntary Unemployment: retirement, resignation, voluntary forfeiture of income or job loss due to willful or criminal misconduct, disability, strikes in IL, military discharge in NY & normal seasonal unemployment in TX. Disability: normal pregnancy or childbirth (not CA, MA & NY), intentionally self-inflicted injuries (not MD), or a pre-existing medical condition during first 6 months of coverage (not NJ).

Family leave benefits are not paid if you are eligible for or receiving unemployment benefits or are disabled.

This is only a brief description of coverage, and coverages vary by state. Please refer to your certificates for a full explanation of coverage.

**Costs per $100 per Month of Average Daily Balance**

Costs apply to Life (L), Disability (D), Unemployment (U) & Family Leave (F): AL 54.3¢; AR 78¢; AZ 99.9¢; AR 99¢; CA 89.9¢; CO 50.60¢; CT 42.8¢; DE 99.9¢; DC 99.9¢; FL 89¢; GA 90.8¢; HI 89.91¢; ID 99.3¢ (L 8.8¢, D 16.9¢, U 54¢, F 20¢); IL 80.97¢; IN 96¢; IA 97.8¢ (L 7.7¢, D 16.6¢, U 54¢, F 20¢); KS 83.47¢; KY 97.4¢; LA 99.99¢; ME 53.95¢; MD 79.74¢; MA 15.7¢; MI 83.7¢; MN 31.97¢; MS 92.8¢; MO 61.1¢; MT 93.9¢; NE 95.3¢; NV 99.87¢; NH 91.9¢; NJ 97¢; NM 58.9¢; NY 52.3¢ (L 8.8¢, D 20.8¢, U 16.9¢); NC 71.3¢; ND 94.97¢; OH 99.9¢; OK 97.47¢; OR 30.8¢; PA 38.1¢; RI 89.9¢; SC 78.8¢; SD 99.9¢; TN 92.3¢; TX 33.7¢ (L 4.8¢, D 12.9¢, U 16¢); UT 90.44¢; VT 34.92¢ (L 6.6¢, D 12.2¢, F 16¢); VA 84¢ (L 6.1¢, D 8.9¢, U 49¢, F 20¢); WA 89.39¢; WV 99.3¢; WI 93.6¢ (L 5.7¢, D 8.9¢, U 9¢, F 20¢) & WY 99.7¢.

**Availability:** Involuntary Unemployment is not available in MA or VT. Family Leave is not available in AL, CT, MA, MD, MN, NM, NV, PA, or TX.

**Underwriting Companies/Policies:** Involuntary Unemployment: American Security/LOI(583), LOI NY(393), AS LOI TX(1799), LOIC-IP-KS(2296), LOIC-IPC-ORS-ME(583) and LOIC-IP. Standard Guaranty/SG LOI (583) (NM only). Life & Disability: Union Security/Life-I-583 (NM only), AK, DC, ID, IN, LA, KS, LA, MD, MN, ME, NV, ND, OH, OR, RI, SD, VT, WA, WV & WY. Standard Guaranty Life (TX only) LI-2000?(13,53RA), First Ports Life (NY Life only)/NYLA(0015, American Security INY Disability only)/AW-S-A. Ports Insurance (ME only)/U-X-A. Family Leave: American Security/FLP (497), FLP-FLI(297) in TX, FLP-KC (398) in NC, FLP-OK(497) in OK, FLP-VA(298) in VA, FLP-PA(298) in AZ, FL-IP(497) in IL & IN, FL-IP-KS (1297) in KS, FL-IP-ME (409) in ME, FL-PA-WI(497) in WI, Standard Guaranty/FLP (497) in NH. Union Security Life/FLP-VT(497) in VT. Soliciting agents for Mississippi and Florida are Charles M. Gordon and Pamela Curtis respectively.

The creditor may receive compensation in connection with this offer.

It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Less past due and over credit limit amounts. In MI, coverage pays 5% of the balance on your date of disability up to $1250. In OR, coverage pays the greater of 1/36th of the balance or the current minimum payment due on your date of loss. In NY & PA, coverage pays the minimum payment due on your date of loss. In TX, coverage pays the greater of 6% of your insured outstanding balance on your date of unemployment or your minimum monthly payment.

*The number of monthly benefit payments will not exceed 9 for family leave, 12 for unemployment in AL, AK, CT, IL, MI, MN, MO, NM, NV, PA, SC & TX; 12 for disability in AK, CO, CT, FL, KY, MA, MO, MT, NE, NH, NM, NC, OR, SC, UT & VA.

NY, NJ & TX Residents Only: To purchase coverages separately, write to Assurant Group, P.O. Box 50955, Atlanta, CA 30302. Applications will be sent to you.

;

# EXHIBIT 6C



## NATIONAL

## ARBITRATION

## FORUM ®

MBNA America Bank, N.A.
c/o Wolpoff & Abramson, L.L.P.
Attorneys in the Practice of Debt Collection
702 King Farm Blvd, Two Irvington Centre
Rockville, MD 20850-5775

**CLAIMANT(s),**                                    **AWARD**

**RE: MBNA America Bank, N.A. v Herman Kelly**
**File Number: FA0504000463537**
**Claimant File Number:** ▓▓▓▓▓▓▓▓**7332**

Herman Kelly
3056 Bewick St
Detroit, MI 48201

**RESPONDENT(s).**

The undersigned Arbitrator in this case FINDS:

1. That no known conflict of interest exists.
2. That on or before 04/14/2005 the Parties entered into an agreement providing that this matter shall be resolved through binding arbitration in accordance with the Forum Code of Procedure.
3. That the Claimant has filed a Claim with the Forum and served it on the Respondent in accordance with Rule 6.
4. That the matter has proceeded in accord with the applicable Forum Code of Procedure.
5. That the Parties have had the opportunity to present all evidence and information to the Arbitrator.
6. That the Arbitrator has reviewed all evidence and information submitted in this case.
7. That the information and evidence submitted supports the issuance of an Award as stated.

**Therefore, the Arbitrator ISSUES:**
An Award in favor of the **Claimant**, for a total amount of **$3,357.76.**

Entered and Affirmed in the State of Michigan

                                                        **ACKNOWLEDGEMENT AND CERTIFICATE**
                                                                    **OF SERVICE**
                                                        This Award was duly entered and the Forum hereby
_____                                 certifies that a copy of this Award was sent by first
James A. Christopherson, Esq.                           class mail postage prepaid to the Parties at the above
Arbitrator                                              referenced addresses, or their Representatives, on
                                                        this date

Date: 09/01/2005

                                                        _____
                                                        Honorable Harold Kalina, Ret.
                                                                    Director

## CERTIFICATE OF SERVICE

I, Karen V. Sullivan, Esquire, hereby certify that a copy of the foregoing Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.'s Motion to Dismiss Amended Complaint was served by first class U.S. mail on this 4th day of December, 2006 on the following non-registered CM/ECF participant:

Herman Kelly
P.O. Box 14157
Detroit, MI 48214

/s/ Karen V. Sullivan
KAREN V. SULLIVAN (No. 3872)

## Briefs, Responses and Replies

1:06-cv-00228-JJF Kelly v. MBNA America Bank et al

PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Sullivan, Karen on 12/4/2006 at 5:29 PM EST and filed on 12/4/2006

| | |
|---|---|
| **Case Name:** | Kelly v. MBNA America Bank et al |
| **Case Number:** | 1:06-cv-228 |
| **Filer:** | MBNA America Bank |

**Document Number:** 47

### Docket Text:

OPENING BRIEF in Support re [46] MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *and the doctrine of res judicata* filed by MBNA America Bank.Answering Brief/Response due date per Local Rules is 12/21/2006. (Attachments: # (1) Exhibit 1A# (2) Exhibit 1B# (3) Exhibit Exhibit 1C# (4) Exhibit 2A# (5) Exhibit 2B# (6) Exhibit 2C# (7) Exhibit 3A# (8) Exhibit 3B# (9) Exhibit 3C# (10) Exhibit 4A# (11) Exhibit 4B# (12) Exhibit 5A# (13) Exhibit 5B# (14) Exhibit 5C# (15) Exhibit 6A# (16) Exhibit 6B# (17) Exhibit 6C# (18) Certificate of Service)(Sullivan, Karen)

### 1:06-cv-228 Notice has been electronically mailed to:

Neal J. Levitsky    nlevitsky@foxrothschild.com

Ashley Blake Stitzer    astitzer@bayardfirm.com

Karen V. Sullivan    ksullivan@ojlaw.com, alucey@ojlaw.com

### 1:06-cv-228 Notice has been delivered by other means to:

Herman Kelly
P.O. Box 14157
Detroit, MI 48214

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/4/2006] [FileNumber=310925-0]
[6a2b65ef8af37c67fa64cf772b37457e969a7d0188c5a3523e3631af79930c84b43e