## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Herman Kelly,<br>  Plaintiff,<br><br>  v.<br><br>MBNA America Bank, National Arbitration Forum, Wolpoff & Abramson, L.L.P.<br><br>  Defendants. | C.A. No. 06-228-JJF |

### DEFENDANT FIA CARD SERVICES, NATIONAL ASSOCIATION F/K/A MBNA AMERICA BANK, N.A.'S DISCLOSURE OF CORPORATE AFFILIATIONS PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant FIA Card Services, National Association, formerly known as MBNA America Bank, N.A., by and through its attorneys, Oberly, Jennings and Rhodunda, P.A., make the following disclosure:

FIA Card Services, National Association is a federally chartered national bank and a wholly-owned subsidiary of Bank of America Corporation, a Delaware publicly held corporation.

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: December 4, 2006

  /s/ Karen V. Sullivan
Charles M. Oberly, III (No. 743)
Karen V. Sullivan, Esq. (I.D. No. 3872)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, Delaware 19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile

Attorneys for Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.