In The United States Federal District Court
For The District of Wilmington Delaware

Herman Kelly, pro, se

plaintiff

vs.

MBNA America Bank,
National Arbitration Forum
Wolpoff & Abramson
defendants

Case No.# 1- 06-CV 228(jjf)

( Notice/Affidavit )


FILED
DEC -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

-------------------------------------

" Plaintiff 's proposal, request for amended settlement
compromise. "  FRCP                              (attached exhibits ).

-------------------------------------

1.   On Dec 4 , 2006  plaintiff Herman Kelly,pro, se  and
MBNA America Bank's (defendant) 's attorney  Mrs. Karen V.Sullivan
c/o  Oberly,Jennings & Rhodunda, P.A.. telephone # 302-576-2000
had  a  settlement telephone    conference  call conservation
about possible resolveing this  complaint case against all
parties defendants aboved stated herein,MBNA  bank.

2.   Plaintiff requested that defendant mbna bank will
acknowledge state that all  plaintiff 6 different credit cards
loan accounts are paid in full as stated in complaint.see ex.A ...

3.   All  incorrect mistake, error defaults toward plaintiff shall
be     dismissed  from all defendants.

4.   No bad incorrect  credit reports information shall be sent to
no parts of the  United States Governments departments, ect..
No interference  with plaintiff life, ways  of living . job,
profession,credit future and  history.

5.  Mrs. Sullivan stated in our telephone conversation conference
that she would  speak with mbna bank on this 2nd settlement
proposal and on our telephone meeting,where plaintiff call her
and mrs. sullivan called plaintiff doing these settlement proceedings.

6.   Plaintiff also request if possible $10,000.00 dollars
reinbursement,for his  expenses represent this case included is
any refunds on overpayments money to banks on all 6 accounts
or as to any other fair amount of money.Defendant  mbna bank will
pay all court 's costs & fees. If agreed by mbna bank on his own
free  will will dismiss  his complaint &  all claims  stated in
complaint.

    Plaintiff  prays t o god and this court to review
this request proposal in pursuant to all apply laws.This court
has full jurisdiction over case, all parties subject matters.
       ( proof certificate   service)        respectfully submitted
Dated;_DEC 5, 2006__                         Herman Kelly,po box 14157
                                             Detroit,Michigan48214
c.c. defendants address &                    313-894-8855
     sent to their attorneys

FROM :                                                    2004.03-10   11:23   #959 P.02/06



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930    February 19, 2004

Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Re:   4264 2906 5000 1423
      4800 1352 7400 0023
      5329 0581 1100 6921
      4313 0402 1201 4211
      4313 0277 0703 0919
      4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience. Please contact me directly at (800) 441-7048, extension 78069. I am available Monday through Friday from 8 a.m. until 5 p.m. (EST). Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

*H.K. paid #27,366.45 to MBNA*
*Accounts paid in full*
*[signature] Kelly*



Herman Kelly Pro Se
P.O. Box 14157
Detroit Michigan 48214

Clerk of Court Office
U.S. Federal District
Court - Civil Division
844 N. King Street
Lockbox 18
Wilmington Delaware

U.S.M.S.
X-RAY