# OBERLY, JENNINGS & RHODUNDA, P.A.

**1220 Market Street - Suite 710**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
------------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

February 23, 2007

Via CM/ECF & Hand Delivery
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

> **RE:   Herman Kelly v. MBNA America Bank, 06-228-JJF**

Dear Judge Farnan:

I write on behalf of Defendant MBNA America Bank, N.A. ("MBNA") to respectfully request that the Court grant as unopposed MBNA's motion to dismiss the amended complaint. On December 4, 2006, MBNA filed a motion to dismiss, D.I. 46, and opening brief in support thereof, D.I. 47. Pursuant to D. Del. LR 7.1.1(a), the Plaintiff's answering brief was due no later than December 21, 2006. To date, Plaintiff Herman Kelly has not filed, nor has he served, an answering brief or other opposition to MBNA's motion.

Because more than two months have passed since Mr. Kelly's answering brief was due, MBNA respectfully submits that its motion should be granted as unopposed. I have enclosed for Your Honor's convenience and consideration a proposed Order granting the motion to dismiss the amended complaint.

I am available to answer any questions the Court may have.

Respectfully,

*Karen V Sullivan*

**KAREN V. SULLIVAN**

/KVS
Enclosure
cc:    Herman Kelly (via U.S. mail)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

Herman Kelly,

                 Plaintiff,

      v.                              C.A. No. 06-228-JJF

MBNA America Bank, National Arbitration
Forum, Wolpoff & Abramson, L.L.P.

                 Defendants.

## <u>ORDER</u>

WHEREAS, on December 4, 2006, Defendant MBNA America Bank, N.A. filed a

Motion to Dismiss Amended Complaint, D.I. 46 and an Opening Brief in Support of its Motion

to Dismiss Amended Complaint, D.I. 47;

WHEREAS, pursuant to D. Del. LR 7.1.1(a), Plaintiff Herman Kelly was required to file

an answering brief by December 21, 2006 if he opposed the Motion to Dismiss Amended

Complaint;

WHEREAS, Plaintiff Herman Kelly has not has filed an answering brief or other

opposition to the Motion to Dismiss Amended Complaint.

THEREFORE, at Wilmington, this _____ day of _____, 2007, IT IS

ORDERED that Defendant's Motion to Dismiss Amended Complaint (D.I. 41) is **<u>GRANTED</u>**.

_____
UNITED STATES DISTRICT COURT JUDGE