In   The   United   States   Federal   District   Court
For   The   District   Of   Delaware

Herman Kelly,pro,se
plaintiff

vs.
MBNA   america   bank,et,al.
defendants

------------------------------/

Case No.# 06-228-J J F
civil division

(notice/affidavit )

Plaintiff's   request   for   a   extention ,  of time   to
answer   defendant's   motion   to   dismiss ....and  Plaintiff's
request/motion   for   copy   of   defendants'  mbna's motion to dismiss.
-----------------------------------------------------------------

1.    On march 15,2007  plaintiff   Herman  Kelly,pro,se   got a
letter   from defendant  mbna   asking   why  plaintiff   did   not
answer   their   motion  to   dismiss.Plaintiff  request   and   motion
this  honorable   court   is   grant plaintiff  30 days  from this
date to             answer  defendant's  motion  to  dismiss complaint.
As of this date  plaintiff  do   not  have  and  did  not get  a  copy
of defendant's motion. Plaintiff new usa zipe  code is  below address.

2.    Plaintiff   request mbna   to   please   send another or  a copy
of their  motion   to  dismiss. Plaintiff   has been   trying   to
settle,compromise   resolve   the   matter   complaint  with parties .
These   two   request are in pursuant to all apply laws,rules FRCP.

State  of  michigan
county  wayne dated;

March 17,2007

respectfully submitted

Herman Kelly,pro,se
p.o.  box 14157
Detroit,Michigan 48214-0157

313-894-8855

-----------------------
Herman Kelly,plaintiff

Proof  and certificate of  service
-------------------------------------

Herman Kelly,pro,se plaintiff  certified  that a  true  and   correct
copy  of this  motion  for  copy of  defendants mbna's motion  to
dismiss  and request for extention of time to answer  motionto
dismiss was mailed   to defendant  by first  class  usa  mail,
pre-paid  postages   at  1220  market street,suite  710,p.o. box2054
wilmington,Delaware 19899    on this  date .

-----------------------
Herman Kelly,pro,se



FILED

MAR 2 0 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned



HERMAN KELLY, PRO, SE
P. O. BOX 14157
DETROIT, MICHIGAN 48014-0157

·M.S.
·RAY U

DETROIT, MI 480
17 MAR 2007 PM 8 L

United States Federal
District Court - Civil Div.
Clerk of Court Office
844 North King Street
Wilmington, Delaware
19801