In The United States Federal District Court
For The District of Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA america bank,
National Arbitration Forum
Wolpoff & Abramson

    defendants
-----------------------/

Case;# 06-228-JJF
civil division;
(notice/affidavit)



" Plaintiff's phonocopy of his notice of appeal and direction-designation to the detroit district/circuit court, clerk of court."
-------------------------------------------------------

1. Plaintiff Herman Kelly, pro, se' submit, file his evidences in support of complaint & amend complaint in objection to MBNA's motion to dismiss. Here is a copy of plaintiff's notice of appeal and direction/designation to the clerk of court, cases# 05-137-016GC, 05-140-139GC, 05-147-610, at 421 madison, Det, Mich 48226, civil division, 36th district court civil division, Detroit, Michigan. MBNA america bank vs. Herman Kelly, pro, se. Plaintiff request this honorable USA federal district court to review all records on appeal which are in violation of plaintiff's usa constitutional rights on access to court, double jeopary, equal protection of laws, rights to discovery evidences, rights to jury trial, which are also part of plaintiff's cause of actions & claims in this court with federal jurisdiction. MBNA america bank 's illegal retaliation, extortion, rackerteering, double jeopary, conspiracy, ect. illegal misconduct of fraud trying to mislead this federal court. Plaintiff has paid all his credit loan accounts in full, plaintiff do not owe mbna no money.

2. MBNA's lower detroit, michigan district court's orders are void, illegal, cancelled, without jurisdiction. This federal district court's case was pending doing mbna other cases. Herman Kelly requested extention of time 30 days to answer, mbna did not send mr. kelly a copy of their motion to dismiss only a letter that he just got this month questions on why kelly has not answer. Plaintiff is still trying to settle compromise this matter and request mbna to send copies of all his bank payments statement receipts for each loan cre dit account to plaintiff and this court, as a discovery request.

State of Michigan
county of wayne DATED:

March 20, 2007

Proof and certificate of service
------------------------------

respectfully submitted

Herman Kelly, pr o, se
p.o. box 14157
Detroit, Michigan 48214-0157
313-894-8855

Herman Kelly, plaintiff

Plaintiff Herman Kelly, pro, se hereby certifies that a true and correct copy of this "plaintiff's photocopy of notice of appeal, direction/designation to the detroit district court clerk of court was served, mailed by first class usa mail, pre-paid postage to all defendants at; oberly, jennings, rhodunda c/o Karen sullivan 1220 market street, suite 710, p.o. box 2054, wilmington, DE .19899

herman kelly, pro, s e.

In The State of Michigan 36th judicial district court

MBNA America bank, na
    plaintiff
vs.

Herman Kelly, pro, se
    defendant
-------------------------/

Case# 05137016GC
civil division;
(not



" Defendant's Notice Of Appeal and Direction/Designation To the Clerk of court. "
------------------------------------------------------

1. Herman Kelly, pro, se defendant file/submit his notice of appeal in this lower court. Defendant hereby appeal this court's order judgment denying defendant's motion to dismiss, countercomplaint, motion for discovery. This aboved case court's order are illegal, void, cancelled and without jurisdiction.

2. Defendant appeal this case to the united states federal court of Delaware case # 06-228-JJF, civil... Herman Kelly vs. mbna america bank, national arbitration forum, wolpoff & abramson at; 844 N. king St. lockbox 18 Wilmington, Delaware 19801-3570 also to the united states supreme court in washington, D.C, to review these court's proceedings and court's order which are in violation of defendant's usa constitutional rights of access to court, equal protection of law, double jeopary, rights to jury trial, rights to discovery, ect.. Defendant has paid all his credit loan accounts in full, and do not owe plaintiff MBNA no money.

3. Defendant also file his direction and designation to the clerk of court that all records on appeal, complaint, court's order, documents will be forward, sent to aboved federal district court and copies sent to defendant's correct address below. Clerk of court shall not omit no parts of records on appeal.

State of Michigan
county, wayne DATED:
March 20, 2007

respectfully submitted
Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214-0157
313-894-8855

Herman Kelly, defendant

Proof and certificate of Service
************************************

Defendant Herman Kelly, pro, se undersigned hereby certifies that a true and correct copy of this notice of appeal, direction & designation to the clerk of court was served mailed by first class usa mail pre-paid postage on this date to plaintiff MBNA at wolpoff & Abramson, llp c/o Kathy Christian 39500 high pointe blvd suite 250, Novi, Mich 48375 and Karen V. Sullivan 1220 market street suite 710 oberly jenning, rhodunda, pobox2054, Wilmington, DE 19899. USA federal district court for Delaware 19801-3570.

Herman Kelly, pro, se

