In The United States Federal District Court
For The District of Delaware.

Herman Kelly, pro,se
    plaintiff

vs.

MBNA america bank,
National Arbitration Forum
Wolpoff and Abramson
    defendants
------------------------/

Civil action
NO.# 06-228-(JJF)

(notice/menorandum of laws )

FRCP. 60.9d,10,15d,30e,30f,7a,8a,

FILED
MAR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MBNA america bank's written submissions,
acknowledgement,confession agreed to NO ( N .A .T .'s)national
arbitration forum's litigated arbitration proceedings ". and

"( Plaintiff 's request and motion to state/ show court's jurisdiction.
attached exhibit ). USA amend const.art 111 sec.1,6L.1
-----------------------------------------------------------------

1.  On Sept 10,2004,Sept 20,2004 ,Feb 14,2004 and other dates
MBNA & all defendants c/o; Nancy Criss,Tom Hagen,Scott Beech,
presidents,management staff of MBNA america bank with differentaddresses,
called plaintiff and sent their own agreed,written,submission,
confirmation,acknowledgement to NOT usingNAT arbitration as
venue litigation proceedings,trial saying that all plaintiff's claims,
complaints,settlement compromise must be with the united states
federal government's juridiction by USA Comptroller of Currency
There is a very small paragraph,laws,on discrimination claims.EX.



2.  One of plaintiff's claims in his complaint filed in this
court is claim of discrimination against all defendants toward
plaintiff. Defendants ' s contract agreement is in part illegal
and is in violation of many statutory laws ,us constitutions.

3.  The national arbitration forum never had any jurisdiction
over plaintiff and the subject matter of illegal high interest,
All defendants had full knowledge that plaintiff requested to file
his complaint with the federal courts,federal government.Mr. Herman
Kelly is a usa born citizen seeking justice and trying to stay
within all statutory laws, rules, procedures of the United States
Government under the USA Constitution on double jeopary, due process,
access of court , jury trial,equal protection of laws,cruel and
unusual punishment,very high fines. USA amend,const.Arts,3,1,5,8,9,14.

4.  This court has full juridiction over plaintiff,all defendants
in granting complaint, and reviewing complaint.Plaintiff paid all his
credit cards,loans accounts stated in complaint and herein attached.
Plaintiff is trying to resolve,settle,and request his over payment
refunds,all defendants to correct plaintiff credit history,all awards(6)
by national arbitration forum are void,impeachment cancelled,all
default judgment(2) by MBNA,detroit court are void,bias,prejudice,
vacated,cancelled based on all statutory laws of USA const.FRCP 60 & 4.

5.  parties agreed send payments by mail,plaintiff timely requested no
NAF's arbitration proceedings.see,ex. A     (agreement)
P.1



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930

March 11, 2004

Office of the Comptroller of the Currency
1301 McKinney Street Suite 3710
Houston, TX 77010

Re: Herman Kelly / File No. 474989

Dear Sir or Madam:

This letter is in response to the correspondence forwarded by your office regarding Mr. Kelly's accounts with MBNA America.

Please be advised that we have attempted to contact Mr. Kelly on two separate occasions to resolve this issue. Enclosed are copies of our first two responses to Mr. Kelly. MBNA is willing to reconsider reopening Mr. Kelly's accounts; however, we need to speak with Mr. Kelly or receive his response to the enclosed letter. As indicated in our previous letters, we need additional information to be able to determine if we can accommodate Mr. Kelly's request to reopen his accounts.

If you have any questions or concerns, please contact me directly at (800) 441-7048, extension 78069.

Sincerely,

Mary Ellen Adams
Customer Advocate
Office of the President

c: Herman Kelly

Enclosure(s)

EX. A

If you have any questions, please call 1-866-618-4587, Monday through Friday from 8 a.m. to midnight, or Saturday and Sunday, 10 to 7 (Eastern time). If you prefer, you may write to P.O. Box 15646, Wilmington, DE 19850-5646.

Sincerely,

**Tom Hagen**

Credit Line Management

*Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed on this letter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have taken adverse action. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

### EQUAL CREDIT OPPORTUNITY NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

INDIVIDUALIZED
BANKCARD
SERVICES

www.ibsnetaccess.com

HERMAN KELLY
P O BOX 14157
DETROIT MI 48214


To:        Herman Kelly
From:      Scott Bechtold, Credit department
Date:      September 18, 2000
Subject:   Account status
Account No.: 4800 1352 7400 0023

As we discussed, we have reassigned your credit line to $3,700 because you currently owe sufficient amounts on your revolving lines of credit with other creditors. This decision was based on our conversation, as well as information provided by the consumer reporting agency named below.

If you would like to review your credit file, please contact Experian, P.O. Box 2002, Allen, TX 75013-0036. Their telephone number is 1-888-397-3742.

If you have any questions, please call 1-800-803-9731, Monday through Friday from 8 a.m. to 8 p.m., or Friday, 8 to 5 (Eastern time). Our knowledgeable Credit Analysts are ready to assist you.



*Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed on this letter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have taken adverse action. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

EQUAL CREDIT OPPORTUNITY NOTICE
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this bank is the Office of the Comptroller of the Currency, Customer Assistance Unit, 1301 McKinney Street, Suite 3710, Houston, TX 77010.

FR2 CCZZ 1-1 US-EN                                                                      00-262-00074 - 1344

If you have any information that would allow us to reconsider this decision, please call 1-888-831-4181, Monday through Thursday from 8 a.m. to 8 p.m., or Friday, 8 to 5 (Eastern time). If you prefer, you may write to Individualized BankCard Services, P.O. Box 15646, Wilmington, DE 19850-5646.

Sincerely,

**Scott Beech**

Credit Division

P.S. For up-to-the-minute account information, please visit www.ibsnetaccess.com.

---

*Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed on this letter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have taken adverse action. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

EQUAL CREDIT OPPORTUNITY NOTICE
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this bank is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

FR2 NSEZ 1-1  US-EN                                                                                                       xxxxxxxxxxxx - 0000



**WACHOVIA**

www.wachoviacreditcard.com

| ACCOUNT NUMBER |
| --- |
| 4264 2984 2105 6519 |

| CREDIT LINE |
| --- |
| $9,500 |

HERMAN KELLY
PO BOX 14157
DETROIT MI 48214-015757

To:        Herman Kelly
From:      Tom Hagen, Credit department
Date:      February 14, 2004
Subject:   Account inquiry

We are reviewing your account for renewal. To help with this process, please provide the information requested on the enclosed form by calling the number below or by sending the form to the address below.

If the information is not received within 15 days of the date of this letter, we will assume that you do not wish to renew your account.

If you have any questions, please call 1-866-618-4587, Monday through Friday from 8 a.m. to midnight, or Saturday and Sunday, 10 to 7 (Eastern time). If you prefer, you may write to P.O. Box 15646, Wilmington, DE 19850-5646.

Enclosure

P.S. For up-to-the-minute account information, please visit www.wachoviacreditcard.com.



**EQUAL CREDIT OPPORTUNITY NOTICE**
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this bank is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

6. Plaintiff submit his opposition,objection to National Arbitration Forum's six awards judgments, on each credit card,loan account numbers stated in complaint,NAF 's cases mbna vs,kelly(civil) #fa 0507000516373..0509000556840..0504000464237..0502000432125.. fa0502000432125..0503000439604..0504000463537..

7. Plaintiff object to MBNA 's two default judgment in;civil mbna vs, kelly, cases # 05137016GC and #05140139GC .state of michigan 36th judicial district court 421 madison ave.Det,Mich, 48226 dated, 3 -1-06 & 1-17-06.

8. Plaintiff give notice that the aboved herein actions by mbna and N A F 's judgment orders,default orders, awards, are bias,void,illegal, vacated, cancelled,prejudice,impeached.Plaintiff have request all defendants send copies of all awards,default orders to this court and to plaintiff in his filed discovery motionrequest.

9. Plaintiff was never served with all defendants 's summon,notice, complaint on their N.A.F. national arbitration forum and detroit court civil litigation proceedings.Parties were still under juridiction of the united states comptroller of the currency reviewing plaintiff and mbna contract agreement settlement compromise proceedings.

refer...fed.rule,civ.proc.r60.& rule c4-40,process,FRCP,rule 55.
 if there is any doubt as to whether default should be set aside court should err on side of setting aside default and reaching merits of case. see... accu- weather inc, vs. reuters, ltd, m. d.pa, 1991, 779, f, supp. 801...
 a default judgment entered when there has been no proper service of a complaint is , a fortiori, void and should be set aside. see... gold kist, inc, vs. laurinburg oil co, inc. c.a . 3, (pa,) 1985,    756, f. 2d. 14 .

Therefor based on the facts,evidences,laws herein shown plaintiff Herman Kelly,pro, se a consumer,      customer,citizen of usa prays to god and this honorable federal court to review,consider this notice and to grant award sought in complaint of plaintiff or any fair amount deem just, to deny all defendants 's motion to dismiss, plaintiff object to all defendants 's request for attorney 's fees, MBNA banks and defendants should pay all court costs.All defendants misconducts is in violation of R .I . C . O . 18 USCA & 1962,18 USCA, & 1961(6). rico act.racketeer influenced and corrupt organizations acts... also USCA 18 & 1962(a).      USCA 18 & 1964(a),(c)civil remedy. USCA.Const. .amend 5,double jeopardy,.. USCA,Const.amend.8 cruel and unusual punishments, nor excessive fines imposed.

wayne county,stateof mich
Dated; *March 22 2007*

            Proof of     Service
            Certificate

Respectfully submitted
Herman Kelly, pro, se
p.o. box 14157
Detroit , Michigan 48214- 0157
313-894-8855

Plaintiff Herman Kelly,pro,se hereby certified that a true and correct copy of defendant mbna bank ' s written submission acknowledgement,confession agreed to No(naf) national arbitration forum's litigated arbitration proceedings was mailto mbna p.o. box 2054 wilmington,DE . 19899-2054 by usa 1st class mail.



Herman Kelly, Pro Se
P.O. Box 14157
Detroit Michigan 48214-0157

United States Federal
District Court
Clerk of Court Office
Civil Division
844 N. King Street
Lock Box 18
Wilmington, Delaware
19801-3570