Case 1:06-cv-00228-JJF    Document 54    Filed 03/26/2007    Page 1 of 24

In The   United   States   Federal District Court
For  the  district of Wilmington,Delaware

Case No.1-06-cv-228(jjf).
(( notice/affidavit)

Herman Kelly, pro, se
     plaintiff

vs.

MBNA  America bank,National
Arbitration Forum, Wolpoff &
Abramson,llp

     defendants         /
----------------------------



FILED

MAR 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"Plaintiff's supplement/amended
          E X H I B I T S/evidences  in   support of
Complaint.. and Plaintiff's objection/opposition to defendant  (mbna)'s
motion to dismiss " .
-------------------------------------------------------------------

1.   Plaintiff Herman Kelly, pro,se submit  some of his supporting
document evidences  as proof to grant  relief sought in complaint.
Where this court will review all attached exhibits to show
cause & claims for full refund  of money paid to MBNA bank & all
defendants  on 6 loans credit cards account stated in complaint.

2.    Ex. A.. is plaintiff 's  banks  receipts statements showing
the set fited binding statutory interest rate  in the first or
second year after        loan amount credit limit was issued with
card to plaintiff from  banks  of MBNA mergered with on accounts.
Plaintiff paid monthly installment  minimum payments  to MBNA
banks for about 8 years  .

3.    Ex. B.. Plaintiff  was going thur  settlement  compromise
proceedings  with MBNA  from  directions  of the united states
comptroller of currency's reviews of Herman Kelly's  refund claims,
filed    against bank.

4.   EX. C.. Plaintiff 's witness  United states comptroller of
currency office, United States Federal Reserve System, The US
Federal Trade Commission office plus others to be submitted later
to court. Plaintiff has requested discovery from all defendants.
USCC informed plaintiff that they had full jurisdictions over
national banks also stated by the    federal trade commission.

5.       Sometime  about April 8,  2005 doing parties settlement
proceedings MBNA and all defendants  started harassing plaintiff
with different  telephone calls, to him demanding more money, sending
letters,awards notes to plaintiff demanding more money from
plaintiff after  plaintiff paid all his loan credit cards in full.

     The uniform consumer  credit code or UCCC for short adopts the
direct obligation theory and categorizes the bank credit card
transaction as  a  comsumer loan rather than  a credit sale. see...
UCCC  & 1-301 (25)(a),( ii). .. 20 am, jur, 2d. &   13 .credit cards.

$P_t$ (



Comptroller of the Currency
Administrator of National Banks

---

December 23, 2004

Herman Kelly
P.O. Box 14157
Detroit MI 48214

Re: Case# 480980
    MBNA AMERICA BANK, NATIONAL ASSOCIATION

Dear Mr. Kelly:

The Office of the Comptroller of the Currency (OCC) is responding to your letter regarding the above-mentioned bank. In your correspondence you complain of the bank acquiring your accounts and the balances due on your accounts.

We have contacted the bank again on your behalf. The bank advised that out of the six accounts you have with them only account ending 1423 was opened by MBNA on November 15, 1994. The other five were converted to MBNA from other banks. The bank has researched all the accounts in question and has no record of any settlement agreement to pay the outstanding balances. Therefore, the bank has referred your accounts to outside counsel, Wolpoff and Abramson. Since the bank no longer is servicing your accounts you may contact Wolpoff and Abramson directly at 1-800-365-6584 to further discuss this matter.

Should you continue to dispute the balance on your accounts, please provide the specific information regarding each account and any documentation to substantiate your claim for further review by the bank.

Regulation Z (12 C.F.R 226), The Truth in Lending Act, establishes your rights and obligations in the event of a billing error on your credit card account. In order to protect your rights under Section 226.13 you must dispute any incorrect entries on your statement within 60 days of the date the bank sent the first statement where they appear, or, in the case of a missing credit, where they should appear. If you are disputing a statement that you did not receive, then your dispute is for the full balance owing on that statement. Your dispute must be in writing and must be sent to the address following the caption, Send Billing Inquiries To: found on your monthly statement.

---

**Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, Texas 77010-9050**
**Phone: (800) 613-6743, FAX: (713) 336-4301**

December 23, 2004
Herman Kelly
Page 2

The bank must acknowledge your dispute within 30 days. The bank must correct any errors or explain to you in writing why it feels the entries are correct within 90 days or within two complete billing cycles. During this time, the bank may neither attempt to collect on any portion of the disputed amount nor report these amounts as delinquent to a credit bureau. The bank may, however, give you provisional credit and extend the time it has to research your dispute. The bank can then remove the credit from your account if it determines that there is no error.

If the bank fails to abide by these requirements, it forfeits its right to collect up to $50.00 of the amount indicated to be a billing error and any finance or late charges. If the bank gave provisional credit for the entire amount in dispute and all finance and late charges, the $50.00 forfeiture does not apply.

You may request the bank to forfeit up to $50.00 of the disputed amount if you have evidence that you notified the bank of your billing error in writing and to the proper address, and the bank failed to place the amount in question in a dispute status or notify you why the entry was correct within the required time frame.

If you fail to comply with the timing described above, or do not write the bank at the correct address, you may forfeit your rights under this law.

You can obtain a free copy of Regulation Z (12 C.F.R. 226), from the nearest Federal Reserve Bank.

We trust this is responsive to your complaint. If we can assist you in the future, please do not hesitate to contact our office.

Sincerely,

*Melinda L. Goodnight*

Melinda L. Goodnight
Complaint Operations Manager



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930    February 19, 2004

Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Re:    4264 2906 5000 1423
       4800 1352 7400 0023
       5329 0581 1100 6921
       4313 0402 1201 4211
       4313 0277 0703 0919
       4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience. Please contact me directly at (800) 441-7048, extension 78069. I am available Monday through Friday from 8 a.m. until 5 p.m. (EST). Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

*H.K. Paid #27,366.45 to MBNA accounts paid in full*



**MBNA**
A M E R I C A

www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930

March 11, 2004

Office of the Comptroller of the Currency
1301 McKinney Street Suite 3710
Houston, TX 77010

Re: Herman Kelly / File No. 474989

Dear Sir or Madam:

This letter is in response to the correspondence forwarded by your office regarding Mr.
Kelly's accounts with MBNA America.

Please be advised that we have attempted to contact Mr. Kelly on two separate occasions
to resolve this issue. Enclosed are copies of our first two responses to Mr. Kelly. MBNA
is willing to reconsider reopening Mr. Kelly's accounts; however, we need to speak with
Mr. Kelly or receive his response to the enclosed letter. As indicated in our previous
letters, we need additional information to be able to determine if we can accommodate
Mr. Kelly's request to reopen his accounts.

If you have any questions or concerns, please contact me directly at (800) 441-7048,
extension 78069.

Sincerely,

Mary Ellen Adams

Mary Ellen Adams
Customer Advocate
Office of the President

c: Herman Kelly

Enclosure(s)



UNITED STATES OF AMERICA

FEDERAL TRADE COMMISSION

WASHINGTON, D.C. 20580

Consumer Response Center

November 19, 2004

Herman Kelly
PO Box 14157
Detroit, MI 48214

Re: FTC Ref. No. 5266034

Dear Mr. Herman Kelly:

The Federal Trade Commission does not have jurisdiction over banks or credit cards that are issued by banks. You should decide what kind of bank you were dealing with and file your complaint with the appropriate bank regulatory agency:

1. If the bank has the word National or the letters N.A. in its title, the complaint should be sent to Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3710, Houston TX 77010, 1 (800) 613-6743.

2. A complaint about a state-chartered bank that is a member of the Federal Reserve System should be sent to the Board of Governors of the Federal Reserve System, Director, Division of Consumer and Community Affairs, Washington, D.C. 20551, (202) 452-3693.

3. Complaints regarding state-chartered, federally insured banks that are not members of the Federal Reserve System should be sent to the Office of Bank Customer Affairs, Federal Deposit Insurance Corporation, Washington, D.C. 20429, 1 (800) 934-3342.

4. Complaints about federal-chartered savings banks should be sent to the Office of Thrift Supervision, Division of Consumer Affairs, Washington, DC 20552, 1 (800) 842-6929.

Here's how some different methods of calculating finance charges affect the cost of credit:

| | Average Daily Balance (including new purchases) | Average Daily Balance (excluding new purchases) | Adjusted Balance | Previous Balance |
|---|---|---|---|---|
| Monthly rate | 1 1/2% | 1 1/2% | 1 1/2% | 1 1/2% |
| APR | 18% | 18% | 18% | 18% |
| Previous Balance | $400 | $400 | $400 | $400 |
| New Purchases | $50 on 18th day | $50 on 18th day | $300 | $300 |
| Payments | $300 on 15th day (new balance = $100) | $300 on 15th day (new balance = $100) | $300 | $300 |
| Average Daily Balance | $270 * | $250 ** | N/A | N/A |
| Finance Charge | $4.05 (1 1/2% x $270) | $3.75 (1 1/2% x $250) | $1.50 (1 1/2% x $100) | $6.00 (1 1/2% x $400) |

\* To figure average daily balance (including new purchases):

$$\frac{(\$400 \times 15 \text{ days}) + (\$100 \times 3 \text{ days}) + (\$150 \times 12 \text{ days})}{30 \text{ days}} = \$270$$

\*\* To figure average daily balance (excluding new purchases):

$$\frac{(\$400 \times 15 \text{ days}) + (\$100 \times 15 \text{ days})}{30 \text{ days}} = \$250$$

Federal Trade Commission
Washington, DC 20580

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST CLASS MAIL
POSTAGE & FEES PAID
Federal Trade Commission
Permit G-62

To help avoid finance charges, follow the issuer's mailing instructions. Payments sent to the wrong address could delay crediting your account for up to five days. If you misplace your payment envelope, look for the payment address on your billing statement or call the issuer.

**Refunds of Credit Balances.** When you make a return or pay more than the total balance at present, you can keep the credit on your account or write your issuer for a refund — if it's more than a dollar. A refund must be issued within seven business days of receiving your request. If a credit stays on your account for more than six months, the issuer must make a good faith effort to send you a refund.

**Errors on Your Bill.** Issuers must follow rules for promptly correcting billing errors. You'll get a statement outlining these rules when you open an account and at least once a year. In fact, many issuers include a summary of these rights on your bills.

If you find a mistake on your bill, you can dispute the charge and withhold payment on that amount while the charge is being investigated. The error might be a charge for the wrong amount, for something you didn't accept, or for an item that wasn't delivered as agreed. Of course, you still have to pay any part of the bill that's not in dispute, including finance and other charges.

If you decide to dispute a charge:

• Write to the creditor at the address indicated on your statement for "billing inquiries." Include your name, address, account number, and a description of the error.



**Office of Thrift Supervision**
Department of the Treasury

*Midwest Region*

225 East John Carpenter Freeway, Suite 500, Irving, TX 75062-2326 • Telephone: (972) 277-9500
P.O. Box 619027, Dallas/Fort Worth, TX 75261-9027 • Consumer Affairs Fax: (972) 277-9563

September 20, 2004

Herman Kelly
Post Office Box 14157
Detroit, MI 48214

Commercial FB, a FSB
Omaha, NE
OTS No. 05198
Case No. 0402062004

Dear Mr. Kelly:

We are writing in response to your letter to the Office of the Comptroller of the Currency (OCC), concerning your account with Amerus Bank (Commercial Federal Bank, FSB, successor). Your letter was referred to our agency for review.

For your information, the Office of Thrift Supervision is a federal administrative agency created by an Act of Congress. We have the authority to enforce certain federal laws and regulations applicable to federally insured savings institutions, including Commercial. Some matters that lead consumers to complain, however, are outside the regulatory jurisdiction of our agency. For example, we cannot resolve factual or contractual disputes. Such matters are subject to state law, and if not settled by the parties involved, must be resolved in an appropriate forum.

Upon receipt of your correspondence, we asked Commercial Federal to address your concerns regarding the maintenance of your credit card account.    Commercial Federal acquired certain accounts from Amerus in July 1998. However, other accounts were transferred to MBNA. Your account number is not reflected in their records, and is presumed to have been transferred to MBNA. MBNA is regulated by the OCC.

Herman Kelly
Detroit, MI
September 20, 2004
Page 2

Since the OCC has jurisdiction over MBNA, we are returning your complaint to that Agency for
further processing.    We consider this matter closed and trust that you will receive a positive
resolution.

Sincerely,

Linda McCaig
Consumer Affairs Analyst

cc: Commercial FB, a FSB

CC with incoming:

Office of the Comptroller of the Currency
Customer Assistance Unit
1301 McKinney Street, #3710
Houston, Texas 77010
1-800-613-6743



**BOARD OF GOVERNORS**
**OF THE**
**FEDERAL RESERVE SYSTEM**
WASHINGTON, D. C. 20551

DIVISION OF CONSUMER
AND COMMUNITY AFFAIRS

September 13, 2004

Mr. Herman Kelly
P.O. Box 14157
Detroit, MI 48214

Dear Mr. Kelly:

As you know, your letter regarding SKY Bank was referred to this office for attention. This bank is a state-chartered member of the Federal Reserve System and is supervised by the Federal Reserve Bank of Cleveland. I have sent your correspondence to the Federal Reserve Bank for investigation and have asked staff to correspond directly with you and to keep me informed of the findings.

I cannot tell at this point how long it will take to look into this matter. However, I can assure you that the Federal Reserve Bank will keep you informed of its progress.

I hope this matter can be resolved to your satisfaction.

Sincerely,

*Yvonne D. Cooper*

Yvonne D. Cooper
Manager
Consumer Complaints

cc with incoming:

Mr. Paul E. Kaboth
Assistant Vice President
Supervision and Regulation Department
Federal Reserve Bank of Cleveland
Cleveland, OH 44101
Phone: (216) 579-2478

## FEDERAL RESERVE BANK

OF CLEVELAND

P.O. Box 6387

CLEVELAND, OHIO 44101-1387

(216) 579-2000

September 15, 2004

Mr. Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Dear Mr. Kelly:

Thank you for your recent letter regarding your complaint against Sky Bank (formerly known as Second National Bank of Warren). Sky Bank is a state-chartered institution under the supervision of this Reserve Bank. This letter acknowledges receipt of your complaint by the Consumer Affairs section in the Supervision and Regulation Department of the Federal Reserve Bank of Cleveland.

We will investigate your complaint thoroughly and ask the bank involved for information and records in response to your complaint. If additional information is needed, we will contact you by telephone or in writing. We will analyze the bank's response to your complaint to ensure that your concerns have been addressed and to determine if any Federal Reserve regulations have been violated. We will send you a letter to you stating our findings. This process can take up to 60 days from the date that we receive your complaint.

If the investigation reveals that a Federal Reserve regulation has been violated, we will inform you of the violation and the corrective action the bank has been directed to take. Although we investigate all complaints involving the State member banks headquartered in the Fourth District, we do not have the authority to resolve all types of issues. For example, we are unable to resolve contractual disputes and undocumented factual disputes between a customer and a bank. In such cases, we will inform you to consult with legal counsel to resolve your complaint.

If you have any questions, you may contact the consumer resident examiner at 1-800-537-5990.

Sincerely,

Paul E. Kaboth
Assistant Vice President

PEK:mf

**FDIC**

**Federal Deposit Insurance Corporation**
Division of Supervision and Consumer Protection
2345 Grand Boulevard, Suite 100
Kansas City, MO 64108

Consumer Response Center
1-800-378-9581

September 12, 2005
Ref. No.: SCC2005F-003245-0

Mr. Herman Kelly
P.O. Box 14157
Detroit, Michigan 48214

Re:    Citibank (South Dakota), N.A.
       Sioux Falls, South Dakota

Dear Mr. Kelly:

On September 8, 2005, this office received your correspondence regarding the referenced entity. The FDIC supervises insured, state-chartered banks that are not members of the Federal Reserve System. The referenced bank is a national bank supervised by the Office of the Comptroller of the Currency (OCC). For your convenience, we are forwarding your correspondence to the OCC at the address noted below. Any future concerns should be directed to that agency.

The mission of the FDIC is to ensure the stability of, and public confidence in, the nation's banking system. The Division of Supervision and Consumer Protection (DSC) is responsible for enforcing federal consumer protection laws and regulations at various state-chartered banks. The Consumer Response Center is a part of DSC.

We trust this is responsive to your concerns.

Sincerely,

*Janet R. Kincaid*

Janet R. Kincaid
Senior Consumer Affairs Officer

cc/enc:  Office of the Comptroller of the Currency
         Customer Assistance Group
         1301 McKinney Street, Suite 3450
         Houston, Texas 77010
         Phone: 1-800-613-6743
         E-mail: Customer.Assistance@occ.treas.gov
         Internet: www.occ.treas.gov



**STATE OF DELAWARE**
**OFFICE OF THE STATE BANK COMMISSIONER**
555 E. LOOCKERMAN STREET, SUITE 210
DOVER, DELAWARE 19901

Web: www.state.de.us/bank

TELEPHONE: (302) 739-4235
FAX: (302) 739-2356

January 31, 2005

Mr. Herman Kelly
P.O. Box 14157
Detroit, MI   48214

Dear Mr. Kelly:

This office is in receipt of your complaint against MBNA America Bank, N.A.. MBNA America Bank, N.A. falls under the regulatory jurisdiction of the Comptroller of the Currency; therefore, we have taken the liberty of forwarding your complaint to the address below for appropriate. action and consideration.

> Comptroller of the Currency
> Administrator of National Banks
> Attn:  Customer Assistance Group
> 1301 McKinney Street, Suite 3450
> Houston, TX  77010-9050

We hope we have been of assistance.

Sincerely,

Carol A. Kirby
Non-Depository Institutions
and Compliance Administrator

CAK
cc: Comptroller of the Currency



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549-0213**

March 16, 2005

Office Of Investor
Education
And Assistance

Direct Dial: (202) 824-5444
Fax: (202) 347-1749

File No. HO-1054093

Herman Kelly
P.O. Box 14157
Detroit, MI 48214

Re: MBNA

Dear Mr. Kelly:

Thank you for sending us a courtesy copy of your February 18th letter to the U.S. Securities and Exchange Commission.

We welcome hearing from you because we keep a database of information about the complaints and inquiries we receive. This database allows us to track whether a troubling situation may be developing about a particular issue, company, broker, stock, or other securities product. The information you have provided will be reflected in our database.

We are unable to help you because the issue you've raised is not one that we deal with at the Securities and Exchange Commission. The SEC regulates and enforces the federal laws that govern the sale and trading of stocks, bonds, mutual funds, and other securities. We have a Web site, www.sec.gov, that explains in great detail what we do.

Judging by your letter, this does seem to be an issue that could be dealt with by Comptroller of the Currency, which you have already contacted. We recommend you follow-up with the Comptroller of the Currency for completion of your complaint.

Once again, thank you for contacting us

Sincerely,

Rinell Randolph
U.S. Securities and Exchange Commission
Office of Investor Education and Assistance
$450 - 5^{th}$ Street, NW
Washington, DC 20549















THE NEW STANDARD OF EXCELLENCE.
OFFERED BY INVITATION ONLY.
NO ANNUAL FEE.

*An Exclusive Invitation for*
*Investors*

M B N A"

P LATINUM   *P*LUS

*t b e    n e w    s t a n d a r d*

33822903176
Mr Harmon
PO Box 14157
Detroit MI 48214-0157
Ildlldaludldualldalllmudldldldudldldludlllal

CREDIT LINE UP TO:

$**100,000**

Low introductory 5.9% APR on CASH ADVANCE CHECKS *and*

BALANCE TRANSFERS. *Peerless* benefits and a *new standard* of

SERVICE. Simply *return your PERSONAL REQUEST FORM below.*

Dear Mr. Harmon:

If you're looking for a high-return financial tool that can make your life easier every time you use it, this is your invitation to acquire the exclusive MBNA® *Platinum Plus* Investors MasterCard® It offers no risk and many gains . . . including outstanding service, extraordinary benefits, and exceptionally high levels of purchasing power. And you're preapproved.†

For example, you'll enjoy a credit line up to $100,000 available through your card, your credit card cash advance checks, and hundreds of thousands of ATMs worldwide. The MBNA *Platinum Plus* credit card for Investors also carries no annual fee and provides you with a low introductory 5.9% APR on balances you transfer to your MBNA *Platinum Plus* credit card account.

When you call us, you'll reach a group of experienced MBNA *Platinum Plus* Customer service representatives dedicated to meeting your needs. They will respond to your credit line increase requests in 15 minutes or less, work diligently to resolve disputes with merchants, and answer any questions you may have, 24 hours a day, 365 days a year.

We will also contact you immediately if we detect any unusual activity on your account. You can relax, knowing that you have protection against

*(over, please)*

• *No Annual Fee*

• *Introductory 5.9% Annual Percentage Rate (APR) for cash advance checks and balance transfers†*

• *MBNA Platinum Plus service—24 hours a day*

• *Free Year-End Summary*

• *Up to $3,000 supplemental lost checked luggage protection*

• *Free additional cards for family and friends*

• *Around-the-clock fraud protection*

• *$1 million Travel Accident Insurance**

• *MBNA Platinum Plus Registry*

• *Credit line increase decisions in 15 minutes or less*

• *Express delivery for card replacement at no additional cost*

Introductory  5.9%  APR.  Preapproved  *invitation*!'
Reply  below  or  CALL  1-800-739-5554. TTY users, please call 1-800-833-6262.

▼ Detach here

| ACCOUNT NUMBER | | | | CREDIT LINE | CASH OR CREDIT AVAILABLE | NO. OF DAYS IN BILLING CYCLE | CLOSING DATE | MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|---|---|---|
| VS 4313 0203 4000 1611 | | | | $2,500 | $1,073.19 | 30 | 10/12/95 | $.00 | 11/08/95 |

| POSTING DATE | TRANSACTION DATE | REFERENCE NUMBER | CARD TYPE | TRANSACTIONS — OCTOBER 1995 STATEMENT | CHARGES | CREDITS |
|---|---|---|---|---|---|---|
| 09/21 | | 1885 | VS | PAYMENT - THANK YOU | | 10.00 |
| 09/26 | | 1282 | VS | PAYMENT - THANK YOU | | 8.00 |
| 09/30 | | 2024 | VS | PAYMENT - THANK YOU | | 15.21 |
| 10/10 | 10/09 | 9604 | VS | TRAVELODGE          SOUTHFIELD   MI | 59.25 | |
| 10/12 | | 1254 | VS | PAYMENT - THANK YOU | | 10.00 |
| 10/12 | 10/12 | 0001 | | CREDIT INS. PREMIUM @  .6000 PER 100 | 8.25 | |
| | | | | TOTAL | $67.50 | $43.21 |

---

**IMPORTANT NEWS**

DUE TO YOUR EXCELLENT PAYMENT HISTORY, YOU HAVE QUALIFIED TO SKIP THIS MONTH'S
PAYMENT!  IF YOU SKIP THIS PAYMENT, THERE IS NO NEED TO NOTIFY US.  FINANCE
CHARGES WILL CONTINUE TO BE APPLIED TO YOUR ACCOUNT.  IF YOU CHOOSE TO MAKE A
PAYMENT, THE MINIMUM MUST BE THE GREATER OF $15 OR 2% OF YOUR NEW BALANCE.

CONGRATULATIONS!
YOUR CREDIT LINE IS INCREASED TO THE AMOUNT SHOWN ABOVE.  TAKE ADVANTAGE OF
YOUR NEW CREDIT LINE TO SAVE MONEY THRU BILL CONSOLIDATION.  CALL 800-524-6262
MON - FRI 8AM - 11PM OR SAT - SUN 9AM - 9PM.   *HERMAN Kelly*

---

### MINIMUM PAYMENT DUE

| | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $0.00 |
| Minimum Payment Due | $0.00 |

**AT YOUR SERVICE EVERY HOUR, EVERY DAY**
- For automated information regarding your balance, the date and amount of your last payment, current payment due, payment address and available credit please call MBNA's Direct Connect® 1-800-626-2265.
- To speak to one of our Customer Satisfaction representatives, call 1-800-421-2110.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.

Please mail billing inquiries using the form on back to:
MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850
BILLING RIGHTS ARE PRESERVED ONLY BY WRITTEN INQUIRY.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

### FINANCE CHARGE SCHEDULE

| | PURCHASES | CASH ADVANCES |
|---|---|---|
| Periodic Rate | .049041% DLY | .024383% DLY |
| Corresponding Annual Percentage Rate | 17.90% | 08.90% |
| Balance Subject To Finance Charge | $972.38 | $410.25 |

| FOR THIS BILLING PERIOD: ANNUAL PERCENTAGE RATE (Finance charges including cash advance fees) | 15.23% |
|---|---|

Please mail payments to:
MBNA AMERICA
P O  BOX 15019
WILMINGTON  DE 19886-5408

### SUMMARY OF TRANSACTIONS

| | |
|---|---|
| Previous Balance | $1,385.21 |
| Payments and Credits | - $43.21 |
| Purchases and Adjustments | + $67.50 |
| Cash Advances | + $0.00 |
| FINANCE CHARGES | + $17.31 |
| New Balance Total | $1,426.81 |

4313 0203 4000 1611
3940
026   4CB 1312 0511

PAGE   1 OF  1

| Account Number | | | | | Credit Line | Cash or Credit Available | Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 4313 0402 1201 4211 | | | | | $1,500.00 | $983.96 | 28 | 04/08/98 | $15.00 | 05/04/98 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | APRIL 1998 STATEMENT | | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|---|
| **PAYMENTS AND CREDITS** | | | | | | | | | |
| 03/25 | 03/23 | | VS | | PAYMENT - THANK YOU | | | | 16.92 CR |
| 04/08 | | 9076 | VS | | PAYMENT - THANK YOU | | | | 24.97 CR |
| **PURCHASES AND ADJUSTMENTS** | | | | | | | | | |
| 03/27 | 03/25 | 4504 | VS | C | BLOCKBUSTER VIDEO #260 WARREN | MI | | 7.98 | |
| 03/27 | 03/25 | 7109 | VS | C | MOBIL OIL      07972334 DETROIT | MI | | 2.00 | |
| 03/27 | 03/25 | 4902 | VS | C | MOBIL OIL      03899754 DETROIT | MI | | 12.79 | |
| 03/27 | 03/26 | 7161 | VS | C | KINKO'S SOUTHFIELD      SOUTHFIELD | MI | | 7.69 | |
| 03/27 | 03/26 | 0859 | VS | C | RITE AID 4512          DETROIT | MI | | 28.33 | |
| 03/30 | 03/27 | 6012 | VS | C | SUPER KMART   00004915 DEARBORN | MI | | 116.18 | |
| | | | | | **TOTAL FOR BILLING CYCLE FROM 03/12/1998 THROUGH 04/08/1998** | | | **$174.97** | **$41.89 CR** |

CONGRATULATIONS! YOUR CREDIT LIMIT HAS BEEN INCREASED TO   $1500.00.

**IMPORTANT NEWS**

ALL TRANSACTIONS MADE USING YOUR PREVIOUS CREDIT CARD WILL BE TRANSFERRED TO THIS NEW ACCOUNT AUTOMATICALLY WITHIN THE NEXT 30 DAYS.

SAVE 20% AT MORE THAN 7,000 PARTICIPATING RESTAURANTS.  CALL 1-800-422-5090 TO REQUEST THE NO ANNUAL FEE TRANSMEDIA CARD.  PLEASE REFERENCE CODE "MIB2".

### SUMMARY OF TRANSACTIONS

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $376.92 | $41.89 | $0.00 | $174.97 | $6.04 | $0.00 | |

| TOTAL MINIMUM PAYMENT DUE | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $15.00 |
| Total Minimum Payment Due | $15.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS...0.016164% DLY* | | 5.90% | $0.00 |
| B. ATM, BANK..................0.047671% DLY* | | 17.40% | $0.00 |
| C. PURCHASES..................0.047671% DLY* | | 17.40% | $452.54 |

| FOR THIS BILLING PERIOD: | |
|---|---|
| ANNUAL PERCENTAGE RATE | 17.40% |
| (Includes Periodic Rate and Transaction Fee Finance Charges.) | |

*Periodic Rate May Vary

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For up to the minute, automated balance, available credit, payments received, payment due, due date, payment address, and travel benefit information or to request balance transfers, PIN codes, check reorders, and duplicate statements, call 1-800-362-6299.
- To speak to one of our Customer Satisfaction representatives, call 1-800-635-0581.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: BANKCARD SERVICES, P.O. BOX 15019, WILMINGTON, DE 19886-5019.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using a copy of the form on the back, and all other account inquiries to: BANKCARD SERVICES P.O. BOX 15026, WILMINGTON DE 19850-5026

1492   007   1MQ 1002 0000 00

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

4313 0402 1201 4211                     PAGE 1 OF 1

HERMAN KELLY

Herman Kelly plaintiff's itemized list summary of 8 years96months installment payments transactions,deposit credits minimum payments for credit/loan account # 4264298421056519 MBNA america bank.

| year 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|
| Jan | Jan 29 $52.03 | Jan 29 $ 37.12 | Jan 28 $ 53.47 |
| Feb $ | Feb 26 $45.30 | Feb 26 $141.95 | Feb 25 $ 130.90 |
| Mar $ | Mar27 $22.66 | Mar27 $ 89.30 | MAr 26 $ 24.66 |
| Apr $ | Apr 28 $33.96 | Apr28 $ 64.19 | Apr 28 $ 65.58 |
| May $ | May 29 $21.61 | May28 $ 98.25 | May 26 $121.02 |
| June $ | June 26 $50.96 | June 26 $ 39.06 | June 28 $ 81.07 |
| July $ | July 29 $49.45 | July 29 $ 37.72 | July 29 $ 41.79 |
| Aug 27 $26.50 | Aug 27 $30.89 | Aug 27 $ 79.91 | Aug 26 $ 95.19 |
| Sept 27 $63.32 | Sept 27 $27.91 | Sept 29 $ 67.59 | Sept 28 $ 88.10 |
| Oct 29 $25.59 | Sept 26 $69.73 | Oct 29 $ 70.93 | Oct 27 $101.81 |
| Nov 21 $32.18 | Oct 28 $37.43 | Oct 29 $ 47.41 | Nov 24 $ 70.41 |
| Dec 27 $36.18 | Nov 26 $47.76 | Nov 27 | Dec $ |
| | Dec 29 $47.76 | Dec 29 $ 88.93 | |
| $183.77 | $490.49 | $862.38 | $877.00 |

| 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|
| Jan 27 $70.81 | Jan 26 $249.42 | Jan 28 $331.55 | Jan 29 $263.06 |
| Feb 25 $47.00 | Feb 27 $252.48 | Feb 25 $229.11 | Feb 25 $105.43 |
| Mar 28 $71.32 | Mar 28 $149.30 | Mar 27 $231.29 | Mar 27 $190.51 |
| Apr 27 $66.44 | Apr 26 $148.36 | Apr 26 $207.89 | Apr 26 $296.91 |
| May 26 $53.32 | May 25 $186.33 | May 28 $264.52 | May |
| June 27 $89.78 | June 27 $174.12 | June $229.18 | June 26 $204.84 |
| July 26 $95.37 | July 27 $182.73 | July 27 | July 28 $312.26 |
| Aug 28 $289.44 | Aug 27 $173.47 | Aug 28 $221.22 | Aug 27 $237.14 |
| Sept 28 $72.17 | Sept 27 $212.32 | Sept 26 $203.56 | Sept 28 $336.77 |
| Oct 21 $95.00 | Oct 27 $168.92 | Oct 28 $196.83 | Oct 28 $234.00 |
| Nov 28 $485.43 | Nov 27 $262.14 | Nov 26 $193.64 | Nov 25 $280.72 |
| Dec 28 $158.97 | Dec 28 $300.22 | Dec 27 $300.00 | Dec 27 $229.91 |
| $1,595.09 | $2459.81 | $1,343.43 | $2771.59 |
| | | + 1270.30 | |
| | | $2613.73 | |

page 2. plaintiff Herman Kelly's # 4264298421056519
mbna america   bank

| 2004 | | | |
|---|---|---|---|
| JAN 28 $30.09 | | | |
| Feb 25 $235.54 | | | |
| MAR 27 $226.84 | | | |
| Apr 27 $226.51 | | | |
| may 27 $453 | | | |
| June 26 $108.92 | | | |
| July 28 $67.87 | | | |
| aug $ | | | |
| Sept $ | | | |
| Oct $ | | | |
| NOU $ | | | |
| Dec $ | | | |
| $1,293.93 | | | |

## Conclusion

6.   N.A .F. has  and had no full jurisdiction over plaintiff
who did not consent agree to N.A .F. 's reviews,awards,letters,
proceedings,trials . Plaintiff had no signed contract agreement
with any of the defendants or MBNA banks to proceed with NAF.
Plaintiff is not  a member of national arbitration forum and
do not live or work near NAF. Plaintiff had no knowledge of NAF
arbitration  remedy proceedings over plaintiff or bank's interest
rates  statutory procedures laws supporting complaint in this count.

7.   Plaintiff request copies of all contracts, agreements ,records,
files, plaintiff  motion for discovery from all defendants.
For all the foregoing reason of  libel stated in complaint which
is on fraud accounting, discrimination, extortion, wrongful
billing, N.A.F.  is not immunity. All defendants  are attorneys,
lawyers, accountists ,collections  companies,persons,private
organizations,corporation, citizens. plaintiff object to mbna motion
to   dismiss amended complaint.

plaintiff.   "    ( 8 years, 96 months, since 1996 to 2004, est. ) "

accT# 4313040212014211 paid to MBNA amerus bank $ 2491.90
      4264298421056519 paid to MBNA $13,144.00..$ 10,424.38,in 2003yr.
      4264290650001423 paid to MBNA $10,080.00
      5329058111006921 paid to MBNA $4320.00
      4313027707030919 paid toMBNA $ 8,160.00
      4800135274000023 paid to MBNA $7392.00

8.      Plaintiff  respectfully  request and prays to god and
this  honorable court to grant complaint, deny motion to dismiss
complaint by defendant  in whole as it relates to N.A .F .
national arbitration forum, who has also mad e appearance in court.
All defendants has been  doing business together for over 5 to 10
years  in this  state of delaware. MBNA bank  hired  the other
two defendants in this case.

Dated; *March 22, 2007*
state of  michigan
wayne  county

Herman Kelly  , pro, se
p.o. box 14157
Detroit, Michigan 48214 -0157

313 -894-8855

Herman kelly, plaintiff

## Proof and Certificate Of Service

    Plaintiff Herman Kelly,  pro, se hereby certfied  that a
true and correct copy of this  pleading was mailed  to all
defendants attorneys  by first class usa  mail pre-paid
The Bayard firm, 222 delaware ave, 9th floor, Ashley Stitzer
wilington,de  19801. mbna  bank, wilington, de.
po box 2 054 wilmington,de. 19899-2054.

$P = 2$



ERMAU KELLY PRO SE
P.O. Box 14157,
DETROIT MICHIGAN 48214-0157

RETURN RECEIPT
REQUESTED

PRIORITY
MAIL

UNITED STATES FEDERAL
DISTRICT COURT
CLERK OF COURT OFFICE
CIVIL DIVISION
844 N. King STREET
Lock Box 18
Wilmington, Delaware
19801-3570