In   The   United   States   District Court Federal Division,
For   The   District   Of Delaware.

Herman   Kelly, pro, se
         plaintiff

vs.

MBNA   American BanK,National
Arbitration   Forum,
Wolpoff   &   Abramson, llp

         defendants

------------------------------/



Case No. 1 06 cv- 228(JJF)
(notice/affidavit )

MAR 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Plaintiff'S written DEPOSITIONS and

Request  For  Information,Documentation discovery "
( 12 USCS & 3404  c. 3412 b,.3411 )  frcp  26,27.
--------------------------------------------------

1.   On  Aug 23,2004 MBNA  America  bank c/o Mary   Adams
called on telephone about his credit card accounts and loans,
on Aug 12,2004 Mr. Rob Patel  also called  about this problems,
and possible   settlement  compromise of Mr. Kelly's  case.

2.   Mr.Kelly request MBNA /bank card  services to send him
the names of each person that closed each single  different
credit card account.Mr. Kelly did not  approve MBNA to
closed his credit card stated in complaint, without his
permission and  without proper  cause, without prior notice to him.

3.   Doing our  telephone  conversation Mary Adams informed
mr. kelly  that MBNA  bank purchase,bought  or did buy each
of his  orginial credit card  account from  the  bank that first
issued him his card and sign the ir  contract
agreement.Mr, Kelly  request  the names of each person MBNA
buyer that purchased his  credit card  account paid in full to
orginial bank.      Kelly paid $27,366.45 to MBNA  bankin 2004.

4.   Mr. Kelly request  copy of all MBNA banks's rules,
procedures,regulations,      contracts agreements in
closing all Mr. Kelly 's credit card account without his permission
and  took  his agreed contracted, agreemented credit limit.

5.   MBNA  buying mr. kelly 's 6 different credit card
account has cause  him damages,harm,error in  bank tranactions
and cause this  action.MBNA 's conduct has denied plaintiff
his us constitution rights  for credit. MBNA  america  bank
has   violated  laws of  congress USA  laws of USA on
discrimination,interference,fair trade ,monopoly.MBNA  buying
mr. kelly' other  banks credit card  was his
way of  paying  his bills, debts for any  of his reasons, with
his  prior  informed use of  credit... 15 USCS & 1601 (a).

6.   MBNA bank has breach their contract agreement with
mr. kelly,and  this requested  informations, records  is needed
for these  settlement/compromise  proceedings to correct any errors.



P.1

7.    Herman Kelly had been paying a  minimum monthly installment balloon
payment,set,fit, flat each month  about $25.00  to $250.00 dollars to
MBNA   IBS and its other banks 's name herein stated  here from
about 1996 to this present date 2004 which is 96 months 8 years with
MBNA  and herman kelly,(consumer).


     " Request for correct name/address of payee credit card issued bank",
     and request for re-assignment of credit card account to the
     original  payee  bank,to re-open  accou nt."
     ----------------------------------------------------------------

     1.    Please  send and inform Herman Kelly (investor/customer) the
     proper and correct name/payee &  address of the bank that  Mr. Kelly
     should pay his  monthly payment to for the aboved credit card
     account number.

     2.    The original bank that granted   approved issued Mr. Kelly
     credit card  did not  close  my accountI'am  trying to make sure
     that the  original bank  get their money,in the  future so that
     thare  will be no  problems and the bank will not say they did not
     get paid in full .

     (original bank  was...."

Amerus   bank       Second National Warren  bank

First   Union   Bank           Comerica   Bank
               Loan #.   credit card#.
                      ( 4264 2906 5000 1423,4800135274000023,..
                        5329058111006921,,4313040212014211...
                        4313 0277 07030919,,42642984210565  19 )
3.    Mr. Kelly request that his  account be re-open with full  limits
ect. This is in respect to my settlement compromise  offer  and in
re-spect to all agreement with the original  bank and Mr. Kelly .
I have called the  MBNA America bank and    wrote  them on this
matter I have also  sent information to the first issued card bank.
I  called  Mary Adams  at her  telephone  number and sent her all
informations and forms.


     MBNA bank      have abused  their discre-tion and
     authority in closing mr. kelly credit     cards  when  he did
     not do any thing  wrong. MBNA has possible violated
     laws of usa constitutions 15 USCS &  1601 (a).protection
     of  consumer . 15 USCS 1691 (a ) (1). Equal credit
     Opportunity Act .  17 am  jur. 2d. & 167  consumer protection.
     Truth in Lending  Act. 15  USCA & 1601.


          Mr. kelly request  copy  of all records and  contract
     agreement between MBNA 's buyers and mr. kelly 's  first
     card  issued  orginial bank in mbna purchase of his accounts.
     All  information,and documents  are in their  possessions
     and at their locations.

                                              P. 2

     This request and notice is in  pursuant to all  apply laws,
     and the us constitutions   12 USCS & 3404 (c).3412 (b).3411.

" Notice and request for full accounting audit of all money payments
received by MBNA/IBS and paid to MBNA/IBS from year 1995 t0
August 2004 from Herman Kelly(customer). "also requests each monthly
statments for each account. "

---------------------------------------------------------------

1.   Herman Kelly has  paid money  in full payments  up to date on
all loans credit balances only, including all set fit flat interest fees,
to MBNA  America bank ,Indiviual bankcard services and MBNA 's other
mergering banks that  first issued  the different banks credit cardloan.
As  paid to;  Amerus bank # 4428 6921 3000 7 784.
                    Second NationalWarren bank# 4317 9572 0200  0346
                    First Union bank#  4090 2710 1384 3461,..4340590200180439.
              Comerica bank #4387 2921 5062  4219.

and all  the  new aboved  credit cards/loan accounts numbers. Mr.
Kelly do not owe MBNA  NO  money, based on all statutory laws and
based  on  the  first contract, agreement  agreed to by  both parties .

2.   Herman Kelly request MBNA to send him &   comptroller of currency,
copies also send to Trans Union  copies  of   all  his monthly
bank statement showing all bank transactions about 96 statement for
each account and a list of all money paid to MBNA  from 1995,
1996 to  Sept 2004 from  Mr. kelly on all aboved accounts.Item each
payments  received with  date posted paid.Send   copies of all
contracts, agreements between  MBNA/ IBS  and Herman Kelly  with date
of each contract agreement  at time of first   card loan issued date.

3 .      This request  is  in respect. to       Kelly 's supporting
menorandum  of laws of the USA  constitutions, fair credit reporting act,
Small  loan act, unfair billing  act, Fair Debt collection Practices
act. 15 US CA & 1692 , et, seq.   15 USCA  & 1681s-2(a)(1)(A).
A  furnisher of information to a consumer reporting agency is required
to  provide accurate  information.

4. This information is needed to show claims of error problems,mistake,
inaccurate informations, facts ,accounting  also disputed that all
loans and interest was paid in full together. MBNA  has been charging
illegal interest and refused to add all money payments as one prinicple.
TOTAL.

5.    Mr. Kelly seek relief and prays to god and this  agency,court,
to consider,review this request ,facts,supporting laws,that MBNA
will stop trying to get more money from him . Herman Kelly seek a
full  refund  from MBNA on all overpaid  payments of installments
for over 8 years  96     months. All credit reports will show no
bad  credit on all  accounts with MBNA and that   his account has been
paid in  full with MBNA.

6.    The  incorrect credit report  is causing Herman Kelly damages
and harm to his credit   history,reputations,enjoyment to life,his
professional  skills, from MBNA 's mistake,counting,accounting
misinforming the agency  is slander,libel discrimination,conducts by
MBNA  america bank, also MBNA   charging illegal high interest against
the laws  of USA , and their  breach of contract  conducts should be
review by the courts, ect...

P.3

7. How  much money did mbna bank attornys wolpoff &abramson to help mbna.
    Plaintiff  request copies of all contracts ,agreements between
    MBNA  bank  and  N.A .F. and all contracts agreements  between
    MBNA  and  Wolpoff & Abramson (collection agent)  that are
    in respect to plaintiff Herman Kelly ( customer consumer ).

8.    Plaintiff request  copies of all information, written statements
    notes, letters from MBNA america as to how much money was paid
    from MBNA to  National arbitration forum ( N AF) and paid to
    Wolpoff  &  abramson to represent MBNA in respect to plaintiff.

9.    Plaintiff request copies  of all  his 6 different credit card
    loan application that  was first submitted to all mergering banks
    of mbna in respect to     plaintiff.

10.    Plaintiff request and motion this court  to issue a order
    compelling all defendants to send plaintiff and this court copies
    of all  herein stated  information documentations ,evidences.
    One  of  defendants 's services to the general public is to keep
    full complete records, files, data  of all their customers, ect..

11.    Plaintiff object  oppose deny all defendants & N A  F 's mot ion
    to dismiss  complaint and opening brief dated may 22, 2006.
    Plaintiff move court to strike  quash all defendants motion to
    dismiss complaint in this case.

12.    Herman Kelly pro, se ' s complaint stated a legal claim against
    NA F  where plaintiff is not a member of N A  F. National arbitration
    forum had &  has no jurisdiction over plaintiff who live
    in Detroit, Michigan. Plaintiff was not proper served and  was not
    served with any arbitration ' s notice. Plaintiff had no knowledge
    of who national arbitration forum  was or is  until this year 2006.
    Plaintiff request  defendants to send all names of NAF board of
    directors, C EO, president ' names .

13.    NAF  is not arbital immunity because their illegal conducts is
    in violation of the us constitution laws rights of plaintiff.All
    national banks 's problems are   with the USA controller of currenc y
    as plaintiff  was informed by united states government not with any
    NAF. statutory  procedures on due process of laws.This case complaint
    was on  accounting audit discovery where NA F 'has important things
    documents  needed for this case, plaintiff's claims and refused to
            settle , compromise this matter, refuse to tell this court
    how mueh  money plaintiff paid M BNA and their other banks in total
    amount.

14.    Any and all defendant's arbitration 's awards or judgment is
    void, cancelled, illegal when a arbitration lack jurisdiction over
    plaintiff Mr. Kelly and is prejudice , bias, discriminated award.
    Plaintiff filed his complaint, summon with his legal request to court
    that the  united states    government serve pleadings on all defendants.

P. 4

15.    Plaintiff has demanded a j u r y  trial by rights and access to court where the US controller of currency informed directed plaintiff to seek legal help from US government or possible this honorable court or the United States  Supreme court/US department of Treasury  for review  and relief .

16.    All defendants  knew one another  prior to filing this motion and  before plaintiff filed his request for overpayment refund money from defendants MBN A bank.

Plaintiff prays to god and  this court to consider these facts as true and correct, also that National Arbitration forum has a duty to obey laws of this state country and send this important documentations  in their control with the other defendants. any denial of this request would be abused of authority discretion by N.A . F.

respectfully  submitted

Herman Kelly ,pro, se
p.o. box 14157
Detroit, Michigan 48214 -0157

313-894-8855

State of michigan
wayne county
DATED:

March 22,2007

herman kelly, plaintiff

Proof  of  service  certificate
--------------------------------

Herman Kelly,pro, se plaintiff   certifiy that a  true copy of this request notice for re-rehearing, motion to set aside default ,motion for jury trial, motion for appointment of attorney was mailed to plaintiff 's lawyers  wolpoff  &    Abramson 39500  high pointe blvd , suite 250,  Novi, Mich 48375-2404 on this date. The  Bayard Firm  attorney Ashley B . Stitzer 222   Delaware  Ave. 9th  floor, Wilmington, D E . 19801 p.o. box 2054  wilmington,de 19899-2054

Herman Kelly
pro,se.

P.5



ERMAU Kelly, Pro Se
P. O. Box 14157
DETROIT Michigan 48214-0157

RETURN RECEIPT
REQUESTED

PRIORITY MAIL

CERTIFIED MAIL
7006 0100 0006 4087 4629

UNITED STATES FEDERAL
DISTRICT COURT
CLERK OF COURT OFFICE
CIVIL DIVISION
844 N. King STREET
Lock Box 18
WilMiNGTON, DelAWARE
19801-3570

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED