In   The   United   States        Federal   District   Court
  For   The   district   of   Wilmington,   Delaware

Herman   Kelly, pro, se           case no; 1 -06-cv-228( jjf)
          plaintiff                (notice/affidavit)
vs.
MBNA America bank, National
Arbitration Forum, et,al.
          defendants
_____/



"Plaintiff's amended/supplement
          exhibits, evidences with menorandum of laws
authority in support of   complaint  "
----------------------(statement of facts-claims)----------

1.     Here is some more supplement evidences documentations
written  plaintiff's witnesses 's testimony. account summary
of all installment monthly  minmum allocated, setted,fixed payments
to mbna america bank and their mergered/partner bank that first
issued the loan .credit  card & checks  to plaintiff for the
    one account number  # 4313-0277-0703 -0919
This credit loan account was    paid in full   ... and all plaintiff's
accounts are paid in full.MBNA refused to informcourt totals  paid.



2.     All defendants have been legally served with summom,complaint,
notice of action claims on ;May 15,2006 c/o Rebecca  J. Coleman
by certified usa mail, prepaid track mail#70023150000126944754
National arbitration forum ( NAF ) filed their answer to complaint
on; May 22, 2006c/o Stitzer   MBNA and Wolpoff & Abramson
made their mail appearance in these  federal court civil proceedings
on; May 19, 2006  c/o  paul T. Olivier
MBNA   sent  plaintiff  their answer,respond and  some  notes
from  what defendants  call a partial agreement contract between
parties. Paul T. Olivier attorney for defendants  did not send all
8 years  96 copies of receipt  bank stateme nts. MBNA   only sent 3
years of  monthly statements 36 copies.Defendants should have all
8 years worth of statements for  all  six different loan credit
     card accounts  stated in complaint. MBNA  got a full complete
copy  of  plaintiff 's complaint.

3.   Page 9  of agreement  stated that plaintiff could use any
federal district court       located in     delaware for   litigation
proceedings  to review any complaint by plaintiff against MBNA banks.
Plaintiff hereby reject any  arbitration NAF  proceedings. also
rejected,refused NAF 's proceedings two years ago when plaintiff filed
his  administration complaint  with the  united stated federal
government comptroller of currency  to seek  plaintiff refunds on
all 6 credit accounts for overpayments of interests rates  to mbna banks.
Plaintiff object  to mbna bank's motion to dismiss.
                    P₄1

### What We May Do if You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorizations at any time must not be more than your credit limit. If you attempt a transaction which results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may: (1) permit the transaction without raising your credit limit; (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due; or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused. If we refuse to permit a Check Cash Advance or Balance Transfer, we may do so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused, that there are insufficient funds to pay the Check Cash Advance or Balance Transfer, or in any other manner.

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit, we may charge an Overlimit Fee as provided in this Agreement.

### Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.

### You Must Notify Us When You Change Your Address

We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

### What Law Applies

This Agreement is made in Delaware and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

### The Provisions of This Agreement are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

### Our Rights Continue

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

### Arbitration and Litigation

This Arbitration and Litigation provision applies to you unless you were given the opportunity to reject the Arbitration and Litigation provisions and you did so reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including

9

### Persons Using Your Account

If you permit any person to use your card, access checks, account number, or other credit device with the authorization to obtain credit on your account, you may be liable for all transactions made by that person including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

### How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

### You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person that presented it to us for payment, without in either case waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

### Your Promise to Pay

You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge against your account.

### Payments on Your Account

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment Due. If you overpay or if there is a credit balance on your account, we will not pay interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

### When Your Payment Will Be Credited to Your Account

We credit payments as of the date received, if the payment is: (1) received by 2 p.m. (Eastern Time); (2) received at the address shown in the upper left-hand corner of the front of your monthly statement; (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

### How We Allocate Your Payments

We will allocate your payments in the manner we determine.

In most instances, we will allocate your payments to balanc (including new transactions) with lower APRs before balanc with higher APRs. This will result in new balances with a lower APR (e.g., those with promotional APR offers) being paid before any other existing balances.

### Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee or use the account are individually and together responsible for any total outstanding balance. We may refu: to release from liability any person who is responsible to pa any total outstanding balance, until all of the cards, access checks, and other credit devices outstanding under the account have been returned to us, and any such person or persons repays us the total outstanding balance owed to us at any time under the terms of this Agreement.

### Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Paymen Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility and premium payment obligations for the optional credit insurance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

### When We May Require Immediate Payment

If you are in default we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the Arbitration and Litigation section of this Agreement, we can also require you to pay the costs we incur in any collection proceeding, as well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

### Other Payment Terms

We can accept late payments, partial payments, or payments with any restrictive writing without losing any of our rights under this Agreement. This means that no payment, including those marked with "Paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our senior officers. You may not use a postdated check to make a payment. If you do post- date a payment check, we may elect to honor it upon present- ment or return it uncredited to the person that presented it, without in either case waiting for the date shown on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

### Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, finance charges and any applicable fees will accrue on your account in accordance with this Agreement. You must resume making your Total Minimum Payment Due each month following a payment holiday.

### Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the transac- tion will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S.

3a.    Plaintiff paid all his  none intentional late fees plus all
of his  about 576 installment monthly minmum payments max.15 years.

4.    page 5 of  agreement  stated that plaintiff would pay
loan credit  each month,which would be the set fited installment
minmum  amount of money and at the smallest lowest, interest
rate   for the first   month,first year allocated apr rate.

5.    page 5 and 6 of agreement states; that bank will use the
lower aprs for allocate  of plaintiff 's payments .

6.    The  complaint is on  claims by plaintiff seeking a cash
money  refund of all his  over payments, illegal compound
usurious  interest rates and interest  money.

7.   National arbitration forum never had full jurisdiction over
plaintiff and N A F do not have jurisdiction where plaintiff
objected opposed  N A F 's proceeding when plaintiff filed
his settlement compromise, and complaint  for refund from mbna bank
before defendants started their illegal conducts of fraud,
false prosecution against plaintiff, illegal NAF's awards judgments.

   in general public policy the word  allocate means. see...
black laws dictionary;  t o  set    and to fixed.

8.   All defendants and NAF  did not informed the court  the
correct amount of money plaintiff paid to them up to date in full
also the total credit loan amount used as to the first month,
    to the  last year interest rate . The first year ,month was
the  agreed set, fix interest rate as to plaintiff 's first
installment monthly minmum payments to banks as to all six accounts
stated in complaint. NA F  has abused their authorties powers.

9.    Defendants  got all of plaintiff' s  six account,receipt
that should be about  8 years  for each credit loan account total
12  months times 8 years   equal  96 installments receipt for each
credit account full total copies  96 time 6 equal 576   copies.
defendants only sent plaintiff 3  years      worth of copies
that was 36  banks statements  for account # 4313027707030911 9.
Plaintiff requested a full accounting  discovery of all  receipts.

   Therefor plaintiff prays to god and this   court to grant
amount of money  stated in complaint or any amount  deem fair.
That court will compel order all defendants to produce all discoverys.

dated; March 22 2007
state  of  michigan
wayne   county

respectfully

Herman Kelly,pro, se
p.o. box 14157
Detroit,Michigan 48214-0157
313  -894-8855

certificate of services
------------------------

   I   plaintiff Herman Kelly,pro, se certify that a  true accurate
copy of this notice menorandum of laws was mailed
to all defendants  222 delaware ave,# 900,wilington,de  19899
p.o. box  25130.po box 2054 wilmington,del98992054

