In The   United States District Court
For The  District of Delaware

Herman Kelly, pro, se
    plaintiff
vs.

Case No. 1-06cv-228(jjf)

MBNA america bank,
National Arbitration Forum,
Wolpoff & Abramson, llp.
    defendants
_____/

( notice/menorandum of laws)



" Plaintiff 's motion for jury trial demand... and Herman Kelly's request for court's appointment of Attorney, Counsel lawyer to represent plaintiff." 28 USCS & 1915
_____

1. Herman Kelly, pro, se has submitted and filed in this court his on time, answer, countercomplaint, motion to strike, motion to vacate set aside, and his supporting menorandum of laws and rehearing authorities. Mr. Kelly do not have any extra money income to hire a attorney to represent his counterclaims, and appeals.

2. Mr. kelly request and motion, move this honorable court to grant this plaintiff complaint. futher to appoint an legal attorney to help Herman kelly with his case.

3. All defendants have full knowledge of this merit claims, where this court do have full jurisdiction over N.A.F. who is located in Delaware state where cause of action took place. Mr. kelly was not served proper with any defendants's notice, and complaint, summon. Herman Kelly do not have any relationship, connection, with this court without some equal protection, rights to jury, eccess to court, due process of law. Mr. kelly do not owe this mbnabank any money. all defendants's credit cards, loan was paid in full over 8 years monthly installment min, payments period terms. MBNA bank has error and trying to take steal more money from plaintiff by high compound illegal interest rate which is a breach of contract by plaintiff.

4.    Plaintiff and MBNA did not have any contract agreement for a trial proceeding to the National Arbitration forum, where N. A.F had no jurisdictions over plaintiff. NAF misconducts is also a criminal liable claim by plaintiff, where NAF is not immunity, where their actions were outside scope of their powers as quasi-arbitrator. Plaintiff did not validly appoint arbitrator(NAF) to review his claims. National arbitration forum's awards(6) was failure to exercise honest judgment and was a gross mistake as would imply bad faith. NAF get money for their services with MBNA and all defendants have a causal nexus, mbna give loans credit cards to national arbitration forum who is also a collection company.



Plaintiff's conclusion and    certificate of service
-----------------------------------------------------

5.    This motion shall be    part of plaintiff's request
& motion to vacate, parts judgment order against defendants
National Arbitration forum and Wolpoff & Abramson. This motion
of compromise settlement is in support of Plaintiff's motion
to vacate order dated july 18, 2006 against herein said two
defendants. As of this date defendant mbna america has been
served with complaint and notice of summon and mbna has not filed
their answer to complaint. Plaintiff object, opposed mbna bank's
motion to dismiss amended complaint.

6.    Plaintiff's complaint stated a cause of action against both
defendants , based on the terms all defendants who are parties in
case. Herman Kelly is a customer, and consumer and defendants
are attorneys, and collection companies an in the collection
business and are furishners of information to the government.

     28 USC S & 1927 imposes personal liability for excess
costs, expenses and attorney fees upon any attorney whose conduct
unreasonbly and vexatiously multiplies the proceedings in any case.
see.... Calloway vs. Marvel entertainment group, 1986, sd,ny,
650,f.supp,684 ,6 fr,serv, 3d, 630.

7.    Therefor plaintiff prays to god and this honorable court to
grant this motion and request or any relief deem just and fair,
in respect to all apply laws and US constitution - equal protection.
laws. Plaintiff object to court's order dated july 18, 2006 against
national arbitration forum and Wolpoff & Abramson.

dated;
state of michigan
wayne county

March 22 2007

respectfully submitted

Herman Kelly, pro, se
p. o. box 14157
Detroit, Michigan 48214-0157
313 -894-8855

herman kelly, plaintiff

Proof and certificate of service
--------------------------------

Plaintiff Herman Kelly, pro, se hereby certify that true correct
copy of this motion for settlement, request to vacate order/judgment.
Was mailed to all defendants on this date by first class USA prepaid
mail to ; Neal Levitsky wolpoff & abramson 919 N . market st,ste.1300
p.o. box 2323 Wilmington, Delaware 19899-2323,Ashley Stitzer,
bayard firm, 222 delaware ave, 9th floor, Wilmington, DE. 19801
M BNA america bank 655 paper mill road, mail stop 1411,
Wilmington, D E 19884-1411 , po box 2054 wilmington,de 19899-2054 .

Herman Kelly, pro, se.

P.2



Herman Kelly, Pro Se
P.O. Box 14157
Detroit Michigan 48214-0157

United States Federal
District Court
Clerk Of Court Office
Civil Division
844 N. King Street
Lock Box 18
Wilmington, Delaware
19801-3570