In The  United States Federal  District Court
For the district of   Delaware

Herman Kelly, pro, se
    plaintiff
vs.

MBNA america bank,
National Arbitration Forum
Wolpoff & Abramson
    defendants
_____/

Civil action# 06-288(jjf)

( federal rule of civil proc. frcp) 60B
18 USCA & 1961(6), 18USCA & 1964
R.I.C.O. notice/affidavit

" Plaintiff 's objection/request/motion to strike or setaside MBNA's attorneys fees,(defendants) N.A.F's arbitration litigations costs, and Wolpoff & abramson 's attorneys fees requests.
_____

1.   This plaintiff's request/motion is in support of complaint and supplement to motion to quash mbna's motion to dismiss. Wolpoff & abramson c/o megan E. Fink misinformed & fraud this honorable court and national arbitration forum. MBNA bank have paid wolpoff & abramson and N.A.F money for their services in case.

2.   All defendants refused to settle compromise, refused to send a full accounting audit of all bank statements stating what money total has been paid to mbna from plaintiff on all 6 loancredit accounts. Some money paid to mbna mergered other banks that issue card credit to plaintiff 8 years ago.

3.   Plaintiff moves court to deny all defendants request for attorney fees, court costs with arbitration . N.A.F. never had full jurisdiction over plaintiff and complaint that was with USA comptroller of currency 's settlement proceedings prior to arbitors.

4.   National arbitration forum (NAF) 's awards are void, illegal. Plaintiff prays to god & court to grant complaint damages amount.

attorney was disbarred for, among other things charging excessive fee in personal injury case for which he did little or no preparation after discharge by client, attorney at first refused to surrender file to new attorney unless paid one third of settlement offer plus costs and then surrendered file only after dispute was compromised, see... Re disbarment of Gillard 1978, Minn, 271, N W 2d, 785.

dated March 22 2007

    respectfully submitted

    Herman Kelly, pro, se
    P.o. Box 14157
    Detroit, Michigan 48214-0157
    313-894-8855

Proof & Certificate of Service
_____

Plaintiff Herman Kelly certify that a true and correct copy of this motion notice was mailed to all defendants at bayard firm 222 delaware ave. suite 900, p.o. box 25130, wilmington, Delaware 19899 on this date by first class pre-paid mail USA.
p.o. box 2054 wilmington ,De.19899-2054

    P.1

_____
herman kelly, plaintiff

Attorney    At    Laws, no lawyers fees, menorandum of laws
************************************************************

attorney was disbarred for, among other things charging excessive fee in personal injury case for which he did little or no preparation after discharge by client, attorney at first refused to surrender file to new attorney unless paid one third of settlement offer plus costs and then surrendered file only after dispute was compromised. see... Re disbarment of Gillard 1978, Minn, 271, N W 2d, 785.

attorney was suspended for one year for seeking fee in excess of that provided for by contingent fee agreement after obtaining judgment of $58,500 attorney attempted to induce client and her son to accept $13,234 as their share court order disallowed $24,695 of $28,270 claimed as disbursements and set attorney fee at approximately $18,000. see,,, re morris 1977, 72, NJ, 135, 367, a, 2d. 1172..... he florida bar, vs.berger, 1981, fla. 394, so. 2d. 415.

attorney was disbarred for collecting $19,600 in fees for representing estate where allowable fees were only $3,800 . see... lake county bar assoc. vs. ostrander, 1975, 41, ohio, st, 2d. 93, 70, ohio, ops, 2d, 173, 322, NE 2d, 653, 81, alr 3d, 1136.

attorney was suspended indefimitely for charging and collecting fee of $14,510 for representing estate after court had refused to approve fee of $16,000 and had written attorney that approval would be granted for 5 percent of appraised value of estate or $12,231.60.. see.... Re Sampson, 1972, 259, SC. 471, 192, se, 2d, 859 .

attorney was properly disbarred for pattern of serious and extensive misconduct over four year period where he inter alia, charged fee of $2,000 on gross estate of $8,092,45 which was violation of disciplinary rule dealing with charging excessive fees. see.... office of disciplinary counsel vs. Knepp, 1982,497, pa, 396, 441, A, 2d. 1197.

a lawyer's duty to represent a client cometently and effectively does not allow a lawyer to harass another person to violate another legal rights or to use means that serve no substantial purpose but to embarrass, delay or burden a third person..rule 4.4. Dr, 7-102 a, 1.    DR 7-106c 2, DR7-108d,e.

attorney who was lackadaisical and evasive about producing requested documents was subject to public reprimand see.... re hardgeharris, 1993, Mo, 845, s, w, 2d, 557.

it is a serious breach of an attorney's oath to lie to any judicial officer, including officers of the state bar court mepham vs. the state bar 1986,42,cal,3d,943,232 cal.rptr.152,728p2d,222.

Jerman Kelly, Pro Se
P.O. Box 14157
Detroit, Michigan 48214-0157

United States Federal
District Court
Clerk of Court Office
Civil Division
844 N. King Street
Lock Box 18
Wilmington, Delaware
19801-3570