In The United States Federal District Court
For the district of Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA america bank, et, al
    defendants
----------------------------/

case No. #1-06-cv228 JJF
( notice/affidavit )

FILED
MAR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Defendant mbna america bank's admission/submission/
guilty plea to misconduct of double jeopary violations
usa constitution law, ( article 5 ). amendment 28 USCS& 1927
-----------------------------------------------------------

( statement of facts-claims )
************************



1. Defendant mbna america bank has filed their exhibits that was attached to their motion to dismiss plaintiff Herman Kelly, pro, s e 's amended complaint. MBNA bank 's exhibits, stated and showed where defendant mbna bank filed 6 arbitration (N A F )complaints cases on the same claims, same cause of actions against Herman Kelly who is customer, consumer with mbna bank. Also 6 same offenses are illegal.

2. Defendant mbna bank said also that they filed 3 to 4 civil complaints cases in the detroit michigan lower 36th district circuit court on the same claims, same offense, same cause of actions against plaintiff Herman Kelly. This illegal retaliation misconduct of mbna bank is in violation of the usa constitution law double jeopary. mbna bank has admitted, plead guilty to this fact based on the exhit exhibits, all NAF 6 arbitration's awards and all 3 detroit 36th district circuit court orders are void, cancelled, illegal and without any jurisdiction.

   amend, usa article 5 constitution states; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb.
   double jeopardy clause protects against subsequent prosecution for the same offense after either acquittal or conviction and protect against multiple punishments for the same offense. see.. miranda vs. cooper, ca, 10, colo, 1992 ,967,f, 2d,392,.

4. Plaintiff Herman Kelly was never served in person with any 8 to 9 summons/complaints, and plaintiff did not sign for any 8 to 9 summons /complaints from mbna bank's arbitrat ion, 36th detroit district circuit court. MBNA bank's exhitbit exhibits are is violation of federal rules of civil procedures 4, there must be a signed written acknowledgement as to getting summons and complaint proper effect served of all proceeds . Defendamt mbna bank is using mail fraud to mislead this honorable court, Plaintiff was not even served with any notice of hearing on any 9 summons, complaints. Prior to defendant mbna america bank filing their 9 same complaint cases against plaintiff. Herman Kelly had a legal usa government complaint pending against mbna bank with comptroller of the currency Case#480980 prior to mbna filing their 9 complaints causing damages, problems trying to extort more money from Herman Kelly.
  see,..ex. A.

P-1

