Case 1:06-cv-00228-JJF    Document 60    Filed 03/26/2007    Page 1 of 3

In The United States Federal District Court
For The district of Delaware

Case No. 1-06cv-228JJF

Herman Kelly, pro, se
    plaintiff
vs.
MBNA america bank, et, al.
    defendants
_____/

(notice/affidavit)



FILED
MAR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Plaintiff's motion & request that all pleadings and requests by parties be heard SUA SPONTE without personal appearances from Herman Kelly." ( menorandum of laws ).

-------------------------------------------------------

(statement of facts and claims)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. Plaintiff Herman kelly, pro, se is not a bank special attorney and is a laymen to certain laws, also is trying to settle this matter with defendant mbna bank. Therefor plaintiff request and moves this honorable court to hear all motions pleadings filed in this federal district court case without plaintiff's personal appearance SUA SPONTE. Plaintiff object oppose mbna bank's motion to dismiss.

2. Plaintiff is representing his complaint pro, se and has filed his motion for appointment of counsel/attorney if possible. Plaintiff is trying to find a lawyer who will help him if possible based on commission/credit. All plaintiff loan/credit accounts are paid in full plaintiff do not owe mbna NO money. Plaintiff never singsign for any summons /complaint from mbna bank filed with NAF/36thdist. detroit court. All mbna summons/complaints went to the wrong address.



    **sua sponte mean of his or its own will or motion, voluntarily without prompting or suggestion.**

    generally district court has discretion not to hear oral testimony on motions . see.. W. vs. Louisiana, 1979, Ca.5, LA, 601, f, 2d, 240.

    not every hearing called for under every rule of civil procedure necessarily requires an oral hearing unless required by the express language on the context of the particular rule the term hearing does not necessarily contemplate either a personal appearance before the court or an oral presentation to the court. see... gulf coast invest corp, vs. NASA I business center 1988, tex, 754, sw, 2d, 152.

    56 am, jur, 2d, & 23, motions... within these limits however a trial judge is not required to listen to oral arguments on a motion he may in his discretion decide soley on the papers.

    Equal protection of law requires like treatment of all those similarly situated. see... people vs, fuller, colo, 1990, 791, p. 2d, 702.

P. 1

( conclusion and relief sought )
------------------------------------

This motion, request and opposition to MBNA bank's motion to dismiss by K. sullivan & by Kathy Christian attorney is in pursuant to all apply local rules, federal rules of civil procedures, and mr. kelly's menorandum of laws.

FRCP 55. states ; in view of confusion surrounding docket entries, motion to set aside default would be granted to defendant and would not be treated as untimely though it came 11 months after general appearance in the case. see . Phillips vs. Flynn, d.c. pa, 1974, 61 FRD, 574. Allen russell pub. inc. vs. Levy, ND. Ill. 1985. 109, frd, 315.

defaults are not favored by the law any doubt should be resolved in favor of setting aside default so that determination may be made on merits of case. see . securities and exchange commission vs . Vogel dcny, 1970, 49, frd. 297. Accu-weather, inc. vs. Reuters ltd. MD. pa. 1991, 779, f. supp. 801.

FRCP 11. states; sanctions in several cases moreover they entered it not against the defendants (kelly) for failing to respond to summon service but against the plaintiff ( MBNA) for dishonesty or overly clever tactics connected with summons services in the first place. see.. Ordower vs. feldman, 826, f. 2d. 1569, Ca 7 , 1987 , Ecalibur oil inc. vs. gable 105, frd, 543, at 544 nd, Ill. 1985. 28 USCA & 1927...metro corps. inc. vs. eastern massachusetts jr. drum & bugle corps assn' ca.1 mass, 1990, 912, f. 2d. 1.

a default judgment entered when there has been no proper services of a complaint is a fortiori, void, and should be set aside. see... gold kist , inc. vs. Laurinburg oil co, inc. c a 3. pa. 1985, 756, f. 2d. 14. .. bruce vs. paxton, d ..c ark. 1962, 31. frd, 197 ..

where there is doubt as to whether an answer includes a counterclaim the substance and form of the entire answer will be considered as far as it throws any light on the question. see... state exrel. ziffrin vs. superiorcourt of marion county 242 ind. 246, 177 n. e . 2d. 898, 1961.

Therefor based on the facts, laws Mr. kelly prays to god and this court to grant this motion, request and award amount or any amount deem just..

state of michigan
wayne       county dated;

March 22, 2007

respectfully submitted

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214-0157
313-894-8855    /s/ Herman Kelly

proof of services, Herman Kelly certified that a true copy of this motion request was mailed to all parties attorney at 39500 high pointe blvd , suite 250 , Novi, Mich . 48375 on this date _____ by first pre paid usa mail to MBNA'S attorneys c/o Kathy christian, oberly, jennings rohduna p.o. box 2054 c/o karen sullivan wilmington, De 19899- 2054

/s/ Herman Kelly

P.2

herman kelly, plaintiff



Herman Kelly, Pro Se
P.O. Box 14157
Detroit Michigan 48214-0157

United States Federal
District Court
Clerk of Court Office
Civil Division
844 N. King Street
Lock Box 18
Wilmington, Delaware
19801-3570