In The United States Federal District Court
For the district of Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA America bank
National Arbitration Forum
Wolpoff & Abramson
    defendants

civil action No.
# 06- 288 (jjf)
notice/affidavit
(15 USCA & 1685b )

FILED
MAR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------/ " Motion for injunction order and
" Plaintiff 's Objection to defendants (national arbitration
Forum )' s arbitrating litigation proceedings. " FRCP 60b



1.  Plaintiff Herman Kelly, pro, se moves this court to issue a injunction restrain order against all defendants to stop, cease harrassing plaintiff with letters demanding more money from him, to defendants stop adding, interest to a illegal void naf's awards, default judgment. Plaintiff paid all his 6 different loan credit amount in full on dec 31, 2003. there should be no interest added.

2.  Doing these court settlement compromise proceeding defendants c/o miss harris of wolpoff abramson threaten plaintiff with letters, bills, demanding more money. N.A.F . has abused their authority and laws, that national arbitration forum did not and do not have any legal jurisdiction over plaintiff and subject of complaint.

3.  National arbitration forum ( NAF) and two other defendants's actions were outside scope of their powers as quasi-arbitrator, the naf is not a validly appointed arbitrator by plaintiff, defendants failed to exercise honest judgment and awards, defendants made gross mistakes as would imply bad faith, defendants had some secret and fraudulent agreement in contrary to public policy and laws that was irregularity, arbitrator 's contingency fees gave them a direct financial interest in the cases, bank and arbitrator have a causal nexus and a business nexus where bank also loan money to arbitration by ways of credit cards, loan, N.A.F did not serve plaintiff with a copy of their summon, complaint, notice of hearing denying plaintiff his rights to jury trial access to court , equal protection of laws.

4.  All 6 arbitration awards and two default judgment are void, illegal, cancelled, impeached, and have cause plaintiff harm & damages. MBNA agreed to no arbitration proceedings as to not forcing it.

plaintiff object opposed defendant mbna bank 's motion to dismiss amended complaint. MBNA refused to tell this court how much money plaintiff paid mbna bank in a total amount for all accounts.

Payments made as a result of duress, fraud ,or failure of consideration as well as those made by mistake, generally may be recovered. This rule pertains as well in situations in which money has wrongfully been paid on a negotiable instruments see... 11 am. jur.2d.& 413, bills,& notes ,

P-1

Conclusion, relief sought (menrandum of laws).

5. This motion, request and opposition to MBNA bank's motion to dismiss by K. sullivan & by Kathy Christian attorney is in pursuant to all apply local rules, federal rules of civil procedures, and mr. kelly's menorandum of laws.

FRCP 55. states ; in view of confusion surrounding docket entries, motion to set aside default would be granted to defendant and would not be treated as untimely though it came 11 months after general appearance in the case. see . Phillips vs. Flynn, d.c. pa, 1974, 61 FRD, 574. Allen russell pub. inc. vs. Levy, ND. Ill. 1985. 109, frd, 315.

defaults are not favored by the law any doubt should be resolved in favor of setting aside default so that determination may be made on merits of case. see . securities and exchange commission vs . Vogel dcny, 1970, 49, frd. 297. Accu-weather, inc. vs. Reuters ltd. MD. pa. 1991, 779, f. supp. 801.

FRCP 11. states; sanctions in several cases moreover they entered it not against (kelly) for failing to respond to summon service but against ( MBNA) for dishonesty or overly clever tactics connected with summons services in the first place. see.. Ordower vs. feldman, 826, f. 2d. 1569, Ca 7 , 1987 , Ecalibur oil inc. vs. gable 105, frd, 543, at 544 nd, Ill. 1985. 28 USCA & 1927... metro corps. inc. vs. eastern massachusetts jr. drum & bugle corps assn' ca. 1 mass, 1990, 912, f. 2d. 1.

a default judgment entered when there has been no proper services of a complaint is a fortiori, void, and should be set aside. see... gold kist , inc. vs. Laurinburg oil co, inc. c a 3. pa. 1985, 756, f. 2d. 14. .. bruce vs. paxton, d .c ark. 1962, 31. frd, 197 ..

where there is doubt as to whether an answer in cludes a counterclaim the substance and form of t he entire answer will be considered as far as it throws any light on the question. see... state exrel. ziffrin vs. superiorcourt of marion county 242 ind. 246, 177 n. e . 2d. 898, 1961.

6. Therefor based on the facts, laws Mr. kelly prays to god and this court to grant this motion, request and award amount or any amount deem just.

respectfully submitted

Dated;
state of michigan
wayne county   March 22 2007

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214-0157
313-894-8855

*Herman Kelly*

proof of services, Herman Kelly certified that a true copy of this motion request was mailed to all parties attorney at 39500 high pointe blvd , suite 250 , Novi, Mich 48375 on this date , by first pre paid usa mail to MBNA'S attorneys c/o Kathy christian, Bayard firm, Ashley B. Stitzer, 222 delaware ave, 9th floor, Wilmington, D E. 19801 p.o.box 2054 wilmington, de, 19899-2054.

*Herman Kelly*
herman kelly, plaintiff

P-2

Herman Kelly, Pro Se
P.O. Box 14157
Detroit Michigan 48214-0157

United States Federal
District Court
Clerk of Court Office
Civil Division
844 N. King Street
Lock Box 18
Wilmington, Delaware
19801-3570

CERTIFIED MAIL
7006 0300 0006 4087 4629

RETURN RECEIPT REQUESTED