# OBERLY, JENNINGS & RHODUNDA, P.A.
### 1220 Market Street - Suite 710
### P. O. Box 2054
### Wilmington, Delaware 19899

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

April 2, 2007

<u>Via CM/ECF & Hand Delivery</u>
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE  19801

  RE: <u>Herman Kelly v. MBNA America Bank</u>, 06-228-JJF

Dear Judge Farnan:

  I write on behalf of Defendant MBNA America Bank, N.A. ("MBNA") in response to Plaintiff's request for a extention [sic] of time to answer defendant's motion to dismiss…. (D.I. 51) and Plaintiff's phonocopy [sic] of his notice of appeal and direction-designation to the Detroit district/circuit court, clerk of court (D.I. 52).  The latter document was docketed as Plaintiff's Answering Brief in Opposition to Plaintiff's Motion to Dismiss for Lack of Jurisdiction and the Doctrine of *Res Judicata* (the "Answering Brief").  A reply brief deadline was set for today.

  On December 4, 2006, MBNA filed a motion to dismiss, D.I. 46, and opening brief in support thereof, D.I. 47.  Pursuant to D. Del. LR 7.1.1(a), an Answering Brief in opposition to MBNA's motion to dismiss was due no later than December 21, 2006.  Thus, the Answering Brief is over three months late.  The Court has not extended the time for Plaintiff to file an answering brief.  Thus, the Answering Brief is not properly filed and MBNA should not have an obligation to file a reply brief.

  MBNA opposes Plaintiff's request to extend time to file an answering brief.  Plaintiff contends that he is entitled to an extension because he did not receive MBNA's motion to dismiss because it contained an incorrect address.  However, the "new" address that the Plaintiff provided in his request for extension simply adds the last four digits to his zip code.  The rest of his address remains the same.  MBNA, the court and the dismissed parties all previously served documents on the Plaintiff at his address without the four extra digits.  The motion to dismiss and opening brief at issue were served on the Plaintiff at his correct address (minus the four extra

digits). The envelope containing the motion and the brief was *not* returned as undeliverable to the undersigned counsel's firm by the U.S. Postal Service. Further, the Plaintiff admits receiving a copy of the undersigned counsel's February 23, 2007 letter to Your Honor, which also did not include the extra four digits in the zip code. Thus, the Plaintiff's claim not to have received the motion and brief is not credible.

   Finally, if the Court were to grant the Plaintiff's motion to extend and accept the previously filed Answering Brief as timely, I respectfully request that the Court allow MBNA 30 days from the date extension is granted to file its reply brief. Since the Plaintiff filed his request for extension, I have made numerous attempts to contact my client. I learned today that, effective last Friday, Bank of America has reorganized the MBNA legal department such that there is no longer *any* litigation department in Wilmington. Presently, I do not know who the decision making employee of Bank of America/MBNA is for this case. As a result, and particularly because of the large number of unorthodox *pro se* pleadings in this case, additional time would be needed to enable the new client contact to review the file to be in a position to make litigation decisions regarding the reply brief, as well as the large number of other documents recently filed by the Plaintiff.

   I am available to answer any questions the Court may have.

                 **Respectfully,**

                 */s/ Karen V. Sullivan*

                 **KAREN V. SULLIVAN (No. 3872)**

/KVS
cc:  Herman Kelly (via U.S. mail)