In The United States Federal District Court for the district of Wilmington Delaware

Herman Kelly, pro, se.
    plaintiff

vs.

MBNA America bank, National
Arbitration Forum, Wolpoff, Abramson

    defendants
----------------------------------------/

Case No.1-06-cv. 228( jjf )
(notice/affidavit/ ANSWER )



( 28 USCA & 1927 )

" Plaintiff's request that court issue a sanction award of $90,000 dollars judgment order against defendant mbna america bank for mail fraud/extortion. " FRCP 11,71aL,9(6),16f,37(a4)37.c....
------------------------------------------------------------

( statement of facts and claims )
---------------------------

1. Defendant mbna america bank and their attorney karen sullivan have lied, misinformed, mislead this honorable USA federal district court by misconduct of mail fraud, extortion, racketeering pretending that plaintiff Herman Kelly, pro, se was served with 9 summons and complaints, when plaintiff never sign any written effected acknowledgement for getting any summons and complaint from mbna bank and their attorneys c/o Wolpoff & Abramson.

2. Defendant mbna bank sent their loan credit applications, contract, agreements, monthly bank statements receipts, credit cards, loan checks to plaitniff's correct mailing address P.O. Box 14157 Detroit, Michigan 48214-0157 for over 8 years.

3. However to cause delay, damages and problems with plaintiff and to extort more money from plaintiff mbna bank defendant sent their 9 summons and complaints against plaintiff to the wrong address a different address where plaintiff has moved since over 15 years and mbna bank had full knowledge of that fact.

4. The delay cause plaintiff not to answer summons/complaint or appear in person in the 9 court, arbitration cases in time. MBNA bank filed 6 NAF arbitration forum complaints and three, detroit, michigan 36th dist, cir, court cases against plaintiff herman Kelly on the same offense, same claims in violation of the usa amend constitution on double jeapordy. Plaintiff had no knowledge of any mbna's complaint or their hearing until after NAF & 36th dist, cir court took over without any jurisdiction to entertain plaintiff with their illegal void, judgment/orders. This court should suppress, quash all 6 NAF's judgment and all 3 det, mi, 36th dist, cir, court's judgments.

5. Plaintiff request court to issue a sanction award of $90,000 dollars against defendant mbna bank for mail fraud or any amount deem just, that defendant will pay all court's costs, fees and reinburse plaintiff's his expenses costs of $10,000, dollars for representing all these 9 cases. Plaintiff filed his written appearances, motion, answers, counterclaims to all 9 cases of defendant mbna bank, without notice of hearing dates.

6. FRCP 55. states ; in view of confusion surrounding docket entries, motion to set aside default would be granted to defendant and would not be treated as untimely though it came 11 months after general appearance in the case. see . Phillips vs. Flynn, d.c. pa, 1974, 61 FRD, 574. Allen russell pub. inc. vs. Levy, ND. Ill. 1985. 109, frd, 315.

   defaults are not favored by the law any doubt should be resolved in favor of setting aside default so that determination may be made on merits of case. see . securities and exchange commission vs . Vogel dcny, 1970, 49, frd. 297. Accu-weather, inc. vs. Reuters ltd. MD. pa. 1991, 779, f. supp. 801.

   FRCP 11. states; sanctions in several cases moreover they entered it not against the defendants (kelly) for failing to respond to summon service but against the plaintiff( MBNA) for dishonesty or overly clever tactics connected with summons services in the first place. see.. Ordower vs. feldman, 826, f. 2d. 1569, Ca 7 , 1987 , Ecalibur oil inc. vs. gable 105, frd, 543, at 544 nd, Ill. 1985. 28 USCA & 1927... metro corps. inc. vs. eastern massachusetts jr. drum & bugle corps assn' ca. 1 mass, 1990, 912, f. 2d. 1.

7. a default judgment entered when there has been no proper services of a complaint is a fortiori, void, and should be set aside. see... gold kist , inc. vs. Laurinburg oil co, inc. c a 3. pa. 1985, 756, f. 2d. 14. .. bruce vs. paxton, d .c ark. 1962, 31. frd, 197 ..

   where there is doubt as to whether an answer in cludes a counterclaim the substance and form of t he entire answer will be considered as far as it throws any light on the question. see... state exrel. ziffrin vs. superiorcourt of marion county 242 ind. 246, 177 n. e . 2d. 898, 1961.

8. an attorney may not with impunity either conspire with a client to defraud. or injure a third person or engage in intentional tortious conduct toward a third person. see... Roberts vs. Ball, Hunt, Hart, Brown, & Baerwitz, 2d, dist, 57 Cal, app, 3d, 104, 128, Cal, rptr, 901... 7 am, jur. 2d, & 233, attorney at law.

   attorney was disbarred for collecting $19,600 in fees for representing estate where allowable fees were only $3,800. see... Lake county bar, Asse, vs. Ostrander, 1975, 41, Ohio, St, 2d, 93, 70, Ohio ops, 2d, 173, 322, NE 2d, 653, 81 ALR 3d, 1136...

   attorney was properly disbarred for pattern of serious and extensive misconduct over four year period where he inter alia charged fee of $2,900. on gross estate of $ 8,092.45 which was violation of disciplinary rule dealing with charging clearly excessive fees. see.. office of disciplinary counsel vs. Knepp 1982, 497, pa, 396, 441, A 2d, 1197.

p. 2

> 11 USCS & 503 (a), (b). allowance of administrative expense. states; an entity may timely file a request for payment of an administrative expense, or may tardily file such request if permitted by the court for cause. After notice and a hearing there shall be allowed administrative expenses, other than claims allowed under section 502 (f). of this title.

9. On date; Jan 5, 2006 the attorneys named ...paul olivier, megan fink, rebecca kreisher, cherice tadday, kathy christian, shaun fathallah, barry gordon from collection agency wolpoff & Abramson, (settlement) ?

informed plaintiff and United States governments that defendant mbna america bank's address is 655 paper mill road mail stop 1411 Wilmington, Delaware 19884-1411 c/o mbna. the attorneys aboved telephone numbers is # 1-248-855-6562, # 1-866-241-2334.

             Plaintiff's            . CAUSE OF ACTIONS, against MBNA BANK.
-------------------------------------------------------------------------

10. Defendant mbna bank changed plaintiff's credit card/loan account indentification ( I.D .# ) number many different times, mbna changed account number over 3 times for the same account bill & debt balance, without Herman Kelly plaintiff's permission or consent in writing. This changing plaintiff's I.D. # credit card/loan number has cause lots of confusion, mistakes, this case civil action, miscommunications, accounting audit errors, problems for plaintiff and between parties. Where plaintiff paid money to different banks names for those different credit loan account numbers.

11. This is defendants mbna's misconduct of extortion, wrongful billing, unfair accounting pratice , fraud, extortion discrimination and conspiracy toward plaintiff to get more money from plaintiff, BY DEFEndants mbna delaying and misleading accounting ways of defendant.

12. First union bank, mbna america bank, bankcard services bank, and Wachovia bank are all the same mergered banks for the loan credit card number(new )#4264 2984 2105 6519 the other (old) loan credit card I.D. are#4090 27101384 3461 and # 4340 5902 0018 0439.
these old numbers are for the same new account number
# 4264 2984 2105 6519 . for Herman Kelly's loan issued date ; Plaintiff paid in full within 8 years new account number as stated in complaint.

13. courts have differed over the meaning of the term credit card itself. Thus some authority holds that the core element of a credit card is the account number, not the piece of plastic, so that fraudulent use of such number falls within the prohibitions of 15 USCS & 1644. .. 20 a m, jur, 2d & 16 credit cards.

in a closed-end credit plan the debt and balance result from a single purchase and the amount of the total debt is known at the time of purchase. see.. peterson vs. gustafson, 584, nW, 2d, 660, minn, ct. app. 1998, ...20 am, jur, 2d, & 45 credit cards, 20 am, jur, 2d, & 44 credit card ( wrongful billing ).

P.3

14. Plaintiff 's complaint and cause of action & claims stated that the illegal contract agreement of defendant and their misconduct of mbna america bank in charging late fees, fines, cancellation of loan , credit money,defendant taking agreed loan credit limit from plaintiff, making plaintiff pay double the loan credit amount back to the bank, change plaintiff 's interest rate APR to a higher interest rate, changing plaintiff 's credit loan account numbers for the same personal loan credit account,defendant given out bad,incorrect, error information on plaintiff to the general public ,government, and breach of contract by mbna, defendant's refused to refund to Mr. Kelly. is in violation of plaintiff 's rights of the united states constitutions on ;

> United states constitution law,article 8 excessive fines shall not be imposed,nor cruel and unusual punishments inflicted.
>
> US Const. article 5 , nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb, of

15. Herman Kelly plaintiff was never late with his payments,that was postdated. mailed as agreed by parties. Plaintiff mailed his minimum installment weekly and monthly payments to defendant mbna in delaware from detroit, michigan. Plaintiff however paid the late fee charges anyway. where the late payment was not intentional,and was paid with the 30 days grace period.The day the payment was in the USA post office mail box, that was the day of defendant mbna bank getting payment.There is no ways of knowning when a payment get to defendant when they make million of dollars from late fees charges to consumer, customer that are located outside of defendant's state area.



> under the deposit payment or mailbox rule a payment is made when a letter containing a remittance,properly addressed and with psotage prepaid is deposited into the mail where the custon of the parties authorizes payment by mail or when payment by mail has been authorized. see... 60 am, jur, 2d. & 11 payment. werne vs. brown , 955,p. 2d.1053 (colo,ct,) app. 1998.
>
> > evidence that the debtor has made previous payments by mail and that those payments have been credited to the debtor's account warrants the conclusion that use of the mails has been impliedly authorized and thaa a payment was made on the day it was placed in the mail under such circumstances. see... united securities corp, vs. franklin, 180, a, 2d. 505,mun,ct.app.d .c .1962.
> >
> > cox vs. gulf, inc . co, 858,s. w.2d,615,tex.app. fort worth, 1993 .

15 USCA & 1681 o( a)., under the fair credit report act any person who is negligent in failing to comply with any requirement imposed under the act with respect to a consumer is liable to him or her for the actual damages sustained thereby and in a successful action to enforce this liability, the costs of the action. see.. 15a,am,jur 2d. & 68,collection credit agencies,...15USCA & 1691 e,(b). millstone vs. 0 'hanlon reports,528,f, 2d,829.8thcir. 1976. Smith vs . lakeside food, inc, 449,f. supp.171 ND,ill1978.

P.4

16. Defendant mbna america bank's monthly bank receipt installment payment statements do not show the total summary up to date, the amount of money total paid and receieve, deposited to defendant mbna and defendant's other mergered banks for all 6 new credit loan account numbers stated herein and in complaint. Plaintiff's installment monthly payment covering 8 years was for a close credit end account plan.

17. This is defendant mbna's illegal accounting ways, and fraud to mislead with their bank statements, having plaintiff and the court, general public, government think plaintiff have not paid enough money on the interest and loan credit money balances payment in total full amount up to date. How much money has been paid to the banks is the question in the bank statement, which is error, extortion, wrongful billing, discrimination to treat plaintiff different from other rich consumers as plaintiff is not rich. Plaintiff has worked hard all his life and paid his money to defendant mbna bank.

18. All and one bank statement receipt for each year for account #( new ) # 4264 2964 2105 6519 will show that Plaintiff's bank statements each year end dec 31. The minimum due date was to be also postdated due date for installment payments.

  a conspiracy to do something injurious to the reputation of the plaintiff may be the basis of a cause of action for damages. see... 16 am, jur, 2d, & 58 conspiracy.

  it is actionable to conspire to employ unlawful duress to extort money. 16 am, jur, 2d. & 59 conspiracy.

  a loan which contemplates debtor repaying is an installment repayment loan within installment repayment small loan and consumer act. . SDcL 54-6-22, 54-6-40. Smashed Ice. vs. Lee, 200 N.W. 2d. 236, 86 s.d. 658, cons, cred 3.1 11 am, jur, 2d, & 108 bills & notes, ( installment payments ).

  title 1 of the bank secrecy act of 1970 ( 12 USCS & 1829b) 1730 d, and 1951-1959, and the implementing regulations promulgated thereunder by the secretary of the treasury which require financial institutions to maintain records of the customers identities to make microfilm copies of checks drawn on them in excess of $ 100.00 and to keep records certain other items, do not deprive bank of due process by imposing unreasonable burdens on them and by seeking to make the banks government agents in surveillance of its citizens. see... california bank asso. vs. Shultz, 416, U S, 21, 94, S. Ct. 1494. 39 L ed 2d 812.

P.5

19.     Doing plaintiff 8 years business relationship as a consumer, customer with bank, mbna took away plaintiff's agreed contracted credit loan limit amount max. without plaintiff's written permission or consent and for no good reason. Plaintiff never used the full loan credit amount for each 6 new accounts stated in complaint. The statutory legal pay off term period was 15 years for a Statutory $10,000 dollars loan/credit amount, that plaintiff did not get or use. This is defendants mbna 's breach of contract agreement. Defendants mbna tryed to demand more money from plaintiff, which is fraud, extortion,

20.     Mbna defendant 's misconduct of breach of contract by not keeping the agreed, set, fit A P R for first year 1996 was 9.90 % that was binding on the date loan and credit card was first issued to plaintiff from mbna 's banks and defendants mergeref partner banks stated herein and in complaint. The set fit legal interest rate for the first year of each 6 account wa s to stay the same for the term period of the pay off of balance, 15 years from loan credit issued date. Defendants mbna bank changed plaintiff's APR interest rate every 6 months to every years without plaintiff 's written permission or consent. Defendants conducts was just to gain more money profits from plaintiff. EX (A)

21.     Mbna bank defendant charged plaintiff a illegal interest rates that was in violation of laws and breach of parties contract agreement. Defendant mbna charged plaintiff a high interest rate of 27.98 % APR which is illegal & error. Plaintiff's and mbna 's contract agreement stated that the A.P.R annual percentage rate would be the lowest rate. In D e c 27, '96 the rate was 9.90 % lowest & high was 14.15 %... All of plaintiff receipt bank statement for 8 year should be the same APR for the full term period until loan is paid in full. All of plaintiff 's installment payments are credit(cr)paid. All interest was supposed to stop cease when account was paidin full. Defendants mbna has violated the laws, by still demanding more money and interests from plaintiff which is illegal.

It is unfair practice for a creditor to levy or collect any delinguency charge on a payment, which payment is otherwise a full payment for the applicable period and is pa id on its due date or within a grace period. see,, 54A am, jur. 2d.& 1219 monopolies. Unfair credit practices... Federal trade commission.16 CFR &441.4

as a consequence compound interest may in effect be recovered on a judgment whereby the aggregate amount of principal and interest is to a new principal amount. The consequence which follow the exaction of unlawful interest ny national banks are those provided in federal law namely forfeiture of the entire interest which has been agreed to be paid or if the interest has been paid liability for double the amount of the interest. see. 45 am jur.2d.&11 interest & usury

A national bank charges interest at a higher rate than allowed by the law of the state when it compounds interest a t a higher rate than permitted by its home state law, even though the compound interest rate is less than permitted by state law to be charged directly without compounding/ see. . 45 am, jurx, 2d. & 12 interest

# Your Low Rate Access Checks Reflect BIG Savings!



Account #: 4340590200180439

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157



Dear Herman Kelly:

First Union understands that saving money is more important than ever.

That's why we are giving you five Access Checks with a low 5.9% rate, which you can use for anything you want. To activate this special rate, just write your checks before July 1, 1998.

With the special discounted 5.9% APR (Annual Percentage Rate), you'll save on interest, and there are no per check fees. Plus, these checks are *so convenient*:

- **Pay off other balances with high interest rates.** By transferring balances to your First Union credit card at 5.9% APR, you are saving money on purchases you have already made.

- **Write yourself a check** -- it can be cashed today. Or, you can deposit it in your checking account. Either way, you'll have cash ready when you need it.

- **Don't miss a bargain at places that do not accept credit cards** -- write a check, instead! You'll pay no cash advance fee and the low 5.9% rate saves you money.

The sooner you pay off high rate accounts, the more you'll save. So, start now! If you need more 5.9% checks, call us at 1-800-359-3862. But hurry -- this special offer is good only until your July 1998 statement.

Sincerely,

Patrick J. Reily
Vice President

**SEE THE DIFFERENCE 5.9% APR CAN MAKE!**

P.S. Write as many checks as you want, up to your available credit limit. Why not write a check today and enjoy your savings!

*The total amount of checks you write must be at least $500.
The promotional APR (Annual Percentage Rate) of 5.9% corresponds to a monthly periodic rate of .49% and will apply through your July 1998 billing cycle (see reverse side for details).

447121 0015
0022276
H-BFAS

**Save With No Check Fees**

**Consolidate High-Rate Balances**

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157

9015

19_____   66-21/530

Pay to the Order of _____  $ _____

_____ Dollars

**FIRST UNION** Payable through First Union National Bank    434059 02001 80439

FOR _____

⑆053000219⑆ 9410200 18043⑈ 109015

22. Defendant mbna banks have discriminated against plaintiff because of his nation origin, his incomes and for exercising any rights under the united states constitution laws of equal credit opportunity act ( ECOA ). Plaintiff's nation origin rights are violated by defendant by only letting people who live in bank mbna's city area location pay their bills, debts in person. When plaintiff has to mail his installment loan credit payments to mbna different banks from detroit over 10,000 miles to defendants's locations.

23. Plaintiff is a USA born citizen, tax payer and plaintiff's nation origin is detroit, michigan. Defendant mbna bank is delaware. Defendant can claim that plaintiff is late with payment when plaintiff is not late with his payments. Plaintiff paid all his 6 different credit loan account in full over or within 8 years period. Defendant mbna bank refused to do a full complete reconcilation accounting audit of all plaintiff payments to them for 8 years.

24. Plaintiff is not rich, but is a consumer, customer. Defendant's discrimination based on origin, help them make millions of dollars from people outside of defendant's location to get money payments.

Defendant banks are not in detroit city. It takes about 10 days for plaintiff installment minimum payments by mail to reach defendant Bank mbna and it only take one hour for a person in mbna's area to walk, or drive to defendant bank's locations, as a normal procedures or ways of paying debts. Plaintiff worked very hard 8 years ago and payed all his money to defendants mbna and it's mergered other banks. Plaintiff made the same amount of money as the loan credit limits for the consolidation of each 6 different accounts about $ 60,000.00 dollars within 8 years since Jan 1,1995.

25. Mbna america bank should be in detroit, michigan area. The credit card/ loan for same account was issued to plaintiff in detroit. Plaintiff can not get a proper legal accounting audit of all plaintiff's and mbna's 8 years bank monthly statements for each 6 different account from defendant because defendant mbna will not send all request documentations, informations, receipt copies to plaintiff or to this court. Defendant mbna took plaintiff's agreed credit limit loan amount, without his permission. Defendant mbna discriminated against plaintiff Herman Kelly for being not rich, less incomes, or need help, public assistances from the united states government as to US comptroller of currency and this honorable United States federal district court for review of plaintiff's constitutional claims and rights as a usa citizen seeking justice under laws 15 USCA & 1691(a) 1,2,3. activities constituting discrimination.

> 15 USCA & 1691(a) equal credit opportunity act,,17 am,jur,2d. & 170 consumer protection( nation origin) .. states; it shall be unlawful for any creditor to discriminate against any applicant with respect to any aspect of a credit transaction.on the basis of race,color religion,national origin.because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under this chapter.

P.7

26. Plaintiff's questions presented to this federal district court & government of USA, is if mbna america's agreement contract is illegal, void, cancelled, contrary to public policy, agreement contract was not signed by parties, contrary to laws of state US const, agreement is executory, is not fair and equal, agreement violated usury laws on high interest. charging by defendant, agreement is unreasonable restraint of trade & should be re-written.

As a general rule an agreement which violates a provision of the federal or a state constitution or of a constitutional statute or which cannot be performed without violating such a provision is illegal and void. see... Ewert vs. Bluejacket, 259, US 129, 66, L. ed, 858, 42 S. Ct. 442.... 17 A, am, jur, 2d. & 247 contracts..

as a general rule a agreements or contract against public policy are illegal and void. An agreement or contract made in violation of established public policy is not binding and will not be enforced. Thus freedom of contract is subject to the limitation that the agreement must not be against public policy. Likewise the surrender of a fundamental right is not within the power of an individual if the public interest is prejudiced thereby... see 17 A. am, jur, 2d. & 257 contract. cameron vs. International alliance of theatrical stage employees, 118, NJ, eq, 11, 176, A, 692, 97, ALR 594...

27. Defendant mbna refused to send plaintiff copies of his monthly receipts installment payments statement for each loan credit account on 6 different account with mbna. Defendant refused to send copies of same to this court in this case. MBNA did not tell the government, plaintiff and this court how much money that mbna got from plaintiff as a total amount for all 6 account covering 8 years even with the other mergered banks on same accounts numbers. Defendants's conduct is in violation of laws and US const.

12 USCS & 3404 (c) banks... the customer has the right unless the government authority obtain a court order as provided in section 1109,12, usc s & 3409 to obtain a copy of the record which the financial institution shall keep of all instances in which the customer's records is disclosed to a government authority pussuant to the section. see...federal freedom of information act, 37 a, am, jur, 2d. & 1 .. freedom of information. acts. 5 uscs & 552. Edgar vs. Reich , 881,f. supp.83,( D. mass. 1995 ).

state statutes applicable to credit sales or small loans commonly contains provisions requiring the seller or lender to clearly disclose in the contract the amount of the loans or debt, together with all charges and allowances, and the balance that will actually have to be paid, so that the purchaser or borrower is clearly informed of the actual obligation he or she is undertaking. see 17 am, jur. 2d. 283 consumer... see.. Atlas credit of california, inc. vs. Hill, 15.wash,app.146,547,p. 2d.894,(div.1,1976).

P.8

## Motion to Dismiss/menorandum of laws
---

motion to dismiss for failure to state a claim should not be granted unless it is clear that plaintiff would not be entitled to recover under any stated facts which could be proved in support of his claim. see... donovan vs, American leader newspaper, Inc, D.C.   Fla. 1981, 524, f, supp. 1144...

action is not to be dismissed unless it appears beyond doubt that plaintiff has alleged no set of facts on which he would be entitled to relief. see... B.J. Liquors, Inc, vs. American Nat. Bank, and Trust Co, of South Bend, D.C.Ind, 1983, 29 , B.R. 1011...

motion to dismiss for failure to state claim upon which relief can be granted should not be granted when material allegations of complaint taken in their most favorable light are legally sufficient to support claim. see... In Re H R T, Industries Inc, BKRTCY, N.Y. 1983, 29 B.R. 861...

purpose of a motion to dismiss under rule 12 b, 6 is to assess the legal feasibility of the complaint, not to weigh the evidence which the plaintiff offers or intend to offer, motion should not be granted on ground that possibility of ultimate recovery is remote . see.... schieffin & Co, vs. Jack, Co, of Boca, Inc, SDNY, 1989, 725, f, supp, 1314...

motion to dismiss for failure to state a claim is not favored and should rarely be granted resolution on merits being preferred to disposition on technical grounds of failure to state a claim. see.... airline Car Rental, Inc, vs, Shreveport Aitport Authority, W.D. La, 1986.. 667, f, supp, 293...

on motion to dismiss for failure to state claim court must accept as true facts alleged in complaint, together with reasonable inferences therefrom and determine whether on those assumptions plaintiff has right to legal relief. see... Bane vs, Ferguson C.A. 7, Ill. 1989, 890, f, 2d, 11.

pro, se complaints must be held to less stringent standards than pleading drafted by lawyers. see... federal Nat. Mortg, Ass'n vs, Cobb, N.D. Ind, 1990, 738, f, supp. 1220...

in considering motion to dismiss for failure to state claim upon which relief can be granted court must accept all facts well pleaded in the complaint as true and inspect them in light most favorable to the plaintiff. see... mathis vs. indemnity, Ins, Co, of north America, D.C. Miss, 1983, 588, f. supp. 489

( Conclusion of relief sought )
********************************

Therefor based on all the informations, facts plaintiff's menorandum of law in support of complaint and possible settlement compromise of this case action. Plaintiff prays to god and this honorable court to grant motion request or any relief just and fair. Also to deny mbna bank's motion to dismiss amended complaint, Plaintiff object, opposed mbna'S motion to dismiss.

Respectfully Submitted

State of Michigan
wayne county

Dated; March 27, 2007

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214

313-894-8855

_____
Herman Kelly, plaintiff


Proof   and   Certificate of Service
-----------------------------------------

plaintiff certie certified that a true a correct copy of this motion was mailed all defendant at their address mbna bank 655 paper mill road mail stop 1411, Wilmington, Delaware 19884- 1411 wolpoff & abramson 2 irvington centre, Megan Fink 702 king farm blvd. rockville, M D . 20850-5775, and National arbitration forum , Ashley Stitzer bayard firm, 222 delaware ave, 9th floor, Wilmington D elaware 19801 by first class usa mail.,Oberly,Jennings, Rhodunda,c/o Karne Sullivan 1220 market street,suite 710 p. o. box 2054 Wilmington, Delaware 19899-2054.

_____
Herman Kelly, pro, se

P.10