In The United States Federal District Court
For the district of Delaware

Herman Kelly, pro, se                                Case;# 1-06-cv.228JJF
    , plaintiff
                                                     (notice/affidavit/answer
vs.

MBNA america bank, et, al                            FILED
    defendants                                       APR - 2 2007
------------------------------/                      U.S. DISTRICT COURT
                                                     DISTRICT OF DELAWARE

" Plaintiff's request that defendant mbna america bank answer
these written deposition, interrogatories, discovery questions."
FRCP, 31, 33, 36.        ( exhibits attached ).

( Statement of facts and claims )

1.   Plaintiff Herman Kelly, pro, se moves court to strike mbna 's
motion to dismiss, where plaintiff object oppose their motion to
dismiss amended complaint. Plaintiff request that defendant mbna
answer all of the following herein questions. Mbna shall answer in
writing each deposition, interrogatories , discovery request soon
as possible. Mbna will send copies of their written answers to court
and plaintiff. Plaintiff is trying to resolve settle this matter
where this honorable USA federal district court has full
jurisdiction over parties and case matters.

( Questions Presented )

2.   What is the total amount of money that plaintiff Herman Kelly
( consumer/customer ) paid to mbna america bank and its's mergering
other banks for each credit card/loan accounts herein and stated
in complaint/amended complaint? see... ex (A).

3.   How much money did mbna bank pay their attorneys Wolpoff
and Abramson also NAF, national arbitration forum, karen sullvian
for representing this case and all other 6 to 9 cases filed
against plaintiff on the same offense, claims. Detroit, mich, 36th dist.
cir, court cases, complaints, which are double jeopardy ?

4.   What was the first APR annual percentage rate interest
rate, set fit when mbna bank and its mergering banks first issued
plaintiff his credit card/loan/checks about 10 years ago?

5.   Who is the top main president in full charge of mbna bank.?
What is that president 's name and address? What was pla intiff's
mailing address, location where mbna bank sent their credit card, loan
checks, letter of credit, monthly bank statement         receipts  ?
What is the process server name address that said they personally
served plaintiff with summons /complaints for mbna bank, and where is
plaintiff's signed acknowledgement for 9 summons/complaints ?

P.1



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930   February 19, 2004

Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Re:   4264 2906 5000 1423
      4800 1352 7400 0023
      5329 0581 1100 6921
      4313 0402 1201 4211
      4313 0277 0703 0919
      4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience. Please contact me directly at (800) 441-7048, extension 78069. I am available Monday through Friday from 8 a.m. until 5 p.m. (EST). Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

*H.K. paid #27,366.45 to MBNA*
*Accounts paid in full*
*[signature: Herman Kelly]*

(conclusion)

1. Small loan acts, states & provide that interest may not be compounnded and that all interest for the use of money shall be computed on the unpaid principal balance. Interest is compounded in violation of such statutes when the interest that is due and payable under a loan contract is made part of the principal under a new loan contract between the borrower and the lender. see 45 am, jur, 2d. & 58 interest and usury.

2. From an early day, the courts in this country have opposed the allowance of compound interest, and the generally recognized rule is that interest should not bear interest. see... 45 am, jur, 2d. & 57 interest and usury. 12 USCS & 84 banks,

3. It is the general rule applicable to both civil and criminal usury, that to constitute usury there must exist an intent that the lender is to take more than the legal rate of interest for the sum loaned. see.. 45 am jur, 2d. & 136 interest & usury,

4. The aboved credit /loan account and bank has over charged me lots of money and Herman Kelly has paid the loan credit in full payments from 1994 to 2004 by paying only miniuim monthly installments payment each month for about  months or  years. Mr. kelly has over paid the bank and request a full refund of all money pass due to him based on the informations and facts. There is a accounting error, problems in the banks monthly statement.

Please acknowledge this request and notice to clear all records on this matter and request to make all corrections, I'am trying to settle compromise this matter soon as possible and would like to pray to god and this bank, agency, court for any relief fair.

dated; March 27 2007

proof and certificate of service
----------------------------------

respectfully submitted

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214
313-894-8855

Herman Kelly, plaintiff

plaintiff Herman kelly states certified that a true and correct copy of this motion that defendants pay court's cost and plaintiff's expenses was mail by first class pre-paid usa mail to all defendants, a t; karen sullivan p.o. box 2054 wilmington de 19899, neal levitsky p.o. box 2323 wilmington de, 19899-2323, ashley stitzer, p.o. box 25130 wilmington, de 19899.
PO BOX 2054 wilmington, de 19899-2054.




HERMAN Kelly, Pro, SE
P.O. Box 14157
Detroit, Michigan 48214-0157

Clerk of Court Office
Civil Division
United States Federal District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware
    19801-3570