The United States Federal District Court for the district of Wilmington, . delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA america bank, et ,al
    defendants

Case;# 1;06 cv 288 jjf
(notice/affidavit )

FILED
APR - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

-----------------------------------/

Plaintiff ' request and Motion that defendants MBNA pay all court's costs,and plaintiff's expenses of $10,000 for representing this case.
----------------------------------------------------

1.   On Sept 1, 2006 defendant MBNA america bank na and their attorney karen V. Sullivan made,filed an written appearance in this court ca se action in respect to plaintiff 's motion for default against said defendant mbna.

2.   Herman Kelly ,pro, se submit this attached information on MBNA america bank .na total annual report for 12-31-2005 assets of $ 58 billion dollars, and their list of staff. Defendants mbna has many different addresses all over the world.

3.   Plaintiff was seeking damages of one million dollars or any fair legal statutory jurisdiction amount from all defendants. Herman Kelly have spent lots of time ,researhing, typing,money on mails, postages stamps, copies, ec t, in representing this complaint that all defendants cause, sta rted , enticed.Plaintiff request court to order defendants pay all court's costs, and pay $10,000 dollars to plaintiff for reinbursement expenses this request and motion is in pursuant to all apply laws,FRCP. Plaintiff prays to god and this honorable court for relief fair. Herman Kelly's estate is a class within his self based on family.

        In a class action the total recovery for damages may not exceed the lesser of $ 500,000 or 1% of the net worth of the creditor. see... 15 USCA &1691 e(b)..Cherry vs. Amoco oil 490,f.supp. 1026,n.d. ga. 1980

4.   Plaintiff have paid all his credit loan accounts in full and do not owe mbna bank defendant no more money. Plaintiff object, opposed defendant mbna bank 's motion to dismiss amended complaint. Plaintiff had to represent 9 civil complaint filed against him by mbna bank, all 9 case were on the same claim same offenses,that were without jurisdiction and illegal void, cancelled and are double jeopardy in violation of the usa constutition amendment.Mbna started enticed these 9 cases just to extort money from plaintifff.

P.1

" Plaintiff 's objections to MBNA 's answer to complaint" and
" Plaintiff's request for order enforcement, injunction of contracts, agreement, letter of credit against defendants MBNA" also
" Plaintiff 's menorandum of laws in support of complaint" 12USCS&1828(5a

---

1. This is a breach of contract agreement letter of credit, illegal high interest, rates, monopolies and discrimination complaint case against MBNA defendants in violations of plaintiff's USA constitutional rights. Where plaintiff and defendants entered into a loan/credit card contract, agreement, letter of credit for a cash money amount and purchasing amount credit for a limit amount of money stated in complaint filed in this court, where terms was on both parties consent for life of contract periods.

2. Plaintiff also entered into a contract/agreement with another bank that first issued plaintiff his credit card, loan. Mr. Kelly have had his credit cards for over five years in good standing, with no problems in paying back any money to the bank until MBNA took over all five different banks which was illegal monopolies unfair banking practices.

3. Plaintiff object to MBNA 's answer to complaint, that they closed all five different credit cards accounts after they purchased them one at a time. Then MBNA said Mr. Kelly had to many different account to cause him delay problems in paying them back by ways of any payment transfers, re-finances. MBNA 's illegal conducts was error mistake to monoplized on consolidations and interference to gain more higher interest rates that was breach of parties contracts, letter of credit, agreements that was filed in this court records attached to complaint.

4. Defendants MBNA has breach their letter of credit, contract agreement in closing plaintiff 's accounts and taken all of his credit cash money limit that was agreed, approved after 5 years for no good reasons andwith out plaintiff consent or permissions.

---

from a contractual point of view, the bank credit card transac tion includes three independent agreements (1) the underlying sales contract between the merchant and the consumer; (2) the bank-merchant agreement and (3) the credit card agreement itself, which is the contract between the issuing bank and the consumer and which is usually memorialized in the wording on the plastic card and in the application form. the issuing bank finances sales made by a merchant to the consumer by discounting the sales slips generated and then collecting payment from the cardholder on an installment basis. In addition, the cardholder may obtain a cash advance by presenting the card to the issuing bank for a direct loan, which is then transferred to his revolving account.... see; 20 am, jur, 2d. & 3. credit cards...

P.2

5. MBNA merger with Mr. Kelly's other banks was in violations of the USA constitution laws, bank laws and has cause plaintiff harm damages to not be able to re- finance or pay his bills, debts to MBNA after they monopolies of the others different banks that plaintiff was using to pay them. Where plaintiff's agreement contract was for credit usages to pay any things, persons he wanted to as to cash and purchasing credit of retail and wholesale.

6. MBNA defendants has refused a fair settlement compromise of complaint, has refused to honor their contract, agreements, letter of credits, refused to re-open accounts, has refused to obey the statutory banks laws, ect. refused to re-instate the approved, agreed credit limits, refused to re-assign accounts back to the first issued bank. refused to lower interest rates, refused to give plaintiff the names of all persons that closed his six different credit cards accounts.

7. MBNA /plaintiff has violated many laws and double jeopary to plaintiff and has denied plaintiff's rights to due process of laws, rights to enjoyment of life for their own personal gain and profits which is total abused of authority & discretions.

8. MBNA is charging plaintiff high interest rates inviolation of laws of this state USA constitutions. MBNA is now discriminations conducts, breach of contracts, in making plaintiff pay more money in his Min. installments monthly payments. MBNA is trying to make plaintiff pay the full balance due amount as the full interest rate of 100 % of the balance not 18 % or the USA statutory rates of this state, which is error & wrong.

9. Plaintiff hereby prays to god and this court to issue a order that MBNA will honor their contracts, letter of credit in full re-instate all account. Failure to do so is effect full payments of balance owed as settlement compromise and as support of plaintiff's cause of actions relief.

10. Plaintiff's contracts, letter of credit was binding and MBNA has no rights to cancell or use another their parties agency as a way of delay, in breach of contracts, gain higher interest rate and more money from plaintiff. MBNA had no right to amend signed agreed contract without plaintiff's consent or permissions. MBNA did not have any reasons to review plaintiff accounts to closed them after they did buy them as single account to use that reason to closed would be illegal and unfair.



P.3

" Notice ,Dispute,Complaint ,menorandum of laws.fair credit report act "
-----------------------------------    -------------------------------------

when a debtor is ready and   willing to pay an obligation
and intends to do so, but is prevented from doing so by act
or omission of the creditor, the accrual of interest on the
obligation is suspended. see.. 45 am, jur. 2d & 76 interest ,usury.

It is stipulated in the fair credit reporting act that if the
completeness or accuracy of any item of information contained in a
consumer 's file is disputed by him or her and the dispute is directly
conveyed by him or her to the consumer reporting agency,that agency
is required within 30 days to reinvestigate and record the current
status of the disputed information. see,,, 15 US CA & 1681
i(a )    (1)( A ).  15 USCA && 1681i (a)'(1) (B ),15 US CA,&1681
i (a )(1)(C ).

After receiving a notice from the consumer of a dispute with regard
to the completeness or accuracy of any information provided by a person
to a consumer reporting agency, that person shall , conduct an
investigation ith respect to the disputed informa tion..15 USCA &1681 i,
(a ) (1) (A ). 15 US C A & 1681 s (b)(1).


The consumer reporting agency is required in any subsequent consumer
report containing the information in question clearly to note that it is
disputed by the consumer and provide either the consumer
's statement itself or a clear and       ac curate codification
or summary of it. .. 15 USCA & 1681 i (c).

it is clear that the courts will not recognize or enforce
contracts resting upon an illegal consideration, illegal consideration
consists of any act of forbearance or a promise to act or forbear which
contrary to law or public policy. . see. 17 A. am, jur, 2d. & 240.
contract.... baxter vs. wilburn, 172, md. 160, 190, A, 773.


The sending of false credit statements by the mail is a violation
and constitutes a criminal offense under , federal law.
see.. 15A, am, jur, 2d & 26 collection credit agencies,
am, jur, 2d, post office & 151.

A variety of criminal laws apply to collection agencies, The use
of the mail by collection agencies to send threatening matter
or matter in furtherance of a scheme or artifice to defraud is a
violation of federal law. see... federal trade commission act & 10.
am, jur, 2d, post office &&140, et, seq. 15 USCA & 41-58.

the cardholder asserts the defense against the issuer by
withholding payment on the credit card account up to the
amount up to the amount of credit outstanding for the property
or services that gave rise to the dispute,plus any finance or
other charge imposed on that amount. The issuer may not report
the disputed amounts as delinquent. see...15 USCS &1666 i(a);
226.12(c).    20 am, jur, 2d. & 62 credit cards..
 racketeer influenced and corrupt organizations ( RICO ).
18 USCA & 1962, 18 ... 18usca & 1961(6).

11.  Plaintiff Herman Kelly request this court to issue a injunction order that MBNA defendants will not interference with Mr. Kelly's life, professions, skills, jobs, family and will not buy none of plaintiff's other future credit accounts to stop him from refinace of this debts, no where in the world to cause more damages or harm.

(conclusion)

Therefore plaintiff would like to be part of MBNA banking as a fair settlement compromise without any problems. Any denying of this complaint shall be review by the United States Supreme court for considerations and the USA government for unfair banking. There is no other remedy at law on this matter....The attached menorandum of laws will support this request/motions and complaint, settlement/compromise.

state of michigan
wayne county
dated;

March 27, 2007

Respectfully Submitted

Herman Kelly, plaintiff
p.o. box 14157
Detroit, Michigan 48214-0157

313-894-8855

_____
Herman Kelly, pro, se

Proof and certificate of service
--------------------------------

Plaintiff Herman Kelly, pro, se he reby certified that a true and correct copy of this motion request that defendant mbna pay all court's costs, fees, and plaintiff x's expenses of $10,000 dollars, was mailed to defendants by first class USA mail pre-paid postage at P.O. box 2054 karen sullivan Wilmington, Delaware 19899-2054.

_____
Herman Kelly, plaintiff

P. 5