In The United States Federal District Court
For The District Of Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA america bank,
Wolpoff & Abramson,
National Arbitration Forum
    defendants
----------------------------/

Case # 1-06-cv-228JJF
(notice/affirmation )



" Plaintiff's request and motion to reinstate/ join wolpoff and Abramson as co-defendants." FRCP 19 a.
-----------------------(statement of Facts/Claims)-----------------------

1. On July 14, 2006 co-defendant Wolpoff and Abramson c/o Neal J. Levitsky (attorneys, collection agent company) misinformed, errored, misrepresented, lied, mislead this honorable court by stating in wolpoff & Abramson's letter(attached exhibit) that they were are plaintiff Herman Kelly, pro, se 's attorney, lawyer which is NOT true, and is perjury, fraud, extortion and illegal. Plaintiff do not know Wolpoff & Abramson/Neal Levitsky. Plaintiff object, opposed defendant mbna bank's motion to dismiss. Ex(A)

2. Plaintiff moves this court to issue a order/injunction restrain protection judgment against said co-defendant wolpoff & abramson, Neal Levitsky that defendant is reinstated, join as co-defendant party inthis case amended complaint. Defendant shall pay all court cost and plaintiff Herman Kelly pro, se 's expenses in represent his/this civil action suite claims complaint. Plaintiff request $ 15,000.00 dollars usa. Court should issue sanction award of $90,000.00 dollars against defendant for misconduct of fraud.

3. This court said Herman Kelly plaintiff could refile his claims/complaint against W & A wolpoff & abramson where their dismissal from this action case was without prejudice.

4. W & A are attorneys and collection agents companies who has been trying to steal extort money from plaintiff without proper cause. Defendant wolpoff and abramson called plaintiff's home place of employment over 20 times and sent plaintiff's over 10 letters demanding money from plaintiff Herman Kelly who do not owe them no money. Defendant's intimidation harassments, extortion conducts was for W & A's own reason profit gains. Plaintiff object oppose W & A request for their attorney fees to be paid by plaintiff. MBNA bank hired and paid wolpoff & abramson.

P.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Herman Kelly ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No.:  1:06-CV-228 (JJF) |
| ) | |
| MBNA America Bank, N.A., National Arbitration ) | |
| Forum, Wolpoff & Abramson, L.L.P. ) | |
| ) | |
| Defendants ) | |
| ) | |

### DEFENDANT WOLPOFF & ABRAMSON, L.L.P.'S MOTION TO DISMISS

Defendant Wolpoff & Abramson, LLP, by and through its attorneys, hereby move this Honorable Court to dismiss this Amended Complaint for lack of subject matter jurisdiction under Fed.R.Civ.P. 12(b)(1), for insufficiency of service of process under Fed.R.Civ.P. 12(b)(5), and/or for failure to state a cause of action for which relief can be granted pursuant to Fed.R.Civ.P. 12(b)(6) and respectfully as grounds therefore refers this Honorable Court to the accompanying Memorandum of Law.

WOLPOFF & ABRAMSON, L.L.P.

BY: _____
Neal J. Levitsky, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Ste. 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 656-2555
Outside Wilm. Area:
1-800-678-0303
Attorney for Plaintiff

1

Plaintiff's Amended Complaint is also replete with nonsensical, unintelligible, and confusing allegations. The section entitled "Compound interest memorandum of laws" provides only a historical discussion regarding a creditor's ability to contract for interest and charges but does not identify conduct by any of the individual Defendants in this matter nor assert what legal basis a lawsuit may be brought against Defendants. As a result of the jumbled, unintelligible and overall incoherent nature of Plaintiff's complaint, Plaintiff fails to assert any factual or legal basis for a cause of action or to provide the Defendant W&A with sufficient notice of any claim. Accordingly, Defendant W&A cannot be reasonably expected to identify the specific allegations and claims for relief which Plaintiff attempts to assert and thus is unable to prepare a response to the same. Plaintiff has wholly failed to put the Amended Complaint in a coherent and manageable form and therefore dismissal is warranted.

### VII.   CONCLUSION

For the reasons stated herein, Plaintiff's complaint should be dismissed with prejudice.

WOLPOFF & ABRAMSON, L.L.P.

BY: _____
Neal J. Levitsky, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Ste. 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 656-2555
Outside Wilm. Area:
1-800-678-0303
Attorney for Plaintiff

6

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached were served this 14th day of July, 2006, upon the following individual, by U.S. Mail, postage prepaid, as follows: Herman Kelly, P.O. Box 14157, Detroit, MI 48214.

_____
Neal J. Levitsky, Esquire
Attorney for Plaintiff

5. Wolpoff and Abramson ,Neal Levitsky's misconduct is in violation of the plaintiff's rights to the U S A constitution on equal protection of laws,ect.

6. The caption/motion letter head exhibit herein stated plaintiff is Herman Kelly, in pursuant to F RCP /0 A Wolpoff & abramson Neal Levitsky signed their name on their caption.This court has overlooked these facts .

( conclusion relief sought )
***************************

7. Plaintiff Herman Kelly,pro,se prays to god and this honorable court to grant this request, motion and that this pleading shall be in support of plaintiff's motion to strike /quash defendant mbna america bank's motion to dismiss complainti/amended complaint.Court shall review all plaintiff 's evidences,submitted in this case.

State of Michigan                        Respectfully submitted
wayne county DATED:
                                         Herman Kelly,pro,se
april 9, 2007                            p.o. box 14157
                                         Detroit,Michigan 48214 -0157
                                         313-894-8855
                                                   Herman Kelly,pro,se

Proff Proof and Certificate Affirmation of service
------------------------------------------------------------

Plaintiff Herman Kelly,pro,se hereby certified that a true and correct copy of this motion to reinstate/ join Wolpoff and Abramson as co-defendant was mailed to all defendants by first class usa pre-paid mail at; p.o. box 2323 Wilmington DE . 19899-2555, p.o. box 2054 Wilmington,DE.19899,222 delaware ave. wilmington,DE. 19801.

                                         Herman Kelly,pro,se
                                         plaintiff

P.3



Herman Kelly, Pro Se,
P.O. Box 14157
Detroit, Michigan 48214-0157

Clerk of Court Office
Civil Division
United States Federal
District Court
844 N. King St., Lockbox 18
Wilmington DE. 19801-3570

U.S.M.S.
X-RAY