# OBERLY, JENNINGS & RHODUNDA, P.A.
### 1220 Market Street - Suite 710
### P. O. Box 2054
### Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

April 13, 2007

<u>Via CM/ECF & Hand Delivery</u>
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

RE: <u>Herman Kelly v. MBNA America Bank</u>, 06-228-JJF

Dear Judge Farnan:

 Enclosed please find a courtesy copy of the Emergency Motion of Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A. ("MBNA") to Stay Proceedings. I have filed the motion as an emergency motion because today is the deadline set by the Clerk's Office for responses to certain of the Plaintiff's filings. Due to the pending deadline, the unusual and voluminous nature of the Plaintiff's filings, and given that MBNA's motion to dismiss is pending, MBNA respectfully requests that the Court consider and grant the motion on an expedited basis.

 I am available to answer any questions the Court may have.

Respectfully,

*[signature]*

**KAREN V. SULLIVAN (No. 3872)**

/KVS
Enclosure
cc:  Herman Kelly (via U.S. mail & Express mail) (w/ encl.)