IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HERMAN KELLY,                        :
                                     :
        Plaintiff,                   :
                                     :
   v.                                : Civil Action No. 06-228-JJF
                                     :
MBNA AMERICA BANK,                   :
                                     :
        Defendant.                   :

## O R D E R

WHEREAS, on April 13, 2007, Defendant FIA Card Services, National Association f/k/a MBNA American Bank, N.A. filed an Emergency Motion To Stay Proceedings because of the numerous filings by Plaintiff (D.I. 71);

WHEREAS, within the past three weeks Plaintiff has filed with the Court eight motions, served several discovery requests upon Defendant, and filed memoranda and briefs (D.I. 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 64, 66, 67, 68, 69);

THEREFORE, at Wilmington this 16th day of April, 2007, IT IS HEREBY ORDERED that Plaintiff shall file a response to the Emergency Motion To Stay on or before **Monday, April 23, 2007. NO EXTENSIONS OF TIME WILL BE GRANTED**.

                              _____
                              United States District Judge