IN   The   United   States   Federal   District   Court
For   the   district   of   Wilmington   Delaware.


Herman   Kelly,pro,se                          Case#106-228-J J F, civil Div.

       plaintiff                               notice/affirmation

vs.

MBNA America bank, et,al

       defendants
--------------------------/

"  Plaintiff 's   Objection/opposition to defendant MBNA bank' motion
to Stay proceedings  dated; April 13, 2007
FRCP.   12,f.g.
----------------------------------------------------------------------

1.   Plaintiff  Herman Kelly, pro,se  hereby file this /his objection
and opposition to defendant mbna america  bank's motion to stay
proceedings as  unfair without cause and prejudice against plaintiff.

2.   Plaintiff 's  supplemental motion to strike,answering brief,request
for discovery,deposition,            questions are in support of
complaint, amended complaint.Defendant refuse to settle, refuse to
refund overpayment money to plaintiff,refused to stop all high interest
rate charges  to plaintiff. All plaintiff's six credit cards, loan
accounts are paid in full. Plaintiff do not owe defendant no money.
Plaintiff request court to       compel defendant mbna      to answer
plaintiff's dis covery request, & question, NAF national arbitration
forum do not have and did not have full jurisdiction over plaintiff
claims,complaint subject matter, usury interest rate illegal APR.

       Court   should   deny defendant 's motion to stay proceedings.

State of Michigan
wayne      county                    Respectfully Submitted
dated;
       April 19, 2007                Herman Kelly, pro, se
                                     p.o. box 14157
                                     Detroit, Michigan 48214-0157
                                     313-894-8855

Proof and affirmation certificate
of Service.
*************************************    Herman Kelly,plaintiff

Plaintiff Herman  Kelly ,pro,se hereby certified that a true and
correct copy of this motion oojection to motion to stay was mailed by
     first  class usa pre-paid  mail  to defendants  at;
 p.o. box 2054 wilmington, DE 19899-2054, p.o. box 2323  wilmington,D E .
 19899-2323  p.o. box 25130 wilmington, De. 19899

                                     Herman Kelly,pro,se

FILED

APR 2 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN  The  United  States  Federal  District  Court
For  the  district  of  Wilmington  Delaware.


Herman  Kelly,pro,se                    Case#106-228-J J F, civil Div.
         plaintiff                      notice/affirmation
vs.
MBNA America bank, et,al
         defendants
--------------------------/

" Plaintiff 's  Objection/opposition to defendant MBNA bank' motion
to Stay proceedings  dated;
FRCP.   12,f.g.                April 13, 2007
-------------------------------------------------------------------


1.   Plaintiff  Herman Kelly, pro,se  hereby file this /his objection
and opposition to defendant mbna america bank's motion to stay
proceedings as  unfair without cause and prejudice against plaintiff.

2.  Plaintiff 's  supplemental motion to strike,answering brief,request
for discovery,deposition,          questions are in support of
complaint, amended complaint.Defendant refuse to settle, refuse to
refund overpayment money to plaintiff,refused to stop all high interest
rate charges  to plaintiff. All plaintiff's six credit cards, loan
accounts are paid in full. Plaintiff do not owe defendant no money.
Plaintiff request court to    compel defendant mbna   to answer
plaintiff's dis covery request, & question, NAF national arbitration
forum do not have and did not have full jurisdiction over plaintiff
claims,complaint subject matter, usury interest rate illegal APR.

       Court  should  deny defendant 's motion to stay proceedings.

State of Michigan
wayne      county                 Respectfully Submitted
dated; *april 19, 2007*
                                  Herman Kelly, pro, se
                                  p.o. box 14157
                                  Detroit, Michigan 48214-0157
                                  313-894-8855

Proof and affirmation certificate
of Service.
********************************            Herman Kelly,plaintiff

Plaintiff Herman  Kelly ,pro,se hereby certified that a true and
correct copy of this motion oojection to motion to stay was mailed by
      first  class usa pre-paid  mail  to defendants  at;
 p.o. box 2054 wilmington, DE 19899-2054, p.o. box 2323, wilmington,D E .
 19899-2323  p.o. box 25130 wilmington, De. 19899
                                   Herman Kelly,pro,se



Herman Kelly Rose
P.O. Box 14157
Detroit, Michigan 48214

United States Federal
District Court - Civil Division
Clerk of Court Office
844 N. King Street
Lockbox 18
Wilmington DE. 19801-3570

U.S.M.S.
X-RAY