**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Herman Kelly,<br><br>    Plaintiff,<br><br>v.<br><br>MBNA America Bank, National Arbitration Forum, Wolpoff & Abramson, L.L.P.<br><br>    Defendants. | C.A. No. 06-228-JJF |

### REPLY OF DEFENDANT FIA CARD SERVICES, NATIONAL ASSOCIATION F/K/A MBNA AMERICA BANK, N.A. IN SUPPORT OF EMERGENCY MOTION OF TO STAY PROCEEDINGS

Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A. ("MBNA") respectfully submits this reply in further support of its motion for an Order staying all proceedings, including discovery, pending decision on MBNA's motion to dismiss the Amended Complaint.[1] In support thereof, MBNA states as follows:

1.　　After receiving on April 25, 2007 CM/ECF electronic notification, counsel for MBNA downloaded a copy of the "Plaintiff's Objection/opposition to defendant MBNA bank' motion to Stay proceeding dated; April 13, 2007" ("Plaintiff's Opposition" D.I. 73). The undersigned counsel notes that she has not received a copy of same through the mail, but did receive in the mail on April 24, 2007 a document dated April 19, 2007 titled "Plaintiff's supplement answer brief, objection, opposition to defendant MBNA america bank's motion to dismiss amended complaint dated (Dec 4, 5, 2006)", which has not yet appeared on the electronic docket. MBNA respectfully submits that this is further evidence supporting a stay

---

[1] In the alternative, and in the event the Court denies the motion to stay pending decision on the motion to dismiss, MBNA respectfully moves this Court for an Order extending the time for MBNA to respond to: 1) the Plaintiff's motions detailed herein until ten (10) days after entry of an Order denying the motion to stay; and 2) the Plaintiff's discovery requests until thirty (30) days after entry of an Order denying the motion to stay.

pending decision on MBNA's motion to dismiss. In addition to the sheer volume of Plaintiff's recent filings, because the Plaintiff files but does not serve certain documents and serves but does not file other documents, MBNA must incur additional, and unjustified, attorneys fees in defending this action.

2. In Plaintiff's Opposition, the Plaintiff requests that the Court deny MBNA's motion for a stay pending decision on its motion to dismiss because it is "unfair without cause and prejudice against plaintiff." Notably, however, the Plaintiff is unable to specify a single way in which he would be prejudiced if the Court were to grant the stay. MBNA respectfully submits that the Plaintiff would not be prejudiced if the Court grants the stay. Plaintiff does not dispute MBNA's assertions that 1) the Court has discretion to stay proceedings; 2) his filings must be carefully parsed because of the inclusion of numerous unrelated issues and requests for relief in a given filing; 3) MBNA would be forced to spend substantial time addressing the inaccurate statements of law in his filings; 4) if a stay is not granted, MBNA would have to file a motion to strike certain of the filings and certain of the statements made therein. Perhaps most importantly, the Plaintiff does not dispute MBNA's assertion that, if the motion to dismiss is granted, the Court will never need to address Plaintiff's pending motions, which would save substantial resources of both the Court and the parties.

3. The second paragraph of the Plaintiff's Opposition is not responsive to MBNA's motion for a stay. It covers various issues, including whether the motion to dismiss should be granted, the fact that the case has not settled, a restatement of certain of the Plaintiff's allegations, and a request for an Order compelling MBNA to respond to discovery. MBNA respectfully submits that the "motion to compel" is not properly before the Court and does not

require a response. However, MBNA will provide a response if the Court believes it necessary or helpful.

    4.    Because of the numerous and confusing motions, briefs, etc. filed and served by the Plaintiff and because these motions would be mooted if the Court grants MBNA's motion to dismiss, MBNA respectfully submits that the Court should exercise its discretion to control its docket and stay proceedings pending decision on the motion to dismiss. *See Landis v. North American Co.,* 299 U.S. 248, 254-255 (1936).

    5.    Pursuant to D. Del. LR 7.1.2(a), MBNA respectfully waives its right to file a reply brief.

**WHEREFORE**, MBNA respectfully requests that the Court stay all proceedings, with the exception of decision on Plaintiff's motion to extend the deadline to file an answering brief to the motion to dismiss, and if granted, further briefing on the motion to dismiss, until the Court renders its decision on the motion to dismiss.[2]

                            OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: April 26, 2006            /s/ Karen V. Sullivan
                                  Charles M. Oberly, III (No. 743)
                                  Karen V. Sullivan (No. 3872)
                                  1220 Market Street – Suite 710
                                  P.O. Box 2054
                                  Wilmington, DE  19899-2054
                                  (302) 576-2000 – Telephone
                                  (302) 576-2004 – Facsimile
                                  coberly@ojlaw.com
                                  ksullivan@ojlaw.com
                                  Attorneys for FIA Card Services, National
                                  Association f/k/a MBNA America Bank, N.A.

---

[2] In the alternative, and in the event the Court denies the motion to stay pending decision on the motion to dismiss, MBNA respectfully moves this Court for an Order extending the time for MBNA to respond to: 1) the Plaintiff's motions detailed herein until ten (10) days after entry of an Order denying the motion to stay; and 2) the Plaintiff's discovery requests until thirty (30) days after entry of an Order denying the motion to stay.

## **CERTIFICATE OF SERVICE**

I, Karen V. Sullivan, Esquire, hereby certify that a copy of the foregoing Reply of Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A in Support of Emergency Motion of Stay Proceedings was served by first class U.S. mail on this 26th day of April, 2007 on the following non-registered CM/ECF participant:

Herman Kelly
P.O. Box 14157
Detroit, MI  48214-0157


    /s/ Karen V. Sullivan
KAREN V. SULLIVAN (No. 3872)