IN  The  United  States  Federal  District  Court
For  district  of  Wilmington  Delaware

Herman  Kelly,pro,se
        plaintiff

vs.

MBNA america bank ,et,al
        defendants
---------------------

FILED

APR 25 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ase # 1-06 cv-228 JJF
tice/affirmation

BD
scanned

"Plaintiff 's supplement answer brief,objection,opposition to defendant
MBNA america bank 's motion to dismiss amended complaint dated
( Dec 4,5,2006      ) FRCP. 12f,g.42a,15d,8b,c.32a. (attached exhibits).
---------------------------------------------------------------------

STATEMENT  O F  FACTS  AND  CLAIMS
**********************************************

1.   On Nov 19,2004 the federal trade commission office c/o USA,consumer
response center ,    informed plaintiff  Herman Kelly,pro,se that  the
maximum statutory APR annual percentage rate of interest that mbna bank
defendant    legally  could charge  plaintiff  without plaintiff's
written,permission, consent,agreement  contract by laws was  18 %
on all 6 credit cards,loans accounts . numbers stated in complaints.
see... Ex.  A    and   15 USCA & 1607.

     A  creditor may contract for and receive a finance charge
not exceeding that permitted in the  code.The finance charge
may not exceed the  single annual percentage  rate, designated
as  18 % per year on  the unpaid balances of the amount financed.
see...  17 am ,  jur, 2d. & 295 , consumer protection..
UCCC  & 2,201 (1).  UCCC  & 2.201( 2) (b).Uniform Consumer
Credit   Code.

     With respect to a  consumer loan,including a loan pursuant
to open-end credit, a  lender who is not a  supervised lender
may  contract  for and receive a finance charge not exceeding
18  %   per year. see.. 17 am, jur, 2d. &  297 consumer protection.

     The UCCC  however expressly authorizes the  basic 1 ½ percent
monthly charge by setting a  rate  ceiling on nonsupervised loans
at 18 %   simple annual  interest. see.. 20 am, jur, 2d. & 13
credit cards.

2.   Also   The united  states comptroller of  Currency c/o Melinda  L.
Goodnight,manager12-04  had full   jurisdiction  over defendant mbna bank
and  over  plaintiff's  subject matter to review plaintiff's settlement
offers,disputes  and compromise negotiation  proceedings against mbna
banks   denial of plaintiff 's requests  for overpayments refunds
prior to any National arbitration  forum and the 36th  district circuit
detroit court illegal cases by mbna bank. Defendant mbns' retaliation
against  Herman Kelly  has cause plaintiff damages,harm and money.
Attorney   Karen  Sullivan refused to settle,resolve  complaint,and
refuse  to inform mbna  .  bank & court about  settlement compromise.
see. A.

P. 1

The federal trade Commission has the overall power to enforce the requirements of the truth in lending act. Federal trade commission act. see.. 17 am , jur,  2d, &132,consumer protection. 15 usca & 1607c.

The    enforcing instrumentalities named in the statute are the Comptroller of the Currency in the case of national banks.see.. 15 usca & 1607 a,1,A .

where an annual percentage rate  or finance charge was inaccrately inaccurately disclosed ,the enforcing agency is required to notify the creditor of the disclosure  error and is authorizedto require  that the crd creditor make an adjustment to the account of the person to whom credit was  extended , to assure that the person will not be required to pay a finance charge in excess of that  actually disclosed or the dollar equivalent of the annual percentage rate actually       disclosed  which ever is lower. see.... 15 usca & 1607 e,1... 17 am, jur, 2d.& 134 ,consumer protection.

3.     Plaintiff filed his written appearances,     answers,response, to all of NAF & 36th dist,ct.'s 9 cases on time,which plaintiff written appearance stated objections based on NAF lack of jurisdiction over parties,federal constitutional laws matters.Herman Kelly filed his appeal to the federal district court from NAF &  36th dist, ct,detroit cases.All defendants have full knowledge of this fact. see.   ex. .. B

An appearance may be expressly made by formal written or oral declaration, or record entry .see... appearance 4 am, jur,2d &l.

normally party 's appearance in action involves some presentation or submission to court ,however since judgments by default are disfavored ,court usually will try to find that there has been appearance by defendant.see..Franchise holding ll,LLC vs. Huntington restaurants group, Inc. 375,f, 3d. C .A. 9,Ariz,2004

Although appearnce in action typically involves presentation or submission to court defaulting party has appeared for fed, R .Civ, P,rule 55 purpose if it has indicated to moving party clear pourpose to defend suit. see.. Key bank vs. Tablecloth textile Co, 1996, cal, Me,74,F, 3d , 349.

4.     Plaintiff was never serve with any  summon of mbna bank,and plaintiff Herman Kelly never sign for summon,no written acknowledgement to summon.However plaintiff filed his objections to 9        awards. NAF 's awards are void,illegal fraud,cancelled,with 36th dist.court.

All mbna bank 's       evidences exhibits dated; Dec 5,2006 should be suppress omitted from cases in this federal district court. MBNA sent their summons to the wrong address for purpose  of delay.

District court is not required  to hold a hearing or oral argument before ruling on a  motion, see... Jacobs vs.Lanterman development center C A,9, caL. 2003,64 fed, appx,98,2003 , WL, 21153470.  Tomar electronics ,Inc, vs,whelen technologies,inc, D .ariz,1992,819,f,supp,871.25 uspq, 2d,1464.

P.2

Void   Judgments   menorandum   of   laws
--------------------------------------------

even with  full jurisdiction over the parties , no court can
render a valid  judgment unless it   also has jurisdiction over
the subject matter of the litigation or cause of action.see..
editorial  photocolor  archives, inc.   vs.  Granger Collection
463, N.E. 2d. 365, 61, N.Y. 2d. 517, 474, N.Y. S. 2d. 964.

A judgment is  wholly void in case where the subject matter
is withheld from  the jurisdiction of the  particular court.
        or is placed within the  exclusive  jurisdiction depends
on a  statute which  was  repealed before suit .see...
49 C,J.S. & 18  judgment.... Board of com, 'rs, of crawford
county,  vs.  Radley, 8, P. 2d. 386, 134, Kan. 704.

A  judgment  must be definitive. By this is meant that the
decision itself must purport to decide  finally the rights of the
parties on the issue submitted, by specifically  denying or
granting  the remedy sought by the action. The  converse of
this  proposition  is also true and every definitive determination
of the rights of the parties in a proceeding before a competent
tribunal is a judgment. A judgment  which is indefinite is  void.
see.....  kosloff  vs. kosloff, 154, p.2d. 431, 67, c.a. 2d. 374.
brown  vs. color  coating  inc, app. s.d. 867,s.w. 2d. 242.

a judgment in personam is void  unless  the court has jurisdiction
of the  persons involved. The  court  must have  jurisdiction
of both  parties, that is of plaintiff or the person in whose
favor  it is  rendered and   also of defendant or the person
against whom it is  rendered. see....  In re clark 's will, 3.
N.Y.S.    2d.  364, 166, misc. 909....



judgments entered in a proceeding failing to comply  with
procedural  due  process  are void, as is  one
    entered by a court acting in a manner inconsistent with due
    process. see.....  eastern Sav. bank,   vs. city of Salem
597, N.E. 2d. 55, 33. mass. app. ct. 140.

where a court is without jurisdiction it is  generally
irregular to make any order in the      cause  except to
dismiss  the suit. see... new orleans  mail co,  vs.
flanders;     La , 79. us.130. 12. wall, 130,20, 1.ed. 249.

insofar as there had not been a final judgment on merits of
cause of action for  consequential  damages, doctrine of
res  judicata  did not   apply. see...  Jimenez  vs. Shippy
rea lty  corp. 622, N.Y.S. 2d. 983, 213, a.d. 2d.   377, ( 1995).
judgment is void and therefore subject to relief under fed.r.civ.
proc. 60 b. 4. only if court lacked jurisdiction or if court
's action  amounts to plain usurpation of    power constituting
violation of due process. see... hoult  vs. Hoult, 1995, ca. 1. mass.
57  f. 3d. 1. 41. fed, rules, evidence, serv. 783.
United States  vs. indoor cultivation equip. from, high tech,
indoor, garden supply, 1995, ca. 7, Ill. 55, f. 3d. 1311,
31. FR, serv. 3d. 832.

    a judgment must be supported by pleading, that allege applicable
legal theories and by competent evidence. A judgment not so supported
is erroneous. see... 46 am, jur. 2d. & 2. judgments...

5.    In year 1-1-     2000 and  year 1-1-2004  plaintif and defendant mbna bank agreed,contracted  that both  parties would have a set fit place location address to receive  all written communications, documents,credit  cards,loan blank checks,application,monthly  bank statement  rec eipts  :. on installnent payments and all proceds notices,advertistments ,promotions  materials.Plaintiff's  address p.o. box 14157   Detroit,Michigan 48214-0157  and mbna america bank address   in Delaware stated in contract,bank statement.see,EX..C

6.    Plaintiff 's  post office  box 14157  is located place  on *10721 E. JEFFERSON - Det Mi 4824015* where  plaintiff  Herman Kelly has been  for over 15 years,same location since with mbna bank as a customer,consumer,investor.

default  judgments  are not looked upon favorably particularly when significant          damages may be involved .see. In re arthur treacher  franchisee litigation,    1981,ED , Pa,92,frd,398. Schartner  vs.  Copeland ,1973 ,md,pa,59.frd,653,17 fr,serv.2d,916.

for  purposes  of rule  6b, governing   entry  o f default,judgment defendants appeared  in action  through.. their attorney  by filing motion for extension  of time to plead and thus  default  judgment subsequently  entered  was  void because defendants  never receive notice  and clerk  not judge  entered  the judgment.see.. Williams,  vs. Jenette, 335,s.e.2d ,191,77 N,C,app.283.judgm 103, NC,App. 1985.

7.    Plaintiff  Herman Kelly applied  for a loan and  credit  card line of  cash  credit which  are  the same transactions,contract, agreement  for installment payments with a  set fit interest rate APR. Plaintiff  signed a loan credit  card application   with  mbna bank and  their other  mergering  banks  stated in complaint  .All 6 credit cards  loans are paid infull .  see. ex D.

consumer credit protection act. , states; .. State legislation regulating consumer credit is intended to protect the consumer by informing him or her, and should be construed to effectuate that purpose. A state statute. providing that the  : . interest yield on loans repayable in unequal installments cannot be in excess of the interest yield on loans repayable in equal installments has been held not to require that the finance charge for a loan repayable in unequal  monthly installments not exceed the finance charge for a loan payable in equal monthly installments. see..17 am , jur. 2d 282 consumer protection.

Except as otherwise  provided in this section,the amount of the finance charge in connection with any consumer credit transaction shall be  determined as  the SUM of All  charges. see.. consumer credit  15 & 1605 (a ).(1)

Compund interest or services    charges levied on credit card accounts have been held  usurious  under 12 uscs & 85. National bank act.  where state law did not permit the particular interest  or service  charges involved.  see. 20 am,jur,2d. & 11. credit cards..

P. 4

8. Plaintiff request and moves,motion court for continuance of all depositions,discovery,complaint proceedings in support of objection, answering brief to defendant mbna bank 's motion to stay & motion to dismiss. MBNA bank illegal charged 27.98 APR to plaintiff's accounts.ExE.

9. Plaintiff request that mbna bank file,submit their answer on all plaintiff's written interrogatories questions,discovery deposition court should compel mbna to answer discovery and settlement offer of plaintiff as compromise in trying to resolve this case fairly.

10. Plaintiff mailed a timely objection opposition to any NAF's arbitration proceedings to mbna in year 2004,When dispute of plaintiff was being reviewed by united states comptroller of the currency in year 2004 about Feb 19,2004 defendant mbna bank had full knowledge to no arbitration litigation proceedings. So National Arbitration Forum had NO jurisdiction over plaintiff Herman Kelly and over high usury interest rates being charged by mbna bank.

11. This federal court first dismissed NAF from case/complaint as co-defendant was because national arbitration forum was without proper full jurisdiction over subject matter of complaint.Which mean all 6 awards,judgment ,orders by NAF against plaintiff are null,void,illegal cancelled and unconstitutional.

12. Plaintiff objected and opposed defendant mbna bank 's letter to judge dated April 13,2007 and defendant 's motion of defendant to stay proceeding dated April 12, 2007.These letters and motion to dismiss motion to stay are denying plaintiff 's rights to access to court , due process of law to have this court review all equal protection of laws in support of plaintiff's complaint that has merit and cause of action,claims on damages.

13. In pursuant to the fed, rule of civil proc. 42a,12f.g. 8b,c. All plaintiff's consolidated complaints,papers, motions,pleadings,evidences documents are legal proper answers,responses,objections,oppositions and part of plaintiff's answering brief against defendant mbna bank's motion to dismiss and motion to stay.All plaintiff 's objections,answers were filed on time in these litigation,settlement compromise proceedings. Double jeopardy is civil remedy in resepct to sanctions requested by Plaintiff to be issue against defendant mbna,bank, karen sullivan in pursuant to ...

Civil double jeopardy;... 28 USCS & 1927 (sanction) imposes personal liability for excess costs, expenses and attorneys's fees upon any attorney whose conduct unreasonably and vexatiously multiplies the proceedings in any case.... Galloway vs. Marvel entertainment group ,1986 sd, ny, 650,f,supp,684,6,fr,serv,3d,630 .

The duty to arbitrate is contractual and generally a court may NOT compel a party to arbitrate any claim that he or she has not agreed to submit to arbitration.see... johonson mobile homes of alabama , inc, vs. Hathcock,855,so, 2d. 1064,ala, 2003 .

The federal arbitration act, FAA require that five day written notice of the application be served on the party in default,in the manner provided by the federal rules of civil procedure.see... 9 usca & 4.

P.5

-------------------------------------------------

14.   About 1994,ten years ago Herman  Kelly invested money
in MBNA and open   different  credit cards accounts with MBNA
America  bank and with other third party banks as  to Comerica ,
A A A, Amerus,PNC,  First   Union Bank.The other  bank combined
with MBNA for  some reason I do not know, between  1994 to  2004 .
                #4800-    -1352-7400-0023

New account numbers;  4317 9572 0200   0346 ,credit cash limit(ccL)
Old account  numbers;
$7 ,500.00  based  on agreed   contract agreement.signed.

New # 4264-2906-5000-1423,OLD #4313020340001611,(ccL) $ 7, 000.00

New  #4313-0402-1201-4211,  OLD # 4428692130007784,(ccL) $ 1,500.00

New  # 4264-2984-2105-6519, OLD. # 4340590200180439(ccL) $9,500.00

New  # 4313-0277-0703-0919, OlD, # 438 7292150624 219,comerica  bank
(ccL) $5,000.00   attached to my  personal checking
account  # 6812398698. about  15 years business   investorformer
  employee/worker  parttime  security with  Comerica bank,in Mich.
    also   some of my payroll  checks was   deposited,cashed at
     Comerica  bank over $ 2 0,000  dollars.

15.        Sometime  between my investment  venture time period
           starting arounded Dec 31, 1994   to our present date
Feb 23, 2004 with MBNA  America  bank and their  other banks as   to
Come rica bank  aaccount  # 4387292150624219 & my comerica
checking account # 6812398698 and former   comerica employee
paytoll account .. That is attached to my  credit  card and limit of
credit   account  attached to my    personal  che cking account.
AA A A # 53 29 0581 1100 692 1   ,  4428692130007784 Amerus bank.
First Union bank   # 4340590200180439, PNC   bank# 5468372500089377.

16.     Someone or person named  Stewart  (mr.) at  MBNA  without
my  written permission  or  consent and  without given  me a
advance 30 day  notice  of  his transaction conducts took all
of  my  available   cash credit as agreed to  MBNA & my agreement
signed by both  parties,(attached ),letter of credit approved by
banks 's presidents Paul Muller III, Patrick J.  Reily,
David  Nelms, S.N.  Merkouris,Michael J.  Tierney,Anne Hogan,
Earle  Charles,Ted  Gambill, Margaret   Boone,Mark  Sullivan,.
Mr. Joel   Stewart had no  rights  or  proper  authority t o
breach  any of the  other  president and  Herman  Kelly contract
wit hout our permission and  agreed  to by laws of  U S  A.
constitutions.Herman Kelly paid $27,366.45 to MBNA America bank
in 2004,in full .

Small loan acts states;.. Even though the act may not make express
provision in this regard,it  is generally held that if interest
at a rate in excess of that authorized by the act  is charged the
loan contract and all papers connected with it are void and
neither the lender nor any   assignee of of his interest under
the contract is  entitled to collect or receive any principal
interest or other charges whatso ever purported to be imposed
by the  loan contract.see.. 53 a, am,  jur, 2d. & 46,monrylenders.

It is unfair practice for a creditor to  levy or collect any
delinquency charge on a payment,which payment is otherwise a full
payment for the applicable period and is pa id  on its due date
or within a grace  period. see,, 54A am, jur. 2d.& 1219 monopolies.
Unfair credit practices...Federal  trade  commission.16 CFR &441.4

P. 6

1
2             Motion to Dismiss/menorandum  of laws
3      ------------------------------------------------
4      motion to dismiss for failure to state a claim should not be
       granted unless it is clear that plaintiff would  not be entitled
5      to recover under  any stated  facts which could be  proved in
6      support of his claim . see... donovan  vs, American leader
       newspaper, Inc, D.C.       Fla. 1981, 524, f, supp.   1144...
7
8      action is not to be     dismissed unless it appears beyond
       doubt that plaintiff  has alleged no set of facts on which he
9      would  be entitled  to relief. see... B.J. Liquors, Inc,  vs.
       American   Nat. Bank, and  Trust Co, of South  Bend, D.C.Ind,
10     1983, 29 , B.R. 1011...

11     motion to dismiss for failure to state claim upon which  relief
       can be  granted should not  be granted  when material allegations
12     of complaint  taken in their most  favorable  light are  legally
13     sufficient to support claim. see... In Re  M R T, Industries
       Inc, BKRTCY, N.Y. 1983, 29 B.R. 861...

14     purpose of a motion to dismiss under rule 12 b, 6 is to assess
15     the legal feasibility of the complaint, not to weigh the evidence
       which the plaintiff  offers or intend to offer, motion should
16     not be granted on ground that possibility of ultimate recovery
17     is remote  . see.... schieffin & Co, vs. Jack, Co, of Boca, Inc,
       SDNY, 1989, 725, f, supp, 1314...

18     motion to dismiss for failure to state a claim is not
19     favored and should rarely be granted resolution on merits being
       preferred to      disposition on technical  grounds of failure to
20     state a claim. see.... airline Car Rental, Inc, vs, Shreveport
       Aitport Authority, W.D. La, 1986. 667, f, supp, 293...

21     on motion to dismiss for failure to state claim court must accept
22     as true facts alleged in complaint, together with reasonable
       inferences therefrom and determine whether on those assumptions
23     plaintiff has right to legal relief. see... Bane  vs, Ferguson
       C.A. 7, Ill. 1989, 890, f, 2d,  11.

24     pro, se complaints must be held to less stringent      standards
25     than pleading  drafted by lawyers. see... federal Nat. Mortg,
       Ass'm vs,  Cobb, N.D. Ind, 1990, 738, f, supp. 1220...

26     in considering  motion to dismiss for failure to state claim
27     upon  which relief can be granted court must accept all facts
       well pleaded in the complaint as true and inspect them in light
28     most favorable to the plaintiff. see... mathis  vs. indemnity,
       Ins, Co, of north America, D.C. Miss, 1983, 588, f. supp. 489

                                   P.7



Consumer Response Center

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

November 19, 2004

Herman Kelly
PO Box 14157
Detroit, MI 48214

Re: FTC Ref. No. 5266034

Dear Mr. Herman Kelly:

The Federal Trade Commission does not have jurisdiction over banks or credit cards that are issued by banks. You should decide what kind of bank you were dealing with and file your complaint with the appropriate bank regulatory agency:

1. If the bank has the word National or the letters N.A. in its title, the complaint should be sent to Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3710, Houston TX 77010, 1 (800) 613-6743.

2. A complaint about a state-chartered bank that is a member of the Federal Reserve System should be sent to the Board of Governors of the Federal Reserve System, Director, Division of Consumer and Community Affairs, Washington, D.C. 20551, (202) 452-3693.

3. Complaints regarding state-chartered, federally insured banks that are not members of the Federal Reserve System should be sent to the Office of Bank Customer Affairs, Federal Deposit Insurance Corporation, Washington, D.C. 20429, 1 (800) 934-3342.

4. Complaints about federal-chartered savings banks should be sent to the Office of Thrift Supervision, Division of Consumer Affairs, Washington, DC 20552, 1 (800) 842-6929.

We regret that we are unable to be of direct assistance to you in this instance.

Sincerely yours,

Consumer Response Center

Enclosures:
1. Fair Debt Collection (CRE-18)

Here's how some different methods of calculating finance charges affect the cost of credit:

| | Average Daily Balance (including new purchases) | Average Daily Balance (excluding new purchases) |
|---|---|---|
| Monthly rate | 1 1/2% | 1 1/2% |
| APR | 18% | 18% |
| Previous Balance | $400 | $400 |
| New Purchases | $50 on 18th day | $50 on 18th day |
| Payments | $300 on 15th day (new balance = $100) | $300 on 15th day (new balance = $100) |
| Average Daily Balance | $270 * | $250 ** |
| Finance Charge | $4.05 (1 1/2% x $270) | $3.75 (1 1/2% x $250) |

\* To figure average daily balance (including new purchases):

$$\frac{(\$400 \times 15 \text{ days}) + (\$100 \times 3 \text{ days}) + (\$150 \times 12 \text{ days})}{30 \text{ days}} = \$270$$

\*\* To figure average daily balance (excluding new purchases):

$$\frac{(\$400 \times 15 \text{ days}) + (\$100 \times 15 \text{ days})}{30 \text{ days}} = \$250$$

| | Adjusted Balance | Previous Balance |
|---|---|---|
| Monthly rate | 1 1/2% | 1 1/2% |
| APR | 18% | 18% |
| Previous Balance | $400 | $400 |
| Payments | $300 | $300 |
| Average Daily Balance | N/A | N/A |
| Finance Charge | $1.50 (1 1/2% x $100) | $6.00 (1 1/2% x $400) |

10

Federal Trade Commission
Washington, DC 20580

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST CLASS MAIL
POSTAGE & FEES PAID
Federal Trade Commission
Permit G-62

To help avoid finance charges, follow the issuer's mailing instructions. Payments sent to the wrong address could delay crediting your account for up to five days. If you misplace your payment envelope, look for the payment address on your billing statement or call the issuer.

**Refunds of Credit Balances.** When you make return or pay more than the total balance at . present, you can keep the credit on your accou... or write your issuer for a refund — if it's more than a dollar. A refund must be issued within seven business days of receiving your request... a credit stays on your account for more than si... months, the issuer must make a good faith effo... to send you a refund.

**Errors on Your Bill.** Issuers must follow rules for promptly correcting billing errors. You'll get a statement outlining these rules when you open an account and at least once a year. In fac... many issuers include a summary of these right... on your bills.

If you find a mistake on your bill, you can dispute the charge and withhold payment on th... amount while the charge is being investigated. The error might be a charge for the wrong amount, for something you didn't accept, or fo... an item that wasn't delivered as agreed. Of course, you still have to pay any part of the bil... that's not in dispute, including finance and oth... charges.

If you decide to dispute a charge:
• Write to the creditor at the address indi- cated on your statement for "billing inqui- ies." Include your name, address, accoun... number, and a description of the error.

6



Comptroller of the Currency
Administrator of National Banks

December 23, 2004

Herman Kelly
P.O. Box 14157
Detroit MI 48214

Re: Case# 480980
    MBNA AMERICA BANK, NATIONAL ASSOCIATION

Dear Mr. Kelly:

The Office of the Comptroller of the Currency (OCC) is responding to your letter regarding the above-mentioned bank. In your correspondence you complain of the bank acquiring your accounts and the balances due on your accounts.

We have contacted the bank again on your behalf. The bank advised that out of the six accounts you have with them only account ending 1423 was opened by MBNA on November 15, 1994. The other five were converted to MBNA from other banks. The bank has researched all the accounts in question and has no record of any settlement agreement to pay the outstanding balances. Therefore, the bank has referred your accounts to outside counsel, Wolpoff and Abramson. Since the bank no longer is servicing your accounts you may contact Wolpoff and Abramson directly at 1-800-365-6584 to further discuss this matter.

Should you continue to dispute the balance on your accounts, please provide the specific information regarding each account and any documentation to substantiate your claim for further review by the bank.

Regulation Z (12 C.F.R 226), The Truth in Lending Act, establishes your rights and obligations in the event of a billing error on your credit card account. In order to protect your rights under Section 226.13 you must dispute any incorrect entries on your statement within 60 days of the date the bank sent the first statement where they appear, or, in the case of a missing credit, where they should appear. If you are disputing a statement that you did not receive, then your dispute is for the full balance owing on that statement. Your dispute must be in writing and must be sent to the address following the caption, Send Billing Inquiries To: found on your monthly statement.

December 23, 2004
Herman Kelly
Page 2

The bank must acknowledge your dispute within 30 days. The bank must correct any errors or explain to you in writing why it feels the entries are correct within 90 days or within two complete billing cycles. During this time, the bank may neither attempt to collect on any portion of the disputed amount nor report these amounts as delinquent to a credit bureau. The bank may, however, give you provisional credit and extend the time it has to research your dispute. The bank can then remove the credit from your account if it determines that there is no error.

If the bank fails to abide by these requirements, it forfeits its right to collect up to $50.00 of the amount indicated to be a billing error and any finance or late charges. If the bank gave provisional credit for the entire amount in dispute and all finance and late charges, the $50.00 forfeiture does not apply.

You may request the bank to forfeit up to $50.00 of the disputed amount if you have evidence that you notified the bank of your billing error in writing and to the proper address, and the bank failed to place the amount in question in a dispute status or notify you why the entry was correct within the required time frame.

If you fail to comply with the timing described above, or do not write the bank at the correct address, you may forfeit your rights under this law.

You can obtain a free copy of Regulation Z (12 C.F.R. 226), from the nearest Federal Reserve Bank.

We trust this is responsive to your complaint. If we can assist you in the future, please do not hesitate to contact our office.

Sincerely,

Melinda L. Goodnight

Melinda L. Goodnight
Complaint Operations Manager

**MBNA AMERICA**

www.mbnanetaccess.com

**CARDHOLDER SINCE 1996**

| ACCOUNT NUMBER | 4800 1352 7400 0023 |
|---|---|
| PAYMENT DUE DATE | 09/13/04 |
| NEW BALANCE TOTAL | $2,528.75 |
| TOTAL MINIMUM PAYMENT DUE | $75.00 |
| AMOUNT ENCLOSED | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

B

Make check payable to:

MBNA AMERICA
P.O. BOX 15288
WILMINGTON, DE 19886-5288

For account information call 1-800-626-2556
Print change of address or new telephone number below

Address

City          State          Zip
(   )              (   )
Home phone          Work phone

HERMAN KELLY
P O BOX 14157
DETROIT    MI   48214-015757

12   0025287500007500000480013527400023

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4800 1352 7400 0023 | $3,700.00 | | 30 | 08/13/04 | $75.00 | 09/13/04 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|
| | | | | | AUGUST 2004 STATEMENT | | | |

**PAYMENTS AND CREDITS**

| 07/30 | 2229 | VS | PAYMENT - THANK YOU | | 29.44 CR |
|---|---|---|---|---|---|
| 08/09 | 5361 | VS | PAYMENT - THANK YOU | | 50.00 CR |
| | | | TOTAL FOR BILLING CYCLE FROM 07/15/2004 THROUGH 08/13/2004 | $0.00 | $79.44 CR |

---

**IMPORTANT NEWS**

RADIOSHACK IS THE NATION'S MOST TRUSTED ELECTRONICS SPECIALTY RETAILER. VISIT ONE OF 7000 STORES NATIONWIDE FOR ALL OF YOUR ELECTRONICS NEEDS.

---

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $2,549.44 | $79.44 | $0.00 | $0.00 | $58.75 | $0.00 | $2,528.75 |

**TOTAL MINIMUM PAYMENT DUE**

| Past Due Amount | $0.00 |
|---|---|
| Current Payment | $75.00 |
| Total Minimum Payment Due | $75.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.076657% DLY | 27.98% | $0.00 |
| B. ATM, BANK | 0.076657% DLY | 27.98% | $0.00 |
| C. PURCHASES | 0.076657% DLY | 27.98% | $0.00 |
| D OTHER BALANCES | 0.076657% DLY | 27.98% | $2,554.83 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE.................. 27.98%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-626-2556.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15288, WILMINGTON, DE 19886-5288 .
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

1955   555   255 0200 0000 00
4800 1352 7400 0023          PAGE 1 OF 1

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

FROM :                                                    2004.03-10    11:23    #969 P.02/05



www.MBNA.com

MBNA America Bank. N.A.
Wilmington, Delaware 19884

(302) 453-9930    February 19, 2004

       Herman Kelly
       P. O. Box 14157
       Detroit, MI  48214

    Re:    4264 2906 5000 1423
            4800 1352 7400 0023
            5329 0581 1100 6921
            4313 0402 1201 4211
            4313 0277 0703 0919
            4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience.  Please contact me directly at (800) 441-7048, extension 78069.  I am available Monday through Friday from 8 a.m. until 5 p.m. (EST).  Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

*H.K. paid # 27,366.45 to MBNA*
*accounts paid in full*



**GO FOR IT** now

**Your credit card is welcome just about everywhere around town, around the world and on-line. And, you can use the attached checks wherever personal checks are accepted!**

Herman Kelly
PO Box 14157
Detroit MI 48214-0157

MBNA AMERICA                2990

Date _____          62-16
                      ―――
                       311

PAY TO THE
ORDER OF _____ $ _____

_____ **DOLLARS**

MBNA America
Wilmington, Delaware

FOR _____    _____

⑈031100160⑈ 20340001611‖622990

Herman Kelly
PO Box 14157
Detroit MI 48214-0157

MBNA AMERICA                2991

Date _____          62-16
                      ―――
                       311

PAY TO THE
ORDER OF _____ $ _____

_____ **DOLLARS**

MBNA America
Wilmington, Delaware

FOR _____    _____

⑈031100160⑈ 20340001611‖622991

( Conclusion & Relief )

17.        Plaintiff Herman Kelly request this court to issue a injunction order that MBNA defendants will not interference with Mr. Kelly 's life, professions, skills, jobs, family and will not buy none of plaintiff 's other future credit accounts to stop him from refinace of this debts, no where in the world to cause more damages or harm.

18.        Therefore plaintiff would like to be part of MBNA banking as a fair settlement compromise without any problems. Any denying of this complaint shall be review by the United States Supreme court for considerations and the US A government for unfair banking . There is no other remedy at law on this matter ....The attached menorandum of laws will support this request/motions and complaint, settlement/compromise. Prayer to god and this court, deny defendant's motion to dismiss. Dated Dec5,&4,2006 by Sua Sponte court.

    state of michigan
    wayne county
    dated;
    april 19, 2007

                    Respectfully Submitted

                    Herman Kelly,plaintiff
                    p.o. box 14157
                    Detroit, Michigan 48214-0157

                    313-894-8855

                    Herman Kelly, pro, se

    "Affirmation "
    Proof and certificate of service
    --------------------------------

Plaintiff Herman Kelly, pro, se he reby certified that a true and correct copy of this motion request that defendant mbna pay all court's costs,fees , and plaintiff 's expenses of $10,000 dollars, was mailed to defendants by first class USA mail pre-paid postage at P.O. box 2054 karen sullivan Wilmington, Delaware 19899- 2054 . Also plaintiff 's motion to join reinstate W & A as co-defendant, at po box 2323 Wilmington,DE.19899-2323,
po box 25130 wilmington
De.19899.

                    Herman Kelly, plaintiff

P.8



Herman Kelly, pro se
P.O. Box 14157
Detroit, Michigan 49814-0157

Clerk of Court Office
Civil Division X-ray-X
United State Federal District
Court - N. King Street - Lock Box 18
Wilmington, De. 19801-3570

U.S. POSTAGE
PAID
DETROIT, MI
48206
APR 20 '07
AMOUNT
$1.59
0004107Z-12

UNITED STATES
POSTAL SERVICE
0000      19801