In The United States Federal District Court
For the district of Wilmington, Delaware

Herman Kelly,pro,se                    Case;# 1-06-cv-228JJF
          plaintiff                    (notice/affirmation )
vs.

MBNA America bank,et,al
          defendants
-------------------------/

```
                    FILED
                  APR 26 2007
              U.S. DISTRICT COURT
              DISTRICT OF DELAWARE
```

" Plaintiff 's Contract/Agreement in support and objection to
defendant mbna bank's motion to dismiss / motion to stay
proceedings." FRCP 10c,9d, 12f.          (attached exhibits ).
-----------------------------------------------------------------
                Statement of Facts & Claims
                **************************

1. Herein attached is a copy of parties Herman Kelly,pro,se
plaintiff and defendant mbna america bank's contract agreement
that will support   complaint,plaintiff's motion to strike answer
brief and all     evidences, documentation filed in this court
that had and have full jurisdiction over mbna bank & plaintiff
prior   to NAF national arbitration forum's proceedings and the
36th district circuit court of detroit ,michigan's proceedings.
Page.. 9      of contract stated and showed that plaintiff Kelly
Herman could appeal,reject,oppose object to any NAF's litigations
proceedings.Karen V. Sullivan has misformed this court by fraud.
see.. E x. A .



2. Plaintiff mailed his written letter requesting and objecting
to NO NAF ,proceedings.Plaintiff also filed evidences showing that
other staff employees of MBNA bank had full knowledge to no NAF's
litigation that was filed,mailed on time.Plaintiff again object to
national arbitration forum's proceedings ,jurisdiction over matters.
Page... 4      stated mail objection to mbna 's address,and
plaintiff did follow directions of contract agreement. see,Ex.B . .

3. Plaintiff filed his disputes,grievances against mbna bank
defendant with the United States Comptroller of Currency office
to review plaintiff's charges,misconducts of defendant mbna bank
on fraud, extortion, discrimination,accounting audit,harassment,
racketeer influenced corrupt organization(RICO.)mbna charging high
illegal interest to plaintiff,defendant refused to refund money
back to plaintiff on all over payments.All plaintiff's loans credit
cards are paid in full.Defendant mbna bank refused  to tell inform
this court and to us comptroller of currency on how much money
plaintiff paid bank in full as a  total amount on all 6 acco unts.
see...ex. C. On March 11,2004 mbna  bank and plaintiff 's complaint
was  pending in the     federal jurisdiction of  office of the
USA comptroller of the currency... ex. C .

P. 1

4.    During parties plaintiff and defendant mbna bank's settlement litigation proceedings  trying to resolve  compromise  the accounting audit problems  under the  full jurisdiction of the us comptroller of currency in pursuant  to; 15 USCA  & 1607. MBNA bank's  other staff members employees started retaliation against plaintiff   by filing 9 complaints against plaintiff Herman Kelly, without given notice to plaintiff of  mbna bank /NAF proceedings until after NAF grant their illegal.void , null, cancelled awards. National arbitration forum had  no jurisdiction over plaintiff Herman Kelly and  had   no jurisdiction over United States comptroller of currency.MBNA bank misconduct was a abuse of process,proceeds,double jeopardy, and was breach of contract agreement, and  extortion.

5.  Plaintiff contract agreement page..  9 stated  that all legal court litigation proceedings would be        filed in state  of Delaware against mbna bank defendant, and  the other two defendants.see.. Ex    A .

6.    Plaintiff transferred,changed,appealed his venue of     complaint to this federal court 's jurisdiction to review,disputes,these defendants misconducts and  plaintiff's  complaint cause  of action, and claims.Defendant mbna bank 9 cases filed against plaintiff are barred.This complaint  was filed first before  mbna bank's 9 cases with NAF , and 36th dis, cir, ct,  in detroit, which were going on at the same time this case was pending with  jurisdiction on usury interest discrimination, ect.    charges  against mbna bank. see.Ex.D & Ex.A.

7.    Page.   5 and 6                of contract agreement stated that plaintiff's  set  fit APR interest rate would be the lowest rate  at 5 %  charge to plaintiff's loan credit accounts.MBNA bank charged plaintiff 27 %   A PR  without his  written permission consent.Plaintiff    object oppose mbna bank  charging this illegal APR. The united states federal trade  commission  office informed plaintiff that the maximum APR is 18 %   that mbna bank could  charge plaintiff. see.  ex.  E.

8.   Plaintiff has tryed to settle this matter  complaint with  karen sullivan and she refuse to settle  and refuse to answer plaintiff's written  settlement proposal. motion for settlement. Mrs. Sullivan has not     inform the mbna bank of plaintiff's settlement offers. Karen Sullivan is toying enticing this  civil action. Ex.F .

9.    Page  9      of contract stated  that all terms,conditions of agreement    are under the jurisdiction of the federal laws,courts. see.  ex.  A.

## What We May Do If You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorizations at any time must not be more than your credit limit. If you attempt a transaction which results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may: (1) permit the transaction without raising your credit limit; (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due; or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused. If we refuse to permit a Check Cash Advance or Balance Transfer, we may do so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused, that there are insufficient funds to pay the Check Cash Advance or Balance Transfer, or in any other manner.

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit, we may charge an Overlimit Fee as provided in this Agreement.

## Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.

## You Must Notify Us When You Change Your Address

We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

## What Law Applies

This Agreement is made in Delaware and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

## The Provisions of This Agreement are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

## Our Rights Continue

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

## Arbitration and Litigation

This Arbitration and Litigation provision applies to you unless you were given the opportunity to reject the Arbitration and Litigation provisions and you did so reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including

9

this account, when used in the sections entitled, *We Ma*
*Monitor and Record Telephone Calls*, and *Arbitration and Litigat*
and when used in each of the sections relating to payme
this account (*Your Promise to Pay*, and *How We Allocate Your*
*Payments*, for example).

"We," "us," "our" and "MBNA America" mean MBNA
America Bank, N.A.

"Card" means all the credit cards we issue to you and t
any other person with authorization for use on this accou
pursuant to this Agreement.



"Access check" means an access check we provide to yo
make a Check Cash Advance on your account.

If we use a capitalized term in this document but we dc
define the term in this document, the term has the meani
given in the Required Federal Disclosures or the Initial
Disclosure, or as used in your monthly statement.

We use section headings (such as, *Words Used Often in This*
*Agreement*) to organize this Agreement. The actual terms of thi
Agreement are in the sentences that follow and not the headir

## Sign Your Card

You should sign your card before you use it.

## We May Monitor and Record Telephone Cal

You consent to and authorize MBNA America, any of its
affiliates, or its marketing associates to monitor and/or recc
any of your telephone conversations with our representative
or the representatives of any of those companies.

## Credit Reporting Agencies

You authorize MBNA America to collect information about
you, including credit reports from consumer reporting agencie

If you believe we have furnished inaccurate or incomplete
information about you or your account to a credit reporting
agency, write us at: MBNA, Credit Reporting Agencies, P.O.
Box 17054, Wilmington, DE 19884-7054. Please include your
name, address, home phone number, and account number,
and explain what you believe is inaccurate or incomplete.

## How to Use Your Account

You may obtain credit in the form of Purchases and Cash
Advances by using cards, access checks, your account number
or other credit devices. Please refer to your Required Federal
Disclosures or Initial Disclosure to determine what transactions
constitute Purchases and Cash Advances and how you may
obtain them.

## Transaction Date for Certain Cash Advances

The transaction date for Check Cash Advances and Balance
Transfers done by check is the date you or the person to
whom the check is made payable first deposits or cashes the
check. The transaction date for a returned payment (a Bank
Cash Advance) is the date that the corresponding payment
posted to your account.

## Purposes for Using Your Account

You may use your account for personal, family, or household
purposes. You may not use your account for business or
commercial purposes. You may not use a Check Cash
Advance, or any other Cash Advance, to make a payment on
this or any other credit account with us. You may not use or
permit your account to be used to make any illegal transaction



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930

March 11, 2004

Office of the Comptroller of the Currency
1301 McKinney Street Suite 3710
Houston, TX 77010

Re: Herman Kelly / File No. 474989

Dear Sir or Madam:

This letter is in response to the correspondence forwarded by your office regarding Mr. Kelly's accounts with MBNA America.

Please be advised that we have attempted to contact Mr. Kelly on two separate occasions to resolve this issue. Enclosed are copies of our first two responses to Mr. Kelly. MBNA is willing to reconsider reopening Mr. Kelly's accounts; however, we need to speak with Mr. Kelly or receive his response to the enclosed letter. As indicated in our previous letters, we need additional information to be able to determine if we can accommodate Mr. Kelly's request to reopen his accounts.

If you have any questions or concerns, please contact me directly at (800) 441-7048, extension 78069.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

c: Herman Kelly

Enclosure(s)



Comptroller of the Currency
Administrator of National Banks

---

December 23, 2004

Herman Kelly
P.O. Box 14157
Detroit MI 48214

Re: Case# 480980
    MBNA AMERICA BANK, NATIONAL ASSOCIATION

Dear Mr. Kelly:

The Office of the Comptroller of the Currency (OCC) is responding to your letter regarding the above-mentioned bank. In your correspondence you complain of the bank acquiring your accounts and the balances due on your accounts.

We have contacted the bank again on your behalf. The bank advised that out of the six accounts you have with them only account ending 1423 was opened by MBNA on November 15, 1994. The other five were converted to MBNA from other banks. The bank has researched all the accounts in question and has no record of any settlement agreement to pay the outstanding balances. Therefore, the bank has referred your accounts to outside counsel, Wolpoff and Abramson. Since the bank no longer is servicing your accounts you may contact Wolpoff and Abramson directly at 1-800-365-6584 to further discuss this matter.

Should you continue to dispute the balance on your accounts, please provide the specific information regarding each account and any documentation to substantiate your claim for further review by the bank.

Regulation Z (12 C.F.R 226), The Truth in Lending Act, establishes your rights and obligations in the event of a billing error on your credit card account. In order to protect your rights under Section 226.13 you must dispute any incorrect entries on your statement within 60 days of the date the bank sent the first statement where they appear, or, in the case of a missing credit, where they should appear. If you are disputing a statement that you did not receive, then your dispute is for the full balance owing on that statement. Your dispute must be in writing and must be sent to the address following the caption, Send Billing Inquiries To: found on your monthly statement.

---

December 23, 2004
Herman Kelly
Page 2

The bank must acknowledge your dispute within 30 days.  The bank must correct any errors or explain to you in writing why it feels the entries are correct within 90 days or within two complete billing cycles.  During this time, the bank may neither attempt to collect on any portion of the disputed amount nor report these amounts as delinquent to a credit bureau.  The bank may, however, give you provisional credit and extend the time it has to research your dispute.  The bank can then remove the credit from your account if it determines that there is no error.

If the bank fails to abide by these requirements, it forfeits its right to collect up to $50.00 of the amount indicated to be a billing error and any finance or late charges.  If the bank gave provisional credit for the entire amount in dispute and all finance and late charges, the $50.00 forfeiture does not apply.

You may request the bank to forfeit up to $50.00 of the disputed amount if you have evidence that you notified the bank of your billing error in writing and to the proper address, and the bank failed to place the amount in question in a dispute status or notify you why the entry was correct within the required time frame.

If you fail to comply with the timing described above, or do not write the bank at the correct address, you may forfeit your rights under this law.

You can obtain a free copy of Regulation Z (12 C.F.R. 226), from the nearest Federal Reserve Bank.

We trust this is responsive to your complaint.  If we can assist you in the future, please do not hesitate to contact our office.

Sincerely,

Melinda L. Goodnight
Complaint Operations Manager

---

In The State of Michigan 36th judicial district court

MBNA America bank,na
    plaintiff

vs.

Herman Kelly,pro,se
    defendant

------------------------/

36th DISTRICT COURT
CIVIL DIVISION MAIL

REC'D    MAR 2 1 2007

Case# 05 13701 6 GC
civil division;
(notice/affidavit)
05147610
05140139GC

" Defendant's Notice Of Appeal and Direction/Designation
To the Clerk of court. "

------------------------------------------------------------

1. Herman Kelly,pro,se defendant file/submit his notice of
appeal in this lower court.Defendant hereby appeal this
court's order judgment denying defendant's motion to dismiss ,
countercomplaint,motion for discovery.This aboved case court's
order are illegal,void,cancelled and without jurisdiction.

2. Defendant appeal this case to the united states federal
court of Delaware case # 06-228-JJF,civil... Herman Kelly
vs.mbna america bank,national arbitration forum,wolpoff &abramson
at;844 N.king St.lockbox 18 Wilmington,Delaware 19801-3570
also to the united states supreme court in washington,D .C ,to
review these court's proceedings and court's order which are in
violation of defendant's usa constitutional rights of access
to court,equal protection of law ,double jeopary,rights to jury
trial,rights to discovery,ect..Defendant has paid all his credit
loan accounts in full, and do not owe plaintiff MBNA no
money.

3. Defendant also file his direction and designation to the
clerk of court that all records on appeal,complaint,court's
order,documents will be forward,sent to aboved federal district
court and copies sent to defendant's correct address below. Clerk
of court shall not omit no parts of records on appeal.

State of Michigan
county,wayne DATED:

March 20, 2007

respectfully submitted
Herman Kelly,pro,se
p.o.box 14157
Detroit,Michigan48214-0157
313-894-8855

Herman Kelly,defendant

Proof and certificate of Service
*********************************

Defendant Herman Kelly,pro,se undersigned hereby certifies that a
true and correct copy of this notice of appeal,direction &
designation to the clerk of court was served mailed by first class
usa mail pre-paid postage on this date to plaintiff MBNA at
wolpoff & Abramson,llp c/o Kathy Christian 39500 high pointe blvd
suite 250,Novi ,Mich 48375 and Karen V.Sullivan 1220 market street
suite 710 oberly jenning,rhodunda ,pobox2054,Wilmington,DE 19899.
USA federal district court for Delaware
19801-3570.

Herman Kelly,pro,se

**CATHY M. GARRETT**
WAYNE COUNTY CLERK
C.A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE., ROOM 201
DETROIT, MICHIGAN 48226

E-37

printed on recycled paper

*State of Michigan*
*Court of Appeals*
925 WEST OTTAWA STREET
P.O. BOX 30022
LANSING, MI 48909-7522

48214+0157

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157

48214+0157-57 8001

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157

UNITED STATES POSTAGE
$ 00.39°
PITNEY BOWES
02 1A
0004630910
APR 12 2007
MAILED FROM ZIP CODE 48915

UNITED STATES POSTAGE
$ 00.39°
PITNEY BOWES
02 1M
0004501311
MAILED FROM ZIP CODE 48226

## Persons Using Your Account

If you permit any person to use your card, access checks, account number, or other credit device with the authorization to obtain credit on your account, you may be liable for all transactions made by that person including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

## How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

## You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person that presented it to us for payment, without in either case waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Your Promise to Pay

You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge against your account.

## Payments on Your Account

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment Due. If you overpay or if there is a credit balance on your account, we will not pay interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

## When Your Payment Will Be Credited to Your Account

We credit payments as of the date received, if the payment is: (1) received by 2 p.m. (Eastern Time); (2) received at the address shown in the upper left-hand corner of the front of your monthly statement; (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

## How We Allocate Your Payments

We will allocate your payments in the manner we determine.

5

In most instances, we will allocate your payments to balanc (including new transactions) with lower APRs before balanc with higher APRs. This will result in new balances with a lower APR (e.g., those with promotional APR offers) being paid before any other existing balances.

## Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee or use the account are individually and together responsible for any total outstanding balance. We may refus to release from liability any person who is responsible to pa any total outstanding balance, until all of the cards, access checks, and other credit devices outstanding under the account have been returned to us, and any such person or persons repays us the total outstanding balance owed to us at any time under the terms of this Agreement.

## Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Paymen Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility and premium payment obligations for the optional credit insur-ance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

## When We May Require Immediate Payment

If you are in default we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the *Arbitration and Litigation* section of this Agreement, we can also require you to pay the costs we incur in any collection proceeding, as well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

## Other Payment Terms

We can accept late payments, partial payments, or payments with any restrictive writing without losing any of our rights under this Agreement. This means that no payment, including those marked with "Paid in full" or with any other restrictive words, shall operate as an account and satisfaction without the prior written approval of one of our senior officers. You may not use a postdated check, we may elect to honor it upon present-ment or return it uncredited to the person that presented it, without in either case waiting for the date shown on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, finance charges and any applicable fees will accrue on your account in accordance with this Agreement. You must resume making your Total Minimum Payment Due each month following a payment holiday.

## Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the transac-tion will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S.

6

INDIVIDUALIZED
BANKCARD
SERVICES

*David L. McGowan*
*Senior Vice President*

***Your account has an Annual Percentage Rate (APR) of 5.9% on Credit Card Access Checks and Balance Transfers through your August 1998 statement closing date!*** †

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157
IdalII.aludI..adII.dalII.amaII.IdId.aud.ldII.ll.udI.IdaI

**Your Visa® account now has a credit line of $1,500!**

Dear Herman Kelly,

What better way to take full advantage of your no annual fee Individualized BankCard Services Visa than with your increased credit line? That's right. Your Visa account ending in 4211 now has a credit line of $1,500. And, you can use this extra available credit to your benefit.

*"How?"* ...

... just use the enclosed checks to pay off higher-rate credit card or department store accounts -- consolidating old bills could make your life easier.* <u>And, with your limited-time promotional APR of 5.9% on credit card access checks and balance transfers through your statement closing date in August 1998, the savings may be significant.</u>

You could even make a check out for cash, deposit it into your personal account and use the money any way you wish.

Use your promotional APR and your new credit line to buy *more* while paying *less*. Just imagine. After consolidating bills, why not renovate a room, paint the town or take the long deserved vacation you've always wanted. Any way you choose, your Individualized BankCard Services account can help to make these types of expenses easier on your budget.

Why wait? Use the enclosed checks today to transfer other balances to this account and take advantage of your increased credit line.

Sincerely,

P.S. If you need more checks to take advantage of your 5.9% promotional APR, effective through your August 1998 statement closing date, give us a call. We'll send you more checks at no additional cost!

---

†The promotional APR offer for Balance Transfers and Check Cash Advances is 5.9% through your statement Closing Date in August 1998. Thereafter, the APR may vary and will be applied to both new and outstanding Balance Transfer and Check Cash Advance balances. The current indexed APR for Balance Transfers and Check Cash Advances is 17.4% which may vary. The APRs disclosed above are subject to amendment. However, if a minimum monthly payment is not received by the close of the first full billing cycle following its Payment Due Date, your APR for all promotional APR balances will be calculated using the Variable-Rate Information disclosed in your Credit Card Agreement (as may be amended) as of the first day of the next billing cycle. We may allocate your payments to balances (including new transactions) with lower APRs before balances with higher APRs.

# Your Low Rate Access Checks Reflect BIG Savings!



Account #: 4340590200180439

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157
|d.ll.|l.d.l.ml.lll.dllll.ml.l.l.d.l.d.lll.lm.ll.ll.l



Dear Herman Kelly:

First Union understands that saving money is more important than ever.

That's why we are giving you five Access Checks with a low 5.9% rate, which you can use for anything you want. To activate this special rate, just write your checks before July 1, 1998.

With the special discounted 5.9% APR (Annual Percentage Rate), you'll save on interest, and there are no per check fees. Plus, these checks are *so convenient*:

- **Pay off other balances with high interest rates.** By transferring balances to your First Union credit card at 5.9% APR, you are saving money on purchases you have already made.

- **Write yourself a check** -- it can be cashed today. Or, you can deposit it in your checking account. Either way, you'll have cash ready when you need it.

- **Don't miss a bargain at places that do not accept credit cards** -- write a check, instead! You'll pay no cash advance fee and the low 5.9% rate saves you money.

The sooner you pay off high rate accounts, the more you'll save. So, start now! If you need more 5.9% checks, call us at 1-800-359-3862. But hurry -- this special offer is good only until your July 1998 statement.

Sincerely,

Patrick J. Reily
Vice President

**SEE THE DIFFERENCE
5.9% APR CAN MAKE!**

P.S. Write as many checks as you want, up to your available credit limit. Why not write a check today and enjoy your savings!

*The total amount of checks you write must be at least $500.
The promotional APR (Annual Percentage Rate) of 5.9% corresponds to a monthly periodic rate of .49% and will apply through your July 1998 billing cycle (see reverse side for details).

---

## Save With No Check Fees

- ●

## Consolidate High-Rate Balances

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157

**9015**

19                    66-21/530

Pay to the Order of _____    $ _____

_____ Dollars

FIRST UNION    Payable through First Union National Bank    434059 02001 80439

FOR _____



Consumer Response Center

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

November 19, 2004

Herman Kelly
PO Box 14157
Detroit, MI 48214

Re: FTC Ref. No. 5266034

Dear Mr. Herman Kelly:

The Federal Trade Commission does not have jurisdiction over banks or credit cards that are issued by banks. You should decide what kind of bank you were dealing with and file your complaint with the appropriate bank regulatory agency:

1. If the bank has the word National or the letters N.A. in its title, the complaint should be sent to Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3710, Houston TX 77010, 1 (800) 613-6743.

2. A complaint about a state-chartered bank that is a member of the Federal Reserve System should be sent to the Board of Governors of the Federal Reserve System, Director, Division of Consumer and Community Affairs, Washington, D.C. 20551, (202) 452-3693.

3. Complaints regarding state-chartered, federally insured banks that are not members of the Federal Reserve System should be sent to the Office of Bank Customer Affairs, Federal Deposit Insurance Corporation, Washington, D.C. 20429, 1 (800) 934-3342.

4. Complaints about federal-chartered savings banks should be sent to the Office of Thrift Supervision, Division of Consumer Affairs, Washington, DC 20552, 1 (800) 842-6929.

We regret that we are unable to be of direct assistance to you in this instance.

Sincerely yours,

Consumer Response Center

Enclosures:
1. Fair Debt Collection (CRE-18)

Here's how some different methods of calculating finance charges affect the cost of credit:

|  | Average Daily Balance (including new purchases) | Average Daily Balance (excluding new purchases) | Adjusted Balance | Previous Balance |
|---|---|---|---|---|
| Monthly rate | 1 1/2% | 1 1/2% | 1 1/2% | 1 1/2% |
| APR | 18% | 18% | 18% | 18% |
| Previous Balance | $400 | $400 | $400 | $400 |
| New Purchases | $50 on 18th day | $50 on 18th day |  |  |
| Payments | $300 on 15th day (new balance = $100) | $300 on 15th day (new balance = $100) | $300 | $300 |
| Average Daily Balance | $270 * | $250 ** | N/A | N/A |
| Finance Charge | $4.05 (1 1/2% x $270) | $3.75 (1 1/2% x $250) | $1.50 (1 1/2% x $100) | $6.00 (1 1/2% x $400) |

* To figure average daily balance (including new purchases):

$$\frac{(\$400 \times 15 \text{ days}) + (\$100 \times 3 \text{ days}) + (\$150 \times 12 \text{ days})}{30 \text{ days}} = \$270$$

** To figure average daily balance (excluding new purchases):

$$\frac{(\$400 \times 15 \text{ days}) + (\$100 \times 15 \text{ days})}{30 \text{ days}} = \$250$$

---

Federal Trade Commission
Washington, DC 20580

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST CLASS MAIL
POSTAGE & FEES PAID
Federal Trade Commission
Permit G-62

To help avoid finance charges, follow the issuer's mailing instructions. Payments sent to the wrong address could delay crediting your account for up to five days. If you misplace your payment envelope, look for the payment address on your billing statement or call the issuer.

**Refunds of Credit Balances.** When you make a return or pay more than the total balance at present, you can keep the credit on your account or write your issuer for a refund — if it's more than a dollar. A refund must be issued within seven business days of receiving your request. If a credit stays on your account for more than six months, the issuer must make a good faith effort to send you a refund.

**Errors on Your Bill.** Issuers must follow rules for promptly correcting billing errors. You'll get a statement outlining these rules when you open an account and at least once a year. In fact, many issuers include a summary of these rights on your bills.

If you find a mistake on your bill, you can dispute the charge and withhold payment on that amount while the charge is being investigated. The error might be a charge for the wrong amount, for something you didn't accept, or for an item that wasn't delivered as agreed. Of course, you still have to pay any part of the bill that's not in dispute, including finance and other charges.

If you decide to dispute a charge:

• Write to the creditor at the address indicated on your statement for "billing inquiries." Include your name, address, account number, and a description of the error.

The federal trade Commission has the overall power to enforce
the requirements of the truth in lending act. Federal trade
commission act. see.. 17 am , jur, 2d, &132,consumer protection.
15 usca & 1607c.

The    enforcing instrumentalities named in the statute are the
Comptroller of the Currency in the case of national banks.see..
15 usca & 1607 a,1,A .

where an annual percentage rate or finance charge was inaccrately
inaccurately disclosed ,the enforcing agency is required to
notify the creditor of the disclosure error and is authorizedto
require that the crd creditor make an adjustment to the account
of the person to whom credit was extended , to assure that the
person will not be required to pay a finance charge in excess of
that actually disclosed or the dollar equivalent of the annual
percentage rate actually       disclosed which ever is lower.
see.... 15 usca & 1607 e,1... 17 am, jur, 2d.& 134 ,consumer protection.

        Plaintiff filed his written appearances,       answers,response,
to all of NAF & 36th dist,ct.'s 9 cases on time,which plaintiff
written appearance stated objections based on NAF lack of jurisdiction
over parties,federal constitutional laws matters.Herman Kelly filed
his appeal to the federal district court from NAF & ' 36th dist,
ct,detroit cases.All defendants have full knowledge of this fact.
see.

    An appearance may be expressly made by formal written or oral
declaration, or record entry .see... appearance 4 am, jur,2d &l.

    normally party 's appearance in action involves some presentatio
or submission to court ,however since judgments by default
are disfavored ,court usually will try to find that there has
been appearance by defendant.see..Franchise holding ll,LLC vs.
Huntington restaurants group, Inc. 375,f, 3d. C .A. 9,Ariz,2004

    Although appearnce in action typically involves presentation
or submission to court defaulting party has appeared for fed,
R .Civ, P,rule 55 purpose if it has indicated to moving party
clear pourpose to defend suit. see... Key bank vs. Tablecloth
textile Co, 1996, cal, Me,74,F, 3d ,349.

        Plaintiff was never serve with any summon of mbna bank,and
plaintiff Herman Kelly never sign for summon,no written acknowledgement
to summon.However plaintiff filed his objections to 9       award
NAF 's awards are void,illegal fraud,cancelled,with 36th dist.court.

    All mbna bank 's       evidences exhibits dated; Dec 5,2006
should be suppress omitted from cases in this federal district court.
MBNA sent their summons to the wrong address for purpose of delay.

        District court is not required to hold a hearing or oral
argument before ruling on a motion, see... Jacobs vs.Lanterman
development center C A,9, caL. 2003,64 fed, appx,98,2003 ,
WL, 21153470. Tomar electronics ,Inc, vs,whelen technologies,inc,
        D .ariz,1992,819,f,supp,871.25 uspq, 2d,1464.

P. 3

contract,agreement  menorandum  of  laws  for  credit  cards/loans .
------------------------------------------------------------------

from a contractual point of view,the  bank  credit ca rd
transac tion includes three independent agreements (1) the underlying
sales contract between the merchant and the  consumer;(2) the bank-
merchant agreement and (3) tha credit card agreement  itself,which is
the contract  between the issuing bank and  the consumer and which is
usually memorialized in  the wording on  the  plastic card and in the
application  form. the issuing bank finances sales made by a
merchant to the consumer by discounting the sales slips generated
and  then collecting  payment from  the cardholder on an  installment
basis.In addition,the cardholder may  obtain a cash advance by
presenting the card to the issuing  bank for a direct      loan,which
is then  transferred  to his revolving  account.... see; 20 am,jur,2d.
&  3. credit cards...

     In the credit card agreement the cardholder authorizes the issuer
to purchase the sale slips or to make cash  advances; the cardholder
promises to pay the issuer for all credit extended ,including all
services charges generated  by a revolution of the account/...
see... 20  am, jur, 2d. & 6  credit cards.

     In  some ways it is remarkably similar to a letter of credit
and there is some case authority stating that a bank credit card
agreement is most analogous to a letter of credit transaction,such
that many principles of contract  law apply. see...20 am, jur. 2d.& 6

     credit card issuers are subject to federal and state  statutes
regulating the banking  business  generally  and credit  card
operations specifically.They are also subject to statutes of broader
applicability ,such as those  dealing with  unfair  trade  practices,
which have on occasion rendered issuers liable to card holders or groups
of cardholders  or prohibited  the collections by issuers of charges.
see.. 20 am, jur, 2d. & 9,credit cards,truth in :    lending act .

     A  cardholder is permitted to assert against the issuer all claims
and  defenses  arising out of the credit      card  trnsaction.
see... 20 am, jur, 2d. & 10 credit cards. fair credit billing act .
15  uscs  &   1666 i.

     Compound interest or service  charges levied on credit card accounts
have  been held usurious under  & 85 where state law did not permit
the particular  interest or services charges involved.see..20 am, jur,2d.
& 11 credit cards.. 12 uscs &   85 ,12 uscs & 86. ,45 am, jur, 2d
& &   308,314, et.seq. interest  and  usury

      the cardholder asserts the defense against the issuer by withholding
payments on the credit    card  account up to the  amount of credit
outstanding for the property or  services that gave rise  to the
dispute plus any finance or other  charge  imposed on that amount.The
issuer may not report the disputed amounts as delinquent.The liability
of the card issuer is limited  to the amount of credit outstanding with
respect to the  transaction at the time the   cardholder first notifies
the  issuer of the claim  or defense. see. 20 am, jur, 2d. & 62
credit cards,federal truth lending act &  and regulation Z.

                         P.4

**MBNA** AMERICA®

www.mbnanetaccess.com

**CARDHOLDER SINCE 1996**

| ACCOUNT NUMBER | |
|---|---|
| 4800 1352 7400 **0023** | |
| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| 09/13/04 | $2,528.75 |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| $75.00 | |

*DETACH TOP PORTION AND RETURN WITH PAYMENT*

B

Make check payable to:

MBNA AMERICA
P.O. BOX 15288
WILMINGTON, DE 19886-5288

For account information call 1-800-626-2556
Print change of address or new telephone number below

Address

City          State     Zip
(     )          (     )
Home phone        Work phone

HERMAN KELLY
P O BOX 14157
DETROIT    MI   48214-015757

12    0025287500007500000480013527400 0023

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4800 1352 7400 **0023** | $3,700.00 | | 30 | 08/13/04 | $75.00 | 09/13/04 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | AUGUST 2004 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|
| **PAYMENTS AND CREDITS** | | | | | | | | |
| 07/30 | | 2229 | VS | | PAYMENT - THANK YOU | | | 29.44 |
| 08/09 | | 5361 | VS | | PAYMENT - THANK YOU | | | 50.00 |
| | | | | | TOTAL FOR BILLING CYCLE FROM 07/15/2004 THROUGH 08/13/2004 | | $0.00 | $79.44 |

**IMPORTANT NEWS**

RADIOSHACK IS THE NATION'S MOST TRUSTED ELECTRONICS SPECIALTY RETAILER.
VISIT ONE OF 7000 STORES NATIONWIDE FOR ALL OF YOUR ELECTRONICS NEEDS.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $2,549.44 | $79.44 | $0.00 | $0.00 | $58.75 | $0.00 | $2,528.75 |

**TOTAL MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount ............... | $0.00 |
| Current Payment ............... | $75.00 |
| Total Minimum Payment Due ............... | $75.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.076657% DLY | 27.98% | $0.00 |
| B. ATM, BANK | 0.076657% DLY | 27.98% | $0.00 |
| C. PURCHASES | 0.076657% DLY | 27.98% | $0.00 |
| D. OTHER BALANCES | 0.076657% DLY | 27.98% | $2,554.83 |

FOR THIS BILLING PERIOD:
**ANNUAL PERCENTAGE RATE** .................... 27.98%

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

*FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY*
- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-626-2556
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15288, WILMINGTON, DE 19886-5288 .
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

1955    555    255 0200 0000 00

4800 1352 7400 0023          PAGE 1 OF 1

In The    United    States    Federal    District    Court
For    the    district    of    Wilmington,    Delaware

Herman Kelly, pro, se                    Case No.        1.06 cv 228 jjf
        plaintiff                        (notice/affidavit)

▼s.                                      

MBNA America    Bank,
National Arbitration Forum
Wolpoff  &  Abramson,llp
        defendants
--------------------------------/        " Plaintiff'amended/supplement

        request and motion for settlement compromise.
-----------------------------------------------------------------

1.    In  respect  to this court 's        order dated( July 18,2006    )
on subject of parties settlement compromise. Plaintiff hereby submit
his  2nd  proposal offer  of  settlement  with  all defenda nts.
In  pursuant to ; FRCP 12c, 28 USCS &1927,15USCA& 1692,18USCA &1962 .

2.        Herman Kelly, pro, se request $  10,000.00 dollars for
reinbursement of  expenses  costs for representing case,typing,mail,
postages, copies,ect. Plaintiff  also request court costs  amount
to be paid to court on it's own  terms conditions.Defendants will
pay   to plaintiff and Mr, Kelly shall  dismiss all claims,case and
any appeals against all defendant if  parties agree to this motion.

3.    MBNA bank  ,will correct, clear all records information filed
in  this court and the other lower circuit court in Detroit,Michigan,
government agencys. Defendants aboved  will acknowledge that all credit
loan accounts are paid infull as of this date.  As to  account
# 4264290650001423.. 4800135274000023..5329058111006921..
4313040212014211      ..  4313027707030919..4264298421056519.



 that are with mbna  america banks. Defendants will informed this
court and governments, also informed their own staff-co-workers of all
total money paid to mbna bank on all 6 account . So there would be no
misunderstanding in this      matter,Plaintiff is dealing with two
many different persons  of defendants,that could cause  misleading
problems in communications. Plaintiff do not owe  mbna bank no money.

4.    Defendants will send plaintiff copies of all  bank statements
receipts for each 6 accounts  since  1996 over 9 years of paying mbna.
If needed plaintiff request a telephone conference call with parties
or  personal meeting in person at one of defendants 's location in
Michigan  wolpoff & Abramson 39500  high pointe blvd,suite 250, Novi,
Michigan  48375- 5508  or any   near location that   legal & safe.
To go over all  bank receipt statement as a accounting audit review.
Soon as possible anytime monday thur  friday 9;00 am to 5;00 pm.
Plaintiff shall have his summary of all payments to  mbna  on a list,
film video, tape.  Plaintiff object opposed mbna motion to dismiss
amended  complaint.



In the United States Federal District court for Delaware

Herman Kelly, pro, se

case no.#1-06-cv-228JJF
notice/affidavit

    plaintiff

vs.

MBNA America Bank
Indiv. BankCard Services, et, al.
    defendants



FILED

MAR 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

/ credit cards account numbers;

#4264 2906 5000 1423
4800 1352 7 400 0023
5329 0581 1100 6921
4313 0402 1201 4211
              4264 2984 2105 6519
4313 0277 0703 0919

(Kelly's settlement/compromise proposal)

" Notice of Loan credit     balances and interests PAID IN FULL "

" Request for refund/money on all over payments " . 15 USCA &1637a,(8

----------------------------------------------------------------

1. Herman Kelly give his notice to comptroller of currency, court, and to MBNA bank, that he has now paid the loan balances amounts and legal interest in full as to his accounting audit payments on the aboved credit card accounts, covering 8 years minimum installment payments to MBNA banks to items computations, calulations herein.

2. Mr, Kelly request a total money refund of $ 27,352.84 dollars or any fair amount for all over chargesbilling payments to MBNA from Herman Kelly . That MBNA will send him all refunds money soon as possible. This notice & request is in pursuant to all apply laws and Mr. Kelly 's first contract agreements. Mr. Kelly has being paying MBNA 's banks since 1996 as a cardholder about 8 years, each month minimum payments amounts to cover all interest and loan added together one time as a set fix payment acounts.

3 . On all credit cards balance added together about $ 2/66391
and interest paid added together on all account about $ 5,702.54 . The legal statutory interest rate on APR was about between 19 % or less. MB NA charges mr. kelly about 27.98 % APR. The interest and loan amount total paid to MBNA together was about $ 57,720.00 dollars. ESt.

M r. Kelly prays to god and this honorable court to consider and review this request and to issue a order against MBNA to stop their illegal conducts of unfair banking, unfair billing, discrimination, breach of contract, ect.. Further to grant any other relief deem fair and just. Mr. Kelly is trying to settle compromise this case matter problems , errors with MBNA 's banks.

P. 1

credit cards menorandum   of  laws,
------------------------------------------------------------------

termination or withdrawal of a credit card may under certain
circumstances  violate the equal credit opportunity act 15 uscs & 1691
et, seq.  which prohibits discrimination against any applicant with
respect to any aspect of a credit  transaction,on the basis of the
applicant's membership in a  class  of persons protected by E COA,
se e.... 20 am, jur, 2d &   43 . credit cards, 20 am,jur, 2d. & 44.

there is case authority indicating that treble or punitive
damages may  be  recovered in an action for wrongful billing.
cancellation, dishonor or disclosure. Also an award of  damages for
mental and emotional  distress  has been upheld against  a bank
credit card issuer  which  displayed,. see.. 20 am,jur. 2d. & 45
credit cards...

Since  the national bank act limits the interest rate charged
by national banks to that of the home state in which the bank is
established. see... 12 uscs & 85, 45  am, jur. 2d. & 11,interest and
usury...

With respect to a  consumer loan,including a loan pursuant
to open-end credit, a  lender who is not a  supervised lender
may  contract  for and receive a finance charge not exceeding
18 %  per year. see.. 17 am, jur, 2d. &   297 consumer protection.

consumer credit protection act.  , states; .. State legislation
regulating consumer credit is intended to protect the consumer
by informing him or her, and should be construed to effectuate
that purpose. A state statute. providing that the           .
interest yield on loans repayable in unequal installments cannot
be in excess of the interest yield on loans repayable in equal
installments has been held not to require that the finance
charge for a loan repayable in unequal  monthly installments
not exceed the finance charge for a loan payable in equal
monthly installments. see..17 am , jur. 2d 282 consumer protection.

Except as otherwise  provided in this section,the amount of the
finance charge in connection with any consumer credit transaction
shall be  determined as  the SUM of All  charges. see..
consumer credit  15 & 1605 (a ).(1)

A  creditor may contract for and receive a finance charge
not exceeding that permitted in the  code.The finance charge
may not exceed the  single annual percentage  rate, designated
as  18 % per year on  the unpaid balances of the amount financed.
see...  17 am , jur, 2d. & 295 , consumer protection..
UCCC  & 2,201 (1).  UCCC  & 2.201(  2) (b).Uniform Consumer
Credit   Code.

In  some ways it is remarkably similar to a letter of credit
and there is some case authority stating that a bank credit card
agreement is most analogous to a letter of credit transaction,such
that many principles of contract  law apply. see...20 am,  jur. 2d.& 6

P. 5

Contents of   complaint/pleadings /Briefs menorandum of laws.
--------------------------------------------------------------

Federal  rules of Civil proc. 8, states;...   claim for relief
. a short and plain statement of the grounds upon which the court
jurisdiction . A shorth and plain statement of the claim showing that
the pleader is entitled to relief. Relief in the Alternative  or of
several  different  types may be demanded.

FRCP 8 e 1. each avement of a pleading shall be simple, concise
and direct no technical forms of pleading or motion are required.

FRCP 8 è,2.  the pleading is not made insufficient by the
insufficiency of one or more of the alternative statement. A party
may  also state as many separate claims as he has regards of consistency
and  whether based  on legal or an equitable  grounds or on both.

where plaintiff appeared pro, se and was unskilled in law court
must view his pleading and the applicable procedures liberally.
see... Moore  vs, Coats, Co, C.A.N.J, 1959, 270, f, 2d, 410.

Complaint drawn by pro, se litigants are held  to less stringent
standard than those drawn by legal counsel, see.. King vs, Fayette
county, DC, pa, 1981, FRD, 457. Robles, vs, Coughlin, CA,NY, 1983,
725, F, 2d, 12.

As long as defendant are on sufficient notice of nature    of claims
plaintiff has satisfied  federal pleading requirements. see... Cleland,
vs, Stadt, ND,    Ill, 1987, 670, f, supp. 814.

In as much as defendant failed to deny any of allegations of
of complaint allegations must be deemed as admitted. see... ruby, vs,
Mayer, DCNJ, 1961, 194, f, supp, 594.

The congress  finds  that economic   stabilization would  be
enhanced and the competition  among the  various financial institutions
and other firms engaged  in  the  extension of consumer credit  would
be  strengthened  by  the  informed  use  of credit.see...15 & 1601
consumer credit,commerce  and  trade.ch.   41.

unless  otherwise  agreed,once an irrevocable  credit is
established as regards  the  customer,it  can be  modified or revoked
only with  the  consent  of the customer.see... 50 am,jur,2d.  & 23
letters of credit.

With  respect to a  consumer loan,including  a  loan pursuant
to  open end  .credit a lender who is  not  a supervised lender may
contract for  and  receive  a finance  charge not  exceeding 18 %
per  year.see... 17 am jur.2d.& 297consumer  protections,Uniform
consumer  credit  code .UCCC & 2.201(2),(b).

The responsible agency shall not approve,any proposed merger
transaction which  would result in a monopoly or which would be  in
furtherance of any  combination or conspiracy to  monopolize business
of banking  in any  part  of  United States. see.12  USCS & 1828 (5)(a).
banks  and banking, 54 A, am,jur.2d.& 1219  monopolies,

Conclusion    and    Relief
---------------------------

  Plaintiff prays to god and this honorable  federal court  to
review these documents contract,agreements and to     deny
defendant mbna bank motion to dismiss, motion  to stay proceedings.,

  Plaintiff object opposed defendant motion to dismiss, defendant
should pay  all court ' s cost and plaintiff 's expenses also
court  should   issue a sanction award order of $90,000 to
$22,000.00 dollars  against mbna bank for misconduct   ,refusing
to  settle, abuse of proceeds,mail fraud. Grant complaint
and compel  defendant to answer  discovery,deposition       request.

   This  declaration,affirmation,documents, evidences exhibits
are in support of  plaintiff  's amended  complaint,complaint,
motion to strike  . This court has full jurisdiction over subject
matter of complaint. Plaintiff object,opposed NAF national
arbitration forum'S  awards,proceedings.which are        without
jurisdiction.

State Of Michigan
wayne county dated;                    Respectfully  Submitted

Cpril 23, 2007                         Herman Kelly,pro,se
                                       p.o. box 14157
                                       Detroit,Michigan 48214-0157

                                       313-894-8855

                                       Herman Kelly,plaintiff


   Proof  and  affirmation certificate of  service
-----------------------------------------------------------

   Plaintiff  Herman Kelly  certified that a true  and  correct
copy of this notice,contra ct,agreement was mailed by first class.
usa  pre-paid mail to; defendants at p.o. box 2054 wilmington,DE.
 19899-2054,p.o. box 2323 wilmington, DE.19899-2323,p.o. box
 25130  wilmington ,DE . 19899.

                                       Herman Kelly,pro,s e


P.7



HERMAN KELLY, Pro Se.
P.O. Box 14157
Detroit, Michigan 48214-0157

Clerk Court Office
United State Federal
District Court Civil Division
844 N. King Street
Lock Box 18
Wilmington, Delaware 19801-3570

U.S. POSTAGE PAID
DETROIT, MI
48204
APR 23 07
0080053-12
19801

AMOUNT
$2.07

UNITED STATES
POSTAL SERVICE

0000