In The United States Federal District Court
For The District Of Delaware

Herman Kelly, pro, se
    plaintiff
vs.
MBNA America bank, et, al
    defendant
------------------------/

Case.# 1-06-cv-228 JJF

FILED notice/affirmation

MAY - 7 2007

U.S. DISTRICT COURT

BD Scanned

" Plaintiff's request and Motion for sanction award of $22, 000. dollars to be issue against MBNA america bank/Karen Sullivan for for refusing to accept plaintiff's settlement offer and refusing to negotiate settlement/compromise. 28 USCS & 1927, 18usc1513, FRCP.12f, 9d.16f.

( STATEMENT OF FACTS & CLAIMS )
*******************************

1. Herman Kelly, pro, se plaintiff object, opposed defendant mbna bank's motion to dismiss, motion to stay proceeding. Where this court has full jurisdiction over parties and complaint in respect plaintiff and defendant's contract agreement pages 5,6,9 which copy of contract agreement is filed in this federal court.
ex. A. (attached exhibits ). Herman Kelly is a legal witness.

2. Plaintiff respectfully moves this honorable federal court to issue a sanction order judgment award of $ 22,000 dollars against defendant mbna bank, c/o Mrs. Karen Sullivan attorney for mbna bank for refusing to accept plaintiff's settlement compromise offer, refusing to negotiate settlement of case. Where all evidences show that plaintiff 6 credit loan account are paid in full. MBNA has charged plaintiff illegal high interest rate over 18 % APR on plaintiff's 6 accounts.

3. Karen Sullivan refused to tell inform this court what the total amount of money was paid to mbna bank and it's other mergered partner banks as a total amount. Defendant mbna refused to refund all plaintiff's overpayments money back to plaintiff.

4. Defendant enticed started this cause of action complaint and did illegal retaliated against plaintiff by filing 9 illegal false cases against Herman Kelly which was on the same offenses, things and was abused of process, proceeds, and civil double jeopardy. Plaintiff made a legal written witness statement to the federal trade commission and to the united states comptroller of the currency against mbna bank.

    28 USCS & 1927 ..states case laws.. district court properly imposed sanctions on defendant which had concealed intention not to settle case and refused to make realistic settlement offer. see.. guillory vs. Domtar indust.1996, ca5, la.95, f, 3d. 1320, 45 fed rules evid, serv, 797, 35 fr. serv. 3d.1519. Calloway vs, Marvel entertainment group, 1986, sd, ny, 650, f, supp, 684, 6 fr, serv, 3d, 630. federal rules of civil 16 f.(sanctions). procedures.

page 1

### Persons Using Your Account

If you permit any person to use your card, access checks, account number, or other credit device with the authorization to obtain credit on your account, you may be liable for all transactions made by that person including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

### How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

### You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person that presented it to us for payment, without in either case waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

### Your Promise to Pay

You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge against your account.

### Payments on Your Account

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment Due. If you overpay or if there is a credit balance on your account, we will not pay interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

### When Your Payment Will Be Credited to Your Account

We credit payments as of the date received, if the payment is: (1) received by 2 p.m. (Eastern Time); (2) received at the address shown in the upper left-hand corner of the front of your monthly statement; (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

### How We Allocate Your Payments

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including new transactions) with lower APRs before balances with higher APRs. This will result in new balances with a lower APR (e.g., those with promotional APR offers) being paid before any other existing balances.

### Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee or use the account are individually and together responsible for any total outstanding balance. We may refuse to release from liability any person who is responsible to pay any total outstanding balance, until all of the cards, access checks, and other credit devices outstanding under the account have been returned to us, and any such person or persons repays us the total outstanding balance owed to us at any time under the terms of this Agreement.

### Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Payment Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility and premium payment obligations for the optional credit insurance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

### When We May Require Immediate Payment

If you are in default, we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the Arbitration and Litigation section of this Agreement, we can also require you to pay the costs we incur in any collection proceeding, as well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

### Other Payment Terms

We can accept late payments, partial payments, or payments with any restrictive writing without losing any of our rights under this Agreement. This means that no payment, including those marked with "Paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our senior officers. You may not use a postdated check to make a payment. If you do postdate a payment check, we may elect to honor it upon presentment or return it uncredited to the person that presented it, without in either case waiting for the date shown on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

### Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, finance charges and any applicable fees will accrue on your account in accordance with this Agreement. You must resume making your Total Minimum Payment Due each month following a payment holiday.

### Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the transaction will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S.

5

6



### What We May Do if You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorizations at any time must not be more than your credit limit. If you attempt a transaction which results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may: (1) permit the transaction without raising your credit limit; (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due; or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused. If we refuse to permit a Check Cash Advance or Balance Transfer, we may do so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused, that there are insufficient funds to pay the Check Cash Advance or Balance Transfer, or in any other manner.

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit, we may charge an Overlimit Fee as provided in this Agreement.

### Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.

### You Must Notify Us When You Change Your Address

We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

### What Law Applies

This Agreement is made in Delaware and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

### The Provisions of This Agreement are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

### Our Rights Continue

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

### Arbitration and Litigation

This Arbitration and Litigation provision applies to you unless you were given the opportunity to reject the Arbitration and Litigation provisions and you did so reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including

9



In the United States Federal District court for Delaware

Herman Kelly, pro,se

plaintiff
vs.

MBNA America Bank
Indiv.BankCard Services,et,al.
defendants

case no.#1-06-cv-228JJF
notice/affidavit



credit cards account numbers;
#4264 2906 5000 1423
4800 1352 7 400 0023
5329 0581 1100 6921
4313 0402 1201 4211
        4264 2984 2105 6519
4313 0277 0703 0919

(Kelly's settlement/compromise proposal)

" Notice of Loan credit balances and interests PAID IN FULL "
" Request for refund/money on all over payments " . 15 USCA &1637a,(8,9

---

1. Herman Kelly give his notice to comptroller of currency, court, and to MBNA bank, that he has now paid the loan balances amounts and legal interest in full as to his accounting audit payments on the aboved credit card accounts,covering 8 years minimum installment payments to MBNA banks to items computations,calulations herein.

2. Mr, Kelly request a total money refund of $ 27,352.84 dollars or any fair amount for all over chargesbilling payments to MBNA from Herman Kelly . That MBNA will send him all refunds money soon as possible. This notice & request is in pursuant to all apply laws and Mr. Kelly 's first contract agreements. Mr. Kelly has being paying MBNA 's banks since 1996 as a cardholder about 8 years,each month minimum payments amounts to cover all interest and loan added together one time as a set fix payment acounts.

3 . On all credit cards balance added together about $ 21,663.91 and interest paid added together on all account about $ 5,702.54 . The legal statutory interest rate on APR was about between 19 % or less.MB NA charges mr. kelly about 27.98 % APR. The interest and loan amount total paid to MBNA together was about $ 54,720.00 dollars. EST.

M r. Kelly prays to god and this honorable court to consider and review this request and to issue a order against MBNA to stop their illegal conducts of unfair banking,unfair billing, discrimination,breach of contract, ect..Further to grant any other relief deem fair and just.Mr. Kelly is trying to settle compromise this case matter problems ,errors with MBNA 's banks.

P.1

In The United States Federal District Court
For the district of Wilmington, Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA America Bank,
National Arbitration Forum
Wolpoff & Abramson, llp
    defendants
------------------------------/

Case No.   1,06 cv 228jjf
(notice/amdevnt)



" Plaintiff' amended/supplement
request and motion for settlement compromise.

1. In respect to this court 's order dated( July 18, 2006 )
on subject of parties settlement compromise. Plaintiff hereby submit
his 2nd proposal offer of settlement with all defendants.
In pursuant to ; FRCP 12c, 28 USCS &1927, 15USCA& 1692, 18USCA &1962 .

2. Herman Kelly, pro, se request $ 10,000.00 dollars for
reinbursement of expenses costs for representing case, typing, mail,
postages, copies, ect. Plaintiff also request court costs amount
to be paid to court on it's own terms conditions. Defendants will
pay to plaintiff and Mr, Kelly shall dismiss all claims, case and
any appeals against all defendant if parties agree to this motion.

3. MBNA bank ,will correct, clear all records information filed
in this court and the other lower circuit court in Detroit, Michigan,
government agencys. Defendants aboved will acknowledge that all credit
loan accounts are paid infull as of this date. As to account
# 4264290650001423.. 4800135274000023..5329058111006921..
4313040212014211 .. 4313027707030919..4264298421056519.



that are with mbna america banks. Defendants will informed this
court and governments, also informed their own staff-co-workers of all
total money paid to mbna bank on all 6 account . So there would be no
misunderstanding in this matter, Plaintiff is dealing with two
many different persons of defendants, that could cause misleading
problems in communications. Plaintiff do not owe mbna bank no money.

4. Defendants will send plaintiff copies of all bank statements
receipts for each 6 accounts since 1996 over 9 years of paying mbna.
If needed plaintiff request a telephone conference call with parties
or personal meeting in person at one of defendants 's location in
Michigan wolpoff & Abramson 39500 high pointe blvd, suite 250, Novi,
Michigan 48375- 5508 or any near location that legal & safe.
To go over all bank receipt statement as a accounting audit review.
Soon as possible anytime monday thur friday 9;00 am to 5;00 pm.
Plaintiff shall have his summary of all paymenys to mbna on a list,
film video, tape. Plaintiff object opposed mbna motion to dismiss
amended complaint.

P.1

creditor's attorney who repeatedly filed same meritless complaint attempting to block sale of debter's real estate in face of direct advice by bankruptcy judge that only fraud or changed circumstances would rescind lifting of automatic stay are liable for other side's attorney's fees pursuant to 28 USCS & 1927 for unreasonable and vexations multiplications of bankruptcy proceeddings, where simple legal research by creditor's attorneys would have revealed error. see.. in re tcl,ltd,1985, ca 7, ILL. 769,f, 2d, 441, 13,cbc2d, 299,2, fr,serv,3d,1373.

18 USCA & 1513 states... rataliating against a witness whoever knowingly engages in any conduct and thereby causes bodily injury to another person or damages the tangible property of another person or threatens to do so with intent to retaliate against any person or attempts to do so shall be fined not more than $250,000 dollars. see... miller vs. Hulsey,d.c. ark, 1972, 347, f, supp. 192.

### ( CONCLUSION )
\*\*\*\*\*\*\*\*\*\*\*

5. Plaintiff has tryed to settle this matter and had a telephone call conversation with mbna bank's attorney karen sullivan, however she did not agree to plaintiff settlement offer, Plaintiff request $10,000 dollars for his expenses representing this case, that defendant pay all court's costs that defendant would drop all 9 cases filed with 36th dis,ct. in detroit, michigan, and with the national arbitration forum, defendant would correct all plaintiff credit reports & his 6 credit cards, loan accounts are paid in full with defendant's written acknowledgement to that fact, mbna bank would inform, tell the federal court on the correct total amount of money plaintiff paid to mbna banks. Herman Kelly ,pro, se prays to god and this honorable court to grant, review and consider this request motion and grant any or other relief fait. Plaintiff is still trying to resolve settle this matter if possible.

State Of Michigan
Wayne county dated; april 30, 2007

" Proof and certificate, affirmation of service. "

Respectfully submitted

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214-0157
313-894-8855

Herman Kelly, plaintiff

Herman Kelly, pro, se plaintiff hereby certified that a true and correct copy of this motion was mailed to all defendants by first class usa mail pre-paid postage to p.o. box 2054 wilmington, DE 19899-2054, p.o. box 25130 wilmington, D E.19899, 919 north market street wilmington, DE. 19801-3046.

Herman Kelly, pro, se.

page 2



Herman Kelly
P.O. Box #157
Detroit, Michigan 48214045?

United States Federal
District Court-Clerk of Court Office
Civil Division
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570