OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 9, 2007

TO: Herman Kelly
P.O. Box 14157
Detroit, MI 48214

**RE: Return of Subpoena Received on 5/7/07; 06-228(JJF)**

Dear Mr. Kelly:

The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith). Please be advised that per Rule 45(a)(3) of the Federal Rules of Civil Procedure, the Clerk shall issue a subpoena, signed but otherwise in blank, to a party requesting it, who shall complete it before service.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan
enc: Returned Subpoena