IN The United States Federal District Court

Herman Kelly, pro, se
    plaintiff

MBNA America bank, et, al
    defendants
-------------------------------/

Case # 1-06-cv- 228-JJF

( notice/ affirmation )

FILED
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff's witness BP (accountant/auditors)'s finanicial audit report statement declaration and the Federal Trade Commission's declaration, supporting opposition to defendant's motion to dismiss, motion to stay proceedings . FRCP
-------------------------------------------------------------

1,   Here is a copy of plaintiff's  witness BP c/o Mr. Genesis Acts and Joe Ecclesiates 's written audit report on plaintiff Herman Kelly, pro, se and a copy of the Federal Trade Commission written statement,and declaration show the legal statutory interest rate APR that the defendant MBNA bank was to charge as a maximum interest rate of  18% on each of plaintiff's credit loan accounts. Defendant charge plaintiff 29 % to 100 % usury interest APR. ( attached exhibits) ex.A .

2.   Plaintiff hereby again object,oppose defendant's motion to dismiss, motion to stay proceedings ,request for attorneys fees when defendant started ,enticed this case and refused to settle with plaintiff. All 6 credit loan account of plaintiff are paid in full.

    Therefor plaintiff request court to consider, review this evidences, plaintiff has also spoke with H & R block and other accountants, book keepers .CPA, auditors about auditing all of plaintiff bank receipts statement, it cost plaintiff $25.00 to $100.00 per hour, and plaintiff do not have money for that. All of plaintiff's statements, receipts are on video tape and if defendant and this court will grant plaintiff this complaint or any fair settlement plaintiff will dismiss his complaint based on good terms and conditions in best interest of all parties. Defendant has refused to tell inform this court on the correct amount of money plaintiff paid defendant mbna bank as a total amount which is part of plaintiff cause of action, claims and damages.

                                          Respectfully submitted

                                          Herman Kelly, pro,se
                                          p.o. box 14157
                                          Detroit, Michigan 48214-0157
                                          313-894-8855

P. 1

REDACTED



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930

March 11, 2004

Office of the Comptroller of the Currency
1301 McKinney Street Suite 3710
Houston, TX 77010

Re: Herman Kelly / File No. 474989

Dear Sir or Madam:

This letter is in response to the correspondence forwarded by your office regarding Mr. Kelly's accounts with MBNA America.

Please be advised that we have attempted to contact Mr. Kelly on two separate occasions to resolve this issue. Enclosed are copies of our first two responses to Mr. Kelly. MBNA is willing to reconsider reopening Mr. Kelly's accounts; however, we need to speak with Mr. Kelly or receive his response to the enclosed letter. As indicated in our previous letters, we need additional information to be able to determine if we can accommodate Mr. Kelly's request to reopen his accounts.

If you have any questions or concerns, please contact me directly at (800) 441-7048, extension 78069.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

c: Herman Kelly

Enclosure(s)

( CONCLUSION and Relief Sought )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. Defendant mbna america bank 's motion to dismiss, evidences, exhibits are unorthodox, incoherent, nonsensical, fraud, misleading, and karen sullivan is toying with this court. All plaintiff's papers, pleadings, motions, requests, exhibits, evidences are in support of plaintiff 's complaint and are part of plaintiff's answer, responses to defendant's motion to dismiss, which must be review, considered by this United States federal district court. Plaintiff prays to god and this honorable court to deny defendant's motion to dismiss and that parties settle this matter. Defendant shall pay all court's costs and pay plaintiff $ 10,000.00 dollars for his expenses representing all these 9 double jeopardy cases of defendant.

2. Court shall issue an order if needed that mbna america bank shall stop filing law suite complaint cases on the same claims, offense against plaintiff. Court will consider plaintiff's motion for settlement/compromise. All NAF national arbitration forum awards, cases are illegal void, cancelled, all detroit michigan 36th dist, cir, judgment/ orders are cancelled, void, illegal for lack of jurisdiction, and are unfair and in violation of plaintiff's usa constitutional rights on equal protection of laws, due process of laws, double jeopardy. Court will consider all plaintiff evidences, exhibits filed in this court. Attorneys Neal J. Levitsky, Wolpoff & Abramson, Fox Rothschild are NOT Plaintiff's Herman Kelly, pro, se 's lawyer. Plaintiff request that Wolpoff & Abramson be reinstated as join defendants where this court stated that plaintiff could refile complaint against Wolpoff & Abramson for fraud, mispresentation, perjury. Court said without prejudice against Wolpoff & abramson in its' order.

State Of Michigan
county wayne. dated;

May 7, 2007

Proof and certificate/affirmation of service.
----------------------------------------

Respectfully Submitted

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214-0157
313-894-8855

*Herman Kelly*
Herman Kelly, plaintiff

Plaintiff Herman Kelly certified that a true and correct copy of his motion to strike was mailed as ( answer brief ) by first class usa pre-paid mail to all defendants at p.o. box 2323, Wilmington, de 19899-2323, p.o. box 2054 wilmington. de 19899, 222 delaware ave. wilmington, de 19801.

*Herman Kelly*
Herman Kelly, pro, se

P.2

