In the United States Federal District Court for the district of Delaware

Herman Kelly, pro,se

   plaintiff

vs.

MBNA America bank, et, al

   defendants
_____/

Case #, 1-06 cv-228-JJF

notice/affirmation

**FILED**
MAY 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Plaintiff's objection, opposition to defendant MBNA bank's letters dated May 3, 2007 & May 9, 2007 ".FRCP.
_____

1. This is also a civil action complaint under R.I.C.O. racketeering influenced and corrupt organization act 18 USCA & 1964 (a) & (c), against defendant mbna bank, from plaintiff pro,se Herman Kelly. Karen Sullivan is still trying to take full advantages over plaintiff because he is not a attorney at bank laws. Plaintiff has been trying to settle this matter in court and karen sullivan keep delaying in trying to resolve this case by using technical reason not to settle and her toying, enticed more court's litigation proceedings in stead of coming to a fair compromise. Plaintiff informed her that he would drop, dismiss this case on his own free will, voluntarily if parties can come to a fair settlement.

2. Plaintiff moves this court to issue an order compelling mbna bank defendant and their attorneys to answer plaintiff's written interrogatories discovery questions/request. Plaintiff now request that the honorable clerk of court will issue a subpoena herein ( attached) that shall be served on defendant if needed.

3. Defendant has refused to settle, refused to tell court how much money plaintiff has paid to mbna. Plaintiff object to karen sullivan's request for attorney fees, where she is a mbna staff employee. MBNA bank has paid her for representing this case even after she enticed started this civil action complaint by retaliation against plaintiff Herman Kelly by filing 9 illegal false cases against plaintiff for being a witness in a usa United states federal government administrative comptroller of currency office's legal litigation proceedings against mbna bank.

4. Defendant mbna bank is a enterprise, that is trying to steal extort more money from plaintiff. Plaintiff request that defendant pay all court's costs and plaintiff 's expenses in representing this case.

P. 1

5. Plaintiff has paid all of his 6 credit loan account that are stated in complaint. Here is one of plaintiff bank statement receipt show where defendant mbna charged plaintiff 27.98 % APR interest rate which is illegal, it was to be 18 % maximum interest. MBNA charged plaintiff ,076657 % daily month interest rate which is illegal when it should of been 1½ % daily month interest rate maximum on plaintiff's loan credit card account number 4313 0277 0703 0919 . see.. ex. A.

6. Defendant mbna bank and karen sullivan had full knowledge of this error, mistake problems and still refused to correct errors prior to filing of this complaint's date and prior to comptroller of currency complaint's date in 2004. This bank statement is 10-26-03 Defendant mbna bank has violated the uniform consumer credit code and fair disclosure act, and the credit equal opportunity act.

> the uniform comsumer credit code or UCCC for short adopts the direct obligation, theory and categorizes the bank credit card transaction as a consumer loan rather than a credit sale. see..UCCC& 1-301( 25)(a),(ii).

> the uccc however expressly authorzes the basic 1½ percent monthly charge by setting a rate ceiling on nonsupervised loans at 18 % simple annual interest . see uccc & 2.401.

> after a consumer has fulfilled all obligation with respect to a consumer credit transaction except one pursuant to open end credit, the person to whom the obligation was owed upon request of the consumer must deliver or mail to the consumer written evidence acknowledging payment in full of all obligations with respect to the transaction. see ..uccc & 3.205

> the person to whom an obligation is owed pursuant to a consumer credit transaction except one pursuant to open -end credit must upon written request of a consumer provide a written statement of the dates and amounts of payments made within the 12 months preceding the month in which the request is received and the total amount unpaid as of the end of the period covered by the statement. see... uccc & 3.205(3).

> in establishing a RICO violation an alternative to showing a pattern of racketeering activity is to show the collection of an unlawful debt. see.. 18 usca & 1962,, weisel vs. pischel , 197, frd,231, E D,N.Y. 2000.

> it is actionable to conspire to employ unlawful duress to extort money . see. 18 USCA & 1951. extortion,RICO act.

> creditor's attorneys who repeatedly filed same meritless complaint attempting to block sale debtor's real estate in face of direct advice by bankruptcy judge that only fraud or changed circumstances would rescind lifting of automatic stay are liable for other side 's attorney's fees pursuant to 28 uscs & 1927 for unreasonable and vexatious multiplication of bankruptcy proceedings, where simple legal research by creditor's attorney would have revealed error. see.. adams vs. inman ,1998,bap8,mo,218,br,458.

P.2

state of facts can possibly be proved within the allegations of the complaint it may not be dismissed. see.... potomac Elec, Power Co, vs, Washington Chapter of congress of Racial Equality D.C.D.C. 1962, 210, f, supp, 418.

under liberal pleading requirement of these rules a complaint need contain only most basic grounds upon which court's jurisdiction is based and a short statement of claim and relief sought concomitantly liberal discovery rules permit parties to flesh out their respective claims, defenses and counterclaims in due course after issue has been joined. see... In re Boland, D.C, D.C. 1978, 79, F.R.D. 665....

where reply was inartfully drawn court would take cognizance of parts which wre properly pleaded and disregard any additional language present in the reply. see.... modern Distributors, Inc, vs, Wolin, D.C, Ill. 1973, 60, F.R.D. 235....

pleading are to be liberally construed. see... In re Tanner's Transfer & Storage of Virginia, Inc, BKRTCY, Va, 1983, 30, B.R, 22....

it was not material under the liberal rules of federal pleading that complaint's first count was mislabelled by plaintiff's counsel. see.... Alexander vs, Unification Church Of America, C.A.N.Y. 1980, 634, f, 2d, 673.....

Cases should be upon their merits rather than upon technical deficiencies in pleadings. see.... Lomartira vs, American Auto, Ins, Co, D.C. Conn, 1965, 245, f, supp, 124.... 371, f, 2d, 550....... Federal rules of civil proc, 8...

for purposes of these rules a complaint asserting only one legal right, even if seeking multiple remedies for relief. see... Liberty Mut, Ins, Co, vs, Wetzel, Pa , 1976, 96, S, Ct, 1202, 42 4, US, 737, 47, L, Ed, 2d, 435...

federal pleading is by statement of claim , not by legal theories see.... Newman, vs, Silver, C,A,N.Y, 1983, 713, f, 2d, 14.

The rule does not require the technical niceties of pleading, rather a short and plain summary of the facts sufficient to give fair notice of the claim asserted is sufficient. see.... means vs, Wilson, C,A, S.D. 1975, 522, f, 2d, 833...

under this rule, it is not necessary that plaintiff set forth legal theory on which he relies if he sets forth sufficient factual allegations to state claim showing that he is entitled to relief. Kohler vs, TRW, 1978, 576 , f, 2d, 1260

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

FEDERAL      WILMINGTON   DISTRICT OF   DELAWARE

Herman KeLLy, plaintiff pro,se.
p.o.box 14157 Detroit, Mi. 48214-0157

   V.

MBNA America Bank, National Arbitration
Forum, Wolpoff & Abramson.
defendants. box 2054 wilmington
Delaware 19899-2054.

DUCES    TECUM

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 1-06-228 JJF

FRCP 45(b).

RECEIVED MAY 7 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

TO: MBNA BANK

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): mail. send all informations (copy) to federal court, plaintiff, & defendants... TO WIT: ANSWER TO Settlement Offer - Interrogatories - Discovery

| PLACE Clerk of court office, civil division US Federal District Court, 844 N. King street Lockbox 18, Wilmington, Delaware 19801-3570. | DATE AND TIME by, on May 8, 2007 between 9;00am to 4;00 pm |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| /s/ Herman Kelly  Herman Kelly, plaintiff pro, se. | April 27, 2007 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER  313-894-8855 | |

Herman Kelly, p.o. box 14157 Detroit, Michigan 48214-1057

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(Herman Kelly vs. MBNA Bank)　　Case: 1:06228JJF
　　　　　　　　　　　　　　　　　Fed. Dist. Ct. Delaware

# Proof and Certificate of Service

Plaintiff Herman Kelly, Pro, se sent copy of Duces Tecum Subpoena to Defendants at P.O. Box 2054 Wilmington, Delaware 19899-2054 by First Class USA Mail.

Herman Kelly
PO Box 14157
Detroit, MI 48214-0157

Pro, se

# BP

TO; MBNA America Bank,
    Board Of Directors and Shareholders,
    United States Comptroller
    Of The Currency.                    Dated;February 10,2004


            Finanicial payments audited report accounting
            statement on Herman Kelly.

--------------------------------------------------------------

1.   We have reviewed and audited the herein accompanying
separate loan,credit card accounts num    ...4264 2906 5000
1423..#4800 1352 7400 0023..#5329 0581 1100 6921..#4313 0402
1201 4211..#4313 0277 0703 0919..#4264 2984 2105 6519, of
Herman Kelly on Feb 10,2004 based on Herman Kelly,s monthly
receipts installment payments to each single credit loan
account.

2.   We conducted our audits in accordance with generally
accepted auditing standards of this State. Our legal
responsibility is to express our opinion on all installment
payments financial monthly bank receipts statement for each
credit loan account based on our in person audits.

3.   We inspected each bank statement receipts to obtain
correct reasonable assurance that each credit loan account
financial statement is free and clear of errors,mistakes as
to the total payment amounts paid on each account in full.

4.   Audit includes examining bank payment statements,
evidences supporting the amount of money paid consolidating
each monthly installment payment to a total payment balance
paid,that are disclosures in each bank statement receipts.

5.    For credit loan account number    ending with
#0919 paid $8160.00  #4211 paid $3360.00 #1423 paid $10,080.00
#0023 paid $7,392.00 # 6921 paid $4,320.00 #6519 paid $21,408.00,
In our opin   the information on each bank account present
fairly and correct in all material as to payments paid,to
MBNA america bank.This is a independent audit report.
                                              Thank You
                                              Sincerely.

BP auditors                      _Genesis Acts_____
c/o Prince Blk,MCPS,ltd.          Genesis Acts,accountant
elgar house,41 Streatham high road
London,UK. SW 16 1ER              _Joe E. Ecclesiates_____
020 8664 4400
                                  Joe Ecclesiates,CPA.

# HERMAN KELLY

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 4313 0277 0703 0919 | $3,500.00 | $556.19 | 30 | 09/25/03 | $80.00 | 10/26/03 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | SEPTEMBER 2003 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|
| **PAYMENTS AND CREDITS** | | | | | | | | |
| 09/09 | | 6552 | VS | | PAYMENT - THANK YOU | | | 24.63 CR |
| 09/19 | | 8460 | VS | | PAYMENT - THANK YOU | | | 25.00 CR |
| 09/23 | | 2048 | VS | | PAYMENT - THANK YOU | | | 60.00 CR |
| | | | | | TOTAL FOR BILLING CYCLE FROM 08/27/2003 THROUGH 09/25/2003 | | $0.00 | $109.63 CR |

**IMPORTANT NEWS**

AN IMPORTANT AMENDMENT TO YOUR ACCOUNT TERMS IS ENCLOSED.

MAKE YOUR LIFE EASIER. USE YOUR IBS CREDIT CARD TO PAY YOUR MONTHLY SERVICE PROVIDERS. VISIT WWW.IBSDIRECTPAY.COM.

ACCESSING ADDITIONAL CASH IS EASY! PRESENT YOUR CREDIT CARD AT THE BANK COUNTER, OR CALL 1-800-771-3575 TO REQUEST A PIN CODE FOR USE AT AN ATM.

SHARE THE CONVENIENCE: ADD ADDITIONAL CARDS; CALL 1-800-660-6775.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $2,984.63 | $109.63 | $0.00 | $0.00 | $68.81 | $0.00 | $2,943.81 |

**TOTAL MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $80.00 |
| Total Minimum Payment Due | $80.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.076657% DLY | 27.98% | $0.00 |
| B. ATM, BANK | 0.076657% DLY | 27.98% | $0.00 |
| C. PURCHASES | 0.076657% DLY | 27.98% | $2,992.14 |

FOR THIS BILLING PERIOD:
**ANNUAL PERCENTAGE RATE** ........... 27.98%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-362-6299
For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
Mail payments to: BANKCARD SERVICES, P.O. BOX 15019, WILMINGTON, DE 19886-5019.
Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to:
BANKCARD SERVICES, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

7650    028    8H0    1112 0600 00
4313 0277 0703 0919              PAGE 1 OF 1

Therefor based on the plaintiff's menorandum of laws in support of his complaint and his object to stay of proceedings, objection to defendant mbna bank motion to dismiss, plaintiff prays to god and this honorable court to grant amount in complaint, order that defendant pay all court's costs, that any proper sanctions, against karen sullivan and defendants for refusing to settle, refusing to answer discovery request shall be issue as a award. Plaintiff is still trying to resolve this matter soon as possible in the correct ways. Any other relief deem fair is requested.

Respectfully Submitted

State of michigan
wayne county dated;

May 21, 2007

Herman Kelly, pro, se
p. o. box 14157
Detroit, Michigan 48214 -0157
313-894-   8855

Herman Kelly, consumer, plaintiff

proof   of   service
------------------------

A true copy of plaintiff Herman Kelly, pro,se objection was mailed to defendant's attorney karen sulli van 1220 market street, suite 710, p.o. box 2054 Wilmington, Delaware 19899-2054 by first class usa mail.

Herman Kelly, pro, se.

p. 4



Envelope addressed to:

Clerk of Court Office
United States Federal
District Court - Civil Div.
844 N. King Street
Lockbox 18
Wilmington Delaware 19801-3570

Return address:
Ny Prose
14157
Michigan 48274-9157

U.S. Postage Paid, Detroit MI 48206, May 21, 07, $0.75

Dixie Chicks stamp affixed.