IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HERMAN KELLY,                  :
                               :
        Plaintiff,             :
                               :
v.                             : Civ. Action No. 06-228-JJF
                               :
MBNA AMERICA BANK,             :
                               :
        Defendant.             :

## ORDER

NOW THEREFORE, at Wilmington this 25 day of June, 2007, IT IS HEREBY ORDERED that:

1. Defendant FIA Card Services, National Association F/K/A MBNA America Bank, N.A.'s Motion TO Dismiss Amended Complaint (D.I. 46) is **GRANTED** in part and **DENIED** without prejudice in part.

2. Plaintiff's Motion To State To Show Court's Jurisdiction (D.I. 53) is **DENIED**.

3. Plaintiff's Motion To Appoint Counsel (D.I. 57) is **DENIED** without prejudice.

4. Plaintiff's Motion To Strike Or Set Aside Attorney's Fees (D.I. 58) is **DENIED**.

5. Plaintiff's Motion To Be Heard Sua Sponte Without Personal Appearance (D.I. 60) is **DENIED**.

6. Plaintiff's Motion For Injunctive Relief (D.I. 61) is **DENIED**.

7. Plaintiff's Motion For Sanctions (D.I. 64) is **DENIED**.

8.   Plaintiff's Motion For Court Costs And Expenses (D.I. 68) is **DENIED**.

9.   Plaintiff's Motion To Reinstate/Join Previously Dismissed Defendant (D.I. 69) is **DENIED**.

10.  Emergency Motion of Defendant FIA Card Services, National Association F/K/A MBNA America Bank, N.A. To Stay Proceedings (D.I. 71) is **DENIED** as moot.

11.  Plaintiff's Motion For Sanctions (D.I. 77) is **DENIED**.

                                          */s/ Joseph J. Farnan*
                                      UNITED STATES DISTRICT JUDGE