**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Herman Kelly,<br><br>                Plaintiff,<br><br>    v.<br><br>MBNA America Bank, National Arbitration Forum, Wolpoff & Abramson, L.L.P.<br><br>                Defendants. | C.A. No. 06-228-JJF |

### DEFENDANT FIA CARD SERVICES, NATIONAL ASSOCIATION F/K/A MBNA AMERICA BANK, N.A.'S MOTION FOR RECONSIDERATION OF MOTION TO DISMISS AMENDED COMPLAINT

By Memorandum Opinion and Order dated June 25, 2007, the Court granted in part and denied without prejudice in part Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.'s ("MBNA") Motion to Dismiss Amended Complaint. MBNA hereby moves this Honorable Court for reconsideration of its Motion to Dismiss Amended Complaint. In support thereof, MBNA states as follows:

    1.      MBNA respectfully submits that the Court's decision to deny in part the motion to dismiss resulted from confusion caused by the parties regarding the account numbers for the six accounts at issue. In the Memorandum Opinion, the Court listed the six account numbers that Plaintiff listed in his Complaint as follows: 1423; 6921; 0023; 4211; 6519 and 0919. *See* Memorandum Opinion at p. 12 (citing D.I. 2, ¶ 10).[1] In MBNA's Opening Brief in Support of

---

[1] MBNA was not served with and has never seen the Complaint, which was docketed at D.I. 2. The Clerk's Office sealed D.I. 2 because it contained credit card numbers. *See* Docket entry for D.I. 2 & Letter from Ronald B. Eberhard to Herman Kelly, dated April 7, 2006, D.I. 4. On May 4, 2006, Plaintiff filed a document titled "Pre-Summon Action Notice of Complaint," which was docketed as the Redacted and Amended Complaint (the "Amended Complaint") and was eventually served on MBNA. *See* D.I. 5. The Amended Complaint does not identify any account numbers. Other of the Plaintiff's later filings, however, identify the account numbers at issue.

its Motion to Dismiss, it identified the six accounts at issue as: 1423; 3734; 5567;[2] 6335; 6921; and 7332. Except for account numbers 1423 and 6921, which appear in both lists, it appears that the parties were discussing different accounts. In actuality, the parties were discussing the same six accounts.

    2.    The six accounts at issue are each known by three different numbers. *See* Affidavit of Robert Winzinger, attached hereto as Exhibit A. Each of the Plaintiff's accounts was opened by a bank other than MBNA and was assigned an account number (the "Original Account Number"). *Id*., ¶ 2. When the accounts were sold to MBNA, MBNA assigned new account numbers when the accounts were converted to MBNA's system (the "Converted Account Number"). *Id*., ¶ 3. The balance owed was transferred from the Original Account Number to the Converted Account Number. *Id.* When MBNA charged-off the Plaintiff's accounts as bad debt, MBNA assigned another account number (the "Charge-Off Account Number") to which the balance was transferred so that it could pursue collection efforts. *Id.,* ¶ 4.

    3.    Listed below are Mr. Kelly's six accounts at issue identified by the Original Account Numbers,[3] Converted Account Numbers, the Charge-Off Account Numbers, the status of each account, and the exhibit number from MBNA's Opening Brief in Support of Motion to Dismiss corresponding to each account. *Id.,* ¶ 6. The numbers referenced by the Plaintiff in the Complaint, as listed in the Memorandum Opinion, are underlined. The numbers referenced by MBNA in it Opening Brief are bolded:

---

[2] As noted by the Court, MBNA's brief contained a typographical error by listing 5<u>6</u>67 when the correct account number is 5<u>5</u>67. *See* D.I. 82, 4; *Compare* D.I. 47, 3 *with* D.I. 47, Exhibit 3.

[3] The Plaintiff references the Original Account Numbers in various filings, including D.I. 21 & 22.

| Account # (Original/ Converted/ Charge-Off) | Status | Exhibit |
|---|---|---|
| 1611/ **1423**/ 1453 | Judgment | 1 |
| 3461/ 6519/ **3734** | Judgment | 2 |
| 7784/ 4211/ **5567** | Arbitration Award | 3 |
| 4219/ 0919/ **6335** | Arbitration stayed | 4 |
| 9377/ **6921**/ 3235 | Judgment | 5 |
| 0346/ 0023/ **7332** | Arbitration Award | 6 |

Although the Plaintiff referred to the Converted Account Number, and MBNA, with the exception of 1423 and 6921, referred to the Charge-Off Account Number, the parties were referencing the same six accounts. The fact that the Plaintiff was referencing the same four accounts by their Converted Account Numbers that MBNA referenced by their subsequent Charge-Off Numbers is supported by the Plaintiff's reference in his Plaintiff's Exhibits/Evidences in Support of Complaint and Plaintiff's Objection/Opposition to Defendant's Motion to Dismiss to the six National Arbitration Forum's Forum File Numbers that were identified in MBNA's exhibits to its Opening Brief. *Compare* D.I. 16 (pertinent page attached hereto as Exhibit B) *with* D.I. 47, Exhibits 1-6.

    4.    The Court's Memorandum Opinion stated:

> At least as to the claims relative to the Michigan State Court judgments in Account Numbers 1423, 6921 and 3734, Plaintiff's claims fall under the purview of the *Rooker-Feldman* doctrine and are barred. Therefore, the Court will grant the Motion to Dismiss on the basis of the *Rooker-Feldman* doctrine as to the three claims wherein the Michigan State Court entered judgment.

D.I. 82, 8 (footnote omitted). The Court observed in a footnote, "The Complaint and Amended Complaint make no reference to Account Number 3734." D.I. 82, 8, fn. 3. As is shown above,

3

Charge-Off Account Number 3734 is the same account as Converted Account Number 6519, which is the number listed by the Plaintiff in the Complaint. MBNA respectfully requests that the Court clarify that the Plaintiff's claims with respect to account number 3461/ 6519/ 3734 are dismissed based on the *Rooker-Feldman* doctrine.

     5.     MBNA further respectfully requests that the Court grant MBNA's motion to dismiss on the issue of notice with respect to accounts numbered 7784/ 4211/ 5567 and 0346/ 0023/ 7332. MBNA argued that the Amended Complaint should be dismissed with respect to accounts numbered 5567 and 7332 based on Plaintiff's failure to serve notice of a motion to vacate, modify or correct the arbitration award within the three month time period set by the Federal Arbitration Act. The Court ruled MBNA's argument moot because "Plaintiff mentions neither account in his Complaint or Amended Complaint." D.I. 82, 9. As set forth above, Charge-Off Account Numbers 5567 and 7332 (numbers used by MBNA) are the same accounts as Converted Accounts 4211 and 0023 (numbers used by Plaintiff). Accordingly, Plaintiff's claims with respect to accounts numbered 7784/ 4211/ 5567 and 0346/ 0023/ 7332 should be dismissed because the Plaintiff forfeited his right to judicial review when he failed to timely serve notice of a motion to vacate, modify or correct the award.

     6.     Finally, MBNA respectfully requests that the Court dismiss in favor of arbitration the claims with respect to the last account, 4219/ 0919/ 6335. The Court found, "There appears to be a valid agreement to arbitrate and Plaintiff's claims appear to fall within the scope of arbitration." D.I. 82, 13. The Court, however, was unable to determine whether dismissal for arbitration was appropriate because the Plaintiff referenced the accounts by the Converted Account Numbers and MBNA referenced the the Charge-Off Account Numbers. *Id.*, 14. Converted Account Number 0919 (used by the Plaintiff) and Charge-Off Account Number 6335

4

(used by MBNA) are the same account. Accordingly, the Plaintiff's claims regarding account 4219/ 0919/ 6335 should be dismissed in favor of arbitration.

WHEREFORE, MBNA respectfully requests that the Court reconsider its decision on MBNA's motion to dismiss and that the Court dismiss the Plaintiff's Amended Complaint in its entirety.

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: July 9, 2007

/s/ Karen V. Sullivan
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
1220 Market Street – Suite 710
P.O. Box 2054
Wilmington, DE  19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile
coberly@ojlaw.com
ksullivan@ojlaw.com

Attorneys for FIA Card Services, National Association f/k/a MBNA America Bank, N.A.

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Herman Kelly,

          Plaintiff,

v.

MBNA America Bank, National Arbitration
Forum, Wolpoff & Abramson, L.L.P.

          Defendants.

C.A. No. 06-228-JJF

### AFFIDAVIT OF ROBERT WINZINGER IN SUPPORT OF MOTION FOR RECONSIDERATION

STATE OF DELAWARE    )
                                    ) ss.
COUNTY OF NEW CASTLE    )

Robert Winzinger, being duly sworn, deposes and says:

1. I am an Assistant Vice President at Bank of America Corporation, which is the parent corporation of Defendant FIA Card Services, National Association, formerly known as MBNA America Bank, N.A. ("MBNA"). I submit this affidavit in support of MBNA's motion for reconsideration of the motion to dismiss or, in the alternative, stay this action pending binding arbitration. In preparing this affidavit, I have relied on my own knowledge, as well as information contained in MBNA's records. I am familiar with the practices employed by MBNA when accounts purchased from other banks were converted to MBNA accounts and when MBNA accounts are charged off as bad debt.

2. When an account is opened, it is assigned an account number by the bank that opens the account. All six of Herman Kelly's accounts were opened by other banks. The

account numbers assigned by the original bank (the "Original Account Numbers") were: 1611; 3461; 7784; 4219; 9377; and 0346.[1]

    3.    When an account is opened by another bank and then the account is sold to MBNA, it is assigned another number by MBNA when it converts from the first bank's system to MBNA's system. When Herman Kelly's six accounts with MBNA were sold to MBNA and converted to MBNA accounts, they were assigned the following numbers (the "Converted Account Numbers"): 1423; 6519; 4211; 0919; 6921; and 0023. The balance owed by Herman Kelly was transferred from the Original Account Numbers to the Converted Account Numbers at the time of conversion.

    4.    When MBNA charges-off an account as bad debt, it is required by law to reflect it as a loss on its books. In order to do so, MBNA removes the balance owed by the customer from the account, which in Herman Kelly's case was from the Converted Account Numbers. So that it can continue recovery efforts or sell the account to try to recoup the loss, MBNA creates a new account number and transfers the balance owed from the Converted Account Number to the new account number (the "Charge-Off Account Number"). Each of Herman Kelly's six accounts with MBNA were charged off as bad debt and a new account was created for each to which the balance owed by Mr. Kelly was transferred. The Charge-Off Account Numbers for Mr. Kelly's six accounts are: 1423; 7332; 3235; 5667; 6335; 3734.

    5.    Thus, an account that is opened by another bank, sold to MBNA, and then charged off by MBNA can have three account numbers, only one of which would have a balance at any one time. For instance, if a customer opened an account with ABC Bank, ABC Bank would issue an account number, such as 1111. If the customer owed $10,000 on account number 1111 at the time ABC Bank sold the account to MBNA, MBNA would create a new account

---

[1] For privacy purposes, only the last four digits of each account number are included.

2

number, such as 2222, and transfer the $10,000 balance to account number 2222. If MBNA then charged-off the account as bad debt (and assuming no payments were made or interest or other charges accrued), MBNA would transfer the $10,000 from account number 2222 to a newly created account number, such as 3333. Thus, after the account is charged off, account numbers 1111 (Original Account Number) and 2222 (Converted Account Number) would show a zero balance and account number 3333 (Charge-Off Account Number) would show a balance due from the customer of $10,000.

6.   Listed below are Mr. Kelly's six accounts at issue identified by the Original Account Numbers, Converted Account Numbers, the Charge-Off Account Numbers, the status of each account, and the exhibit number from MBNA's Opening Brief in Support of Motion to Dismiss corresponding to each account:

| Account # (Original/ Converted/ Charge-Off) | Status | Exhibit |
|---|---|---|
| 1611/ 1423/ 1453 | Judgment | 1 |
| 3461/ 6519/ 3734 | Judgment | 2 |
| 7784/ 4211/ 5567 | Arbitration Award | 3 |
| 4219/ 0919/ 6335 | Arbitration stayed | 4 |
| 9377/ 6921/ 3235 | Judgment | 5 |
| 0346/ 0023/ 7332 | Arbitration Award | 6 |

_____
ROBERT WINZINGER

SWORN TO AND SUBSCRIBED
before me this 9 day of July, 2007.

_____
NOTARY PUBLIC

VERONICA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES NOVEMBER 30, 2007

3

# EXHIBIT B

National           Arbitration           Forum

MBNA America Bank
Wolpoff & Abramson....

Herman Kelly, pro, se
(none member of N.A.F )

------------------------------/

" Forum file numbers, cases "
*****************************

1.  fa 050 7000 516 37 3
2.  fa 050 9000 556840
3.  fa 050 4000 46 4237
4.  fa 050 2000 43 2125
5.  fa 050 3000 439604
6.  fa 050 4000 46 3537

Herman Kelly(counterclaimtant )'s
correct address
********************************
Herman Kelly
p.o. box 14157
Detroit, Michigan  48214
313- 894 - 8855
since year 1985

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Herman Kelly,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MBNA America Bank, National Arbitration<br>Forum, Wolpoff & Abramson, L.L.P.<br><br>　　　　　　Defendants. | C.A. No. 06-228-JJF |

## ORDER

Upon consideration of Defendant FIA Card Services, National Association F/K/A MBNA America Bank, N.A.'s Motion for Reconsideration of Motion to Dismiss Amended Complaint and the parties' arguments and submissions thereto, IT IS HEREBY ORDERED, this _____ day of _____, 2007, that Defendant's motion is GRANTED.  IT IS FURTHER ORDERED that Defendant FIA Card Services, National Association F/K/A MBNA America Bank, N.A.'s Motion to Dismiss Amended Complaint is GRANTED such that Plaintiff's Amended Complaint is dismissed in its entirety.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

    I, Karen V. Sullivan, Esquire, hereby certify that a copy of the foregoing Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.'s Motion for Reconsideration of Motion to Dismiss Amended Complaint was served by first class U.S. mail on this 9th day of July, 2007 on the following non-registered CM/ECF participant:

Herman Kelly
P.O. Box 14157
Detroit, MI 48214

        /s/ Karen V. Sullivan
    KAREN V. SULLIVAN (No. 3872)