In The United States District Court
For The District Of Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA America bank, et, aL.
    defendant
_____/

Case # 06-228-JJF
civil division

FILED
JUL 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Plaintiff's Motion to Compel discovery from defendant, in support of plaintiff's motion to vacate court's order dated June 25,07" FRCP. 37 (a).

1. During these rehearing court proceedings on court reviewing Herman Kelly, pro, se plaintiff's motion to vacate court's order dated June 25, 2007. Where plaintiff request court to issue an order compelling defendant mbna bank to answer all of plaintiff's discovery & interrogatories questions and production of documents things that are in defendant's control and possession. That defendant will send this court and plaintiff copies of all requested evidences. Plaintiff has filed his motion for discovery and defendants has refused to submit their answers in violation of the free information act, and fair disclosure act laws.

2. Defendant shall send copies of all plaintiff's contract, agreement. Defendant will send copies of all plaintiff's 6 credit accounts loan accounts, monthly installment payments receipts covering 10 years for the account numbers # REDACTED

3. Defendant shall tell inform court how much money plaintiff paid in full on each account, plaintiff paid defendant mbna bank and it's other mergered partner bank that was said stated in complaint/amended complaint.

4. Defendant shall submit & file mbna bank's answer to plaintiff's settlement, compromise proposal and motion for settlement. Defendant will say who the president, CEO top/main bosses of mbna bank. State what person employees name who cancelled all 6 creditloan accounts.

4. This court had full jurisdiction over complaint which was filed in year 2004 as part action with the united states federal government the controller of currency, and this federal court before defendant's illegal arbitration proceedings & awards. Complaint was filed in pursuant to 18USCA & 1964 (a)(c) states... any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit. Plaintiff paid all his accounts in full.

proof of service.
DATED July 8, 2007 copy mailed to po box 2054 Wilmington DE. 19899

respectfully submitted: Herman Kelly
po box 14157 detroit, mi 482140157

_____
Herman Kelly, pro, se plaintiff



TO; MBNA America Bank,
   Board Of Directors and Shareholders,
   United States Comptroller
   Of The Currency.                    Dated;February 10,2004


   Finanicial payments audited report accounting
   statement on Herman Kelly.

   ------------------------------------------------

1.   We have reviewed and audited the herein accompanying
separate loan.credit card accounts num

   REDACTED

Herman Kelly on Feb 10,2004 based on Herman Kelly,s monthly
receipts installment payments to each single credit loan
account.

2.   We conducted our audits in accordance with generally
accepted auditing standards of this State. Our legal
responsibility is to express our opinion on all installment
payments financial monthly bank receipts statement for each
credit loan account based on our in person audits.

3.   We inspected each bank statement receipts to obtain
correct reasonable assurance that each credit loan account
financial statement is free and clear of errors,mistakes as
to the total payment amounts paid on each account in full.

4.   Audit includes examining bank payment statements,
evidences supporting the amount of money paid consolidating
each monthly installment payment to a total payment balance
paid,that are disclosures in each bank statement receipts.

5.   For credit loan account number     ending with

   REDACTED

In our opin  the information on each bank account present
fairly and correct in all material as to payments paid,to
MBNA america bank.This is a independent audit report.
                                              Thank You
                                              Sincerely.

BP auditors
c/o Prince Blk,MCPS,ltd.
elgar house,41 Streatham high road  Genesis Acts,accountant
London,UK. SW 16 1ER
020 8664 4400
                              Joe Ecclesiates,CPA.

