In The United States Federal District Court
For The District Of Wilmington Delaware

Herman Kelly, pro, se
    plaintiff
vs.

MBNA America Bank
    defendant

Case no# 1-06-cv-228jjf
(notice/ affirmation )
rehearing petition

FILED
JUL 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Plaintiff 's Motion To Vacate court's order/judgment
dated June 25, 2007  . FRCP; 60b, 59e .. (attached exhibits )

(Statement of Facts & Claims )
*************************

1. Plaintiff Herman Kelly, pro, se filed his initial, first complaint grievance disputes with the federal government office of the comptroller of the currency under the federal jurisdiction of this federal district court during December 23, 2004 to review plaintiff's administration cause of actions against MBNA bank's illegal misconducts. This court has over looked this fact and the case was still pending before defendant mbna bank filed their 6 arbitration claims and 3 detroit local court cases proceedings against plaintiff as a form of retaliation.

2. One of plaintiff main claims charges was his request for a accounting audit from defendant on all plaintiff's monthly installment payment for each of his 6 credit loan accounts as to numbers;
   4264290650001423.    4800135274000023 .   5329058111006921
   4313040212014211, 4313027707030919.. 4264298421056519..
Defendant refused to answer plaintiff's discovery requests, production of documentation evidences in defendant's possession & control.

3. All of the aboved said credit account are paid in full and plaintiff requested a full refund on all over payments money to m b n a bank. Plaintiff's complaint and amended complaint claims of wrongful billing, extortion, defendant 's charging high illegal usury interest. Complaint was filed in pursuant to;18 USCA & (c)(a ). any person injured in his business or property by reason of a violation ofsection 1962 of this chapter may sue therefor in any appropriate united states district court and shall recover threefold the damages he sustain and the cost of the suit.

   in establishing a RICO ( racketeering influenced and corrupt organization) violation an alternative to showing a pattern of racketeering activity is to show the collection of an unlawful debt. see... 18 USCA & 1962,1961(6).

   Plaintiff do not owe defendant no more money and any court's order that make Herman Kelly pay more money to defendant is illegal, wrong, mistake, error, unjust and unconstitutional in violation of plaintiff's rights to equal justice, due process of law in support of plaintiff's evidences, menorandum of laws and his motions.



Comptroller of the Currency
Administrator of National Banks

December 23, 2004

Herman Kelly
P.O. Box 14157
Detroit MI 48214

Re: Case# 480980
   MBNA AMERICA BANK, NATIONAL ASSOCIATION

Dear Mr. Kelly:

The Office of the Comptroller of the Currency (OCC) is responding to your letter regarding the above-mentioned bank. In your correspondence you complain of the bank acquiring your accounts and the balances due on your accounts.

We have contacted the bank again on your behalf. The bank advised that out of the six accounts you have with them only account ending 1423 was opened by MBNA on November 15, 1994. The other five were converted to MBNA from other banks. The bank has researched all the accounts in question and has no record of any settlement agreement to pay the outstanding balances. Therefore, the bank has referred your accounts to outside counsel, Wolpoff and Abramson. Since the bank no longer is servicing your accounts you may contact Wolpoff and Abramson directly at 1-800-365-6584 to further discuss this matter.

Should you continue to dispute the balance on your accounts, please provide the specific information regarding each account and any documentation to substantiate your claim for further review by the bank.

Regulation Z (12 C.F.R 226), The Truth in Lending Act, establishes your rights and obligations in the event of a billing error on your credit card account. In order to protect your rights under Section 226.13 you must dispute any incorrect entries on your statement within 60 days of the date the bank sent the first statement where they appear, or, in the case of a missing credit, where they should appear. If you are disputing a statement that you did not receive, then your dispute is for the full balance owing on that statement. Your dispute must be in writing and must be sent to the address following the caption, Send Billing Inquiries To: found on your monthly statement.

---

Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, Texas 77010-9050
Phone: (800) 613-6743, FAX: (713) 336-4301

December 23, 2004
Herman Kelly
Page 2

The bank must acknowledge your dispute within 30 days. The bank must correct any errors or explain to you in writing why it feels the entries are correct within 90 days or within two complete billing cycles. During this time, the bank may neither attempt to collect on any portion of the disputed amount nor report these amounts as delinquent to a credit bureau. The bank may, however, give you provisional credit and extend the time it has to research your dispute. The bank can then remove the credit from your account if it determines that there is no error.

If the bank fails to abide by these requirements, it forfeits its right to collect up to $50.00 of the amount indicated to be a billing error and any finance or late charges. If the bank gave provisional credit for the entire amount in dispute and all finance and late charges, the $50.00 forfeiture does not apply.

You may request the bank to forfeit up to $50.00 of the disputed amount if you have evidence that you notified the bank of your billing error in writing and to the proper address, and the bank failed to place the amount in question in a dispute status or notify you why the entry was correct within the required time frame.

If you fail to comply with the timing described above, or do not write the bank at the correct address, you may forfeit your rights under this law.

You can obtain a free copy of Regulation Z (12 C.F.R. 226), from the nearest Federal Reserve Bank.

We trust this is responsive to your complaint. If we can assist you in the future, please do not hesitate to contact our office.

Sincerely,

*Melinda L. Goodnight*

Melinda L. Goodnight
Complaint Operations Manager

---

Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, Texas 77010-9050
Phone: (800) 613-6743, FAX: (713) 336-4301

# BP

TO; MBNA America Bank,
   Board Of Directors and Shareholders,
   United States Comptroller
   Of The Currency.                           Dated;February 10,2004

           Finanicial payments audited report accounting
           statement on Herman Kelly.

   -------------------------------------------------

1.   We have reviewed and audited the herein accompanying separate loan,credit card accounts num ...4264 2906 5000 1423..#4800 1352 7400 0023..#5329 0581 1100 6921..#4313 0402 1201 4211..#4313 0277 0703 0919..#4264 2984 2105 6519, of Herman Kelly on Feb 10,2004 based on Herman Kelly,s monthly receipts installment payments to each single credit loan account.

2.   We conducted our audits in accordance with generally accepted auditing standards of this State. Our legal responsibility is to express our opinion on all installment payments financial monthly bank receipts statement for each credit loan account based on our in person audits.

3.   We inspected each bank statement receipts to obtain correct reasonable assurance that each credit loan account financial statement is free and clear of errors,mistakes as to the total payment amounts paid on each account in full.

4.   Audit includes examining bank payment statements, evidences supporting the amount of money paid consolidating each monthly installment payment to a total payment balance paid,that are disclosures in each bank statement receipts.

5.   For credit loan account number ending with #0919 paid $8160.00  #4211 paid $3360.00 #1423 paid $10,080.00 #0023 paid $7,392.00 # 6921 paid $4,320.00 #6519 paid $21,408.00, In our opin the information on each bank account present fairly and correct in all material as to payments paid,to MBNA america bank.This is a independent audit report.

                                              Thank You
                                              Sincerely.

BP auditors
c/o Prince Blk,MCPS,ltd.              _____
elgar house,41 Streatham high road    Genesis Acts,accountant
London,UK. SW 16 1ER
020 8664 4400                         _____
                                      Joe Ecclesiates,CPA.

FROM :                                              2004,03-10   11:23   #959 P.02/05



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930   February 19, 2004

Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Re:   4264 2906 5000 1423
      4800 1352 7400 0023
      5329 0581 1100 6921
      4313 0402 1201 4211
      4313 0277 0703 0919
      4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience. Please contact me directly at (800) 441-7048, extension 78069. I am available Monday through Friday from 8 a.m. until 5 p.m. (EST). Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

*H.K. paid #27,366.45 to MBNA*
*Accounts paid in full*
*[signature] H. Kelly*



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Consumer Response Center

November 19, 2004

Herman Kelly
PO Box 14157
Detroit, MI 48214

Re: FTC Ref. No. 5266034

Dear Mr. Herman Kelly:

The Federal Trade Commission does not have jurisdiction over banks or credit cards that are issued by banks. You should decide what kind of bank you were dealing with and file your complaint with the appropriate bank regulatory agency:

1. If the bank has the word National or the letters N.A. in its title, the complaint should be sent to Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3710, Houston TX 77010, 1 (800) 613-6743.

2. A complaint about a state-chartered bank that is a member of the Federal Reserve System should be sent to the Board of Governors of the Federal Reserve System, Director, Division of Consumer and Community Affairs, Washington, D.C. 20551, (202) 452-3693.

3. Complaints regarding state-chartered, federally insured banks that are not members of the Federal Reserve System should be sent to the Office of Bank Customer Affairs, Federal Deposit Insurance Corporation, Washington, D.C. 20429, 1 (800) 934-3342.

4. Complaints about federal-chartered savings banks should be sent to the Office of Thrift Supervision, Division of Consumer Affairs, Washington, DC 20552, 1 (800) 842-6929.

4. Defendant mbna bank & NAF 's arbitration litigation proceedings were barred and illegal, also defendant & NAF never had full jurisdiction over plaintiff and subject matter of amended complaint. Plaintiff was never served with any summons of defendant mbna. Plaintiff's contract agreement stated said plaintiff could oppose, object to any NAF arbitration 's proceedings and plaintiff did file his objection to defendant's mbna bank / NAF arbitration 's proceedings when plaintiff filed his complaint in Dec 23, 2004 and June 1, 2004 with USA federal governmentOCC .

5. This federal court was to up hold office of the comptroller of the currency 's opinion, responds. MBNA bank 's attorney has mislead misinformed this court which is part of plaintiff's cause of action of defendant's racketeering, extortion conducts.

6. Plaintiff request court to vacate it's judgment order granting defendant's motion to dismiss complaint. That defendant will pay plaintiff $ 5,000.00 dollars for expenses in representing these 9 cases over a 3 year term and that defendant will pay all court's cost as any amount fair. All NAF arbitration 's awards are void, cancelled, illegal and without jurisdiction, all detroit circuit court's default judgment are void, illegal, cancelled and without jurisdiction.

Plaintiff's prays to god and this court to grant this motion. Or any relief deem just and fair .

Respectfully Submitted

July 14, 2007
State of Michigam
Wayne county;

Herman Kelly, pro, se
p. o. box 14157
Detroit, Michigan 48214-0157
313-894-8855

_____
Herman Kelly, plaintiff

" Proof and Certificate Of Service "
----------------------------------------

A true and correct copy of this motion to vacate was mailed to defendant by first class usa mail to; 1220 market street, suite 710, p.o. box 2054 Wilmington, Delaware 19899.

_____
Herman Kelly, pro, se

p. 2



Herman Kelly, Pro Se
P.O. Box 14157
Detroit, Michigan 48214-0157

United States Federal
District Court
Civil Division
Clerk of Court Office
844 N. King Street
Lock Box 18
Wilmington, Delaware 19801-3570