In The United States Federal District Court For the District Of Delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA America bank, et, al.
    defendants
-------------------------------/

Case no# 06-228-jjf
(notice /affirmation)

FILED
AUG 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Plaintiff's objection. ,opposition and motion to strike
Quash defendant's motion for reconsideration & opposition dated
July 31, 2007. Frcp 60 b.
-------------------------------------------------------------

1. Plaintiff Herman Kelly, pro, se has filed his timely motion to vacate in pursuant to all applied laws and frcp rule 60 b and in support of his menorandum of laws of the united states constitutions on due process of laws, equal protection of laws.

frcp 60 (b. ) states on motion and upon such terms as are just the court may relieve a party or a party's legal representative from a final judgment,order.The motion shall be made within a reasonable time, not more than one year after the judgment order.

2. Defendant mbna bank has a legal duty to send this court and plaintiff copies of all his banks records, bank receipts statements, contracts, agreement and any and all things, information in respect to plaintiff request for discoverys, disclosures from defendants. Defendants refused to tell inform the court on the correct,total amount of money that plaintiff paid in full to mbna bank and its other partners mergered banks.Defendants has violated the Federal consumer credit protection act, Uniform consumer credit code UCCC,Federal trade commission act, 15 usca & 41-58, and the federal freedom of information act 12 USCS & 3404 (a ),(c).

12 uscs & 3404 states.. the customer has the right.. to obtain a copy of the record which the financial institution shall keep of all instances in which the customer's records is disclosed to a government authority.

3. The united federal trade commission office (us government) informed plaintiff that the legal statutory interest rate was 18 % and the any over charges is illegal. The united states trade commiss ion letter attached herein told plaintiff that the United State Comptroller of the Currency is the proper government agency authority over national bank. MBNA is a national bank. OCC is the administrator of all MBNA banks.

uccc& 5.203(1) (a). states.. the code provides that a creditor who violates the provisions of the truth in lending act by failing to disclose information to a person entitled to it is liable to that person for twice the amount of the finance charge in connection with the transaction but not less than $100 nor more than $1,000. 00 dollars.

Pe 1

The administrator of the truth in lending act is to adopt rules to keep the code provisions in harmony with the truth in lending act and such rules supersede any provisions that are inconsistent.

4. Under r.59 e, plaintiff has shown an reasonable legal merit intervening changes in the controlling law. The US comptroller of currency now has power to review issues, complaints against MBNA bank, all national banks. And prior to any arbitration, court of detroit proceedings United states comptroller of the currency had full jurisdiction and their letter informed plaintiff that defendant was to pay plaintiff money.

5. The OCC's letter is also any order, judgment, ruling in favor of plaintiff. Defendant charged plaintiff high illegal interest usury interest rate over 18 %, and defendant is extorting with fraud misconduct more money from plaintiff by trying to have the court think that plaintiff owe mbna money and that plaintiff never paid mbna any money over $ 20,000.00 dollars.

15 USCA & 1601 states..extension of consumer credit is subject to the requirements of the federal consumer credit protection act ( Truth in lending act ), title 1 of which requires a creditor to disclose terms of a consumer credit transaction before extending credit to the individual comsumer. The creditor must disclose clearly and conspicuously the annual percentage rate applicable to extension of consumer credit, and the amount of the finance charge, including interest ,services or carrying charge, loan.

6. This court did not grant defendants any summary judgment and mbna bank is not trying to resolve, settle, compromise, matter. Karen sullivan is playing, toying, abusing this court and taken full disvantages over plaintiff. This court has possible over looked some of plaintiff evidences, because defendants refused to file and submit their answers to plaintiff discovery requests, defendants refused to participate in the framing of a discovery plan, defendants refused to answer plaintiff's interrogatories questions deposition.

7. Plaintiff has stated and shown a cause of action claims and all unjustice, unfair treatment by defendant mbna america bank, which is civil rackerteering. Denial of complaint has cause plaintiff problems in his credit history, defendants interference with plaintiff trying to go back to school, college to better his life and find, get a good paying job employment in his profession field.

8. Plaintiff will not pay mbna no more money and shall appeal this defendants's misconduct to the United States Supreme court for reviews of these proceeding and all banks records of plaintiff 6 credit loan accounts which are paid in full as to all his bank receipts statement showing his weekly, monthly installment payments.

15 USCS &1666 (e), states;... any creditor who fails to comply with the requirement of this section or section 1666a of this title forfeits any right to collect from the obligor the amount indicated by the obligor...

9. All of the attached letter from the other US government said US comptroller of currency office had full jurisdiction, with this court before dates of defendant 6 national arbitration forum proceedings litigation which had no jurisdiction over OCC, plaintiff & this court.

10. The united states federal comptroller of the currency office has the power and authority over all national banks. OCC comptoller of the currency's letter dated Dec 23, 2004 refer to Herman Kelly vs. MBNA america bank, grievance case # 480980 was under the jurisdiction of this federal district court and the administration agency to enforce laws against national bank. OCC's letter is a order, judgment, decree opinion, decision, which said that mbna bank is to correct thier bank error or pay plaintiff Herman Kelly money, refunds of all over payments. Kelly was trying to settle this matter. Until mbna started their retaliation conducts of filing all those false fraud, litigations to plaintiff.

   15 usca & 45 a,(1), 15 usca & 41-58.. states... the federal trade commission act, prohibits unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce. The federal trade commission has the authority to require collection services to cease and desist from using.

11. The federal trade commission office informed plaintiff that the OCC united states comptroller of currency now has legal authority over national bank to plaintiff attached letter here in.

    12 USCA & 84d(1) states... the comptroller of the currency may prescribe rules and regulations to administer and carry out the purpose of this section including rules or regulations to define or further define terms used in this section and to establish limits or requirements other than those specified in this section for particular classes or categories of loans or extensions of credit.

12. All mbna bank mergered other partner banks must be with prior written approval, letter of the responsible agency which shall be the comptroller of the currency in pursuant to 12 uscs & 1828.. Sherman antitrust act, the clayton act. 12 uscs & 1467a, (g)(1).

13. Plaintiff's witnesses USA office of thrift supervision, federal reserve system board of governors, federal trade commission.

    12 uscs & 1828(7b) states ... in any judicial proceeding attacking a merger transaction approved under paragraph (5) on the ground that the merger transaction alone and itself constituted a violation of any antitrust laws other than section 2 of the act of july 2, 1890, section 2 of the sherman antitrust act 15 usc 2, the standards applied by the court shall be identical with those that the banking agencies are directed to apply under paragraph ( 5 ).

14. Defendant mbna bank has monopolies over plaintiff by taking over all of plaintiff 7 other loan credit accounts with other banks, and mbna did not add all plaintiff payment to them as part of his total installment payment which is illegal. This court should up hold OCC ruling, letter & grant plaintiff amended complaint or any fair relief just.

P. 3



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Consumer Response Center

November 19, 2004

Herman Kelly
PO Box 14157
Detroit, MI 48214

Re: FTC Ref. No. 5266034

Dear Mr. Herman Kelly:

The Federal Trade Commission does not have jurisdiction over banks or credit cards that are issued by banks. You should decide what kind of bank you were dealing with and file your complaint with the appropriate bank regulatory agency:

1. If the bank has the word National or the letters N.A. in its title, the complaint should be sent to Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3710, Houston TX 77010, 1 (800) 613-6743.

2. A complaint about a state-chartered bank that is a member of the Federal Reserve System should be sent to the Board of Governors of the Federal Reserve System, Director, Division of Consumer and Community Affairs, Washington, D.C. 20551, (202) 452-3693.

3. Complaints regarding state-chartered, federally insured banks that are not members of the Federal Reserve System should be sent to the Office of Bank Customer Affairs, Federal Deposit Insurance Corporation, Washington, D.C. 20429, 1 (800) 934-3342.

4. Complaints about federal-chartered savings banks should be sent to the Office of Thrift Supervision, Division of Consumer Affairs, Washington, DC 20552, 1 (800) 842-6929.

Here's how some different methods of calculating finance charges affect the cost of credit:

| | Average Daily Balance (including new purchases) | Average Daily Balance (excluding new purchases) | Adjusted Balance | Previous Balance |
|---|---|---|---|---|
| Monthly rate | 1 1/2% | 1 1/2% | 1 1/2% | 1 1/2% |
| APR | 18% | 18% | 18% | 18% |
| Previous Balance | $400 | $400 | $400 | $400 |
| New Purchases | $50 on 18th day | $50 on 18th day | | |
| Payments | $300 on 15th day (new balance = $100) | $300 on 15th day (new balance = $100) | $300 | $300 |
| Average Daily Balance | $270 * | $250 ** | N/A | N/A |
| Finance Charge | $4.05 (1 1/2% x $270) | $3.75 (1 1/2% x $250) | $1.50 (1 1/2% x $100) | $6.00 (1 1/2% x $400) |

\* To figure average daily balance (including new purchases):
($400 x 15 days) + ($100 x 3 days) + ($150 x 12 days) ÷ 30 days = $270

\*\* To figure average daily balance (excluding new purchases):
($400 x 15 days) + ($100 x 15 days) ÷ 30 days = $250

---

To help avoid finance charges, follow the issuer's mailing instructions. Payments sent to the wrong address could delay crediting your account for up to five days. If you misplace your payment envelope, look for the payment address on your billing statement or call the issuer.

**Refunds of Credit Balances.** When you make a return or pay more than the total balance at present, you can keep the credit on your account or write your issuer for a refund — if it's more than a dollar. A refund must be issued within seven business days of receiving your request. If a credit stays on your account for more than six months, the issuer must make a good faith effor to send you a refund.

**Errors on Your Bill.** Issuers must follow rules for promptly correcting billing errors. You'll get a statement outlining these rules when you open an account and at least once a year. In fact many issuers include a summary of these rights on your bills.

If you find a mistake on your bill, you can dispute the charge and withhold payment on tha amount while the charge is being investigated. The error might be a charge for the wrong amount, for something you didn't accept, or for an item that wasn't delivered as agreed. Of course, you still have to pay any part of the bill that's not in dispute, including finance and othe charges.

If you decide to dispute a charge:
● Write to the creditor at the address indicated on your statement for "billing inquiries." Include your name, address, account number, and a description of the error.

---

Federal Trade Commission
Washington, DC 20580

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST CLASS MAIL
POSTAGE & FEES PAID
Federal Trade Commission
Permit G-62



Comptroller of the Currency
Administrator of National Banks

December 23, 2004

Herman Kelly
P.O. Box 14157
Detroit MI 48214

Re: Case# 480980
MBNA AMERICA BANK, NATIONAL ASSOCIATION

Dear Mr. Kelly:

The Office of the Comptroller of the Currency (OCC) is responding to your letter regarding the above-mentioned bank. In your correspondence you complain of the bank acquiring your accounts and the balances due on your accounts.

We have contacted the bank again on your behalf. The bank advised that out of the six accounts you have with them only account ending 1423 was opened by MBNA on November 15, 1994. The other five were converted to MBNA from other banks. The bank has researched all the accounts in question and has no record of any settlement agreement to pay the outstanding balances. Therefore, the bank has referred your accounts to outside counsel, Wolpoff and Abramson. Since the bank no longer is servicing your accounts you may contact Wolpoff and Abramson directly at 1-800-365-6584 to further discuss this matter.

Should you continue to dispute the balance on your accounts, please provide the specific information regarding each account and any documentation to substantiate your claim for further review by the bank.

Regulation Z (12 C.F.R 226), The Truth in Lending Act, establishes your rights and obligations in the event of a billing error on your credit card account. In order to protect your rights under Section 226.13 you must dispute any incorrect entries on your statement within 60 days of the date the bank sent the first statement where they appear, or, in the case of a missing credit, where they should appear. If you are disputing a statement that you did not receive, then your dispute is for the full balance owing on that statement. Your dispute must be in writing and must be sent to the address following the caption, Send Billing Inquiries To: found on your monthly statement.

Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, Texas 77010-9050
Phone: (800) 613-6743, FAX: (713) 336-4301

December 23, 2004
Herman Kelly
Page 2

The bank must acknowledge your dispute within 30 days. The bank must correct any errors or explain to you in writing why it feels the entries are correct within 90 days or within two complete billing cycles. During this time, the bank may neither attempt to collect on any portion of the disputed amount nor report these amounts as delinquent to a credit bureau. The bank may, however, give you provisional credit and extend the time it has to research your dispute. The bank can then remove the credit from your account if it determines that there is no error.

If the bank fails to abide by these requirements, it forfeits its right to collect up to $50.00 of the amount indicated to be a billing error and any finance or late charges. If the bank gave provisional credit for the entire amount in dispute and all finance and late charges, the $50.00 forfeiture does not apply.

You may request the bank to forfeit up to $50.00 of the disputed amount if you have evidence that you notified the bank of your billing error in writing and to the proper address, and the bank failed to place the amount in question in a dispute status or notify you why the entry was correct within the required time frame.

If you fail to comply with the timing described above, or do not write the bank at the correct address, you may forfeit your rights under this law.

You can obtain a free copy of Regulation Z (12 C.F.R. 226), from the nearest Federal Reserve Bank.

We trust this is responsive to your complaint. If we can assist you in the future, please do not hesitate to contact our office.

Sincerely,

*Melinda L. Goodnight*

Melinda L. Goodnight
Complaint Operations Manager

FROM :                                           2004.03-10    11:23    #959 P.02/05



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930   February 19, 2004

Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Re:   4264 2906 5000 1423
      4800 1352 7400 0023
      5329 0581 1100 6921
      4313 0402 1201 4211
      4313 0277 0703 0919
      4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience. Please contact me directly at (800) 441-7048, extension 78069. I am available Monday through Friday from 8 a.m. until 5 p.m. (EST). Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

*[Handwritten:] H.K. paid #27,366.45 to MBNA*
*Accounts paid in full*
*[signature] Herm Kelly*

# BP

TO; MBNA America Bank,
   Board Of Directors and Shareholders,
   United States Comptroller
   Of The Currency.                    Dated;February 10,2004

> Finanicial payments audited report accounting
> statement on Herman Kelly.

---

1.   We have reviewed and audited the herein accompanying separate loan,credit card accounts num ...4264 2906 5000 1423..#4800 1352 7400 0023..#5329 0581 1100 6921..#4313 0402 1201 4211..#4313 0277 0703 0919..#4264 2984 2105 6519, of Herman Kelly on Feb 10,2004 based on Herman Kelly,s monthly receipts installment payments to each single credit loan account.

2.   We conducted our audits in accordance with generally accepted auditing standards of this State. Our legal responsibility is to express our opinion on all installment payments financial monthly bank receipts statement for each credit loan account based on our in person audits.

3.   We inspected each bank statement receipts to obtain correct reasonable assurance that each credit loan account financial statement is free and clear of errors,mistakes as to the total payment amounts paid on each account in full.

4.   Audit includes examining bank payment statements, evidences supporting the amount of money paid consolidating each monthly installment payment to a total payment balance paid,that are disclosures in each bank statement receipts.

5.   For credit loan account number   ending with #0919 paid $8160.00  #4211 paid $3360.00 #1423 paid $10,080.00 #0023 paid $7,392.00 # 6921 paid $4,320.00 #6519 paid $21,408.00, In our opin   the information on each bank account present fairly and correct in all material as to payments paid,to MBNA america bank.This is a independent audit report.

                                                        Thank You
                                                        Sincerely.

BP auditors                    *Genesis Acts*
c/o Prince Blk,MCPS,ltd.       ------------------------
elgar house,41 Streatham high road Genesis Acts,accountant
London,UK. SW 16 1ER            *Joe E. Ecclesiates*
020 8664 4400                   ------------------------
                                Joe Ecclesiates,CPA.

## CONCLUSION

Therefor based on the facts, evidences information said herein and plaintiff 's menorandum of laws .Plaintiff prays to god and this federal district court to deny defendant motion for reconsideration and to order that defendant mbna bank pay all court's cost and pay plaintiff$10,000.00 dollars for representing this case or any fair amount , that court shall issue a order compelling defendants to disclose all records, information of plai ntiff's discovery requests.

The **CEO** of MBNA bank and its board of directors must have full knowledge of this case and defendants c/o Karen Sullivan refusal to settle, compromise, resolve this matter that only should be a full accounting audit of all plaintiff payments to mbna banks . Defendants conducts of fraud is illegal,and should stop, cease.

State Of Michigan  
wayne county  

Aug 15,2007

Respectfully Submitted

Herman Kelly, pro, se  
p.o. box 14157  
Detroit, Michigan 48214-0157  
313-894-8855

_____  
Herman Kelly, plaintiff


### Proof and Certificate of Service

Plaintiff Herman Kelly, pro, se hereby certified that a true and correct copy of this motion was mailed to defendants at p.o. box 2054 Wilmington, Delaware 19899-2054

_____  
Herman Kelly, plaintiff

P. 4



Herman Kelly, Pro Se
P.O. Box 14157
Detroit Michigan 48214-0157

United States Federal
District Court Civil Division
844 N. King Street
Lockbox 18
Wilmington Delaware 19801