IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Herman Kelly,<br>    Plaintiff,<br><br>  v.<br><br>MBNA America Bank, National Arbitration Forum, Wolpoff & Abramson, L.L.P.<br><br>    Defendants. | C.A. No. 06-228-JJF |

**DEFENDANT FIA CARD SERVICES, NATIONAL ASSOCIATION F/K/A MBNA AMERICA BANK, N.A.'S REPLY IN FURTHER SUPPORT OF MOTION FOR RECONSIDERATION OF MOTION TO DISMISS AMENDED COMPLAINT & OPPOSITION TO MOTION TO STRIKE**

  Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.'s ("MBNA") respectfully submits this reply in support of its Motion for Reconsideration of Motion to Dismiss Amended Complaint ("Motion for Reconsideration," D.I. 84) and opposition to Plaintiff's motion to strike[1]:

  1. Plaintiff filed a document titled "Plaintiff's objection. , opposition and motion to strike Quash defendant's motion for reconsideration & opposition dated July 31, 2007."[1] ("Opposition to Motion for Reconsideration," D.I. 88 (errors in original)). Plaintiff's Opposition to Motion for Reconsideration is untimely and should not be considered. Because MBNA filed and served its Motion for Reconsideration on July 9, 2007, Plaintiff's response was due on July 26, 2007. *See* D. Del. LR 7.1.2(b). Plaintiff did not file his opposition until August 20, 2007.

---

[1] Although Plaintiff's filing is titled, in part, as a "motion to strike," the Plaintiff does not mention in the body of the filing his request to strike the Opposition to Motion to Vacate. D.I. 88. The Plaintiff fails to provide any basis in fact or law to support striking MBNA's Motion for Reconsideration or its' Opposition to Motion to Vacate, and there is none. Accordingly, MBNA respectfully requests that the Court summarily deny Plaintiff's motion to strike.

Because the response was not timely filed, MBNA respectfully submits that the Court should disregard it.

    2.    Even if the Court considers Plaintiff's Opposition to Motion or Reconsideration, MBNA is entitled to reconsideration and to dismissal of Plaintiff's claims in their entirety. In its' Motion for Reconsideration (D.I. 84), MBNA requested that the Court reconsider its' Order (D.I. 83) denying without prejudice a portion of MBNA's motion to dismiss. The sole basis for the motion is that, although the parties referenced the accounts by different numbers in their filings, the parties were referencing the same 6 accounts. In his Opposition to Motion or Reconsideration, the Plaintiff does not dispute -- nor could he -- that he and MBNA were addressing the same 6 accounts. Accordingly, because the only reason that the Court did not grant dismissal of claims previously was because the parties used different numbers to discuss the same 6 accounts, the Court should grant MBNA's Motion for Reconsideration and dismiss the remaining claims in Plaintiff's complaint as follows:

    a.    Plaintiff's claims with respect to account number Original 3461/ Converted 6519/ Charge-Off 3734 should be dismissed based on the *Rooker-Feldman* doctrine.

    b.    Plaintiff's claims with respect to accounts numbered Original 7784/ Converted 4211/ Charge-Off 5567 and Original 0346/ Converted 0023/ Charge-Off 7332 should be dismissed because the Plaintiff forfeited his right to judicial review when he failed to timely serve notice of a motion to vacate, modify or correct the award.

    c.    Plaintiff's claims regarding account Original 4219/ Converted 0919/ Charge-Off 6335 should be dismissed in favor of arbitration.

3.   Plaintiff appears to argue that MBNA is not entitled to reconsideration/dismissal for the reasons he put forth in his motion to vacate, including arguments related to the Federal Trade Commission ("FTC") and the Office of the Comptroller of the Currency ("OCC"), as well as a new argument that appears to allege an antitrust violation based on the fact that MBNA obtained Plaintiff's accounts from other banks.  These arguments are factually and legally wrong:

a.   The November 19, 2004 letter from the FTC to Plaintiff does not "inform[] plaintiff that the legal statutory interest rate was 18% and the any over charges is illegal."  D.I. 88, p. 1, ¶ 3 & Exhibit at pp. 4-5.  The 18% figure cited by Plaintiff was simply one used by the FTC to illustrate how the same 18% interest rate could result in differing finance charges based on the method of calculating interest.  Moreover, there is no applicable statutory interest rate.  12 U.S.C. § 85 (national banks look to law of state where located for maximum interest rate) & 5 *Del. C.* § 943 ("A bank may charge and collect periodic interest … at such daily, weekly, monthly, annual or other periodic percentage rate or rates as the agreement governing the plan provides….").

b.   The OCC letter is not an "order, judgment, ruling in favor of plaintiff" that is an "intervening change in law".  D.I. 88, p. 2, ¶¶ 4 & 5 & Exhibit at pp. 6-7.  The OCC letter is not "a order, judgment,  decree, opinion, decision, which said that mbna bank is to correct thier bank error    or pay plaintiff Herman Kelly money, refunds of all over payments."  D.I. 88, p. 3, ¶ 10 (errors in original).  The OCC letter advised Plaintiff that MBNA disputed that it had entered any settlement agreement with Plaintiff and that MBNA had referred the matter to Wolpoff & Abramson.  The letter requested that Plaintiff provide documentation if he continued to dispute the balance.  Finally, the letter

3

provided a summary of Regulation Z.  The letter is not a determination by the OCC of whether or not Plaintiff owed MBNA money.  Although the OCC does regulate national banks, such as MBNA, and assists customers in attempting to resolve disputes with a national bank, it lacks authority to decide customer disputes that are not resolved voluntarily.  *See* OCC: Consumer Complaints and Assistance, available at http://www.occ.treas.gov/customer.htm ("Many complaints stem from factual or contract disputes between the bank and the customer.  Only a court of law can resolve those disputes and award damages.") (attached hereto as Exhibit A).

    c.    Plaintiff appears to argue that there is an antitrust violation because MBNA purchased his accounts from other banks.  D.I. 87, p. 3, ¶¶ 12-14.  The allegation that there was an antitrust violation lacks any basis in fact or law.  Moreover, even if there were such a violation, Plaintiff fails to articulate how that could have any impact on the Court's decision on MBNA's Motion for Reconsideration.

WHEREFORE, because there is now no dispute that the parties were addressing the same 6 accounts in the complaint and the motion to dismiss, MBNA respectfully requests that the Court reconsider its decision on MBNA's motion to dismiss and that the Court dismiss the Plaintiff's complaint in its entirety.

                              OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: August 27, 2007              /s/ Karen V. Sullivan
                                          Charles M. Oberly, III (No. 743)
                                          Karen V. Sullivan (No. 3872)
                                          1220 Market Street – Suite 710
                                          P.O. Box 2054
                                          Wilmington, DE  19899-2054
                                          (302) 576-2000 – Telephone
                                          (302) 576-2004 – Facsimile
                                          Attorneys for FIA Card Services, National
                                          Association f/k/a MBNA America Bank, N.A.

# EXHIBIT A



| | Search | Advanced Search | Subject Index | Site Map | Directory | Contact the OCC |

- Home
- What's New
- About the OCC
- Banker Education
- Careers at the OCC
- Community Affairs
- Corporate Applications
- CRA Information
- Consumer Complaints and Assistance [En Español]
  - Mission Statement
  - OCC Consumer Protection News
  - Customer Assistance Brochure (PDF) [En Español (PDF)]
  - Ombudsman Report (PDF)
  - Information Quality (Section 515) (PDF)
  - Anti-Fraud Resources
  - Counterfeit Reporting Form (PDF)
- Electronic Banking
- FOIA
- Issuances
- Legal and Regulatory
- National Bank Appeals
- News Releases
- Publications
- Public Information
- Related Sites
- Speeches

**National BankNet**
Username
Password
Login
What is BankNet?

## Consumer Complaints and Assistance
[En Español]

The OCC's Customer Assistance Group is ready to help customers of national banks with questions or complaints they have about their financial institution. CAG's toll-free lines are open Monday through Friday, 7:00 a.m. to 7:00 p.m., Central Time. You can reach one of OCC's Customer Assistance Specialists by calling: **1-800-613-6743**.

Below, you will find a set of questions and answers with information that should prove useful if you have a problem that requires assistance from the OCC.

The following links can be used to navigate within the contents of this page:

What is the OCC?
What is a national bank?
What Is an Operating Subsidiary (Consumer - Focused) of a National Bank?
The OCC Customer Assistance Group (CAG)
The OCC's Complaint Process
Contacting a Customer Assistance Specialist
Filing a Formal Complaint
When you need other help

### What is the OCC?                                Top

The Office of the Comptroller of the Currency (OCC) is a bureau of the United States Department of the Treasury. The OCC charters, regulates, and supervises over 1,750 (as of September 30, 2006) national banks and their operating subsidiaries to ensure a safe, sound and competitive national banking system that supports the citizens, communities and economy of the United States. The OCC also supervises federally licensed

### OCC Customer Assistance

**HelpWithMyBank.gov**
HelpWithMyBank.gov provides answers and assistance to customers of national banks. The site includes answers to common questions and helps walk people through the process of contacting the OCC for additional assistance. Visit the site.

**Video: People Serving People, One Customer at a Time**
View the this video to learn more about the OCC Customer Assistance Group.

### Contact OCC CAG

- Toll Free: 1-800-613-6743
- E-mail: Customer.Assistance@occ.treas.gov
- FAX: 713-336-4301
- Hours: 8 a.m. - 8 p.m., Eastern, Monday-Friday
- Mail: Customer Assistance Group, 1301 McKinney Street, Suite 3450 Houston, TX 77010

### Forms
Complaint Form (PDF)
En Español (PDF)

branches and agencies of foreign banks. The national banks fund the OCC through assessments paid by the banks based on their assets and fees they pay for special services.

### What Is a National Bank?     Top

A national bank is a financial institution chartered by the OCC. National banks can usually be identified because they have the words "national" or "national association" in their titles or the letters N.A. or NT&SA following their titles. National banks represent about 23 percent of all insured commercial banks in the United States, holding 68 percent of the total assets of the banking system.

### What Is an Operating Subsidiary (Consumer-Focused) of a National Bank?     Top

National banks conduct some of their banking activities through companies called operating subsidiaries. These subsidiaries are companies that are owned or controlled by a national bank and that, among other things, offer banking products and services to consumers such as loans, mortgages and leases. The OCC supervises and regulates many of these operating subsidiaries and has created a database of the operating subsidiaries that do business directly with consumers. The information provided in the database is self-reported by the national banks annually as of December 31 pursuant to 12 CFR 5.34 (e) (6).

|  | *Format* |
|---|---|
| **Annual Report of National Bank Operating Subsidiaries That Do Business Directly With Consumers** (Once downloaded the Excel list may be sorted as desired.) | Excel  HTML  PDF |

For a more detailed description of operating subsidiaries (consumer-focused) and the activities

they engage in see "Investments and Equities" booklet (PDF)

**If You Have a Problem With a National Bank or its Operating Subsidiary**

**The OCC Customer Assistance Group (CAG)**   Top

The OCC Customer Assistance Group was created to answer questions, offer guidance, and assist consumers in resolving complaints about national banks and their subsidiaries.

The first step is to try to resolve a complaint directly with your bank or its operating subsidiary before involving an outside agency. If you are unable to do so or are uncertain about whether your complaint involves an organization that the OCC supervises and regulates, the OCC Customer Assistance Group will try to assist you.

General inquiries about banking laws or practices often can be answered on the phone or through email by a Customer Assistance Specialist. The specialist may also be able to suggest other ways for you to try to resolve your problem directly with the bank or its subsidiary.

**The OCC's Complaint Process**   Top

When we receive your call about a complaint, a Customer Assistance Specialist will request certain information from you about the issues. The specialist will evaluate your information and attempt to resolve your questions while on the phone. Should the specialist not be able to resolve your complaint immediately, they may request that you submit a formal written complaint or inquiry. The specialist will explain the formal complaint process to you, assign you a case number and explain exactly what information or documents we need you to provide.

When we receive your written complaint or additional documentation that was requested by one of our Customer Assistance Specialists, we

will send to you an acknowledgment letter and assign a case number if one was not previously provided. The specialist will research your complaint and contact the bank for a response. The OCC will notify you after the bank or subsidiary responds. The bank or its subsidiary often resolves voluntarily those complaints caused by bank errors or misunderstandings.

**Filing a Formal Complaint**     Top

There are two ways you can file a formal written complaint with the OCC about a national bank or its operating subsidiary. No special form is required but you may use the Customer Complaint Form provided if you would like. The OCC will accept either the PDF version the form, or a letter containing the information listed below.

| | |
|---|---|
| PDF | The OCC complaint form (PDF) [En Español (PDF)] is available for Adobe Acrobat version 5.0 and above. You can complete the form on your computer or print it out and complete the form off-line. Either way, sign and date the completed form and mail or fax it to the address below.<br><br>Adobe® Acrobat® Reader™ software is required to view and print this form. If Adobe Acrobat is not already installed on your computer, you may download a free copy by visiting Adobe's website.<br><br>Note: Adobe Acrobat will allow you to complete the form on your computer. You still need to sign and mail the printed form to the Customer Assistance Group in order for us to assist you. |
| Mail | If you would prefer not to fill out a form, you may mail or fax us a letter. No special form is required, but your letter should |

identify the national bank or subsidiary about which you have the complaint by providing the bank's (or subsidiary's) full name and address.

Additionally, the following information is required:

- Your complete name and mailing address as used by the bank;
- Your daytime telephone number;
- Your account number(s);
- A detailed explanation of the complaint or inquiry and description of how you would like the matter resolved;
- The signature of the account holder, legal guardian, Power of Attorney, or other person authorized to act for the account holder. If you are not the account holder, you must include documentation indicating your authority; and
- Documentation supporting your position.

Sign and date your letter, and mail or fax it to the address below.

You may mail or fax the form or a letter to the Customer Assistance Group at the following address:

Customer Assistance Group
1301 McKinney Street
Suite 3450
Houston, TX 77010
FAX: 713-336-4301

**Contacting a Customer Assistance Specialist**                    Top

You can reach one of the OCC Customer Assistance Specialists by calling our toll free number, 1-800-613-

6743, Monday - Friday, 7:00 a.m. to 7:00 p.m., Central Time or by sending an email to Customer.Assistance@occ.treas.gov.

Please be reminded that e-mail is not necessarily secure against interception. Please do not include sensitive information of a personal or confidential nature - such as your bank account, credit card, or social security number.

**When You Need Other Help**      Top

Many complaints stem from factual or contract disputes between the bank and the customer. Only a court of law can resolve those disputes and award damages. If your case involves such a dispute, we will suggest that you consult an attorney for assistance.

The OCC regulates only national banks and their operating subsidiaries, not all types of financial institutions. If your complaint involves a bank or other institution not regulated by the OCC, we will refer it to another agency. We will notify you if we do so. You should not have to resubmit your complaint or accompanying documentation. However, you may be contacted if the other agency needs additional information.

Pursuant to Federal law, national banks may have subsidiaries, such as securities brokers, providers of investment advice, or insurance brokers, that are regulated by another regulator and not the OCC (such as the SEC, state insurance or securities regulators, or the Federal Reserve). You can find out more about these other regulators by contacting them by phone or visiting these Web sites:

- Federal Deposit Insurance Corporation for insured state chartered banks that are not members of the Federal Reserve System and insured branches of foreign banks.

- Board of Governors of the Federal Reserve System for state-chartered banks that are members of the Federal

- Reserve System, for bank holding companies, Edge Act and agreement corporations, and branches and agencies of foreign banking organizations operating in the United States and their parent banks.

- Office of Thrift Supervision for federally chartered savings associations, federal saving banks, and SAIF-insured state chartered savings associations.

- National Credit Union Administration for credit unions.

- Conference of State Bank Supervisors for information about state-chartered banks and thrifts.

- National Association of Attorneys General (http://www.naag.org/) for information about state consumer protection.

- Securities and Exchange Commission for administration of the federal securities laws.

- The U.S. Department of Housing and Urban Development regulates the Real Estate Settlement Procedures Act (RESPA), which governs the information on the nature and costs of certain mortgage related settlement charges.

- National Association of Insurance Commissioners (http://www.naic.org/) for information about state regulated insurance activities.

- Information reported to the Board of Governors of the Federal Reserve System about banks and their subsidiaries that are part of a bank holding company structure.

The Office of the Comptroller of the Currency was created by Congress to charter national banks, to oversee a nationwide system of banking

Accessibility | Web Privacy Policy | Contact Us



institutions, and to assure that national banks are safe and sound, competitive and profitable, and capable of serving in the best possible manner the banking needs of their customers.

Department of the Treasury |
USA.gov | No Fear Act |
Get Acrobat Reader |
HelpWithMyBank.gov |

## CERTIFICATE OF SERVICE

    I, Karen V. Sullivan, Esquire, hereby certify that a copy of the foregoing Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.'s Reply in Support of Motion for Reconsideration & Opposition to Motion to Strike was served by first class U.S. mail on this 27th day of August, 2007 on the following non-registered CM/ECF participant:

Herman Kelly
P.O. Box 14157
Detroit, MI 48214

                                                    /s/ Karen V. Sullivan
                                             KAREN V. SULLIVAN (No. 3872)