In the united states district court for the federal district
court for the district of delaware

Herman  Kelly,pro,se                    Case # 06-228-jjf

      plaintiff                      notice/affirmation

vs.

MBNA america  bank,et,al

     defendants

__-------------------------/

" plaintiff 's objection,opposition and motion to  strike defendant's
mbna 's reply dated   aug 27,2007. in support of plaintiff's
motion to vacate order of dismissal on amended  complaint/complaint.
frcp  60 b.

-------------------------------------------------------------------

( statement  of facts/cause of relief,claims & action)
**************************** ******************* ************

1.   Plaintiff  herman kelly. pro,se 's objection and   opposition to
mbna bank defendant's  reply pleading dated  aug 27,2007 as being
untrue, fraud ,lies,perjury and is violation of plaintiff's rights
on the united states  constitutions  to equal protection of laws,due
process of laws. rights to enjoyment of life and is part of plaintiff's
cause  of action,indirect appeal,claims in amended complaint  & complaint.
Defendant is still trying to extort,steal more money from plaintiff who
will not pay the mbna bank no more money. Plaintiff  has paid all his
6 credit loan accounts  in full, in respect to the attached notice
signed by  plaintiff  and defendant mbna  showing all account numbers.

2.   Plaintiff  filed his  timely motion to vacate/responses  in
pursuant  to  frcp  60,b, which states that motion can be filed within
one year after orders.    judgments.

3.  .  Plaintiff again  hereby  mention that he objected, opposed  to
court's order dismissing complaint as  unfair  and possible abuse of
            discretions.When  this court had  full jurisdiction to
review complaint, amended complaint prior to any  NAF arbitration
proceedings and  court  should  enforce ; uphold the united state
comtroller of currency 's  opinion,order,ruling ,letter, directions,
judgment  page 2, that said mbna  bank should pay plaintiff money.
While  the  case was pending  with the OCC, defendant  retaliated by
filed  6 NAF 's  complaint against herman kelly on the same crimes,
that was  double jeopardy  in violation of the us constitution and this
court has over  looked that  fact.

4.   Plaintiff's  again  object,oppose  defendant's motion for
reconsideration and filed his memorandum of laws in support of his
oppositions.Where  defendant  refused to answer discovery,disclosure
refuse  to settle,refused to tell the court the total amount of money
plaintiff paid  defendant mbna bank and its mergered partner banks.
plaintiff paid defendant over $ 25,000.00  dollars.


P a 1

Motion To Strike menorandum of laws, F R C P 12 f.
-----------------------------------------------------

immaterial matter is that which has no essential or important
relationship to claim for relief or defenses being pleaded,
impertinent matter consists of statements that do not pertain
and are not necessary to issues in questions. see... Rawson  vs,
Sears  Roebuck  & Co, 1984, D.C. Colo, 585 f, supp, 1393..
35 BNA, FEP, Cas, 113.

counterclaim for unfair competition was redundant of counterclaim,
for defamation and trade defamation and disparagement, so was
dismissed under rule 11 f, after other counterclaims were dismissed
for  failure to state causes of action. see... EL,Greco, Leather
Products, Co,   vs, Shoe World, Inc, 1985, ED, NY, 623, f, supp,
1038....

motion to strike defense was treated as motion for partial summary
judgment. see... Genral  Dynamics  Corp,  vs, U.S. 1977, 558, f,
2d, 985, 214, Ct, Cl, 607..

motion to strike can be treated as motion to dismiss for failure
to state claim, upon which relief can be granted. see... Brown
vs,  Seebach, S.D. Fla, 1991, 763, f, supp, 574.

plaintiff's motion filed under subd, b, of this rule to dismiss
defendant's answer on ground that it was an insufficient defense
was not a proper remedy but would be treated as a motion under
subd, f, of this rule to strike alleged            insufficient
defense. see... Wilkinson,  vs, Feild, D.C. Ark, 1952, 108, f, supp,
541. Dawkins   vs, national  liberty life, Inc, Co, D.C.S.C. 1966,
252, f, supp, 800.

w here allegations in counterclaim of fraud were not immaterial
to claim sounding in tort but counterclaim did not allege elements
of fraud with  specificity required motion to strike the fraud
allegations would be considered as motion for more definite
statement and defendant would  be granted leave to amend pleadings.
see... Strick  Corp,  vs, Penn, Yan Exp, Inc, D.C. Pa, 1974,
62, F.R.D. 4.

although motion to strike was not a purely technical sense,responsive
to motion to dismiss for lack of  subject matter juridiction , motion
to strike would be considered as   functional  equivalent of
response to motion to dismiss, inasmuch as substance of motion
to strike was intended to address juridiction  issue. see...Norman
vs,  Levy, N.D. Ill, 1990, 756 , f , supp, 1060...
Commercial  Union , Ins, Co, vs, Upjohn, Co, D.C.La, 1976, 409,
f, supp, 453.... Trio  Process Corp,  vs, L. Goldstein's Sons,
Inc, D.C. Pa, 1966, 250, f, supp, 926....



P.2

Federal rule of civil procedures 59 (a,2). .. states; A new trial
may be granted to all or any of the parties and on all or part of
the issues ( 2 )in an action tried without a jury for any of the
reasons for which rehearings have heretofore been granted in suits

equity in the courts of the United States . On a motion for a
new trial   in an action tried withouta jury, the court may open
the judgment if one has . been  entered , take additional testimony
amend findings of  fact and conclusion of law or make new findings
and conclusions and direct the entry of a new judgment.

Access to courts is .....  The right to resort to the courts
on equal    terms with others for the  enforcement  of one's rights
and the  obtaining of justice on the  presentation  of one's
defenses. see.... 16  Am, Jur. 2d. Const. i & 382.
35 B. C.J.S. & 1057, FRCP 59.

Error substantially affecting appellant's legal rights and
obligations.. ( is prejudicial error) see,,,  Erskine  vs. Upham,
56 Cal. app. 2d. 235, 132, P. 2d. 219, 228.
   Prejudicial error  states... such may  be groud for new trial
and reversal of  judgment. Fed, R. civil , P. 59. .. see..
State  vs.  Gilcrist, 15, Wash. app. 892, 552, p. 2d. 690, 693.

Equal protection  of the laws forbids that  one class
suffer loss to enrich another. see... Reagan  vs. Farmers's
Loan & T. Co.  154, US, 362, 14,  S. Ct. 1047.



The constitution  in hibition  that no state shall  deprive
any person within its jurisdiction of the equal protection of the
laws was designed to prevent any person or class from
being  singled out as a  special subject of hostile or  discriminating
legislation. see...  Pembina Consol. silver Min. & Mill Co.  vs.
Pennsylvania, 125, U S. 181, 8, Ct. 737.... Ward  vs. Maryland
12, Wall, 418, 20, L. Ed.  449...   38, L. ED. 1014.

Either party in copyrights infringement suit is entitled to jury
trial on demand under seventh Amendment,patent, and copyright
infringemnt actions are  sufficiently analogous to  conclude
that  copyright infringment like patent infringement  is legal action
to be tried to jury and statutory damages  for copyrights infringement
are legal remedy. see... Cass county music Co.  vs. C.H.L.R.
Inc. 1996, Ca 8,  Ark, 88, F.  .3d, 655,39, uspq, 2d. 1429..

copyright owner has right to jury trial on issue and ammout
of statutory  damages, so that  denial of jury trial on amount
of statutory damages  is  reversed. see...  Feltner vs. Columbia
Pictures TV, 1998, us, 140, L. ed, 2d, 438, 118, S, ct. 1279.

P. 3

5.    Plaintiff object ,oppose every page.paragraph that is body written in defendant,reply.motion for reconsideration .because they are false untrue, fraud and based on technical issue not facts or laws,when plaintiff is a laymen to law.          none attorney.

6.    The united states trade commission 's letter,dated nov 19, 2004 and office of comtroller of currency 's letter was pending before and NAF illegal awards . The statutory legal apr interest rate is 18 %.

7.    Mbna bank and plaintiff contract agreement said that the interest rate apr rate would be set fit at the lowest rate at 18 % and less.see attached exhibits.Court has over looked that fact and evidences documentations in support of motion to vacate,    and amended complaint.Complaint was    on defendant charging high usury interest and rackerteering .

8.    The main directions and opinion of this court 's order was that this federal district court did not have full complete jurisdiction over complaint,plaintiff,national arbitration forum naf, lower detroit court which is incorrect. this court has complete jurisdiction to enforce all ruling, order,directions of the united states federal trade commission and usa comtroller of currency.

9.    The amended complaint. and complaint was on claims charges of account audit disclosures.fraud.    rackerteering,double jeopardy, discrimination,extortion.Plaintiff's motion to vacate is also his request for a new hearing trial in pursuant to frcp 60 b.

10.    NAF did not have any jurisdiction over plaintiff who objected to NAF proceedings , by filing his bank grievance with the OCC and FTC,office of    comptroller of currency and federal trade commission.The federal trade commission forward grievance to OCC who now have full power authority of national banks.

11.    Also defendant mbna bank 's staff employees ;

     scott beech    and tom hagen
agreed to no arbitration litigation proceedings, prior to karen sullivan and the other attorneys filing  6 naf case and 3 detroit court cases which was unfair,illegal proceedings filed without given plaintiff good fair notice and serve plaintiff with their complaint and summon which this court over looked.see attached exhibits.

12.    Also plaintiff objected , opposed mbna bank buying all his 6 other different bank that first loaned plaintiff the money credit and mban bank took the loan credit away from plaintiff was illegal discrimination which is in violation of laws on antitrust act.

payments and interest of loanscredit menorandum of laws
---------------------------------------------------------------

consumer credit protection act. , states; .. State legislation
regulating consumer credit is intended to protect the consumer
by informing him or her, and should be construed to effectuate
that purpose. A state statute. providing that the
interest yield on loans repayable in unequal installments cannot
be in excess of the interest yield on loans repayable in equal
installments has been held not to require that the finance
charge for a loan repayable in unequal  monthly installments
not exceed the finance charge for a loan payable in equal
monthly installments. see..17 am , jur. 2d 282 consumer protection.

Except as otherwise  provided in this section,the amount of the
finance charge in connection with any consumer credit transaction
shall be  determined as  the SUM of All  charges. see..
consumer credit  15 & 1605 (a ).(1)

A   creditor may contract for and receive a finance charge
not exceeding that permitted in the  code.The finance charge
may not exceed the  single annual percentage  rate, designated
as  18 % per year on  the unpaid balances of the amount financed.
see...  17 am , jur, 2d. & 295 , consumer protection..
UCCC  & 2,201 (1).  UCCC  & 2.201( 2) (b).Uniform Consumer
Credit  Code.



With respect to a  consumer loan,including a loan pursuant
to open-end credit, a  lender who is not a  supervised lender
may  contract  for and receive a finance charge not exceeding
18  %   per year. see.. 17 am, jur, 2d. &   297 consumer protecton.

The UCCC  however expressly authorizes the  basic 1 ½ percent
monthly charge by setting a  rate  ceiling on nonsupervised loans
at 18 %  simple annual  interest. see.. 20 am, jur, 2d. & 13
credit cards.

Compund interest or  services      charges levied on credit
card accounts have been held  usurious  under 12 uscs & 85.
National bank act.  where state law did not permit the particular
interest  or service  charges involved.  see. 20 am, jur,2d.
& 11. credit cards..

Small loan acts states;.. Even though the act may not make express
provision in this regard,it  is generally held that if interest
at a rate in excess of that authorized by the act  is charged the
loan contract and all papers connected with it are void and
neither the lender nor any  assignee of of his interest under
the contract is  entitled to collect or receive any principal
interest or other charges whatso ever purported to be imposed
by the  loan contract.see.. 53 a, am, jur, 2d. & 46,monrylenders.

It is unfair practice for a creditor to  levy or collect any
delinguency charge on a payment,which payment is otherwise a full
payment for the applicabee period and is pa id  on its due date
or within a grace  period. see,, 54A am, jur. 2d.& 1219 monopolies.
Unfair credit practices...Federal  trade  commission.16 CFR &441.4

P. 5

" Notice ,Dispute,Compla int ,menorandum of laws.fair credit report act "
----------------------------------------- ---------------------------------- -

It is stipulated in the fair credit reporting act that if the
completeness or accuracy of any item of information contained in a
consumer 's file is disputed by him or her and the dispute is directly
conveyed by him or her to the consumer reporting agency,that agency
is required within 30 da ys to reinvestigate and record the current
status of the disputed information. see,,, 15 US CA & 1681 ∴'
i(a ) ∴ (1)( A ).    15 USCA && 1681i (a) (1) (B ),15 US CA,&1681
i (a )(1)(C ).

After receiving a notice from the consumer of a dispute with regard
to the completeness or accuracy of any information provided by a person
to a consumer reporting agency, that person shall , conduct an
investigation ith respect to the disputed informa tion..15 USCA &1681 i,
(a ) (1) (A ). 15 US C A & 1681 s (b)(1).

The consumer reporting agency is required in any subsequent consumer
report containing the information in question clearly to note that it is
. . . disputed by the consumer and provide either the consumer
's statement itself or a clear and . . . . ac curate codification
or summary of it. .. 15 USCA & 1681 i (c).

The national bank act authorizes national banks to charge or
receive interest on loans and discounts at the rate allowed by the
laws of the state, territory or district in which the bank is located
or at a rate based on the rate in effect at the federal reserve bank
in the federal reserve district , where the national bank is located.
see.... 45 am, jur, 2d . & 11 interest and usury, 12 uscs &21 et.seq.

An accepted credit card means any credit card which the
cardholder has requested and received or has signed or has used or
authorized another to use for the purpose of obtaining money,property,
labor or services on credit. see... 20 am, jur, 2d. & 37 credit cards,
15 uscs & 1602(L).

Thus where a credit card agreement is unclear regarding the
parties intent with respect to the liability of cardholders as
distinguished from card users, the contract must be construed strictly
against the party who drafted the instrument in light of the
circumstances surrounding the making of the agreements. see.. 20 am, jur,
2d. & 3 9 credit cards,

42 USCS & 1983, 1982, 1981, 1985.. states... every person who under
color of any statute , ordinance regulation custom or usage of any
state or territory or the district of columbia subject or causes
to be subjected any citizen of the US or other person within the
jurisdiction thereof to the deprivation of any rights , privileges or
immunities secured by the constitution and laws shall be liable
to the party injured in an action at law suit in equity
or other proper proceedings for redress. see.. Fiumara vs. American
Surety Co, of New York, 346, Pa, 584, 31, A, 2d. 283, 287.

P. 6

termination or withdrawal of a credit card may under certain circumstances  violate the equal credit opportunity act 15 uscs & 1691 et, seq.  which prohibits discrimination against any applicant with respect to any aspect of a credit  transaction,on the basis of the applicant's  membership in a  class  of persons protected by E COA, se e....  20 am, jur, 2d &  43 . credit cards, 20 am,jur, 2d. & 44.

there is case authority indicating that treble or punitive damages may  be  recovered in an action for wrongful billing. cancellation, dishonor or disclosure. Also an award of  damages for mental and emotional distress  has been upheld against  a bank credit card issuer  which  displayed,. see.. 20 am,jur. 2d. & 45 credit cards...

Since  the national bank act limits the interest rate charged by national banks to that of the home state in which the bank is established. see... 12 uscs &  85, 45  am, jur. 2d. & 11,interest and usury...

With respect to a  consumer loan,including a loan pursuant to open-end credit, a  lender who is not a  supervised lender may  contract  for and receive a finance charge not exceeding 18  %  per year. see.. 17 am, jur, 2d. &  297 consumer protecton.



consumer credit protection act. , states; .. State legislation regulating consumer credit is intended to protect the consumer by informing him or her, and should be construed to effectuate that purpose. A state statute. providing that the . .. . interest yield on loans repayable in unequal installments cannot be in excess of the interest yield on loans repayable in equal installments has been held not to require that the finance charge for a loan repayable in unequal  monthly installments not exceed the finance charge for a loan payable in equal monthly installments. see..17 am , jur. 2d 282 consumer protection.

Except as otherwise  provided in this section,the amount of the finance charge in connection with any consumer credit transaction shall be  determined as  the SUM of All  charges. see.. consumer credit  15 & 1605 (a ).(1)

A  creditor may contract for and receive a finance charge not exceeding that permitted in the  code.The finance charge may not exceed the  single annual percentage  rate, designated as  18 % per year on  the unpaid balances of the amount financed. see...  17 am , jur, 2d. & 295 , consumer protection.. UCCC  & 2,201 (1).  UCCC  & 2.201( 2) (b).Uniform Consumer Credit  Code.

In  some ways it is remarkably similar to a letter of credit and there is some case authority stating that a bank credit card agreement is most analogous to a letter of credit transaction,such that many principles of contract  law apply. see...20 am, jur. 2d.& 6

" History of   Case   and   Facts "
------------------------------------------------

13.         About 1994,ten years ago Herman  Kelly invested money
in MBNA and open   different  credit cards accounts with MBNA
America  bank and with other third party banks as  to Comerica ,
A A, Amerus,PNC,  First   Union  Bank.The other  bank combined
with MBNA for  some reason I do not know, between  1994 to  2004 .
                  #4800-     -1352-7400-0023
New account numbers;                           0346 ,credit cash limit(ccL)
Old account  numbers;   4317 9572  0200
$7 ,500.00   based  on agreed   contract agreement.signed.

New # 4264-2906-5000-1423,OLD #4313020340001611,(ccL) $ 7, 000.00

New  #4313-0402-1201-4211,  OLD # 4428692130007784,(ccL) $ 1,500.00

New  # 4264-2984-2105-6519, OLD. # 4340590200180439(ccL) $9,500.00

New. # 4313-0277-0703-0919, OLD, # 438 7292150624 219,comerica  bank
(ccL) $5,000.00  attached to my  personal checking
account  # 6812398698. about  15 years business        investorformer
   employee/worker  parttime  security with  Comerica bank.in Mich.
      also  some of my payroll  checks was  deposited,cashed at
   Comerica  bank over $ 2 0,000  dollars.

14.         Sometime  between my investment  venture time period
            starting arounded  Dec 31, 1994   to our present date
July 11,2006 with MBNA  America  bank and their  other banks as  to
Come rica bank  aaccount  # 4387292150624219 & my comerica
checking account # 6812398698 and former   comerica employee
paytoll account . That is attached to my  credit  card and limit of
credit  account  attached to my    personal  che cking account.
AA A # 53 29 0581 1100 692 1   ,   4428692130007784 Amerus bank.
First Union bank  # 4340590200180439, PNC   bank# 5468372500089377.

15.        Someone or person named Stewart (mr.) at  MBNA   without
my  written permission or  consent and  without given me a
advance 30 day  notice  of  his transaction conducts took all
of  my  available   cash credit as agreed to  MBNA & my agreement
signed by both  parties,(attached ),letter of credit approved by
banks 's presidents Paul Muller III, Patrick J.  Reily,
David  Nelms, S.N.  Merkouris,Michael J.  Tierney,Anne Hogan,
Earle  Charles,Ted  Gambill,Margaret  Boone,Mark Sullivan,.
Mr. Joel      Stewart had no  rights  or  proper  authority t o
breach  any of the  other  president and Herman  Kelly contract
wit hout our permission and  agreed  to by laws of  U S  A.
constitutions.Herman Kelly paid $27,366.45 to MBNA America bank
in 2004,in full .

12 USCA & 84(d), (1). banks;       authority of comptroller of the
currency.. states;
            comptroller of the currency may prescribe rules
regulations to administer and carry out the purposes of this
section (12 usca & 84 total loans and extension of credit)
including rules  or  regulation to  define  or further define
terms used  in this section and to  establish  limits  or
requirements other  than  those  specified  in this  section
for particular  classes  or  categories  of loans  or extensions
of credit.

P.8

No one is under a duty to arbitrate unless with clear language that person has agreed to do so. Arbitration is consensual and a matter of contract and therefore a party cannot be required to submit to arbitration any dispute that he or she has not agreed to submit. see... school committee of town of north kingstown vs. crouch, 808,a, 2d.1074,171,ed.law, rep.258,R.I. 2002.. cheek vs. united healthcare of mid-atlantic, inc,378,md.139,835,a, 2d. 656,( 2003) .. Ladd vs. scudder kemper investments, inc, 433 mass,240,741,n.e. 2d. 47 ,(2001).

before party may be compelled to arbitration under the federal arbitration act, district court must engage in limited inquiry to determine whether valid agreement to arbitration exist between parties and whether specific dispute falls within scope of that agreement. see... houlihan vs. offerman & Co. inc, c.a. 8,(s.d.)1994, 31,f. 3d. 692 .

28 & 652 judiciary procedure (a). states; any district court that elects to require the use of alternative dispute resolution in certain cases may do so ,ONLY with respect to mediation ,early neutral evaluation and if the parties consent arbitration.



An award may be impeached or set aside if the arbitrations had no jurisdiction to make the award or if there is a defect in the proceedings which goes to the jurisdiction of the arbitrator. see... salt lake pressmen and insurance exchange vs. Newspaper agency,corp.485,f. supp.511, ( d,utah, 1980 ) detroit auto inter-insurance exchange vs. Gavin , 416,mich,407,331,n.w.2d.418.(1982)... hackett vs. milbank ,tweed,hadley,& mccoy,86,n.y.2d.146,630,n.y.s .2d. 274,654,n.e.2d.95,(1995).

Thus generally the courts will permit an award to be impeached only where it is clearly illegal,or where there has been fraud, misconduct, corruption,palpable or gross mistake or error or some other irregularity on the part of the arbitrators which caused the rendition of an unjust, inequitable or unconscionable award. see... matter of heilman (casella), 188,a.d.2d,294, 590,n. y.s. 2d.495,(1st, dept 1992)... Geico general ins.co. vs. sherman, 307,a.d. 2d.967,763, n.y.s. 2d. 649,( 2d, dept 2003).

if an arbitration award has been obtained or influenced by fraud,imposition, misconduct, or other undue means employed or exerted by a party to the arbitration or his or her agent the award is thereby vitiated and rendered subject to impeachment. see...acessible development corp, vs. Ocean house center, inc, 4, a .d. 3d,217,772,n.y.s.2d,263,(app.div,1st,dept,2004)

P₀9



**WACHOVIA**

www.wachoviacreditcard.com

| ACCOUNT NUMBER |
|---|
| 4264 2984 2105 6519 |

| CREDIT LINE |
|---|
| $9,500 |

HERMAN KELLY
PO BOX 14157
DETROIT MI 48214-015757

*EX.A*

To:        Herman Kelly
From:      Tom Hagen, Credit department
Date:      February 14, 2004
Subject:   Account inquiry

We are reviewing your account for renewal. To help with this process, please
provide the information requested on the enclosed form by calling the number
below or by sending the form to the address below.

If the information is not received within 15 days of the date of this letter,
we will assume that you do not wish to renew your account.

If you have any questions, please call 1-866-618-4587, Monday through Friday
from 8 a.m. to midnight, or Saturday and Sunday, 10 to 7 (Eastern time). If
you prefer, you may write to P.O. Box 15646, Wilmington, DE 19850-5646.

Enclosure

P.S. For up-to-the-minute account information, please visit
www.wachoviacreditcard.com.

*agreed account*
*Paid in full*

EQUAL CREDIT OPPORTUNITY NOTICE
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of
race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter
into a binding contract); because all or part of the applicant's income derives from any public assistance program; or
because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency
that administers compliance with this law concerning this bank is the Office of the Comptroller of the Currency, Customer
Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

690-099 (5-94)

If you have any questions, please call 1-866-618-4587,   Monday through Friday from 8 a.m. to midnight, or Saturday and Sunday, 10 to 7 (Eastern time). If you prefer, you may write to P.O. Box 15646, Wilmington, DE 19850-5646.

Sincerely,

**Tom Hagen**

Credit Line Management

*Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed on this letter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have taken adverse action. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

### EQUAL CREDIT OPPORTUNITY NOTICE
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

If you have any information that would allow us to reconsider this decision, please call 1-888-831-4181,   Monday through Thursday from 8 a.m. to 8 p.m., or Friday, 8 to 5 (Eastern time). If you prefer, you may write to Individualized BankCard Services, P.O. Box 15646, Wilmington, DE 19850-5646.

Sincerely,

**Scott Beech**

Credit Division

P.S. For up-to-the-minute   account information, please visit www.ibsnetaccess.com.

*Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed on this letter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have taken adverse action. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

EQUAL CREDIT OPPORTUNITY NOTICE
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this bank is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

## What We May Do if You Attempt to Exceed Your Credit Limit

The total outstanding balance on your account plus authorizations at any time must not be more than your credit limit. If you attempt a transaction which results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may: (1) permit the transaction without raising your credit limit; (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due; or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused. If we refuse to permit a Check Cash Advance or Balance Transfer, we may do so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused, that there are insufficient funds to pay the Check Cash Advance or Balance Transfer, or in any other manner.

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit, we may charge an Overlimit Fee as provided in this Agreement.

## Unauthorized Use of Your Card

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.

## You Must Notify Us When You Change Your Address

We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

## What Law Applies

This Agreement is made in Delaware and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

## The Provisions of This Agreement are Severable

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

## Our Rights Continue

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

## Arbitration and Litigation

This Arbitration and Litigation provision applies to you unless you were given the opportunity to reject the Arbitration and Litigation provisions and you did so reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including

EX. B

9

## Persons Using Your Account

If you permit any person to use your card, access checks, account number, or other credit device with the authorization to obtain credit on your account, you may be liable for all transactions made by that person including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

## How You May Stop Payment on an Access Check

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

## You May Not Postdate an Access Check

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person that presented it to us for payment, without in either case waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Your Promise to Pay

You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge against your account.

## Payments on Your Account

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by your Payment Due Date. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment Due. If you overpay or if there is a credit balance on your account, we will not pay interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees.

## When Your Payment Will Be Credited to Your Account

We credit payments as of the date received, if the payment is: (1) received by 2 p.m. (Eastern Time); (2) received at the address shown in the upper left-hand corner of the front of your monthly statement; (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

## How We Allocate Your Payments

We will allocate your payments in the manner we determine.

5

In most instances, we will allocate your payments to balance (including new transactions) with lower APRs before balance with higher APRs. This will result in new balances with a lower APR (e.g., those with promotional APR offers) being paid before any other existing balances.

## Promise to Pay Applies to All Persons

All persons who initially or subsequently request, accept, guarantee or use the account are individually and together responsible for any total outstanding balance. We may refuse to release from liability any person who is responsible to pay any total outstanding balance, until all of the cards, access checks, and other credit devices outstanding under the account have been returned to us, and any such person or persons repays us the total outstanding balance owed to us at any time under the terms of this Agreement.

## Default

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Payment Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility and premium payment obligations for the optional credit insurance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

## When We May Require Immediate Payment

If you are in default we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the *Arbitration and Litigation* section of this Agreement, we can also require you to pay the costs we incur in any collection proceeding, as well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

## Other Payment Terms

We can accept late payments, partial payments, or payments with any restrictive writing without losing any of our rights under this Agreement. This means that no payment, including those marked with "Paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our senior officers. You may not use a postdated check to make a payment. If you do postdate a payment check, we may elect to honor it upon presentment or return it uncredited to the person that presented it, without in either case waiting for the date shown on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## Payment Holidays

We may allow you, from time to time, to omit a monthly payment. We will notify you when this option is available. If you omit a payment, finance charges and any applicable fees will accrue on your account in accordance with this Agreement. You must resume making your Total Minimum Payments Due each month following a payment holiday.

## Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the transaction will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S.

6



**Office of Thrift Supervision**
Department of the Treasury                                                    *Midwest Region*

225 East John Carpenter Freeway, Suite 500, Irving, TX 75062-2326 • Telephone: (972) 277-9500
P.O. Box 619027, Dallas/Fort Worth, TX 75261-9027 • Consumer Affairs Fax: (972) 277-9563

September 20, 2004

Herman Kelly
Post Office Box 14157
Detroit, MI 48214

Commercial FB, a FSB
Omaha, NE
OTS No. 05198
Case No. 0402062004

Dear Mr. Kelly:

We are writing in response to your letter to the Office of the Comptroller of the Currency (OCC), concerning your account with Amerus Bank (Commercial Federal Bank, FSB, successor). Your letter was referred to our agency for review.

For your information, the Office of Thrift Supervision is a federal administrative agency created by an Act of Congress. We have the authority to enforce certain federal laws and regulations applicable to federally insured savings institutions, including Commercial. Some matters that lead consumers to complain, however, are outside the regulatory jurisdiction of our agency. For example, we cannot resolve factual or contractual disputes. Such matters are subject to state law, and if not settled by the parties involved, must be resolved in an appropriate forum.

Upon receipt of your correspondence, we asked Commercial Federal to address your concerns regarding the maintenance of your credit card account. Commercial Federal acquired certain accounts from Amerus in July 1998. However, other accounts were transferred to MBNA. Your account number is not reflected in their records, and is presumed to have been transferred to MBNA. MBNA is regulated by the OCC.

Herman Kelly
Detroit, MI
September 20, 2004
Page 2

Since the OCC has jurisdiction over MBNA, we are returning your complaint to that Agency for further processing.     We consider this matter closed and trust that you will receive a positive resolution.

Sincerely,

Linda McCaig

Consumer Affairs Analyst

cc: Commercial FB, a FSB

CC with incoming:

Office of the Comptroller of the Currency
Customer Assistance Unit
1301 McKinney Street, #3710
Houston, Texas 77010
1-800-613-6743



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549-0213**

March 16, 2005

Office Of Investor                                        Direct Dial: (202) 824-5444
Education                                                         Fax: (202) 347-1749
And Assistance

File No. HO-1054093

Herman Kelly
P.O. Box 14157
Detroit, MI 48214

Re: MBNA

Dear Mr. Kelly:

Thank you for sending us a courtesy copy of your February 18th letter to the U.S. Securities and Exchange Commission.

We welcome hearing from you because we keep a database of information about the complaints and inquiries we receive. This database allows us to track whether a troubling situation may be developing about a particular issue, company, broker, stock, or other securities product. The information you have provided will be reflected in our database.

We are unable to help you because the issue you've raised is not one that we deal with at the Securities and Exchange Commission. The SEC regulates and enforces the federal laws that govern the sale and trading of stocks, bonds, mutual funds, and other securities. We have a Web site, www.sec.gov, that explains in great detail what we do.

Judging by your letter, this does seem to be an issue that could be dealt with by Comptroller of the Currency, which you have already contacted. We recommend you follow-up with the Comptroller of the Currency for completion of your complaint.

Once again, thank you for contacting us

Sincerely,

Rinell Randolph
U.S. Securities and Exchange Commission
Office of Investor Education and Assistance
$450 - 5^{th}$ Street, NW
Washington, DC 20549



**STATE OF DELAWARE**
**OFFICE OF THE STATE BANK COMMISSIONER**
555 E. LOOCKERMAN STREET, SUITE 210
DOVER, DELAWARE 19901

Web: www.state.de.us/bank

TELEPHONE: (302) 739-4235
FAX: (302) 739-2356

January 31, 2005

Mr. Herman Kelly
P.O. Box 14157
Detroit, MI    48214

Dear Mr. Kelly:

This office is in receipt of your complaint against MBNA America Bank, N.A.. MBNA America Bank, N.A. falls under the regulatory jurisdiction of the Comptroller of the Currency; therefore, we have taken the liberty of forwarding your complaint to the address below for appropriate action and consideration.

> Comptroller of the Currency
> Administrator of National Banks
> Attn:  Customer Assistance Group
> 1301 McKinney Street, Suite 3450
> Houston, TX  77010-9050

We hope we have been of assistance.

Sincerely,

Carol A. Kirby
Non-Depository Institutions
and Compliance Administrator

CAK
cc: Comptroller of the Currency



**BOARD OF GOVERNORS**
OF THE
**FEDERAL RESERVE SYSTEM**
WASHINGTON, D. C. 20551

DIVISION OF CONSUMER
AND COMMUNITY AFFAIRS

September 13, 2004

Mr. Herman Kelly
P.O. Box 14157
Detroit, MI 48214

Dear Mr. Kelly:

As you know, your letter regarding SKY Bank was referred to this office for attention. This bank is a state-chartered member of the Federal Reserve System and is supervised by the Federal Reserve Bank of Cleveland. I have sent your correspondence to the Federal Reserve Bank for investigation and have asked staff to correspond directly with you and to keep me informed of the findings.

I cannot tell at this point how long it will take to look into this matter. However, I can assure you that the Federal Reserve Bank will keep you informed of its progress.

I hope this matter can be resolved to your satisfaction.

Sincerely,

*Yvonne D. Cooper*

Yvonne D. Cooper
Manager
Consumer Complaints

cc with incoming:

Mr. Paul E. Kaboth
Assistant Vice President
Supervision and Regulation Department
Federal Reserve Bank of Cleveland
Cleveland, OH 44101
Phone: (216) 579-2478

# FEDERAL RESERVE BANK

OF CLEVELAND

P.O. Box 6387

CLEVELAND, OHIO 44101-1387

(216) 579-2000

September 15, 2004

Mr. Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Dear Mr. Kelly:

Thank you for your recent letter regarding your complaint against Sky Bank (formerly known as Second National Bank of Warren). Sky Bank is a state-chartered institution under the supervision of this Reserve Bank. This letter acknowledges receipt of your complaint by the Consumer Affairs section in the Supervision and Regulation Department of the Federal Reserve Bank of Cleveland.

We will investigate your complaint thoroughly and ask the bank involved for information and records in response to your complaint. If additional information is needed, we will contact you by telephone or in writing. We will analyze the bank's response to your complaint to ensure that your concerns have been addressed and to determine if any Federal Reserve regulations have been violated. We will send you a letter to you stating our findings. This process can take up to 60 days from the date that we receive your complaint.

If the investigation reveals that a Federal Reserve regulation has been violated, we will inform you of the violation and the corrective action the bank has been directed to take. Although we investigate all complaints involving the State member banks headquartered in the Fourth District, we do not have the authority to resolve all types of issues. For example, we are unable to resolve contractual disputes and undocumented factual disputes between a customer and a bank. In such cases, we will inform you to consult with legal counsel to resolve your complaint.

If you have any questions, you may contact the consumer resident examiner at 1-800-537-5990.

Sincerely,

Paul E. Kaboth
Assistant Vice President

PEK:mf

## Conclusion    and relief  sought
----------------------------------------

Therefor based on all the facts, menorandum of laws  said
and shown herein with supporting evidences ,plaintiff    prays to
god  and this  honorable  court to grant plaintiff motion to
vacate and grant plaintiff's  amended complaint, & complaint, to
deny defendant's motion  for reconsideration, reply.That defendant
be ordered to pay all court's costs, and pay plaintiff's  his $300.00
dollars as order   .. the  office  of the united states comptroller
of currency and pay plaintiff 's expenses of $5,000.00  dollars in
representing this case.

Plaintiff is still trying to settle this matter with the
defendant  if possible and will dismiss all charges, claims, appeals
if defendant  can  compromise  these terms or any fair terms as to
their  written acknowledgement that all  6 credit loan accounts are
again paid  in full, there shall be  no more retaliation, and
all  naf and detroit  court cases  shall be dismiss, cancelled, void.

Respectfully  submitted

state of michigan
wayne county DATED
Sept  5, 2007

Herman  Kelly, pro, se
p.o.  box 14157
Detroit, Michigan 48214-0157

313 -894 -8855

herman kelly, plaintiff

## proof  and certificate of service
------------------------------------

A copy of this   objection was mailed to defendant at
p.o. box 2054   wilmington, delaware   19899-2054 by first class
usa mail.

herman   kelly, pro, se

P. 10



HERMAN Kelly, Pro se
P.O. Box 14157
Detroit, Michigan 48214-0157

U.S. POSTAGE
PAID
DETROIT, MI
48204
SEP 06 '07
AMOUNT
$1.99
00062726-12

19801
0000
UNITED STATES
POSTAL SERVICE

Clerk of Court Office
Civil Division
United States Federal
Lock Box 18
Court - N. King Street
844 N. King Street
Wilmington, Delaware