**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Herman Kelly, | | |
| | Plaintiff, | |
| v. | | C.A. No. 06-228-JJF |
| MBNA America Bank, National Arbitration Forum, Wolpoff & Abramson, L.L.P. | | |
| | Defendants. | |

**DEFENDANT FIA CARD SERVICES, NATIONAL ASSOCIATION F/K/A MBNA AMERICA BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**

Once again, Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.'s ("MBNA") must respond to a meritless motion to strike filed by Plaintiff Herman Kelly. On September 10, 2007, Plaintiff filed "plaintiff's objection, opposition and motion to strike defendant's mbna's reply dated aug 27, 2007. in support of plaintiff's motion to vacate order of dismissal on amended complaint/complaint. frcp 60 b." (D.I. 90, hereinafter the "Objection & Motion to Strike" (errors in original)). The Objection & Motion to Strike is a stream of consciousness, jumble of arguments interspersed with both "memorandum" listing snippets of law that are, with very few exceptions, non-controlling and/or irrelevant and exhibits that do not support Plaintiff's arguments.[1] Page 2 is separately entitled "Motion to Strike memorandum of laws, F R C P 12 f." which lists cases that hold, *inter alia,* that a motion to

---

[1] To the extent that the Objection & Motion to Strike is a sur-reply to MBNA's reply in further support of its motion for reconsideration (D.I. 89), it is filed in violation of Local Rule 7.1.2(b) and offers no arguments that are worthy of consideration even if they had been properly submitted in Plaintiff's earlier response. D. Del. LR 7.1.2(b) ("Except for the citation of subsequent authorities, no additional papers [beyond the motion, response and reply] shall be filed absent Court approval."). The Court should not consider these arguments. *See Watkins v. New Castle County*, 374 F. Supp. 2d 379, 394 (D. Del. 2005) (refusing to consider arguments deemed sur-replies).

strike may be treated as a motion for partial summary judgment, as a motion to dismiss for failure to state a claim, as a motion for more definite statement, or as a response to a motion to dismiss. (D.I. 90, p.2). Plaintiff fails to articulate how any of these general propositions have any bearing on his request that the Court strike MBNA's reply in further support of its motion for reconsideration. Nor can MBNA fathom how they possibly could. *See Watkins v. New Castle County*, 374 F. Supp. 2d 379, 394 (D. Del. 2005) ("Rule 12(f) applies only to pleadings, not motions and related documents."). There is simply no basis – in fact or law – to strike MBNA's reply in further support of its motion for reconsideration.

WHEREFORE, MBNA respectfully requests that the Court deny Plaintiff's motion to strike MBNA's reply in further support of its motion for reconsideration.

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: September 18, 2007

/s/ Karen V. Sullivan
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
1220 Market Street – Suite 710
P.O. Box 2054
Wilmington, DE 19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile
Attorneys for FIA Card Services, National
Association f/k/a MBNA America Bank, N.A.

## CERTIFICATE OF SERVICE

I, Karen V. Sullivan, Esquire, hereby certify that a copy of the foregoing Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.'s Opposition to Plaintiff's Motion to Strike was served by first class U.S. mail on this 18th day of September, 2007 on the following non-registered CM/ECF participant:

Herman Kelly
P.O. Box 14157
Detroit, MI  48214

                                                 /s/ Karen V. Sullivan
                                                 KAREN V. SULLIVAN (No. 3872)