In the united states federal district court for the district of delaware

Herman Kelly, pro, se
    plaintiff

vs.

MBNA america bank, et, aL

    defendants
-----------------------------/

case # 06-228-jjf

( notice/affirmation )

RECEIVED SEP 17 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

plaintiff's witnesses USA comptroller of currency office/USA federal trade commission's written statement. and plaintiff's menorandum of laws in support to his motion to vacate & motion to strike , FRCP 60 b.
-----------------------------------------------------------------

1. Plaintiff Herman Kelly, pro, se moves and motion this honorable to enfor ce,uphold the ruling,opinion, order, judgment,directions, mandate, decision of the united states comptroller of currency and of the united states of america federal trade commission herein attached as plaintiff's evidences exhibits.Plaintiff reouest court to deny defendant's motion for reconsideration and to grant complaint, amended complaint and plaintiff's motion to vacate order of dismissal.



2. Both administration letter of determination by the ftc & c oc was pending and binding before any NAT national arbitration forum and detroit court's orders awards which are illegal awards orders . The federal trade commission informed told plaintiff that the comptroller of currency office now has full control power over mbna bank and all national banks in USA.

3. This court had full juridiction over plaintiff's case and plaintiff filed his timely objection, opposition to defendant's motion for reconsideration and court's order of dismissal.Defendant attorney's karen sullivan has lied use fraud to mislead,misinform, this court and have gave false information to this court.Defendant would not even acknowledge page two of the usa comptroller of currency 's ruling letter that said defendant should and must pay plaintiff at lease $50.00 per credit loan account and the ftc federal trade commission said that defendant should pay $1,000.00 to $10,000.00 per credit loan account and their are 7 accounts 6 plus one new added bank of america which karen sullivan said was with defendant.

4. Plaintiff reouest this court to review these facts, evidences and to deny defendant's motions, court should order that defendant produce all discovery .Denial of this complaint has denied plaintiff's constitutional rights of equal protection of laws .

P e 1

made any determination as to whether tenant's administrative rights had been observed would be treated as plea for relief under rule 60 b, for fraud upon the court and judgment of district court would be reversed and on remand district court should deny tenant's motion to dismiss for failure to comply with the administrative remedies, address merits of her appeal and consider imposing sanctions upon her attorney. see.... virgin island house authority vs. david, 1987, ca,3, VI,823,f, 2d, 764.

5. This court has over looked the facts and documentations evidences of plaintiff in support of his complaint and this court's jurisdiction. The federal trade commission office of united states said that the maximum statutory interest rate APR was 18 % and the correct ways to calulated, add the interest amounts. MBNA america bank charged plaintiff 100 % interest rate by compounding the interest as it was usury illegal interest.

6. Plaintiff filed his complaint to both the usa federal trade comission and to the usa comptroller of the currency. Defendant did not obey the OCC and FTC's ruling and this court should review their letter, order, recommendation, ect ... M BNA attorney karen sullivan is trying to not obey their ruling.

7. Plaintiff do not owe mbna defendant any more money and defendant misconducts is causing plaintiff more damages harm and prejudice. NAF national arbitration forum and the detroit court did not have full jurisdiction over plaintiff and this court has over looked those facts. Plaintiff has not been served with any summon or complaints by NAF or detroit court and any orders, awards are void, cancellated, illegal that was issued by NAF. Also the court has overlooked facts that NAF 's attorney said that NAF did not have any jurisdiction over plaintiff.

8. Plaintiff will not not pay mbna bank no more money because mbna refused to tell this court the total amount of all money plaintiff paid to defendant mbna. Plaintiff Herman Kelly paid over $ 25,000.00 dollars to mb na america bank and it's mergered partners bank covering a period of about 9 years.

15usc &21 (a) vest authority to enforce compliance with robinson act 15 usc& 13 and clayton act, 15 usc & 14, 18, 19. The ftc is the primary enforcing agency of 15usc& 18.

the federal trade commission ftc, is empowered by 15 usc & 49 to examine and copy any documentary evidence against any corporation being investigated, to subpoena the attendance and testimoney of witnesses and to subpoena the production of all such documentary evidence relating to any matter under investigation.

ftc vs. indiana federation of dentists 1986,us, 90, L ,ed,2d.445, 106,s, ct,2009,1986,-1 cch, trade cases p, 67117, on remand,ca7, 804,f , 2d,144 .

p.2

FRCP 60 b  menorandum    of    laws
----------------------------------------------------

   when    action   is          brought which   is  in effect for relief
from judgment  allegedly  obtained  by fraud ,  one year  statute
of  limitation  as    provided  in rule   60 b  will be  applied.
cooper  agency  vs. united states  , 1971 ,dc,sc, 327 f, supp 948,
71-1 ustc.

motion  under   rule   60 b need   not be   filed   within  any particular
time  if judgment  is nullity. because of  total   lack of  personal
jurisdiction   over   defendant. see... misco    leasing , inc.  vs.
Vaughn , 1971, ca, 10, kan, 450, f, 2d, 257 ,15 fr, serv,2d,763 .
savitz  vs. g.d. searle  & co,  1982 , ed , ny, 94,frd,669,34,fr,
serv,2 d, 1461.


   absent prejudice to adverse    party , independent action   for relief
from judgment  may be  treated   as rule  60 b,  motion  or  rule  60 b,
motion  may  be   treated  as institution  of independent   action;
institution of independent   action is not   limited  by time  requirements
or grounds   of relief   which  are  specified  in rule  60 b  , relating
to motion s for relief  from  final  judgment . see.. budge   vs, post
1982, nd ,tex,544, f, supp, 370.


   motion for  relief    from   final   judgment  filed  some 3 years
after  judgment  was  affirmed  is  within   reasonable   time
requirement  of rule   60 b, (6), see... great costal   express,inc. vs.
international   brotherhood of  teamsters, ect.   1980, ed,va,86 frd,
131,110,bna ,       LRRM  2052,29,fr serv, 2d,1181.


   relief   from judgment  pursuant  to rule  60 b,6, should  have been
granted   in case  aris ing   over disputed  litigants  over ownership
of  corporation  and  corporation's  certificate  of need for proposed
hospital  where    district court   judge had  violated  28 uscs& 455a ,
which concern    disqualification of federal judges   because  he was
trustee   of university  which owned   land  on which proposed hospital
would   be built and university   was   negotiating   for sale   of land to
litigant  in whose favor  judge   held  with   such  negotiations
dependent   upon  this  litigant's  success   in suit  and judge should have
known  of circumstances which   disqualified  him , for  lack  of
impartiality  , from dispute  and although there   was delay  was entirely
attributable  to judge's  inexcusable  failure  to disqualify  himself
as of date   when   he   obtained   actual knowledge  o f his interest.
see... lilieberg   vs. health  services        acquisition corp,
1988, us, 100, L , ed ,2d,855,108,S , ct, 2194 .


   appeal  from district court 's reversal   of judgment   of
territorial  court   for virgin  islands  evicting  tenant from public
housing   which appeal  was based  on  undisputed  misrepresentation by
tenant's attorney  to district  court  that  territorial  court  had not

P.3



Comptroller of the Currency
Administrator of National Banks

December 23, 2004

Herman Kelly
P.O. Box 14157
Detroit MI 48214

Re: Case# 480980
   MBNA AMERICA BANK, NATIONAL ASSOCIATION

Dear Mr. Kelly:

The Office of the Comptroller of the Currency (OCC) is responding to your letter regarding the above-mentioned bank. In your correspondence you complain of the bank acquiring your accounts and the balances due on your accounts.

We have contacted the bank again on your behalf. The bank advised that out of the six accounts you have with them only account ending 1423 was opened by MBNA on November 15, 1994. The other five were converted to MBNA from other banks. The bank has researched all the accounts in question and has no record of any settlement agreement to pay the outstanding balances. Therefore, the bank has referred your accounts to outside counsel, Wolpoff and Abramson. Since the bank no longer is servicing your accounts you may contact Wolpoff and Abramson directly at 1-800-365-6584 to further discuss this matter.

Should you continue to dispute the balance on your accounts, please provide the specific information regarding each account and any documentation to substantiate your claim for further review by the bank.

Regulation Z (12 C.F.R 226), The Truth in Lending Act, establishes your rights and obligations in the event of a billing error on your credit card account. In order to protect your rights under Section 226.13 you must dispute any incorrect entries on your statement within 60 days of the date the bank sent the first statement where they appear, or, in the case of a missing credit, where they should appear. If you are disputing a statement that you did not receive, then your dispute is for the full balance owing on that statement. Your dispute must be in writing and must be sent to the address following the caption, Send Billing Inquiries To: found on your monthly statement.

December 23, 2004
Herman Kelly
Page 2

The bank must acknowledge your dispute within 30 days. The bank must correct any errors or explain to you in writing why it feels the entries are correct within 90 days or within two complete billing cycles. During this time, the bank may neither attempt to collect on any portion of the disputed amount nor report these amounts as delinquent to a credit bureau. The bank may, however, give you provisional credit and extend the time it has to research your dispute. The bank can then remove the credit from your account if it determines that there is no error.

If the bank fails to abide by these requirements, it forfeits its right to collect up to $50.00 of the amount indicated to be a billing error and any finance or late charges. If the bank gave provisional credit for the entire amount in dispute and all finance and late charges, the $50.00 forfeiture does not apply.

You may request the bank to forfeit up to $50.00 of the disputed amount if you have evidence that you notified the bank of your billing error in writing and to the proper address, and the bank failed to place the amount in question in a dispute status or notify you why the entry was correct within the required time frame.

If you fail to comply with the timing described above, or do not write the bank at the correct address, you may forfeit your rights under this law.

You can obtain a free copy of Regulation Z (12 C.F.R. 226), from the nearest Federal Reserve Bank.

We trust this is responsive to your complaint. If we can assist you in the future, please do not hesitate to contact our office.

Sincerely,

*Melinda L. Goodnight*

Melinda L. Goodnight
Complaint Operations Manager

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Consumer Response Center

November 19, 2004

Herman Kelly
PO Box 14157
Detroit, MI 48214

Re: FTC Ref. No. 5266034

Dear Mr. Herman Kelly:

The Federal Trade Commission does not have jurisdiction over banks or credit cards that are issued by banks. You should decide what kind of bank you were dealing with and file your complaint with the appropriate bank regulatory agency:

1. If the bank has the word National or the letters N.A. in its title, the complaint should be sent to Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3710, Houston TX 77010, 1 (800) 613-6743.

2. A complaint about a state-chartered bank that is a member of the Federal Reserve System should be sent to the Board of Governors of the Federal Reserve System, Director, Division of Consumer and Community Affairs, Washington, D.C. 20551, (202) 452-3693.

3. Complaints regarding state-chartered, federally insured banks that are not members of the Federal Reserve System should be sent to the Office of Bank Customer Affairs, Federal Deposit Insurance Corporation, Washington, D.C. 20429, 1 (800) 934-3342.

4. Complaints about federal-chartered savings banks should be sent to the Office of Thrift Supervision, Division of Consumer Affairs, Washington, DC 20552, 1 (800) 842-6929.

Here's how some different methods of calculating finance charges affect the cost of credit:

|  | Average Daily Balance (including new purchases) | Average Daily Balance (excluding new purchases) | Adjusted Balance | Previous Balance |
|---|---|---|---|---|
| Monthly rate | 1 1/2% | 1 1/2% | 1 1/2% | 1 1/2% |
| APR | 18% | 18% | 18% | 18% |
| Previous Balance | $400 | $400 | $400 | $400 |
| New Purchases | $50 on 18th day | $50 on 18th day | | |
| Payments | $300 on 15th day (new balance = $100) | $300 on 15th day (new balance = $100) | $300 | $300 |
| Average Daily Balance | $270 * | $250 ** | N/A | N/A |
| Finance Charge | $4.05 (1 1/2% x $270) | $3.75 (1 1/2% x $250) | $1.50 (1 1/2% x $100) | $6.00 (1 1/2% x $400) |

\* To figure average daily balance (including new purchases):
($400 x 15 days) + ($100 x 3 days) + ($150 x 12 days)
——————————————————————————
30 days
= $270

\** To figure average daily balance (excluding new purchases):
($400 x 15 days) + ($100 x 15 days)
——————————————————
30 days
= $250

10

---

To help avoid finance charges, follow the issuer's mailing instructions. Payments sent to the wrong address could delay crediting your account for up to five days. If you misplace your payment envelope, look for the payment address on your billing statement or call the issuer.

**Refunds of Credit Balances.** When you make a return or pay more than the total balance at present, you can keep the credit on your account or write your issuer for a refund — if it's more than a dollar. A refund must be issued within seven business days of receiving your request. If a credit stays on your account for more than six months, the issuer must make a good faith effort to send you a refund.

**Errors on Your Bill.** Issuers must follow rules for promptly correcting billing errors. You'll get a statement outlining these rules when you open an account and at least once a year. In fact, many issuers include a summary of these rights on your bills.

If you find a mistake on your bill, you can dispute the charge and withhold payment on that amount while the charge is being investigated. The error might be a charge for the wrong amount, for something you didn't accept, or for an item that wasn't delivered as agreed. Of course, you still have to pay any part of the bill that's not in dispute, including finance and other charges.

If you decide to dispute a charge:

- Write to the creditor at the address indicated on your statement for "billing inquiries." Include your name, address, account number, and a description of the error.

6

---

Federal Trade Commission
Washington, DC 20580

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST CLASS MAIL
POSTAGE & FEES PAID
Federal Trade Commission
Permit G-62

FROM :                                                                    2004,03-10    11:23    #959 P.02/05



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930   February 19, 2004


Herman Kelly
P. O. Box 14157
Detroit, MI 48214

Re:   4264 2906 5000 1423
      4800 1352 7400 0023
      5329 0581 1100 6921
      4313 0402 1201 4211
      4313 0277 0703 0919
      4264 2984 2105 6519

Dear Mr. Kelly:

Your correspondence dated February 2, 2004, was received by MBNA on February 9, 2004, and was forwarded to my attention for a resolution.

On behalf of MBNA America, and the Office of the President, I will be personally handling your concerns and would like to discuss this matter with you at your earliest convenience. Please contact me directly at (800) 441-7048, extension 78069. I am available Monday through Friday from 8 a.m. until 5 p.m. (EST). Also, when you call, please have the enclosed required information available so that I can reconsider your request.

I look forward to hearing from you soon.

Sincerely,

*Mary Ellen Adams*

Mary Ellen Adams
Customer Advocate
Office of the President

Enclosure(s)

*[Handwritten note: H.K. paid #27,366.45 to MBNA accounts paid in full. Signed Herman Kelly]*

# BP

TO; MBNA America Bank,
     Board Of Directors and Shareholders,
     United States Comptroller
     Of The Currency.                    Dated;February 10,2004

        Finanicial payments audited report accounting
        statement on Herman Kelly.

----------------------------------------------

1.   We have reviewed and audited the herein accompanying separate loan,credit card accounts num  ...4264 2906 5000 1423..#4800 1352 7400 0023..#5329 0581 1100 6921..#4313 0402 1201 4211..#4313 0277 0703 0919..#4264 2984 2105 6519, of Herman Kelly on Feb 10,2004 based on Herman Kelly,s monthly receipts installment payments to each single credit loan account.

2.   We conducted our audits in accordance with generally accepted auditing standards of this State. Our legal responsibility is to express our opinion on all installment payments financial monthly bank receipts statement for each credit loan account based on our in person audits.

3.   We inspected each bank statement receipts to obtain correct reasonable assurance that each credit loan account financial statement is free and clear of errors,mistakes as to the total payment amounts paid on each account in full.

4.   Audit includes examining bank payment statements, evidences supporting the amount of money paid consolidating each monthly installment payment to a total payment balance paid,that are disclosures in each bank statement receipts.

5.   For credit loan account number    ending with #0919 paid $8160.00  #4211 paid $3360.00 #1423 paid $10,080.00 #0023 paid $7,392.00 # 6921 paid $4,320.00 #6519 paid $21,408.00, In our opin   the information on each bank account present fairly and correct in all material as to payments paid,to MBNA america bank.This is a independent audit report.

                                              Thank You
                                              Sincerely.

BP auditors                      _Genesis Acts_____
c/o Prince Blk,MCPS,ltd.         Genesis Acts,accountant
elgar house,41 Streatham high road
London,UK. SW 16 1ER             _Joe E. Ecclesiates_____
020 8664 4400
                                 Joe Ecclesiates,CPA.

## CONCLUSION

Therefor based on the facts, evidences information said herein and plaintiff 's menorandum of laws .Plaintiff prays to god and this federal district court to deny defendant motion for reconsideration and to order that defendant mbna bank pay all court's cost and pay plaintiff$10,000.00 dollars for representing this case or any fair amount , that court shall issue a order compelling defendants to disclose all records, information of plai ntiff's discovery requests.

The CEO. of MBNA bank and its board of directors must have full knowlege of this case and defendants c/o Karen Sullivan refusal to settle, compromise, resolve this matter that only should be a full accounting audit of all plaintiff payments to mbna banks . Defendants conducts of fraud is illegal,and should stop, cease.

State Of Michigan  
wayne county

Sept 13 ,2007

Respectfully Submitted

Herman Kelly, pro, se  
p.o. box 14157  
Detroit, Michigan 48214-0157  
313-894-8855

*Herman Kelly*  
Herman Kelly, plaintiff

### Proof and Certificate of Service

Plaintiff Herman Kelly, pro, se hereby certified that a true and correct copy of this motion was mailed to defendants at p.o. box 2054 Wilmington, Delaware 19899-2054

*Herman Kelly*  
Herman Kelly, plaintiff

P.4

