IN THE UNITED STATES FEDERAL DISTRICT COURT FOR DELAWARE

HERMAN KELLY, pro, se

    plaintiff

vs.

MBNA AMERICA BANK, et, al

    defendants
\------------------------/

case# 06-228-JJF

( notice affirmation )



FILED
OCT 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
scanned

" plaintiff's motion to join BANK OF AMERICA as new co-defendant in case. frcp. 19 a.
\-----------------------------------------------------------

( statement of facts and claims )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. Defendant mbna's attorney karen sullivan has told/informed court and plaintiff HERMAN KELLY , pro, se to contact her about any complaint claims that plaintiff has against bank of america. Bank of america has mergered partnership with mbna bank c/o FIA card services na.

2. Plaintiff now request and motion this federal court to issue a order joining bank of america as another co-defendant in this case and appeal case if any. All claims against bank of america are that they are trying to extort more money from plaintiff after mr. kelly paid them in full on his loan credit card account# 4888607000268145. see.. exhibits attached.

3. Plaintiff request a discovery accounting audit disclosure from bank of america on all of plaintiff's installment loan payments that has been paid to BOA bank of america for over 8 years. Plaintiff is charging bank of america with fraud, discrimination, rackerteering, interferences, extortion. Plaintiff request bank of america to send copies of all his monthly bank statements receipts to this court and copies to plaintiff, as soon as possible.

4. Bank of america has charged plaintiff illegal high usury interest rates apr over 18 % of the statutory interest rate. Also bank of america cancelled terminated plaintiff's loan amount without given plaintiff any prior notice, bank of america told plaintiff that he still owe mbna money which is not true . Plaintiff do not owe mbna bank no more money.

5. Plaintiff has filed his motion to vacate court's dismissal order under frcp 60 a, b and case is still pending for rehearing, and re-trial. Bank of america has violated plaintiff's constitutional rights under the usa laws of the fair credit act, ect...
Plaintiff is still trying to compromise settle this matter if possible.
    frcp 19a, ... failure to make motion at trial to join absent
    parties under rule 19 does not constitute waiver. barring
    consideration of motion by reviewing court. see...mcculloch vs.
    glasgow ,1980, ca5, miss, 62 0,f, 2d,47.

# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street - Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
―――――
Karen V. Sullivan
Chandra J. Rudloff

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

September 18, 2007

Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157

RE:  Account Number 4888 6070 0026 8145

Dear Mr. Kelly:

I write to confirm receipt of your letter to Bank of America/FIA Card Services, N.A. in which you dispute the April 2007 letter increasing the interest rate on your account to an annual percentage rate of 27.99%. I will investigate the matter and respond to your concerns. Until otherwise notified, please direct all future communications regarding account Number 4888 6070 0026 8145 to me.

Very truly yours,

KAREN V. SULLIVAN

/KVS



Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0157

September 19, 2007

Account No.: 4888607000268145

Dear Herman Kelly,

We noticed that the above-referenced Bank of America account is past due. If you have already mailed your payment, thank you. If not, a payment of $210.00 is due on September 26, 2007.

If you are dealing with a temporary unexpected financial situation, we want to help. We have helped many customers in the past take the necessary steps to resolve their debt. We take great pride in working with our customers to help them through any financial difficulties they may be experiencing.

We would like to speak with you. We can work together to find a solution that best suits your needs. Please call us at 1-866-740-4121. Our experienced associates are ready to assist you.

Sincerely,

*Nancy Criss*

Nancy Criss
Customer Assistance department

Call 1-866-740-4121 today!
Monday through Thursday, 8 a.m. to 8 p.m.
Friday, 8 a.m. to 5 p.m.
Saturday, 8 a.m. to noon
(Eastern time)

A 0044 71527 V01 0011590.2641112 5BAC

Source Code: VENT5M0919

**Bank of America**

Prepared for: **HERMAN KELLY**
4888 6070 0026 **8145**

October 2007 Statement
Credit Line: $2,900.00
Cash or Credit Available:

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Mail Payments to:
BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178

## Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $2,871.50 |
| Payments and Credits | − | $0.00 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $78.00 |
| Periodic Rate Finance Charges | + | $53.82 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $3,003.32 |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 28 |
| Closing Date | 10/02/07 |
| Payment Due Date | 10/27/07 |
| Current Payment Due | $121.00 |
| Past Due Amount + | $210.00 |
| Total Minimum Payment Due | $331.00 |

## Transactions

| Purchases and Adjustments | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| LATE FEE FOR PAYMENT DUE 09/29 | 09/29 | 09/29 | 2871 | | C | 39.00 |
| OVERLIMIT FEE (BASED ON BALANCE 2,910.50) | 10/02 | 09/29 | D/20 | | C | 39.00 |

```
YOUR ACCOUNT IS OVERLIMIT.
TO AVOID AN OVERLIMIT FEE
ON YOUR NEXT STATEMENT, WE
MUST RECEIVE A CONFORMING
PAYMENT, THAT BRINGS AND
KEEPS YOUR ACCOUNT BALANCE
BELOW THE CREDIT LINE,
WITHIN 20 DAYS OF THE ABOVE
STATEMENT CLOSING DATE,
AND NOT GO OVERLIMIT AGAIN.
```

## Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. Balance Transfers, Checks | 0.047917% DLY * | 17.49% | $0.00 |
| B. ATM, Bank | 0.066410% DLY * | 24.24% | $2,857.87 |
| C. Purchases | 0.047917% DLY * | 17.49% | $50.58 |

Annual Percentage Rate for this Billing Period:
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)   **24.12%**
* Periodic Rate May Vary

## Important Information About Your Account

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE

04    003003320033100000081000004888936064497914

BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726

1 0026B8C 04385 0000000001 USE1113 00010-05
HERMAN KELLY
PO BOX 14157
DETROIT MI   48214-0157

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER:   4888 6070 0026 **8145**
NEW BALANCE TOTAL: $3,003.32
PAYMENT DUE DATE:   10/27/07

TOTAL MINIMUM PAYMENT DUE
$331.00

Enter Payment Amount Enclosed:
$

Mail this payment coupon along with a
check or money order payable to: **BANK OF AMERICA**



⑊524022250⑊ 1287606449791 4⑊

complaint was not fatally defective for failure to name certain individuals as defendants since if they are deemed essential to law suits may readily be joined under rule 19. see.. koss vs. securities & exchange com. 1973,sd, ny, 364,f.supp.1321.

nothing could be found in civil rights act indicating that congress intended to supplant rule 19 a in suits under that act and court would hold that title VII per se did not bar joinder of union as party-defendant under rule 19a, in action brought by equal employment opportunity commission against corporation for alleged race and sex discrimination inviolation of title VII of civil rights act of 1964.see.. EEOC vs. macmillan bloedel containers, Inc. 1974,ca6,ohio,503, f2d,1086.

## CONCLUSION

Therefor based on the facts herein states that the new co-defendant bank of america should be joined as defendent who is necessary to action,claims.Plaintiff prays to god and this court to review this motion and evidences, menorandum of laws in support of motion.There is no other remedy at law on this matter and bank of america has full knowledge of this case and complaint. Plaintiff request that defendant pay all court's costs and any appeal court's cost and also to pay plaintiff $5,000.00 dollars for representing this case,reibursement of plaintiff's expenses and time spent of complaint, & case.

This motion is plaintiff's objection opposition to defendant's opposition to plaintiff's motion to strike c/o karen sullivan sept 18,2007. Plaintiff is not a attorney a laymen to laws and defendant should not take advantages over plaintiff.All defendant has to do is tell the court the total amount of money that plaintiff paid all 7 banks of mbna in full so that the court can understand and matter can end soon.

state of michigan
wayne county DATED
OCT 14,2007

respectfully submitted

HERMAN KELLY, pro, se
p.o. box 14157
detroit, michigan 48214-0157
313 -894-8855

herman kelly,plaintiff

proof of certificate of service
-----------------------------------

plaintiff hereby certified that a true and correct copy of this motion was mailed by first class usa mail to defendant at p.o. box 2054 wilmington, De 19899-2054

herman kelly, pro, se

P.2

