IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HERMAN KELLY, pro, se
    plaintiff

vs.

MBNA America bank, et, al.

    defendants
-------------------------------/

case #06-228-jjf
(notice/ affirmation )

" Plaintiff 's motion for court's permission to prosecute and litigate his case in support of his motion to vacate. frcp 60 a,b."
------------------------------------------------------------------

( statement of facts and claims )
************************************

1.    Defendants mbna bank c/o their attorney karen sullivan has asked plaintiff to seek and request this federal court's permission to submit and file plaintiff 's motion to vacate, motion for re-consideration, rehearing, also that plaintiff can prosecute and litigate his case and his legal claims cause of action for relief.

2.    Plaintiff object ,opposed court's order of dismissing complaint and object opposed defendants answer & motion for reconsideration. The plaintiff has requested help from this court to resolve a legal problem matter against defendants if possible.

3.    Plaintiff is not a attorney or lawyer and do not know all the rules and procedures of court. He is a usa tax payer citizen laymen to laws. Court have overlooked those facts. Plaintiff has requested that court appoint a attorney to help plaintiff represent his civil case . So that court can judge rule case not the tech parts of plaintiff's pleading, motions, complaint which all has merit.

    Therefor plaintiff prays to god and this court to vacate its order of dismissal on complaint, to deny defendants 's motion for reconsideration and grant this motion in pursuant to frcp 60,a,b.and all applied laws herein. Defendant must pay allcourt's costs.

state of michigan
wayne county dated Nov 2, 2007

respectfully submitted
HERMAN KELLY, pro, se
p.o. box 14157
Detroit, Michigan 48214-0157
313-   8 94-8855

    proof of service
copy of this motion was mailed to
defenda nts at .p.o. box 2054
wilmington, DE. 19899-2054

herman kelly, plaintiff


FILED
NOV - 7 2007
U.S. DISTRICT COURT

P. 1

1  this amendment contemplates equal justice for poor and rich alike. see. Dobbs, vs. Wallace, 1974, 201, s.e. 2d. 914, 157, W, Va, 405.

4  USCA, Equal Protection Amend, 14 & 1... this clause requires that all men be affored equal protection of laws and any statute or procedure which has effect of discriminating against defendants solely because they are indigent is constitutionally impermissible. see.. Hazelwood vs. State 1974, 524, P. 2d. 704, 215, Kan, 442.

8  This clause requires that state appellate system be free of unreasoned distinctions and that indigents have an adequate opportunity to present their claims fairly within adversarial system. see... Ross vs. Moffitt. N.C. 1974, 94, S. Ct. 2437, 417, US, 600, 41, L. Ed. 2d. 341.

12  Right of access to court is substantive rather than procedural and its exercise can be shaped and guided by the state but cannot be obstructed regardless of procedural means applied. see. Morello, vs. James, C.A. N.Y. 1987, 810, f. 2d. 344. ... Crowder vs. Sinyard, C.A. 5, Tex, 1989, 884, f. 2d. 804.

17  When person's good name, reputation, honor or integrity is at stake right to liberty is implicated and deserves constitutional scrutiny. see... Marrington, vs. City of Portland, D. Or, 1987, 677, f. supp. 1491.

21  essence of due process is fundamental fairness due process is element that when absent prodces reaction given to that which is shocking to Universal sense of justice. see... In Re, Dodson, Conn, 1990, 572, A. 2d. 328, 214, Conn. 344.

24  Pro, se litigant should be afforded every reasonable opportunity to demonstrate that he has a valid claim. see... Bobal vs. Rensselaer Polytechnic, Institute, 916, f. 2d. 759.

27  Equal protection of law requires like treatment of all those similarly situated. see.. People vs. Fuller, Colo, 1990. 791, p. 2d. 702.

P- 2

Case 1:06-cv-00228-JJF   Document 96   Filed 11/07/2007   Page 3 of 4

Sua Sponte / None personal appearance   menorandum of laws
------------------------------------------------------------

sua sponte mean of his or its own will or motion, voluntarily without prompting or suggestion.

generally district court has discretion not to hear oral testimony on motions . see.. W. vs. Louisiana, 1979, Ca.5, LA, 601, f, 2d, 240.

not every hearing called for under every rule of civil procedure necessarily requires an oral hearing unless required by the express language on the context of the particular rule the term hearing does not necessarily contemplate either a personal appearance before the court or an oral presentation to the court. see... gulf coast invest corp, vs. NASA 1 business center 1988, tex, 754, sw, 2d, 152.

56 am, jur, 2d, & 23, motions... within these limits however a trial judge is not required to listen to oral arguments on a motion he may in his discretion decide soley on the papers.

Equal protection of law requires like treatment of all those similarly situated. see... people vs, fuller, colo, 1990, 791, p. 2d, 702.

pro,se complainant is entitled to more liberal construction of his pleadings than attorney .see..prezzi vs. berzak , 1972,sd, ny, , 57 frd,149,16,fr, serv,2d.970

pleadings should be liberally construed in interest of justice ,particularly when pleader is not learned in law. johnson vs. reagan, 1975, ca9,cal,524,f, 2 d,1123.

principle of liberal construction of pleadings embodies federal rule's fundamental design to preserve substance of action from failing because of irregularities in form.see..fra,s,p,a. vs. surg-o-flex of america ,inc, 1976,sd, ny,415,f,supp,421,194,uspq, 42.

complaint is to be liberally construed in favor of plaintiff see.. bates vs. western electric, 1976,ed,pa,420,f, supp,521, 15.bna,fep,cas,1167,22, fr,serv,2d,1282.

leeward petroleum, ltd, vs. mene grande oil co, 1976, dc, del, 415, f, supp. 158, 1977-1 cch, trade cases 61423.



Herman Kelly, Inmate
P.O. Box 14157
Detroit, Michigan 48214-0157

Clerk of Court Office
Civil Division
United States Federal
District Court
844 N. King Street
Lockbox 18
Wilmington, De 19801-3570