IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Herman Kelly,<br>               Plaintiff,<br><br>v.<br><br>MBNA America Bank, National Arbitration<br>Forum, Wolpoff & Abramson, L.L.P.<br><br>               Defendants. | C.A. No. 06-228-JJF |

**DEFENDANT FIA CARD SERVICES, NATIONAL ASSOCIATION
F/K/A MBNA AMERICA BANK, N.A.'S ("MBNA'S")
OPPOSITION TO PLAINTIFF'S MOTION FOR COURT'S PERMISSION
TO PROSECUTE AND LITIGATE HIS CASE IN SUPPORT OF
HIS MOTION TO VACATE (D.I. 96)**

Herman Kelly filed a motion titled "Plaintiff's motion for court's permission to prosecute and litigate his case in support of his motion to vacate. frcp. 60 a,b." (the "Motion," D.I. 96). The Clerk's Office docketed the Motion as a "Reply in Support of Motion to Amend" and set a response deadline of November 29, 2007. Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A. ("MBNA") respectfully submits that the Motion should be summarily denied without explanation for the following reasons:

      1.      The Motion is in large part nonsensical. It begins with a statement that MBNA asked the Plaintiff to seek permission to file a motion to vacate, a motion for reconsideration and a motion for an order that Plaintiff "can prosecute and litigate his case and legal claims cause of action for relief." MBNA made no such request. The Motion continues with an argument that the Court has overlooked the fact that the Plaintiff is proceeding *pro se* and includes a page of various case citations regarding equal protection and due process. The Motion then includes a page titled "Sua Sponte / None personal appearance memorandum of laws" listing various case

citations relating to the Court's authority to decide motions without oral argument and then abruptly begins listing citations regarding liberal construction of *pro se* complaints.

      2.      None of the arguments made by Plaintiff support either his motion to vacate the portion of the Court's June 25, 2007 Order dismissing certain claims contained in the Amended Complaint (D.I. 86) or his motion for leave to file a Second Amended Complaint (D.I. 93). MBNA has previously submitted arguments why both motions should be denied, and, in the interest of judicial economy, will not repeat those arguments here. *See* D.I. 87 & D.I. 94. The doctrine that *pro se* complaints are to be viewed liberally or the fact that the Court can decide motions without oral argument or that all persons are entitled to equal protection and due process simply does not provide any basis for permitting a futile amendment of a complaint or overturning the Court's prior dismissal of certain claims in the Amended Complaint.

      3.      To the extent that the Motion is viewed as a "motion for court's permission to prosecute and litigate his case" rather than as an improper, supplemental argument in support of the Plaintiff's motion to vacate, it should be summarily denied as frivolous. This Court previously determined that "Plaintiff's numerous filings are burdensome." Memorandum Opinion, D.I. 82 at 19. The Court warned that "Plaintiff is placed on notice that future frivolous filings will be summarily denied, without explanation." *Id.*

REMAINDER OF PAGE INTENTIONALLY BLANK

WHEREFORE, MBNA respectfully requests that the Court summarily deny Plaintiff's Motion (D.I. 96).

                                         OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: November 29, 2007           /s/ Karen V. Sullivan
                                         Charles M. Oberly, III (No. 743)
                                         Karen V. Sullivan (No. 3872)
                                         1220 Market Street – Suite 710
                                         P.O. Box 2054
                                         Wilmington, DE  19899-2054
                                         (302) 576-2000 – Telephone
                                         (302) 576-2004 – Facsimile
                                         coberly@ojlaw.com
                                         ksullivan@ojlaw.com

                                         Attorneys for FIA Card Services, National
                                         Association f/k/a MBNA America Bank, N.A.

**CERTIFICATE OF SERVICE**

      I, Karen V. Sullivan, Esquire, hereby certify that a copy of the foregoing Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.'s ("MBNA's") Opposition to Plaintiff's Motion for Court's Permission to Prosecute and Litigate His Case in Support of His Motion to Vacate (D.I. 96) was served by first class U.S. mail on this 29th day of November, 2007 on the following non-registered CM/ECF participant:

Herman Kelly
P.O. Box 14157
Detroit, MI  48214

                                            /s/ Karen V. Sullivan
                                         KAREN V. SULLIVAN (No. 3872)