IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERMAN KELLY, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Civ. Action No. 06-228-JJF |
| | : |
| MBNA AMERICA BANK, | : |
| | : |
|     Defendant. | : |

### ORDER

NOW THEREFORE, at Wilmington this 29th day of November, 2007, IT IS HEREBY ORDERED that:

1. Defendant FIA Card Services, National Association F/K/A MBNA America Bank, N.A.'s Motion For Reconsideration Of Motion To Dismiss Amended Complaint (D.I. 84) is **GRANTED**.

2. Plaintiff's Motion To Compel (D.I. 85) is **DENIED**.

3. Plaintiff's Motion To Vacate Court's Order/Judgment Dated June 25, 2007; FRCP; 60b, 59e (D.I. 86) is **DENIED**.

4. Plaintiff's Motion To Strike Defendant's Reply Dated August 27, 2007 (D.I. 90) is **DENIED**.

5. The remaining claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

                                           /s/ Joseph J. Farnan Jr.
                                           UNITED STATES DISTRICT JUDGE