# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Herman Kelly,<br><br>    Plaintiff,<br><br>v.<br><br>MBNA America Bank, National Arbitration Forum, Wolpoff & Abramson, L.L.P.<br><br>    Defendants. | C.A. No. 06-228-JJF |

### DEFENDANT FIA CARD SERVICES, NATIONAL ASSOCIATION F/K/A MBNA AMERICA BANK, N.A.'S ("MBNA'S") OPPOSITION TO PLAINTIFF'S OBJECTION/OPPOSITION TO DEFENDANT MBNA'S LETTER, ANSWER DATED OCTOBER 31, 2007 & PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN SUPPORT OF HIS MOTION TO VACATE (D.I. 97)

Herman Kelly filed a document titled "Plaintiff's objection/opposition to defendant(mbna)'s letter, answer dated October 31, 2007. also Plaintiff's motion for summary judgment in support to his motion to vacate. frcp. 561..frcp60 a,b." (the two portions of the document are referred to herein separately as the "Motion to Amend Reply" and the "Motion for Summary Judgment," D.I. 97). The Clerk's Office docketed the Motion as a "Supplemental Reply in Support of Motion to Amend and in Opposition to Response to Motion" and set a response deadline of December 3, 2007. Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A. ("MBNA") respectfully submits that the Motion to Amend Reply provides no reason for the Court to grant the motion to amend and that the Motion for Summary Judgment should be denied for the following reasons:

**Motion to Amend Reply**

  1.  The Motion to Amend Reply contains no argument that would justify granting Plaintiff's motion for leave to file a Second Amended Complaint (D.I. 93). Plaintiff does not

dispute in the Motion to Amend Reply (or in any other submission to the Court) that the account agreement for account number 8145 contains an arbitration provision and that MBNA has properly elected to arbitrate all disputes that Plaintiff may have regarding that account. For this reason, Plaintiff's motion for leave to file a Second Amended Complaint asserting claims related to account number 8145 should be denied as futile. *See* MBNA's Opposition to Plaintiff's Motion to Join Bank of America as New Co-defendant in Case, D.I. 94.

**Motion for Summary Judgment**

2.  To the extent Plaintiff is seeking summary judgment on claims contained in the Amended Complaint, such motion is moot based on the Court's November 29, 2007 Order dismissing all claims in the Amended Complaint. (Order, D.I. 101; *See also* Memorandum Opinion, D.I. 100). To the extent the Plaintiff is seeking summary judgment on the claim related to account number 8145, for which he has sought leave to amend the Amended Complaint to add, then the motion is premature because the Court has not granted Plaintiff leave to add claims related to account number 8145. Accordingly, the Court should deny Plaintiff's motion for summary judgment.

REMAINDER OR PAGE INTENTIONALLY BLANK

WHEREFORE, MBNA respectfully requests that the Court deny Plaintiff's motion for leave to file a Second Amended Complaint (D.I. 93) and Plaintiff's Motion for Summary Judgment (D.I. 97).

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: December 3, 2007

/s/ Karen V. Sullivan
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
1220 Market Street – Suite 710
P.O. Box 2054
Wilmington, DE 19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile
coberly@ojlaw.com
ksullivan@ojlaw.com

Attorneys for FIA Card Services, National Association f/k/a MBNA America Bank, N.A.

**CERTIFICATE OF SERVICE**

      I, Karen V. Sullivan, Esquire, hereby certify that a copy of the foregoing Defendant FIA Card Services, National Association f/k/a MBNA America Bank, N.A.'s ("MBNA's") Opposition to Plaintiff's Objection/Opposition to Defendant MBNA's Letter, Answer Dated October 21, 2007 & Plaintiff's Motion for Summary Judgment in Support of His Motion to Vacate (D.I. 97) was served by first class U.S. mail on this 3rd day of December, 2007 on the following non-registered CM/ECF participant:

Herman Kelly
P.O. Box 14157
Detroit, MI 48214

                                                                          /s/ Karen V. Sullivan
                                                                         KAREN V. SULLIVAN (No. 3872)