In The United States Federal District Court for the District of Wilmington, Delaware

HERMAN KELLY, pro, se
    plaintiff/appellant
vs.

MBNA America bank, et, al
    defendants/appellees
_____/

Case# 06-228-JJF
civil division (affirmation)



FILED
DEC 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" Plaintiff's NOTICE OF APPEAL "
------------------------------------------------

1. Herman Kelly, pro, se plaintiff/appellant hereby file and submit his notice of appeal to this court. Where plaintiff move to appeal this court's menorandum opinion dated Nov 29, 2007 and judge farnan joseph 's order of dismissal of complaint, amended complaint, to the united states court of appeals for the district of wilmington delaware; 3rd circuit, Phil, Penn 19106.

2. Plaintiff shall request the court of appeals to review all records on appeals, plaintiff's witnesses accounting audited statements, and all court's proceedings. Where the federal court's has abused its discretion and authority by denying plaintiff's equal protection of laws, due process of laws under the US constitution.

3. This appeal has merit and a cause of action claim for relief. Defendant MBNA america bank has refused to settle, compromise this case and complaint. This is a case of racketeering, extortion, fraud, breach of contract, agreement, accounting, harrassment, ect... Plaintiff do not owe mbna america bank no more money, all his credit loan accounts are paid in full. The federal district court stated that it did not have full jurisdiction over subject matter of complaint and over parties. Plaintiff claim that court had complete jurisdiction and have overlooked some of plaintiff's evidences and motion to compel discovery on defendant mbna bank.

    Therefor based on all facts said herein, plaintiff prays to god and the court of appeal to reverse court's dismissal order and forward this case complaint back to judge farnan for further consideration of all facts, claims, evidences to grant amended complaint/complaint or any fair relief just.

respectfully submitted

Wayne county, Michigan
dated; Dec 13, 2007
( proof of service)

copy mailed to defendants
po box 2054 wilmington, DE.
19899-2054

Herman Kelly, pro, se
p.o. box 14157
Detroit, Michigan 48214-0157
313-894-8855

Herman Kelly, plaintiff

P-1

court's abuse of discretion menorandum of laws
------------------------------------------------

an abuse of discretion is an erroneous finding and judgment which is clearly against and contrary to the facts or logical deduction from the facts and circumstances before the court is untenable and clearly against reason. see.. biggs vs, biggs, Mo, app, 397, s.w. 2d, 337, 343.

trial court commits abuse of discretion when its exercise of discretion is manifestly unreasonable or it was based on untenable grounds or reason. see.. pacific northwest, life Ins, Co, vs, turnbull, 754 , P. 2d, 1262, 1276, 51, Wash, app, 692...

abuse of discretion is not merely error of judgment but if in reaching conclusion law is overridden or misapplied or judgment exercised is manifestly unreasonable or result of partiality prejudice or ill will as shown by evidence or record, discretion is abused. see... Isaacson vs, flanagan 460, a, 2d, 884, 887, 74, Pa, Cmwlth, 564...

an abuse of discretion warranting reversal of trial court's sua sponte dismissal of an action for failure to prosecute or to comply with court order implies an unreasonable arbitrary or unconscionable attitude of the court. see... schreigner vs, karson, 369, n.e. 2d, 800, 802, 52, Ohio, app, 2d, 219, 6, O.O. 3d, 237...

standard of review for dismiss of frivolous complaint is abuse of discretion abuse of discretion occurs if a complaint is dismissed and the complaint could have proved any set of facts entitling the complainant to relief. see... ross vs. social sec, admin, c.a. 8, Mo, 949, f, 2d, 1021.

abuse of discretion for the purpose of appellate review means serious error of judgment such as relienace on forbidden factor or failure to consider essential factor. see... kasper vs, board of election com'rs of the city of chicago, c.a. 7, Ill, 814, f, 2d, 332, 339.

an abuse of discretion by the court is an erroneous finding and judgment which is clearly contrary to the facts or the logical deduction from the facts and circumstances before the court, a judicial act which is untenable and clearly against reason ans which works an injustice. see.... state vs, stubenrouch mo, app, 499, s.w. 824, 826.



Herman Kerly, Pro Se
P.O. Box 14157
Detroit, Michigan 48214-0157

Clerk of Court Office
Civil Division
United States Federal
District Court
844 N. King Street
Lockbox 18
Wilmington, Delaware 19801 P.O. Box 44 19801-3570