IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERMAN KELLY, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 06-228-JJF |
| MBNA AMERICA BANK, | : |
| Defendant. | : |

## ORDER

NOW THEREFORE, at Wilmington this 3 day of January, 2008, IT IS HEREBY ORDERED that:

1. Plaintiff, Herman Kelley's Motion To Join Bank Of America As New Co-Defendant In Case, FRCP 19a, which the Court construes as a Motion For Leave To Amend is **DENIED**. (D.I. 93.)

2. The Clerk of the Court is directed to **CLOSE** the case.

UNITED STATES DISTRICT JUDGE