```
IN THE    UNITED   STATES    FEDERAL    DISTRICT    COURT
FOR    DISTRICT    OF    WILMINGTON, DELAWARE
```

HERMAN KELLY, pro, se                    dist; CASE # 06-228-JJF

    plaintiff/appellant            ct, appCASE # 07-4699 civil

vs.                                      (notice/affirmation)

MBNA AMERICA BANK, et, al

    defendants/appellees

FILED JAN - 7 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

" PLAINTIFF's directions and   designation to the clerk of court "

-------------------------------------------------------------

1. Plaintiff Herman Kelly, pro, se respectfully request and move the clerk of court office to send, forward copies of all records on appeal, evidences, documentations, motions, complaint, written statements, orders,   filed in this   district court to the united states court of appeals for the 3rd circuit for the jurisdiction district of Delaware.

2. Plaintiff   filed his notice of appeal on time with this court where the court of appeal shall now review these court proceedings and court's order of dismissing complaint, motion to vacate for lack and want of jurisdiction over matter of complaint and over all parties .

3. The clerk of court shall not omit none of the records on appeal. All defendants, et, al has full knowledge of this appeal and cause of action claims. Where the court has abused its power and discretion and authority in total violation of plaintiff's constitutional rights   eccess to court, equal protection of laws, due process of laws, .

4. All defendants has still refused to settle compromise this case. Plaintiff do not owe defendant mbna bank no more money all his credit loans accounts has been paid in full. This is a case complaint against defendants for fraud, extortion, racketeering, illegal   usury high interest rate, discrimination, ect.

state of michigan                        respectfully submitted
wayne county
dated   JAN 3, 2008                      HERMAN KELLY, pro, se
                                         p.o. box 14157
                                         DETROIT, MICHIGAN 48214-0157
                                         313-894-8855

  ( proof of service )

Copies of this notice was mailed to      herman Kelly, plaintiff, appellant
defendants at bayard firm, 222 delaware ave.
wilmington, DE. 19899, sullivan box 2054
wilmington, de. 19899-2054

```
IN THE     UNITED    STATES     FEDERAL     DISTRICT    COURT
FOR     DISTRICT     OF    WILMINGTON, DELAWARE
```

HERMAN KELLY, pro, se          dist; CASE # 06-228-JJF
    plaintiff/appellant
                                  ct, appCASE # 07-4699 civil
vs.                                   (notice/affirmation )

MBNA AMERICA BANK, et, al
    defendants/appellees
-------------------------------/

" PLAINTIFF's directions and      designation to the clerk of court "
-----------------------------------------------------------------

1. Plaintiff Herman Kelly, pro, se respectfully request and move the clerk of court office to send, forward copies of all records on appeal, evidences, documentations, motions, complaint, written statements, orders,      filed in this    district court to the united states court of appeals for the 3rd circuit for the jurisdiction district of Delaware.

2. Plaintiff    filed his notice of appeal on time   with this court where the court of appeal shall    now   review  these court proceedings and court's order of dismissing complaint, motion to vacate for lack and want of jurisdiction over matter of complaint and over  all parties .

3. The clerk of court shall not omit none of the records on appeal. All defendants, et, al  has full knowledge of this appeal and cause of action claims. Where the court  has abused its power and  discretion and authority in   total  violation of plaintiff's constitutional rights   eccess to court, equal protection of laws, due process of laws, .

4. All defendants has still  refused to settle compromise this case. Plaintiff do not owe defendant mbna bank no more money all his credit loans accounts has been paid in full. This is a case complaint against defendants for fraud, extortion ,racketeering, illegal    usury  high interest rate, discrimination, ect.

state of michigan                   respectfully submitted
wayne county
dated JAN 3, 2008                   HERMAN KELLY, pro, se
                                    p.o. box 14157
                                    DETROIT, MICHIGAN 48214-0157
                                    313-894-8855

(  proof of service )               _/s/ Herman Kelly_
*********************               herman Kelly, ~~plaintiff~~, appellant
copies of this  notice was mailed to
defendants at bayard firm, 222 delaware ave.
wilmington, DE. 19899, sullivan box 2054
wilmington, de. 19899-2054

