DATE: January 4, 2008

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-4699

FIA Card Ser Natl

To:  Clerk

1)  Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted.

For the Court,

/s/Marcia M. Waldron
Clerk

A True Copy:

Marcia M. Waldron, Clerk

Dated:    January 7, 2008
tyw/cc:   Mr. Herman Kelly
          Ashley B. Stitzer, Esq.
          Karen V. Sullivan, Esq.
          Neal J. Levitsky, Esq.