# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

07-4699

Kelly v. FIA Card Ser Natl, et al

06-cv-00228

# ORDER

In accordance with the motion by the appellant/petitioner in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*/s/ Marcia M. Waldron*

Marcia M. Waldron, Clerk

Ronald S. Canter
Wolpoff & Abramson
702 King Farm Boulevard
Rockville, MD 20850-4838

Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130, 9th Floor
Wilmington, DE 19899-0000

Karen V. Sullivan
Oberly, Jennings & Rhodunda
1220 Market Street
Suite 710, P.O. Box 2054
Wilmington, DE 19899-0000

Mr. Herman Kelly
P.O. Box 14157
Detroit, MI 48214-0000

Dated: May 22, 2008



A True Copy:

*/s/ Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.